UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22530-BECERRA/TORRES

JESUS E. GONZALEZ HERNANDEZ,

      Plaintiff,

vs.

STATEWIDE ELECTRICAL
SERVICES, INC. AND NOEL
MELO,

      Defendants.

_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Katelyn Schickman, Esq., of the FairLaw Firm, notifies the Court and all parties of her appearance in this action as counsel for Plaintiff, Jesus E. Gonzalez Hernandez, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on her at the below address / email address.

Dated this 10th day of June 2025.

s/ Katelyn Schickman, Esq.
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:  305.230.4884
*Counsel for Plaintiff*