UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22530-BECERRA/TORRES

JESUS E. GONZALEZ HERNANDEZ,

    Plaintiff,

vs.

STATEWIDE ELECTRICAL
SERVICES, INC. AND NOEL
MELO,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, NOEL MELO

    Plaintiff, Jesus E. Gonzalez Hernandez files the Return of Service on Defendant, Noel Melo (served on June 18, 2025).

    Dated this 20th day of June 2025.

                                    s/Brian H. Pollock, Esq.
                                    Brian H. Pollock, Esq.
                                    Fla. Bar No. 174742
                                    brian@fairlawattorney.com
                                    FAIRLAW FIRM
                                    135 San Lorenzo Avenue
                                    Suite 770
                                    Coral Gables, FL 33146
                                    Tel:    305.230.4884
                                    *Counsel for Plaintiff*