## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:25-CV-22530-JB

Plaintiff:
**JESUS E. GONZALEZ HERNANDEZ**

vs.

Defendant:
**STATEWIDE ELECTRICAL SERVICES, INC. AND NOEL MELO**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 4th day of June, 2025 at 9:41 am to be served on **Noel Melo, 16229 NW 84 Avenue, Hialeah Gardens, FL 33016**.

I, Joseph Onega, do hereby affirm that on the **18th day of June, 2025** at **5:15 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Maria Melo (wife)** as **Co-Resident** at the residential address of: **16229 NW 84 Avenue, Hialeah Gardens, FL 33016**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with Florida State statute, § 48.031(1)(a).

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: Hispanic, Height: 5'5", Weight: 145, Hair: Dark Brown, Glasses: Y

I declare under penalty of perjury that this information is true.

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321**

Our Job Serial Number: NAY-2025000965