UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22530-BECERRA/TORRES

JESUS E. GONZALEZ HERNANDEZ,

    Plaintiff,

vs.

STATEWIDE ELECTRICAL
SERVICES, INC. AND
NOEL MELO,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
ON DEFENDANT, STATEWIDE ELECTRICAL SERVICES, INC.**

    Plaintiff, Jesus E. Gonzalez Hernandez, files the Return of Service on Defendant, Statewide Electrical Services, Inc. (served on June 17, 2025).

    Dated this 7th day of July 2025.

                                     s/Brian H. Pollock, Esq.
                                     Brian H. Pollock, Esq.
                                     Fla. Bar No. 174742
                                     brian@fairlawattorney.com
                                     FAIRLAW FIRM
                                     135 San Lorenzo Avenue
                                     Suite 770
                                     Coral Gables, FL 33146
                                     Tel:    305.230.4884
                                     *Counsel for Plaintiff*