# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:25-CV-22530-JB

Plaintiff:
**JESUS E. GONZALEZ HERNANDEZ**

vs.

Defendant:
**STATEWIDE ELECTRICAL SERVICES, INC. AND NOEL MELO**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 4th day of June, 2025 at 9:41 am to be served on **STATEWIDE ELECTRICAL SERVICES, INC. c/o Noel Melo, its Registered Agent, 12905 W Okeechobee Rd. Bay 4, Hialeah, FL 33018**.

I, Joseph Onega, do hereby affirm that on the **17th day of June, 2025** at **11:10 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Paola Usuga, as Secretary & Employee Registered Agent,** for STATEWIDE ELECTRICAL SERVICES, INC. c/o Noel Melo, its Registered Agent, at the address of: **12905 W Okeechobee Rd. Bay 4, Hialeah, FL 33018**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Additional Information pertaining to this Service:**
6/17/2025  11:14 am  Served Paola Usuga, secretary/employee of registered agent. She called the registered agent. He told her to accept service.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Hispanic, Height: 5'4", Weight: 140, Hair: Black, Glasses: N

I declare under penalty of perjury that this information is true.

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321**

Our Job Serial Number: NAY-2025000966

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a