UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22530

JESUS E. GONZALEZ HERNANDEZ,

    Plaintiff,
vs.

STATEWIDE ELECTRICAL SERVICES, INC.
AND NOEL MELO,
    Defendants.
_____/

### DEFENDANT STATEWIDE ELECTRICAL SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1, Defendant Statewide Electrical Services, Inc. states that there is no corporation that is its parent corporation and there is no publicly held corporation owning 10% or more of its stock.

STEPHEN R. VERBIT, P.A.
Attorneys for Defendants
6741 Orange Drive
Davie, Florida 33314
Phone: (954) 965-8350
Email: sverbit@verbitlawfl.com

By: _____
    STEPHEN R. VERBIT, ESQUIRE
    Florida Bar No. 710857

1

**Stephen R. Verbit, P.A.**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was furnished by the CM/ECF System to Brian H. Pollock, Esquire, FAIRLAW Firm, Attorneys for Plaintiff, 135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146, on this 11th day of July 2025.

                          **STEPHEN R. VERBIT, P.A.**
                          Attorneys for Defendants
                          6741 Orange Drive
                          Davie, Florida 33314
                          Phone: (954) 965-8350
                          Email: sverbit@verbitlawfl.com

By: _____
      STEPHEN R. VERBIT, ESQUIRE
      Florida Bar No. 710857

2

**Stephen R. Verbit, P.A.**