UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22530-BECERRA/TORRES

JESUS E. GONZALEZ HERNANDEZ,

    Plaintiff,

vs.

STATEWIDE ELECTRICAL
SERVICES, INC. AND NOEL
MELO,

    Defendants.
_____/

## PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME
## TO FILE JOINT SCHEDULING REPORT

    Plaintiff, Jesus E. Gonzalez Hernandez, through his undersigned counsel and pursuant to Fed. R. Civ. P. 12, Local Rule 7.1, and other applicable Rules and laws, request the Court to grant the parties a brief extension of time to comply with the Order Regarding Procedures [ECF No. 4], based upon the agreement of the parties and the following good cause:

    1.    Mr. Gonzalez Hernandez filed this case to address the Defendants' alleged failure to pay him the overtime required by the FLSA. [ECF No. 1.]

    2.    The Court entered its Order Regarding Procedures on June 4, 2025, which required, *inter alia*, the parties to file a Joint Scheduling Report within 20 days after the last Defendant enters an appearance in the case. [ECF No. 4 at 4].

    3.    The Defendants appeared in this case through their counsel upon filing their Answer and Affirmative Defenses to the Complaint. [ECF No 7. ]

4. Accordingly, the parties were to file their Joint Scheduling Report by July 29, 2025. based on the deadline established by the Order Regarding Procedures. [ECF No. 4 at 4].

5. Due to the press of business and commitments in other matters, the parties are unable to comply with the July 28, 2025 deadline and so request an extension through Friday, August 1, 2025, to comply.

6. The parties conferred by Zoom, wherein they agreed to for the Plaintiff to request a brief, four-day extension of time to comply with the Order.

7. Pursuant to Fed. R. Civ. P. 6(b)(1) "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

8. It follows that this Court has the power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936); *also see Clinton v. Jones*, 520 U.S. 681, 706-707 (1997).

9. Accordingly, Plaintiff respectfully requests the Court to grant the parties an extension of time through August 1, 2025, to comply with the Court's Order Regarding Procedures [ECF No. 4].

WHEREFORE Plaintiff, Jesus E. Gonzalez Hernandez, respectfully requests the Court to grant the parties the extension of time requested above by granting them until Friday, August 1, 2025, to comply with the Order Regarding Procedures based on the agreement of the parties and good cause shown.

## **LOCAL RULE 7.1 CERTIFICATION**

Counsel for the movant conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and represents that defense counsel agreed to the relief requested above.

Respectfully submitted this 28th day of July 2025,

Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:     305.230.4884
*Counsel for Plaintiff*
