UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-22530-JB

JESUS E. GONZALEZ HERANDEZ,

    Plaintiff,

v.

STATEWIDE ELECTRICAL SERVICES, INC.,
*et al.*

    Defendants.
_____/

**ORDER OF REFERRAL TO CONDUCT SETTLEMENT CONFERENCE**

**THIS ACTION** is hereby **REFERRED** to United States Magistrate Judge Edwin G. Torres to conduct a settlement conference. **ALL** parties and their counsel are required to attend the settlement conference. The date and manner in which the conference will be held will be set by Magistrate Judge Torres.

**DONE AND ORDERED** in Miami, Florida, this 4th day of August, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**

1