UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22530-BECERRA/TORRES

JESUS E. GONZALEZ HERNANDEZ,

    Plaintiff,

vs.

STATEWIDE ELECTRICAL SERVICES,
INC. AND NOEL MELO,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING CONSENT TO JOIN**
**(Esnol Alejandro Gonzalez Cantero)**

    Plaintiff, Jesus E. Gonzalez Hernandez, notices the Court and all parties of the filing of the Consent to Join in these proceedings by Esnol Alejandro Gonzalez Cantero.

    Dated this 15th day of August 2025.

s/Katelyn Schickman, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
Katelyn Schickman, Esq.
Fla. Bar No. 1064879
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:  305.230.4884
*Counsel for Plaintiff*