## **DECLARATION AND NOTICE OF CONSENT TO JOIN**

Pursuant to 28 U.S.C. §1746, I hereby make the following declaration:

1. I am over 18 years of age and am capable of making this declaration. This declaration is made on my own personal knowledge.

2. Pursuant to 29 U.S.C. §216(b), I consent to serve as a plaintiff in the above-referenced FLSA action.

3. I was employed by Statewide Electrical Services, Inc. and Noel Melo, from approximately   to  .

4. I was not paid at least a minimum wage and/or overtime wages for all the time that I worked.

5. I agree to be bound by any decision in this case.

Signed: _____
Esnol Gonzalez (Aug 15, 2025 13:49:31 EDT)

Printed Name: Esnol Alejandro Gonzalez Cantero

Dated: 15/08/2025

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*