UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22530-BECERRA/TORRES

JESUS E. GONZALEZ HERNANDEZ,

    Plaintiff,

vs.

STATEWIDE ELECTRICAL SERVICES,
INC. and NOEL MELO

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR DISCOVERY CALENDAR HEARING

THIS CAUSE, having come before the Court on Plaintiff's Motion for Discovery Calendar Hearing [ECF No. 22], and the Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED.

This matter is set for a Discovery Calendar Hearing before Magistrate Judge Edwin G. Torres on January 22, 2025, beginning at 11:30 a.m., at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Tenth Floor, Courtroom 5, Miami, Florida 33132. The hearing shall address the discovery disputes identified in Plaintiff's Motion, including Defendants' Answers and Objections to Plaintiff's First Interrogatories.

DONE AND ORDERED in Chambers on this _____ day of December 2025.

                                                _____
                                                JACQUELINE BECERRA
                                                UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*

*Counsel of record by CM/ECF*