UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22530-BECERRA/TORRES

JESUS E. GONZALEZ HERNANDEZ,

    Plaintiff,

vs.

STATEWIDE ELECTRICAL
SERVICES, INC
and NOEL MELO,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFFS

    Patrick Brooks LaRou, Esq. of the FairLaw Firm hereby notifies the Court and all parties of his appearance in this action as counsel for Plaintiffs, Jesus E. Gonzalez Hernandez and Esnol Alejandro Gonzalez Cantero, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address/email address.

    Respectfully submitted this 19th day of January 2026,

                                         s/ Patrick Brooks LaRou
                                         Patrick Brooks LaRou, Esq.
                                         Florida Bar No. 1039018
                                         brooks@fairlawattorney.com
                                         FAIRLAW FIRM
                                         135 San Lorenzo Avenue, Suite 770
                                         Coral Gables, Florida 33146
                                         Telephone: (305) 230-4884
                                         *Counsel for Plaintiffs*