UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22530

JESUS E. GONZALEZ HERNANDEZ,

    Plaintiff,

vs.

STATEWIDE ELECTRICAL SERVICES, INC.
AND NOEL MELO,
    Defendants.
_____/

**DEFENDANTS' SUPPLEMENTAL DISCLOSURE PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(e)**

    Defendants, Statewide Electrical Services, Inc. ("Statewide") and Noel Melo ("Melo") (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 26(e)(1)(A), hereby supplement their Initial Disclosures served on August 8, 2025, and their Responses to Plaintiff's First Request for Production served on September 10, 2025, as follows:

**I.    BASIS FOR SUPPLEMENTATION**

    Rule 26(e)(1)(A) provides that a party who has made a disclosure under Rule 26(a) or who has responded to an interrogatory, request for production, or request for admission must supplement or correct its disclosure or response in a timely manner if the party learns that in some material respect the disclosure or response is incomplete or incorrect, and if the additional or corrective information has not otherwise been made known to the other parties during the discovery process or in writing.

    In the course of continued investigation and preparation of this matter, Defendants have identified an additional document in their possession, custody, or control that was not included in Defendants' prior disclosures and production. Defendants hereby supplement their prior disclosures and discovery responses to include this document.

**II.    SUPPLEMENTAL DOCUMENT**

    Defendants hereby disclose and produce the following additional document that will be produced and transmitted to Plaintiffs' counsel at or around 9 a.m. on February 6, 2026:

**Document Description:** Microsoft Excel spreadsheet entitled "Hours from April to Oct 2023" containing a daily log of Statewide's project work activities and employee hours from April 3, 2023, through October 31, 2023. The spreadsheet is a contemporaneous business record

1

maintained by Defendants in the ordinary course of Statewide's business operations. The document records, on a day-by-day basis, work activities performed at Miami-Dade County project sites (including sites identified as SCL, GT2, CUL, OVT, BKL, and ALP), the employees assigned to each day's work, the hours attributed to each employee for federal certified payroll reporting purposes, weekly hour totals, and cross-references to the corresponding certified payroll report numbers (LCP #71 through LCP #100). The weekly federal hour totals recorded in this spreadsheet are consistent with the hours reflected in the certified payroll reports previously produced by Defendants.

**Format:** Native Microsoft Excel (.xlsx), produced in native format consistent with the parties' ESI agreement set forth in the Joint Scheduling Report (D.E. 16).

### III.     RESERVATION OF RIGHTS

Defendants reserve the right to further supplement their disclosures and discovery responses as additional information becomes available through continued investigation, discovery, and preparation of this matter, as contemplated by Rule 26(e) and as stated in Defendants' prior discovery responses.

**Stephen R. Verbit, P.A.**
Attorneys for Defendants
6741 Orange Drive
Davie, FL 33024
(954) 965-8350 (telephone)

By: _____
STEPHEN R. VERBIT
Florida Bar No. 710857
sverbit@verbitlawfl.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished by e-mail brian@fairlawattorney.com to Brian H. Pollock, Esquire, FAIRLAW Firm, Attorneys for Plaintiff, 135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146, on this 6th day of February 2026.

**STEPHEN R. VERBIT, P.A.**
Attorneys for Defendants
6741 Orange Drive
Davie, Florida 33314
Phone: (954) 965-8350
Email: sverbit@verbitlawfl.com

By: _____
STEPHEN R. VERBIT, ESQUIRE
Florida Bar No. 710857