UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:25-CV-22530

JESUS E. GONZALEZ HERNANDEZ and
ESNOL A. GONZALEZ CANTERO,

Plaintiffs,

vs.

STATEWIDE ELECTRICAL SERVICES, INC.
AND NOEL MELO,

Defendants.
_____/

**DEFENDANTS' SECOND SUPPLEMENTAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and 26(e), Defendants hereby supplement their Initial Disclosures with the following additional documents, electronically stored information, and tangible things that are in Defendants' possession, custody, or control and that Defendants may use to support their defenses:

**SUPPLEMENTAL DOCUMENTS AND ELECTRONICALLY STORED INFORMATION**

**I. Email Communications Regarding Project Work Coordination**

**1.** **Email dated January 19, 2023** from Leo Interian (Miami-Dade DTPW) to multiple recipients including statewideelectrical@yahoo.com regarding "Dc Switchgear Replacement Project Phase III (IRP299) (RPQ. No.412034)." This email confirms delivery schedules and work plans for upgrading traction power substations at ALP, SCL, and CUL stations, including coordination of contractor work schedules and Miami-Dade County escort requirements.

**2.** **Email dated May 2, 2023** from Andreas Achhammer (Mass Electric Construction Co.) to statewideelectrical@yahoo.com regarding "FW: Miami Feeder Cable Landing." This email chain discusses technical coordination for cable landing plates at SCL (Santa Clara), GT2, and BKL (Brickell) stations, including timing and procurement coordination with the contractor.

**3.** **Email dated March 23, 2023** from Dalton Rivera (Miami-Dade DTPW) to statewideelectrical@yahoo.com regarding "RE: [EXTERNAL] 412034 Traction Power Phase III - Escort." This email confirms escort arrangements for contractor work at ALP (Allapattah) station on March 28, 2023 at 8:00 AM.

**4.** **Email dated May 4, 2023** from Leo Interian (Miami-Dade DTPW) to statewideelectrical@yahoo.com regarding "RE: [EXTERNAL] Fw: DTPW - Santa Clara Testing

Coordination." This email chain confirms specific dates and times for software upload (May 10, 2023 at 11:30 PM) and I/O testing (May 12, 2023 at 3:00 PM) at Santa Clara station, including coordination with B&C Transit engineers and Miami-Dade County personnel.

**5.** **Email dated June 13, 2023** from Andreas Achhammer (Mass Electric Construction Co.) to statewideelectrical@yahoo.com, cc: dalton.rivera@miamidade.gov and Leovino.Interian@miamidade.gov, regarding "Testing tomorrow at GT#2." This email confirms that testing personnel would be on site at 8:00 AM on June 14, 2023 at GT2 station.

**6.** **Email dated July 20, 2023** from Dalton Rivera (Miami-Dade DTPW) to statewideelectrical@yahoo.com regarding "RE: 412034 Traction Power Switchgear Replacement Phase III." This email confirms escort arrangements for contractor work at Culmer Station starting Monday, July 24, 2023 at 8:00 AM.

**7.** **Email dated August 17, 2023** from Leo Interian (Miami-Dade DTPW) to statewideelectrical@yahoo.com regarding "RE: DTPW - B&C Testing Coordination - Overtown & Brickell." This email chain confirms dates for Overtown station work: software upload on August 29, 2023 at 11:30 PM and I/O testing on August 30-31, 2023 starting at 3:00 PM, with Brickell station testing confirmed for the week of October 2, 2023.

**8.** **Email dated August 24, 2023** from Dalton Rivera (Miami-Dade DTPW) to statewideelectrical@yahoo.com regarding "RE: 412034 Traction Power Phase III - OVT." This email confirms escort arrangements for contractor work at Overtown Station starting Monday, August 28, 2023 at 8:00 AM.

**9.** **Email dated September 27, 2023** from Dalton Rivera (Miami-Dade DTPW) to statewideelectrical@yahoo.com regarding "RE: 412034 Traction Power Switchgear Replacement Phase III." This email confirms escort arrangements for contractor work at Brickell Station starting Monday, October 2, 2023 at 8:00 AM.

**II. Photographs of Project Work Sites and Electrical Equipment Installation**

**A. Allapattah Station (ALP)**

**10.** Three photographs showing exterior views of Allapattah Station location at 3501 NW 12th Avenue and 3251 NW 11th Place, Miami, Florida, depicting the traction power room entrance, front main door, and passenger station area.

**11.** Three photographs (ALP_68.jpg, ALP_70.jpg, ALP_72.jpg) showing interior views of traction power switchgear installation work at Allapattah Station, depicting electrical equipment cabinets, safety caution tape delineating work areas, and the traction power room during the DC switchgear replacement project.

**B. GAP TIE 2**

**12.** Two photographs showing exterior views of GAP TIE 2 traction power location at 350 NW 11th Terrace, Miami, Florida, depicting the traction power room exterior and surrounding area with no adjacent passenger station.

### C. GT2

**13.** Five photographs (GT2_4.jpg, GT2_11.jpg, GT2_15.jpg, GT2_26.jpg, GT2_42.jpg) showing interior views of electrical work in progress at GT2, depicting floor preparation work, cable termination equipment being installed, electrical switchgear cabinets, and traction power equipment during various stages of the installation project.

### D. Santa Clara Station (SCL)

**14.** Three photographs showing exterior views of Santa Clara Station location at 2050 NW 12th Avenue, Miami, Florida, depicting the passenger station entrance, traction power room exterior, and street view from NW 20th Street and NW 12th Avenue.

**15.** Five photographs (SCL_7.jpg, SCL_24.jpg, SCL_25.jpg, SCL_26.jpg, SCL_39.jpg) showing interior views of electrical equipment installation work at Santa Clara Station, depicting traction power switchgear equipment, cable terminations, electrical panels, detailed views of bus bar connections and feeder cable landing installations referenced in the May 2, 2023 email correspondence regarding technical coordination issues, and completed switchgear installation with associated cable routing overhead.

These photographs document the actual project work sites and electrical installations at the Miami-Dade County metro stations where Defendants' employees performed traction power switchgear replacement work during the relevant time period of April through October 2023. The photographs corroborate the work locations, project scope, and technical coordination described in the email communications listed above.

Defendants reserve the right to further supplement these disclosures as additional documents are identified through the ongoing discovery process or become known to Defendants.

**Stephen R. Verbit, P.A.**
Attorneys for Defendants
6741 Orange Drive
Davie, FL 33024
(954) 965-8350 (telephone)

By: _____
STEPHEN R. VERBIT
Florida Bar No. 710857
sverbit@verbitlawfl.com

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing was furnished by the CM/ECF System and by E-mail with copies of the documents and photographs referenced above to Brian H. Pollock, Esquire, FAIRLAW Firm, Attorneys for Plaintiff, 135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146, on this 18th day of February 2026.

                                          **Stephen R. Verbit, P.A.**
                                          Attorneys for Defendants
                                          6741 Orange Drive
                                          Davie, FL 33024
                                          (954) 965-8350 (telephone)

By: _____
                                          STEPHEN R. VERBIT
                                          Florida Bar No. 710857
                                          sverbit@verbitlawfl.com