UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22530-BECERRA/TORRES

JESUS E. GONZALEZ HERNANDEZ,

    Plaintiff,

vs.

STATEWIDE ELECTRICAL SERVICES, INC. AND
NOEL MELO,

    Defendants.
_____/

## NOTICE OF MEDIATOR SELECTION

Plaintiffs, Jesus E. Gonzalez Hernandez and Esnol Alejandro Gonzalez Cantero, notice the Court that the parties complied with the Court's Order Setting Trial [ECF No. 18] and agreed to utilize **Richard D. Eade as mediator**, with mediation to be conducted by Zoom on March 13, 2026, commencing at 10:00 a.m.

Dated this 6th day of March 2026.

                                              s/Katelyn Schickman, Esq.
                                              Brian H. Pollock, Esq. (174742)
                                              brian@fairlawattorney.com
                                              Katelyn Schickman, Esq. (1064879)
                                              katie@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue, Suite 770
                                              Coral Gables, FL 33146
                                              Tel:    305.230.4884
                                              *Counsel for Plaintiffs*