UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22530-BECERRA/TORRES

JESUS E. GONZALEZ HERNANDEZ,

Plaintiff,

vs.

STATEWIDE ELECTRICAL SERVICES, INC. AND
NOEL MELO,

Defendants.

_____/

## JOINT NOTICE OF MEDIATION IMPASSE

Counsel for Plaintiff, Jesus E. Gonzalez Hernandez, and for Defendants, Statewide Electrical Services, Inc., and Noel Melo, after having met and conferred, submit the following Joint Notice of Mediation Impasse pursuant to this Court's Order entered on March 20, 2026 [ECF No. 31]:

1. Pursuant to this Court's Trial Order, the Parties participated in mediation on March 13, 2026, before Richard D. Eade, a certified mediator. [ECF No. 18].

2. All required parties and their representatives attended the mediation on March 13, 2026.

3. Despite good faith efforts by all parties, the mediation was unsuccessful, and the parties were unable to reach a settlement.

4. Accordingly, the Parties hereby notify the Court that the mediation has reached an impasse.

WHEREFORE, the Parties respectfully submit this Joint Notice of Mediation impasse and request that the case proceed in accordance with the Court's Trial Order.

Dated this 23rd day of March 2026.

| | |
|---|---|
| s/Katelyn Schickman, Esq. | s/Stephen R. Verbit, Esq. |
| Katelyn Schickman, Esq. (1064879) | Stephen R. Verbit, Esq. |
| katie@fairlawattorney.com | Fla. Bar No.: 710857 |
| FAIRLAW FIRM | sverbit@verbitlawfl.com |
| 135 San Lorenzo Avenue | Stephen R. Verbit, P.A. |
| Suite 770 | 6741 Orange Drive |
| Coral Gables, FL 33146 | Davie, FL 33024 |
| Tel:    305.230.4884 | (954) 965-8350 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |