Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22530-BECERRA/TORRES

JESUS E. GONZALEZ HERNANDEZ,

    PLAINTIFF,

vs.

STATEWIDE ELECTRICAL SERVICES
INC., AND NOEL MELO,

    Defendant.

DEPOSITION OF NOEL MELO

TAKEN ON BEHALF OF THE PLAINTIFF

FEBRUARY 2ND, 2026
10:10 A.M. TO 2:02 P.M.

ALL PARTIES APPEARED REMOTELY
PURSUANT TO
FLORIDA SUPREME COURT ORDER AOSC20-23

REPORTED BY:
SYDELL FOOTMAN,CER, CDR, CERTIFIED COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Exhibit A

## Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
## Melo, Noel on 02/02/2026

**Page 2**

APPEARANCES OF COUNSEL

ON BEHALF OF THE PLAINTIFF:

BROOKS LAROU, ESQUIRE
FAIRLAW FIRM
135 SAN LORENZO AVENUE SUITE 770
CORAL GABLES, FLORIDA 33146
305-928-4893
BROOKS@FAIRLAWATTORNEY.COM
(REMOTELY VIA ZOOM)

KATELYN SCHICKMAN, ESQUIRE
FAIRLAW FIRM
135 SAN LORENZO AVENUE SUITE 770
CORAL GABLES, FLORIDA 33146
305-928-4893
KATIE@FAIRLAWATTORNEY.COM
(REMOTELY VIA ZOOM)

ON BEHALF OF THE DEFENDANT:

STEPHEN VERBIT, ESQUIRE
STEPHEN R. VERBIT, P.A.
6741 ORANGE DR
DAVIE, FLORIDA 33314
954-965-8350
SVERBIT@VERBITLAWFL.COM
(REMOTELY VIA ZOOM)

**Page 3**

INDEX OF EXAMINATION

WITNESS: NOEL MELO

                                    PAGE

DIRECT EXAMINATION

By Brooks Larou, Esquire                6

**Page 4**

INDEX OF EXHIBITS

EXHIBIT            DESCRIPTION                PAGE

PLAINTIFF'S

EXHIBIT 1    NOTICE OF TAKING DEPOSITION        12

EXHIBIT 2    STATEWIDES HANDWRITTEN NOTES       41

EXHIBIT 3    JANUARY 03, 2025 COMPLAINT        114

EXHIBIT 4    DEFENDANT'S AMMENDED ANSWER AND
             AFFIRMATIVE DEFENSES              114

EXHIBIT 5    MIAMI DADE COUNTY WEEKLY CERTIFIED
             PAYROLL REPORTING FORM            130

**Page 5**

DEPOSITION OF NOEL MELO

FEBRUARY 2, 2026

Thereupon:

NOEL MELO,

was called as a witness, and after having been first duly sworn, testified as follows:

THE COURT REPORTER: We are now on the record. Today's date is February 6th, 2026, and the time is approximately 10:10 A.M.

We are here for the deposition of Noel Melo, taken in the matter of Jesus E. Gonzalez Hernandez v. Statewide Electrical Services, Inc., and Noel Melo, Case Number 125-CV-22530-Becerra/Torres, taken in the United States District Court, Southern District of Florida, all attending remotely.

The Court Reporter is Sydell Edmond with Universal Court Reporting. I'm a Nationally Certified Court Reporter through AAERT. My CER Certification Number is 2501 and my CDR Certification Number is 3551.

I can affirm that no AI is used in the recording or reporting of this proceeding.

Would Counsels please introduce themselves for the record?

MR. LAROU: Good morning. Brooks Larou on



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

## Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
## Melo, Noel on 02/02/2026

Page 6

behalf of Plaintiff, Jesus E. Gonzalez Hernandez, as well as the opt-in Plaintiff, Esnol Alejandro Gonzalez Cantero. And with me is another associate of firm Katie Schickman.

MS. SCHICKMAN: Good morning.

MR. VERBIT: Hi. Steve Verbit, representing the Defendants.

THE COURT REPORTER: Okay. You may begin.

DIRECT EXAMINATION

BY MR. LAROU:

Q. Good morning, Mr. Melo. As I just mentioned, my name is Brooks Larou. I represent the Plaintiff and opt-in Plaintiff in the lawsuit filed against Statewide and yourself. Can you please state your full name for the record?

A. Noel Melo.

Q. And Mr. Melo, have you ever had your deposition taken before?

A. Yes.

Q. Okay. So, just a couple of things that I want to remind you of before we begin. You may have been told this before in previous depos, but the record is being transcribed today by a Court Reporter.

So, it's important that we create a clear record of our conversation today. So, I would just

Page 7

advise you to avoid any kind of nonverbal communications like head nods, head shakes, as well as uh-uhm, um-ums, and try to stick to yes and no, rather than those kinds of nonverbal responses, understood?

A. Yes.

Q. Okay. One more thing I'd like to mention is that if you answer any of the questions that I ask you today, I'm going to assume that you understand. Understood?

A. Can you say that again?

Q. Sure. If you respond to the questions that I'm asking you, I'm going to assume that you understood the question that I'm asking you. And if you need any clarification about the question, you're welcome to speak for a follow-up or to rephrase the question. I'm happy to do so.

A. Yes, I'd like to say something for the record. English is not my first language. However, I will give you the best answer that I can, and I need you to speak slow, so I can understand the question.

Q. Understood. Okay. Good. I'll try and speak as slowly and clearly as possible. Do you think that language barrier is going to interfere with your ability to testify today? Would you prefer to have an interpreter?

Page 8

A. No, I do not anticipate there's going to be an issue.

Q. Okay. Great. Another thing I always like to mention is that sometimes these depositions can take a while. I'll try and wrap things up as quickly as possible. But if you need any breaks during the day, I'm happy to give you that time. Just let me know.

The only qualification to that is if I've asked you a question, there's a question pending on the record. I'll need you to respond fully to that question before we take a break.

A. Understood.

Q. Okay. Great. So, you mentioned you've had your deposition taken before. What was that in connection with?

A. It was a different case back in the days.

Q. How many times have you had your deposition taken?

A. If I remember correctly, it was just once.

Q. And what was that case about?

A. It was related to an workers' compensation claim.

Q. And just to make sure I'm understanding correctly, you said workers' compensation?

A. Yes.

Page 9

Q. Okay. Got it. How long ago was that?

A. About six years. Maybe more. Eight years.

Q. Who was that workers' compensation claim filed by?

A. Excuse me?

Q. Who was that workers' compensation claim filed by?

A. It was filed by Jonel Hernandez.

Q. Jonel, is that -- was that an employee of Statewide?

A. Yes.

Q. What was the outcome of that case?

A. It was settled. It didn't go to Court.

Q. Okay. Mr. Melo, do you have any type of conditions or take any medications that might affect your ability to remember things?

A. I do not.

Q. And do you understand you're testifying today under oath?

A. Yes, I do.

Q. Okay. And Mr. Melo, do you understand that false testimony during a deposition could subject you to penalties of perjury?

A. Yes, I do.

Q. And are you aware that the maximum penalty for



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

Page 10

perjury under federal law is imprisonment for up to five years plus a fine of up to $250,000?

A.  Yes, I do.

Q.  And Mr. Melo, can you tell me your personal address?

A.  16229 Northwest 84th Avenue, Miami Lakes, Florida 33016.

MR. LAROU:  Okay.  And Mr. Melo, next I'm going to ask you for your Social Security Number, but I would ask the Court Reporter to go off the record for this.

THE COURT REPORTER:  All right.  The time is 10:18 A.M., going off record.

(Thereupon, a short discussion was held off record.)

(Deposition resumed.)

THE COURT REPORTER:  The time is 10:19 A.M., back on record.

BY MR. LAROU:

Q.  And just for the record, I asked Mr. Melo for his Social Security Number off record.  He refused to provide that to me under instruction from his counsel, but they provide me with the last four digits of that number.

Okay.  Mr. Melo, you were designated by

Page 11

Statewide to testify -- sorry, strike that -- so, you're testifying today in two capacities, correct?  Both in your individual capacity as well as your corporate representative of Statewide?

A.  Can you repeat the question?

Q.  Sure.  So, I just want to be clear here.

You're testifying today in two different capacities, correct?

A.  Excuse me.  I said I needed to speak slow so I can understand the question and provide you with the right answer.  You're speaking too fast.  I'll be able to answer the question if I understand it.  If I do not understand the question, I will not answer it.  I will not guess.  I need you to speak slow, please.

Q.  Sure.  I'll talk slow for you.  So, today you're testifying in this deposition in two different capacities, right, both personally and as the corporate representative of Statewide.  Is that correct?

A.  I am the owner of Statewide Electrical Services.  I believe that's what I'm here for.  If there is anything other than that I have to answer, I need to ask my counsel.  Am I here for Statewide or also as a personal deposition?

Q.  Well, that's my question for you.  Give me one second.  Let me introduce my first exhibit.  Okay.

Page 12

I'll mark this as Exhibit 1, Plaintiff's Notice of Taking Deposition of Noel Melo.

And, Mr. Melo, have you seen this document before?  I'll scroll through it slowly so you can take a look.

(Thereupon, Plaintiff's Exhibit 1 was entered into the record.)

A.  Yes, I did.

BY MR. LAROU:

Q.  You did?

A.  Yes.

Q.  So, on the first page here, it states that you will be testifying, Noel Melo, individually, as well as pursuant to Federal Rule of Civil Procedure 30(b)(6) in your capacity as Statewide's person with knowledge of the claims and defenses raised in this lawsuit.

So, am I accurately understanding that today you are testifying both individually and on behalf of Statewide?

A.  Yes.

Q.  Okay.  Got it.  And scrolling through the document to what's marked as Exhibit B of this deposition notice, we have corporate representatives' areas of inquiry that have been designated by the Plaintiffs.

And I just want to clarify, have you seen this

Page 13

portion of the document marked as Exhibit B?

A.  Yes, I've seen that.

Q.  Okay.  And scrolling through slowly here, looking at the topics, is there any other individual that would have greater knowledge on these issues than you would?

A.  Say the question again?

Q.  Sure.  Is there any other individual that would have more knowledge on these designated areas than you would?

A.  Do you mean from Statewide Electrical Services or for every witness that has information about this case?

Q.  Just individuals from Statewide.

A.  From Statewide?  Yes.  Paola Uzcategui was my project manager.

Q.  So, you're saying Paola would know more about these areas than you would?

A.  I didn't say it would know more.  I said, he has -- "She has knowledge about the project," but I didn't say she has more than what I have.

Q.  Sure, but that was my question.  Is there anyone from Statewide that would have more knowledge on these issues than you would?  Yes or no, sir?

A.  To answer your question, no.  I'm the one that



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

## Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
### Melo, Noel on 02/02/2026

Page 14

has more information about this project.

Q.  Okay.  Perfect.  Mr. Melo, did you prepare for today's deposition in any way?

A.  If I prepare for the deposition in any way?

Q.  Yes.

A.  What do you mean?

Q.  Did you do anything to get ready for the deposition today?

A.  I don't see the intention of your question.  You're going to ask me about things that I know, so I'm always prepared.

Q.  Right, but other than your normal work with Statewide, did you review any documents to prepare for today's deposition?

A.  We have been submitting evidence for the last two months.  Did you consider that to be ready?

Q.  I'm not talking about documents that were just exchanged during the course of this litigation.  I'm saying for you to be able to testify here today, is there anything that you did to prepare yourself?

A.  I don't understand the question, but to be honest and try to answer that, I've been submitting evidence about this case, so somehow I'm prepared.  I know what happened.  I have all the evidence that shows

Page 15

that what they're saying is not true.  So, if that answers the question, that's the answer.

Q.  So, did you review any documents to prepare for today?

A.  I've been reviewing documents for the last two months.  Does that classify for that?

Q.  Sure.  What documents did you review?

A.  Everything that I've been submitting to my counsel, every document that has been submitted as an evidence.  I've been doing that myself, so that -- your question is if I was prepared?  Yes, I was.  I've been doing this for two months.

Q.  Sure.  I don't want to go into anything that you're discussing directly with your counsel, but I want to get a sense of what documents specifically you reviewed in order to prepare for today's deposition, especially because you're testifying on behalf of Statewide as its corporate representative.  So, which documents did you review to prepare?

A.  We have submitted evidence of the SunPass recording for the transporter that he was driving.  We have -- I have been able to submit the daily project report I chose every day that was worked in the job site.  And that's everything that I've seen is related

Page 16

to those particular topics.

Q.  Okay.  Did you speak with anyone in preparation for today's deposition?  And again, if you spoke with your counsel, I don't want to know anything that you said to him or that he said to you.

A.  My answer is no.

Q.  Okay.  And do you understand that your testimony as corporate representative is binding on Statewide on the company itself?

A.  Yes.

Q.  And referring back to the document that I just showed you, the deposition notice, are there any topics from that document that you are not prepared to testify about today?

A.  I believe I have enough knowledge about the project, so I'm prepared to answer any questions you have.

Q.  Okay.  Great.  So, first, I want to talk about the general business and background of Statewide.  And now when I refer to Statewide throughout the deposition, I'm referring to Statewide Electrical Services, Inc., the Defendant in this lawsuit, understood?

A.  Can you repeat that, please?

Q.  Sure.  Throughout the deposition, I might

Page 17

refer to Statewide Electrical Services, Inc., just as Statewide.  So, do you understand that's what I mean when I say Statewide?

A.  Yes, I understand.

Q.  And throughout the deposition, I might also refer to the Plaintiff, Jesus E. Gonzalez Hernandez, just as Jesus.  Do you understand what I'm talking about when I say Jesus?

A.  Yes.

Q.  And last point I wanted to clarify is that when I refer to Esnol, I'm talking about Esnol Gonzalez Cantero, the opt-in Plaintiff in the lawsuit, understood?

A.  Yes.

Q.  Okay.  So, what is your involvement with Statewide?

A.  I am the owner and the President of Statewide since 1999.

Q.  Has there ever been any other owner of Statewide?

A.  No.

Q.  And has there ever been any other President of Statewide?

A.  My wife probably was a Vice President at one time, but I do not recall exactly when it was.  But most



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

Page 18

of the time I've been the President, I believe, back maybe 10, 12 years ago. I do not recall that particular detail very clear.

Q. Okay. And when your wife was working as Vice President of Statewide, what was her level of involvement with the company, what were her responsibilities?

A. I was involved in the daily operations, and she was involved in the bookkeeping and the coordination. Most of the work was from her from the office.

Q. And so, when your wife was operating as Vice President of Statewide, do you remember if that was in the past five years?

A. It was more than that.

Q. And Statewide is a Florida corporation, correct?

A. Yes.

Q. Have you ever held any position with Statewide other than owner and President?

A. Not that I do not recall. I've been working for my own company since 1999.

Q. Okay. And so, as the owner and President of Statewide, I'm assuming you have the authority to hire employees.

Page 19

A. Yes, I do.

Q. Okay. And you also have the authority to fire employees, correct?

A. I would say so, yes.

Q. And do you have the authority to set employees' pay rates?

A. Yes.

Q. Assuming also as the owner and President of Statewide that you have the authority to assign work to your employees?

A. Yes.

Q. Do you directly supervise any of Statewide's employees?

A. Yes.

Q. And in your capacity as owner and President of Statewide, are you responsible for approving payroll for your employees?

A. Yes.

Q. Is there anyone at Statewide that would overrule you on pay or hours?

A. No.

Q. Okay. Can you tell me a little bit about what kind of business Statewide performs?

A. Our company is involved in the construction industry. We provide electrical services for – most of

Page 20

the time government projects. Electrical goes is a wide range, switchgear installation, conduit wiring, panel boards, everything that is related to electrical.

Q. Got it. Has Statewide ever performed that type of work for Miami-Dade County?

A. Yes.

Q. On how many different projects has Statewide provided electrical services for Miami-Dade County?

A. Since 1999?

Q. Yes.

A. You mean since 1999?

Q. Yes.

A. It's hard to say, but I would say more than probably 40 projects.

Q. Right.

THE COURT REPORTER: More than 40, say that again?

THE WITNESS: Yes, more than 40, yes.

THE COURT REPORTER: You said, "More than 40 projects?"

THE WITNESS: Yes, since 1999.

THE COURT REPORTER: Okay. Thank you.

BY MR. LAROU:

Q. How many employees does Statewide currently have?

Page 21

A. Did you ask the question? I didn't hear it.

Q. Yes. How many employees does Statewide currently have?

A. I'm sorry, you have to repeat that. It's breaking up.

Q. Yes. How many employees does Statewide currently have?

A. About 10, 10 to 12.

Q. What about during the period – we'll strike that – first, I want to talk about Jesus Gonzalez. How did you meet him?

A. He was referred by an employee that I had back in 2014.

Q. Is that when he began working for Statewide?

A. Yes.

Q. And when did Jesus stop working for Statewide?

A. I have a note here. Can I take a look at my note?

Q. Sure, but I'm going to need a copy of the notes as well.

A. You already have it. It's the timesheet.

Q. Okay.

A. Friday, 09/29/2023. It's right there.

Q. That's September 29th, 2023?

A. Hold on a second. No, this is different.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

## Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
### Melo, Noel on 02/02/2026

Page 22

This is the one that's – that is referring in this document, they said that we owned over time. So, the last day he worked – you already have that also, I believe. I'm going to go to the daily project report, which is here.

I'm going to show you the last day he was and where he was. The time he got to the job site, the time he left. According to the transporter that was used and the personal information he was providing to my prior manager. Is that good enough?

Q. Well, I just need you to answer my question. When was Jesus' last day?

A. Yeah, but I would like to add something else. I'd like to add the last day he worked, where he was, time he woke up, time he went through the SunPass, and the time he went back to his house. So, you can corroborate right there that he didn't actually work the hours that we were waiting for.

Q. Sure.

A. Let me go back and give you the answer.

Q. And so, one more thing I'd like to clarify.

A. One second. Let me provide you with the answer, please. Can I provide you –

Q. Right, but you just gave me some testimony that was not responsive to my question. So, I just

Page 23

wanted to clarify, when you respond to my questions, I need to make sure that you're directly answering those questions, rather than kind of providing a personal narrative, understood?

A. Yes. The last day was Monday, Monday, October 15th, 2024. That was the last day. And the activity he was making according to the daily project report is right here. You can see it on the screen.

You have this document, right? It's a document that was produced contemporaneously with the project that was described on-site. Okay.

Q. Well, you tell me. Have you produced that document – have you provided that document to your Attorney?

A. Yes, I did.

Q. And do you know if your attorney has provided that document to us?

A. I have not. I don't have that information, but it was provided to my attorney. Yes.

Q. Okay. Yeah. Could you – first off, I noticed you're looking down quite a bit, reading off of documents. And I know you showed me a couple of documents that you're referring to. Can you tell me all of the documents that are in front of you?

A. Yes. Here is the record for the transporter

Page 24

that was used by Jesus. The transporter number is 028166331010, the tag number of the car that he was driving was QGZ27, the VIN number was 1FBR1C86LK1367655. That's the car.

Q. Those are –

A. That's the car.

Q. Those are the –

A. I'm sorry. Let me –

Q. Those are the SunPass records that were produced by the Plaintiff?

A. This is the record that we produced according to the car he was driving from the company. And it shows right there the time he was getting to the job site and the time he was leaving.

In addition to that, you see the red mark over here with the circle? That shows that he left early and we pay to –

Q. I'm not sure.

A. Yeah, but I'm just pointing out that for the record. So, you asked me –

Q. That's fine. If I want to go into the details, if I want to go into the details of this document, I'll ask you specific questions about them.

My question for you. My question for you is what documents are in front of you as we're speaking

Page 25

here today?

A. SunPass records. You can take a look. Is that good?

Q. Perfect. This is the document you submitted – you guys submitted according to him that we owe him time. So, that document was produced by you –

Q. Okay.

A. – this document over here is the list of the station he was working that I want to point out. He made a mistake. The order that he described the job was not the correct one. We have e-mails that says, "Which one was first and which one was –

Q. Hold on. Mr. Melo. I don't mean to interrupt you. I don't mean to. I'm not looking for your personal take on the content of these documents. I just want to know what documents are.

A. Okay. Now, this one is the daily for your report. A document that was contemporaneously done every day to describe the project and this is the time sheet that you already have. That's all I have.

Everything that I have here is some things that you have.

Q. Perfect. Thank you. So, you're referring to some time keeping records that are in front of you. What was Statewide's time keeping policy for



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

## Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
### Melo, Noel on 02/02/2026

Page 26

its employees, during the time that Jesus and Esnol were working for Statewide?

A. Can you repeat the question? So, I can provide you with the right answer.

Q. Of course. During the time that Jesus and Esnol were working for Statewide, what was Statewide's timekeeping policy for its employees?

A. The timekeeping for the employees. We were -- they were voluntarily giving the hours. The FLSA doesn't specify how to keep the hours. So, they were voluntarily giving the hours. When I was on site, I was taking the time myself, which is what's for the first station Allapattah, and after that, he was communicating with my project manager and giving the time voluntarily to my project manager, so I can write down the time sheet myself in the office.

But I want to point out something else. He was giving 10 hours a day, and he was not working even 10 hours. And we got the proof according now, not only the escort. We have to prove with the SunPass. Okay. So, just for you to know.

Q. Okay. Again, Mr. Melo, I don't mean to be difficult here, but I need to make sure that your answers are directly responsive to my questions, right? I am not looking for kind of your personal

Page 27

side takes on these issues. I need to make sure that you're responding directly to my questions, understood?

A. I do.

Q. Okay. So, you mentioned that the timekeeping policy for Statewide during the time that Jesus and Esnol worked there was that the hours were voluntarily given. Can you explain to me what you mean by that?

A. Yes. Our first day, so I was in the office. I was recording the time myself and the rest of the station, they were either given the information to Paola, they were given the information to Paola, which was my project manager. Paola was referring the information to me, and I was doing the time sheet in the office.

Q. So, you were preparing the time sheets from Statewide's office for the employees that were working out in the field on the projects?

A. Yes. That's not a violation.

Q. Okay.

A. Let's say that doesn't specify how to do it.

Q. Mr. Melo, I didn't ask you whether it was a violation.

A. But I want to make --

MR. VERBIT: Excuse me. Mr. Melo is allowed to explain his answers, okay? You don't get to

Page 28

just cut them off like that.

BY MR. LAROU:

Q. Sure. But I need to make sure that we're not wasting time here today and that the answers are directly responsive to my questions.

A. I have all day.

Q. Okay. So, you mentioned that you were personally preparing these time records in the office. You also refer to Paola as having some kind of involvement in the timekeeping. What was Paola's level of involvement in that?

A. Paola was the project manager for that particular project. First station was Allapattah, which is located 3501 Northwest 12th Avenue. I was in that station myself for a month, to determine what the job requires to be completed. Since all the stations were the same type, I decided that we were able to do the project within 40 hours every week, four weeks.

So, that's why we always mentioned 40 hours a week, four weeks, because it was what I decided when I was in Allapattah doing the first station. All the stations are typical; it's the same job in every address.

Q. So, what do you mean that you decided there would be 40 hours for --

Page 29

A. because I --

Q. -- the Allapattah -- project.

A. No, let me go back. Allapattah, I was the one doing this station. Jesus and Esnol were there with me and we did it in less than a month. So, we took that in consideration to do the rest of the station.

And then for Santa Clara, I put Paola in charge because I already knew what it took to get the job done. So, I was actually making sure the project was on a schedule, and we're completing the task within the time that we already decided, and we had available to do.

Q. So, you said, "Paola was in charge." What were her responsibilities as far as the timekeeping during the Santa Clara portion of the Miami-Dade Metrorail Project?

A. Paola was in charge from the first station. She was in charge of the communication schedule. And after station number two, Santa Clara, she was also in charge of the completion of the station on the job site. That's why she was going there every day for the first station, it was me. The rest of the station was Paola. That's why we decided to do the timekeeping that way. So, they can't report the time to Paola. I was doing the time sheet in my office.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

Page 30

Q. So, you're referring to Paola. Who is Paola?

A. Paola is a project manager. She works in the company.

Q. What's her last name?

A. Uzcategui.

Q. Did she serve as project manager throughout the entire Miami-Dade Metrorail Project?

A. I'm sorry. Can you repeat the question?

Q. Yes. Did Paola serve as the project manager throughout the entire course of the Miami-Dade Metrorail Project?

A. For that particular project? Yes.

Q. And what were her responsibilities as project manager?

A. She was responsible to keep track of the time. She was responsible for scheduling the work, getting in contact with the project manager to be able to open the stations, communicate with Esnol and Jesus that were doing the job at the stations. She was also doing materials list; anything that is related to the job she was in charge.

Q. You said, "Paola was responsible for communicating with the project manager." I thought she was the project manager, right?

A. Say that again?

Page 31

Q. You said that one of Paola's job responsibilities was communicating with the project manager, right? But I thought Paola is the project manager, right?

A. Yeah. Paola is the project manager from the Statewide Electrical side, but there is a project manager from Miami-Dade County. Dalton Rivera and Leo Iterian were the project managers from Miami-Dade County. So, the title applies to both sides –

Q. Got it.

A. – Miami-Dade County and Statewide.

Q. Got it. Okay. So, Paola would handle those communications with the Miami-Dade project manager?

A. Yes.

Q. Okay. So, obviously this lawsuit centers around unpaid overtime between April 2023 and September 2023. And referring to the joint scheduling report, the document that you referred to earlier, and have in front of you right now, the Plaintiff and the opt-in Plaintiff Jesus and Esnol are claiming that they were not paid overtime for the, at least portions of the Allapattah project, the Santa Clara project, Palmer Lake project, the Vizcaya station, Overtown, and Brickell, all of those portions of the Miami-Dade Metrorail Project.

A. Yes.

Page 32

Q. For each of those portions of the Miami-Dade Metrorail Project, was Paola physically present while Jesus and Esnol were working?

A. Yes.

Q. Statewide, I know we talked a little bit about the Statewide timekeeping policy just a moment ago. Does Statewide have any written timekeeping policy?

A. Written timekeeping policy?

Q. Yes.

A. We follow the FLSA regulations.

Q. But no other written timekeeping policy other than the FLSA?

A. It's not required. I don't have; I just have to follow the regulations that are already written by the FLSA.

Q. So, that's a no then, there's no additional written timekeeping policy?

A. No.

Q. Okay. So, during the time that Jesus and Esnol were working on the Miami-Dade Metrorail Project, was there any written requirement by Statewide that employees record their start times?

A. Employer – employee were given voluntarily the information to the project manager. FLSA is one of the options that we have in the law. They were provided

Page 33

without any force to say, how many hours they worked. We have different layers of the information that we're providing. We have the SunPass, we have the voluntary information, we have the checks, we have the timesheet, and then we have the check, and then we have his signature saying that the amount of hours that we paid were correct.

And let me tell you something else. You see 40 hours and you might be surprised why it's 40 hours all the time. According to the SunPass record, he worked every week that he puts in his claim less than 40 hours. So, I decided as a good faith because they were doing a good job to round it off. So, we can go back and see they actually work less than 10 hours every day, according to this record that I can now pacify.

Q. Okay. So, my question for you though, and if you can, please just give me a yes or no answer. During the time that Jesus and Esnol were working on the Miami-Dade Metrorail Project, was there any written request, any kind of requirement that employees record their start times?

A. I was doing the recording in my office. If that answered your question, the records were at the same time, were contemporaneously with the job performer.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

## Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
### Melo, Noel on 02/02/2026

Page 34

To answer the question, I was doing the timesheet in my office with the information that I was getting from them every day voluntarily. So, to answer the question, yes, we had it.

Q. Right. I guess I'm a little confused because – okay – so, strike that – so, how would Jesus and Esnol during the time they were working at the metrorail project, how would they communicate their start or stop times to you?

A. Yes. For the first station, Allapattah, I was there every morning. I was recording that information myself because I was present for Allapattah. Santa Clara and the rest of the stations, Paola, was in charge of that. Paola was not there every day at the same time, but they were giving the information to Paola voluntarily, how many hours they work every day. That was their information. It was not our information. We recorded what they said in a good faith, and then we find out that they didn't actually work 10 hours, they work less and we have to prove here. Does that answer the question?

Q. Right. So, if I'm understanding correctly, you know, you stated several times that employees like Jesus and Esnol, they were voluntarily providing the times that they worked to you. And there was – so

Page 35

there was no requirement that they provide the times to you. It was just their free will. It was their choice.

A. According to the FLSA to comply with the regulations, employees can voluntarily provide their time that they have been working on the job side to the supervisor or to the project manager or to the owner, whoever is in charge. And that's what we decided to do. We use what the regulations said voluntarily providing the time to Paola. And when I was there, I was taking the information myself because I was present all the time.

So, to get – to probably to answer your question, yes, we keep that information every day with the information they were providing us when we were not present as a good faith. Then we find out that we're not working, not even 10 hours, not even for all the days that they mentioned in the, in the claim. So, I can show that to you in addition to what I'm saying here, but yes, the answer, yes, we were having time sheet every day contemporaneously with the work performance at the job site.

Q. Okay. So, since this time reporting policy was voluntary, it sounds like the employees like Jesus and Esnol, they weren't required to report their time, but they could, if they wanted to.

Page 36

A. Can you repeat the question?

Q. You mentioned that the timekeeping policy of Statewide is that employees voluntarily provide the hours that they worked. So, if I'm understanding correctly, they're not obligated to report the times they work, but they can, if they want to?

A. No, that's a tricky question. You're trying to trick me. If they work for me and they want to get paid, I don't see how they're going to work and not provide the time they were there at. They're not going to work for free. So, it's in the best interest for them to provide the hour and be accurate with the time.

So, but in this case, we were acting in good faith. We were using one of the regulations that the FLSA provide that the employee can provide voluntarily information to track the time, and they were taking advantage of that. I don't know how that answered the question, but that's the reality.

When I was there for the first station, I was taking the time myself. For the rest of the station, Paola sometimes was there, sometimes was not. They were providing the information to Paola, Paola was referring that information to me, and I was doing the timesheet every, every day, contemporaneously with the work.

Q. Okay. So, during the Miami-Dade Metrorail

Page 37

Project, there was no kind of policy in place by Statewide that employees must report the hours they worked. It was voluntary.

A. Yeah. The – you can say must. All right. But that didn't come to my mind. They reported the time every day. It's in their best interest to report the time. If they don't report the time, that means they're not going to get paid.

Q. Okay.

A. So, they were reporting the time every day. And the question you are asking me is a question that I do not know the legal implication of what you're saying, but they were reporting the time to me, to Paola or to me every day.

And if you say they should or must or shall, that's different. That's legal implications that I do not, I – they have the obligation to do it. If they didn't do it, they will not get paid. So, they had the obligation just trying to revise that in my mind real quick. They had the obligation to report the time.

Q. Great. And I'm not – I don't want to, you know, ask you about any kind of legal conclusions, but just kind of from a commonsense standpoint, you know, voluntarily providing information that would imply no obligation, correct?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

## Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
### Melo, Noel on 02/02/2026

Page 38

A. No, I didn't say that.

Q. Right. I guess that's why I'm confused because you stated, several times that they were, they were, the policy was that employees voluntarily report the hours they worked to Statewide.

A. Probably that's not the best way to describe that particular task, but we were taking the information from them.

If they were voluntarily classified, I'm not sure, but they had to -- probably voluntarily is not the best description. They had to report the time to Paola from the second station up to the last station. And that's what they did. We were using -- if you go back to the FLSA voluntarily is a word that is written there.

Okay. So, I mean, I don't know what type of question you're trying to, to give it for me, to give you an answer for, but they were voluntarily described there.

So, if it is not a violation, they do report the time every day, whatever the description, the word that described that action is they did, and that's what the law requires.

Q. So, you mentioned that beginning at the Santa Clara station and moving forward through the Miami-Dade Metro Project, Jesus and Esnol were reporting their

Page 39

hours to Paola, right? And I know you mentioned earlier that you were the one preparing time records for Jesus and Esnol. How was that information communicated to you?

A. You mean how that information was getting to me?

Q. Yes.

A. From Paola.

Q. Okay. So, if I'm understanding correctly, Jesus and Esnol, they would tell Paola what hours they worked and then Paola would tell you.

A. No, it's not that simple. Paola was there every day. And when Paola was there every day doing the, what the job is required to be completed, Paola was also writing down the time that they were working.

Let's say, Paola got there at 10:00 A.M., Paola will ask them, what time do you guys got here? 8 o'clock.

Usually, we started at 07:00 for that particular station with the exception of some days, but most of the time it was a seven.

So, Paola will ask them, they will provide the time at 07:00. And then if Paola has to go and go someplace else, go someplace else and do not come back to the office the following day, they will provide the

Page 40

time or at the end of the day, they will provide the time to Paola so we can keep track of time.

But like I said before, they were reporting 10 hours a day and there's some patrols that they were leaving early. How do you explain that?

Q. Okay. So, you mentioned that, that Paola would write down the hours that Jesus and Esnol would work during the metrorail project?

A. Yes. That's one of the methods approved by the FLSA. There is no specification on how to keep track of the time. FLSA is very vague in that particular description. They do not say how to keep it, they do not say if it is electronic method, written method, voluntary information. They said, "Employee must keep accurate, must keep records of the time that the employees work and has to be accurate." And that's what we did.

Q. Yeah. I don't, I don't disagree with you on that. But those records that Paola was keeping, do you, do you still have those records?

A. You have them here. It's one of the notes that I have here. This is the time sheet that I was doing every day. You already have this probably as an evidence. This is my handwriting.

Q. Sure. And give me just one second. I'm going

Page 41

to pull up a second exhibit.

Okay. So, showing you what I'll mark as Exhibit 2, which are Statewide's handwritten notes, Bate stamped as ST0112 through ST0139. And Mr. Melo, the, the document that I'm sharing with you on my screen, is this the same document that's in front of you?

(Thereupon, Plaintiff's Exhibit 2 was entered into the record.)

A. Yes.

BY MR. LAROU:

Q. Okay. So, you mentioned these handwritten notes. These were kept by you?

A. Yes.

Q. When did you prepare these notes?

A. At the same time that the work was performed.

Q. Okay. And my question for you -- going back to my last question before showing you the exhibit regarding Paola's recording of the employers, do you or Statewide currently have any of those handwritten contemporaneous notes that were taken by Paola?

A. The information that she provided to me is the information that is here that was contemporaneously done according to the job. The notes you're talking about, I have no note. I have -- I don't have anything like; I don't have any information like that. Paola was the one



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

Page 42

taking that information verbally from them.

The FLSA doesn't say it doesn't have to be written in any specific format. It has to be written in a time sheet format, which is what I have here. These are my notes.

Q. Yeah, sure. I agree with you. But, you know, my question is do you or Statewide have the documents that Paola was preparing?

A. Let me go back and be very clear about this.

Paola was not preparing anything. Paola was keeping track of the time. The one that I was preparing the timesheet is me, and I'm showing this as an evidence again.

The notes you're talking about are these, and this was done with the information that we're getting every day from the job site. So, notes are here and they are contemporaneously with the work. The FLSA doesn't say, "We have to keep notes." The FLSA says, "We have to keep track of the time, it has to be accurate." And this is it.

Q. Sure. And I don't want to repeat myself, but I'm not sure if you're accurately, you know, completely understanding my question.

So, my question for you, and if you could either answer with yes or no, do you or Statewide have

Page 43

the notes that you mentioned Paola was taking while she was working with Jesus and –

A. Paola was working with me –

Q. – Esnol, metrorail project?

A. Okay. If I said something that you believe is different, I want to clarify it now. Paola was taking the information. I was the one reading the note. Here are the notes doing contemporarily with the job performance. And it's not only that we also have this doing – that was done in Excel that hasn't been modified since 2024, which was the last day that we work on this document showing exactly the same like this document.

So, you have no way to go. We got this report done back in the days with Excel format that we can now modify. We got the timesheet and we also have this.

They didn't expect this. I have the SunPass, I have in every circle right here. Look at this. Can you look at this, please? Every circle that we pay them 10 hours; they actually work eight. The project manager there was Leo Iterian by a coincidence. They used to live in the same house, they were friends. So, I don't know what the hell was going on there, but if you want to keep digging, probably you will find something that is not good. I have all the proof. Look at this.

Page 44

Look at, look at this, please. Look at this.

Look at this –

Q. Picture. So –

A. – we paid more than what they said –

Q. Mr. Melo. I'm sorry to interrupt you, but again, I feel like I keep having to remind you that, you know, I really need you to respond directly to my questions.

A. Let me say something for the record. Let me say something for the record.

Q. Mr. Melo, there's no question pending –

A. If my counsel, allow me. You are asking me questions to trick me in words that I do not know the definition from the legal point. All I'm saying is that I'm taking the opportunity to explain myself.

Whenever you ask a question that I believe you are trying to trick me. Okay?

The example of that was an obligation about reporting the time. So, you're trying to, you know, force me to say something you can use against me. And I want to be very clear here. We have all the proofs.

In addition to that, I haven't mentioned something else yet. We have a legal document that was submitted to the county. All PC tracker that was done. Contemporaneously with the work that is –

Page 45

Q. Mr. Melo. There's no, and I really want to get –

A. You don't want the answer. Do you know what happened? You don't want the answer. You don't want the answer because you know that you have no case. I have all the proof. And you can ask me all the question because every time you ask the question, I have an answer for.

Q. This deposition, since you're testifying individually and, and as corporate representative of Statewide, this can take up –

A. Let me ask –

Q. – to 14 hours – hours to depose each witness.

THE COURT REPORTER: Guys.

THE WITNESS: Let me ask my counsel. Can I explain myself in every question he asked or I'm out. I'm doing something that I shouldn't do.

So, I do not refer to every proof I have that they didn't. I actually work the hours, they said that and there is some seem. We are about this case.

The project manager was living in the same house like this guy, you know, like. I can corroborate that. I can corroborate that. So, is



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

Page 46

this a plot against me, against the company, some of – Steven. Can I answer the question the way I want, or should I say just yes or no? I will say whatever you say.

MR. VERBIT: You need to answer his question, of course, but you are also allowed to explain your answer.

THE WITNESS: And if my answers are evidence – hard evidence like this one, am I allowed to show them?

MR. VERBIT: Yes.

THE WITNESS: So, my Counsel is telling me that I can't do it. So, I don't see why we shouldn't keep going.

BY MR. LAROU:

Q. Okay. So, I just want to clarify one thing. I'm not here to trick you. I'm here to find out –

A. – why I'm –

Q. – no, Mr. Melo, you can't. I'm asking the questions today. This is your deposition. The attorney representing the Plaintiffs that are suing you is asking the questions today. Okay?

A. All right. I would be –

Q. So, just them – and again, I want to get you out of here as soon as possible. I want to get this

Page 47

wrapped up.

A. No, listen, we can –

Q. – we can only do that if we're cooperative and we say one at a time.

A. Hey, let's go back one minute. I have all day all night. I want this to be very clear. I want to add something else. They're suing me for $6,000 and I have to spend three, four times that, you know. Why I'm doing this because I want the truth. I want everybody to know what they're doing and I don't want - - I don't want them to do this to anybody else. I know this is out of the context, but I want to say it. I'm expanding more. The work is for –

Q. I understand that. Again, please. Just try as best as you can to respond directly to my questions. I know there's a lot on your mind that you want to say, but please only respond to the questions that are pending on the record, okay?

A. Okay.

Q. So, just a moment ago you mentioned that while Jesus and Esnol were working at the Miami-Dade Metro Project, they would report their hours to Paola. Who would record those hours and communicate the hours to you?

A. Let me interrupt you there. I didn't say

Page 48

that. I said for the first station, Allapattah, I was taking the information myself because I was there all the time. To determine what is required to complete one station since every station was typical. Then I decided that the job was already – one station was already finished that Paola can covering. I can dedicate myself to something else.

But let me be clear. I was in Allapattah all day every day of the way that we're working until it was completed a 100%. That's why I decided that every station was typical and we can do it within the time that I decided.

Q. Okay. Sure. So, for stations two through six after Allapattah when you were not working there, you mentioned Paola was working as the project manager. You stated that Jesus and Esnol would report their hours to Paola and Paola would record that information and report it to you, right?

A. I didn't say record. Paola will give – will transfer the information to me, they were recorded was a word that you provided there. I said Paola was in charge to determine I will work there and his last duty was to report the hours to me, so I can elaborate this document contemporaneously with the work performed. So, these are the notes. These are the only notes.

Page 49

These are the final notes.

Q. So, you and Statewide don't have any kind of records that were kept by Paola as she was working as project manager with Jesus and Esnol, correct?

A. Yes, this document.

Q. That's not my question. The question –

A. Yes, that's your question.

Q. – neither you nor Statewide have any documents that were prepared by Paola regarding the hours that were worked by Jesus and Esnol, correct?

A. Paola had the task to get the information and provide to him, provided to me, so I can write down this document every day. So, does that answer the question?

Q. Right, I see. It sounds like a no, there's no document prepared by Paola, right?

A. Now you want me to guess if Paola wrote it down or not? All I care is that this document was done the same day they were working on the site and whatever day – whatever the determination was how to get this information is absolutely irrelevant.

What is important is this document was created the same day. That's what the FLSA requires. This document has to be created contemporaneously with the work performed. So, that's a tricky question. Do you want me to admit how Paola did it so you can ask me for



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

Page 50

the notes? This is a – these are the notes. This is the only notes I have, and this was done the same day that work does. Does that answer the question?

Q. Sure, so I don't – it does. My question is do either you or Statewide have documents prepared by Paola showing the – reflecting the hours that Jesus or Esnol worked?

MR. VERBIT: Objection, asked and answered. Now, four times.

A. Is this the document that you're referring to?

BY MR. LAROU:

Q. All right. So, I'll take that as a no. So, after Jesus and Esnol would report their hours to Paola while working at the metrorail project, would Paola communicate that information to you?

A. Paola has my phone number. We have a personal communication and we make contact in the office every day either in the morning or the afternoon. Usually in the afternoon at the end of the day. So, she was communicating the information to me and I was writing this document that I showed before.

Q. Are there any – did Paola ever communicate the hours worked by Jesus or Esnol in writing to you?

A. Communication with Paola and this is the only note we have that was contemporaneously done with the

Page 51

time with the work performed at the job site. These are the notes – these are the only notes. So, if you keep referring to any other note, this is what you always have because this is the reality and this is the only thing we have.

The communication that I had from Paola, I made this document based on that information. The information was provided by them voluntarily like the FLSA says that we can do and this document was done every day and this corroborate the daily report project and this corroborate the SunPass, which by the way, I paid them more than what they say, I pay 10 hours and they were leaving at 04:00, 2 O'clock. So, that means Paola already went there and they were not – they were taking in consideration Paola's not going to come back anymore. So, they were not being actually very honest.

Q. Sure, but my question was: how did Paola communicate that information to you, was she communicated –

A. Verbally.

Q. – verbally.

A. Yes.

Q. Okay.

A. By the way, by the way, it's not a – it's not a – it's not a violation. The violation is if I do

Page 52

this document the same day. It doesn't matter how I get the information. What's important is that the document was done contemporaneously with the work.

That's the only thing that is important. So, do not try to find anything. It's not here. It's just this note. Okay. You have them, you have them as approved as an exhibit. Maybe I don't know what is the Exhibit number, but that's what you have and that's what you will get and this is corroborated by this.

Corroborated by this, and corroborated by the LPC tracker that we haven't talked about it, which is an official document that was submitted to the Dade county. We can talk about it more if you want to.

Q. Sure. So, for each day worked by Jesus and Esnol that's reflected in Exhibit 2 that I just showed you, those handwritten notes, Paola communicated that information to you verbally every single time?

A. Yes.

Q. Did she – how did she tell you? Was it over the phone or?

A. We meet – we usually meet at the end of the day. Paola has his computer in the office next to mine. So, seeing each other every day at the end of the day.

Q. Okay. During the time that Jesus and Esnol were working at the Miami-Dade Metrorail Project, did

Page 53

Statewide have any kind of meal break requirements?

A. They were taking their own lunch, but I want to add something to that, adults are not required to have any lunch. But I'm just going to say what the law says, but they were taking the lunch. Adults are not required to have lunch. If you go – if you go back to the timesheet, the time they're requesting for lunch, I actually pay for that time. The law says if they take 10-15 minutes I have to pay for that time, so that I actually did for the – pay for that time, even they took more than – more than – more than 15 minutes.

What can you expect when they're leaving two hours early? How could you expect they're going to take just 10-15 minutes?

These people were lazy. They were in – they were in connection with the project manager. They were doing whatever they wanted there and that's what you want – don't want to hear. They had something else going on there and I can't prove it. They were leaving at 02:00 or 03:00 P.M. and we're paying them until 05:30. So, does that make any difference at all, the 15, 20, 12 minutes? So, you're going to try to trick me into a lunch break. Lunch break, if it is half an hour I can deduct and not pay them. If it is less than 15 minutes I can incorporate that in the paycheck so you



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

# Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
## Melo, Noel on 02/02/2026

Page 54

can take it.

What was the question? Because I don't even understand the question. The question, since I taking more time and stealing money from the company. How can I – I don't know. Can you repeat the question to give you a correct answer? Because I'm –

Q.   Yeah. I'm not asking what the law requires or whether the time records are accurate?  I'm asking --

A.   – yes. To answer the question.

Q.   Hold on. Let me finish my question. What I'm asking is: during the time that Jesus and Esnol worked on the metrorail project, did Statewide have any kind of break policy in place?

A.   They were taking the break. If we usually do, there is no policy for that. Law doesn't require to have that. So, they were taking the breaks and we're assuming that we were deducting the break. Actually, they took probably more than 30 minutes. But yes, they were taking the break to answer the question.

Q.   So, no – so, then no, there was no requirement – I'm sorry. There was no kind of policy place regarding employees' breaks during the metrorail project?

A.   No, it was not. If there's no policy for

Page 55

that, it's not required by law.

Q.   During the time that Jesus and Esnol worked on the metrorail project, did Statewide use any kind of time clock to track the employees' hours?

MR. VERBIT:  I'm going to interpose an objection here. All these questions have been answered in the request for admissions that you sent to Statewide, and Statewide already admitted all these things. It's already been submitted in answers to your discovery request. You're just plowing the same ground over and over again unnecessarily.

MR. VERBIT: Sure. So, I can't ask about discovery responses provided by Statewide or Mr. Melo?

MR. VERBIT: Yeah, you could – you can ask about the discovery responses. But you're asking these questions like it's never been answered before and you've had – you've received – you sent request for admissions, the request for admissions was responded to, there's an amended response. All these questions you're asking have already been answered. That's all I'm saying.

So, I'm just submitting that you're just larding up the record with repetitive questioning

Page 56

– repetitive questions, the answers to which you already have.

MR. LAROU: Yeah, sure. I get – I can appreciate that but, you know, this is the only time that I'm going to have the opportunity to speak with Mr. Melo directly before, I want to get a sense of his in-person testing here.

MR. VERBIT: Yeah, that's fine. I agree with that. But you know, why ask him the same questions he's already answered, that's all I'm saying.

MR. LAROU: Yeah, sure. So, are you instructing him not to answer?

MR. VERBIT: No.

BY MR. LAROU:

Q.   Okay. All right. So, Mr. Melo, during the time that Jesus and Esnol were working at the Miami-Dade Metro Project, did Statewide use any kind of time clock to track the hours that the employees work?

A.   I believe that was already answered. They were providing for the first station I was taking the information myself because I was present every day. For the rest of the station Paola was there. When she was not there, they were giving the information voluntarily to Paola. Paola was referring that information to me and I was completing this document

Page 57

that you want – it seems like I – you don't want to see anymore. This is my notes. It's my final notes contemporaneously done with a work performance.

So, to answer your question, time clocking? Yes, I got the time here. Monday, Tuesday, whatever time in, time out, lunch. According to the information voluntarily given to Paola and for the first station taken by me, however, after this information was taken we realized that this is actually – it's a match of this, a daily project report that we had to submit to the Dade County. They have it. We also did LPC tracker which is a document that I did under perjury that I say that I said the truth.

In addition to that, we have this showing that they were not on the station by the time they were reporting to Paola. So, how do you have – what's the answer? Yes, I do have it here. I have it. Yeah.

Q.   So, you're saying yes, Statewide did use a time dock to track. Is that right?

A.   Oh, I – the law doesn't require me to use a time dock. Don't try to trick me, right? Law says that I have to keep track of time. So, let's use the right terms because I might have an answer that doesn't take in consideration the implications of the way you're using. And I got my Counsel there, I want my counsel to



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

Page 58

be paying attention to these tricky words.

Yes. I do have contemporaneously timesheet. Here it is. Time clock is not required, electronics is not required, this is a remote job site and we're doing this from the office. So, the answer, yes. Yes, I do have the, I do have the time with the time. 7:00, 12:00, 12:35, 09:00, 05:00. Is this a time clock? No, it's not. It's a handwritten document. So, what's the answer?

Q. You tell me. I'm asking the question.

A. Time clock, does this classifies a time clock? I don't believe, but it classified as an accurate reading.

Q. Okay. That's fine. So, the answer is no. Statewide didn't use a time clock to track its employees' time, correct?

A. Okay. But you got to specify –

Q. Correct. Am I correct?

A. – electronically or mechanically time clock? Because this is allowed by FLSA.

Q. Okay. And again, I –

A. I don't know what you believe. I don't know why you guys keep referring to a time clock like the only option. You – we have to keep track of the time.

The FLSA is very vague in that particular

Page 59

point. It doesn't say how you can keep – you keep it. It says very clear: you have to keep it accurate. It has to be contemporaneously done at the same time they were was done. This is my document that complies with all the regulations. So, why you keep asking me about clock?

You know that I don't have any clock. This is what I have. This is the only thing I have and this is the only – the only seed – the only thing you will see.

Because I will not do anything else. This is what we have. This is what it is.

Q. Okay. So, you said there was no clock and there was no other kind of electronic timekeeping. So, great –

A. I have the time right here. Does that classify as a clock?

Q. Well, it doesn't look like a clock to me. It looks like a piece of paper.

A. It's for you to make that determination. For me it is.

Q. So, your testimony here today is that your handwritten notes is a time clock?

A. Absolutely. He said it's just a matter of interpretation. Am I right, counsel?

Page 60

MR. VERBIT: All right. Yeah.

THE WITNESS: All right.

MR. VERBIT: Sounds good. But I think he's just asking specifically if Statewide used some – some time clock or some other electronic method of recording time. That's all he's asking in the answer. I think you've said. You said clearly, no.

THE WITNESS: All right. But this qualifies as a time clock, having the time there.

MR. VERBIT: It's not a time clock.

THE WITNESS: It's not time clock.

MR. VERBIT: The point, I think what you said, is that you have – you keep accurate time records?

THE WITNESS: Yes.

MR. VERBIT: Right. But you didn't use a time clock to do it?

THE WITNESS: Absolutely. That's what I want to say. That one very clear.

BY MR. LAROU:

Q. Okay. So, no time clock and Statewide didn't use any other kind of electronic timekeeping software either, correct?

A. No.

MR. VERBIT: And again, these – this has all

Page 61

been asked about and answered in Statewide's amended response to Plaintiff's first request for admissions if you look at requests number, let me see, Number 4, Number 5, Number 6.

MR. LAROU: Okay. Perfect.

MR. VERBIT: And yeah. I mean, that's already been, it's already been admitted that he didn't use an electronic device.

BY MR. LAROU:

Q. Okay. Perfect. And so, while Jesus and Esnol were working at the Miami-Dade Metrorail Project, they weren't required to send any kind of timesheets either, correct?

A. They were providing the information. The – for the first station I was taking the information myself because I was present there like I said before.

And for the rest of the station, if Paola was not there, they were providing the information verbally to Paola. Okay. Does that answer the question? I want to be very clear the process. Okay. So, you decide whatever the answer is, but that's the process.

Q. Okay.

A. By the way, it was not a violation.

MR. LAROU: We've been going for about an hour and a half now. Is it okay with everybody if we



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

## Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
### Melo, Noel on 02/02/2026

Page 62

take a quick 15 minute break?

THE COURT REPORTER: Sure.

MR. VERBIT: Yeah.

THE COURT REPORTER: Okay. The time is 11:30 a.m., we'll be back at 11:45. Going off the record.

(Thereupon, a short discussion was held off record.)

(Deposition resumed.)

THE COURT REPORTER: The time is 11:46 A.M. Back on record.

BY MR. LAROU:

Q. Okay. Mr. Melo, we spent quite a bit of time talking about the handwritten records that were contemporaneously, and maintained by Statewide to reflect the coursework by Jesus. Are there any other type of documents that exist –

A. Yes.

Q. – they were created by Statewide that reflect the hours worked by Jesus or Esnol?

A. Yes. Let me turn off the AC. It is making too much noise over here. I'll answer.

Q. Sure.

A. That's better. Now, can you repeat the question, please?

Page 63

Q. Yeah, of course. You know, we spent a lot of time talking about the handwritten notes that were – you're alleging were contemporaneously kept, which I introduced as an Exhibit 2, other than that document. Are there any other documents prepared or maintained by Statewide that reflect the hours that Jesus and Esnol worked?

A. Yes.

Q. What documents are those?

A. Okay. There are several documents. I'm going to start with a simple one, which is the daily report, I believe. You already have the daily report. I have been able to show it to you a couple of times. I believe you have this document that described every day that we were in every station with the test that was performed, and the hours that we work. Okay, that's one.

The other method of information that we have that can corroborate the hours are the schedule. We have several e-mails about the schedule for the stations.

So, we're not allowed to be in the station without an escort. So, there are several person that can serve as a witness. One of them is Leo Iterian and one more time by coincidence he used to live in the same

Page 64

house like with Leo Iterian. We also have Dalton Rivera and we have the other people were escort. They were changed from time to time. So, I do not recall the names, might be one or two.

But in addition to that to comply with that, to provide more information about it, we have the SunPass with the address of every station in the time he was leaving his house, the time he was going through the SunPass to pick up his son, and the time he was getting off in the last talk going to the station, and also we have the time he was going back home that most of the time does not – it's not the amount of hours that we actually paid. Every time that you see a circle here, that means they left, let's say, for example August 31st, we paid them up to 06:00 P.M. But he was driving back home at 04:44 P.M. And we have this here in the SunPass with the transporter that we can attach to the vehicle he was driving with the tag number and the VIN number.

And we can go on and on every day that is specified in the claim, which is not even accurate. The order of the station is not accurate. But we will go – we can go by this and go to the SunPass, to the timesheet, to the witnesses that were there, but there is also one document that I believe is the most

Page 65

important one.

This project is for Miami-Dade County. There is a process that we have to comply with in order to get paid. That's what they call the LPC tracker. I don't know if you are familiar with that. That's a document that I have to incorporate in a website that belongs to Miami-Dade County that says, "How many hours and how many employees were present at the job site, and how many hours they work, with the salary that we pay them."

So, that document is – a document that is not only official, it's a document that I did – that I completed under perjury that I was saying the truth.

In addition to that, we have Leo Iterian was the project manager that can corroborate. It was the one that was approving those hours for us to get paid. We also have Dalton, that was another project manager for the project for Miami-Dade County that can corroborate our information. So, we have like – and also we have the check. When we give back the check to them they were taking a look at the check, and they were signing that the hours reflected in the paycheck are in compliance with the time that they work on the job site.

However, if we go check by check – we only go by the SunPass, we can determine that every week we pay them more than – we pay them 40 hours. They were not



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

## Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
### Melo, Noel on 02/02/2026

Page 66

even close, okay? So, you were asking how many layers I have to demonstrate this I have like 4, 5 or 7, that they all match to the point.

Q. Okay.

THE COURT REPORTER: Okay. Counsel, so I'm sorry to interrupt. I need the names, the spelling of the names of the escorts.

THE WITNESS: The name of the escort is – I do not remember the name of the escort. I can look it up and provide it to you. Usually we don't keep track of the person that was there for Miami-Dade County. But the project managers that were present either Leo Iterian or Dalton Rivera can spell it for you.

THE COURT REPORTER: Yes.

THE WITNESS: I believe his information was provided by my counsel to –

THE COURT REPORTER: Yes, you said it on the record. So, I just need you to spell those two project manager names.

THE WITNESS: Okay. Dalton is D-a-l-t-o-n and his last name is Rivera, R-I-v-e-r-a. That's one of the project manager and the other project manager, it was Leo, L-e-o, Iterian, I-T-E-R-I-A-N.

Page 67

THE COURT REPORTER: Thank you. That was all I needed.

BY MR. LAROU:

Q. Okay. So, all of the documents that you just referenced reflecting the hours worked by Jesus and Esnol during the Miami-Dade Metrorail Project, all of those documents have been produced to us. Is that right?

A. They have been sent to my Counsel, so I believe they do.

Q. And other – those documents other than the documents that have been produced to us so far as of today, are there any missing documents that Statewide or you have that reflect the hours worked by Jesus and Esnol?

A. I believe that we have provided everything we have.

Q. Okay. Just a moment ago you mentioned SunPass records. How did you get those records?

A. It was driving a company's car and the transporter – this transporter that the company paid for and I do have the transporter number attached to the vehicle he was driving and with a VIN number in the tag number. I can give it to you if you want to.

Q. That's okay. So, who was driving that

Page 68

vehicle, Jesus, or Esnol?

A. Jesus.

Q. Did Jesus drive a company car to work every single day that he worked?

A. Yes. Up to 09/01/2023 that the vehicle was broken and we took it to the Palmetto Ford.

Q. I'm sorry, you said when? I just – I didn't hear you.

A. September 1st, 2023. The vehicle was taken to Palmetto Ford. It was broken –

Q. Okay.

A. – it was still on the warranty. So, they – they didn't use the company truck anymore after that particular date, September 1st, 2023.

Q. But before September 1st, they always drove the company car to work.

A. Yes. He was taking the car to his house. Yes.

Q. Okay. Do you know how Esnol would get to work?

A. He was picking up Esnol every day. He was living on the 19320 Southwest 190th Street, which is the same address like Leo Iterian, same house, it was going to Esnol's house that I believe Esnol was leaving – I don't have his address right now, but it was his house

Page 69

was located around 24th Street, Cutaway in 80- some. I do not recall the exact address. It was getting off right there. And then he was going back to the expressway and going to the upside and he was doing the same thing in the afternoon.

Q. Okay. So, earlier you – we discussed in detail the timekeeping process for Statewide employees.

You mentioned that other than at the Allapattah project, where you were working at stations two through six, Jesus and Esnol would report their hours to Paola, Paola would report those hours to you, and then you would keep those handwritten notes, reflecting the hours that they worked.

While you were keeping those records, did you have any procedure to verify whether those hours were accurate?

A. I was acting in good faith. I was taking the information they were providing us, and I didn't have a reason to believe they were lying to us at that time.

I've been an employee for the company since 2014, so it was doing a good job. I have to admit that. I'm not saying they were bad workers. I'm saying they were actually lying to me about the hours that were actually in the job site, and the transactions that we have from the SunPass shows very clear that we're



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

Page 70

leaving early.

I believe that had to do something with the people that were in the station. Leo Iterian was the project manager. He was his friend, he used to live in the same house, and he was approving those hours.

Oh, one thing that I forgot to mention, the LPC tracker had to be approved by Leo Iterian, so to complete the cycle for us to get paid, they have to provide the time to Statewide, Statewide will write down the time sheet, we pay the employees, we completed the LPC tracker, LPC tracker has to be approved by Leo Iturrian for us to get paid, so it's a cycle that has to be completed. So, Leo probably knew about that they were leaving early, and he still was approving the time like 40 hours a week, and you see 40 hours. I already explained that. They were doing a good job. I was rounding up the numbers. There is no week that they actually work 40 hours. They always work less than that, so it was my decision. Leo allows me to do that, to round up the hours. What I cannot do is to round down.

Q.   Okay. So, you mentioned the SunPass records as one way to verify the accuracy of the hours that were reported to you. Was there any other way for you to verify the accuracy of those hours?

Page 71

A.   Now let me interrupt you there. I did not say that we use the SunPass to report the time. I did not say that. I said this is one method to corroborate that the information they're saying or they're providing isn't correct. They actually worked less, and this is an independent document that I have no part of it, and he was driving my van. There is no other people to drive my van. He was leaving at four. Let's say, for example, we can pick up just a date, August 31st, 2023, I paid him until 06:00 P.M., and they were on the job, they were taking the toll, the expressway 04:44, then we can pick up the dates that they mentioned here, which is, by the way, is incorrect.

It's not the right orders, and this doesn't match with what we have, which is another document that you have that is the daily project report. So, they are not just mistaking in the order.

They're mistaking by the time that they work, and how do I know that? I know that because they reported, let's say, August 22nd, I paid them until 05:30 P.M., and they were going back home at 04:34 P.M., and I have a circle right here, and he was driving my van with his son inside. He was taking his son home. The following day, I have another circle right here, and I'm following this list, which is, by the way, is

Page 72

incorrect, okay. But this over here, they leave at 03:10 P.M., and I paid them until 05:30 P.M., so he was actually resting in his home, and I was paying him, and he's claiming now that I did not pay him overtime. He has no evidence. I have like – to be honest, I have six or seven layers, and the people who was approving the time they were working there was his friend, and there is some type of complicity there. There's something going on there because he knew they were not working 40 hours, and he was approving 40 hours.

That's a different matter. I don't want to get into that.

But I'm saying the cycle has to be completed for us to get paid, so in order for us to get paid, we had the record that we keep, everyday job, the report, the timesheet, the check, the check was given to them to double-check the time of hours, their signature, before the check was cashed, saying that's the right amount of hours, and then we have the SunPass.

In addition to that, the most important document, which is the LPC tracker, which is the one that I did in good faith, believing they were working 10 hours, when actually they did work less.

Q.   Okay. You mentioned just a second ago, someone was approving the Plaintiff and opt-in

Page 73

Plaintiff, Jesus, and Esnol, for 40 hours, even though you're claiming they were at home. Who did you say was approving them for 40 hours, even though they worked less?

A.   Okay. The LPC tracker, the project manager, has the ability to stop the work, make a claim, or do whatever they believe, it's okay to do, so employee can get paid the right amount.

Person that was in charge for Miami-Dade County was Leo Iterian, and we were submitting the LPC tracker. We never had a complaint, we never had any issue about the time's work there, so Leo was approving those LPC tracker. And like I said before, probably he knew that we – actually went out, they were not working the whole 40 hours, the complete hours, so it's not a violation to pay an employee 40 hours when they actually work 36, which is a violation, is to pay 40 when they work 44. That's the way I see it.

So, I was always rounding up. They were doing a good job. I cannot say anything about it, but I'm surprised that we paid them very good. We paid them like – I have the rates right here. We paid them three different rates because that's what the law requires, and they were making the last year $52 an hour, and now they're claiming that we didn't pay them overtime when



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

## Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
### Melo, Noel on 02/02/2026

Page 74

this actually shows. This document by itself, without anything else, shows they were working less than 40.

And by the way, this document, I cannot do anything about it. This is a SunPass record. He was driving my car. This is electronic evidence of everyday job, and if you can see the consistency of the traveling when he was getting to the first stall next to his house, and then to the following stall to pick up his son, going back to the expressway, and then finally arriving at the station, and I have the address right here for every station that is very close to the last stall they were taking. Actually, if you go to the map, you will see they were actually getting off in the closest place to every station in every day they went to work, and that they did not went to work just as SunPass by itself shows that it's no activity at all.

Q. Correct.

A. -- so, the van was not moving, so he was not in the job site, and there were no experts there.

Q. Got it. Okay. So, during the time that Jesus and Esnol was working for Statewide, was there ever any kind of audit performed, to confirm that the hours being paid to them accurately reflected the hours they were?

A. We haven't had any audit from anybody. The hours were approved by the project manager, they were

Page 75

submitted through the LPC tracker on their oath, and that's what I did, and we never had any issue.

Q. Okay. Has Statewide ever had to correct any errors in time records to either Jesus or Esnol?

A. No, that I remember of.

Q. For my next few questions, I want to focus on 2020 -- the year 2023, and specifically during the time that Jesus and Esnol were working the Miami-Dade Metrorail Project, and so throughout 2023, how much was Jesus paid, what was his rate of pay? Mr. Melo, did you hear my question?

A. Sorry, I didn't get the question. Can you repeat the question again, please?

Q. Yeah, I said, what was -- you know, during 2023, while Jesus and Esnol were working on the Miami-Dade Metrorail Project, what was their rate of pay?

A. First of all, I believe the question is incomplete, so I need to have a complete question for me to give a complete answer. Are you asking me about regular pay?

Q. Yeah, I'm asking what was their pay rate? How much were they getting paid?

A. It seems like you're not informed about this project, but I'm going to go back and explain to you exactly what you have to know.

Page 76

The pay rate was $30 for Jesus and $20 for Esnol, okay? The project that we're doing is under the Prevailing Wages Act, which is a Miami-Dade County Ordinance, regular rate that they're employed for. I have a table that I sent to my Counsel. 2022, they were paying $49.20. The 2022, $49.20. 2023, $50.52. In 2024, $52.28. That in compliance with the document of the Prevailing Wages document that we have to update every year, 1st of January.

Q. Got it. Okay. So, while -- I just want to make sure I'm understanding correctly. So, you're saying while Jesus and Esnol were working on the Miami-Dade Metrorail Project during 2023, both of them were being paid $50.52?

A. That's correct. Yes, that's what I said.

Q. Okay. Got it. So, I know Jesus and Esnol, they worked for statewide for a long time. Did they ever work more than 40 hours?

A. Never. We never worked more than 40 hours.

Q. So, they were never paid time and a half at any point?

A. We never worked overtime. I have enough people to get the job done without paying overtime. It's something that we do here in the office.

Page 77

We hire people so we don't need to work those extra hours.

Q. Did statewide have any kind of written agreement with Jesus regarding the amount that he would be paid?

A. Any written agreement about what?

Q. The amount that Jesus would be paid.

A. I believe in the application, it has the number there. Yes, I do not have that in front of me, but he was getting paid $30 before we were doing this job, and the check reflects that.

Q. Okay. And I'll ask you the same question for Esnol. Was there any kind of written agreement between statewide and Esnol that reflected the rate that he would be paid?

A. Job application shows that, and the check also shows that.

Q. Do you know if that job application has been produced during the course of this litigation?

A. I do not recall. Might be. I got to check.

Q. Okay.

A. But what is important here, they admitted that what you're asking me is exactly what I was paying them, so I don't understand actually the question. So, they were admitting they were getting paid regular time, 30



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

Page 78

hours and $20 an hour. Those particular places required for me to pay prevailing wages, and that's what I did, and I have all the documents that support that. So, basically, you're asking me a question that they just admitted.

Q. During the entire course of Jesus and Esnol's employment with Statewide, did any of Statewide's employees ever work more than 40 hours a week?

A. Talking about since 1999?

Q. No, just during the time that Jesus and Esnol worked there.

A. Esnol and Jesus were the only workers that I had at that time in the field.

Q. You said they started in about 2014, right?

A. Yeah, but my question to you, you said for that particular project, that was the only project that we had at that time. So, you either rephrase your question, or you tell me if it is for the companies and started the company since 2014.

Q. I'm happy to clarify my question.

A. My answer is, let me just give you my answer. For these stations, they were the only workers that I had, so that answers the question. I did not have anybody else on the field.

Q. Okay. Right, but my question was a little bit

Page 79

broader than that. So, from 2014, when Jesus and Esnol started working for Statewide until the time that they stopped working, did any of Statewide's employees ever work more than 40 hours in a week?

A. I don't think that I have that information. It might be. I don't know. I cannot say for sure. I was not ready for that question. I believe it's not relevant for this claim.

Q. Just a second ago, you stated that Jesus and Esnol were the only Statewide employees. But earlier, you mentioned that Paola was working as a project manager, and she was there with Jesus. Is that right?

A. You're trying to trick me again. They were the only electricians on the job site. Paola was a project manager. Project manager is just to conduct the project, okay? So, I was the owner. Everybody else was in here in the office helping me with the estimate to get more projects. But for that particular time, they were the only employees that I had. And I can go back to my record and show it to you.

Q. Okay. Yeah, maybe there was a misunderstanding because I was asking about all employees, not just electricians. So, I just wanted to make sure I'm getting an accurate understanding here.

A. Ask me the question again.

Page 80

Q. Sure. So, first, I asked you, from the time that Jesus and Esnol started working for Statewide back in 2014 until they stopped working, were there any employees that worked over 40 hours?

In that response, you mentioned, well, during the metrorail project specifically, Jesus and Esnol were the only employees. They were the only Statewide employees. But earlier, you told me that Paola was employed by Statewide, right, working as a project manager, and that she was there with them.

So, I'm just trying to have an accurate understanding of how many employees there were, because just a second ago, you said they were the only two.

A. But I thought the claim was for the stations that are related to the Miami-Dade County. So, you are trying to dig into my company's history. I don't believe this is actually relevant for this claim. You want me to say something that I am not prepared to say. I do not have the record in front of me. That was a long time ago. And I do not recall every detail about those days.

Q. Yeah. That's okay.

A. So, I'm not going to give you an answer that I'm not sure about it. But I can say the question you were asking me, if I had any other employees, these were

Page 81

the two only employees that were on the job side. I had some other employees, yes, but they were not related to the construction side. They were related to some other activities, okay?

Q. But Paola was an employee as well, right?

A. Yes. She still is.

Q. Okay. So, would you agree with me then that Jesus and Esnol were not the only employees that were at the job site during the metro rail Project? Paola was there too?

A. Okay. Can you be more specific about the question? Do you want me to tell you if Paola was actually pulling wires, and doing connections? Is that what you want me to say or you want me to say if Paola was there to coordinate the job? Can you be more specific, so I can provide you with the right answer?

Q. Of course. Okay. Go ahead. So, during the time that Jesus and Esnol worked at the Miami-Dade Metrorail Project —

A. Yes.

Q. — who was physically present there while they were working?

A. During the job, Esnol and Jesus and Paola, for the first station, I was there every day because I was determining how long it would take to get the station



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

Page 82

completed. And that's what I did for the first station, which was Allapattah. After that, Paola was in charge of that. But Paola is not an electrician.

She is a project manager. She was going to the job site, but she was not doing any actual work. She was coordinating the work with the county and scheduling the work and doing every task that is related to communications, materials, same thing like that.

So, to answer the question, Jesus and Esnol were the only electricians on site. Does that answer the question?

Q. Sure. Well, partially. I wanted to know all individuals that were physically present there at the job site while Jesus and Esnol were there?

A. Even if they were not there the whole day?

Q. Yes.

A. Okay. First station was me, Paola going from time to time because it was the first station, and the rest of the station was Jesus, Esnol, and Paola.

Q. Okay.

A. From Statewide. There are other people there, but they are not from the company.

Q. Okay. I think earlier you mentioned escorts from Miami-Dade County. Would they be physically present at the job site while Jesus and Esnol were

Page 83

working?

A. Absolutely. We were working equipment related to the transportation system. So, one of the requirements for us to be in the station is to have an escort from the department, so they can respond to any situation that arises from the construction site in real time.

So, there's no way that we can get inside the station without an escort. And Leo Iterian was present there most of the time, also Dalton Rivera, but they were the project managers. They also had someone that was just dedicated to be there with us to open the station for us and close the station at the end of the day.

So, there is no way for us to be there without an escort, it's one of the departments.

Q. Okay. Would there be Miami-Dade escort present at the job site all day or would they just open and close?

A. All day.

Q. Okay. What were the typical work hours while working on the Miami-Dade Metrorail Project?

A. I'm glad you asked that. Can you be very specific pick up a date. Tell me one day. I can tell you exactly the time they started and the time they

Page 84

left, the time they reported, and the time they actually worked according SunPass, just pick up one day.

Q. Right. I'm not asking about a specific date.

I'm asking more generally was – I mean, did they work the same schedule every week, and some people work 09:00 to 05:00, same job, same hours every week. But did the work schedule fluctuate from the time that – were working there?.

A. Yes. Monday, just to give you an idea, if you allow me. Friday, 09/23. They started 07:00 A.M., 12:00 P.M., took lunch, 12:30 P.M., 05:30 P.M., 10 hours. However, there's some SunPass transactions that were going back home at 04:44, and I paid them up to 05:30.

Next day, 09/28/23, started 7, 12, 12:30 lunch, 05:30, 10 hours, according to 28/28, according to this one, they were returning back home around 03:45. And we can go on and on. So, to answer the question, yes, 07:00, 12:00, 12:30, 05:00 P.M., Monday through Thursday, with some exceptions that are actually recorded right here in the daily project report, saying, "What we did was what station we're working, what the activities that we did, that was a project report that was submitted to Miami-Dade County," and I believe it was also submitted to my counsel. So, you have this

Page 85

information here that shows every day where they were and the activities they were doing that match this SunPass with the exception that we were paying them more than what SunPass says that match this, that match the LCPtracker, that match the check and the approval from Leo Iterian knowing that they work less hours than the hours they were reporting to.

Q. Okay. So, you're saying the hours that Jesus and Esnol were paid for don't – accurately reflect the hours they actually work?

A. I did say that and I have proof.

Q. Okay. So, I just want to make sure I'm understanding correctly as well.

A. Okay.

Q. You said that the typical, a typical day on the metrorail project was 07:00 to 05:30?

A. Yes.

Q. Okay.

A. I said before, let me clarify that. They were starting at 07:00 A.M., working until 12, taking lunch from 12:00 to 12:30 and working until 5:30. Is that what you said – I mean, is that what you repeated? Because I couldn't understand the last part.

So, I want to make sure that you understood exactly what I said. You said, "What are the typically



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

Page 86

hours?" Typically hours are 07:00 to 12:00, 12:00 to 12:30 lunch, 12:30 to 05:00, 05:30, most cases. That's our time. Usually the work was between Monday and Thursday, 10 hours a day.

Now you might ask me, and I hope you ask why they were working 10 hours a day and they were not working Friday. And let me tell you why. Jesus used to live around 24 -- around Coral Way. I'm going to tell you the exact day that he went to Leo's house. And after that particular day, he said, "It's too far for me.

It's 35 miles for me to drive." And he kept the car.

He was driving 35 miles. So, he coordinated with Leo to work four days, 10 hours, soaking up one day and take a break. And it's consistent with the SunPass. That's why they work 10 hours a day, four days a week.

And if you go to the SunPass, you will see most of their Fridays that they are not shown here in the time sheet is because there's no activity in the SunPass and there is no escort that we're pressing at the job site.

So, they decided to change. The law doesn't say they can work 10 hours a day.

I got to pay overtime more than 40 hours a week. So, 10 times 4, that's 40. But like I said,

Page 87

these shows, they were not even working 10 hours a day. So, we do not owe them any time. Actually he's the one that owe us money.

Q. Okay. So, Paola, the project manager, was she paid by the hour or was she paid a salary?

A. No, she's paid by hours.

Q. By the hour. Okay.

A. Everybody here is paid by hours. We have no salaries.

Q. Okay.

A. And the checks reflects that.

Q. Okay. And what hours did Paola typically work at the metrorail project?

A. Paola had the task to go there every day.

There was no specific time. She had a lot of things to do about the projects, not just to be there, to double check that the job was being completed is communication is material.

She had to order some materials, scheduled escort.

She had so many things, but she had to go to the job site because she was the project manager every day.

So, the information that I was putting right here in my notes, contemporaneously with the work that was done now was taken, was given voluntarily or

Page 88

whatever you want to describe it. I believe voluntarily is not a bad word for this action because it's already shown in the FLSA.

Employees can voluntarily report the hours to their supervisor. And that's the word I use. I don't know if it is any legal implication in that, but I want to go back and refer to that particular expression that says, very clear voluntarily.

I don't see why they're going to say that they work less when they actually work more. It's not in their best interest. So, they were reporting the hours to Paola according to the -- voluntarily Paola was referring that's how it was to me. And I was doing this. I am responsible for this document that was done at the same time that the job was performed. Does that answer the question?

Q. I think partially. So, but really more what I was getting at is what hours did Paola typically work at the job site during the metrorail project?

A. Paola has a schedule from 08:00 to 04:30.

Q. Okay. So, if Paola is working 08:00 to 04:30, but Jesus and Esnol are working 07:00 to 05:30, how is Paola able to verify their start and stop time?

A. I didn't use the word verify. It's a word that they're using verify. I want to go --

Page 89

Q. Right. And that's my question. I use that word for a specific reason. How would she be able to verify the hours they were working?

A. Because while we're doing everything in good faith, we will believe in them. And I want you to point out that you want to use the word verify, in the word verify is not in the FLSA. It says, "Voluntary in good faith." I don't need to think about anything bad about any person is voluntarily. He has the option to report voluntarily in his reading in the law.

So, he was saying to Paola, "I got here at 07:00" when we can't demonstrate most of the time he was right. He was getting early. I can double check here, but he was giving the information to Paola. He was leaving late, which is not true. So, I want to point out the good faith action from our part, taking his word for the information for us to complete the timesheet. When I have this now that says they were home, they were home, it was --

Q. Okay. Do you know how Jesus and Esnol would communicate their hours to Paola?

A. Verbally, they don't speak English.

Q. Verbally?

A. They do speak some, especially Esnol. I believe Jesus doesn't speak English.



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

## Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
### Melo, Noel on 02/02/2026

Page 90

Q. Okay.

A. But Paola speaks Spanish.

Q. Do you know if they communicated that information in person or over the phone?

A. In-person. And now that you mention that, there is a recording that was done illegal by Jesus, recording an illegal conversation without the permission of the -- okay. See, you look surprised, right? An illegal -- I'm not going to bring this up because I'm not going to stop there. But he was recording Paola illegally. And we have a transcription to that. And they admit there. They admit there.

They have 40 hours to complete their work. They wanted to get paid for work they didn't do without doing the work without being in the station. So, I believe it's going to backfire to them.

But I want to remind you, this recording was illegally, Paola didn't agree to that. However, it's probably convenient for us that this recording has been exposed. Okay? So, it was verbally. To answer your question, yes, it was verbally.

Q. Okay. So, was -- were the hours communicated verbally in person or over the phone typically, do you know?

A. That conversation that took place, the

Page 91

recording is a typical day. Paola was there every day.

So, they were mad because they wanted to make more money. They were making enough, but they were so greedy. And they wanted to make more. And probably illegal was part of that somehow.

Q. Okay. I'm asking more generally when -- because the timekeeping policy, while you were not at the metrorail project, was that Jesus and Esnol would communicate their hours to Paola. She would communicate that to you.

So, my question for you is, do you know whether Jesus and Esnol were communicating their hours to Paola in-person or over the phone?

A. I cannot say that 100% sure. And it's probably improbable that if I say that was in-person all the time, that will be the truth. If I say most of the time, and what I can recall, it was in-person.

Because Paola had the task to go to the job site every day to follow the progress.

Q. Okay.

A. So, my answer to your question is, what I can remember, it was in person. But I can't say that was 100% because I do not have that evidence.

Q. Okay. I appreciate that. And you're absolutely right. I don't want you to testify about

Page 92

things that you don't know. So, I appreciate that answer.

A. All right. I hope you're going to ask me a question about the LCPtracker. I'm waiting for that. That's a legal document that is going to just confirm everything that I'm doing. Everything that I have here is a legal document under perjury. And I'm not in jail. I'm still free.

Q. Yeah. Okay. So, while Statewide was working on the Miami-Dade Metrorail Project, I know you mentioned the only electricians working for Statewide were Jesus and Esnol, correct?

A. At that time, yes.

Q. Did Statewide ever employ an individual named Angel?

A. Yes. He was part of the. He was part of the project at the very beginning. And I have it here in my daily report. I'm glad that you asked about that.

I can tell you the exact day he worked. But he was his friend, there were -- actually, we didn't have more work for him. And I decided to keep Jesus and his son.

But I can tell you exactly, Angel, he worked a few days. And I have him here. I can tell you the exact days. Or if you have it, you can provide me that

Page 93

information.

Q. Okay.

A. And it's here in the report. I'm glad that you bring that up. So, that's something I forgot. So, that demonstrates that this document is actually accurate. It's there.

Q. Okay. So, just to clarify, then, there were actually three electricians working for Statewide at the Miami-Dade Metrorail project, right? It was Esnol, Jesus, and Angel?

A. Hold on a minute before I tell you. Sorry, quick. Angel was employed by the company. But the claim you're referring to, which is this project, he was never part of this project. And I can show it to you, and we can go back to the LCPtracker that he was never specified. He used to work for the company, but not for this particular project.

Q. Oh, okay. So, just to clarify, what's Angel's last name?

A. I don't remember. I can't look it up, but I don't remember.

Q. Okay. Would you remember it if you heard it?

A. I'm sorry? If I hear it, yes.

Q. And my Spanish isn't so great. Is it Angel Baez?

 UNIVERSAL COURT REPORTING

**Office Phone:** 954-712-2600

**Email:** info@ucrinc.com

**Website:** ucrinc.com

## Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
### Melo, Noel on 02/02/2026

Page 94

A. Angel Baez?

Q. Yes.

A. Yeah, Angel Baez. No, but that's not the guy you're talking to. That's not the guy. I thought you were talking about somebody else. It was a friend of Jesus. Angel Baez used to work here, yes.

Q. Angel Baez used to work for Statewide as well?

A. Yes.

Q. Did he work on the Miami-Dade Metrorail Project?

A. If I remember correctly, in some small locations, yes. Some particular days. I can't recall very exactly. That was back in 2023. But the people that were on the job site most of the time, they were Jesus and his son. Angel Baez, yes. He used to work for the company.

Q. On the Miami-Dade Metrorail Project?

A. I got to go back to my record. I was not prepared to answer that question, and I have to be honest. I don't want to give you an answer that I'm not 100% sure.

Q. That's okay.

A. I know he was working for the company, but you're asking me a very specific question, if he was part of this project. I can provide you with that

Page 95

answer, but I do not have it right here. I prefer to double-check my records, make sure that I'm giving you the right answer.

Q. That's okay. So, Angel Baez, he was an electrician for Statewide?

A. Actually, his duties were more like a helper. He was not an electrician. He was not qualified to be an electrician, and some of the tasks that he performed was to go to the job site and get some materials, go to supply house, and things like that. I cannot say he was an electrician, even if it was there, that I still have to double-check.

Q. Okay. So, you mentioned there was another employee named Angel as well?

A. I believe it was another guy that was a friend of Jesus, but I was not prepared to answer the question. I do not have their specific time here, but I know he worked for the company, but it was like a couple of months, I believe, back in the days, and I do not recall the exact date, but I can provide you with that.

Q. Okay. So, the second Angel, not Angel Baez, the other Angel, do you know whether he worked on the Miami-Dade Metrorail Project as well?

A. He is not right here in my daily report, since I have all the pages here. He is not here, and I'm not

Page 96

seeing his name. The only names that I'm seeing here is Jesus and Esnol.

So, I'm assuming, trying to give you the best answer I can, I don't know if I should do that, but the best answer I can is not in the daily report. So, I'm saying he used to work here, but he might not be – he was not part of this project at all. He used to work here before this project. I can double-check that and send it to you.

Q. Okay.

A. To be honest, I was in the first station. I can say 100% sure, almost, that he was not part of this project.

Q. Okay.

A. The friend? His friend. Yeah. He was not part of this project.

Q. Okay.

A. Because I got the first day here, and he's not in the list.

Q. Yeah, and that makes sense. I know you mentioned Paola was typically the one, the job site with Jesus and Esnol. And so, Paola, was she getting paid under a Statewide contract with Miami-Dade County for the Metrorail project? Not Paola?

A. Paola was getting paid under what?

Page 97

Q. Was she getting paid under Statewide's contract with Miami-Dade County for the metrorail project?

A. She had several duties. She was getting paid part of the money under the project and part of the money under the office work.

Q. Did you report, or did Statewide report Paola's hours on the metrorail project to the county?

A. I have to double check that. I'm not – the job doesn't require me to report the project managers. The law is very specific about that. The law says that I have to report anyone that is doing the actual construction work.

So, your question is not – I'll say it's not a complete question for me to give an answer for because I'm going back to the law and the law says, very clear, "People that I have to report and comply with the wages are the people that are doing the actual work." People that are working on coordination, materials handling, things like that, they do not classify under that category. However, Paola was doing part of the work as a project manager.

So, my answer is, I have to go back to my records, check my records, and determine – I know that you had some payments related to the project, but that



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

Page 98

do not answer – it's not the answer that you need because it's not required. So, I have to double check if she was already in the LCPtracker, okay? I can provide that information to you, but Paola was a project manager, not an electrician. And the prevailing wages list is very clear, it's for electricians and helpers.

MR. VERBIT: Well, I just want to caution you not to guess or speculate if you don't remember something clearly. Say you don't remember.

THE WITNESS: Oh, sorry.

BY MR. LAROU:

Q. So, you said, and you probably know more about this than me, but you're saying Statewide is only required to report the hours of people who are actually doing construction or electrical work on the project. Is it – am I understanding that correctly?

A. Yes.

Q. Okay. Did you ever perform construction work or electrical work on the Miami-Dade Metrorail Project?

A. Can you ask the question again, please?

Q. Yeah. Did you ever perform construction work or electrical work for the Miami-Dade Metrorail Project?

A. You mean myself?

Q. Yes.

A. Absolutely, yes.

Page 99

Q. You did. Okay. How often?

A. Very often.

Q. I thought earlier you said typically you were always working at the office, right, while Jesus and Esnol were there at the stations performing work.

A. I did not say that. That's something that you are saying. I said, I was in the first station doing the job with them myself.

Q. Okay.

A. So, to clarify that.

Q. At the Allapattah station?

A. Yes. Your question is, if I do electrical work myself, right?

Q. Yeah, exactly.

A. The answer is, absolutely, yes.

Q. Okay. Definitely for station one, the Allapattah station. What about station two through six, La Clara, Comber, Gap Titu, Overtown, and Brickell. Did you perform construction or electrical work at any of those stations?

A. The job that I did there with them was from time to time. It is not registered anywhere because I'm the owner, and I'm not forced to provide my time to anyone, not even the LCPtracker. That's an exception they have. So, yes, I went there from time to time. I

Page 100

do not remember exactly when it was, but it's my own time. I'm the owner. I'm not forced to provide my information to any legal document because, at the end of the day, it's in my best interest.

Q. Okay. Have you ever worked as a foreman for Statewide during the time that Statewide was working on the metrorail project?

A. Like I said before, first station, I did that station with them myself. All technical information, all decisions were made by me. They were together with me in that station, so I can show them how to do the next one since all the stations were typical. So, to answer the question, I believe it's yes. What was the question again?

Q. Yeah, did you work as a foreman during the Miami-Dade Metrorail Project?

A. When you say as a foreman, the person that makes decisions on the job site, is that the description you have as a foreman?

Q. Well, I think you're really kind of the professional on this, you know, electrical – on the electrical industry. So, is it your understanding that you worked as a foreman?

MR. VERBIT: What is a foreman? You should define that term if you wanted to answer that

Page 101

question.

BY MR. LAROU:

Q. okay. But what is your understanding of foreman, what does a foreman do in the electrical industry?

A. The foreman is the one that is performing the work. In this case, there were three. I was making the decisions on how to install the station. Foreman is an electrician.

Q. Okay. Does a foreman work at the job site?

A. After. You mean after? At the job site? Work at the job site?

Q. Yes. Does a foreman work physically at the job site?

A. It doesn't have to be. The foreman can be there to give instructions to the people that are on the site. Can go out, can come back. It depends.

Q. So, while Statewide was working on the Miami-Dade Metrorail Project, did Statewide work on any other projects at the same time?

A. Not that I recall. Probably small jobs. I do not recall.

Q. Okay. While you were working – while Statewide was performing work on the Miami-Dade Metrorail Project, did you have a typical work schedule?



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

Page 102

A. What do you mean? The activities that were performed?

Q. No, I just mean during the course of the metrorail project, did you have a typical schedule that you would work? You, personally.

A. Oh, you're talking about me?

Q. Yes.

A. If I had -- can you repeat the question, please?

Q. Yes, of course. During the Miami-Dade Metrorail Project, did you have a typical schedule that you would work?

A. I'm the owner. I have no schedule. I do whatever I decide is important to do at that time.
It's just like, you know, whatever it takes to get the job done. But I have to be honest, I do not have any schedule. I haven't had it ever.

Q. Okay.

A. It's my company.

Q. Yeah, that's fair. So, you would typically work -- I mean, you would just work whenever you felt like it.

A. Whatever is needed.

Q. okay. Yeah, that's fair. So, you know, kind of based on that, it sounds like you weren't working the

Page 103

same hours every day, right, during the metrorail project?

A. Sorry, say that again?

Q. Yeah. So, it sounds like you were not working, you know, the same hours every day or each week during the metrorail project. Is that correct?

A. That question was answered before. I was there in the first station. And then you asked me another question. It was part of that project from time to time. I say, yes, my time is not recorded, but it's done. It doesn't need to be recorded. So, I don't know how to answer the question. I went to the first station. I was there every day for the first station.
Paola was in charge of the second up to the number six station. But I was going there, I was making sure everything was done right. I'm the one that has the qualifications. I'm the one that has the contact with the county. But you never asked that question. I did supervise the whole project, but it's not needed to double check or record my schedule.

Q. Okay. During the Miami-Dade Metrorail Project, did you always work the same days as Jesus?

A. I worked seven days a week.

Q. Oh, okay.

A. So, whenever they were working, I was working.

Page 104

MR. LAROU: Got it. Okay. Guys, do you mind if we take a quick five?

MR. VERBIT: How much longer have we got?

MR. LAROU: It shouldn't be too much longer, probably maybe two hours or so.

MR. VERBIT: Two hours. Okay.

MR. LAROU: And I'll try and keep it as quick as possible.

MR. VERBIT: Okay. And you want a five-minute break, did you say, I wasn't sure?

MR. LAROU: Yes, if we could just take five minutes. Is that okay with you guys?

MR. VERBIT: Of course.

THE COURT REPORTER: Okay. The time is 12:46 P.M. going off record.

(Thereupon, a short discussion was held off record.)

(Deposition resumed.)

THE COURT REPORTER: The time is 12:54 P.M. back on record.

BY MR. LAROU:

Q. Sorry about that, guys. I didn't realize I was muted. So, earlier we discussed Paola, who was working as the project manager during the Miami-Dade Metrorail Project. You mentioned she was paid by the

Page 105

hour. Did Statewide track her hours in any way?

A. Yes.

Q. Mr. Melo, did you hear my question?

A. Yes. I answered, yes.

Q. Oh, okay. Maybe you didn't hear my question.
My question was, how did Statewide track Paola's hours during the metrorail project?

A. Her time was tracking the same method that I was using to track Jesus and Esnol.

Q. Through handwritten records that you would prepare?

A. Yes.

Q. Is there a reason why Paola's records are separate from Jesus and Esnol's records?

A. Because those are the ones you requested.

Q. And how about Angel Baez? You mentioned he may have worked for Statewide, as an electrician or helper during the metrorail project. Did you track his hours in any way?

A. Yes.

Q. And how did you track his hours?

A. Same method.

Q. Through handwritten notes?

A. Yes. Handwriting timesheet, not notes. I want to be very specific. I have no notes. I have this



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

## Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
### Melo, Noel on 02/02/2026

Page 106

for every employee.

Q. Okay. And so, how would Angel report the hours that he worked?

A. He was reporting the hours directly to me. Most of his tasks were get materials, accommodate materials in the warehouse, and go to the job site when I needed, and that was a time that I was keeping track myself. He was not there all the time. He was back and forth, and not every day. So, people that were there every day was Jesus and Esnol.

Q. Okay. And so, how would Angel report his hours to you?

A. I was tracking his time myself.

Q. So, you were physically -- what do you mean by that?

A. I mean that he was not on the job site the whole day, not every day. Most of the tasks that he had assigned to was to get materials to the job site, accommodate things in the warehouse, going to the job site for a couple of hours, going back to the office, which is -- which was not the case for Esnol and Jesus. They were going straight from their homes to the job site, and from the job site to the house. Angel always had to come back to the office.

Q. Oh, okay. And each day when Angel would begin

Page 107

working, he would start at the office as well?

A. Yes.

Q. And then at the end of his shift, he would come back to the office?

A. Yes.

Q. And you would see Angel come to work and leave work every single day that he worked during the metrorail project?

A. Absolutely. I'm the only one that has to get to the warehouse. So, if I'm not here, nobody can work.

Q. Okay. So, you would verify Angel's records then just by seeing him come and go from the warehouse?

A. Yes, from visual verification.

Q. Got it. Okay. And how about Paola? How did you track the hours that she was working during the Miami-Dade Metrorail Project?

A. Paola was doing the report voluntarily, and we also have a document that reflects the hours that she worked every day. Remember, voluntarily is what the FLSA admits. So, we did that.

Q. How did Paola report her hours directly to you?

A. Well, most of the time, I -- probably I was in the office when she got to the office, and I was in the office when she left the office. But the days that I

Page 108

was not there for any reason, she was providing the time voluntarily to me, so I can complete the timesheet contemporaneously with the day that was worked.

Q. Got it. Okay. So, how would she voluntarily provide her hours to you?

A. Verbally.

Q. Verbally? Okay. Was that in person or over the phone?

A. In-person. She always had to come back to the office.

Q. Oh, okay. So, at the end of each shift, Paola would always return to the office and report those hours to you there?

A. I just said report. I prefer to use the word voluntarily to provide me with the time that she has been working, so I can comply with the requirements of the FLSA and do my timesheet contemporaneously with the work -- with the day of work.

Q. Okay. Has Statewide ever been investigated by the U.S. Department of Labor?

A. I'm sorry?

Q. Has Statewide ever been investigated by the United States Department of Labor?

A. Not that I recall.

Q. And have you or any other representative from

Page 109

Statewide ever contacted the U.S. Department of Labor or any other government agency to make sure that Statewide is in compliance with the FLSA?

A. I'm in charge of that. I've read the law several times, and that public information is in the website. I can tell you the website. You can find it there. Regulations are very clear. Florida is not regulated by any labor law, so it has to be regulated by the Federal Labor Law, which is in this case FLSA. And there are some requirements there, and that's what we try to comply with. We haven't had any incident since we started business in 1999, and most of my practices probably has not -- has been within the limits and the guidelines that the FLSA provides.

Q. Okay. So, you stated Statewide has never ran into any problems and violations of the FLSA. Has Statewide ever been sued for unpaid overtime?

A. Counselor, should I answer that question?

MR. VERBIT: We provided the information about the case of Esnol Hernandez versus Statewide. So, yeah, we provided them with the -- so, there's no problem with you answering that question.

A. Yes.

BY MR. LAROU:



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

## Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
### Melo, Noel on 02/02/2026

Page 110

Q. Okay. Is that the only time Statewide has been sued for violations of the FLSA?

A. That I remember, yes.

Q. I think earlier in the deposition when I asked you if you had ever been deposed before, you mentioned that you were – you sat for a deposition in connection with a workers' compensation claim by Yonel Hernandez, again, Statewide, correct?

A. Sorry, can you ask the question again?

Q. Sure, at the very beginning of the deposition when I asked you whether you had ever been deposed before –

A. Yes.

Q. – you mentioned, you mentioned you were deposed in connection with a workers' compensation claim by Yonel, right?

A. Yes.

Q. Okay. So, Yonel, he had a worker's compensation claim against Statewide and also an unpaid overtime claim, that he was alleging?

A. Actually, the second, probably my counselor can answer that question for me, but I believe the claim started with an accident that the workers' compensation decided to pay him, and when they decided to pay him, he signed a document that there is no, there were nothing

Page 111

against Statewide overtime, unpaid wages, anything like that.

So, I believe that document explained the question that you're asking me. Now, if you're trying to trick me and say if the – if I was sued because I didn't pay overtime, I do not know exactly how to answer that because the document that he signed, he said that he was paid 100% and we didn't owe him anything. Counselor, am I saying that right?

MR. VERBIT: Just testify to the best of your recollection, and if you don't remember, just say you don't remember.

A. Okay. I don't remember.

BY MR. LAROU:

Q. Okay. But just to make – I mean, just to make sure I have an accurate understanding here, Yonel brought claims for a workers' – alleging, he alleged a worker's comp violation and also an unpaid overtime violation against Statewide.

MR. VERBIT: Objection, asked and answered.

THE WITNESS: Sorry?

MR. VERBIT: You can answer the question.

A. Yes, I believe he had a complaint about it.

BY MR. LAROU:

Q. Okay. And you were referring to a document

Page 112

that Yonel signed, stating that he wasn't owed anything. Do you still have a copy of that document?

A. I believe we do.

Q. Okay.

A. My counselor has that, and we also have a copy.

Q. What type of document was that? Was it a settlement agreement?

A. Yes, with the workers' compensation company.

Q. Okay. Do you remember when that overtime lawsuit was filed by Yonel?

A. I don't have that information available right now. I don't recall.

Q. But without asking the exact date the lawsuit was filed, do you remember if it was before or after 2023?

A. Before.

Q. It's before. Okay.

MR. VERBIT: It's in the public record. Why don't you look it up?

BY MR. LAROU:

Q. And so that lawsuit for unpaid overtime wages was brought before 2023, and then after that lawsuit was brought by Yonel against Statewide. Statewide never implemented any kind of written policy for reporting

Page 113

hours. Is that correct?

A. We do have our policy based on the FLSA regulations. I'm seeing that that way. I hope you see it the same way.

MR. VERBIT: I think he's asking if it was in writing.

MR. LAROU: Exactly.

MR. VERBIT: Your policy.

A. The law doesn't require that. We have no policy. We follow the guidelines from the FLSA. That's it.

BY MR. LAROU:

Q. That's fair. All right. So, I'm just going to go through a couple more documents with you, and I'll wrap things up here shortly.

All right, Mr. Melo. Are you able to see my screen?

A. Yes, I do.

MR. LAROU: And I'll mark this as Exhibit 3.

Madam Court Reporter, can you confirm this is Exhibit 3?

THE COURT REPORTER: Yes, this will be Exhibit 3. I just need you to give the name of it.

BY MR. LAROU:

Q. Perfect. Yes. So, this is the complaint



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

Page 114

filed by Jesus Gonzalez against Statewide and Mr. Melo on June 3rd, 2025. And my question for you, Mr. Melo, is have you ever seen this document before?

(Thereupon, Plaintiff's Exhibit 3 was entered into the record.)

A.   I believe I did.  Yes.

Q.   Okay.

A.   It's just one.  It looks a little bit different from what I can recall, but it looks familiar.

Q.   Okay.  Yeah.  And this is just -- I'll represent you that this was the document that initiated this lawsuit that was filed with the Court.  Just a one count or unpaid overtime wages under the FLSA.

A.   Is that a question?

Q.   No.  And next, I'll mark Exhibit 4, which is Defendant's amended answer and affirmative defense is the Plaintiff's complaint.  Mr. Melo, have you ever seen this document?

(Thereupon, Plaintiff's Exhibit 4 was entered into the record.)

A.   It looks familiar.  The form of the letters is a little bit different, maybe because it's in the computer, but it looks familiar.  Yes.

BY MR. LAROU:

Q.   Okay.  And is it your understanding?  This was

Page 115

the document that was filed in response to the complaint in this lawsuit.

A.   Can you ask the question again, please?

Q.   Yeah.  Is it your understanding that this is the document that Statewide and you filed in response to the complaint in this lawsuit?

A.   Yes.

Q.   Okay.  So, I'm going to pull up both documents side by side for just a moment.  Okay.  So, if you look at both documents side by side, Exhibit 3 and Exhibit 4, and the amended answer, each paragraph in the amended complaint responds to each allegation and during the two side by side in response to Paragraph 4 of the complaint states, "To the extent that records exist regarding the exact dates of Plaintiff's employment, Defendants are believed to have such records or the FLSA required Defendants to make and keep those records."  In response to --

MR. VERBIT:  Could you show Paragraph 4 on the screen?

MR. LAROU:  If you're talking about Paragraph 13, are you guys able to see my screen?

MR. VERBIT:  I thought you said four.  Okay.

MR. LAROU:  Okay.  So, I'm looking at Paragraph 13 of the complaint here --

Page 116

MR. VERBIT:  Okay.

MR. LAROU:  -- beginning with to the extent and Mr. Melo, in response to that allegation, you and Statewide responded that you're without knowledge.

A.   You're talking about number 13?

Q.   That's right.

A.   All right.  Let me read it.

Q.   Sure.  I'll zoom in a little bit if that helps.  The text is a little bit small.

A.   Okay.  What was the question?

BY MR. LAROU:

Q.   In response to this allegation in Paragraph 13, you and Statewide responded that you're without knowledge, whether that admission is true or false -- or I'm sorry, whether the allegation is true or false.

So, which part about this Paragraph 13, the allegation and the complaint beginning with to the extent are you without knowledge about?

MR. VERBIT:  Hold on, Noel.  I'm objecting to the extent that it calls for a legal conclusion, and the extent that the witness is being asked about a document drafted by his attorney.  So, the question is, does he have personal knowledge, I guess, but go ahead.

Page 117

MR. LAROU:  Yeah.  And that's all I want to know is things about your personal knowledge.  I don't want to know about the analysis of the FLSA or legal conclusions here.  I just want to know what part about this statement are you not sure about?

A.   All right.  Number 13.  All right.  Probably, you know, like I said before, English is not my first language.  I try to explain myself the best way I can.

Maybe my lawyer misunderstood.  All right.  Maybe that English is not my first language.  But I'm going to try to explain this as much as I can.  I'm going to read the question again, and I'm going to give you the best answer I can.

So, number 13 says to the extent that record exists regarding the exact date of Plaintiff employment, Defendant are believed to have such record or the FLSA required defendant to make and keep this record.

So, you're going back to the time sheet.  I do have that.  And you have seen it before.  Is that what you're referring to?

MR. VERBIT:  I'm going to another objection.  It says, "Defendants are believed to have such records."  The answer to that would require speculation as to what the Defendants -- who



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

Page 118

believes it and who's saying they believe it. That's really the issue.

MR. LAROU: Okay. That's good.

A. I mean, the question is very big. I'm required to have a time in the day they started to work and they end. Okay. The question is – it's very hard for me to understand, especially English is not my first language. However, I do believe that I have the records that are required by the FLSA. And I want to make clear that it's recorded that I do have those records and my records are right here. And you probably have those as exhibit, or you should have them there. My Counsel should probably send them to you before.

So, that question, if it is with the intent to know if I keep record, my answer is yes, I do have the records and they're accurate, they are believable, and they can be traceable back with some other information that are real.

BY MR. LAROU:

Q. Okay. Yeah. And I know my last question was a little bit open ended. So, I'll try and be a little more specific. So, my question for you, does Statewide show the exact dates that Jesus work for Statewide?

A. We're still number 13.

Q. Well, I mean, I'm kind of referring to 13, but

Page 119

don't read that right now. My question for you is, does Statewide have records showing the exact date that Jesus work for Statewide?

A. I've been there. I've been saying this from the very beginning. You're asking me the same question different ways. Okay. You will only have one answer from me. And this is my document, the document that reflects what they did, when they did it.

In addition to this, I have my daily report project that shows everything that is synchronized with this. I also have the SunPass, I do have the witnesses, and I do have the LCPtracker, I have four or five layers for evading the information that's here is accurate. FLSA says that I have to keep track of the time. It has to be accurate. That's what I did.

Any other way you ask me the question, I want to make sure that my answer is always yes. I do keep my records the way that FLSA requires and these are my documents. If there is any other way you're asking me this question, this is the only you would always have because this is the only thing that I'm required to have, and this is the only thing I have to answer the question.

Q. I don't think that exactly answered my question. My question is, does Statewide have records

Page 120

that show the exact dates that Jesus work for Statewide?

A. Yes, they are reflected right here with the time they started to work and the time they finished.

We can corroborate that with an extra information from the SunPass and some other documents that I do have.

Q. And so the handwritten time records that you were keeping for Jesus and Esnol, these records, they begin in April of 2023, correct?

A. Can you ask the question again? So, you're trying to tell me that I started this record the day you specify? Is that what you're – just be more specific with the straight question. If I do keep the record for five years for my employees, is that the question?

Q. My question is.

A. – remember, English is not my first language. If you try to trick me, it's going to be impossible because I will not understand you. You have to be straight. You have to use simple words. Okay. Go ahead.

Q. Sure, of course. And that's why I asked you at the beginning if you would prefer to have an interpreter.

A. I do not want to have an interpreter. I want you to listen to my voice and I want to demonstrate to

Page 121

you that everything I'm saying is the truth. And I speak enough for you to understand it. And you know that I have all the facts, all the evidence that goes against what you guys are saying. You have so many mistakes that we can demonstrate.

This guy cannot even put the sequence of the stations right. The days that he said he went to work is not in my report. There was nobody there. So, you better ask me the question very simple, so I can give you a straight answer. Go ahead.

Q. Of course. Yeah, I'll ask the question as simply as possible. So, the handwritten time records that you've produced in this lawsuit, the exhibit that we looked at earlier and the document that you're referring to right now that's sitting in front of you, these handwritten time records begin in April 23, correct?

A. I didn't say that. It's the first time that I'm hearing that I started there. I've been doing this all the time. I don't know why you're specifying a date that I started doing that specific date. This is a normal practice for me. This complies with the regulation from the FLSA. So, I'm going to put a date on a document that I do every week, every day to comply with FLSA regulation. I never said April 2023. So, you



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

## Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
### Melo, Noel on 02/02/2026

Page 122

got to assume that I have all this all the way back to five years, which is what the law requires.

Q. Well, I'm not going to assume anything. I'm referring to the evidence that's been produced in this lawsuit –

A. Why did you –

Q. Hold on. One second. There's not a question. Can you show me the first page of that document you're referring to? Okay. And so that's the same document that I introduced as an exhibit earlier.

A. No. This is a refined book. This is to demonstrate that whatever you put here is incorrect.

You have all the time sheet for every week. But this is just for this. But we can provide you with everything else. We can even provide you with days that they didn't know they went to work because it's hard to remember because it was a long time ago. But we have, like I said before, we have this, we have the evidence that the station was scheduled to be open. We have the SunPass, we have the LCPtracker, we have the project manager saying yes, we have to check with the signature saying that's the random amount of hours, and they're not even related here. In fact, some of the days that are here, they didn't even go to work.

Q. Okay.

Page 123

A. So, they didn't get this story straight. And I can demonstrate that with this. It was not supposed to go to work without the ban. So, how he went to work if it is not given in the SunPass?

Q. Okay. So, when did you begin preparing written time records like this for Jesus and Esnol?

A. So, can you ask the question again?

Q. Yes. At what point did you begin preparing time records like this and writing Jesus and Esnol?

A. That's been a normal practice for the company. This is the way I do it. We're a very small company. I do everything by hand. I'm the one that makes all the decisions here. I'm the one that says what we have to do. I'm the one that reports to the accountant to get the checks. So, everything is handwriting. I'm faster with my hand, probably better than my mind. Okay.

Q. Yes. No, that's fine. But my question is, when did you start preparing time records like that for Jesus and Esnol?

A. For Jesus and Esnol since they started here. I can tell you the exact date 11/07/2014 and 09/11/2015.

Q. Do you still have those records?

A. If I do have those records?

Q. Yes. Do you still have those records?

Page 124

A. Okay. I'm going to ask my counsel because I can't provide you five years, which is what the law requires. Okay. If you want anything more than that, my attorney has to tell me what to do.

Q. That's fine. I'm not asking you to give me the documents right now. I'm just asking at what point you started preparing – what you started prepared records like this.

MR. VERBIT: Objection, asked and answered. He answered it twice now.

BY MR. LAROU:

Q. Okay. So, 2014. That's your answer.

A. No, it has been always. My practice has been always like this. I don't want you to put a date there, 2014. Since 1999, I do everything by hand. So, if you're going to put that date there, you better put January 1st, 1999. That's when my company was open.

Okay. And I do everything by hand. So, if you're going to put a date there, just make sure it's the right one.

Q. Okay. During the five years before this lawsuit was filed, do you or Statewide have handwritten records reflecting the hours that Jesus and Esnol work?

A. Can you ask me the question again, so I can give you the right answer?

Page 125

Q. Yes. During the five years before this lawsuit was filed, do you have handwritten time records for Jesus and Esnol during that period of time?

A. You mean the last year from now or the last year before the claim was – before the claim?

Q. Yes. During the five years before the lawsuit was filed. So –

A. Yes, I do have them.

Q. Is there any reason why those documents were not produced during this lawsuit?

A. They were never asked for.

Q. Okay.

MR. VERBIT: Moreover, they wouldn't be relevant to this claim because it's beyond the statute of limitations. And the Judge has already ruled. We only have to provide information for the last three years.

BY MR. LAROU:

Q. Okay. So, I'll narrow my question for the last three years. Now, you mentioned that you've been preparing these time records, since the beginning of Jesus and Esnol's employment with Statewide. You have handwritten time records for Jesus and Esnol during the three years before this lawsuit was filed?

A. Yes.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

## Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
### Melo, Noel on 02/02/2026

Page 126

Q. And why were those not produced?

MR. VERBIT: Objection, assumes that's an evidence, but you can Noel if you know.

A. I'm sorry, can you ask the question again, so I want to give an answer.

BY MR. LAROU:

Q. Yeah, why were those records not produced, the handwritten time records during the three-year period before the lawsuit was filed?

A. They were very specific about the time that I had to submit. We have submitted everything that our Counsel has told us to submit. If there's anything else missing, it's got to come from him.

Q. And again, I don't want to know about any kind of limitations that you had with your Attorney. Okay.

And turning back to my last exhibit, just one final question about this document, and this is the Defendant's amended answer and affirmative defenses.

Scrolling to Page 3 of the document, looking at the affirmative defenses listed here.

The first affirmative defense states for commencement of this action, Defendant's discharged Plaintiff's claim, and each item of it by payment. And as I mentioned earlier, this lawsuit is one count

Page 127

complaint overtime. So, is it your contention? And just to make sure that I'm understanding correctly, is it your contention that the Defendant's paid plaintiff's overtime and that's why the claimant was discharged?

A. Is that a question?

Q. Yes.

MR. VERBIT: Objection, calls for legal conclusion.

THE COURT REPORTER: Okay. We're marking this as Exhibit 5?

MR. VERBIT: No, it's Exhibit 4, isn't it?

MR. LAROU: Yes. I believe it was already introduced as Exhibit 4.

THE COURT REPORTER: Yeah, I have – you said amended defendant answers and affirmative defenses.

MR. LAROU: Yep. Yeah. That's what I'm looking at. Just scrolling down.

THE COURT REPORTER: Okay. So, the amended ones are amended Defendant answer and affirmative defense is Exhibit 4.

MR. LAROU: Yes, ma'am.

THE COURT REPORTER: Okay. I didn't catch amended.

BY MR. LAROU:

Q. I guess my question for you is how did

Page 128

Defendants discharge Hazard's claim?

MR. VERBIT: Objection, calls for legal conclusion. You can answer to best you can Mr. Melo.

A. But I want to understand the question. Is that number 34?

Q. Correct.

A. 33, 34?

BY MR. LAROU:

Q. Correct. Yeah, I'm looking at Paragraph 34, which states that before commencement of this action, this lawsuit, the Defendants discharged Plaintiff's claim. And so, my question for you is, how did you and Statewide discharge Plaintiff's claim?

A. When you say discharge, if I fire him, I do not understand exactly what you want me to – what you're meaning. Before commencement of this action, Defendant discharge Plaintiff's claim in each item by a payment. If I have paid him, can you explain that question to me so I can give you the answer?

MR. VERBIT: Again, I object because the question is requiring a lay person to interpret the words of legal document using legal terms that was drafted by his attorney.

THE WITNESS: I will not answer that. I don't

Page 129

even understand the question.

MR. VERBIT: It's not a fair question.

A. I don't know what they're referring to.

BY MR. LAROU:

Q. Okay. Well, I think I kind of touched on it earlier. And I asked if Jesus and Esnol were ever paid overtime for anything –

A. Well, you didn't say like that –

Q. – metrorail project, and you said, no, right?

A. Well, you didn't say just like that with simple words. I mean, you remember that I said before we started, you have to speak to me very dear so I can understand the question. Okay. I'm doing the best I can. I will do. I will give you the best answer I can. But we got to work together.

BY MR. LAROU:

Q. But just to make sure I'm understanding, on one hand, my understanding of that affirmative defense is that the claim for unpaid overtime wage was eliminated because they were paid overtime. So, I'm just trying to understand – were Jesus or Esnol ever paid overtime during the metrorail project?

A. Never.

Q. Okay. So, I think just one more exhibit that I want to go through with you here. Mr. Melo, have you



**Office Phone:** 954-712-2600

**Email:** info@ucrinc.com

**Website:** ucrinc.com

## Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
## Melo, Noel on 02/02/2026

Page 130

seen this document before? And I'll introduce this –
I'll mark this as Exhibit 5, Miami-Dade County Weekly
Certified Payroll Reporting Form.
     (Thereupon, Plaintiff's Exhibit 5 was entered
into the record.)
     A.   Yes.
     Q.   Or forms that have been produced by statewide
in response to our request for production. And so, you
are familiar with this document? You've seen this
before?
     A.   Yes.
BY MR. LAROU:
     Q.   Just for the record, this is a 100-page
document reflecting Miami-Dade County Weekly Certified
Payroll Reporting Forms for various weeks beginning in
April of 2023 and going through November of 2023. So,
my question for you. Earlier when I asked about your
work and your involvement in the Miami-Dade Metrorail
Project, you said you worked seven days a week, right?
     Is there any reason why you reported to
Miami-Dade County that you only worked four days a week?
     A.   Hold on a second. Go back. Can you repeat
what you just said?
     Q.   Sure. Earlier you testified that during the
Miami-Dade Metrorail Project you work seven days a week.

Page 131

     A.   I did not say that. No – let me let me stop
you right there. No, let me stop you right there. I
did not say that. That's something you are saying. I
did not say it. I say – I said I work seven days a
week, but I never said that I work in the Miami-Dade
County project seven days a week. So, there is a
distinction there that I want you to point out. So,
let's be very clear that I did not say what you are
implying that I said.
     Q.   Well, that's fine. We'll have a written
transcript, so I'll be able to see exactly what you
said. But so is your contention now that during the
metrorail project, you only worked to be more concrete
during this first week, indicated in the documents
between April 9th and April 15th, 2023.
     I see here, Esnol is reported as working
Tuesday through Friday, 10 hours a day. Mr. Jesus is
reported as working Thursday through Friday, 10 hours a
day.
     And during that same week, it shows that you
were reported to work five hours a day, Tuesday through
Friday. And so, my question is, did you work seven days
a week or only four days this week?
     A.   Okay. Let me be clear about it. You're
implying that I say that I work seven days in that

Page 132

project. First of all, that was impossible to work
seven days because we had to have access through
escorts, and we're not allowed to have escorts in
overtime, especially from Miami-Dade County. When you
said – when you asked how many hours I worked, I said I
work seven days. I'm the owner. I work seven days here
in my office, in my house, outside any place. I'm
always working. Okay. But I never said that I was
working seven days a week in that project. In fact,
it's the opposite. I was saying from the very beginning
that we had four days a week. And this is why my
timesheet shows the exact same thing that's there. So,
I'm glad that you bring this up so we can match what's
here with information that is there.
Okay.
     Other than that, I don't see why you're trying
to imply that I say that we work in that project seven
days a week, because I did not say that because it's not
true.
     Q.   Okay. And I appreciate your clarification.
I'm just trying to understand when you were working.
     So, looking at this particular week between
April 9th and April 15th, 2023, you only worked four
days that week?
     A.   Those are the hours that I reported for that

Page 133

project. That doesn't imply in any way those are the
hours that I actually work. I'm the owner. I have to
respond to no one.
     So, my time is there because I decided to be
there. In fact, it's not required by law or anybody
else to comply with that particular information. So,
your question is if I work that particular day five
hours, my answer is no. I'm always working except when
I'm sleeping.
     Q.   Okay. So, it's your contention that you were
not required to accurately report your hours to Miami-
Dade County?
     A.   I didn't use the word accurately. That was
used by you.
     Q.   I mean, you're saying you can work as many
hours as you want. You don't have to report them to the
county.
     A.   I have so many activities that I have to do
during the day. They're not all related to the same
project. So, the time that I put there is the one that
is related to that project, even if I'm not there. But
that doesn't mean that I'm not working. I have some
other things that I have to do, and I divide my time
either way I want.
     Q.   Okay. So, would it be fair to say that the



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

Page 134

hours reflected on Page 1 of this Exhibit do not accurately reflect the hours that you worked for the Miami-Dade Metrorail Project?

A. I did not say that. You are putting that up. That's my question.

Q. Is that a fair assumption?

A. For sure, it's not a fair assumption. I'm saying those are the hours dedicated to that project, but that's not the only thing that we do. That's not the only thing that I do.

Q. I think earlier you told me during the Miami-Dade Metrorail Project that was the only project that Statewide work on, right?

A. What about the other activities that had to be performed in the company, estimating, complying with regular regulations, with the Florida regulations? Who does that? So, that time that doesn't count? I'm not getting paid for that. Is that what you're saying? That's the time that is dedicated to that project. That's all it is.

Q. So, this first week you dedicated five hours of work to the project each day for four days. Is that what you're saying?

A. That's what's there.

Q. Right, but I'm saying does this document

Page 135

accurately reflect the hours that you worked on the project?

A. I don't want to use the word accurately.

This is the time that I reported that I worked in that project. I'm not obligated to have a time clock and see the clock and determine how many hours. Those are the hours that were dedicated, assuming that I was remembering everything that I had to remember to decide how many hours I put in every project. So, to the best of my knowledge, yes, but accurately, I like to remove that word from there because nothing is like that in life.

Q. So, this does not accurately reflect the hours you worked.

A. Those are the time that I dedicated to that project, and if I remember correctly and if I – to the best of my knowledge, yes, they are.

Q. Okay. So, the first week you put in 20 hours towards the metrorail project. Did you work the same amount of time each week, did you dedicate the same amount –

A. I do not know.

Q. – of time each week to the metrorail project?

A. I do not recall. I'm not the one that is making the claim again myself. I believe that we're

Page 136

wasting time. Just concentrate on Jesus and the other guy. I don't know why you're asking me these questions. At the end of the day, I'm not obligated to report it. I did it because I want to. I wanted to have that very clear. So, my answer is going to be very vague also because I don't see how it's this relevant to the case.

Q. Okay. So, you said you're not obligated to report it. So, why did you report it?

A. Because I wanted to.

Q. What reason?

A. What's that?

Q. How come? Why did you want to report it?

A. Because I can't report it. I have no obligation, but I did want to report it.

Q. Right, and my question is why did you want to?

A. Oh, you're exploring now in my feelings?

Q. Taking your deposition. You're named as a Defendant in this lawsuit.

A. It's my decision.

Q. Right. These are representations that you made as a certification to Miami-Dade County for a project that your company was working, and was being paid for through the county, right? And so, you're representing to Miami-Dade County that you work five hours each day, and I'm just trying to understand if

Page 137

this is an accurate representation of the time that you worked on the project.

A. Yeah, but you haven't read the complete ordinance. Owners are exempt of that guideline.

Q. Right. So, why did you –

A. Because at the time –.

Q. – optional to report or not to report, why did you choose to report?

A. Because I have to report because I have the option to do it, but it's not required. The other part was a requirement. This was not a requirement. I hope you understand that. It's something that I can do, but it's not required. If it is there, it's fine. If it is not there, it doesn't mean anything because I'm the owner. It's not required for me to comply with any guidelines.

Q. Yeah, that's fine. And I really don't want to repeat myself or keep asking you the same question, but what I'm asking is why did you choose to report these hours that are listed in the document?

A. Because most of my work was also technical decisions about the project, and most of the time I used five hours to complete that task every day. I was in contact with Paola all day long. I was taking decisions about the project, and at the end of the day, I decided



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

# Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
## Melo, Noel on 02/02/2026

Page 138

that was about the time that I spent making decisions for that particular project.

Q. Yeah, okay. And I think earlier you said you didn't report Paola's hours to Miami-Dade County because she wasn't performing electrical work or construction work. You said, those were the requirements for reporting hours to the county, right?

A. Yes, the law requires that to be reported.

Just there's a difference between a requirement and an option. Requirement is what you are obligated to report, okay. And that's what we comply with.

Any other information that's there is fine, but it's not relevant because it's not an obligation. It's an option, so what's the question?

A. Yeah, so, my question for you is, you know, earlier you stated you only had to report the hours of individuals who were performing electrical or construction work, so my question for you, you know, since you're listed here, your hours are reported to the county. Did you ever perform electrical or construction work for this project?

Q. Yes, I said that from the very beginning. I'm an electrician. I did the first station. I went there from time to time. My time is not needed

Page 139

to be recorded. I was there when they were doing something incorrect. I was telling them, explaining them how to do it, so if you count that as an electrical work, my answer is yes, absolutely yes.

Q. Okay. Who prepared this document, do you know?

A. Yes.

Q. Who?

A. I'm sorry?

Q. Yeah, I asked, do you know who prepared this document?

A. I did.

MR. LAROU: You did. Hey guys, I think I'm just about finished. If we could just take maybe one last 15-minute break. I just want to go through my notes, make sure I've gone through everything I need to, and then we should be wrapping up here shortly. Is that okay with you guys?

MR. VERBIT: Okay.

THE COURT REPORTER: Okay. The time is 01:44 P.M., going off record.

(Thereupon, a short discussion was held off record.)

(Deposition resumed.)

Page 140

THE COURT REPORTER: Okay. We are back on the record.

BY MR. LAROU:

Q. Okay. Mr. Melo, I think we're just about done here. Just one last question for you, probably two. During the time that Jesus worked for Statewide, did he ever complain about inaccuracies with the hours that were being paid to him?

A. Can you ask me the question again?

Q. Yeah, while Jesus worked for Statewide, did he ever complain that the hours being paid to him were not accurate?

A. Never.

Q. And same question for Esnol. When Esnol worked for Statewide, did he ever complain to anyone from Statewide that the hours he was being paid were not accurate?

A. Never.

MR. LAROU: No further questions.

THE COURT REPORTER: I'm sorry, when you say – could you give me the complete spelling of Esnol?

MR. LAROU: Yeah, his first name is E-S-N-O-L. And I think I mentioned him earlier at the beginning of the deposition, his full name is Esnol

Page 141

Gonzalez, G-O-N-Z-A-L-E-Z.

THE COURT REPORTER: Yeah.

MR. LAROU: Cantero, C-A-N-T-E-R-O.

THE COURT REPORTER: Yes, I have that. I needed to confirm Esnol.

MR. LAROU: Okay. Perfect. Okay. I think I'm all set.

MR. VERBIT: I have no questions.

THE COURT REPORTER: Okay. Would you guys like to go over read or waive with the witness?

MR. VERBIT: We'll read.

THE COURT REPORTER: Okay. Would anyone like to order this transcript?

MR. LAROU: Not right now, but thank you.

THE COURT REPORTER: And Mr. Verbit?

MR. VERBIT: We'll let you know.

THE COURT REPORTER: All right. The time is 02:02 P.M., going off record.

(Deposition concluded at 2:02 P.M.)

(Reading and signing of the deposition by the witness has been reserved.)



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

# Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
## Melo, Noel on 02/02/2026

### Page 142

CERTIFICATE OF REPORTER

STATE OF FLORIDA

COUNTY OF BROWARD

I, Sydell Footman, Court Reporter and Notary Public for the State of Florida, do hereby certify that I was authorized to and did digitally report and transcribe the foregoing proceedings and that the transcript is a true and complete record of my notes.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

Witness my hand this 23rd day of February 2026.

_____
SYDELL FOOTMAN,CER, CDR, CERTIFIED COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA
Commission No.:  HH 758744
Commission Exp:  01/21/2030

### Page 143

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF BROWARD

I, Sydell Footman, the undersigned authority, certify that Noel Melo appeared before me remotely pursuant to Florida Supreme Court Order AOSC20-23 and was duly sworn on the 2nd day of February 2026.

Witness my hand this 23rd day of February 2026.

_____
SYDELL FOOTMAN,CER, CDR, CERTIFIED COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA
Commission No.:  HH 758744
Commission Exp:  01/21/2030

### Page 144

DATE:    February 23, 2026
TO:      Noel Melo
C/O:      Stephen Verbit, Esquire
          Stephen R. Verbit, P.A.
          6741 Orange Drive
          Davie, FL 33314

IN RE:    Jesus E. Gonzalez Hernandez v. Statewide Electrical Services, Inc., and Noel Melo
CASE NO:     125-CV-22530-Becerra/Torres
Dear Mr. Melo,
    Please take notice that on February 02, 2026, you gave your deposition in the above-referenced matter. At that time, you did not waive signature. It is now necessary that you sign your deposition. You may do so by contacting your own attorney or the attorney who took your deposition and make an appointment to do so at their office. You may also contact our office at the below number, Monday - Friday, 9:00 AM - 5:00 PM, for further information and assistance.
    If you do not read and sign your deposition within thirty (30) days, the original, which has already been forwarded to the ordering attorney, may be filed with the Clerk of the Court.

    If you wish to waive your signature, sign your name in the blank at the bottom of this letter and promptly return it to us.

Very truly yours,

_____
Sydell Footman, CER, CDR, Certified Court Reporter

Universal Court Reporting
(954)712-2600
I do hereby waive my signature.

_____
Noel Melo
Cc: via transcript:
Brooks Larou, Esquire
Stephen Verbit, Esquire

### Page 145

Errata Sheet

NAME OF CASE: Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.

DATE OF DEPOSITION: 02/02/2026

NAME OF WITNESS: Noel Melo

Reason Codes:

  1. To clarify the record.

  2. To conform to the facts.

  3. To correct transcription errors.

Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____

_____



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

**Errata Sheet**

**Page 1**

NAME OF CASE: Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.

DATE OF DEPOSITION: 02/02/2026

NAME OF WITNESS: Noel Melo

Reason Codes:

1. To clarify the record.

2. To conform to the facts.

3. To correct transcription errors.

Page __13___ Line _15_____ Reason __1, 2, and 3____

From _____Uzcategui_____ to __Usuga_____

Page __22___ Line ___2___ Reason _1, 2, and 3_____

From _____owned_____ to __owed_____

Page ___22__ Line _8_____ Reason ____1 2 3__

From ____transporter_____ to _____transponder_____

Page __22___ Line ___18___ Reason __1 2 3____

From _____waiting_____ to ____paying_____

Page 23   Lines 5 and 6          Reason: 1 and 2

From October 15, 2024 to April 15, 2024

Page ____23_ Line _25_____ Reason _1 2 3 _____

From __transporter_____ to _____transponder_____

Page __24___ Line __1____ Reason ___1 2 3___

From _____transporter_____ to _____transponder_____

Page __25___ Line _17_____ Reason __1 2 3____

From ____for your_____ to _____project_____

_____

**Errata Sheet**

**Page 2**

NAME OF CASE: Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.

DATE OF DEPOSITION: 02/02/2026

NAME OF WITNESS: Noel Melo

Reason Codes:

  1. To clarify the record.

  2. To conform to the facts.

  3. To correct transcription errors.

Page __25___ Line __21____ Reason __1, 2, and 3____

From _____some_____ to _____the same_____

Page __27___ Line _10_____ Reason __1 2 3____

From ___given_____ to _____giving_____

Page __27___ Line __11____ Reason __1 2 3____

From ____given_____ to ____giving_____

Page _29____ Line ____24__ Reason ___1 2 3___

From _____can't_____ to _____can_____

Page __30___ Line __5____ Reason __1 2 3____

From ___Uzcategui_____ to _____Usuga_____

Page __31___ Line ___8___ Reason _1 2 3_____

From _____Iterian_____ to ____Interian_____

Page __32___ Line ___23___ Reason __1 2 3____

From _____given_____ to _____giving_____

 

                    _____

**Errata Sheet**

**Page 3**

NAME OF CASE: Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.

DATE OF DEPOSITION: 02/02/2026

NAME OF WITNESS: Noel Melo

Reason Codes:

   1. To clarify the record.

   2. To conform to the facts.

   3. To correct transcription errors.

Page __33___ Line __15____ Reason __1, 2, and 3____

From _____pacify_____ to _____specify_____

Page __33___ Line ___25___ Reason _1 2 3_____

From _performer_____ to ___performance_____

Page __34___ Line ___20___ Reason _1 2 3_____

From ____to prove_____ to _____the proof_____

Page __35___ Line ___5___ Reason __1 2 3____

From _____side_____ to _____site_____

Page ___35__ Line ___15___ Reason _1 2 3_____

From ___we're_____ to _____they are_____

Page __40___ Line _4_____ Reason __1 2 3____

From ____patrols_____ to _____records_____

Page __40___ Line __14____ Reason ___1 2 3___

From _____Employee_____ to _____Employer_____

_____

**Errata Sheet**

**Page 4**

NAME OF CASE: Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.

DATE OF DEPOSITION: 02/02/2026

NAME OF WITNESS: Noel Melo

Reason Codes:

    1. To clarify the record.

    2. To conform to the facts.

    3. To correct transcription errors.

Page ___43__ Line ___7___ Reason __1, 2, and 3____

From _____reading_____ to _____writing_____

Page _43____ Line __8____ Reason __1 2 3____

From ____doing_____ to _____done_____

Page ___43__ Line _15_____ Reason __1 2 3____

From _____can now_____ to ____cannot_____

Page __46___ Line _13_____ Reason __1 2 3____

From _____can't_____ to ___can_____

Page __52___ Line __22____ Reason __1 2 3____

From _____his_____ to ___her_____

Page __53___ Line _19_____ Reason 1 2 3_____

From _____can't_____ to _____can_____

Page ___59__ Line _9_____ Reason ____1 2 3__

From _____seed_____ to _____thing_____

_____

**Errata Sheet**

**Page 5**

NAME OF CASE: Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.

DATE OF DEPOSITION: 02/02/2026

NAME OF WITNESS: Noel Melo

Reason Codes:

    1. To clarify the record.

    2. To conform to the facts.

    3. To correct transcription errors.

Page __64___ Line ___10___ Reason __1, 2, and 3____

From _____talk _____ to _____toll_____

Page __64___ Line __17____ Reason __1 2 3____

From _____transporter_____ to _____transponder_____

Page __65___ Line __14____ Reason __1 2 3____

From ____It_____ to _____He_____

Page __67___ Line __20____ Reason __1 2 3____

From _____It_____ to _____Jesus_____

Page __67___ Lines  _21 and 22_____ Reason __1 2 3____

From _____transporter_____ to ___transponder_____

Page __69___ Line ___4___ Reason ____1 2 3__

From _____upside_____ to _____job site_____

Page __69___ Line __20____ Reason __1 2 3____

From _____I've been_____ to _____Jesus was_____

_____

**Errata Sheet**

**Page 6**

NAME OF CASE: Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.

DATE OF DEPOSITION: 02/02/2026

NAME OF WITNESS: Noel Melo

Reason Codes:

1. To clarify the record.

2. To conform to the facts.

3. To correct transcription errors.

Page __69___ Line __21____ Reason __1, 2, and 3____

From _____it_____ to _____he_____

Page ___69__ Line __25____ Reason _1 2 3_____

From ____we're_____ to _____they were_____

Page __70___ Line _19_____ Reason __1 2 3____

From _____Leo_____ to ___The law_____

Page __72___ Line ___15___ Reason __1 2 3____

From _____job, the report_____ to _the project report_____

Page __73___ Line __12____ Reason __1 2 3____

From ____time's work_____ to __times worked_____

Page __74___ Lines __7, 8, and 12____ Reason  1 2 3_____

From ____stall_____ to _____toll_____

Page __74___ Line __19____ Reason __1 2 3____

From ___experts_____ to _____escorts_____

_____

**Errata Sheet**

**Page 7**

NAME OF CASE: Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.

DATE OF DEPOSITION: 02/02/2026

NAME OF WITNESS: Noel Melo

Reason Codes:

  1. To clarify the record.

  2. To conform to the facts.

  3. To correct transcription errors.

Page ___81__ Line __1____ Reason __1, 2, and 3____

From _____side_____ to _____site_____

Page ___83__ Line _16_____ Reason _1 2 3_____

From _____departments_____ to ____requirements_____

Page __119___ Line __13____ Reason _1 2 3_____

From _____for evading_____ to _____demonstrating_____

Page __122___ Line ___21___ Reason __1 2 3____

From _____to_____ to _____the_____

Page __122___ Line __22____ Reason __1 2 3____

From ____random_____ to __correct_____

Page __135___ Line __25____ Reason _1 2 3_____

From ____again_____ to _____against_____

Page __136___ Line __13____ Reason __1 2 3____

From _____can't_____ to _____can_____

_____
Noel Melo, individually
and as President of Statewide Electrical Services, Inc.

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

---

**$**

**$20**
76:1 78:1

**$250,000**
10:2

**$30**
76:1 77:10

**$49.20**
76:6

**$50.52**
76:7,15

**$52**
73:24

**$52.28**
76:7

**$6,000**
47:7

---

**0**

**01:44**
139:21

**028166331010**
24:2

**02:00**
53:20

**02:02**
141:18

**03:00**
53:20

**03:10**
72:2

**03:45**
84:17

**04:00**
51:13

**04:30**
88:20,21

**04:34**
71:21

**04:44**
64:16 71:11 84:13

**05:00**
58:7 84:6,19 86:2

**05:30**
53:21 71:21 72:2
84:11,14,16 85:16
86:2 88:22

**06:00**
64:15 71:10

**07:00**
39:19,23 84:10,19
85:16,20 86:1
88:22 89:12

**08:00**
88:20,21

**09/01/2023**
68:5

**09/11/2015**
123:22

**09/23**
84:10

**09/28/23**
84:15

**09/29/2023**
21:23

**09:00**
58:7 84:6

---

**1**

**1**
12:1,5 134:1

**10**
18:2 21:8 26:18,19

33:14 34:19 35:16
40:3 43:20 51:12
72:22 84:11,16
86:4,6,14,16,23,25
87:1 131:17,18

**10-15**
53:9,14

**100%**
48:10 91:14,23
94:21 96:12 111:8

**100-page**
130:13

**10:00**
39:16

**10:10**
5:9

**10:18**
10:13

**10:19**
10:17

**11/07/2014**
123:21

**11:30**
62:4

**11:45**
62:5

**11:46**
62:10

**12**
18:2 21:8 53:22
84:15 85:20

**125-cv-22530-
becerra/torres**
5:13

**12:00**
58:7 84:11,19
85:21 86:1

**12:30**
84:11,15,19 85:21

**86:2**

**12:35**
58:7

**12:46**
104:14

**12:54**
104:19

**12th**
28:14

**13**
115:22,25 116:6,
14,17 117:7,15
118:24,25

**14**
45:13

**15**
53:11,22,24 62:1

**15-minute**
139:15

**15th**
23:6 131:15
132:23

**16229**
10:6

**190th**
68:22

**19320**
68:22

**1999**
17:18 18:22 20:9,
11,21 78:9 109:13
124:15,17

**1FBR1C86LK136
7655**
24:3

**1st**
68:9,14,15 76:9
124:17

---



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

## 2

**2**
5:2 41:3,7 51:13
52:15 63:4

**20**
53:22 135:18

**2014**
21:13 69:21 78:14,
19 79:1 80:3
124:12,15

**2020**
75:7

**2022**
76:6

**2023**
21:24 31:16,17
68:9,14 71:9 75:7,
9,15 76:7,14 94:13
112:16,23 120:9
121:25 130:16
131:15 132:23

**2024**
23:6 43:11 76:7

**2025**
114:2

**2026**
5:2,8

**22nd**
71:20

**23**
121:16

**24**
86:8

**24th**
69:1

**2501**
5:19

**28/28**
84:16

**29th**
21:24

**2:02**
141:19

## 3

**3**
113:19,21,23
114:4 115:10
126:20

**30**
54:18 77:25

**30(b)(6)**
12:13

**31st**
64:15 71:9

**33**
128:8

**33016**
10:7

**34**
128:6,8,10

**35**
86:12,13

**3501**
28:14

**3551**
5:20

**36**
73:17

**3rd**
114:2

## 4

**4**
61:4 66:2 86:25
114:15,19 115:10,
13,19 127:11,13,
20

**40**
20:14,16,18,19
28:18,19,25 33:9,
11 65:25 70:15,18
72:10 73:1,3,15,
16,17 74:2 76:19,
20 78:8 79:4 80:4
86:24,25 90:13

**44**
73:18

## 5

**5**
61:4 66:2 127:10
130:2,4

**5:30**
85:21

## 6

**6**
61:4

**6th**
5:8

## 7

**7**
66:2 84:15

**7:00**
58:6

## 8

**8**
39:17

**80-**
69:1

**84th**
10:6

## 9

**9th**
131:15 132:23

## A

**a.m.**
5:9 10:13,17 39:16
62:5,10 84:10
85:20

**AAERT**
5:18

**ability**
7:23 9:16 73:6

**able**
11:11 14:19 15:23
28:17 30:17 63:13
88:23 89:2 113:16
115:22 131:11

**about**
7:14 8:20 9:2
13:12,17,20 14:1,
10,17,24 16:14,15,
18 17:7,11 19:22
21:8,9,10 24:23
32:5 37:22 41:23
42:9,14 44:18
45:21 52:11,13
55:13,17 59:5
61:1,24 62:14
63:2,20 64:6 69:23



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

70:13 73:12,20
74:4 75:19,23 77:6
78:9,14 79:22
80:21,24 81:11
84:3 87:16 89:8
91:25 92:4,18 94:5
97:11 98:12 99:17
102:6 104:22
105:16 107:14
109:20 111:23
115:21 116:6,17,
19,23 117:2,3,5,6
126:10,14,18
130:17 131:24
134:14 137:22,25
138:1 139:14
140:4,7

**absolutely**
49:20 59:24 60:18
83:2 91:25 98:25
99:15 107:9 139:4

**AC**
62:21

**access**
132:2

**accident**
110:23

**accommodate**
106:6,19

**according**
22:8 23:7 24:11
25:5 26:19 33:10,
15 35:3 41:23 57:6
84:2,16 88:12

**accountant**
123:14

**accuracy**
70:23,25

**accurate**
36:12 40:15,16
42:20 54:8 58:12
59:2 60:14 64:21,

22 69:16 79:24
80:11 93:6 111:16
118:16 119:13,15
137:1 140:12,17

**accurately**
12:16 42:22 74:23
85:9 133:11,13
134:2 135:1,3,10,
13

**Act**
76:3

**acting**
36:13 69:17

**action**
38:21 88:2 89:16
126:23 128:11,17

**activities**
81:4 84:23 85:2
102:1 133:18
134:14

**activity**
23:6 74:16 86:19

**actual**
82:5 97:13,18

**actually**
22:17 29:9 33:14
34:19 43:20 45:20
51:16 53:8,10
54:18 57:9 64:13
69:23,24 70:18
71:5 72:3,23
73:14,16 74:1,12,
13 77:24 80:17
81:13 84:1,20
85:10 87:2 88:10
92:20 93:5,8 95:6
98:14 110:21
133:2

**add**
22:13,14 47:6 53:3

**addition**

24:15 35:18 44:22
57:14 64:5 65:13
72:20 119:9

**additional**
32:16

**address**
10:5 28:23 64:7
68:23,25 69:2
74:10

**admission**
116:15

**admissions**
55:7,20,21 61:3

**admit**
49:25 69:21 90:12

**admits**
107:20

**admitted**
55:8 61:7 77:22
78:5

**admitting**
77:25

**adults**
53:3,5

**advantage**
36:17

**advise**
7:1

**affect**
9:15

**affirm**
5:21

**affirmative**
114:16 126:19,21,
22 127:15,19
129:18

**after**
5:5 26:13 29:19
48:14 50:13 57:8

68:13 82:2 86:10
101:11 112:15,23

**afternoon**
50:18,19 69:5

**again**
7:10 13:7 16:3
20:17 26:22 30:25
42:13 44:6 46:24
47:14 55:11 58:21
60:25 75:13 79:13,
25 98:20 100:14
103:3 110:8,9
115:3 117:13
120:10 123:7
124:24 126:4,14
128:21 135:25
140:9

**against**
6:13 44:20 46:1
110:19 111:1,19
112:24 114:1
121:4

**agency**
109:2

**ago**
9:1 18:2 32:6
47:20 67:18 72:24
79:9 80:13,20
122:17

**agree**
42:6 56:8 81:7
90:18

**agreement**
77:4,6,13 112:8

**ahead**
81:17 116:25
120:20 121:10

**AI**
5:21

**Alejandro**
6:2



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

**all**
5:15 10:12 14:25
23:23 25:20 28:6,
16,21 31:23 33:10
35:10,16 37:4
43:25 44:14,21,24
45:6 46:23 47:5,6
48:2,8 49:17 50:12
53:21 55:6,9,22,23
56:10,15 59:5
60:1,2,6,9,25 66:3
67:1,4,6 74:16
75:17 78:3 79:22
82:12 83:18,20
91:15 92:3 95:25
96:7 100:9,10,12
106:8 113:13,16
116:8 117:1,7,10
121:3,20 122:1,13
123:12 132:1
133:19 134:20
137:24 141:7,17

**Allapattah**
26:13 28:13,21
29:2,3 31:21
34:10,12 48:1,8,14
69:9 82:2 99:11,17

**allegation**
115:12 116:3,13,
16,18

**alleged**
111:17

**alleging**
63:3 110:20
111:17

**allow**
44:12 84:10

**allowed**
27:24 46:6,9 58:20
63:22 132:3

**allows**
70:19

**almost**
96:12

**already**
21:21 22:3 25:20
29:8,11 32:14
40:23 48:5 51:14
55:8,9,23 56:2,10,
19 61:6,7 63:12
70:15 88:2 98:3
125:15 127:12

**also**
11:22 17:5 19:2,8
22:3 28:9 29:20
30:19 39:15 43:9,
16 46:6 57:11
64:1,10,25 65:16,
19 77:16 83:10,11
84:25 107:18
110:19 111:18
112:5 119:11
136:5 137:21

**always**
8:3 14:11 28:19
51:3 68:15 70:18
73:19 99:4 103:22
106:24 108:9,12
119:17,20 124:13,
14 132:8 133:8

**am**
11:19,22 12:16
17:17 26:25 46:9
58:18 59:25 80:18
88:14 98:16 111:9

**amended**
55:21 61:2 114:16
115:11 126:19
127:15,18,19,23

**amount**
33:6 64:12 72:18
73:8 77:4,7 122:22
135:20,21

**analysis**
117:3

**Angel**
92:15,23 93:10,12,
24 94:1,3,6,7,15
95:4,14,21,22
105:16 106:2,11,
23,25 107:6

**Angel's**
93:18 107:11

**another**
6:3 8:3 65:16
71:15,24 95:13,15
103:9 117:22

**answer**
7:7,19 11:11,12,
13,21 13:25 14:23
15:3 16:6,16
22:11,20,23 26:4
33:17 34:1,3,20
35:12,19 38:17
42:25 45:3,4,5,8
46:2,5,7 49:13
50:3 54:6,9,19
56:12 57:4,17,23
58:5,9,14 60:7
61:19,21 62:22
75:19 78:21 80:23
81:16 82:9,10
84:18 88:16 90:20
91:21 92:2 94:19,
20 95:1,3,16 96:4,
5 97:15,23 98:1
99:15 100:13,25
103:12 109:19
110:22 111:6,22
114:16 115:11
117:14,24 118:15
119:6,17,22
121:10 124:12,25
126:5,19 127:19
128:3,20,25
129:14 133:8
136:5 139:4

**answered**
33:23 36:17 50:8

55:7,18,23 56:10,
19 61:1 103:7
105:4 111:20
119:24 124:9,10

**answering**
23:2 109:23

**answers**
15:2 26:24 27:25
28:4 46:8 55:10
56:1 78:23 127:15

**anticipate**
8:1

**any**
7:1,7,13 8:6 9:14,
15 13:4,8 14:3,4,
13 15:4 16:12,16
17:19,22 18:19
19:12 32:7,21
33:1,20 37:22
41:19,25 42:3
49:2,8 50:22 51:3
53:1,4,21 54:12
55:3 56:17 59:7
60:22 61:12 62:16
63:5 67:13 69:15
70:24 73:11 74:21,
24 75:2,3 76:22
77:3,6,13 78:7
79:3 80:3,25 82:5
83:5 87:2 88:6
89:9 99:19 100:3
101:19 102:17
105:1,19 108:1,25
109:2,8,12,17
112:25 119:16,19
125:9 126:14
130:20 132:7
133:1 137:15
138:13

**anybody**
47:11 74:24 78:24
133:5



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

**anymore**
51:16 57:2 68:13

**anyone**
13:23 16:2 19:19
97:12 99:24
140:15 141:12

**anything**
11:21 14:7,20
15:14 16:4 30:20
41:24 42:10 52:5
59:11 73:20 74:2,4
89:8 111:1,8 112:1
122:3 124:3
126:12 129:7
137:14

**anywhere**
99:22

**application**
77:8,16,18

**applies**
31:9

**appreciate**
56:4 91:24 92:1
132:20

**approval**
85:5

**approved**
40:9 52:7 70:7,11
74:25

**approving**
19:16 65:15 70:5,
14 72:6,10,25
73:3,12

**approximately**
5:9

**April**
31:16 120:9
121:16,25 130:16
131:15 132:23

**areas**

12:23 13:9,18

**arises**
83:6

**around**
31:16 69:1 84:17
86:8

**arriving**
74:10

**ask**
7:7 10:9,10 11:22
14:10 21:1 24:23
27:21 37:22 39:17,
22 44:16 45:6,7,
12,16 49:25 55:13,
16 56:9 77:12
79:25 86:5 92:3
98:20 110:9 115:3
119:16 120:10
121:9,11 123:7
124:1,24 126:4
140:9

**asked**
8:9 10:20 24:20
45:17 50:8 61:1
80:1 83:23 92:18
103:8,18 110:4,11
111:20 116:22
120:21 124:9
125:11 129:6
130:17 132:5
139:10

**asking**
7:12,13 37:11
44:12 46:19,21
54:7,8,11 55:17,22
58:10 59:5 60:4,6
66:1 75:19,21
77:23 78:4 79:22
80:25 84:3,4 91:6
94:24 111:4
112:14 113:5
119:5,19 124:5,6
136:2 137:18,19

**assign**
19:9

**assigned**
106:18

**associate**
6:3

**assume**
7:8,12 122:1,3

**assumes**
126:2

**assuming**
18:24 19:8 54:17
96:3 135:7

**assumption**
134:6,7

**attach**
64:17

**attached**
67:22

**attending**
5:15

**attention**
58:1

**attorney**
23:14,16,19 46:20
116:23 124:4
126:15 128:24

**audit**
74:22,24

**August**
64:14 71:9,20

**authority**
18:24 19:2,5,9

**available**
29:11 112:12

**Avenue**
10:6 28:14

**avoid**

7:1

**aware**
9:25

_____

**B**
_____

**back**
8:16 10:18 16:11
18:1 21:12 22:16,
20 29:3 33:13
38:13 39:24 41:16
42:9 43:15 47:5
51:15 53:6 62:5,11
64:11,16 65:19
69:3 71:21 74:9
75:24 79:19 80:2
84:13,17 88:7
93:15 94:13,18
95:19 97:16,23
101:17 104:20
106:9,20,24 107:4
108:9 117:19
118:17 122:1
126:17 130:22
140:1

**backfire**
90:16

**background**
16:19

**bad**
69:22 88:2 89:8

**Baez**
93:25 94:1,3,6,7,
15 95:4,21 105:16

**ban**
123:3

**barrier**
7:23

**based**
51:7 102:25 113:2



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

**basically**
78:4

**Bate**
41:3

**because**
15:18 28:20 29:1,8
33:12 34:5,12
35:10 38:3 45:5,7
47:9 48:2 51:4
54:2,6 56:21 57:23
58:20 59:11 61:16
71:19 72:9 73:23
79:22 80:12 81:24
82:18 85:23 86:19
87:21 88:2 89:4
90:9 91:2,7,18,23
96:18 97:15 98:2
99:22 100:3
105:15 111:5,7
114:22 119:21
120:18 122:16,17
124:1 125:14
128:21 129:20
132:2,18 133:4
135:11 136:4,6,9,
13 137:6,9,14,21
138:4,14

**before**
6:18,21,22 8:11,14
12:3 40:3 41:17
50:21 55:19 56:6
61:16 68:15 72:17
73:13 77:10 85:19
93:11 96:8 100:8
103:7 110:5,12
112:15,17,18,23
114:3 117:8,20
118:13 122:18
124:21 125:1,5,6,
24 126:9 128:11,
17 129:11 130:1,
10

**began**
21:14

**begin**
6:8,21 106:25
120:9 121:16
123:5,8

**beginning**
38:23 92:17
110:10 116:2,18
119:5 120:22
125:21 130:15
132:10 138:23
140:25

**behalf**
6:1 12:17 15:18

**believable**
118:16

**believe**
11:20 16:15 18:1
22:4 43:5 44:16
56:19 58:12,22
63:12,14 64:25
66:16 67:10,16
68:24 69:19 70:2
73:7 75:17 77:8
79:7 80:17 84:24
88:1 89:5,25 90:16
95:15,19 100:13
110:22 111:3,23
112:3 114:6 118:1,
8 127:12 135:25

**believed**
115:16 117:17,23

**believes**
118:1

**believing**
72:22

**belongs**
65:6

**best**
7:19 36:11 37:6
38:6,11 47:15
88:11 96:3,5 100:4
111:10 117:9,14

128:3 129:13,14
135:9,17

**better**
62:24 121:9
123:16 124:16

**between**
31:16 77:13 86:3
131:15 132:22
138:9

**beyond**
125:14

**big**
118:4

**binding**
16:8

**bit**
19:22 23:21 32:5
62:13 78:25 114:8,
22 116:9,10
118:21

**boards**
20:3

**book**
122:11

**bookkeeping**
18:9

**both**
11:2,17 12:17 31:9
76:14 115:8,10

**break**
8:11 53:1,23
54:13,14,17,19
62:1 86:15 104:10
139:15

**breaking**
21:5

**breaks**
8:6 54:16,23

**Brickell**

31:23 99:18

**bring**
90:9 93:4 132:13

**broader**
79:1

**broken**
68:6,10

**Brooks**
5:25 6:12

**brought**
111:17 112:23,24

**business**
16:19 19:23
109:13

---

**C**

---

**C-A-N-T-E-R-O**
141:3

**call**
65:4

**called**
5:5

**calls**
116:21 127:7
128:2

**can**
5:21 6:14 7:10,19,
20 8:4 10:4 11:5,
10 12:4 16:24
19:22 21:17 22:17,
23 23:8,23 25:2
26:3,15 27:7 30:8
33:13,15,17 35:4,
18 36:1,6,15 37:4
40:2 43:15,18
44:20 45:6,11,16,
24,25 46:2 47:2,3,
15 48:6,11,23
49:12,25 51:9
52:13 53:12,24,25



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

54:1,4,5 55:16
56:3 59:1 62:24
63:19,24 64:17,20,
23 65:14,17,24
66:9,13 67:24
71:9,12 73:7 74:6
75:12 79:19 80:24
81:11,15,16 83:5,
8,23,24 84:18
86:23 88:4 89:13
91:17,21 92:19,23,
24,25 93:14,15
94:25 95:20 96:4,
5,8,12 98:3,20
100:11 101:15,17
102:8 107:10
108:2,16 109:6
110:9,22 111:22
113:20 114:9
115:3 117:9,12,14
118:17 120:4,10
121:5,9 122:8,14,
15 123:2,7,21
124:24 126:3,4
128:3,19,20
129:12,14 130:22
132:13 133:15
137:12 140:9

**can't**
29:24 46:13,19
53:19 55:13 89:12
91:22 93:20 94:12
124:2 136:13

**cannot**
70:20 73:20 74:3
79:6 91:14 95:11
121:6

**Cantero**
6:3 17:12 141:3

**capacities**
11:2,8,17

**capacity**
11:3 12:14 19:15

**car**
24:2,4,6,12 67:20
68:3,16,17 74:5
86:12

**care**
49:17

**case**
5:13 8:16,20 9:12
13:13 14:24 36:13
45:5,22 101:7
106:21 109:9,21
136:6

**cases**
86:2

**cashed**
72:18

**catch**
127:22

**category**
97:21

**caution**
98:7

**CDR**
5:19

**centers**
31:15

**CER**
5:18

**certification**
5:19,20 136:21

**Certified**
5:18 130:3,14

**change**
86:22

**changed**
64:3

**charge**
29:8,13,17,18,20
30:21 34:13 35:7

48:22 73:9 82:2
103:14 109:4

**check**
33:5 65:19,20,23
72:16,18 77:11,16,
20 85:5 87:17
89:13 97:9,24 98:2
103:20 122:21

**checks**
33:4 87:11 123:15

**choice**
35:2

**choose**
137:8,19

**chose**
15:24

**circle**
24:16 43:18,19
64:13 71:22,24

**Civil**
12:13

**claim**
8:22 9:3,6 33:11
35:17 64:21 73:6
79:8 80:14,17
93:13 110:7,15,19,
20,22 125:5,14
126:24 128:1,13,
14,18 129:19
135:25

**claimant**
127:4

**claiming**
31:20 72:4 73:2,25

**claims**
12:15 111:17

**Clara**
29:7,15,19 31:22
34:13 38:24 99:18

**clarification**
7:14 132:20

**clarify**
12:25 17:10 22:21
23:1 43:6 46:16
78:20 85:19 93:7,
18 99:10

**classified**
38:9 58:12

**classifies**
58:11

**classify**
15:7 59:17 97:20

**clear**
6:24 11:6 18:3
42:9 44:21 47:6
48:8 59:2 60:19
61:20 69:25 88:8
97:16 98:6 109:7
118:10 129:12
131:8,24 136:5

**clearly**
7:22 60:7 98:9

**clock**
55:4 56:18 57:19,
21 58:3,7,11,15,
19,23 59:6,7,13,
17,18,23 60:5,10,
11,12,17,21 135:5,
6

**clocking**
57:4

**close**
66:1 74:11 83:13,
19

**closest**
74:14

**coincidence**
43:21 63:25

**Comber**



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

99:18

**come**
37:5 39:24 51:15
101:17 106:24
107:4,6,12 108:9
126:13 136:12

**commencement**
126:23 128:11,17

**commonsense**
37:23

**communicate**
30:18 34:8 47:23
50:15,22 51:18
89:21 91:9

**communicated**
39:3 51:19 52:16
90:3,22

**communicating**
26:13 30:23 31:2
50:20 91:12

**communication**
29:18 50:17,24
51:6 87:18

**communications**
7:1 31:13 82:8

**comp**
111:18

**companies**
78:18

**company**
16:9 18:6,22 19:24
24:12 30:3 46:1
54:4 67:21 68:3,
13,16 69:20 78:19
82:22 93:12,16
94:16,23 95:18
102:19 112:9
123:10,11 124:17
134:15 136:22

**company's**

67:20 80:16

**compensation**
8:21,24 9:3,6
110:7,15,19,23
112:9

**complain**
140:7,11,15

**complaint**
73:11 111:23
113:25 114:17
115:1,6,12,13,25
116:18 127:1

**complete**
48:3 70:8 73:15
75:18,19 89:17
90:13 97:15 108:2
137:3,23 140:21

**completed**
28:16 39:14 48:10
65:11 70:10,13
72:13 82:1 87:17

**completely**
42:22

**completing**
29:10 56:25

**completion**
29:20

**compliance**
65:22 76:8 109:3

**complicity**
72:8

**complies**
59:4 121:22

**comply**
35:3 64:5 65:3
97:17 108:16
109:11 121:24
133:6 137:15
138:11

**complying**
134:15

**computer**
52:22 114:23

**concentrate**
136:1

**concluded**
141:19

**conclusion**
116:21 127:8
128:3

**conclusions**
37:22 117:4

**concrete**
131:13

**conditions**
9:15

**conduct**
79:15

**conduit**
20:2

**confirm**
74:22 92:6 113:20
141:5

**confused**
34:5 38:2

**connection**
8:15 53:16 110:6,
15

**connections**
81:13

**consider**
14:16

**consideration**
29:6 51:15 57:24

**consistency**
74:6

**consistent**

86:15

**construction**
19:24 81:3 83:6
97:13 98:15,18,21
99:19 138:5,19,21

**contact**
30:17 50:17
103:17 137:24

**contacted**
109:1

**contemporaneou
s**
41:20

**contemporaneou
sly**
23:10 25:18 33:24
35:20 36:24 41:22
42:17 44:25 48:24
49:23 50:25 52:3
57:3 58:2 59:3
62:15 63:3 87:24
108:3,17

**contemporarily**
43:8

**content**
25:15

**contention**
127:1,3 131:12
133:10

**context**
47:12

**contract**
96:23 97:2

**convenient**
90:19

**conversation**
6:25 90:7,25

**cooperative**
47:3


**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

**coordinate**
81:15

**coordinated**
86:13

**coordinating**
82:6

**coordination**
18:10 97:19

**copy**
21:19 112:2,6

**Coral**
86:8

**corporate**
11:3,17 12:22
15:19 16:8 45:10

**corporation**
18:16

**correct**
11:2,8,18 18:17
19:3 25:11 33:7
37:25 49:4,10 54:6
58:16,18 60:23
61:13 71:5 74:17
75:3 76:16 92:12
103:6 110:8 113:1
120:9 121:17
128:7,10

**correctly**
8:19,24 34:22 36:5
39:9 76:12 85:13
94:11 98:16 127:2
135:16

**corroborate**
22:17 45:25 51:10,
11 63:19 65:14,18
71:3 120:4

**corroborated**
52:9,10

**could**
9:22 23:20 35:25

42:24 53:13 55:16
104:11 115:19
139:14 140:21

**couldn't**
85:23

**counsel**
10:22 11:22 15:10,
15 16:4 44:12
45:16 46:12 57:25
59:25 66:5,17 67:9
76:5 84:25 118:13
124:1 126:12

**counselor**
109:19 110:21
111:9 112:5

**Counsels**
5:23

**count**
114:13 126:25
134:17 139:3

**county**
20:5,8 31:7,9,11
44:24 52:12 57:11
65:2,7,17 66:12
73:10 76:3 80:15
82:6,24 84:24
96:23 97:2,8
103:18 130:2,14,
21 131:6 132:4
133:12,17 136:21,
23,24 138:4,7,21

**couple**
6:20 23:22 63:13
95:18 106:20
113:14

**course**
14:18 26:5 30:10
46:6 63:1 77:19
78:6 81:17 102:3,
10 104:13 120:21
121:11

**coursework**
62:16

**Court**
5:7,14,16,17,18
6:8,23 9:13 10:10,
12,17 20:16,19,22
45:15 62:2,4,10
66:5,15,18 67:1
104:14,19 113:20,
22 114:12 127:9,
14,18,22 139:21
140:1,20 141:2,4,
9,12,15,17

**covering**
48:6

**create**
6:24

**created**
49:21,23 62:19

**currently**
20:24 21:3,7 41:19

**cut**
28:1

**Cutaway**
69:1

**cycle**
70:8,12 72:13

---

**D**

---

**D-A-L-T-O-N**
66:21

**Dade**
52:12 56:17 57:11
75:16 76:14
101:19 133:12
134:12

**daily**
15:23 18:8 22:4
23:7 25:17 51:10
57:10 63:11,12

71:16 84:21 92:18
95:24 96:5 119:9

**Dalton**
31:7 64:1 65:16
66:13,21 83:10

**date**
5:8 68:14 71:9
83:24 84:3 95:20
112:14 117:16
119:2 121:20,21,
23 123:21 124:14,
16,19

**dates**
71:12 115:15
118:23 120:1

**day**
8:6 15:24 22:3,6,
12,14 23:5,6 25:19
26:18 27:8 28:6
29:22 33:14 34:3,
14,16 35:13,20
36:24 37:6,10,14
38:20 39:13,25
40:1,4,23 42:16
43:11 47:5 48:9
49:13,18,19,22
50:2,18,19 51:10
52:1,14,22,23
56:21 63:15 64:20
68:4,21 71:24
74:14 81:24 82:15
83:14,18,20,24
84:2,15 85:1,15
86:4,6,9,10,14,16,
23 87:1,14,22
91:1,19 92:19
96:18 100:4 103:1,
5,13 106:9,10,17,
25 107:7,19 108:3,
18 118:5 120:11
121:24 131:17,19,
21 133:7,19
134:22 136:3,25
137:23,24,25

 **UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

**days**
8:16 35:17 39:20 43:15 80:21 86:14, 16 92:24,25 94:12 95:19 103:22,23 107:25 121:7 122:15,23 130:19, 21,25 131:4,6,22, 23,25 132:2,6,9, 11,18,24 134:22

**decide**
61:20 102:14 135:8

**decided**
28:17,20,24 29:11, 23 33:12 35:7 48:4,10,12 86:22 92:21 110:24 133:4 137:25

**decision**
70:19 136:19

**decisions**
100:10,18 101:8 123:13 137:22,24 138:1

**dedicate**
48:6 135:20

**dedicated**
83:12 134:8,19,21 135:7,15

**deduct**
53:24

**deducting**
54:17

**defendant**
16:22 117:17,18 127:15,19 128:18 136:18

**Defendant's**
114:16 126:19,23 127:3

**Defendants**
6:7 115:15,17 117:23,25 128:1, 12

**defense**
114:16 126:22 127:20 129:18

**defenses**
12:15 126:19,21 127:15

**define**
100:25

**Definitely**
99:16

**definition**
44:14

**demonstrate**
66:2 89:12 120:25 121:5 122:12 123:2

**demonstrates**
93:5

**department**
83:5 108:20,23 109:1

**departments**
83:16

**depends**
101:17

**depos**
6:22

**depose**
45:13

**deposed**
110:5,11,15

**deposition**
5:1,10 6:18 8:14, 17 9:22 10:16 11:16,23 12:2,22

14:3,4,8,14 15:17 16:3,12,21,25 17:5 45:9 46:20 62:9 104:18 110:4,6,10 136:17 139:25 140:25 141:19,20

**depositions**
8:4

**describe**
25:19 38:6 88:1

**described**
23:11 25:10 38:17, 21 63:15

**description**
38:11,20 40:12 100:18

**designated**
10:25 12:23 13:9

**detail**
18:3 69:7 80:20

**details**
24:22

**determination**
49:19 59:20

**determine**
28:15 48:3,22 65:24 97:24 135:6

**determining**
81:25

**device**
61:8

**didn't**
9:13 13:19,21 21:1 22:17 27:21 34:19 37:5,18 38:1 43:17 45:20 47:25 48:19 58:15 60:16,21 61:7 68:7,13 69:18 73:25 75:12 88:24 90:14,18 92:20

104:22 105:5 111:6,8 121:18 122:16,24 123:1 127:22 129:8,10 133:13 138:4

**difference**
53:21 138:9

**different**
8:16 11:7,16 20:7 21:25 33:2 37:16 43:6 72:11 73:23 114:9,22 119:6

**difficult**
26:23

**dig**
80:16

**digging**
43:24

**digits**
10:23

**DIRECT**
6:9

**directly**
15:15 19:12 23:2 26:24 27:2 28:5 44:7 47:15 56:6 106:4 107:21

**disagree**
40:18

**discharge**
128:1,14,15,18

**discharged**
126:23 127:4 128:12

**discovery**
55:10,14,17

**discussed**
69:6 104:23

**discussing**



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

15:15

**discussion**
10:14 62:7 104:16
139:23

**distinction**
131:7

**District**
5:14,15

**divide**
133:23

**document**
12:3,21 13:1 15:10
16:11,13 22:2
23:9,10,13,17
24:23 25:4,6,8,18
31:18 41:5,6
43:12,13 44:23
48:24 49:5,13,15,
17,21,23 50:10,21
51:7,9 52:1,2,12
56:25 57:12 58:8
59:4 63:4,14 64:25
65:5,10,11 71:6,15
72:21 74:1,3 76:8,
9 88:14 92:5,7
93:5 100:3 107:18
110:25 111:3,7,25
112:2,7 114:3,11,
18 115:1,5 116:23
119:7 121:14,24
122:8,9 126:18,20
128:23 130:1,9,14
134:25 137:20
139:5,11

**documents**
14:13,17 15:4,6,8,
16,20 23:22,23,24
24:25 25:15,16
42:7 49:9 50:5
62:17 63:5,9,10
67:4,7,11,12,13
78:3 113:14 115:8,
10 119:19 120:5

124:6 125:9
131:14

**doesn't**
26:10 27:20 42:2,
18 52:1 54:15
57:20,23 59:1,18
71:14 86:23 89:25
97:10 101:15
103:11 113:9
133:1,22 134:17
137:14

**don't**
14:9,22 15:14 16:4
23:18 25:13,14
26:22 27:25 32:13
36:9,17 37:7,21
38:15 40:18 41:24,
25 42:21 43:22
45:3,4 46:13 47:10
49:2 50:4 52:7
53:18 54:2,5 57:1,
21 58:12,22 59:7
65:4 66:10 68:25
72:11 77:1,24
79:5,6 80:16 85:9
88:5,9 89:8,22
91:25 92:1 93:20,
21 94:20 96:4
98:8,9 103:11
111:11,12,13
112:12,13,20
117:3 119:1,24
121:20 124:14
126:14 128:25
129:3 132:16
133:16 135:3
136:2,6 137:17

**done**
25:18 29:9 41:22
42:15 43:10,15
44:24 49:17 50:2,
25 51:9 52:3 57:3
59:3,4 76:24 87:25
88:14 90:6 102:16

103:11,16 140:4

**double**
87:17 89:13 97:9
98:2 103:20

**double-check**
72:17 95:2,12 96:8

**down**
23:21 26:15 39:15
40:7 49:12,17
70:9,21 127:17

**drafted**
116:23 128:24

**drive**
68:3 71:8 86:12

**driving**
15:22 24:3,12
64:15,18 67:20,23,
25 71:7,22 74:5
86:13

**drove**
68:15

**duly**
5:6

**during**
8:6 9:22 14:18
21:9 26:1,5 27:5
29:15 32:19 33:18
34:7 36:25 40:8
52:24 54:11,23
55:2 56:15 67:6
74:20 75:7,14
76:14 77:19 78:6,
10 80:5 81:9,17,23
88:19 100:6,15
102:3,10 103:1,6,
21 104:24 105:7,
18 107:7,15
115:12 124:21
125:1,3,6,10,23
126:8 129:22
130:24 131:12,14,
20 133:19 134:11

140:6

**duties**
95:6 97:4

**duty**
48:22

---

**E**

**e-mails**
25:11 63:20

**E-S-N-O-**
140:23

**each**
32:1 45:13 52:14,
23 103:5 106:25
108:11 115:11,12
126:24 128:18
134:22 135:20,23
136:25

**earlier**
31:18 39:1 69:6
79:10 80:8 82:23
99:3 104:23 110:4
121:14 122:10
126:25 129:6
130:17,24 134:11
138:3,17 140:24

**early**
24:16 40:5 53:13
70:1,14 89:13

**Edmond**
5:16

**eight**
9:2 43:20

**either**
27:10 42:25 50:5,
18 60:23 61:12
66:13 75:4 78:17
133:24

**elaborate**
48:23



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

**electrical**
5:12 11:19 13:11
16:21 17:1 19:25
20:1,3,8 31:6
98:15,19,22 99:12,
19 100:21,22
101:4 138:5,18,21
139:3

**electrician**
82:3 95:5,7,8,11
98:5 101:9 105:17
138:24

**electricians**
79:14,23 82:10
92:11 93:8 98:6

**electronic**
40:13 59:14 60:5,
22 61:8 74:5

**electronically**
58:19

**electronics**
58:3

**eliminated**
129:20

**else**
22:13 26:17 33:8
39:24 44:23 47:7,
11 48:7 53:18
59:11 74:2 78:24
79:16 94:5 122:15
126:12 133:6

**employ**
92:14

**employed**
76:4 80:9 93:12

**employee**
9:9 21:12 32:23
36:15 40:14 69:20
73:7,16 81:5 95:14
106:1

**employees**
18:25 19:3,10,13,
17 20:24 21:2,6
26:1,7,8 27:16
32:22 33:21 34:23
35:4,23 36:3 37:2
38:4 40:16 56:18
65:8 69:7 70:10
78:8 79:3,10,19,23
80:4,7,8,12,25
81:1,2,8 88:4
120:14

**employees'**
19:6 54:23 55:4
58:16

**Employer**
32:23

**employers**
41:18

**employment**
78:7 115:15
117:16 125:22

**end**
40:1 50:19 52:21,
23 83:13 100:3
107:3 108:11
118:6 136:3
137:25

**ended**
118:21

**English**
7:18 89:22,25
117:8,11 118:7
120:16

**enough**
16:15 22:10 76:23
91:3 121:2

**entered**
12:5 41:7 114:4,19
130:4

**entire**

30:7,10 78:6

**equipment**
83:2

**errors**
75:4

**escort**
26:20 63:23 64:2
66:8,9 83:5,9,16,
17 86:20 87:19

**escorts**
66:7 82:23 132:3

**Esnol**
6:2 17:11 26:1,6
27:6 29:4 30:18
31:20 32:3,20
33:18 34:7,24
35:24 38:25 39:3,
10 40:7 43:4 47:21
48:16 49:4,10
50:7,13,23 52:15,
24 54:11 55:2
56:16 61:10 62:20
63:7 67:6,15 68:1,
19,21,24 69:10
73:1 74:21 75:4,8,
15 76:2,13,17
77:13,14 78:10,12
79:1,10 80:2,6
81:8,18,23 82:9,
14,19,25 85:9
88:22 89:20,24
91:8,12 92:12 93:9
96:2,22 99:5 105:9
106:10,21 109:21
120:8 123:6,9,19,
20 124:23 125:3,
23 129:6,21
131:16 140:14,22,
25 141:5

**Esnol's**
68:24 78:6 105:14
125:22

**especially**
15:18 89:24 118:7
132:4

**estimate**
79:17

**estimating**
134:15

**evading**
119:13

**every**
13:12 15:10,24
25:19 28:18,22
29:21 33:11,14
34:3,11,14,16
35:13,20 36:24
37:6,10,14 38:20
39:13 40:23 42:16
43:18,19 45:7,17,
19 48:4,9,10 49:13
50:17 51:10 52:17,
23 56:21 63:15
64:7,13,20 65:24
68:3,21 74:11,14
76:9 80:20 81:24
82:7 84:5,6 85:1
87:14,21 91:1,19
103:1,5,13 106:1,
9,10,17 107:7,19
121:24 122:13
135:9 137:23

**everybody**
47:9 61:25 79:16
87:8

**everyday**
72:15 74:5

**everything**
15:9,25 20:3 25:21
67:16 89:4 92:6
103:16 119:10
121:1 122:15
123:12,15 124:15,
18 126:11 135:8
139:17



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

**evidence**
14:15,24,25 15:11, 21 40:24 42:12 46:8,9 72:5 74:5 91:23 121:3 122:4, 18 126:3

**exact**
69:2 86:9 92:19,25 95:20 112:14 115:15 117:16 118:23 119:2 120:1 123:21 132:12

**exactly**
17:25 43:12 75:25 77:23 83:25 85:25 92:23 94:13 99:14 100:1 111:6 113:7 119:24 128:16 131:11

**EXAMINATION**
6:9

**example**
44:18 64:14 71:9

**Excel**
43:10,15

**except**
133:8

**exception**
39:20 85:3 99:24

**exceptions**
84:20

**exchanged**
14:18

**Excuse**
9:5 11:9 27:24

**exempt**
137:4

**exhibit**
11:25 12:1,5,21

13:1 41:1,3,7,17 52:7,8,15 63:4 113:19,21,22 114:4,15,19 115:10 118:12 121:13 122:10 126:17 127:10,11, 13,20 129:24 130:2,4 134:1

**exist**
62:17 115:14

**exists**
117:16

**expanding**
47:12

**expect**
43:17 53:12,13

**experts**
74:19

**explain**
27:7,25 40:5 44:15 45:17 46:6 75:24 117:9,12 128:19

**explained**
70:16 111:3

**explaining**
139:2

**exploring**
136:16

**exposed**
90:20

**expression**
88:7

**expressway**
69:4 71:11 74:9

**extent**
115:14 116:2,19, 21,22 117:15

**extra**

77:1 120:4

---

**F**

---

**fact**
122:23 132:9 133:5

**facts**
121:3

**fair**
102:20,24 113:13 129:2 133:25 134:6,7

**faith**
33:12 34:18 35:15 36:14 69:17 72:22 89:5,8,16

**false**
9:22 116:15,16

**familiar**
65:5 114:9,21,23 130:9

**far**
29:14 67:12 86:10

**fast**
11:11

**faster**
123:15

**February**
5:2,8

**federal**
10:1 12:13 109:9

**feel**
44:6

**feelings**
136:16

**felt**
102:21

**few**
75:6 92:24

**field**
27:17 78:13,24

**filed**
6:13 9:3,6,8 112:11,15 114:1, 12 115:1,5 124:22 125:2,7,24 126:9

**final**
49:1 57:2 126:18

**finally**
74:9

**find**
34:19 35:15 43:24 46:17 52:5 109:6

**fine**
10:2 24:21 56:8 58:14 123:17 124:5 131:10 137:13,17 138:13

**finish**
54:10

**finished**
48:6 120:3 139:14

**fire**
19:2 128:15

**firm**
6:4

**first**
5:6 7:18 11:25 12:11 16:18 21:10 23:20 25:12 26:12 27:8 28:13,21 29:17,22 34:10 36:19 48:1 56:20 57:7 61:2,15 74:7 75:17 80:1 81:24 82:1,17,18 96:11, 18 99:7 100:8 103:8,12,13 117:8,



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

11 118:7 120:16
121:18 122:8
126:22 131:14
132:1 134:21
135:18 138:24
140:23

**five**
10:1 18:14 104:2,
11 119:12 120:14
122:2 124:2,21
125:1,6 131:21
133:7 134:21
136:24 137:23

**five-**
104:9

**Florida**
5:15 10:7 18:16
109:7 134:16

**FLSA**
26:9 32:10,12,15,
24 35:3 36:15
38:14 40:10,11
42:2,17,18 49:22
51:9 58:20,25 88:3
89:7 107:20
108:17 109:3,9,15,
17 110:2 113:2,10
114:13 115:16
117:3,17 118:9
119:14,18 121:23,
25

**fluctuate**
84:7

**focus**
75:6

**follow**
32:10,14 91:19
113:10

**follow-up**
7:15

**following**
39:25 71:24,25

**74:8**

**follows**
5:6

**force**
33:1 44:20

**forced**
99:23 100:2

**Ford**
68:6,10

**foreman**
100:5,15,17,19,23,
24 101:4,6,8,10,
13,15

**forgot**
70:6 93:4

**form**
114:21 130:3

**format**
42:3,4 43:15

**forms**
130:7,15

**forth**
106:9

**forward**
38:24

**four**
10:23 28:18,20
47:8 50:9 71:8
86:14,16 115:23
119:12 130:21
131:23 132:11,23
134:22

**free**
35:2 36:11 92:8

**Friday**
21:23 84:10 86:7
131:17,18,22

**Fridays**
86:18

**friend**
70:4 72:7 92:20
94:5 95:15 96:15

**friends**
43:22

**from**
10:22 13:11,14,15,
23 16:13 18:10
24:12 27:15 29:17
31:5,7,8 34:3
37:23 38:8,12 39:8
42:1,16 44:14 51:6
54:4 58:5 64:3
69:25 74:24 79:1
80:1 82:17,21,22,
24 83:5,6 84:7
85:5,21 88:20
89:16 99:21,25
103:9 105:14
106:22,23 107:12,
13 108:25 113:10
114:9 119:4,7
120:5 121:23
125:4 126:13
132:4,10 135:11
138:23,25 140:16

**front**
23:24 24:25 25:24
31:18 41:6 77:9
80:19 121:15

**full**
6:14 140:25

**fully**
8:10

**further**
140:19

---

**G**

---

**G-O-N-Z-A-L-E-Z**
141:1

**Gap**
99:18

**gave**
22:24

**general**
16:19

**generally**
84:4 91:6

**get**
14:7 15:16 27:25
29:8 35:12 36:8
37:8,18 45:2
46:24,25 49:11,19
52:1,9 56:3,6 65:3,
15 67:19 68:19
70:8,12 72:12,14
73:8 75:12 76:24
79:18 81:25 83:8
90:14 95:9 102:16
106:5,18 107:9
123:1,14

**getting**
24:13 30:16 34:3
39:5 42:15 64:9
69:2 74:7,13 75:22
77:10,25 79:24
88:18 89:13 96:22,
25 97:1,4 134:18

**give**
7:18 8:7 11:24
22:20 33:17 38:16
40:25 48:19 54:5
65:19 67:24 75:19
78:21 80:23 84:9
94:20 96:3 97:15
101:16 113:23
117:13 121:9
124:5,25 126:5
128:20 129:14
140:21

**given**
27:7,10,11 32:23
57:7 72:16 87:25



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

123:4

**giving**
26:9,11,14,18
34:15 56:23 89:14
95:2

**glad**
83:23 92:18 93:3
132:13

**go**
9:13 10:10 15:14
22:4,20 24:21,22
29:3 33:13 38:13
39:23,24 42:9
43:14 47:5 53:6
64:20,23 65:23
74:12 75:24 79:19
81:17 84:18 86:17
87:14,20 88:7,25
91:18 93:15 94:18
95:9,10 97:23
101:17 106:6
107:12 113:14
116:25 120:20
121:10 122:24
123:3 129:25
130:22 139:15
141:10

**goes**
20:1 121:3

**going**
7:8,12,23 8:1 10:9,
13 14:10 21:19
22:4,6 29:21 36:9,
10 37:8 40:25
41:16 43:23 46:14
51:15 53:4,13,19,
22 55:5 56:5 61:24
62:5 63:10 64:8,
10,11 68:23 69:3,4
71:21 72:9 74:9
75:24 80:23 82:4,
17 84:13 86:8 88:9
90:9,10,16 92:3,5

97:16 103:15
104:15 106:19,20,
22 113:13 115:8
117:12,13,19,22
120:17 121:23
122:3 124:1,16,19
130:16 136:5
139:22 141:18

**gone**
139:16

**Gonzalez**
5:11 6:1,3 17:6,11
21:10 114:1 141:1

**good**
5:25 6:5,11 7:21
22:10 25:3 33:12,
13 34:18 35:15
36:13 43:25 60:3
69:17,21 70:16
72:22 73:20,21
89:4,7,16 118:3

**government**
20:1 109:2

**great**
8:3,13 16:18 37:21
59:15 93:24

**greater**
13:5

**greedy**
91:4

**ground**
55:11

**guess**
11:14 34:5 38:2
49:16 98:8 116:25
127:25

**guideline**
137:4

**guidelines**
109:14 113:10
137:16

**guy**
45:24 94:3,4 95:15
121:6 136:2

**guys**
25:5 39:17 45:15
58:23 104:1,12,22
115:22 121:4
139:13,19 141:9

---

**H**

---

**had**
6:17 8:13,17 21:12
29:11 34:4 37:18,
20 38:10,11 49:11
51:6 53:18 55:19
57:10 70:2,7 72:15
73:11 74:24 75:2,3
78:13,17,23 79:19
80:25 81:2 83:11
87:14,15,19,20
91:18 97:4,25
102:8,17 106:17,
24 108:9 109:12
110:5,11,18
111:23 126:11,15
132:2,11 134:14
135:8 138:17

**half**
53:23 61:25 76:21

**hand**
123:12,16 124:15,
18 129:18

**handle**
31:12

**handling**
97:19

**handwriting**
40:24 105:24
123:15

**handwritten**
41:3,11,19 52:16

58:8 59:23 62:14
63:2 69:12 105:10,
23 120:7 121:12,
16 124:22 125:2,
23 126:8

**happened**
14:25 45:4

**happy**
7:16 8:7 78:20

**hard**
20:13 46:9 118:6
122:16

**has**
13:12,20,21 14:1
15:10 17:19,22
20:4,7 23:16 39:23
40:16 42:3,19
49:23 50:16 52:22
59:3 60:25 70:11,
12 72:5,13 73:6
75:3 77:8,18 88:20
89:9 90:19 103:16,
17 107:9 108:15,
19,22 109:8,13,14,
16,17 110:1 112:5
119:14 124:4,13
125:15 126:12
141:21

**hasn't**
43:10

**have**
6:17,21 7:24 8:17
9:14 11:21 12:3,
22,23,25 13:5,9,
21,23 14:15,25
15:21,23 16:15,17
18:19,24 19:2,5,9
20:25 21:3,4,7,17,
21 22:3 23:9,12,
13,18 25:11,20,21
22 26:20 28:6
31:18 32:7,13,25
33:2,3,4,5 34:20

 **UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

35:5 37:17 40:20,
21,22,23 41:19,24,
25 42:2,4,7,18,19,
25 43:9,14,16,17,
18,25 44:21,23
45:5,6,7,19 47:5,7
49:2,8 50:2,5,16,
25 51:4,5 52:6,8
53:1,4,6,9 54:12,
16 55:6,22 56:2,5
57:11,14,16,17,22,
23 58:2,6,24 59:2,
7,8,12,16 60:14
63:12,13,14,18,20
64:1,2,6,11,16
65:3,6,13,16,18,19
66:2 67:7,9,12,14,
16,17,22 68:25
69:15,18,21,25
70:8 71:6,15,16,
22,24 72:5,19
73:22 74:10 75:18,
25 76:5,9,23 77:3,
9 78:3,24 79:5
80:11,19 83:4
84:25 85:11 87:8
89:18 90:11,13
91:23 92:7,17,21,
24,25 94:19 95:1,
12,17,25 97:9,12,
17,23 98:2 99:25
100:5,19 101:15,
25 102:4,11,13,16,
17 104:3 105:17,
25 107:18 108:25
111:16 112:2,5,12
113:2,9 114:3,17
115:16 116:24
117:17,20,23
118:5,8,10,11,12,
15 119:2,6,9,11,
12,14,20,22,25
120:6,18,19,22,24
121:3,4 122:1,13,
17,18,19,20,21
123:13,23,24,25

124:22 125:2,8,16,
22 126:11 127:14
128:19 129:12,25
130:7 131:10
132:2,3 133:2,16,
18,22,23 135:5
136:4,13 137:9
141:4,8

**haven't**
44:22 52:11 74:24
102:17 109:12
137:3

**having**
5:5 28:9 35:19
44:6 60:10

**Hazard's**
128:1

**he**
10:21 13:19 15:22
16:5 21:12,14
22:3,6,7,8,9,14,15,
16,17 23:6 24:2,
12,13,14,16 25:9,
10 26:13,17,18
33:10,11 45:17
59:24 61:7 63:25
64:7,8,9,11,15,18
67:23 68:4,17,21
69:3,4 70:4,5,14
71:7,8,22,23 72:2,
5,9,10 73:13 74:4,
7,18 77:4,10,14
86:9,10,12,13
89:9,11,12,13,14
90:10 92:16,19,20,
23 93:13,15,16
94:9,15,23,24
95:4,7,9,11,17,22,
24,25 96:6,7,12,15
105:16 106:3,4,8,
9,16,17 107:1,3,7
110:18,20,24
111:7,8,17,23
112:1 116:24

121:7 123:3
124:10 140:6,10,
15,16

**he's**
56:10 60:3,6 72:4
87:2 96:18 113:5

**head**
7:2

**hear**
21:1 53:18 68:8
75:11 93:23 105:3,
5

**heard**
93:22

**hearing**
121:19

**held**
10:14 18:19 62:7
104:16 139:23

**hell**
43:23

**helper**
95:6 105:18

**helpers**
98:6

**helping**
79:17

**helps**
116:10

**her**
18:5,6,10 29:14
30:4,13 105:1,8
107:21 108:5

**here**
5:10 11:6,20,22
12:11 13:3 14:19
21:17 22:5 23:8,25
24:16 25:1,8,21
26:23 28:4 34:20
35:19 39:17 40:21,

22 41:22 42:4,16
43:7,18 44:21
46:17,25 52:5 55:6
56:7 57:5,17 58:3
59:16,22 62:22
64:13,16 71:12,22,
24 72:1 73:22
74:11 76:25 77:22
79:17,24 84:21
85:1 86:18 87:8,24
89:11,13 92:7,17,
24 93:3 94:6 95:1,
17,24,25 96:1,6,8,
18 107:10 111:16
113:15 115:25
117:4 118:11
119:13 120:2
122:12,23,24
123:13,20 126:21
129:25 131:16
132:6,14 138:20
139:18 140:5

**Hernandez**
5:11 6:1 9:8 17:6
109:21 110:7

**Hey**
47:5 139:13

**Hi**
6:6

**him**
16:5 21:11 25:5
49:12 56:9,12
71:10 72:3,4
92:21,24 107:12
110:24 111:8
126:13 128:15,19
140:8,11,24

**hire**
18:24 77:1

**his**
10:21,22 22:16
27:25 33:5,11 46:5
48:22 52:22 56:7



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

64:8,9 66:16,22 68:17,25 70:4 71:23 72:3,7 74:7, 8 75:10 89:10,16 92:20,22 94:15 95:6 96:1,15 105:18,21 106:5, 11,13 107:3 116:23 128:24 140:23,25

**history**
80:16

**Hold**
21:25 25:13 54:10 93:11 116:20 122:7 130:22

**home**
64:11,16 71:21,23 72:3 73:2 84:13,17 89:18,19

**homes**
106:22

**honest**
14:23 51:16 72:5 94:20 96:11 102:16

**hope**
86:5 92:3 113:3 137:11

**hour**
36:12 53:23 61:24 73:24 78:1 87:5,7 105:1

**hours**
19:20 22:18 26:9, 10,11,18,19 27:6 28:18,19,25 33:1, 6,9,12,14 34:16,19 35:16 36:4 37:2 38:5 39:1,10 40:4, 7 43:20 45:13,20 47:22,23,24 48:17,

23 49:10 50:6,13, 23 51:12 53:13 55:4 56:18 62:20 63:6,16,19 64:12 65:7,9,15,21,25 67:5,14 69:11,13, 15,23 70:5,15,18, 20,23,25 72:10,17, 19,23 73:1,3,15,16 74:22,23,25 76:19, 20 77:2 78:1,8 79:4 80:4 83:21 84:6,12,16 85:6,7, 8,10 86:1,4,6,14, 16,23,24 87:1,6,8, 12 88:4,11,18 89:3,21 90:13,22 91:9,12 97:8 98:14 103:1,5 104:5,6 105:1,7,19,21 106:3,4,12,20 107:15,18,21 108:5,12 113:1 122:22 124:23 131:17,18,21 132:5,25 133:2,8, 11,16 134:1,2,8,21 135:1,6,7,9,13,18 136:25 137:20,23 138:4,7,17,20 140:7,11,16

**hours?"typically**
86:1

**house**
22:16 43:22 45:24 64:1,8 68:17,23, 24,25 70:5 74:8 86:9 95:10 106:23 132:7

---

**I**

---

**I'D**
7:6,17 22:14,21

**I'LL**
7:21 8:5,10 11:11, 15 12:1,4 24:23 41:2 50:12 62:22 77:12 97:14 104:7 113:14,19 114:10, 15 116:9 118:21 121:11 125:19 130:1,2 131:11

**I'M**
5:17 7:8,12,13,15 8:7,23 10:8 11:20 13:25 14:11,17,19, 24 16:16,21 17:7, 11 18:24 21:4,19 22:4,6 24:8,18,19 25:14 30:8 34:5,22 35:18 36:4 37:21 38:2,9 39:9 40:25 41:5 42:12,22 44:5,14,15 45:17, 18 46:17,18,19 47:8,12 53:4 54:6, 7,8,10,22 55:5,23, 24 56:5,10 58:10 63:10 66:5 68:7 69:22 71:25 72:13 73:20 75:21,24 76:12 78:20 79:24 80:11,23,24 83:23 84:3,4 85:12 86:8 90:9 91:6 92:4,6,7, 8,18 93:3,23 94:20 95:2,25 96:1,3,5 97:9,16 99:22,23 100:2 102:13 103:16,17 107:9, 10 108:21 109:4 113:3,13 115:8,24 116:16,20 117:11, 12,13,22 118:4,25 119:21 121:1,19, 23 122:3 123:12, 13,14,15 124:1,5,6 126:4 127:2,16

128:10 129:13,17, 20 132:6,7,13,21 133:2,8,9,21,22 134:7,17,25 135:5, 24 136:3,25 137:14,19 138:24 139:9,13 140:20 141:7

**I'VE**
8:8 13:2 14:23 15:6,9,11,12,25 18:1,21 69:20 109:4 119:4 121:19 139:16

**I-T-E-R-I-A-**
66:24

**idea**
84:9

**illegal**
90:6,7,9 91:5

**illegally**
90:11,18

**implemented**
112:25

**implication**
37:12 88:6

**implications**
37:16 57:24

**imply**
37:24 132:17 133:1

**implying**
131:9,25

**important**
6:24 49:21 52:2,4 65:1 72:20 77:22 102:14

**impossible**
120:17 132:1



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

**imprisonment**
10:1

**improbable**
91:15

**in**
5:11,14,21 6:13,22
8:14,16 11:2,7,16
12:13,15 14:3,4
15:17,24 16:2,22
17:12 18:8,9,13
19:15,24 21:13
22:1 23:24 24:15,
25 25:24 26:16
27:8,13,17 28:8,
10,11,14,21,22
29:5,7,13,17,18,
20,25 30:2,16,21
31:18 32:25 33:11,
22 34:2,13,18
35:7,17,18 36:11,
13 37:1,6,19 40:11
41:6 42:3 43:10,
15,18,22 44:13,22
45:17,23 48:8,21
50:17,18,23 51:15
52:15,22 53:15,16,
25 54:13 55:7,9
57:6,14,24 58:25
60:6 61:1 63:15,
22,25 64:5,7,10,
16,21 65:3,6,13,21
67:23 69:1,5,6,17,
24 70:3,4 71:17
72:3,14,20,22 73:9
74:13,14,19 75:4
76:7,25 77:8,9
78:13,14 79:4,17
80:3,5,19 82:2
83:4,6 84:21
86:18,19 87:24
88:3,6,10 89:4,5,6,
7,10 90:4,15,23
91:22 92:8,17 93:3
94:11,13 95:19,24
96:5,11,19 98:3

99:7 100:4,11
101:4,7 103:8,14
105:1,19 106:6,19
107:23,24 108:7
109:3,4,5,9,13
110:4,6,15 112:19
113:5 114:22
115:1,2,5,6,11,13,
17 116:3,9,13
118:5 119:9 120:9
121:8,13,15,16
122:4,23 123:4
128:18 130:8,15,
18 131:5,14,25
132:3,7,9,17
133:1,5 134:15
135:5,9,11,18
136:16,18 137:20,
23

**in-person**
56:7 90:5 91:13,
15,17 108:9

**inaccuracies**
140:7

**Inc**
5:12 16:22 17:1

**incident**
109:12

**incomplete**
75:18

**incorporate**
53:25 65:6

**incorrect**
71:13 72:1 122:12
139:2

**independent**
71:6

**indicated**
131:14

**individual**
11:3 13:4,8 92:14

**individually**
12:12,17 45:10

**individuals**
13:14 82:13
138:18

**industry**
19:25 100:22
101:5

**information**
13:12 14:1 22:9
23:18 27:10,11,13
32:24 33:2,4 34:2,
11,15,17 35:10,13,
14 36:16,22,23
37:24 38:7 39:3,5
40:14 41:21,22,25
42:1,15 43:7 48:2,
18,20 49:11,20
50:15,20 51:7,8,18
52:2,17 56:21,23,
25 57:6,8 61:14,
15,18 63:18 64:6
65:18 66:16 69:18
71:4 79:5 85:1
87:23 89:14,17
90:4 93:1 98:4
100:3,9 109:5,20
112:12 118:17
119:13 120:5
125:16 132:14
133:6 138:13

**informed**
75:23

**initiated**
114:11

**inquiry**
12:23

**inside**
71:23 83:8

**install**
101:8

**installation**
20:2

**instructing**
56:12

**instruction**
10:22

**instructions**
101:16

**intent**
118:14

**intention**
14:9

**interest**
36:11 37:7 88:11
100:4

**interfere**
7:23

**interpose**
55:5

**interpret**
128:22

**interpretation**
59:25

**interpreter**
7:25 120:23,24

**interrupt**
25:13 44:5 47:25
66:6 71:1

**into**
12:6 15:14 24:21,
22 41:8 53:23
72:12 80:16
109:17 114:5,20
130:5

**introduce**
5:23 11:25 130:1

**introduced**
63:4 122:10
127:13



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

**investigated**
108:19,22

**involved**
18:8,9 19:24

**involvement**
17:15 18:6 28:10,
11 130:18

**irrelevant**
49:20

**isn't**
71:5 93:24 127:11

**issue**
8:2 73:12 75:2
118:2

**issues**
13:5,24 27:1

**it's**
6:24 20:13 21:4,
21,23 23:9 28:22
32:13 33:9 36:11
37:6 39:12 40:21
43:9 51:24,25 52:5
55:1,9,18 57:2,9
58:8 59:20,24
60:11,12 61:7
64:12 65:11 70:12
71:14 73:7,15
74:16 76:25 79:8
83:16 86:10,12,15
88:2,10,24 90:16,
18 91:14 93:3,6
97:14 98:1,2,6
100:1,4,13 102:15,
19 103:10,19
112:18,19 114:8,
22 118:6,10
120:17 121:18
122:16 124:19
125:14 126:13
127:11 129:2
132:10,18 133:5,
10 134:7 136:6,19
137:10,12,13,15

138:14,15

**item**
126:24 128:18

**Iterian**
31:8 43:21 63:24
64:1 65:13 66:13,
24 68:23 70:3,7
73:10 83:9 85:6

**its**
15:19 26:1,7 58:15

**itself**
16:9 74:1,16

**Iturrian**
70:12

***

**J**

**jail**
92:8

**January**
76:10 124:17

**Jesus**
5:11 6:1 17:6,7,8
21:10,16 24:1
26:1,5 27:5 29:4
30:18 31:20 32:3,
19 33:18 34:6,24
35:23 38:25 39:2,
10 40:7 43:2 47:21
48:16 49:4,10
50:6,13,23 52:14,
24 54:11 55:2
56:16 61:10 62:16,
20 63:7 67:5,14
68:1,2,3 69:10
73:1 74:20 75:4,8,
10,15 76:1,13,17
77:4,7 78:6,10,12
79:1,9,12 80:2,6
81:8,18,23 82:9,
14,19,25 85:8 86:7
88:22 89:20,25

90:6 91:8,12
92:12,21 93:10
94:6,15 95:16
96:2,22 99:4
103:22 105:9,14
106:10,21 114:1
118:23 119:2
120:1,8 123:6,9,
19,20 124:23
125:3,22,23 129:6,
21 131:17 136:1
140:6,10

**Jesus'**
22:12

**job**
15:24 22:7 24:13
25:10 28:15,22
29:9,21 30:19,20
31:1 33:13,24
35:5,21 39:14
41:23 42:16 43:8
48:5 51:1 58:4
65:8,22 69:21,24
70:16 71:10 72:15
73:20 74:6,19
76:24 77:11,16,18
79:14 81:1,9,15,23
82:5,14,25 83:18
84:6 86:21 87:17,
21 88:15,19 91:18
94:14 95:9 96:21
97:10 99:8,21
100:18 101:10,11,
12,14 102:16
106:7,16,18,19,23

**jobs**
101:21

**joint**
31:17

**Jonel**
9:8,9

**Judge**
125:15

**June**
114:2

**just**
6:11,20,25 8:7,19,
23 10:20 11:6
12:25 13:14 14:17
16:11 17:1,7
22:11,24,25 24:19
25:16 26:21 28:1
32:6,13 33:17 35:2
37:19,23 40:25
46:3,16,24 47:14,
20 52:5,15 53:4,14
55:10,24 59:24
60:4 66:19 67:4,18
68:7 71:9,17 72:24
74:15 76:11 78:4,
10,21 79:9,15,23
80:11,13 83:12,18
84:2,9 85:12 87:16
92:5 93:7,18 98:7
102:3,15,21
104:11 107:12
108:14 111:10,11,
15 113:13,23
114:8,10,12 115:9
117:4 120:12
122:14 124:6,19
126:17 127:2,17
129:10,17,21,24
130:13,23 132:21
136:1,25 138:9
139:14,15 140:4,5

***

**K**

**Katie**
6:4

**keep**
26:10 30:15 35:13
40:2,10,12,15
42:18,19 43:24
44:6 46:14 51:2
57:22 58:23,24



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

59:1,2,5 60:14 66:10 69:12 72:15 92:21 104:7 115:17 117:18 118:15 119:14,17 120:13 137:18

**keeping**
25:24,25 40:19 42:11 69:14 106:8 120:8

**kept**
41:12 49:3 63:3 86:12

**kind**
7:1 19:23 23:3 26:25 28:9 33:20 37:1,22,23 49:2 53:1 54:12,22 55:3 56:17 59:14 60:22 61:12 74:22 77:3, 13 100:20 102:24 112:25 118:25 126:14 129:5

**kinds**
7:3

**knew**
29:8 70:13 72:9 73:14

**know**
8:7 13:17,19 14:11,25 16:4 23:16,22 25:16 26:21 32:5 34:23 36:17 37:12,22,23 38:15 39:1 42:6,22 43:23 44:7,13,19 45:3,5,24 47:8,10, 11,16 52:7 54:5 56:4,9 58:22 59:7 63:1 65:5 68:19 71:19 75:14,25 76:17 77:18 79:6 82:12 88:6 89:20

90:3,24 91:11 92:1,10 94:23 95:17,22 96:4,20 97:24 98:12 100:21 102:15,24 103:5,11 111:6 117:2,3,4,8 118:15,20 121:2, 20 122:16 126:3, 14 129:3 135:22 136:2 138:16,19 139:6,10 141:16

**knowing**
85:6

**knowledge**
12:14 13:5,9,20,23 16:15 116:5,15,19, 24 117:2 135:10, 17

---

**L**

**L-E-O**
66:24

**La**
99:18

**labor**
108:20,23 109:1,8, 9

**Lake**
31:22

**Lakes**
10:6

**language**
7:18,23 117:9,11 118:8 120:16

**larding**
55:25

**Larou**
5:25 6:10,12 10:8, 19 12:8 20:23 28:2

41:10 46:15 50:11 56:3,11,14 60:20 61:5,9,24 62:12 67:3 98:11 101:2 104:1,4,7,11,21 109:25 111:14,24 112:21 113:7,12, 19,24 114:24 115:21,24 116:2, 12 117:1 118:3,19 124:11 125:18 126:6 127:12,16, 21,24 128:9 129:4, 16 130:12 139:13 140:3,19,23 141:3, 6,14

**last**
10:23 14:15 15:6 17:10 22:3,6,12,14 23:5,6 30:4 38:12 41:17 43:11 48:22 64:10 66:22 73:24 74:11 85:23 93:19 118:20 125:4,17, 20 126:17 139:15 140:5

**late**
89:15

**law**
10:1 32:25 38:22 53:4,8 54:7,15 55:1 57:20,21 73:23 86:23 89:10 97:11,16 109:4,8,9 113:9 122:2 124:2 133:5 138:8

**lawsuit**
6:13 12:15 16:22 17:12 31:15 112:11,14,22,23 114:12 115:2,6 121:13 122:5 124:22 125:2,6,10, 24 126:9,25

128:12 136:18

**lawyer**
117:10

**lay**
128:22

**layers**
33:2 66:1 72:6 119:12

**lazy**
53:15

**LCPTRACKER**
85:5 92:4 93:15 98:3 99:24 119:12 122:20

**least**
31:21

**leave**
72:1 107:6

**leaving**
24:14 40:5 51:13 53:12,19 64:8 68:24 70:1,14 71:8 89:15

**left**
22:8 24:16 64:14 84:1 107:25

**legal**
37:12,16,22 44:14, 23 88:6 92:5,7 100:3 116:21 117:4 127:7 128:2, 23

**Leo**
31:7 43:21 63:24 64:1 65:13 66:13, 24 68:23 70:3,7, 11,13,19 73:10,12 83:9 85:6 86:14

**Leo's**
86:9



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

**less**
29:5 33:11,14 34:20 53:24 70:18 71:5 72:23 73:4 74:2 85:6 88:10

**let's**
27:20 39:16 47:5 57:22 64:14 71:8, 20 131:8

**letters**
114:21

**level**
18:5 28:10

**life**
135:12

**limitations**
125:15 126:15

**limits**
109:14

**list**
25:8 30:20 71:25 96:19 98:6

**listed**
126:21 137:20 138:20

**listen**
47:2 120:25

**litigation**
14:18 77:19

**little**
19:22 32:5 34:5 78:25 114:8,22 116:9,10 118:21

**live**
43:22 63:25 70:4 86:8

**living**
45:23 68:22

**located**

28:14 69:1

**locations**
94:12

**long**
9:1 76:18 80:20 81:25 122:17 137:24

**longer**
104:3,4

**look**
12:4 21:17 25:2 43:18,19,25 44:1,2 59:18 61:3 65:20 66:9 90:8 93:20 112:20 115:9

**looked**
121:14

**looking**
13:4 23:21 25:14 26:25 115:24 126:20 127:17 128:10 132:22

**looks**
59:19 114:8,9,21, 23

**lot**
47:16 63:1 87:15

**LPC**
52:11 57:11 65:4 70:7,11 72:21 73:5,10,13 75:1

**lunch**
53:2,4,5,6,7,23 57:6 84:11,16 85:20 86:2

**lying**
69:19,23

---
**M**
---

**ma'am**
127:21

**mad**
91:2

**Madam**
113:20

**made**
25:10 51:7 100:10 136:21

**maintained**
62:15 63:6

**make**
8:23 23:2 26:23 27:1,23 28:3 50:17 53:21 59:20 73:6 76:12 79:24 85:12, 24 91:2,4 95:2 109:2 111:15,16 115:17 117:18 118:9 119:17 124:19 127:2 129:17 139:16

**makes**
96:20 100:18 123:12

**making**
23:7 29:9 62:21 73:24 91:3 101:7 103:15 135:25 138:1

**manager**
13:16 22:10 26:14, 15 27:12 28:12 30:2,6,9,14,17,23, 24 31:3,4,5,7,13 32:24 35:6 43:20 45:23 48:15 49:4 53:16 65:14,16 66:20,23,24 70:4

73:5 74:25 79:12, 15 80:10 82:4 87:4,21 97:22 98:5 104:24 122:21

**managers**
31:8 66:12 83:11 97:10

**many**
8:17 20:7,24 21:2, 6 33:1 34:16 65:7, 8,9 66:1 80:12 87:20 121:4 132:5 133:15,18 135:6,9

**map**
74:12

**mark**
12:1 24:15 41:2 113:19 114:15 130:2

**marked**
12:21 13:1

**marking**
127:9

**match**
57:9 66:3 71:15 85:2,4,5 132:13

**material**
87:18

**materials**
30:20 82:8 87:19 95:10 97:19 106:5, 6,18

**matter**
5:11 52:1 59:24 72:11

**maximum**
9:25

**may**
6:8,21 105:17



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

**maybe**
9:2 18:2 52:7
79:21 104:5 105:5
114:22 117:10,11
139:14

**me**
6:3 8:7 9:5 10:4,
22,23 11:9,24,25
14:10 19:22 22:20,
22,24 23:12,22,23
24:8,20 27:7,13,24
29:3,4,22 33:8,17
36:8,23 37:11,14
38:16 39:6 40:25
41:21 42:9,12 43:3
44:9,12,13,17,20
45:6,12,16 46:1,12
47:7,25 48:8,20,23
49:12,16,25 50:20
53:22 54:10 56:25
57:8,20,21 58:10
59:5,18,21 61:3
62:21 69:23 70:19
71:1 75:18,19
77:9,23 78:2,4,18,
21 79:13,17,25
80:8,18,19,25
81:7,12,14 82:17
83:24 84:10 85:19
86:5,7,11,12 88:13
92:3,25 94:24
97:10,15 98:13
100:10,11 102:6
103:8 106:4 108:2,
15 110:22 111:4,5
116:8 118:7 119:5,
7,16,19 120:11,17
121:9,22 122:8
124:4,5,24 128:16,
20 129:12 131:1,2,
24 134:11 136:2
137:15 140:9,21

**meal**
53:1

**mean**
13:11 14:6 17:2
20:11 25:13,14
26:22 27:7 28:24
38:15 39:5 61:6
84:4 85:22 98:23
101:11 102:1,3,21
106:14,16 111:15
118:4,25 125:4
129:11 133:15,22
137:14

**meaning**
128:17

**means**
37:8 51:13 64:14

**mechanically**
58:19

**medications**
9:15

**meet**
21:11 52:21

**Melo**
5:1,4,10,13 6:11,
16,17 9:14,21
10:4,8,20,25 12:2,
3,12 14:2 25:13
26:22 27:21,24
41:4 44:5,11 45:1
46:19 55:15 56:6,
15 62:13 75:10
105:3 113:16
114:1,2,17 116:3
128:4 129:25
140:4

**mention**
7:6 8:4 70:6 90:5

**mentioned**
6:11 8:13 27:4
28:7,19 35:17 36:2
38:23 39:1 40:6
41:11 43:1 44:22
47:20 48:15 67:18

69:8 70:22 71:12
72:24 79:11 80:5
82:23 92:11 95:13
96:21 104:25
105:16 110:5,14
125:20 126:25
140:24

**method**
40:13,14 60:5
63:18 71:3 105:8,
22

**methods**
40:9

**metro**
38:25 47:21 56:17
81:9

**metrorail**
29:16 30:7,10
31:24 32:2,20
33:19 34:7 36:25
40:8 43:4 50:14
52:25 54:12,23
55:3 61:11 67:6
75:9,16 76:14 80:6
81:19 83:22 85:16
87:13 88:19 91:8
92:10 93:9 94:9,17
95:23 96:24 97:2,8
98:19,22 100:7,16
101:19,25 102:4,
11 103:1,6,21
104:25 105:7,18
107:8,16 129:9,22
130:18,25 131:13
134:3,12 135:19,
23

**Miami**
10:6

**Miami-**
56:16 75:15 76:13
101:18 133:11
134:11

**Miami-dade**
20:5,8 29:15 30:7,
10 31:7,8,11,13,24
32:1,20 33:19
36:25 38:24 47:21
52:25 61:11 65:2,
7,17 66:11 67:6
73:9 75:8 76:3
80:15 81:18 82:24
83:17,22 84:24
92:10 93:9 94:9,17
95:23 96:23 97:2
98:19,22 100:16
101:24 102:10
103:21 104:24
107:16 130:2,14,
18,21,25 131:5
132:4 134:3
136:21,24 138:4

**might**
9:15 16:25 17:5
33:9 57:23 64:4
77:20 79:6 86:5
96:6

**miles**
86:12,13

**mind**
37:5,19 47:16
104:1 123:16

**mine**
52:22

**minute**
47:5 62:1 93:11
104:10

**minutes**
53:9,11,14,22,25
54:18 104:12

**missing**
67:13 126:13

**mistake**
25:10



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

**mistakes**
121:5

**mistaking**
71:17,18

**misunderstandin
g**
79:22

**misunderstood**
117:10

**modified**
43:11

**modify**
43:16

**moment**
32:6 47:20 67:18
115:9

**Monday**
23:5 57:5 84:9,19
86:3

**money**
54:4 87:3 91:3
97:5,6

**month**
28:15 29:5

**months**
14:16 15:7,13
95:19

**more**
7:6 9:2 13:9,17,19,
21,23 14:1 18:15
20:13,16,18,19
22:21 44:4 47:13
51:12 52:13 53:11
54:4,18 63:25 64:6
65:25 76:19,20
78:8 79:4,18
81:11,15 84:4 85:3
86:24 88:10,17
91:3,4,6 92:21
95:6 98:12 113:14
118:22 120:12

124:3 129:24
131:13

**Moreover**
125:13

**morning**
5:25 6:5,11 34:11
50:18

**most**
17:25 18:10 19:25
39:21 64:11,25
72:20 83:10 86:2,
18 89:12 91:16
94:14 106:5,17
107:23 109:13
137:21,22

**moving**
38:24 74:18

**much**
62:22 75:9,22
104:3,4 117:12

**must**
37:2,4,15 40:15

**muted**
104:23

**my**
5:18,19 6:12 7:18
11:22,24,25 13:15,
22 15:9 16:6 17:24
18:22 21:17 22:9,
11,25 23:1,19
24:24 26:14,15,24
27:2,12 28:5 29:25
33:16,22 34:2
37:5,19 40:24
41:5,16,17 42:5,7,
23,24 44:7,12
45:16 46:8,12
47:15 49:6 50:4,16
51:17 54:10 57:2,
25 59:4 66:17 67:9
70:19 71:7,8,23
74:5 75:6,11 76:5

78:15,20,21,25
79:20 80:16 84:25
87:24 89:1 91:11,
21 92:17 93:24
94:18 95:2,24
97:23,24 99:23
100:1,2,4 102:19
103:10,20 105:3,5,
6 108:17 109:13
110:21 112:5
113:16 114:2
115:22 117:8,10,
11 118:7,11,12,15,
20,22 119:1,7,9,
17,18,24,25
120:14,15,16,25
121:8 123:16,17
124:1,4,13,17
125:19 126:17
127:25 128:13
129:18 130:17
131:22 132:7,11
133:4,8,23 134:5
135:10,17 136:5,
15,16,19 137:21
138:16,19,25
139:4,16

**myself**
15:11 26:12,16
27:9 28:15 34:12
35:10 36:20 42:21
44:15 45:17 48:2,6
56:21 61:16 98:23
99:8,13 100:9
106:8,13 117:9
135:25 137:18

---

**N**

---

**name**
6:12,14 30:4 66:8,
9,22 93:19 96:1
113:23 140:23,25

**named**

92:14 95:14
136:17

**names**
64:4 66:6,7,20
96:1

**narrative**
23:4

**narrow**
125:19

**Nationally**
5:17

**need**
7:13,19 8:6,10
11:14,21 21:19
22:11 23:2 26:23
27:1 28:3 44:7
46:5 66:6,19 75:18
77:1 89:8 98:1
103:11 113:23
139:17

**needed**
11:9 67:2 102:23
103:19 106:7
138:25 141:5

**neither**
49:8

**never**
55:18 73:11 75:2
76:20,21,23 93:14,
15 103:18 109:16
112:24 121:25
125:11 129:23
131:5 132:8
140:13,18

**next**
10:8 52:22 74:7
75:6 84:15 100:12
114:15

**night**
47:6


**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

**no**
5:21 7:3 8:1 13:24,
25 16:6 17:21
19:21 21:25 29:3
32:11,16,18 33:17
35:1 36:7 37:1,24
38:1 39:12 40:10
41:24 42:25 43:14
44:11 45:1,5 46:3,
19 47:2 49:14
50:12 54:15,21,22,
25 56:13 58:7,14
59:13,14 60:8,21,
24 70:17 71:6,7
72:5 74:16,19 75:5
78:10 83:8,15
86:19,20 87:6,8,15
94:3 102:3,13
105:25 109:22
110:25 113:9
114:15 122:11
123:17 124:13
127:11 129:9
131:1,2 133:3,8
136:13 140:19
141:8

**nobody**
107:10 121:8

**nods**
7:2

**Noel**
5:1,4,10,12 6:16
12:2,12 116:20
126:3

**noise**
62:22

**nonverbal**
7:1,4

**nor**
49:8

**normal**
14:12 121:22
123:10

**Northwest**
10:6 28:14

**not**
7:18 8:1 9:17
11:12,13,14 14:17
15:1 16:13 17:25
18:2,21 22:25
23:18 24:18 25:11,
14 26:18,19,25
27:18 28:3 31:20
32:13 34:14,17
35:14,16 36:5,9,
10,21 37:8,12,17,
18,21 38:6,9,10,19
39:12,24 40:12,13
42:10,22 43:9,25
44:13 45:19 46:17
48:14 49:6,17
51:14,15,16,24,25
52:5 53:3,5,24
54:7,25 55:1
56:12,23 57:15
58:3,4,8 59:11
60:11,12 61:18,23
63:22 64:3,12,21,
22 65:10,25 66:9
69:2,22 71:1,2,14,
17 72:4,9 73:14,15
74:15,18 75:23
77:9,20 78:23
79:7,8,23 80:18,
19,20,23,24 81:3,8
82:3,5,15,22 84:3
86:6,18 87:1,2,16
88:2,10 89:7,15
90:9,10 91:7,23
92:8 93:16 94:3,4,
18,20 95:1,7,16,
17,19,21,24,25
96:5,6,7,12,15,18,
24 97:9,14,20
98:1,2,5,8 99:6,22,
23,24 100:1,2
101:21,22 102:16
103:4,10,19

105:24 106:8,9,16,
17,21 107:10
108:1,24 109:7,14
111:6 117:5,8,11
118:7 120:16,18,
24 121:8 122:3,7,
23 123:2,4 124:5
125:10 126:1,7
128:16,25 129:2
131:1,3,4,8 132:3,
18 133:5,11,19,21,
22 134:1,4,7,9,17
135:5,13,22,24
136:3,7 137:7,10,
11,13,14,15
138:14,25 140:11,
16 141:14

**note**
21:17,18 41:24
43:7 50:25 51:3
52:6

**notes**
21:20 40:21 41:3,
12,14,20,23 42:5,
14,16,18 43:1,8
48:25 49:1 50:1,2
51:2 52:16 57:2
59:23 63:2 69:12
87:24 105:23,24,
25 139:16

**nothing**
110:25 135:11

**notice**
12:2,22 16:12

**noticed**
23:21

**November**
130:16

**now**
5:7 16:20 25:17
26:19 31:19 33:15
43:6,15 49:16 50:9
61:25 62:24 68:25

71:1 72:4 73:24
86:5 87:25 89:18
90:5 111:4 112:13
119:1 121:15
124:6,10 125:4,20
131:12 136:16
141:14

**number**
5:13,19,20 10:9,
21,24 24:1,2,3
29:19 50:16 52:8
61:3,4 64:18,19
67:22,23,24 77:9
103:15 116:6
117:7,15 118:24
128:6

**numbers**
70:17

---

**O**

---

**o'clock**
39:18 51:13

**oath**
9:19 75:1

**object**
128:21

**objecting**
116:20

**objection**
50:8 55:6 111:20
117:22 124:9
126:2 127:7 128:2

**obligated**
36:5 135:5 136:3,7
138:11

**obligation**
37:17,19,20,25
44:18 136:14
138:14



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

**obviously**
31:15

**October**
23:5

**off**
10:10,13,14,21
23:20,21 28:1
33:13 62:5,7,21
64:10 69:2 74:13
104:15,16 139:22,
23 141:18

**office**
18:11 26:16 27:8,
14,16 28:8 29:25
33:22 34:2 39:25
50:17 52:22 58:5
76:25 79:17 97:6
99:4 106:20,24
107:1,4,24,25
108:10,12 132:7

**official**
52:12 65:11

**often**
99:1,2

**Oh**
57:20 70:6 93:18
98:10 102:6
103:24 105:5
106:25 108:11
136:16

**okay**
6:8,20 7:6,21 8:3,
13 9:1,14,21 10:8,
25 11:25 12:20
13:3 14:2 16:2,7,
18 17:15 18:4,23
19:2,22 20:22
21:22 23:11,20
25:7,17 26:20,22
27:4,19,25 28:7
31:12,15 32:19
33:16 34:6 35:22
36:25 37:9 38:15

39:9 40:6 41:2,11,
16 43:5 44:17
46:16,22 47:18,19
48:13 51:23 52:6,
24 56:15 58:14,17,
21 59:13 60:21
61:5,10,19,20,22,
25 62:4,13 63:10,
17 66:1,4,5,21
67:4,18,25 68:11,
19 69:6 70:22
72:1,24 73:5,7
74:20 75:3 76:2,
11,17 77:12,21
78:25 79:16,21
80:22 81:4,7,11,17
82:17,20,23 83:17,
21 85:8,12,14,18
87:4,7,10,12 88:21
89:20 90:1,8,20,22
91:6,20,24 92:9
93:2,7,18,22 94:22
95:4,13,21 96:10,
14,17 98:3,18
99:1,9,16 100:5
101:3,10,23
102:18,24 103:21,
24 104:1,6,9,12,14
105:5 106:2,11,25
107:11,14 108:4,7,
11,19 109:16
110:1,18 111:13,
15,25 112:4,10,18
114:7,10,25 115:8,
9,23,24 116:1,11
118:3,6,20 119:6
120:19 122:9,25
123:5,16 124:1,3,
12,18,21 125:12,
19 126:16 127:9,
18,22 129:5,13,24
131:24 132:8,15,
20 133:10,25
135:18 136:7
138:3,11 139:5,18,
20,21 140:1,4

141:6,9,12

**on**
5:7,25 8:9 10:18
12:11,17 13:5,9,23
15:18 16:8,9 19:20
20:7 21:25 23:8
25:13,15 26:11
27:1,17 29:10,21
32:20 33:19 35:5
40:10,18 41:5
43:12,23 47:16,18
49:18 51:7 53:19
54:10,12 55:2
57:15 62:11 64:20
65:22 66:18 68:12,
22 71:10 72:9
75:1,6,15 76:13
78:24 79:14 81:1
82:10 83:22 84:18
85:15 92:10 93:11
94:9,14,17 95:22
97:8,19 98:15,19
100:6,18,21 101:8,
16,18,19,24
102:25 104:20
106:16 113:2
114:2 115:19
116:20 121:24
122:7 129:5,17
130:22 134:1,13
135:1 136:1 137:2
140:1

**on-site**
23:11

**once**
8:19

**one**
7:6 11:24 13:25
17:24 22:1,21,22
25:11,12,17 29:3
31:1 32:24 36:14
39:2 40:9,21,25
41:25 42:11 43:7
46:9,16 47:4,5

48:3,5 60:19
63:11,17,24,25
64:4,25 65:1,15
66:22 70:6,23 71:3
72:21 83:3,16,24
84:2,17 86:14 87:2
96:21 99:16
100:12 101:6
103:16,17 107:9
114:8,12 119:6
122:7 123:12,13,
14 124:20 126:17,
25 129:18,24
133:3,20 135:24
139:15 140:5

**ones**
105:15 127:19

**only**
8:8 26:19 43:9
47:3,17 48:25
50:2,24 51:2,4
52:4 56:4 58:24
59:8,9 65:10,23
78:12,16,22 79:10,
14,19 80:7,13
81:1,8 82:10 92:11
96:1 98:13 107:9
110:1 119:6,20,21,
22 125:16 130:21
131:13,23 132:23
134:9,10,12
138:17

**open**
30:17 83:12,18
118:21 122:19
124:17

**operating**
18:12

**operations**
18:8

**opportunity**
44:15 56:5

**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

**opposite**
132:10

**opt-in**
6:2,13 17:12 31:19
72:25

**option**
58:24 89:9 137:10
138:10,15

**optional**
137:7

**options**
32:25

**order**
15:17 25:10 64:22
65:3 71:17 72:14
87:19 141:13

**orders**
71:14

**ordinance**
76:4 137:4

**other**
11:21 13:4,8 14:12
17:19,22 18:20
32:11 51:3 52:23
59:14 60:5,22
62:16 63:4,5,18
64:2 66:23 67:11
69:8 70:24 71:7
80:25 81:2,4 82:21
95:22 101:19
108:25 109:2
118:17 119:16,19
120:5 132:16
133:23 134:14
136:1 137:10
138:13

**our**
6:25 19:24 27:8
34:17 65:18 86:3
89:16 113:2
126:11 130:8

**out**
24:19 25:9 26:17
27:17 34:19 35:15
45:18 46:17,25
47:12 57:6 73:14
89:6,16 101:17
131:7

**outcome**
9:12

**outside**
132:7

**over**
22:2 24:15 25:8
52:19 55:11 62:22
72:1 80:4 90:4,23
91:13 108:7
141:10

**overrule**
19:20

**overtime**
31:16,21 72:4
73:25 76:23,24
86:24 109:18
110:20 111:1,6,18
112:10,22 114:13
127:1,4 129:7,19,
20,22 132:4

**Overtown**
31:23 99:18

**owe**
25:5 87:2,3 111:8

**owed**
112:1

**own**
18:22 53:2 100:1

**owned**
22:2

**owner**
11:19 17:17,19
18:20,23 19:8,15
35:6 79:16 99:23

100:2 102:13
132:6 133:2
137:15

**Owners**
137:4

---

**P**

---

**P.M.**
53:20 64:15,16
71:10,21,22 72:2
84:11,19 104:15,
19 139:22 141:18,
19

**pacify**
33:15

**page**
12:11 122:8
126:20 134:1

**pages**
95:25

**paid**
31:20 33:6 36:9
37:8,18 44:4 51:12
64:13,15 65:4,15
67:21 70:8,12
71:10,20 72:2,14
73:8,21,22 74:23
75:10,22 76:15,21
77:5,7,10,15,25
84:13 85:9 87:5,6,
8 90:14 96:22,25
97:1,4 104:25
111:8 127:3
128:19 129:6,20,
22 134:18 136:23
140:8,11,16

**Palmer**
31:22

**Palmetto**
68:6,10

**panel**
20:2

**Paola**
13:15,17 27:11,12
28:9,12 29:7,13,
17,23,25 30:1,2,9,
22 31:3,5,12 32:2
34:13,14,15 35:9
36:21,22 37:14
38:11 39:1,8,10,
11,12,13,14,16,17,
22,23 40:2,6,19
41:20,25 42:8,10
43:1,3,6 47:22
48:6,15,17,19,21
49:3,9,11,15,16,25
50:6,13,14,16,22,
24 51:6,14,17
52:16,22 56:22,24
57:7,16 61:17,19
69:11 79:11,14
80:8 81:5,9,12,14,
23 82:2,3,17,19
87:4,12,14 88:12,
18,20,21,23 89:11,
14,21 90:2,10,18
91:1,9,13,18
96:21,22,24,25
97:21 98:4 103:14
104:23 107:14,17,
21 108:11 137:24

**Paola's**
28:10 31:1 41:18
51:15 97:8 105:7,
13 138:4

**paper**
59:19

**paragraph**
115:11,13,19,21,
25 116:13,17
128:10

**part**
71:6 85:23 89:16



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

91:5 92:16 93:14
94:25 96:7,12,16
97:5,21 103:9
116:17 117:5
137:10

**partially**
82:12 88:17

**particular**
16:1 18:2 28:13
30:12 38:7 39:20
40:12 58:25 68:14
78:1,16 79:18
86:10 88:7 93:17
94:12 132:22
133:6,7 138:2

**past**
18:14

**patrols**
40:4

**pay**
19:6,20 24:17
43:19 51:12 53:8,
9,10,24 65:9,24,25
70:10 72:4 73:16,
17,25 75:10,16,20,
21 76:1 78:2 86:24
110:24 111:6

**paycheck**
53:25 65:21

**paying**
53:20 58:1 72:3
76:6,24 77:23 85:3

**payment**
126:24 128:19

**payments**
97:25

**payroll**
19:16 130:3,15

**PC**
44:24

**penalties**
9:23

**penalty**
9:25

**pending**
8:9 44:11 47:18

**people**
53:15 64:2 70:3
71:7 72:6 76:24
77:1 82:21 84:5
94:13 97:17,18
98:14 101:16
106:9

**Perfect**
14:2 25:4,23 61:5,
10 113:25 141:6

**perform**
98:18,21 99:19
138:21

**performance**
35:21 43:9 57:3

**performed**
20:4 41:15 48:24
49:24 51:1 63:16
74:22 88:15 95:9
102:2 134:15

**performer**
33:25

**performing**
99:5 101:6,24
138:5,18

**performs**
19:23

**period**
21:9 125:3 126:8

**perjury**
9:23 10:1 57:12
65:12 92:7

**permission**
90:7

**person**
12:14 63:23 66:11
73:9 89:9 90:4,23
91:22 100:17
108:7 128:22

**personal**
10:4 11:23 22:9
23:3 25:15 26:25
50:16 116:24
117:2

**personally**
11:17 28:8 102:5

**phone**
50:16 52:20 90:4,
23 91:13 108:8

**physically**
32:2 81:21 82:13,
24 101:13 106:14

**pick**
64:9 71:9,12 74:8
83:24 84:2

**picking**
68:21

**Picture**
44:3

**piece**
59:19

**place**
37:1 54:13,23
74:14 90:25 132:7

**places**
78:1

**Plaintiff**
6:1,2,12,13 17:6,
12 24:10 31:19
72:25 73:1 117:16

**plaintiff's**
12:1,5 41:7 61:2
114:4,17,19
115:15 126:24

**person**
127:3 128:12,14,
18 130:4

**Plaintiffs**
12:24 46:21

**please**
5:23 6:14 11:14
16:24 22:23 33:17
43:19 44:1 47:14,
17 62:25 75:13
98:20 102:9 115:3

**plot**
46:1

**plowing**
55:11

**plus**
10:2

**point**
17:10 25:9 26:17
44:14 59:1 60:13
66:3 76:22 89:5,15
123:8 124:6 131:7

**pointing**
24:19

**policy**
25:25 26:7 27:5
32:6,7,8,11,17
35:22 36:2 37:1
38:4 54:13,15,22,
25 91:7 112:25
113:2,8,10

**portion**
13:1 29:15

**portions**
31:21,24 32:1

**position**
18:19

**possible**
7:22 8:6 46:25
104:8 121:12

**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

practice
121:22 123:10
124:13

practices
109:13

prefer
7:24 95:1 108:14
120:22

preparation
16:3

prepare
14:2,4,13,20 15:4,
17,20 41:14
105:11

prepared
14:11,24 15:12
16:13,16 49:9,15
50:5 63:5 80:18
94:19 95:16 124:7
139:5,10

preparing
27:15 28:8 39:2
42:8,10,11 123:5,
8,18 124:7 125:21

present
32:2 34:12 35:10,
15 56:21 61:16
65:8 66:12 81:21
82:13,25 83:9,18

President
17:17,22,24 18:1,
5,13,20,23 19:8,15

pressing
86:20

prevailing
76:3,8 78:2 98:5

previous
6:22

prior
22:9

probably
17:24 20:14 35:12
38:6,10 40:23
43:24 54:18 70:13
73:13 90:19 91:4,
15 98:12 101:21
104:5 107:23
109:13 110:21
117:7 118:11,13
123:16 140:5

problem
109:23

problems
109:17

procedure
12:13 69:15

proceeding
5:22

process
61:20,21 65:3 69:7

produced
23:10,12 24:10,11
25:6 67:7,12 77:19
121:13 122:4
125:10 126:1,7
130:7

production
130:8

professional
100:21

progress
91:19

project
13:16,20 14:1
15:23 16:16 22:4
23:7,11 25:19
26:14,15 27:12
28:12,13,18 29:2,
9,16 30:2,6,7,9,11,
12,13,17,23,24
31:2,3,5,6,8,13,22,

24 32:2,20,24
33:19 34:8 35:6
37:1 38:25 40:8
43:4,20 45:23
47:22 48:15 49:4
50:14 51:10 52:25
53:16 54:12,24
55:3 56:17 57:10
61:11 65:2,14,16,
17 66:12,20,23
67:6 69:9 70:4
71:16 73:5 74:25
75:9,16,24 76:2,14
78:16 79:11,15,16
80:6,9 81:9,19
82:4 83:11,22
84:21,23 85:16
87:4,13,21 88:19
91:8 92:10,17
93:9,13,14,17
94:10,17,25 95:23
96:7,8,13,16,24
97:3,5,8,10,22,25
98:4,15,19,22
100:7,16 101:19,
25 102:4,11 103:2,
6,9,19,22 104:24,
25 105:7,18 107:8,
16 119:10 122:20
129:9,22 130:19,
25 131:6,13 132:1,
9,17 133:1,20,21
134:3,8,12,19,22
135:2,5,9,16,19,23
136:22 137:2,22,
25 138:2,22

projects
20:1,7,14,20 27:17
79:18 87:16
101:20

proof
26:19 43:25 45:6,
19 85:11

proofs

44:21

prove
26:20 34:20 53:19

provide
10:22,23 11:10
19:25 22:22,23
26:4 35:1,4 36:3,
10,12,15 39:22,25
40:1 49:12 64:6
66:10 70:9 81:16
92:25 94:25 95:20
98:4 99:23 100:2
108:5,15 122:14,
15 124:2 125:16

provided
20:8 23:13,16,19
32:25 41:21 48:21
49:12 51:8 55:14
66:17 67:16
109:20,22

provides
109:15

providing
22:9 23:3 33:3
34:24 35:8,14
36:22 37:24 56:20
61:14,18 69:18
71:4 108:1

public
109:5 112:19

pull
41:1 115:8

pulling
81:13

pursuant
12:13

put
29:7 121:6,23
122:12 124:14,16,
19 133:20 135:9,
18

 UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

**puts**
33:11

**putting**
87:23 134:4

**Q**

**QGZ27**
24:3

**qualification**
8:8

**qualifications**
103:17

**qualified**
95:8

**qualifies**
60:9

**question**
7:13,14,15,20 8:9,
10 11:5,10,12,13,
24 13:7,22,25
14:9,22 15:2,12
21:1 22:11,25
24:24 26:3 30:8
33:16,23 34:1,4,21
35:13 36:1,7,18
37:11,12 38:16
41:16,17 42:7,23,
24 44:11,16 45:6,
7,17 46:2,5 49:6,7,
13,24 50:3,4 51:17
54:2,3,5,9,10,20
57:4 58:10 61:19
62:25 75:11,12,13,
17,18 77:12,24
78:4,15,18,20,23,
25 79:7,25 80:24
81:12 82:9,11
84:18 88:16 89:1
90:21 91:11,21
92:4 94:19,24
95:16 97:14,15

98:20 99:12
100:13,14 101:1
102:8 103:7,9,12,
18 105:3,5,6
109:19,23 110:9,
22 111:4,22 114:2,
14 115:3 116:11,
24 117:13 118:4,6,
14,20,22 119:1,5,
16,20,23,25
120:10,13,14,15
121:9,11 122:7
123:7,17 124:24
125:19 126:4,18
127:5,25 128:5,13,
20,22 129:1,2,13
130:17 131:22
133:7 134:5
136:15 137:18
138:15,16,19
140:5,9,14

**questioning**
55:25

**questions**
7:7,11 16:16 23:1,
3 24:23 26:24 27:2
28:5 44:8,13
46:20,22 47:15,17
55:6,18,22 56:1,9
75:6 136:2 140:19
141:8

**quick**
37:20 62:1 93:12
104:2,7

**quickly**
8:5

**quite**
23:21 62:13

**R**

**R-I-V-E-R-A**
66:22

**rail**
81:9

**raised**
12:15

**ran**
109:16

**random**
122:22

**range**
20:2

**rate**
75:10,16,21 76:1,4
77:14

**rates**
19:6 73:22,23

**rather**
7:3 23:3

**read**
109:4 116:8
117:13 119:1
137:3 141:10,11

**reading**
23:21 43:7 58:13
89:10 141:20

**ready**
14:7,16 79:7

**real**
37:19 83:6 118:18

**reality**
36:18 51:4

**realize**
104:22

**realized**
57:9

**really**
44:7 45:1 88:17
100:20 118:2
137:17

**reason**
69:19 89:2 105:13
108:1 125:9
130:20 136:10

**recall**
17:25 18:2,21 64:3
69:2 77:20 80:20
91:17 94:12 95:19
101:21,22 108:24
112:13 114:9
135:24

**received**
55:19

**recollection**
111:11

**record**
5:7,24 6:15,22,25
7:17 8:10 10:11,
13,15,18,20,21
12:6 23:25 24:11,
20 32:22 33:10,15,
21 41:8 44:9,10
47:18,23 48:17,19
55:25 62:6,8,11
66:19 72:15 74:4
79:20 80:19 94:18
103:20 104:15,17,
20 112:19 114:5,
20 117:15,17,18
118:15 120:11,13
130:5,13 139:22,
24 140:2 141:18

**recorded**
34:18 48:20 84:21
103:10,11 118:10
139:1

**recording**
5:22 15:22 27:9
33:22 34:11 41:18
60:6 90:6,7,10,17,
19 91:1

**records**
24:9 25:2,24 28:8



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

33:23 39:2 40:15,
19,20 49:3 54:8
60:14 62:14 67:19
69:14 70:22 75:4
95:2 97:24 105:10,
13,14 107:11
115:14,16,17
117:24 118:8,10,
11,16 119:2,18,25
120:7,8 121:12,16
123:6,9,18,23,24,
25 124:8,23 125:2,
21,23 126:7,8

**red**
24:15

**refer**
16:20 17:1,6,11
28:9 45:19 88:7

**referenced**
67:5

**referred**
21:12 31:18

**referring**
16:11,21 22:1
23:23 25:23 27:12
30:1 31:17 36:22
50:10 51:3 56:24
58:23 88:13 93:13
111:25 117:21
118:25 121:15
122:4,9 129:3

**refined**
122:11

**reflect**
62:16,19 63:6
67:14 85:9 134:2
135:1,13

**reflected**
52:15 65:21 74:23
77:14 120:2 134:1

**reflecting**
50:6 67:5 69:13

124:23 130:14

**reflects**
77:11 87:11
107:18 119:8

**refused**
10:21

**regarding**
41:18 49:9 54:23
77:4 115:14
117:16

**registered**
99:22

**regular**
75:20 76:4 77:25
134:16

**regulated**
109:8

**regulation**
121:23,25

**regulations**
32:10,14 35:4,8
36:14 59:5 109:7
113:3 134:16

**related**
8:21 15:25 20:3
30:20 80:15 81:3
82:7 83:2 97:25
122:23 133:19,21

**relevant**
79:8 80:17 125:14
136:6 138:14

**remember**
8:19 9:16 18:13
66:9 75:5 91:22
93:20,21,22 94:11
98:8,9 100:1
107:19 110:3
111:11,12,13
112:10,15 120:16
122:17 129:11
135:8,16

**remembering**
135:8

**remind**
6:21 44:6 90:17

**remote**
58:4

**remotely**
5:15

**remove**
135:10

**repeat**
11:5 16:24 21:4
26:3 30:8 36:1
42:21 54:5 62:24
75:13 102:8
130:22 137:18

**repeated**
85:22

**repetitive**
55:25 56:1

**rephrase**
7:15 78:17

**report**
15:24 22:4 23:7
25:18 29:24 31:17
35:24 36:5 37:2,7,
20 38:4,11,19
43:14 47:22 48:16,
18,23 50:13 51:10
57:10 63:11,12
69:10,11 71:2,16
72:15 84:21,23
88:4 89:9 92:18
93:3 95:24 96:5
97:7,10,12,17
98:14 106:2,11
107:17,21 108:12,
14 119:9 121:8
133:11,16 136:3,8,
12,13,14 137:7,8,
9,19 138:4,11,17

**reported**
37:6 70:24 71:20
84:1 130:20
131:16,18,21
132:25 135:4
138:8,20

**Reporter**
5:7,16,18 6:8,23
10:10,12,17 20:16,
19,22 45:15 62:2,
4,10 66:5,15,18
67:1 104:14,19
113:20,22 127:9,
14,18,22 139:21
140:1,20 141:2,4,
9,12,15,17

**reporting**
5:17,22 35:22
37:10,13 38:25
40:3 44:19 57:16
85:7 88:11 106:4
112:25 130:3,15
138:7

**reports**
123:14

**represent**
6:12 114:11

**representation**
137:1

**representations**
136:20

**representative**
11:4,18 15:19 16:8
45:10 108:25

**representatives'**
12:22

**representing**
6:6 46:21 136:24

**request**
33:20 55:7,10,20
61:2 130:8



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

**requested**
105:15

**requesting**
53:7

**requests**
61:3

**require**
54:15 57:20 97:10
113:9 117:24

**required**
32:13 35:24 39:14
48:3 53:3,6 55:1
58:3,4 61:12 78:1
98:2,14 115:16
117:18 118:5,9
119:21 133:5,11
137:10,13,15

**requirement**
32:21 33:20 35:1
54:22 137:11
138:10

**requirements**
53:1 83:4 108:16
109:10 138:6

**requires**
28:16 38:22 49:22
54:7 73:23 119:18
122:2 124:3 138:8

**requiring**
128:22

**reserved**
141:21

**respond**
7:11 8:10 23:1
44:7 47:15,17 83:5
133:3

**responded**
55:21 116:4,14

**responding**
27:2

**responds**
115:12

**response**
55:22 61:2 80:5
115:1,5,13,17
116:3,13 130:8

**responses**
7:4 55:14,17

**responsibilities**
18:7 29:14 30:13
31:2

**responsible**
19:16 30:15,16,22
88:14

**responsive**
22:25 26:24 28:5

**rest**
27:9 29:6,22 34:13
36:20 56:22 61:17
82:19

**resting**
72:3

**resumed**
10:16 62:9 104:18
139:25

**return**
108:12

**returning**
84:17

**review**
14:13 15:4,8,20

**reviewed**
15:17

**reviewing**
15:6

**revise**
37:19

**right**
10:12 11:11,17

14:12 20:15 21:23
22:17,24 23:8,9
24:13 26:4,24
30:24 31:3,4,19
34:5,22 37:4 38:2
39:1 43:18 46:23
48:18 49:14,15
50:12 56:15 57:19,
21,23 59:16,25
60:1,2,9,16 67:8
68:25 69:3 71:14,
22,24 72:18 73:8,
22 74:10 78:14,25
79:12 80:9 81:5,16
84:3,21 87:23
89:1,13 90:8 91:25
92:3 93:9 95:1,3,
24 99:4,13 103:1,
16 110:16 111:9
112:12 113:13,16
116:7,8 117:7,10
118:11 119:1
120:2 121:7,15
124:6,20,25 129:9
130:19 131:2
134:13,25 136:15,
20,23 137:5 138:7
141:14,17

**Rivera**
31:7 64:1 66:13,22
83:10

**round**
33:13 70:20

**rounding**
70:17 73:19

**Rule**
12:13

**ruled**
125:16

---
**S**
---

**said**

8:24 11:9 13:19
16:5 20:19 22:2
29:13 30:22 31:1
34:18 35:8 40:3,14
43:5 44:4 45:20
48:1,21 57:13
59:13,24 60:7,13
61:16 66:18 68:7
71:3 73:13 75:14
76:16 78:14,15
80:13 85:15,19,22,
25 86:10,25 98:12
99:3,7 100:8
108:14 111:7
115:23 117:8
121:7,25 122:18
127:14 129:9,11
130:19,23 131:4,5,
9,12 132:5,8 136:7
138:3,6,23

**salaries**
87:9

**salary**
65:9 87:5

**same**
28:17,22 33:24
34:14 41:6,15
43:12,22 45:23
49:18,22 50:2 52:1
55:11 56:9 59:3
63:25 68:23 69:5
70:5 77:12 82:8
84:5,6 88:15
101:20 103:1,5,22
105:8,22 113:4
119:5 122:9
131:20 132:12
133:19 135:19,20
137:18 140:14

**Santa**
29:7,15,19 31:22
34:12 38:23

**sat**



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

110:6

**say**
7:10,17 13:7,19,21
17:3,8 19:4 20:13,
16 27:20 30:25
33:1 37:4,15 38:1
39:16 40:12,13
42:2,18 44:9,10,20
46:3,4 47:4,12,17,
25 48:19 51:12
53:4 57:12 59:1
60:19 64:14 71:1,
3,8,20 73:2,20
79:6 80:18,24
81:14 85:11 86:23
88:9 91:14,15,16,
22 95:11 96:12
97:14 98:9 99:6
100:17 103:3,10
104:10 111:5,11
121:18 128:15
129:8,10 131:1,3,
4,8,25 132:17,18
133:25 134:4
140:20

**saying**
13:17 14:19 15:1
33:6 35:18 37:13
44:14 55:23 56:10
57:18 65:12 69:22
71:4 72:13,18
76:13 84:21 85:8
89:11 96:6 98:13
99:7 111:9 118:1
119:4 121:1,4
122:21,22 131:3
132:10 133:15
134:8,18,23,25

**says**
25:11 42:18 51:9
53:5,8 57:21 59:2
65:7 85:4 88:8
89:7,18 97:12,16
117:15,23 119:14

123:13

**schedule**
29:10,19 63:19,20
84:5,7 88:20
101:25 102:4,11,
13,17 103:20

**scheduled**
87:19 122:19

**scheduling**
30:16 31:17 82:7

**Schickman**
6:4,5

**screen**
23:8 41:5 113:17
115:20,22

**scroll**
12:4

**scrolling**
12:20 13:3 126:20
127:17

**second**
11:25 21:25 22:22
38:12 40:25 41:1
72:24 79:9 80:13
95:21 103:14
110:21 122:7
130:22

**Security**
10:9,21

**see**
14:9 23:8 24:15
33:8,14 36:9 46:13
49:14 57:2 59:10
61:4 64:13 70:15
73:18 74:6,13
86:17 88:9 90:8
107:6 113:3,16
115:22 131:11,16
132:16 135:6
136:6

**seed**
59:9

**seeing**
52:23 96:1 107:12
113:3

**seem**
45:21

**seems**
57:1 75:23

**seen**
12:3,25 13:2 15:25
114:3,17 117:20
130:1,9

**send**
61:12 96:9 118:13

**sense**
15:16 56:7 96:20

**sent**
55:8,20 67:9 76:5

**separate**
105:14

**September**
21:24 31:16 68:9,
14,15

**sequence**
121:6

**serve**
30:6,9 63:24

**services**
5:12 11:20 13:11
16:22 17:1 19:25
20:8

**set**
19:5 141:7

**settled**
9:13

**settlement**
112:8

**seven**
39:21 72:6 103:23
130:19,25 131:4,6,
22,25 132:2,6,9,17

**several**
34:23 38:3 63:10,
20,23 97:4 109:5

**shakes**
7:2

**shall**
37:15

**sharing**
41:5

**she**
13:20,21 18:9
29:18,20,21 30:2,
6,15,16,19,20,23
41:21 43:1 49:3
50:19 51:18 52:19
56:23 79:12 80:10
81:6 82:4,5,6 87:4,
5,15,19,20,21 89:2
91:9 96:22 97:1,4
98:3 104:25
107:15,18,24,25
108:1,4,9,15 138:5

**she's**
87:6

**sheet**
25:20 26:16 27:13
29:25 35:20 40:22
42:4 70:10 86:19
117:19 122:13

**sheets**
27:15

**shift**
107:3 108:11

**short**
10:14 62:7 104:16
139:23


**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

**shortly**
113:15 139:18

**should**
37:15 46:3 96:4
100:24 109:19
118:12,13 139:17

**shouldn't**
45:18 46:14 104:4

**show**
22:6 35:18 46:10
63:13 79:20 93:14
100:11 115:19
118:23 120:1
122:8

**showed**
16:12 23:22 50:21
52:15

**showing**
41:2,17 42:12
43:12 50:6 57:14
119:2

**shown**
86:18 88:3

**shows**
14:25 24:13,16
69:25 74:1,2,16
77:16,17 85:1 87:1
119:10 131:20
132:12

**side**
27:1 31:6 35:5
81:1,3 115:9,10,13

**sides**
31:9

**signature**
33:6 72:17 122:21

**signed**
110:25 111:7
112:1

**signing**

**65:21 141:20**

**simple**
39:12 63:11
120:19 121:9
129:11

**simply**
121:12

**since**
17:18 18:22 20:9,
11,21 28:16 35:22
43:11 45:9 48:4
54:3 69:20 78:9,19
95:24 100:12
109:12 123:20
124:15 125:21
138:20

**single**
52:17 68:4 107:7

**sir**
13:24

**site**
15:25 22:7 24:14
26:11 29:21 35:21
42:16 49:18 51:1
58:4 65:8,22 69:24
74:19 79:14 81:9
82:5,10,14,25
83:6,18 86:21
87:21 88:19 91:19
94:14 95:9 96:21
100:18 101:10,11,
12,14,17 106:7,16,
18,20,23

**sitting**
121:15

**situation**
83:6

**six**
9:2 48:13 69:10
72:6 99:17 103:15

**sleeping**

**133:9**

**slow**
7:20 11:9,14,15

**slowly**
7:22 12:4 13:3

**small**
94:11 101:21
116:10 123:11

**soaking**
86:14

**Social**
10:9,21

**software**
60:22

**some**
22:24 25:21,24
28:9 39:20 40:4
45:21 46:1 60:4,5
69:1 72:8 81:2,4
84:5,12,20 87:19
89:24 94:11,12
95:8,9 97:25
109:10 118:17
120:5 122:23
133:22

**somebody**
94:5

**somehow**
14:24 91:5

**someone**
72:25 83:11

**someplace**
39:24

**something**
7:17 22:13 26:17
33:8 43:5,24 44:9,
10,20,23 45:18
47:7 48:7 53:3,18
70:2 72:9 76:25
80:18 93:4 98:9

**99:6 131:3 137:12**
139:2

**sometimes**
8:4 36:21

**son**
64:9 71:23 74:9
92:22 94:15

**soon**
46:25

**sorry**
11:1 21:4 24:8
30:8 44:5 54:22
66:6 68:7 75:12
93:11,23 98:10
103:3 104:22
108:21 110:9
111:21 116:16
126:4 139:9
140:20

**sounds**
35:23 49:14 60:3
102:25 103:4

**Southern**
5:14

**Southwest**
68:22

**Spanish**
90:2 93:24

**speak**
7:15,19,21 11:9,14
16:2 56:6 89:22,
24,25 121:2
129:12

**speaking**
11:11 24:25

**speaks**
90:2

**specific**
24:23 42:3 81:11,
16 83:24 84:3



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

87:15 89:2 94:24 95:17 97:11 105:25 118:22 120:12 121:21 126:10

**specifically**
15:16 60:4 75:7 80:6

**specification**
40:10

**specified**
64:21 93:16

**specify**
26:10 27:20 58:17 120:12

**specifying**
121:20

**speculate**
98:8

**speculation**
117:25

**spell**
66:13,19

**spelling**
66:6 140:21

**spend**
47:8

**spent**
62:13 63:1 138:1

**spoke**
16:4

**ST0112**
41:4

**ST0139**
41:4

**stall**
74:7,8,12

**stamped**
41:4

**standpoint**
37:23

**start**
32:22 33:21 34:8 63:11 88:23 107:1 123:18

**started**
39:19 78:14,19 79:2 80:2 83:25 84:10,15 109:12 110:23 118:5 120:3,11 121:19, 21 123:20 124:7 129:12

**starting**
85:20

**state**
6:14

**stated**
34:23 38:3 48:16 79:9 109:16 138:17

**statement**
117:5

**states**
5:14 12:11 108:23 115:14 126:22 128:11

**statewide**
5:12 6:13 9:10 11:1,4,18,19,22 12:18 13:11,14,15, 23 14:13 15:19 16:9,19,20,21 17:1,2,3,16,17,20, 23 18:5,13,16,19, 24 19:9,16,19,23 20:4,7,24 21:2,6, 14,16 26:2,6 27:5 31:6,11 32:5,6,7, 21 36:3 37:2 38:5 41:19 42:7,25

45:11 49:2,8 50:5 53:1 54:12 55:3,8, 14 56:17 57:18 58:15 60:4,21 62:15,19 63:6 67:13 69:7 70:9 74:21 75:3 76:18 77:3,14 78:7 79:2, 10 80:2,7,9 82:21 92:9,11,14 93:8 94:7 95:5 96:23 97:7 98:13 100:6 101:18,19,24 105:1,6,17 108:19, 22 109:1,2,16,18, 21 110:1,8,19 111:1,19 112:24 114:1 115:5 116:4, 14 118:22,23 119:2,3,25 120:1 124:22 125:22 128:14 130:7 134:13 140:6,10, 15,16

**Statewide's**
12:14 19:12 25:25 26:6 27:16 41:3 61:1 78:7 79:3 97:1

**stating**
112:1

**station**
25:9 26:13 27:10 28:13,15,21 29:4, 6,17,19,20,22,23 31:23 34:10 36:19, 20 38:12,24 39:20 48:1,4,5,11 56:20, 22 57:7,15 61:15, 17 63:15,22 64:7, 10,22 70:3 74:10, 11,14 81:24,25 82:1,17,18,19 83:4,9,13 84:22

90:15 96:11 99:7, 11,16,17 100:8,9, 11 101:8 103:8,13, 15 122:19 138:24

**stations**
28:16,22 30:18,19 34:13 48:13 63:21 69:9 78:22 80:14 99:5,20 100:12 121:7

**statute**
125:15

**stealing**
54:4

**Steve**
6:6

**Steven**
46:2

**stick**
7:3

**still**
40:20 68:12 70:14 81:6 92:8 95:12 112:2 118:24 123:23,25

**stop**
21:16 34:8 73:6 88:23 90:10 131:1, 2

**stopped**
79:3 80:3

**story**
123:1

**straight**
106:22 120:13,19 121:10 123:1

**Street**
68:22 69:1

**strike**
11:1 21:9 34:6


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

**subject**
9:22

**submit**
15:23 57:10
126:11,12

**submitted**
15:10,21 25:4,5
44:24 52:12 55:9
75:1 84:24,25
126:11

**submitting**
14:15,23 15:9
55:24 73:10

**sued**
109:18 110:2
111:5

**suing**
46:21 47:7

**Sunpass**
15:21 22:16 24:9
25:2 26:20 33:3,10
43:17 51:11 64:7,
9,17,23 65:24
67:18 69:25 70:22
71:2 72:19 74:4,15
84:2,12 85:3,4
86:15,17,20
119:11 120:5
122:20 123:4

**supervise**
19:12 103:19

**supervisor**
35:6 88:5

**supply**
95:10

**support**
78:3

**supposed**
123:2

**sure**

7:11 8:23 11:6,15
13:8,22 15:8,14
16:25 21:19 22:19
23:2 24:18 26:23
27:1 28:3 29:9
38:10 40:25 42:6,
21,22 48:13 50:4
51:17 52:14 55:13
56:3,11 62:2,23
76:12 79:7,24
80:1,24 82:12
85:12,24 91:14
94:21 95:2 96:12
103:16 104:10
109:2 110:10
111:16 116:9
117:5 119:17
120:21 124:19
127:2 129:17
130:24 134:7
139:16

**surprised**
33:9 73:21 90:8

**switchgear**
20:2

**sworn**
5:6

**Sydell**
5:16

**synchronized**
119:10

**system**
83:3

---

**T**

---

**table**
76:5

**tag**
24:2 64:18 67:23

**take**
8:4,11 9:15 12:4

21:17 25:2,15
45:11 50:12 53:8,
13 54:1 57:24 62:1
81:25 86:15 104:2,
11 139:14

**taken**
5:11,14 6:18 8:14,
18 41:20 57:8 68:9
87:25

**takes**
27:1 102:15

**taking**
12:2 26:12 35:9
36:16,20 38:7 42:1
43:1,6 44:15 48:2
51:15 53:2,5 54:3,
14,16,19 56:20
61:15 65:20 68:17
69:17 71:11,23
74:12 85:20 89:16
136:17 137:24

**talk**
11:15 16:18 21:10
52:13 64:10

**talked**
32:5 52:11

**talking**
14:17 17:7,11
41:23 42:14 62:14
63:2 78:9 94:4,5
102:6 115:21
116:6

**task**
29:10 38:7 49:11
82:7 87:14 91:18
137:23

**tasks**
95:8 106:5,17

**technical**
100:9 137:21

**tell**

10:4 19:22 23:12,
23 33:8 39:10,11
52:19 58:10 78:18
81:12 83:24 86:7,8
92:19,23,24 93:11
109:6 120:11
123:21 124:4

**telling**
46:12 139:2

**term**
100:25

**terms**
57:23 128:23

**test**
63:16

**testified**
5:6 130:24

**testify**
7:24 11:1 14:19
16:13 91:25
111:10

**testifying**
9:18 11:2,7,16
12:12,17 15:18
45:9

**testimony**
9:22 16:8 22:24
59:22

**testing**
56:7

**text**
116:10

**than**
7:3 11:21 13:5,9,
18,21,24 14:12
18:15,20 20:13,16,
18,19 23:3 29:5
32:12 33:11,14
44:4 51:12 53:11,
24 54:18 63:4
65:25 67:11 69:8



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

70:18 74:2 76:19, 20 78:8 79:1,4 85:4,6 86:24 98:13 123:16 124:3 132:16

**thank**
20:22 25:23 67:1 141:14

**that**
5:21 6:20,24 7:7,8, 10,11,12,13,19,22 8:4,7,8,10,14,20 9:1,3,6,9,12,15,21, 25 10:22,23 11:1, 18,21 12:11,16,23 13:2,5,8,12,22,23, 25 14:10,16,17,20, 23,25 15:1,2,7,9, 10,11,14,22,24,25 16:5,7,11,13,24 17:10 18:2,13,15, 21 19:9,19 20:3,4, 16 21:4,10,12,14 22:1,2,3,8,10,17, 18,25 23:2,6,10, 11,12,13,17,18,23, 24 24:1,2,9,11,15, 16,19 25:3,5,6,9, 10,11,18,20,21,22, 24 26:1,5,13,23 27:1,4,5,6,7,16,20 28:1,3,4,7,11,12, 14,17,24 29:5,11, 24 30:12,18,20,25 31:1,18,20 32:14, 19,21,25 33:2,6, 11,15,18,20,23 34:2,6,11,14,16, 19,20,23,25 35:1, 5,13,15,17,18 36:2,3,4,14,15,17, 23 37:2,5,8,12,16, 19,24 38:1,3,4,7, 14,21,23 39:2,3,5, 12,15,19 40:4,5,6,

7,11,15,19,22 41:5,15,20,21,22, 25 42:1,8,11,15 43:1,5,9,10,11,15, 19,24 44:6,13,14, 16,18,22,23,24,25 45:5,18,19,21,25 46:13,21 47:3,8, 14,16,18,20 48:1, 5,6,9,10,12,16,17, 21 49:3,9,10,13,17 50:3,6,10,12,15, 21,25 51:6,7,9,13, 18 52:2,4,11,12, 15,16,24 53:3,8,9, 10,21,25 54:11,15, 16,17 55:1,2,7,24 56:4,5,9,16,18,19, 24 57:1,9,10,12, 13,14,19,22,23 58:25 59:4,7,16, 20,22 60:14,19 61:7,19 62:14,17, 19 63:2,4,6,14,15, 16,18,19,23 64:5, 11,12,13,14,17,20, 24,25 65:3,5,6,7,9, 10,11,12,13,14,15, 16,17,21,22,24 66:2,11,12 67:1,4, 7,12,13,14,16,21, 25 68:4,5,13,24 69:8,13,19,21,23, 24,25 70:2,3,6,12, 13,16,17,19,23 71:2,3,6,12,15,16, 18,19 72:4,12,15, 20,22 73:9,14,21, 25 74:11,15,16,20, 22 75:5,8 76:2,4,5, 7,9,25 77:4,7,9,11, 14,16,17,18,22 78:3,4,10,12,13, 16,17,23 79:1,2,5, 7,9,11,12,18,19 80:2,4,5,8,10,15,

18,19,23 81:1,7,8, 13,18 82:2,3,7,8, 10,13 83:6,8,11,23 84:7,12,20,23 85:1,2,3,4,5,6,8, 11,15,19,21,22,24 86:9,10,18,20 87:3,11,17,23,24 88:6,7,9,14,15,25 89:1,6,18 90:3,5,6, 11,18,19,25 91:5, 8,10,14,15,16,22, 23,24 92:1,4,5,6, 13,18,25 93:3,4,5, 15 94:13,14,19,20, 25 95:2,9,10,12, 15,20 96:1,4,8,12, 20 97:9,11,12,17, 18,19,20,24,25 98:1,4,16 99:6,10, 21 100:6,8,11,17, 18,22,25 101:6,16, 21 102:1,4,11,14, 25 103:3,6,7,9,16, 17,18 104:12,22 105:8,10 106:3,7, 10,15,16,17 107:7, 9,15,18,20,25 108:3,7,15,24 109:2,4,5,15,19,23 110:1,3,6,20,22, 23,25 111:2,3,4,7, 9 112:1,2,5,7,10, 12,22,23 113:1,3,9 114:11,12,14 115:1,4,5,14 116:3,4,9,14,15, 21,22 117:11,15, 20,24 118:8,9,10, 14,18,23 119:1,2, 7,10,14,17,18,21, 24 120:1,4,6,7,11, 12,14 121:1,3,5,7, 13,14,18,19,21,24 122:1,8,10,12,15, 19,23 123:2,12,13,

14,18 124:3,16,23 125:3,20 126:10, 11,15 127:2,3,5 128:6,11,19,23,25 129:8,10,11,18,19, 24 130:7,21,24 131:1,3,5,7,8,9,12, 20,25 132:1,8,9, 11,13,14,16,17,18, 24,25 133:1,2,6,7, 10,13,18,20,21,22, 23,25 134:2,4,6,8, 9,10,12,14,17,18, 19,22 135:1,4,5,7, 8,11,15,24,25 136:4,11,20,22,24 137:1,4,12,20,23 138:1,2,8,23 139:3,18 140:6,7, 11,16 141:4

**that's**
11:20,24 15:2,25 17:2 21:24 22:1 24:4,6,21 25:20 27:18 28:19 29:21, 23 32:16 35:7 36:7,18 37:16 38:2,6,13,21 40:9, 16 41:6 48:10 49:6,7,22,24 52:4, 8,15 53:17 55:23 56:8,10 58:14 60:6,18 61:6,21 62:24 63:17 65:4,5 66:22 67:25 72:11, 18 73:18,23 75:2 76:16 78:2 80:22 82:1 86:2,16,25 88:5,13 89:1 92:5 93:4 94:3,4,22 95:4 99:6,24 102:20,24 109:11 113:11,13 116:7 117:1 118:2,3 119:13,15 120:21



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

121:15 122:4,9,22
123:10,17 124:5,
12,17 126:2 127:4,
16 131:3,10
132:12 134:5,9,19,
20,24 137:17
138:11,13

**their**
32:22 33:21 34:8,
17 35:2,4,24 37:6
38:25 47:22 48:17
50:13 53:2 69:10
72:17 75:1,16,21
86:18 88:5,11,23
89:21 90:13 91:9,
12 95:17 106:22

**them**
24:23 28:1 34:3
36:12 38:8 39:17,
22 40:21 42:1
43:19 46:10,24
47:11 51:8,12 52:6
53:20,24 63:24
64:15 65:9,20,25
71:20 72:2,16
73:3,21,22,25
74:23 76:14 77:23
80:10 84:13 85:3
87:2 89:5 90:16
99:8,21 100:9,11
109:22 118:12,13
125:8 133:16
139:2,3

**themselves**
5:23

**then**
29:7 32:16 33:5
34:18 35:15 39:11,
23 48:4 54:21
69:3,12 71:11
72:19 74:8,9 81:7
93:7 103:8 107:3,
12 112:23 139:17

**there**
11:20 13:4,8,22
14:20 16:12 17:19,
22 19:19 21:23
22:17 24:13 27:6
28:24 29:4,21 31:6
32:21 33:19 34:11,
14,25 35:1,9
36:10,19,21 37:1
38:14,18 39:12,13,
16 40:10 43:21,23
45:21 47:25 48:2,
14,21,22 50:22
51:14 53:17,19
54:15,21,22 56:22,
23 57:25 59:13,14
60:10 61:16,18
62:16 63:5,10,23
64:24,25 65:2
66:11 67:13 69:3
70:17,24 71:1,7
72:7,8,9 73:12
74:19,21 77:9,13
78:11 79:12,21
80:3,10,12 81:10,
15,21,24 82:13,14,
15,21 83:10,12,15,
17 84:8 86:20
87:14,15,16 90:6,
10,12 91:1 92:20
93:6,7 95:11,13
99:5,21,25 101:7,
16 103:8,13,15
105:13 106:8,10
108:1,13 109:7,10
110:25 118:12
119:4,19 121:8,19
124:14,16,19
125:9 130:20
131:2,6,7 132:12,
14 133:4,5,20,21
134:24 135:11
137:13,14 138:13,
25 139:1

**there's**

8:1,9 32:16 40:4
44:11 45:1 47:16
49:14 54:25 55:21
72:8 83:8 84:12
86:19 109:22
122:7 126:12
138:9

**thereupon**
5:3 10:14 12:5
41:7 62:7 104:16
114:4,19 130:4
139:23

**these**
8:4 13:5,9,18,24
25:15 27:1 28:8
41:11,12,14 42:4,
14 48:25 49:1 50:1
51:1,2 53:15 55:6,
9,18,22 58:1 60:25
78:22 80:25 87:1
119:18 120:8
121:16 125:21
136:2,20 137:19

**they**
10:23 22:2 26:9,10
27:10,11 29:24
31:20 32:25 33:1,
12,14 34:7,8,15,
16,18,19,24,25
35:1,5,14,17,24,25
36:4,6,8,10,16,21
37:2,5,7,10,13,15,
17,18,20 38:3,5,9,
10,11,13,17,19,21
39:10,15,22,25
40:1,3,4,12,13,14
42:17 43:17,20,21,
22 44:4 45:20
47:22 48:20 49:18
51:12,13,14,16
53:2,5,8,10,15,16,
17,18,19 54:14,16,
18,19 56:19,23
57:11,15 59:3

61:11,14,18 62:19
64:2,14 65:4,9,20,
22,25 66:3 67:9,10
68:12,13,15 69:13,
18,19,22 70:8,13,
16,17,18 71:5,10,
11,12,17,18,19,21
72:1,7,9,22,23
73:2,3,7,14,16,17,
19,24 74:2,12,13,
14,15,23,25 75:22
76:6,18,21 77:22,
24,25 78:4,14,22
79:2,13,18 80:3,7,
13 81:2,3,21
82:15,22,24 83:5,
10,11,18,25 84:1,
5,10,17 85:1,2,6,7,
10,19 86:6,16,18,
22,23 87:1 88:9,
10,11 89:3,18,22,
24 90:3,12,13,14
91:2,3,4 94:14
97:20 99:25
100:10 103:25
106:22 110:24
118:1,5,6,16,17
119:8 120:2,3,8
122:16,24 123:1,
20 125:11,13
126:10 129:20
135:17 139:1

**they're**
15:1 36:5,9,10
37:8 47:7,10 53:7,
12,13 71:4,18
73:25 76:4 88:9,25
118:16 122:22
129:3 133:19

**thing**
7:6 8:3 22:21
46:16 51:5 52:4
59:8,9 69:5 70:6
82:8 119:21,22
132:12 134:9,10



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

**things**
6:20 8:5 9:16
14:10 25:21 55:9
87:16,20 92:1
95:10 97:20
106:19 113:15
117:2 133:23

**think**
7:22 60:3,7,13
79:5 82:23 88:17
89:8 100:20 110:4
113:5 119:24
129:5,24 134:11
138:3 139:13
140:4,24 141:6

**this**
5:22 6:22 10:11
11:16 12:1,3,15,
21,25 13:12 14:1,
18,24 15:13 16:22
21:25 22:1,2 23:9
24:11,22 25:4,8,
17,19 29:4 31:15
33:15 35:22 36:13
40:22,23,24 41:6
42:9,12,15,20
43:9,12,14,16,17,
18,19,25 44:1,2
45:9,11,21,24
46:1,9,20,25 47:6,
9,11 48:23 49:5,
12,17,19,21,22
50:1,2,10,21,24
51:3,4,7,9,10,11
52:1,6,9,10 56:4,
25 57:2,8,9,10,14
58:4,5,7,11,20
59:4,7,8,11,12
60:9,25 63:14
64:16,23 65:2 66:2
67:21 71:3,5,14,25
72:1 74:1,3,4,5
75:23 77:10,19
79:8 80:17 84:17,
25 85:2,4 88:2,14

89:18 90:9,17,19
93:5,13,14,17
94:25 96:7,8,12,16
98:13 100:21
101:7 105:25
109:9 113:19,20,
22,25 114:3,10,11,
12,18,25 115:2,4,6
116:13,17 117:5,
12,18 119:4,7,9,
11,20,21,22
120:11 121:6,13,
19,21,22 122:1,4,
11,14,18 123:1,2,
6,9,11 124:8,14,21
125:1,10,14,24
126:18,23,25
127:9 128:11,12,
17 130:1,2,9,13
131:14,23 132:11,
13,22 134:1,21,25
135:4,13 136:6,18
137:1,11 138:22
139:5,10 141:13

**those**
7:3 16:1 23:2 24:5,
7,9 31:12,24 32:1
40:19,20 41:19
47:23 52:16 63:9
65:15 66:19 67:7,
11,19 69:11,12,14,
15 70:5,25 73:13
77:1 78:1 80:21
99:20 105:15
108:12 115:17
118:10,12 123:23,
24,25 125:9 126:1,
7 132:25 133:1
134:8 135:6,15
138:6

**though**
33:16 73:1,3

**thought**
30:23 31:3 80:14

94:4 99:3 115:23

**three**
47:8 73:22 93:8
101:7 125:17,20,
24

**three-year**
126:8

**through**
5:18 12:4,20 13:3
22:15 38:24 41:4
48:13 64:8 69:10
75:1 84:19 99:17
105:10,23 113:14
129:25 130:16
131:17,18,21
132:2 136:23
139:16

**throughout**
16:20,25 17:5
30:6,10 75:9

**Thursday**
84:20 86:4 131:18

**time**
5:8 8:7 10:12,17
17:25 18:1 20:1
22:2,7,15,16
24:13,14 25:6,19,
24,25 26:1,5,12,
14,15 27:5,9,13,15
28:4,8 29:11,24,25
30:15 32:19 33:10,
18,24 34:7,15
35:5,9,11,19,22,24
36:10,12,16,20
37:6,7,8,10,13,20
38:11,20 39:2,15,
17,21,23 40:1,2,
11,15,22 41:15
42:4,11,19 44:19
45:7 47:4 48:3,11
51:1 52:17,24
53:7,8,9,10 54:4,8,
11 55:2,4 56:5,16,

17 57:4,5,6,15,19,
21,22 58:3,6,7,11,
15,16,19,23,24
59:3,16,23 60:5,6,
10,11,12,14,16,21
62:4,10,13 63:2,25
64:3,7,8,9,11,12,
13 65:22 69:19
70:9,10,14 71:2,18
72:7,17 74:20
75:4,7 76:18,21
77:25 78:10,13,17
79:2,18 80:1,20
81:18 82:18 83:7,
10,25 84:1,7 86:3,
19 87:2,15 88:15,
23 89:12 91:16,17
92:13 94:14 95:17
99:22,23,25 100:2,
6 101:20 102:14
103:9,10 104:14,
19 105:8 106:7,8,
13 107:23 108:1,
15 110:1 117:19
118:5 119:14
120:3,7 121:12,16,
18,20 122:13,17
123:6,9,18 125:2,
3,21,23 126:8,10
133:4,20,23
134:17,19 135:4,5,
15,20,23 136:1
137:1,6,22 138:1,
25 139:21 140:6
141:17

**time's**
73:12

**timekeeping**
26:7,8 27:4 28:10
29:14,24 32:6,7,8,
11,17 36:2 59:14
60:22 69:7 91:7

**times**
8:17 32:22 33:21



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

34:9,23,25 35:1
36:5 38:3 47:8
50:9 63:13 86:25
109:5

**timesheet**
21:21 33:4 34:2
36:23 42:12 43:16
53:7 58:2 64:24
72:16 89:17
105:24 108:2,17
132:12

**timesheets**
61:12

**title**
31:9

**Titu**
99:18

**today**
6:23,25 7:8,24
9:18 11:2,7,15
12:16 14:8,20 15:5
16:14 25:1 28:4
46:20,22 59:22
67:13

**today's**
5:8 14:3,14 15:17
16:3

**together**
100:10 129:15

**told**
6:22 80:8 126:12
134:11

**toll**
71:11

**took**
29:5,8 53:11 54:18
68:6 84:11 90:25

**topics**
13:4 16:1,12

**touched**

129:5

**towards**
135:19

**traceable**
118:17

**track**
30:15 36:16 40:2,
11 42:11,19 55:4
56:18 57:19,22
58:15,24 66:11
105:1,6,9,18,21
106:8 107:15
119:14

**tracker**
44:24 52:11 57:11
65:4 70:7,11 72:21
73:5,11,13 75:1

**tracking**
105:8 106:13

**transactions**
69:24 84:12

**transcribed**
6:23

**transcript**
131:11 141:13

**transcription**
90:11

**transfer**
48:20

**transportation**
83:3

**transporter**
15:22 22:8 23:25
24:1 64:17 67:21,
22

**traveling**
74:6

**trick**
36:8 44:13,17

46:17 53:22 57:21
79:13 111:5
120:17

**tricky**
36:7 49:24 58:1

**truck**
68:13

**true**
15:1 89:15 116:15,
16 132:19

**truth**
47:9 57:13 65:12
91:16 121:1

**try**
7:3,21 8:5 14:23
47:14 52:5 53:22
57:21 104:7
109:11 117:9,12
118:21 120:17

**trying**
36:7 37:19 38:16
44:17,19 79:13
80:11,16 96:3
111:4 120:11
129:21 132:16,21
136:25

**Tuesday**
57:5 131:17,21

**turn**
62:21

**turning**
126:17

**twice**
124:10

**two**
11:2,7,16 14:16
15:6,13 29:19
48:13 53:12 64:4
66:19 69:10 80:13
81:1 99:17 104:5,6
115:12 140:5

**type**
9:14 20:5 28:17
38:15 62:17 72:8
112:7

**typical**
28:22 48:4,11
83:21 85:15 91:1
100:12 101:25
102:4,11

**typically**
85:25 87:12 88:18
90:23 96:21 99:3
102:20

---

**U**

---

**U.S.**
108:20 109:1

**uh-uhm**
7:2

**um-ums**
7:2

**under**
9:19 10:1,22 57:12
65:12 76:2 92:7
96:23,25 97:1,5,6,
20 114:13

**understand**
7:8,20 9:18,21
11:10,12,13 14:22
16:7 17:2,4,7
47:14 54:3 77:24
85:23 118:7
120:18 121:2
128:5,16 129:1,13,
21 132:21 136:25
137:12

**understanding**
8:23 12:16 34:22
36:4 39:9 42:23
76:12 79:24 80:12
85:13 98:16

**Universal COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

100:22 101:3 111:16 114:25 115:4 127:2 129:17,18

**understood**
7:4,9,12,21 8:12 16:23 17:13 23:4 27:2 85:24

**United**
5:14 108:23

**Universal**
5:17

**unnecessarily**
55:12

**unpaid**
31:16 109:18 110:19 111:1,18 112:22 114:13 129:19

**until**
48:9 53:20 71:10, 20 72:2 79:2 80:3 85:20,21

**up**
8:5 10:1,2 21:5 22:15 38:12 41:1 45:11 47:1 55:25 64:9,15 66:10 68:5,21 70:17,20 71:9,12 73:19 74:8 83:24 84:2,13 86:14 90:9 93:4,20 103:14 112:20 113:15 115:8 132:13 134:4 139:18

**update**
76:9

**upside**
69:4

**us**

23:17 35:14 65:15 67:7,12 69:18,19 70:8,12 72:14 83:4,12,13,15 87:3 89:17 90:19 126:12

**use**
35:8 44:20 55:3 56:17 57:18,20,22 58:15 60:16,22 61:7 68:13 71:2 88:5,24 89:1,6 108:14 120:19 133:13 135:3

**used**
5:21 22:8 24:1 43:21 60:4 63:25 70:4 86:7 93:16 94:6,7,15 96:6,7 133:14 137:22

**using**
36:14 38:13 57:25 88:25 105:9 128:23

**usually**
39:19 50:18 52:21 54:14 66:10 86:3

**Uzcategui**
13:15 30:5

---

**V**

---

**vague**
40:11 58:25 136:5

**van**
71:7,8,23 74:18

**various**
130:15

**vehicle**
64:18 67:23 68:1, 5,9

**verbally**
42:1 51:20,21 52:17 61:18 89:22, 23 90:20,21,23 108:6,7

**Verbit**
6:6 27:24 46:5,11 50:8 55:5,13,16 56:8,13 60:1,3,11, 13,16,25 61:6 62:3 98:7 100:24 104:3, 6,9,13 109:20 111:10,20,22 112:19 113:5,8 115:19,23 116:1, 20 117:22 124:9 125:13 126:2 127:7,11 128:2,21 129:2 139:20 141:8,11,15,16

**verification**
107:13

**verify**
69:15 70:23,25 88:23,24,25 89:3, 6,7 107:11

**versus**
109:21

**Vice**
17:24 18:4,12

**VIN**
24:3 64:18 67:23

**violation**
27:18,22 38:19 51:25 61:23 73:16, 17 111:18,19

**violations**
109:17 110:2

**visual**
107:13

**Vizcaya**

31:23

**voice**
120:25

**voluntarily**
26:9,11,14 27:6 32:23 34:3,16,24 35:4,8 36:3,15 37:24 38:4,9,10, 14,17 51:8 56:24 57:7 87:25 88:1,4, 8,12 89:9,10 107:17,19 108:2,4, 15

**voluntary**
33:3 35:23 37:3 40:14 89:7

---

**W**

---

**wage**
129:19

**wages**
76:3,8 78:2 97:17 98:5 111:1 112:22 114:13

**waiting**
22:18 92:4

**waive**
141:10

**want**
6:20 11:6 12:25 15:14,15 16:4,18 21:10 24:21,22 25:9,16 26:17 27:23 36:6,8 37:21 42:21 43:6,23 44:21 45:1,3,4 46:3,16,24,25 47:6,9,10,11,12,17 49:16,25 52:13 53:2,18 56:6 57:1, 25 60:18 61:19



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

67:24 72:11 75:6 76:11 80:18 81:12, 14 85:12,24 88:1, 6,25 89:5,6,15 90:17 91:25 94:20 98:7 104:9 105:25 117:1,3,4 118:9 119:16 120:24,25 124:3,14 126:5,14 128:5,16 129:25 131:7 133:16,24 135:3 136:4,12,14, 15 137:17 139:15

**wanted**
17:10 23:1 35:25 53:17 79:23 82:12 90:14 91:2,4 100:25 136:4,9

**warehouse**
106:6,19 107:10, 12

**warranty**
68:12

**wasn't**
104:10 112:1 138:5

**wasting**
28:4 136:1

**way**
14:3,4 29:24 38:6 43:14 46:2 48:9 51:11,24 57:24 61:23 70:23,24 71:13,25 73:18 74:3 83:8,15 86:8 105:1,19 113:3,4 117:9 119:16,18, 19 122:1 123:11 133:1,24

**ways**
119:6

**we**

5:7,10 6:21,24 8:11 12:22 14:15 15:21,22 19:25 22:2,18 24:11,17 25:5,11 26:8,19,20 28:17,19 29:5,11, 23 32:5,10,25 33:2,3,4,5,6,13 34:4,17,18,20 35:7,8,13,14,15,19 36:13,14 38:7,13 39:19 40:2,17 42:18,19 43:9,11, 14,15,16,19 44:4, 21,23 45:21 46:13 47:2,3,4 48:11 50:16,17,25 51:5,9 52:11,13,21 54:14, 17 57:9,10,11,14 58:24 59:12 61:25 62:13 63:1,15,16, 18,19 64:1,2,6,10, 12,15,16,17,20,23 65:3,9,13,16,18, 19,23,24,25 66:10 67:16 68:6 69:6,24 70:10 71:2,9,11,15 72:14,15,19 73:10, 11,14,21,22,25 74:24 75:2 76:9, 20,23,25 77:1,10 78:17 83:2,8 84:18,22,23 85:3 87:2,8 89:5,12 90:11 92:20 93:15 104:2,3,11,23 107:17,20 109:11, 12,20,22 111:8 112:3,5 113:2,9,10 120:4 121:5,14 122:14,15,17,18, 19,20,21 123:13 125:16 126:11 129:12,15 132:2, 11,13,17 134:9 138:11 139:14,17

140:1

**we'll**
21:9 62:5 131:10 141:11,16

**we're**
24:25 28:3 29:10 33:2 35:15 42:15 47:3 48:9 53:20 54:16 58:4 63:22 69:25 76:2 84:22 86:20 89:4 118:24 123:11 127:9 132:3 135:25 140:4

**We've**
61:24

**website**
65:6 109:6

**week**
28:18,20 33:11 65:24 70:15,17 78:8 79:4 84:5,6 86:16,25 103:5,23 121:24 122:13 130:19,21,25 131:5,6,14,20,23 132:9,11,18,22,24 134:21 135:18,20, 23

**Weekly**
130:2,14

**weeks**
28:18,20 130:15

**welcome**
7:14

**went**
22:15,16 51:14 73:14 74:14,15 86:9 99:25 103:12 121:7 122:16 123:3 138:25

**were**
10:25 14:17 18:6 22:18 24:9 26:1,6, 8,9,10 27:6,10,11, 15,16 28:7,16,17 29:4,14 30:13,18 31:8,20 32:3,20, 23,25 33:7,12,18, 23,24 34:7,15,24 35:14,19 36:10,13, 14,16,21 37:10,13 38:3,4,7,9,13,17, 25 39:2,15 40:3,4 41:12,20 43:22 47:21 48:14,20 49:3,9,10,18 51:13,14,16 52:25 53:2,5,15,16,19 54:14,16,17,19 56:16,20,23 57:15 59:4 61:11,14,18 62:14,19 63:2,3,15 64:2,24 65:8,20,25 66:1,12 69:9,14, 15,18,19,22,23 70:3,14,16,23 71:10,11,21 72:7, 9,22 73:2,10,14, 19,24 74:2,12,13, 19,23,25 75:8,15, 22 76:6,13,14,21 77:10,25 78:12,22 79:10,13,19 80:3, 6,7,12,13,25 81:1, 2,3,8,22 82:10,13, 14,15,25 83:2,11, 21 84:8,13,17 85:1,2,3,7,9,19 86:6 87:1 88:11 89:3,18 90:22 91:2,3,7,12 92:12, 20 93:7 94:5,14 95:6 99:3,5 100:10,12 101:7, 23 102:1 103:4,25 106:5,10,14,22



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

110:6,14,25
111:25 120:8
125:9,11 126:1,7,
10 129:6,20,21
131:21 132:21
133:10 135:7
138:6,18 139:1
140:8,11,16

**weren't**
35:24 61:12
102:25

**what**
8:14,20 9:12 11:20
13:21 14:6,25
15:1,8,16 17:2,7,
15 18:5,6 19:22
21:9 24:25 25:16,
25 26:6 27:7
28:10,15,20,24
29:8,13 30:13
34:18 35:7,8,18
37:13 38:13,15,21
39:10,14,17 40:17
41:2 42:4 43:23
44:4 45:3 47:10
48:3 49:21,22
51:3,12 52:7,8
53:4,12,17 54:2,7,
10 58:22 59:8,12
60:13,18 63:9 65:4
70:20 71:15 73:23
75:2,10,14,16,21,
25 76:16 77:6,22,
23 78:2 81:14 82:1
83:21 84:22 85:4,
22,25 87:12 88:17,
18 91:17,21 96:25
99:17 100:13,24
101:3,4 102:1
106:14 107:19
109:11 112:7
114:9 116:11
117:5,20,25 119:8,
15 120:12 121:4
122:2 123:8,13

124:2,4,6,7 127:16
128:16 129:3
130:23 131:8,11
134:14,18,23
136:10 137:19
138:10,11

**what's**
12:21 26:12 30:4
52:2 57:16 58:8
93:18 132:13
134:24 136:11
138:15

**whatever**
38:20 46:4 49:18,
19 53:17 57:5
61:21 73:7 88:1
102:14,15,23
122:12

**when**
16:20 17:3,8,11,25
18:4,12 21:14,16
22:12 23:1 26:11
28:20 35:9,14
36:19 39:13 41:14
48:14 53:12 56:23
65:19 68:7 72:23
73:16,17,25 74:7
79:1 88:10 89:12,
18 91:6 100:1,17
106:7,25 107:24,
25 110:4,11,24
112:10 119:8
123:5,18 124:17
128:15 130:17
132:4,5,21 133:8
139:1 140:14,20

**whenever**
44:16 102:21
103:25

**where**
22:7,14 69:9 85:1

**whether**
27:21 54:8 69:15

91:12 95:22
110:11 116:15,16

**which**
15:19 22:5 25:11,
12 26:12 27:12
28:13 41:3 42:4
43:11 51:11 52:11
56:1 57:12 63:3,11
64:21 68:22 71:12,
15,25 72:21 73:17
76:3 82:2 89:15
93:13 106:21
109:9 114:15
116:17 122:2
124:2 128:11

**while**
8:5 32:2 43:1
47:20 50:14 61:10
69:14 75:15 76:11,
13 81:21 82:14,25
83:21 89:4 91:7
92:9 99:4 101:18,
23 140:10

**who**
9:3,6 30:1 47:23
67:25 72:6 73:2
81:21 98:14
104:23 117:25
134:16 138:18
139:5,8,10

**who's**
118:1

**whoever**
35:7

**whole**
73:15 82:15
103:19 106:17

**why**
28:19 29:21,23
33:9 38:2 46:13,18
47:8 48:10 56:9
58:23 59:5 86:5,7,
16 88:9 105:13

112:19 120:21
121:20 122:6
125:9 126:1,7
127:4 130:20
132:11,16 136:2,8,
12,15 137:5,7,19

**wide**
20:1

**wife**
17:24 18:4,12

**will**
7:18 11:13 12:12
35:2 37:18 39:17,
22,25 40:1 43:24
46:3 48:19,22 52:9
59:9,11 64:23 70:9
74:13 86:17 89:5
91:16 113:22
119:6 120:18
128:25 129:14

**wires**
81:13

**wiring**
20:2

**with**
5:16 6:3 7:23 8:15
10:23 11:10 12:14
14:12 15:15 16:2,4
17:15 18:6,19
22:22 23:10 24:16
26:4,14,20 29:4
30:17,18,23 31:2,
13 33:24 34:2
35:3,13,20 36:12,
24 39:20 40:18
41:5 42:6,15,17,25
43:2,3,8,15 44:25
48:24 49:4,23
50:24,25 51:1 52:3
53:16 55:25 56:6,8
57:3 58:6 59:4
61:25 63:11,15
64:1,5,7,17,18



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

65:3,5,9,22 67:23 70:2 71:15,23 76:8 77:4 78:7 79:12,17 80:10 81:7,16 82:6 83:12 84:20 85:3 86:14,15 87:24 94:25 95:20 96:21,23 97:2,17 99:8,21 100:9,10 103:18 104:12 108:3,15, 16,17,18 109:3,11, 22,23 110:7,15,23 112:9 113:14 114:12 116:2,18 118:14,17 119:10 120:2,4,13 121:22, 25 122:14,15,21 123:2,16 125:22 126:15 129:10,25 130:9 132:14 133:6 134:15,16 137:15,24 138:12 139:18 140:7 141:10

**within**
28:18 29:10 48:11 109:14

**without**
33:1 63:23 74:1 76:24 83:9,15 90:7,14,15 112:14 116:4,14,19 123:3

**witness**
5:5 13:12 20:18,21 45:14,16 46:8,12 60:2,9,12,15,18 63:24 66:8,16,21 98:10 111:21 116:22 128:25 141:10,21

**witnesses**
64:24 119:11

**woke**

22:15

**word**
38:14,20 48:21 88:2,5,24 89:2,6, 16 108:14 133:13 135:3,11

**words**
44:13 58:1 120:19 128:23 129:11

**work**
14:12 18:10 19:9 20:5 22:18 30:16 33:14 34:16,19,20 35:20 36:6,8,9,11, 24 40:8,16 41:15 42:17 43:11,20 44:25 45:20 47:13 48:22,24 49:24 50:3 51:1 52:3 56:18 57:3 63:16 65:9,22 68:3,16,20 70:18 71:18 72:23 73:6,12,17,18 74:15 76:19 77:1 78:8 79:4 82:5,6,7 83:21 84:5,6,7 85:6,10 86:3,14, 16,23 87:12,24 88:10,18 90:13,14, 15 92:21 93:16 94:6,7,9,15 96:6,7 97:6,13,18,21 98:15,18,19,21,22 99:5,13,19 100:15 101:7,10,12,13,19, 24,25 102:5,12,21 103:22 107:6,7,10 108:18 118:5,23 119:3 120:1,3 121:7 122:16,24 123:3 124:23 129:15 130:18,25 131:4,5,21,22,25 132:1,6,17 133:2,

7,15 134:13,22 135:19 136:24 137:21 138:5,6,19, 22 139:4

**worked**
15:24 22:3,14 27:6 33:1,11 34:25 36:4 37:3 38:5 39:11 49:10 50:7,23 52:14 54:11 55:2 62:20 63:7 67:5,14 68:4 69:13 71:5 73:3 76:18,20,23 78:11 80:4 81:18 84:2 92:19,23 95:18,22 100:5,23 103:23 105:17 106:3 107:7,19 108:3 130:19,21 131:13 132:5,23 134:2 135:1,4,14 137:2 140:6,10,15

**worker's**
110:18 111:18

**workers**
69:22 78:12,22

**workers'**
8:21,24 9:3,6 110:7,15,23 111:17 112:9

**working**
18:4,21 21:14,16 25:9 26:2,6,18 27:16 32:3,20 33:19 34:7 35:5,16 39:15 43:2,3 47:21 48:9,14,15 49:3,18 50:14 52:25 56:16 61:11 69:9 72:7, 10,22 73:14 74:2, 21 75:8,15 76:13 79:2,3,11 80:2,3,9 81:22 83:1,2,22

84:8,22 85:20,21 86:6,7 87:1 88:21, 22 89:3 92:9,11 93:8 94:23 97:19 99:4 100:6 101:18, 23 102:25 103:5, 25 104:24 107:1, 15 108:16 131:16, 18 132:8,9,21 133:8,22 136:22

**works**
30:2

**would**
5:23 6:25 7:24 10:10 13:5,6,9,10, 17,18,19,23,24 19:4,19 20:13 22:13 28:25 31:12 34:6,8 37:24 39:10,11 40:7 46:23 47:22,23 48:16,17 50:13,14 68:19 69:10,11,12 77:4,7,15 81:7,25 82:24 83:17,18 89:2,20 91:8,9 93:22 102:5,12,20, 21 105:10 106:2, 11,25 107:1,3,6,11 108:4,12 117:24 119:20 120:22 133:25 141:9,12

**wouldn't**
125:13

**wrap**
8:5 113:15

**wrapped**
47:1

**wrapping**
139:18

**write**
26:15 40:7 49:12 70:9



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

**writing**
39:15 50:20,23
113:6 123:9

**written**
32:7,8,11,14,17,21
33:20 38:14 40:13
42:3 77:3,6,13
112:25 123:6
131:10

**wrote**
49:16

---

**Y**

---

**yeah**
22:13 23:20 24:19
31:5 37:4 40:18
42:6 54:7 55:16
56:3,8,11 57:17
60:1 61:6 62:3
63:1 75:14,21
78:15 79:21 80:22
92:9 94:3 96:15,20
98:21 99:14
100:15 102:20,24
103:4 109:22
114:10 115:4
117:1 118:20
121:11 126:7
127:14,16 128:10
137:3,17 138:3,16
139:10 140:10,23
141:2

**year**
73:24 75:7 76:9
125:4,5

**years**
9:2 10:2 18:2,14
120:14 122:2
124:2,21 125:1,6,
17,20,24

**Yep**
127:16

**yes**
6:19 7:3,5,17 8:25
9:11,20,24 10:3
12:7,10,19 13:2,
15,24 14:5 15:12
16:10 17:4,9,14
18:18 19:1,4,7,11,
14,18 20:6,10,12,
18,21 21:2,6,15
23:5,15,19,25
27:8,18 30:9,12
31:14,25 32:4,9
33:17 34:4,10
35:13,19 39:7 40:9
41:9,13 42:25
46:3,11 49:5,7
51:22 52:18 54:9,
19 57:5,17,18
58:2,5 60:15
62:18,21 63:8
66:15,18 68:5,17,
18 76:16 77:9
81:2,6,20 82:16
84:9,19 85:17
90:21 92:13,16
93:23 94:2,6,8,12,
15 98:17,24,25
99:12,15,25
100:13 101:13
102:7,10 103:10
104:11 105:2,4,12,
20,24 107:2,5,13
109:24 110:3,13,
17 111:23 112:9
113:18,22,25
114:6,23 115:7
118:15 119:17
120:2 122:21
123:8,17,25 125:1,
6,8,25 127:6,12,21
130:6,11 135:10,
17 138:8,23 139:4,
7 141:4

**yet**
44:23

**Yonel**
110:7,16,18
111:16 112:1,11,
24

**you**
6:8,14,17,21 7:1,7,
8,10,11,12,13,19,
22,24 8:6,7,9,10,
13,17,24 9:14,18,
21,22,25 10:4,9,25
11:5,10,14,15,24
12:3,4,9,11,17,25
13:6,10,11,18,24
14:2,6,7,13,16,19,
20 15:4,8,16,20
16:2,3,5,7,12,13,
16,24 17:2,7
18:13,19,24 19:2,
5,9,12,16,20,22
20:11,19,22 21:1,
4,11,21 22:3,6,11,
17,20,22,23,24
23:1,8,9,12,13,16,
20,22,23,24 24:15,
20,23,24,25 25:2,
4,5,6,14,20,22,23,
24 26:3,4,21 27:4,
7,15,21,25 28:7,9,
24 29:13 30:8,22
31:1,18,19 33:8,9,
16,17 34:9,23,25
35:2,18 36:1,2
37:4,11,15,21,22,
23 38:3,13,17,23
39:1,2,4,5,11,17
40:5,6,18,19,20,
21,23 41:2,5,6,11,
12,14,16,17,18
42:6,7,22,24,25
43:1,5,14,19,23,24
44:5,6,7,12,16,19,
20 45:3,4,5,6,7,24
46:4,5,6,17,19,21,
24 47:8,15,16,20,
24,25 48:14,16,18,

21 49:2,8,16,24,25
50:5,15,23 51:2,3,
18 52:6,8,9,13,16,
17,19 53:6,12,13,
17,25 54:5,6 55:7,
16,19 56:1,4,9,11
57:1,16 58:10,17,
22,23,24 59:1,2,5,
7,9,13,20 60:7,13,
14,16 61:3,20
62:24 63:1,12,13,
14 64:13 65:5
66:1,10,14,18,19
67:1,4,14,18,19,24
68:7,8,19 69:6,8,9,
11,12,14 70:15,22,
24 71:1,16 72:24
73:2 74:6,12,13
75:10,12,14,19,24,
25 77:12,18 78:14,
15,17,18,21 79:9,
11,20 80:1,5,8,13,
15,17,23,24 81:7,
11,12,14,15,16
82:23 83:23,25
84:9,25 85:15,22,
24,25 86:5,7,9,17
88:1 89:5,6,20
90:3,5,8,17,23
91:7,10,11,25
92:1,10,18,19,23,
24,25 93:4,11,14,
22 94:4,20,25
95:2,13,20,22
96:3,9,20 97:7,25
98:1,4,7,8,9,12,18,
20,21,23 99:1,3,6,
19 100:5,15,17,19,
21,23,24,25
101:11,23,25
102:1,4,5,8,11,12,
15,20,21,24,25
103:4,5,8,18,22
104:1,9,10,12,25
105:3,5,10,15,16,
18,21 106:12,14

**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Melo, Noel on 02/02/2026

107:6,11,15,22 108:5,13,25 109:6, 16,23 110:5,6,9, 11,14 111:11,12, 22,25 112:2,10,15, 20 113:3,14,16,20, 23 114:2,3,11,17 115:3,5,9,19,22,23 116:3,14,19 117:5, 8,14,20 118:11,12, 13,22 119:1,6,16, 20 120:7,10,11,17, 18,19,21,22,25 121:1,2,4,8,10,15, 25 122:6,8,12,13, 14,15 123:5,7,8, 18,21,23,25 124:2, 3,5,7,14,16,22,24, 25 125:2,4,20,22 126:3,4,15 127:14, 25 128:3,13,15,16, 19,20 129:8,9,10, 11,12,14,25 130:8, 17,19,20,21,22,23, 24,25 131:2,3,7,8, 11,13,20,22 132:4, 5,13,21,23 133:10, 14,15,16 134:2,4, 11,21 135:1,14,18, 19,20 136:7,8,12, 15,20,24 137:1,3, 5,8,12,18,19 138:3,6,10,16,17, 19,21 139:3,5,10, 13,18 140:5,9,20, 21 141:9,14,16

**you're**
7:14 9:18 11:1,7, 11,16 13:17 14:10 15:15,18 23:2,21, 23 25:23 27:2 30:1 36:7 37:13 38:16 41:23 42:14,22 44:19 45:9 50:10 53:22 55:10,17,22,

24 57:18,24 63:3 73:2 75:23 76:12 77:23 78:4 79:13 85:8 91:24 92:3 93:13 94:4,24 98:13 100:20 102:6 111:4 115:21 116:4,6,14 117:19,21 119:5, 19 120:10,12 121:14,20 122:8 124:16,19 128:17 131:24 132:16 133:15 134:18,23 136:2,7,16,17,23 138:20

**you've**
8:13 55:19 60:7 121:13 125:20 130:9

**your**
6:14,17 7:23 8:14, 17 9:16 10:4,9 11:3 12:14 13:25 14:9,12 15:11,15 16:4,7 17:15 18:4, 12 19:10,15,17 23:13,16 25:14,17 26:23,25 33:23 35:12 46:6,20 47:16 49:7 55:10 57:4 59:22 78:17 90:20 91:21 97:14 99:12 100:22 101:3 111:10 113:8 114:25 115:4 117:2 124:12 126:15 127:1,3 130:17,18 131:12 132:20 133:7,10,11 136:17,22 138:20

**yourself**
6:14 14:21

---

**Z**

**zoom**
116:9


UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com