UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22530-BECERRA/TORRES

JESUS E. GONZALEZ HERNANDEZ,

     Plaintiffs,

vs.

STATEWIDE ELECTRICAL SERVICES, INC,
AND NOEL MELO,

     Defendants.

_____/

### PLAINTIFF'S SECOND AMENDED RULE 26(a) DISCLOSURES

Plaintiff, Jesus E. Gonzalez Hernandez, and Opt-In Plaintiff, Esnol Alejandro Cantero, disclose the following pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Local Rule 26.1, and the information reasonably available to them:

### i.  Individuals with Discoverable Information

The following list of individuals known to the Plaintiff at this time is likely to have discoverable information that the Plaintiff may use to support his claims or defenses, unless solely for impeachment, and the subjects of that information:

1.     **Jesus E. Gonzalez Hernandez, Plaintiff** – c/o FairLaw Firm

Jesus E. Gonzalez Hernandez knows about his employment with Defendants, the type of work he performed for Defendants, his responsibilities, his hours worked, pay received from Defendants, the hours he worked, the hours he was scheduled to work, the lack of accurate timekeeping by the Defendants, his pay, and the policies and procedures of Defendants as they related to timekeeping, writing the hours that he and the Defendants' other employees worked, payment, overtime wage payments, deductions from pay, and other information relevant to the issues raised by the pleadings.

2.     **Esnol Alejandro Cantero, Plaintiff** – c/o FairLaw Firm

Esnol Alejandro Cantero knows about his employment with Defendants, the type of work he performed for Defendants, his responsibilities, his hours worked, pay received from Defendants, the hours he worked, the hours he was scheduled to work, the lack of accurate timekeeping by the Defendants, his pay, and the policies and procedures of Defendants as

1

they related to timekeeping, writing the hours that he and the Defendants' other employees worked, payment, overtime wage payments, deductions from pay, and other information relevant to the issues raised by the pleadings.

3. **Designated Representative(s), Statewide Electrical Services, INC.** – c/o Stephen R. Verbit, P.A.

The 30(b)(6) representative of Statewide Electrical Services, Inc., is believed to know about Plaintiff's employment with Defendants, its gross annual revenues, the interstate commerce engaged in by it, its general business activities, payroll records, accounting records, pay and payroll practices, the timekeeping by Defendant and/or the time records it received, the way that it monitored the days and hours worked by Plaintiff, the trainings, policies, and procedures it required Plaintiff to complete, its work and coordination with the other corporate Defendants, and other information relevant to the issues raised by the pleadings.

4. **Noel Melo, Defendant** – c/o Stephen R. Verbit, P.A.

The 30(b)(6) representative of Statewide Electrical Services, Inc., is believed to know about Plaintiff's employment with Defendants, its gross annual revenues, the interstate commerce engaged in by it, its general business activities, payroll records, accounting records, pay and payroll practices, the timekeeping by Defendant and/or the time records it received, the way that it monitored the days and hours worked by Plaintiff, the trainings, policies, and procedures it required Plaintiff to complete, its work and coordination with the other corporate Defendants, and other information relevant to the issues raised by the pleadings.

5. **Leo Interian** – Metro Dade Transit **-** Supervisor

Leo Interian, is believed to know about Plaintiff's employment with Defendants, the general business of Defendants, the hours worked by Plaintiff, the schedules worked by Plaintiff and Defendants' other employees, Plaintiff's pay, and the policies and procedures of Defendants as they related to payment, overtime wage payments, deductions from pay, and other information relevant to the issues raised by the pleadings.

6. **Paola Usuaga** – Employee of Defendants **-** Secretary

Paola Usuaga is believed to know about Plaintiff's employment with Defendants, the general business of Defendants, the hours worked by Plaintiff, the schedules worked by Plaintiff and Defendants' other employees, Plaintiff's pay, and the policies and procedures of Defendants as they related to payment, overtime wage payments, deductions from pay, and other information relevant to the issues raised by the pleadings.

7. **Ariel Fernandez**– Employee of Defendants (Not employed anymore) **-** Electrician

Ariel Fernandez is believed to know about Plaintiff's employment with Defendants, the general business of Defendants, the hours worked by Plaintiff, the schedules worked by

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

Plaintiff and Defendants' other employees, Plaintiff's pay, and the policies and procedures of Defendants as they related to payment, overtime wage payments, deductions from pay, and other information relevant to the issues raised by the pleadings.

8.    **Records Custodian for Miami-Dade County**

The Records Custodian for Miami-Dade County is believed to know about the records made and maintained by Miami-Dade County of the times that the Metrorail Stations where Defendants were performing work were unlocked at the beginning of each work day and locked at the end of each work day, the present location, and the contents of those records.

### ii.  Documentary and Electronic Information

The following is a description by category and location of the documents, data compilations, and tangible things in Plaintiff Jesus E. Gonzalez Hernandez's possession, custody, or control that Plaintiff Jesus E. Gonzalez Hernandez may use to support their claims or defenses, unless solely for impeachment:

*BATES Gonzalez 000001-000134 (Previously Produced)*

1.    Plaintiff's W-2 for 2020
2.    Plaintiff's W-2 for 2021
3.    Plaintiff's W-2 for 2022
4.    Plaintiff's W-2 for 2023
5.    Plaintiff's Checks received from 2019
6.    Plaintiff's Checks received from 2020
7.    Plaintiff's Checks received from 2021
8.    Plaintiff's Checks received from 2022
9.    Plaintiff's Checks received from 2023
10.   Plaintiff's Checks received from 2024
11.   Plaintiff's Schedules.

The following is a description by category and location of the documents, data compilations, and tangible things in Opt-In Plaintiff, Esnol Alejandro Cantero's possession, custody, or control that he may use to support his claims or defenses, unless solely for impeachment:

*BATES Esnol 000135-000230*

1.    Plaintiff's W-2 for 2020
2.    Plaintiff's W-2 for 2021
3.    Plaintiff's W-2 for 2022
4.    Plaintiff's W-2 for 2023

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

5.    Plaintiff's Checks received from 2019
6.    Plaintiff's Checks received from 2020
7.    Plaintiff's Checks received from 2021
8.    Plaintiff's Checks received from 2022
9.    Plaintiff's Checks received from 2023
10.   Plaintiff's Checks received from 2024
11.   Plaintiff's Schedules.

The following is a description by category and location of the documents, data compilations, and tangible things in Plaintiff Jesus Gonzalez and Opt-In Plaintiff, Esnol Alejandro Cantero's possession, custody, or control that he may use to support their claims or defenses, unless solely for impeachment:

*BATES Gonzalez 000940 – 000941*

1.    May 2023 Desk Calendar
2.    July 2023 Desk Calendar
3.    Records maintained by Miami-Dade County concerning the opening, closing, suspension, and operational status of Metrorail stations. (Not in Plaintiffs' possession, custody, and/or control).

### iii.  **Damages Claimed**

While Plaintiff Jesus E. Gonzalez Hernandez and Opt-In Plaintiff, Esnol Alejandro Cantero are unable to precisely calculate their damages due to the absence of accurate records made or maintained by the Defendants, in general, they seek the following damages:

**1.    Overtime Wages and Liquidated Damages**

<u>By Plaintiff, Jesus E. Gonzalez Hernandez</u>

| | |
|---|---|
| Unpaid Overtime Wages: | **$ 6,331.92** |
| Liquidated Damages: | **$ 6,331.92** |
| Total: | **$ 12,663.84** |

<u>By Opt-In Plaintiff, Esnol Alejandro Cantero</u>

| | |
|---|---|
| Unpaid Overtime Wages: | **$ 6,331.92** |
| Liquidated Damages: | **$ 6,331.92** |

4

Total:                                                                    **$ 12,663.84**

The damages sought/claimed by the Plaintiffs are estimated and subject to modification pending further discovery. They also seeks their costs, attorney's fees, and all interest allowed by law.

2.      **Interest**

Plaintiffs anticipate seeking the pre- and post-judgment interest to which they are entitled by law. The amount of interest is not subject to calculation at this time.

3.      **Costs**

Plaintiffs anticipate seeking their allowable costs upon prevailing in this litigation. This amount is not subject to calculation at this time.

4.      **Attorneys' Fees**

Plaintiffs anticipate seeking recovery of their attorneys' fees as upon prevailing in this litigation. This amount is not subject to calculation at this time.

### iv.  **Insuring Agreements**

None known to Plaintiffs.

### v.  **Rule 26(b)(5)—Privileged Documents Being Withheld by Plaintiffs**

1.      Notes and memoranda prepared by Plaintiffs' counsel reflecting confidential information provided by Plaintiff to his counsel regarding the matters at issue in this case. Privileges asserted: attorney/client privilege, attorney work product.

2.      Notes and memoranda prepared by Plaintiffs' counsel containing mental impressions, conclusions, opinions, or legal theories concerning this litigation. Privileges asserted: attorney/client privilege, attorney work product.

3.      Correspondence between Plaintiffs' counsel and Plaintiffs regarding this case. Privileges asserted: attorney/client privilege, attorney work product.

4.      Correspondence between the Plaintiffs regarding this case. Privileges asserted: common interest and work product.

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by email

on this 9th day of February 2026 on Stephen R. Verbit, Esq., Stephen R. Verbit, P.A., as *Counsel*

*for Defendants*, sverbit@verbitlawfl.com, 6741 Orange Drive, Davie, Florida 33314.

*s/*Katelyn Schickman, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

6