**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE

**Project Code / Contract # / FIN:** 412034



April 10, 2023
Page 1 of 3

## WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR :STATEWIDE ELECTRICAL SERVICES, INC.<br>Prime<br><br>Prime | CONTRACTOR'S LICENSE No. B2G20098369<br>SPECIALTY LICENSE No.<br>FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018<br>PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME :<br>Miami-Dade County / 412034 / 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |
|---|---|---|---|
| PAYROLL No. 71 | FOR WEEK ENDING: 04/08/2023<br>SUBMITTED ON: April 10, 2023 | MOTOR CARRIER PERMIT No. | UNION<br>N/A | SELF-INSURED CERTIFICATE No.<br>WORKERS' COMP. POLICY : | | WAGE DECISION: Responsible Wages - Building |

| NAME, ADDRESS, SSN, DRIVER'S LICENSE, ETHNICITY, GENDER | | WORK CLASSIFICATION, LOCATION AND TYPE | | HOURS WORKED EACH DAY | | | | | | | | TOTAL HOURS | BASE HOURLY RATE | GROSS AMOUNT EARNED | | DEDUCTION . CONTRIBUTION AND PAYMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| MELO, NOEL                Foreman<br><br>16229 NW 84th Ave<br><br>Miami Lakes, FL 33016<br>          XXX-XX-3544 | EXEMPT | ELECTRICAL WORKER / Foreman (On any job where 3-9 electricians are employed) / Type: Building | | | 4/2/23 | 4/3/23 | 4/4/23 | 4/5/23 | 4/6/23 | 4/7/23 | 4/8/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | S | M | T | W | TH | F | S | | 54.97 | | 1,200.00 | 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2442 |
| | | | S | | | 5.00 | 6.00 | 5.00 | 5.00 | | 21.00 | | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| | | | O | | | | | | | | | | 0.00 | 1,154.37 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |
| | | 1 | Miami-Dade County | D | | | | | | | | | 0.00 | | | | | | | | | | | |

| All or Part of Fringes Paid to Employee:<br>Date of Hire: 1/1/1999  12 NO | Vacation, Holiday and Dues in Gross Pay:  NO<br>Voluntary Contributions in Gross Pay:  NO | Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 21.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | | 4/10/23 |

| TOTAL STANDARD HOURS : | 21.00 | TOTAL 1.5 OT HOURS: | 0.00 | TOTAL 2.0 OT HOURS: | 0.00 | GRAND TOTAL HOURS: | 21.00 |
|---|---|---|---|---|---|---|---|

Exhibit E

Page 1 of 3

**Statement of Compliance**

*Date* **Monday, April 10, 2023**

I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.

(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 4/2/2023 and ending on 4/8/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

All comments are in the notes on the submitted Certified Payroll Report.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4)That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit
 of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

NAME: *Noel Melo*
TITLE: *President*


*Electronic Signature Code: 412034-4/8/2023-0-133256302251540375*

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
|---|---|---|---|

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE

**Project Code / Contract # / FIN:** 412034

May 08, 2023
Page 1 of 4



## WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR :STATEWIDE ELECTRICAL SERVICES, INC.<br>Prime<br><br>Prime | CONTRACTOR'S LICENSE No. B2G20098369<br>SPECIALTY LICENSE No.<br>FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018<br>PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME :<br>Miami-Dade County / 412034 / 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |
|---|---|---|---|
| PAYROLL No. 72 | FOR WEEK ENDING: 04/15/2023<br>SUBMITTED ON: May 08, 2023 | MOTOR CARRIER PERMIT No. | UNION N/A | SELF-INSURED CERTIFICATE No.<br>WORKERS' COMP. POLICY : | WAGE DECISION: Responsible Wages - Building |

| NAME, ADDRESS, SSN, DRIVER'S LICENSE, ETHNICITY, GENDER | | WORK CLASSIFICATION, LOCATION AND TYPE | | HOURS WORKED EACH DAY | | | | | | | | TOTAL HOURS | BASE HOURLY RATE | GROSS AMOUNT EARNED | | DEDUCTION . CONTRIBUTION AND PAYMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**GONZALEZ, ESNOL** — 7080 SW 23rd St Apt 216, Miami, FL 33155, XXX-XX-7585, EXEMPT, 0, Miami-Dade County

| Classification | | 4/9/23 | 4/10/23 | 4/11/23 | 4/12/23 | 4/13/23 | 4/14/23 | 4/15/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRICAL WORKER / Electrician - Wireman / Type: Building | S | 4/9/23 | 4/10/23 | 4/11/23 | 4/12/23 | 4/13/23 | 4/14/23 | 4/15/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
| | S | | | S | M | T | W | TH | F | S | | | | | | | | | | | | |
| | S | | | 10.00 | 10.00 | 10.00 | 10.00 | | 40.00 | 50.52 | | 2,020.80 | 334.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 488.59 | 2447 |
| | O | | | | | | | | | 0.00 | 2,020.80 | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| | D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,532.21 |

Date of Hire: 9/14/2015  1 NO — All or Part of Fringes Paid to Employee: — Vacation, Holiday and Dues in Gross Pay: NO — Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | | Voluntary Pension | Voluntary Medical | | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | | | | | 4/17/23 |

**GONZALEZ, JESUS** — 2735 SW 21st Tcr, Miami, FL 33145, XXX-XX-5317, EXEMPT, 1, Miami-Dade County

| Classification | | 4/9/23 | 4/10/23 | 4/11/23 | 4/12/23 | 4/13/23 | 4/14/23 | 4/15/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRICAL WORKER / Electrician - Wireman / Type: Building | | | | S | M | T | W | TH | F | S | | | | | | | | | | | |
| | S | | | 10.00 | 10.00 | 10.00 | 10.00 | | 40.00 | 50.52 | | 2,020.80 | 190.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 344.59 | 2448 |
| | O | | | | | | | | | 0.00 | 2,020.80 | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| | D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,676.21 |

Date of Hire: 11/7/2014  1 NO — All or Part of Fringes Paid to Employee: — Vacation, Holiday and Dues in Gross Pay: NO — Voluntary Contributions in Gross Pay : NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | | Voluntary Pension | Voluntary Medical | | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | | | | | 4/17/23 |

**MELO, NOEL** — Foreman — 16229 NW 84th Ave, Miami Lakes, FL 33016, XXX-XX-3544, EXEMPT, 1, Miami-Dade County

| Classification | | 4/9/23 | 4/10/23 | 4/11/23 | 4/12/23 | 4/13/23 | 4/14/23 | 4/15/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRICAL WORKER / Foreman (On any job where 3-0 electricians are employed) / Type: Building | | | | S | M | T | W | TH | F | S | | | | | | | | | | | |
| | S | | | 5.00 | 5.00 | 5.00 | 5.00 | | 20.00 | 54.97 | | 1,200.00 | 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2450 |
| | O | | | | | | | | | 0.00 | 1,099.40 | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| | D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |

Date of Hire: 1/1/1999  12 NO — All or Part of Fringes Paid to Employee: — Vacation, Holiday and Dues in Gross Pay: NO — Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | | Voluntary Pension | Voluntary Medical | | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | | | | | 4/17/23 |

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE

**Project Code / Contract # / FIN:** 412034

| VAILLANT, ANGEL<br>275 NE 55th Ter<br>Miami, FL 33137<br>XXX-XX-7850 | EXEMPT | ELECTRICAL WORKER /<br>Electrician - Wireman / Type:<br>Building | | 4/9/23 | 4/10/23 | 4/11/23 | 4/12/23 | 4/13/23 | 4/14/23 | 4/15/23 | TOTAL<br>HOURS<br>THIS<br>PROJECT | BASE<br>HOURLY<br>RATE<br>OF PAY | THIS<br>PROJECT | ALL<br>PROJECTS | Federal Tax | Social<br>Security | Medicare | State Tax | Local Taxes<br>/ SDI | Other | Savings | Total<br>Deduction | Check<br>No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | S | M | T | W | TH | F | S | | 50.52 | | 1,010.40 | 110.00 | 62.64 | 14.65 | 0.00 | 0.00 | 0.00 | 0.00 | 187.29 | 2444 |
| | | | S | | | | 5.00 | 5.00 | 5.00 | 5.00 | | 20.00 | | | | Vac/Dues | Trav.<br>Subs. | Health<br>& Welfare | Pension | Vacation<br>Holiday | Training | All Other | | Net Paid<br>Week |
| | | | O | | | | | | | | | | 0.00 | 1,010.40 | | | | | | | | | |
| | 0 | Miami-Dade County | D | | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 823.11 |
| All or Part of Fringes Paid to Employee:<br>Date of Hire: 7/8/2012  12 NO | | Vacation, Holiday and Dues in Gross Pay:  NO<br>Voluntary Contributions in Gross Pay :  NO | | Total Hours<br>All Projects | Rate in Lieu<br>of Fringes: | Total in Lieu<br>of Fringes | | Voluntary<br>Pension | Voluntary<br>Medical | | | | | | Payroll<br>Payment Date |
| | | | | 20.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | | | | | 4/17/23 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TOTAL STANDARD HOURS :** | 120.00 | **TOTAL 1.5 OT HOURS:** | 0.00 | **TOTAL 2.0 OT HOURS:** | 0.00 | **GRAND TOTAL HOURS:** | 120.00 |

Page 2 of 4

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

### Statement of Compliance

*Date* **Monday, May 8, 2023**

I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.

(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 4/9/2023 and ending on 4/15/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

All comments are in the notes on the submitted Certified Payroll Report.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4)That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

NAME: *__Noel Melo__*
TITLE: *__President__*

*__Electronic Signature Code: 412034-4/15/2023-0-133280561661482244__*

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
| --- | --- | --- | --- |

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

May 08, 2023
Page 1 of 4



# WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR :STATEWIDE ELECTRICAL SERVICES, INC. Prime Prime | CONTRACTOR'S LICENSE No. B2G20098369 SPECIALTY LICENSE No. FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018 PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME : Miami-Dade County / 412034 / 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |
| --- | --- | --- | --- |
| PAYROLL No. 73 | FOR WEEK ENDING: 04/22/2023 SUBMITTED ON: May 08, 2023 | MOTOR CARRIER PERMIT No.  UNION N/A  SELF-INSURED CERTIFICATE No. WORKERS' COMP. POLICY : | WAGE DECISION: Responsible Wages - Building |

## Employee: GONZALEZ, ESNOL

| NAME, ADDRESS, SSN, DRIVER'S LICENSE, ETHNICITY, GENDER | WORK CLASSIFICATION, LOCATION AND TYPE | | HOURS WORKED EACH DAY | | | | | | | TOTAL HOURS | BASE HOURLY RATE | GROSS AMOUNT EARNED | | DEDUCTION . CONTRIBUTION AND PAYMENTS | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| GONZALEZ, ESNOL 7080 SW 23rd St Apt 216 Miami, FL 33155 XXX-XX-7585 | ELECTRICAL WORKER / Electrician - Wireman / Type: Building | EXEMPT | | 4/16/23 | 4/17/23 | 4/18/23 | 4/19/23 | 4/20/23 | 4/21/23 | 4/22/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
| | | | | S | M | T | W | TH | F | S | | 50.52 | | 2,020.80 | 334.00 | 125.29 | 29.31 | 0.00 | 0.00 | 0.00 | 0.00 | 488.60 | 2453 |
| | | | S | | 9.50 | 10.00 | 10.00 | 10.00 | 0.50 | | 40.00 | 0.00 | 2,020.80 | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| | 0 Miami-Dade County | | O | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,532.20 |
| | | | D | | | | | | | | | | | | | | | | | | | | |
| All or Part of Fringes Paid to Employee: Date of Hire: 9/14/2015  1 NO | Vacation, Holiday and Dues in Gross Pay: NO Voluntary Contributions in Gross Pay: NO | | | | Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | | Voluntary Pension | Voluntary Medical | | | | | | | Payroll Payment Date |
| | | | | | 40.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | | | | | | 4/24/23 |

## Employee: GONZALEZ, JESUS

| GONZALEZ, JESUS 2735 SW 21st Tcr Miami, FL 33145 XXX-XX-5317 | ELECTRICAL WORKER / Electrician - Wireman / Type: Building | EXEMPT | | 4/16/23 | 4/17/23 | 4/18/23 | 4/19/23 | 4/20/23 | 4/21/23 | 4/22/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | S | M | T | W | TH | F | S | | 50.52 | | 2,020.80 | 190.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 344.59 | 2454 |
| | | | S | | 9.50 | 10.00 | 10.00 | 10.00 | 0.50 | | 40.00 | 0.00 | 2,020.80 | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| | 1 Miami-Dade County | | O | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,676.21 |
| | | | D | | | | | | | | | | | | | | | | | | | | |
| All or Part of Fringes Paid to Employee: Date of Hire: 11/7/2014  1 NO | Vacation, Holiday and Dues in Gross Pay: NO Voluntary Contributions in Gross Pay: NO | | | | Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | | Voluntary Pension | Voluntary Medical | | | | | | | Payroll Payment Date |
| | | | | | 40.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | | | | | | 4/24/23 |

## Employee: MELO, NOEL

| MELO, NOEL                Foreman 16229 NW 84th Ave Miami Lakes, FL 33016 XXX-XX-3544 | ELECTRICAL WORKER / Foreman (On any job where 3-9 electricians are employed) / Type: Building | EXEMPT | | 4/16/23 | 4/17/23 | 4/18/23 | 4/19/23 | 4/20/23 | 4/21/23 | 4/22/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | S | M | T | W | TH | F | S | | 54.97 | | 1,200.00 | 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2456 |
| | | | S | | 5.00 | 5.00 | 5.00 | 4.50 | 0.50 | | 20.00 | 0.00 | 1,099.40 | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| | 1 Miami-Dade County | | O | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |
| | | | D | | | | | | | | | | | | | | | | | | | | |
| All or Part of Fringes Paid to Employee: Date of Hire: 1/1/1999  12 NO | Vacation, Holiday and Dues in Gross Pay: NO Voluntary Contributions in Gross Pay: NO | | | | Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | | Voluntary Pension | Voluntary Medical | | | | | | | Payroll Payment Date |
| | | | | | 20.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | | | | | | 4/24/23 |

Page 1 of 4

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

| VAILLANT, ANGEL<br>275 NE 55th Ter<br>Miami, FL 33137<br>XXX-XX-7850 | EXEMPT | ELECTRICAL WORKER /<br>Electrician - Wireman / Type:<br>Building | | 4/16/23 | 4/17/23 | 4/18/23 | 4/19/23 | 4/20/23 | 4/21/23 | 4/22/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | S | M | T | W | TH | F | S | | | | | 38.00 | 28.19 | 6.59 | 0.00 | 0.00 | 0.00 | 0.00 | 72.78 | 2458 |
| | | | S | | 2.00 | 2.00 | 2.00 | 2.50 | 0.50 | | 9.00 | 50.52 | | 454.68 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| | | | O | | | | | | | | | 0.00 | 454.68 | | | | | | | | | | |
| | 0 | Miami-Dade County | D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 381.90 |
| All or Part of Fringes Paid to Employee:<br>Date of Hire: 7/8/2012  12 NO | | Vacation, Holiday and Dues in Gross Pay: NO<br>Voluntary Contributions in Gross Pay : NO | | | | | | | Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | | Voluntary Pension | Voluntary Medical | | | | | | | Payroll Payment Date |
| | | | | | | | | | | 9.00 | 0.00 | 0.00 | | | 0.00 | 0.00 | | | | | | | 4/24/23 |

| TOTAL STANDARD HOURS : | 109.00 | TOTAL 1.5 OT HOURS: | 0.00 | TOTAL 2.0 OT HOURS: | 0.00 | GRAND TOTAL HOURS: | 109.00 |
|---|---|---|---|---|---|---|---|

Page 2 of 4

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Statement of Compliance**

*Date* **Monday, May 8, 2023**

I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.

(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 4/16/2023 and ending on 4/22/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

All comments are in the notes on the submitted Certified Payroll Report.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4)That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit
 of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
| | |

REMARKS:

NAME:  *__Noel Melo__*
TITLE:  *__President__*


*__Electronic Signature Code: 412034-4/22/2023-0-133280562310466861__*

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.

Page 3 of 4

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
|---|---|---|---|

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

May 08, 2023
Page 1 of 4



# WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR :STATEWIDE ELECTRICAL SERVICES, INC. Prime | CONTRACTOR'S LICENSE No. B2G20098369 SPECIALTY LICENSE No. FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018 PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME : Miami-Dade County / 412034 / 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |
|---|---|---|---|
| Prime | | | |

| PAYROLL No. 74 | FOR WEEK ENDING: 04/29/2023 SUBMITTED ON: May 08, 2023 | MOTOR CARRIER PERMIT No. | UNION N/A | SELF-INSURED CERTIFICATE No. WORKERS' COMP. POLICY : | WAGE DECISION: Responsible Wages - Building |

| NAME, ADDRESS, SSN, DRIVER'S LICENSE, ETHNICITY, GENDER | | WORK CLASSIFICATION, LOCATION AND TYPE | | HOURS WORKED EACH DAY | TOTAL HOURS | BASE HOURLY RATE | GROSS AMOUNT EARNED | DEDUCTION . CONTRIBUTION AND PAYMENTS |

### GONZALEZ, ESNOL

7080 SW 23rd St Apt 216
Miami, FL 33155
XXX-XX-7585
Miami-Dade County
EXEMPT
ELECTRICAL WORKER / Electrician - Wireman / Type: Building

| | 4/23/23 | 4/24/23 | 4/25/23 | 4/26/23 | 4/27/23 | 4/28/23 | 4/29/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | 50.52 | | | 334.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 488.59 | 2463 |
| S | | 10.00 | | 10.00 | 10.00 | 10.00 | | 40.00 | | | 2,020.80 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| O | | | | | | | | | 0.00 | 2,020.80 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,532.21 |

All or Part of Fringes Paid to Employee:
Date of Hire: 9/14/2015  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | 5/1/23 |

### GONZALEZ, JESUS

2735 SW 21st Tcr
Miami, FL 33145
XXX-XX-5317
Miami-Dade County
EXEMPT
ELECTRICAL WORKER / Electrician - Wireman / Type: Building

| | 4/23/23 | 4/24/23 | 4/25/23 | 4/26/23 | 4/27/23 | 4/28/23 | 4/29/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | 50.52 | | | 190.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 344.59 | 2464 |
| S | | 10.00 | | 10.00 | 10.00 | 10.00 | | 40.00 | | | 2,020.80 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| O | | | | | | | | | 0.00 | 2,020.80 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,676.21 |

All or Part of Fringes Paid to Employee:
Date of Hire: 11/7/2014  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | 5/1/23 |

### MELO, NOEL                    Foreman

16229 NW 84th Ave
Miami Lakes, FL 33016
XXX-XX-3544
Miami-Dade County
EXEMPT
ELECTRICAL WORKER / Foreman (On any job where 3-9 electricians are employed) / Type: Building

| | 4/23/23 | 4/24/23 | 4/25/23 | 4/26/23 | 4/27/23 | 4/28/23 | 4/29/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | 54.97 | | | 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2466 |
| S | | 5.00 | | 5.00 | 5.00 | 5.00 | | 20.00 | | | 1,200.00 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| O | | | | | | | | | 0.00 | 1,099.40 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |

All or Part of Fringes Paid to Employee:
Date of Hire: 1/1/1999  12 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|
| 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | 5/1/23 |

Page 1 of 4

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE

**Project Code / Contract # / FIN:** 412034

| | | | | 4/23/23 | 4/24/23 | 4/25/23 | 4/26/23 | 4/27/23 | 4/28/23 | 4/29/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VAILLANT, ANGEL<br>275 NE 55th Ter<br>Miami, FL 33137<br>XXX-XX-7850 | EXEMPT | ELECTRICAL WORKER / Electrician - Wireman / Type: Building | | | S | M | T | W | TH | F | S | | | | | 110.00 | 62.65 | 14.65 | 0.00 | 0.00 | 0.00 | 0.00 | 187.30 | 2460 |
| | | | S | | | 5.00 | | 5.00 | 5.00 | 5.00 | | 20.00 | 50.52 | | 1,010.40 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| | | 0 Miami-Dade County | O | | | | | | | | | | | 0.00 | 1,010.40 | | | | | | | | | |
| | | | D | | | | | | | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 823.10 |
| Date of Hire: 7/8/2012  12 NO | All or Part of Fringes Paid to Employee:<br>Vacation, Holiday and Dues in Gross Pay:  NO<br>Voluntary Contributions in Gross Pay:  NO | | | | | | | | | | | Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | | Voluntary Pension | Voluntary Medical | | | | | | | Payroll Payment Date |
| | | | | | | | | | | | | 20.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | | | | | | 5/1/23 |

| TOTAL STANDARD HOURS : | 120.00 | TOTAL 1.5 OT HOURS: | 0.00 | TOTAL 2.0 OT HOURS: | 0.00 | GRAND TOTAL HOURS: | 120.00 |
|---|---|---|---|---|---|---|---|

Page 2 of 4

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Statement of Compliance**

*Date* **Monday, May 8, 2023**

I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.

(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 4/23/2023 and ending on 4/29/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

All comments are in the notes on the submitted Certified Payroll Report.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4)That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit
 of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

NAME:  *__Noel Melo__*
TITLE:  *__President__*


*__Electronic Signature Code: 412034-4/29/2023-0-133280562867877645__*

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
|---|---|---|---|

May 08, 2023
Page 1 of 4



## WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR :STATEWIDE ELECTRICAL SERVICES, INC. Prime / Prime | CONTRACTOR'S LICENSE No. B2G20098369 SPECIALTY LICENSE No. FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018 PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME : Miami-Dade County / 412034 / 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |
| --- | --- | --- | --- |
| PAYROLL No. 75 | FOR WEEK ENDING: 05/06/2023 SUBMITTED ON: May 08, 2023 | MOTOR CARRIER PERMIT No. | UNION N/A | SELF-INSURED CERTIFICATE No. WORKERS' COMP. POLICY : | WAGE DECISION: Responsible Wages - Building |

### GONZALEZ, ESNOL

NAME, ADDRESS, SSN, DRIVER'S LICENSE, ETHNICITY, GENDER: 7080 SW 23rd St Apt 216, Miami, FL 33155, XXX-XX-7585, EXEMPT, 0, Miami-Dade County

WORK CLASSIFICATION, LOCATION AND TYPE: ELECTRICAL WORKER / Electrician - Wireman / Type: Building

| | 4/30/23 | 5/1/23 | 5/2/23 | 5/3/23 | 5/4/23 | 5/5/23 | 5/6/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | S | M | T | W | TH | F | S | | | | | 110.00 | 62.65 | 14.65 | 0.00 | 0.00 | 0.00 | 0.00 | 187.30 | 2471 |
| S | | 10.00 | 6.00 | 4.00 | | | | 20.00 | 50.52 | | 1,010.40 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| O | | | | | | | | | 0.00 | 1,010.40 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 823.10 |

All or Part of Fringes Paid to Employee: Date of Hire: 9/14/2015  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | | Voluntary Pension | Voluntary Medical | | | | | Payroll Payment Date |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | | | | 5/8/23 |

### GONZALEZ, JESUS

2735 SW 21st Tcr, Miami, FL 33145, XXX-XX-5317, EXEMPT, 1, Miami-Dade County

WORK CLASSIFICATION: ELECTRICAL WORKER / Electrician - Wireman / Type: Building

| | 4/30/23 | 5/1/23 | 5/2/23 | 5/3/23 | 5/4/23 | 5/5/23 | 5/6/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | S | M | T | W | TH | F | S | | | | | 69.00 | 62.65 | 14.65 | 0.00 | 0.00 | 0.00 | 0.00 | 146.30 | 2472 |
| S | | 10.00 | 6.00 | 4.00 | | | | 20.00 | 50.52 | | 1,010.40 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| O | | | | | | | | | 0.00 | 1,010.40 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 864.10 |

All or Part of Fringes Paid to Employee: Date of Hire: 11/7/2014  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | | Voluntary Pension | Voluntary Medical | | | | | Payroll Payment Date |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | | | | 5/8/23 |

### MELO, NOEL   Foreman

16229 NW 84th Ave, Miami Lakes, FL 33016, XXX-XX-3544, EXEMPT, 1, Miami-Dade County

WORK CLASSIFICATION: ELECTRICAL WORKER / Foreman (On any job where 3-9 electricians are employed) / Type: Building

| | 4/30/23 | 5/1/23 | 5/2/23 | 5/3/23 | 5/4/23 | 5/5/23 | 5/6/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | S | M | T | W | TH | F | S | | | | | 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2474 |
| S | | 10.00 | 6.00 | 4.00 | | | | 20.00 | 54.97 | | 1,200.40 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| O | | | | | | | | | 0.00 | 1,099.40 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |

All or Part of Fringes Paid to Employee: Date of Hire: 1/1/1999  12 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | | Voluntary Pension | Voluntary Medical | | | | | Payroll Payment Date |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | | | | 5/8/23 |

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE

**Project Code / Contract # / FIN:** 412034

| VAILLANT, ANGEL<br>275 NE 55th Ter<br>Miami, FL 33137<br>XXX-XX-7850 | EXEMPT | ELECTRICAL WORKER /<br>Electrician - Wireman / Type:<br>Building | | 4/30/23 | 5/1/23 | 5/2/23 | 5/3/23 | 5/4/23 | 5/5/23 | 5/6/23 | TOTAL<br>HOURS<br>THIS<br>PROJECT | BASE<br>HOURLY<br>RATE<br>OF PAY | THIS<br>PROJECT | ALL<br>PROJECTS | Federal Tax | Social<br>Security | Medicare | State Tax | Local Taxes<br>/ SDI | Other | Savings | Total<br>Deduction | Check<br>No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | S | M | T | W | TH | F | S | | | | | 38.00 | 28.19 | 6.60 | 0.00 | 0.00 | 0.00 | 0.00 | 72.79 | 2468 |
| | | | S | | 3.00 | 3.00 | 3.00 | | | | | 9.00 | 50.52 | | 454.68 | Vac/Dues | Trav.<br>Subs. | Health<br>& Welfare | Pension | Vacation<br>Holiday | Training | All Other | | Net Paid<br>Week |
| | | | O | | | | | | | | | | 0.00 | 454.68 | | | | | | | | | | |
| | 0 | Miami-Dade County | D | | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 381.89 |
| All or Part of Fringes Paid to Employee:<br>Date of Hire: 7/8/2012  12 NO | | Vacation, Holiday and Dues in Gross Pay: NO<br>Voluntary Contributions in Gross Pay : NO | | | | | | | | | Total Hours<br>All Projects | Rate in Lieu<br>of Fringes: | Total in Lieu<br>of Fringes | | Voluntary<br>Pension | Voluntary<br>Medical | | | | | | | Payroll<br>Payment Date |
| | | | | | | | | | | | | 9.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | | | | | | 5/8/23 |

| TOTAL STANDARD HOURS : | 69.00 | TOTAL 1.5 OT HOURS: | 0.00 | TOTAL 2.0 OT HOURS: | 0.00 | GRAND TOTAL HOURS: | 69.00 |
|---|---|---|---|---|---|---|---|

Page 2 of 4

Project Name: 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
Project Code / Contract # / FIN: 412034

## Statement of Compliance

*Date* **Monday, May 8, 2023**

I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.

(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 4/30/2023 and ending on 5/6/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

All comments are in the notes on the submitted Certified Payroll Report.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4)That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit
 of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

NAME: *Noel Melo*
TITLE: *President*


*Electronic Signature Code: 412034-5/6/2023-0-133280563729813727*

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
|---|---|---|---|

Project Name:  412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE

Project Code / Contract # / FIN: 412034

June 09, 2023
Page 1 of 3



## WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR :STATEWIDE ELECTRICAL SERVICES, INC.<br>Prime<br><br>Prime | CONTRACTOR'S LICENSE No. B2G20098369<br>SPECIALTY LICENSE No.<br>FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018<br>PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME :<br>Miami-Dade County / 412034 / 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |
|---|---|---|---|
| PAYROLL No. 76 | FOR WEEK ENDING: 05/13/2023<br>SUBMITTED ON: June 09, 2023 | MOTOR CARRIER PERMIT No. | UNION N/A | SELF-INSURED CERTIFICATE No.<br>WORKERS' COMP. POLICY : | WAGE DECISION: Responsible Wages - Building |

| NAME, ADDRESS, SSN, DRIVER'S LICENSE, ETHNICITY, GENDER | | | WORK CLASSIFICATION, LOCATION AND TYPE | | HOURS WORKED EACH DAY | | | | | | | TOTAL HOURS | BASE HOURLY RATE | GROSS AMOUNT EARNED | | DEDUCTION . CONTRIBUTION AND PAYMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MELO, NOEL                     Foreman<br><br>16229 NW 84th Ave<br>Miami Lakes, FL 33016<br>XXX-XX-3544 | EXEMPT | | ELECTRICAL WORKER / Foreman (On any job where 3-9 electricians are employed) / Type: Building | | 5/7/23 | 5/8/23 | 5/9/23 | 5/10/23 | 5/11/23 | 5/12/23 | 5/13/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
| | | | | | S | M | T | W | TH | F | S | | 54.97 | | | 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2479 |
| | | | | S | | 5.00 | 5.00 | 5.00 | 5.00 | | | 20.00 | | | 1,200.00 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| | | 1 | Miami-Dade County | O | | | | | | | | | 0.00 | 1,099.40 | | | | | | | | | | |
| | | | | D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |

| All or Part of Fringes Paid to Employee:<br>Date of Hire: 1/1/1999  12 NO | Vacation, Holiday and Dues in Gross Pay:  NO<br>Voluntary Contributions in Gross Pay:  NO | Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | | 5/15/23 |

| TOTAL STANDARD HOURS : | 20.00 | TOTAL 1.5 OT HOURS: | 0.00 | TOTAL 2.0 OT HOURS: | 0.00 | GRAND TOTAL HOURS: | 20.00 |
|---|---|---|---|---|---|---|---|

Page 1 of 3

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

### Statement of Compliance

*Date* **Friday, June 9, 2023**

I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.

(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 5/7/2023 and ending on 5/13/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

All comments are in the notes on the submitted Certified Payroll Report.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4)That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit
 of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

NAME:  *__Noel Melo__*
TITLE:  *__President__*

*Electronic Signature Code: 412034-5/13/2023-0-133308042374325101*

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
|---|---|---|---|

06/09/2023

Page 1 of 1

## Certified Payroll Report for Non Performing Week

**For week ending on: May 20, 2023**
**Payroll Number: 77**

*Date* **6/9/2023  12:00:00AM**

## Project:

412034 - 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE

## Contractor:

B2G20098369 - STATEWIDE ELECTRICAL SERVICES, INC.                    PRIME
NOEL MELO
3055926965
12905 W Okeechobe RdBay #4
Hialeah Gardens, FL 33018

**CERTIFICATION FOR NON PERFORMING WEEK**

I, Noel Melo, President do hereby state:
(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 5/14/2023 and ending on 5/20/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. 167; 3145), and described below:
All comments are in the notes on the submitted Certified Payroll Report.
(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.
(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.
  (4)That:
(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

**X -** in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, ;payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

**X -** Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:
Any exceptions to the above are reported in the certified payroll in the notes section for the specific individual.

REMARKS:

NAME: *__Noel Melo__*
TITLE: *__President__*
  *__Electronic Signature Code: 412034-5/20/2023-0-133308043160381349__*

**THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.**

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034



June 09, 2023
Page 1 of 3

## WEEKLY CERTIFIED PAYROLL REPORTING FORM

NAME OF CONTRACTOR :STATEWIDE ELECTRICAL SERVICES, INC.
Prime
Prime

CONTRACTOR'S LICENSE No. B2G20098369
SPECIALTY LICENSE No.
FEDERAL TAX ID#: 650888796

ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018
PHONE: 3055926965

PROJECT LOCATION/ CODE / NAME :
Miami-Dade County / 412034 / 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE

PAYROLL No. 78

FOR WEEK ENDING: 05/27/2023
SUBMITTED ON: June 09, 2023

MOTOR CARRIER PERMIT No.

UNION N/A

SELF-INSURED CERTIFICATE No.
WORKERS' COMP. POLICY :

WAGE DECISION: Responsible Wages - Building

| NAME, ADDRESS, SSN, DRIVER'S LICENSE, ETHNICITY, GENDER | | WORK CLASSIFICATION, LOCATION AND TYPE | | HOURS WORKED EACH DAY | | | | | | | | TOTAL HOURS | BASE HOURLY RATE | GROSS AMOUNT EARNED | | DEDUCTION . CONTRIBUTION AND PAYMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### GONZALEZ, ESNOL

7080 SW 23rd St Apt 216
Miami, FL 33155
XXX-XX-7585
0

EXEMPT

ELECTRICAL WORKER / Electrician - Wireman / Type: Building

Miami-Dade County

| | 5/21/23 | 5/22/23 | 5/23/23 | 5/24/23 | 5/25/23 | 5/26/23 | 5/27/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY |
|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | |
| S | | | 10.00 | 10.00 | 10.00 | 10.00 | | 40.00 | 50.52 |
| O | | | | | | | | | 0.00 |
| D | | | | | | | | | 0.00 |

THIS PROJECT: 2,020.80
ALL PROJECTS: 2,020.80

| Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|
| 334.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 488.59 | 2489 |
| Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,532.21 |

All or Part of Fringes Paid to Employee:
Date of Hire: 9/14/2015  1 NO

Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay:  NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 5/30/23 |

### GONZALEZ, JESUS

2735 SW 21st Ter
Miami, FL 33145
XXX-XX-5317
1

EXEMPT

ELECTRICAL WORKER / Electrician - Wireman / Type: Building

Miami-Dade County

| | 5/21/23 | 5/22/23 | 5/23/23 | 5/24/23 | 5/25/23 | 5/26/23 | 5/27/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY |
|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | |
| S | | | 10.00 | 10.00 | 10.00 | 10.00 | | 40.00 | 50.52 |
| O | | | | | | | | | 0.00 |
| D | | | | | | | | | 0.00 |

THIS PROJECT: 2,020.80
ALL PROJECTS: 2,020.80

| Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|
| 190.00 | 125.29 | 29.31 | 0.00 | 0.00 | 0.00 | 0.00 | 344.60 | 2490 |
| Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,676.20 |

All or Part of Fringes Paid to Employee:
Date of Hire: 11/7/2014  1 NO

Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay :  NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 5/30/23 |

### MELO, NOEL                Foreman

16229 NW 84th Ave
Miami Lakes, FL 33016
XXX-XX-3544
1

EXEMPT

ELECTRICAL WORKER / Foreman (On any job where 3-9 electricians are employed) / Type: Building

Miami-Dade County

| | 5/21/23 | 5/22/23 | 5/23/23 | 5/24/23 | 5/25/23 | 5/26/23 | 5/27/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY |
|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | |
| S | | | 5.00 | 5.00 | 5.00 | 5.00 | | 20.00 | 54.97 |
| O | | | | | | | | | 0.00 |
| D | | | | | | | | | 0.00 |

THIS PROJECT: 1,099.40
ALL PROJECTS: 1,200.00

| Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|
| 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2492 |
| Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |

All or Part of Fringes Paid to Employee:
Date of Hire: 1/1/1999 12 NO

Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay:  NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|
| 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 5/30/23 |

| TOTAL STANDARD HOURS : | 100.00 | TOTAL 1.5 OT HOURS: | 0.00 | TOTAL 2.0 OT HOURS: | 0.00 | GRAND TOTAL HOURS: | 100.00 |
|---|---|---|---|---|---|---|---|

Page 1 of 3

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

<b>Statement of Compliance</b>

*Date* **Friday, June 9, 2023**

I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.

(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 5/21/2023 and ending on 5/27/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

All comments are in the notes on the submitted Certified Payroll Report.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4)That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit
 of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

NAME: *Noel Melo*
TITLE: *President*


*Electronic Signature Code: 412034-5/27/2023-0-133308043646278640*

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
|---|---|---|---|

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

June 09, 2023
Page 1 of 3



## WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR :STATEWIDE ELECTRICAL SERVICES, INC.<br>Prime<br><br>Prime | CONTRACTOR'S LICENSE No. B2G20098369<br>SPECIALTY LICENSE No.<br>FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018<br>PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME :<br>Miami-Dade County / 412034 / 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |
|---|---|---|---|
| PAYROLL No. 79 | FOR WEEK ENDING: 06/03/2023<br>SUBMITTED ON: June 09, 2023 | MOTOR CARRIER PERMIT No. | UNION N/A | SELF-INSURED CERTIFICATE No.<br>WORKERS' COMP. POLICY : | WAGE DECISION: Responsible Wages - Building |

| NAME, ADDRESS, SSN, DRIVER'S LICENSE, ETHNICITY, GENDER | | WORK CLASSIFICATION, LOCATION AND TYPE | | HOURS WORKED EACH DAY | | | | | | | | TOTAL HOURS | BASE HOURLY RATE | GROSS AMOUNT EARNED | | DEDUCTION . CONTRIBUTION AND PAYMENTS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### GONZALEZ, ESNOL
7080 SW 23rd St Apt 216
Miami, FL 33155
XXX-XX-7585
0 | Miami-Dade County
EXEMPT
ELECTRICAL WORKER / Electrician - Wireman / Type: Building

| | 5/28/23 | 5/29/23 | 5/30/23 | 5/31/23 | 6/1/23 | 6/2/23 | 6/3/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | | | | 243.00 | 100.23 | 23.44 | 0.00 | 0.00 | 0.00 | 0.00 | 366.67 | 2496 |
| S | | | 10.00 | | 10.00 | 12.00 | | 32.00 | 50.52 | | 1,616.64 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| O | | | | | | | | | 0.00 | 1,616.64 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,249.97 |

All or Part of Fringes Paid to Employee:
Date of Hire: 9/14/2015  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|
| 32.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 6/5/23 |

### GONZALEZ, JESUS
2735 SW 21st Ter
Miami, FL 33145
XXX-XX-5317
1 | Miami-Dade County
EXEMPT
ELECTRICAL WORKER / Electrician - Wireman / Type: Building

| | 5/28/23 | 5/29/23 | 5/30/23 | 5/31/23 | 6/1/23 | 6/2/23 | 6/3/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | | | | 141.00 | 100.23 | 23.44 | 0.00 | 0.00 | 0.00 | 0.00 | 264.67 | 2497 |
| S | | | 10.00 | | 10.00 | 12.00 | | 32.00 | 50.52 | | 1,616.64 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| O | | | | | | | | | 0.00 | 1,616.64 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,351.97 |

All or Part of Fringes Paid to Employee:
Date of Hire: 11/7/2014  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay : NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|
| 32.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 6/5/23 |

### MELO, NOEL — Foreman
16229 NW 84th Ave
Miami Lakes, FL 33016
XXX-XX-3544
1 | Miami-Dade County
EXEMPT
ELECTRICAL WORKER / Foreman (On any job where 3-9 electricians are employed) / Type: Building

| | 5/28/23 | 5/29/23 | 5/30/23 | 5/31/23 | 6/1/23 | 6/2/23 | 6/3/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | | | | 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2499 |
| S | | | 7.00 | | 7.00 | 7.00 | | 21.00 | 54.97 | | 1,200.00 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| O | | | | | | | | | 0.00 | 1,154.37 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |

All or Part of Fringes Paid to Employee:
Date of Hire: 1/1/1999  12 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|
| 21.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 6/5/23 |

| TOTAL STANDARD HOURS : | 85.00 | TOTAL 1.5 OT HOURS: | 0.00 | TOTAL 2.0 OT HOURS: | 0.00 | GRAND TOTAL HOURS: | 85.00 |
|---|---|---|---|---|---|---|---|

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Statement of Compliance**

*Date* **Friday, June 9, 2023**

I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.

(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 5/28/2023 and ending on 6/3/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

All comments are in the notes on the submitted Certified Payroll Report.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4)That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit
 of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

NAME:  *Noel Melo*
TITLE:  *President*

*Electronic Signature Code: 412034-6/3/2023-0-133308044234154082*

**THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.**

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE

**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
|---|---|---|---|

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

July 07, 2023
Page 1 of 3



## WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR :STATEWIDE ELECTRICAL SERVICES, INC.<br>Prime<br>Prime | CONTRACTOR'S LICENSE No. B2G20098369<br>SPECIALTY LICENSE No.<br>FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018<br>PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME :<br>Miami-Dade County / 412034 / 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |
|---|---|---|---|
| PAYROLL No. 80 | FOR WEEK ENDING: 06/10/2023<br>SUBMITTED ON: July 07, 2023 | MOTOR CARRIER PERMIT No. | UNION N/A | SELF-INSURED CERTIFICATE No.<br>WORKERS' COMP. POLICY : | | WAGE DECISION: Responsible Wages - Building |

| NAME, ADDRESS, SSN, DRIVER'S LICENSE, ETHNICITY, GENDER | | WORK CLASSIFICATION, LOCATION AND TYPE | | HOURS WORKED EACH DAY | | | | | | | | TOTAL HOURS | BASE HOURLY RATE | GROSS AMOUNT EARNED | | DEDUCTION . CONTRIBUTION AND PAYMENTS | | | | | | | | |

### GONZALEZ, ESNOL

| | | | | 6/4/23 | 6/5/23 | 6/6/23 | 6/7/23 | 6/8/23 | 6/9/23 | 6/10/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7080 SW 23rd St Apt 216<br>Miami, FL 33155<br>XXX-XX-7585 | EXEMPT | ELECTRICAL WORKER / Electrician - Wireman / Type: Building | | | | | | | | | | | | | | 334.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 488.59 | 2503 |
| | | | S | | 10.00 | 10.00 | 10.00 | 10.00 | | | 40.00 | 50.52 | | 2,020.80 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| | | | O | | | | | | | | | 0.00 | 2,020.80 | | | | | | | | | | |
| | 0 | Miami-Dade County | D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,532.21 |

All or Part of Fringes Paid to Employee:
Date of Hire: 9/14/2015  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 6/12/23 |

### GONZALEZ, JESUS

| | | | | 6/4/23 | 6/5/23 | 6/6/23 | 6/7/23 | 6/8/23 | 6/9/23 | 6/10/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2735 SW 21st Ter<br>Miami, FL 33145<br>XXX-XX-5317 | EXEMPT | ELECTRICAL WORKER / Electrician - Wireman / Type: Building | | | | | | | | | | | | | | 190.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 344.59 | 2504 |
| | | | S | | 10.00 | 10.00 | 10.00 | 10.00 | | | 40.00 | 50.52 | | 2,020.80 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| | | | O | | | | | | | | | 0.00 | 2,020.80 | | | | | | | | | | |
| | 1 | Miami-Dade County | D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,676.21 |

All or Part of Fringes Paid to Employee:
Date of Hire: 11/7/2014  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay : NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 6/12/23 |

### MELO, NOEL    Foreman

| | | | | 6/4/23 | 6/5/23 | 6/6/23 | 6/7/23 | 6/8/23 | 6/9/23 | 6/10/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16229 NW 84th Ave<br>Miami Lakes, FL 33016<br>XXX-XX-3544 | EXEMPT | ELECTRICAL WORKER / Foreman (On any job where 3-9 electricians are employed) / Type: Building | | | | | | | | | | | | | | 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2506 |
| | | | S | | 5.00 | 5.00 | 5.00 | 5.00 | | | 20.00 | 54.97 | | 1,200.00 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| | | | O | | | | | | | | | 0.00 | 1,099.40 | | | | | | | | | | |
| | 1 | Miami-Dade County | D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |

All or Part of Fringes Paid to Employee:
Date of Hire: 1/1/1999  12 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|
| 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 6/12/23 |

| TOTAL STANDARD HOURS : | 100.00 | TOTAL 1.5 OT HOURS: | 0.00 | TOTAL 2.0 OT HOURS: | 0.00 | GRAND TOTAL HOURS: | 100.00 |
|---|---|---|---|---|---|---|---|

Page 1 of 3

Project Name: 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
Project Code / Contract # / FIN: 412034

**Statement of Compliance**

*Date* **Friday, July 7, 2023**

I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.

(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 6/4/2023 and ending on 6/10/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

All comments are in the notes on the submitted Certified Payroll Report.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4)That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit
 of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

NAME: *Noel Melo*
TITLE: *President*

*Electronic Signature Code: 412034-6/10/2023-0-133332096150966392*

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
|---|---|---|---|

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034



July 07, 2023
Page 1 of 3

## WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR :STATEWIDE ELECTRICAL SERVICES, INC. Prime Prime | CONTRACTOR'S LICENSE No. B2G20098369 SPECIALTY LICENSE No. FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018 PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME : Miami-Dade County / 412034 / 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |
|---|---|---|---|
| PAYROLL No. 81 | FOR WEEK ENDING: 06/17/2023 SUBMITTED ON: July 07, 2023 | MOTOR CARRIER PERMIT No. / UNION N/A / SELF-INSURED CERTIFICATE No. WORKERS' COMP. POLICY : | WAGE DECISION: Responsible Wages - Building |

| NAME, ADDRESS, SSN, DRIVER'S LICENSE, ETHNICITY, GENDER | WORK CLASSIFICATION, LOCATION AND TYPE | | HOURS WORKED EACH DAY | TOTAL HOURS | BASE HOURLY RATE | GROSS AMOUNT EARNED | | DEDUCTION . CONTRIBUTION AND PAYMENTS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### GONZALEZ, ESNOL
7080 SW 23rd St Apt 216
Miami, FL 33155
XXX-XX-7585
0 Miami-Dade County
EXEMPT

Date of Hire: 9/14/2015  1 NO

| ELECTRICAL WORKER / Electrician - Wireman / Type: Building | | 6/11/23 | 6/12/23 | 6/13/23 | 6/14/23 | 6/15/23 | 6/16/23 | 6/17/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | S | M | T | W | TH | F | S | | 50.52 | | 2,020.80 | 334.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 488.59 | 2510 |
| | S | | 10.00 | 10.00 | 10.00 | 10.00 | | | 40.00 | | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| | O | | | | | | | | | 0.00 | 2,020.80 | | | | | | | | | | |
| | D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,532.21 |

All or Part of Fringes Paid to Employee:
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | | 6/19/23 |

### GONZALEZ, JESUS
2735 SW 21st Tcr
Miami, FL 33145
XXX-XX-5317
1 Miami-Dade County
EXEMPT

Date of Hire: 11/7/2014  1 NO

| ELECTRICAL WORKER / Electrician - Wireman / Type: Building | | 6/11/23 | 6/12/23 | 6/13/23 | 6/14/23 | 6/15/23 | 6/16/23 | 6/17/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | S | M | T | W | TH | F | S | | 50.52 | | 2,020.80 | 190.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 344.59 | 2511 |
| | S | | 10.00 | 10.00 | 10.00 | 10.00 | | | 40.00 | | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| | O | | | | | | | | | 0.00 | 2,020.80 | | | | | | | | | | |
| | D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,676.21 |

All or Part of Fringes Paid to Employee:
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay : NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | | 6/19/23 |

### MELO, NOEL                    Foreman
16229 NW 84th Ave
Miami Lakes, FL 33016
XXX-XX-3544
1 Miami-Dade County
EXEMPT

Date of Hire: 1/1/1999  12 NO

| ELECTRICAL WORKER / Foreman (On any job where 3-9 electricians are employed) / Type: Building | | 6/11/23 | 6/12/23 | 6/13/23 | 6/14/23 | 6/15/23 | 6/16/23 | 6/17/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | S | M | T | W | TH | F | S | | 54.97 | | 1,200.00 | 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2513 |
| | S | | 5.00 | 5.00 | 5.00 | 5.00 | | | 20.00 | | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| | O | | | | | | | | | 0.00 | 1,099.40 | | | | | | | | | | |
| | D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |

All or Part of Fringes Paid to Employee:
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | | 6/19/23 |

| TOTAL STANDARD HOURS : | 100.00 | TOTAL 1.5 OT HOURS: | 0.00 | TOTAL 2.0 OT HOURS: | 0.00 | GRAND TOTAL HOURS: | 100.00 |
|---|---|---|---|---|---|---|---|

Page 1 of 3

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

## Statement of Compliance

*Date* **Friday, July 7, 2023**

I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.

(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 6/11/2023 and ending on 6/17/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

All comments are in the notes on the submitted Certified Payroll Report.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4)That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit
 of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

NAME: *Noel Melo*
TITLE: *President*

*Electronic Signature Code: 412034-6/17/2023-0-133332097207202011*

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.

**Project Name:**  412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
|---|---|---|---|

Project Name: 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
Project Code / Contract # / FIN: 412034

July 07, 2023
Page 1 of 3



## WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR :STATEWIDE ELECTRICAL SERVICES, INC. Prime Prime | CONTRACTOR'S LICENSE No. B2G20098369 SPECIALTY LICENSE No. FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018 PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME : Miami-Dade County / 412034 / 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |
|---|---|---|---|
| PAYROLL No. 82 | FOR WEEK ENDING: 06/24/2023 SUBMITTED ON: July 07, 2023 | MOTOR CARRIER PERMIT No. | UNION N/A | SELF-INSURED CERTIFICATE No. WORKERS' COMP. POLICY : | WAGE DECISION: Responsible Wages - Building |

| NAME, ADDRESS, SSN, DRIVER'S LICENSE, ETHNICITY, GENDER | | WORK CLASSIFICATION, LOCATION AND TYPE | | HOURS WORKED EACH DAY | | | | | | | | TOTAL HOURS | BASE HOURLY RATE | GROSS AMOUNT EARNED | | DEDUCTION . CONTRIBUTION AND PAYMENTS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

GONZALEZ, ESNOL
7080 SW 23rd St Apt 216
Miami, FL 33155
XXX-XX-7585
EXEMPT
0
ELECTRICAL WORKER / Electrician - Wireman / Type: Building
Miami-Dade County

| | 6/18/23 | 6/19/23 | 6/20/23 | 6/21/23 | 6/22/23 | 6/23/23 | 6/24/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | | | | 334.00 | 125.29 | 29.31 | 0.00 | 0.00 | 0.00 | 0.00 | 488.60 | 2517 |
| S | | 10.00 | 10.00 | 10.00 | 10.00 | | | 40.00 | 50.52 | | 2,020.80 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| O | | | | | | | | | 0.00 | 2,020.80 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,532.20 |

GROSS AMOUNT EARNED THIS PROJECT: 2,020.80

All or Part of Fringes Paid to Employee:
Date of Hire: 9/14/2015  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | | 6/26/23 |

GONZALEZ, JESUS
2735 SW 21st Tcr
Miami, FL 33145
XXX-XX-5317
EXEMPT
1
ELECTRICAL WORKER / Electrician - Wireman / Type: Building
Miami-Dade County

| | 6/18/23 | 6/19/23 | 6/20/23 | 6/21/23 | 6/22/23 | 6/23/23 | 6/24/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | | | | 190.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 344.59 | 2518 |
| S | | 10.00 | 10.00 | 10.00 | 10.00 | | | 40.00 | 50.52 | | 2,020.80 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| O | | | | | | | | | 0.00 | 2,020.80 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,676.21 |

All or Part of Fringes Paid to Employee:
Date of Hire: 11/7/2014  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | | 6/26/23 |

MELO, NOEL                    Foreman
16229 NW 84th Ave
Miami Lakes, FL 33016
XXX-XX-3544
EXEMPT
1
ELECTRICAL WORKER / Foreman (On any job where 3-9 electricians are employed) / Type: Building
Miami-Dade County

| | 6/18/23 | 6/19/23 | 6/20/23 | 6/21/23 | 6/22/23 | 6/23/23 | 6/24/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | | | | 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2521 |
| S | | 5.00 | 5.00 | 5.00 | 5.00 | | | 20.00 | 54.97 | | 1,200.00 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| O | | | | | | | | | 0.00 | 1,099.40 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |

All or Part of Fringes Paid to Employee:
Date of Hire: 1/1/1999  12 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | | 6/26/23 |

| TOTAL STANDARD HOURS : | 100.00 | TOTAL 1.5 OT HOURS: | 0.00 | TOTAL 2.0 OT HOURS: | 0.00 | GRAND TOTAL HOURS: | 100.00 |
|---|---|---|---|---|---|---|---|

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Statement of Compliance**

*Date* **Friday, July 7, 2023**

I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.

(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 6/18/2023 and ending on 6/24/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

All comments are in the notes on the submitted Certified Payroll Report.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4)That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit
 of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

NAME: *Noel Melo*
TITLE: *President*


*Electronic Signature Code: 412034-6/24/2023-0-133332098169284867*

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
| --- | --- | --- | --- |

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

July 07, 2023
Page 1 of 4



## WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR :STATEWIDE ELECTRICAL SERVICES, INC.<br>Prime<br><br>Prime | CONTRACTOR'S LICENSE No. B2G20098369<br>SPECIALTY LICENSE No.<br>FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018<br>PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME :<br>Miami-Dade County / 412034 / 412034 - TRACTION POWER<br>SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |
|---|---|---|---|
| PAYROLL No. 83 | FOR WEEK ENDING: 07/01/2023<br>SUBMITTED ON: July 07, 2023 | MOTOR CARRIER PERMIT No.　　UNION<br>　　N/A　　SELF-INSURED CERTIFICATE No.<br>　　WORKERS' COMP. POLICY : | WAGE DECISION: Respousible Wages - Building |

### GONZALEZ, ESNOL

7080 SW 23rd St Apt 216
Miami, FL 33155
XXX-XX-7585
0  Miami-Dade County

EXEMPT

Work Classification: ELECTRICAL WORKER / Electrician - Wireman / Type: Building

| | 6/25/23 | 6/26/23 | 6/27/23 | 6/28/23 | 6/29/23 | 6/30/23 | 7/1/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | 50.52 | | 2,020.80 | 334.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 488.59 | 2526 |
| S | | 10.00 | 10.00 | 10.00 | 10.00 | | | 40.00 | | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| O | | | | | | | | | 0.00 | 2,020.80 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,532.21 |

All or Part of Fringes Paid to Employee:
Date of Hire: 9/14/2015  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 7/3/23 |

### GONZALEZ, JESUS

2735 SW 21st Ter
Miami, FL 33145
XXX-XX-5317
1  Miami-Dade County

EXEMPT

Work Classification: ELECTRICAL WORKER / Electrician - Wireman / Type: Building

| | 6/25/23 | 6/26/23 | 6/27/23 | 6/28/23 | 6/29/23 | 6/30/23 | 7/1/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | 50.52 | | 2,020.80 | 190.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 344.59 | 2527 |
| S | | 10.00 | 10.00 | 10.00 | 10.00 | | | 40.00 | | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| O | | | | | | | | | 0.00 | 2,020.80 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,676.21 |

All or Part of Fringes Paid to Employee:
Date of Hire: 11/7/2014  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay : NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 7/3/23 |

### MELO, NOEL  Foreman

16229 NW 84th Ave
Miami Lakes, FL 33016
XXX-XX-3544
1  Miami-Dade County

EXEMPT

Work Classification: ELECTRICAL WORKER / Foreman (On any job where 3-9 electricians are employed) / Type: Building

| | 6/25/23 | 6/26/23 | 6/27/23 | 6/28/23 | 6/29/23 | 6/30/23 | 7/1/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | 54.97 | | 1,200.00 | 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2530 |
| S | | 5.00 | 5.00 | 5.00 | 5.00 | | | 20.00 | | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| O | | | | | | | | | 0.00 | 1,099.40 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |

All or Part of Fringes Paid to Employee:
Date of Hire: 1/1/1999  12 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|
| 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 7/3/23 |

Page 1 of 4

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

| VAILLANT, ANGEL<br>275 NE 55th Ter<br>Miami, FL 33137<br>XXX-XX-7850 | EXEMPT | ELECTRICAL WORKER /<br>Electrician - Wireman / Type:<br>Building | | 6/25/23 | 6/26/23 | 6/27/23 | 6/28/23 | 6/29/23 | 6/30/23 | 7/1/23 | TOTAL<br>HOURS<br>THIS<br>PROJECT | BASE<br>HOURLY<br>RATE<br>OF PAY | THIS<br>PROJECT | ALL<br>PROJECTS | Federal Tax | Social<br>Security | Medicare | State Tax | Local Taxes<br>/ SDI | Other | Savings | Total<br>Deduction | Check<br>No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | S | M | T | W | TH | F | S | | 50.52 | | | 110.00 | 62.64 | 14.65 | 0.00 | 0.00 | 0.00 | 0.00 | 187.29 | 2523 |
| | | | S | | 5.00 | 5.00 | 5.00 | 5.00 | | | 20.00 | | | 1,010.40 | Vac/Dues | Trav.<br>Subs. | Health<br>& Welfare | Pension | Vacation<br>Holiday | Training | All Other | | Net Paid<br>Week |
| | 0 | Miami-Dade County | O | | | | | | | | | | 0.00 | 1,010.40 | | | | | | | | | | |
| | | | D | | | | | | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 823.11 |
| All or Part of Fringes Paid to Employee:<br>Date of Hire: 7/8/2012  12 NO | | Vacation, Holiday and Dues in Gross Pay:  NO<br>Voluntary Contributions in Gross Pay:  NO | | | | | | | Total Hours<br>All Projects | Rate in Lieu<br>of Fringes: | Total in Lieu<br>of Fringes | | Voluntary<br>Pension | Voluntary<br>Medical | | | | | | | Payroll<br>Payment Date |
| | | | | | | | | | 20.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | | | | | | 7/3/23 |

| TOTAL STANDARD HOURS : | 120.00 | TOTAL 1.5 OT HOURS: | 0.00 | TOTAL 2.0 OT HOURS: | 0.00 | GRAND TOTAL HOURS: | 120.00 |
|---|---|---|---|---|---|---|---|

Page 2 of 4

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Statement of Compliance**

*Date* **Friday, July 7, 2023**

I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.

(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 6/25/2023 and ending on 7/1/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

All comments are in the notes on the submitted Certified Payroll Report.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4)That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit
 of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

NAME: *Noel Melo*
TITLE: *President*


*Electronic Signature Code: 412034-7/1/2023-0-133332098903496185*

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
| --- | --- | --- | --- |

Project Name: 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
Project Code / Contract # / FIN: 412034



August 09, 2023
Page 1 of 4

## WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR :STATEWIDE ELECTRICAL SERVICES, INC.<br>Prime<br><br>Prime | CONTRACTOR'S LICENSE No. B2G20098369<br>SPECIALTY LICENSE No.<br>FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018<br>PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME :<br>Miami-Dade County / 412034 / 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |
|---|---|---|---|
| PAYROLL No. 84 | FOR WEEK ENDING: 07/08/2023<br>SUBMITTED ON: August 09, 2023 | MOTOR CARRIER PERMIT No. | UNION N/A | SELF-INSURED CERTIFICATE No.<br>WORKERS' COMP. POLICY : | WAGE DECISION: Responsible Wages - Building |

### GONZALEZ, ESNOL

7080 SW 23rd St Apt 216
Miami, FL 33155
XXX-XX-7585
0  Miami-Dade County

EXEMPT

Work Classification: ELECTRICAL WORKER / Electrician - Wireman / Type: Building

| | 7/2/23 | 7/3/23 | 7/4/23 | 7/5/23 | 7/6/23 | 7/7/23 | 7/8/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | | | |
| S | | 10.00 | | 10.00 | 10.00 | 10.00 | | 40.00 | 50.52 | | 2,020.80 |
| O | | | | | | | | | 0.00 | 2,020.80 | |
| D | | | | | | | | | 0.00 | | |

| Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|
| 334.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 488.59 | 2544 |
| Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,532.21 |

All or Part of Fringes Paid to Employee:
Date of Hire: 9/14/2015  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 7/10/23 |

### GONZALEZ, JESUS

2735 SW 21st Tcr
Miami, FL 33145
XXX-XX-5317
1  Miami-Dade County

EXEMPT

Work Classification: ELECTRICAL WORKER / Electrician - Wireman / Type: Building

| | 7/2/23 | 7/3/23 | 7/4/23 | 7/5/23 | 7/6/23 | 7/7/23 | 7/8/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | | | |
| S | | 10.00 | | 10.00 | 10.00 | 10.00 | | 40.00 | 50.52 | | 2,020.80 |
| O | | | | | | | | | 0.00 | 2,020.80 | |
| D | | | | | | | | | 0.00 | | |

| Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|
| 190.00 | 125.29 | 29.31 | 0.00 | 0.00 | 0.00 | 0.00 | 344.60 | 2545 |
| Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,676.20 |

All or Part of Fringes Paid to Employee:
Date of Hire: 11/7/2014  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay : NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 7/10/23 |

### MELO, NOEL   Foreman

16229 NW 84th Ave
Miami Lakes, FL 33016
XXX-XX-3544
1  Miami-Dade County

EXEMPT

Work Classification: ELECTRICAL WORKER / Foreman (On any job where 3-9 electricians are employed) / Type: Building

| | 7/2/23 | 7/3/23 | 7/4/23 | 7/5/23 | 7/6/23 | 7/7/23 | 7/8/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | | | |
| S | | 5.00 | | 5.00 | 5.00 | 5.00 | | 20.00 | 54.97 | | 1,200.00 |
| O | | | | | | | | | 0.00 | 1,099.40 | |
| D | | | | | | | | | 0.00 | | |

| Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|
| 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2548 |
| Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |

All or Part of Fringes Paid to Employee:
Date of Hire: 1/1/1999  12 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|
| 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 7/10/23 |

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE

**Project Code / Contract # / FIN:** 412034

| VAILLANT, ANGEL<br>275 NE 55th Ter<br>Miami, FL 33137<br>XXX-XX-7850 | EXEMPT | ELECTRICAL WORKER /<br>Electrician - Wireman / Type:<br>Building | | 7/2/23 | 7/3/23 | 7/4/23 | 7/5/23 | 7/6/23 | 7/7/23 | 7/8/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | S | M | T | W | TH | F | S | | | | | 33.00 | 25.35 | 5.93 | 0.00 | 0.00 | 0.00 | 0.00 | 64.28 | 2541 |
| | | | S | | 4.00 | | | 4.00 | | | 8.00 | 50.52 | | 408.88 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| | | 0 Miami-Dade County | O | | | | | | | | | 0.00 | 404.16 | | | | | | | | | | |
| | | | D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 344.60 |
| Date of Hire: 7/8/2012  12 NO | | All or Part of Fringes Paid to Employee:<br>Vacation, Holiday and Dues in Gross Pay:  NO<br>Voluntary Contributions in Gross Pay :  NO | | | | | | | | | Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | | Voluntary Pension | Voluntary Medical | | | | | | | Payroll Payment Date |
| | | | | | | | | | | | 8.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | | | | | | 7/10/23 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL STANDARD HOURS :** | 108.00 | **TOTAL 1.5 OT HOURS:** | 0.00 | **TOTAL 2.0 OT HOURS:** | 0.00 | **GRAND TOTAL HOURS:** 108.00 |

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Statement of Compliance**

*Date* **Wednesday, August 9, 2023**

I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.

(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 7/2/2023 and ending on 7/8/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

All comments are in the notes on the submitted Certified Payroll Report.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4)That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit
 of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

NAME: *Noel Melo*
TITLE: *President*

*Electronic Signature Code: 412034-7/8/2023-0-133360636271362807*

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE

**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
|---|---|---|---|

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

August 09, 2023
Page 1 of 3



# WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR :STATEWIDE ELECTRICAL SERVICES, INC. Prime Prime | CONTRACTOR'S LICENSE No. B2G20098369 SPECIALTY LICENSE No. FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018 PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME : Miami-Dade County / 412034 / 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |
|---|---|---|---|
| PAYROLL No. 85 | FOR WEEK ENDING: 07/15/2023 SUBMITTED ON: August 09, 2023 | MOTOR CARRIER PERMIT No. | UNION N/A | SELF-INSURED CERTIFICATE No. WORKERS' COMP. POLICY : | | WAGE DECISION: Responsible Wages - Building |

| NAME, ADDRESS, SSN, DRIVER'S LICENSE, ETHNICITY, GENDER | | WORK CLASSIFICATION, LOCATION AND TYPE | | HOURS WORKED EACH DAY | | | | | | | TOTAL HOURS | BASE HOURLY RATE | GROSS AMOUNT EARNED | | DEDUCTION . CONTRIBUTION AND PAYMENTS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### GONZALEZ, ESNOL

| | | ELECTRICAL WORKER / Electrician - Wireman / Type: Building | | 7/9/23 | 7/10/23 | 7/11/23 | 7/12/23 | 7/13/23 | 7/14/23 | 7/15/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
7080 SW 23rd St Apt 216 Miami, FL 33155 XXX-XX-7585. EXEMPT.

| | | | | S | M | T | W | TH | F | S | | 50.52 | | | 334.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 488.59 | 2552 |
| | | | S | | 10.00 | 10.00 | 10.00 | 10.00 | | | 40.00 | | | 2,020.80 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| 0 | | Miami-Dade County | O | | | | | | | | | 0.00 | 2,020.80 | | | | | | | | | | |
| | | | D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,532.21 |

All or Part of Fringes Paid to Employee:
Date of Hire: 9/14/2015  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay:  NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | | Voluntary Pension | Voluntary Medical | | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | | | | | 7/17/23 |

### GONZALEZ, JESUS

| | | ELECTRICAL WORKER / Electrician - Wireman / Type: Building | | 7/9/23 | 7/10/23 | 7/11/23 | 7/12/23 | 7/13/23 | 7/14/23 | 7/15/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
2735 SW 21st Tcr Miami, FL 33145 XXX-XX-5317. EXEMPT.

| | | | | S | M | T | W | TH | F | S | | 50.52 | | | 190.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 344.59 | 2553 |
| | | | S | | 10.00 | 10.00 | 10.00 | 10.00 | | | 40.00 | | | 2,020.80 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| 1 | | Miami-Dade County | O | | | | | | | | | 0.00 | 2,020.80 | | | | | | | | | | |
| | | | D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,676.21 |

All or Part of Fringes Paid to Employee:
Date of Hire: 11/7/2014  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay :  NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | | Voluntary Pension | Voluntary Medical | | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | | | | | 7/17/23 |

### MELO, NOEL   Foreman

| | | ELECTRICAL WORKER / Foreman (On any job where 3-0 electricians are employed) / Type: Building | | 7/9/23 | 7/10/23 | 7/11/23 | 7/12/23 | 7/13/23 | 7/14/23 | 7/15/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
16229 NW 84th Ave Miami Lakes, FL 33016 XXX-XX-3544. EXEMPT.

| | | | | S | M | T | W | TH | F | S | | 54.97 | | | 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2556 |
| | | | S | | 5.00 | 5.00 | 5.00 | 5.00 | | | 20.00 | | | 1,200.00 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| 1 | | Miami-Dade County | O | | | | | | | | | 0.00 | 1,099.40 | | | | | | | | | | |
| | | | D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |

All or Part of Fringes Paid to Employee:
Date of Hire: 1/1/1999  12 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay:  NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | | Voluntary Pension | Voluntary Medical | | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | | | | | 7/17/23 |

| TOTAL STANDARD HOURS : | 100.00 | TOTAL 1.5 OT HOURS: | 0.00 | TOTAL 2.0 OT HOURS: | 0.00 | GRAND TOTAL HOURS: | 100.00 |
|---|---|---|---|---|---|---|---|

Page 1 of 3

**Project Name:**  412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Statement of Compliance**

*Date* **Wednesday, August 9, 2023**

I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.

(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 7/9/2023 and ending on 7/15/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

All comments are in the notes on the submitted Certified Payroll Report.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4)That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit
 of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

NAME:  *__Noel Melo__*
TITLE:  *__President__*


*__Electronic Signature Code: 412034-7/15/2023-0-133360637317162516__*

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.

**Project Name:**  412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
| --- | --- | --- | --- |

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034



August 09, 2023
Page 1 of 3

## WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR : STATEWIDE ELECTRICAL SERVICES, INC.<br>Prime<br>Prime | CONTRACTOR'S LICENSE No. B2G20098369<br>SPECIALTY LICENSE No.<br>FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018<br>PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME :<br>Miami-Dade County / 412034 / 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |
|---|---|---|---|
| PAYROLL No. 86 | FOR WEEK ENDING: 07/22/2023<br>SUBMITTED ON: August 09, 2023 | MOTOR CARRIER PERMIT No.    UNION N/A    SELF-INSURED CERTIFICATE No.<br>WORKERS' COMP. POLICY : | WAGE DECISION: Responsible Wages - Building |

### GONZALEZ, ESNOL

| NAME, ADDRESS, SSN, DRIVER'S LICENSE, ETHNICITY, GENDER | | WORK CLASSIFICATION, LOCATION AND TYPE | | HOURS WORKED EACH DAY | | | | | | | TOTAL HOURS | BASE HOURLY RATE | GROSS AMOUNT EARNED | | DEDUCTION . CONTRIBUTION AND PAYMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

GONZALEZ, ESNOL
7080 SW 23rd St Apt 216
Miami, FL 33155
XXX-XX-7585
EXEMPT   0   Miami-Dade County
ELECTRICAL WORKER / Electrician - Wireman / Type: Building

| | 7/16/23 | 7/17/23 | 7/18/23 | 7/19/23 | 7/20/23 | 7/21/23 | 7/22/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | 50.52 | | |
| S | | 10.00 | 10.00 | 10.00 | 10.00 | | | 40.00 | | | 2,020.80 |
| O | | | | | | | | | 0.00 | 2,020.80 | |
| D | | | | | | | | | 0.00 | | |

| Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|
| 334.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 488.59 | 2560 |
| Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,532.21 |

All or Part of Fringes Paid to Employee:
Date of Hire: 9/14/2015  1  NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 7/24/23 |

### GONZALEZ, JESUS

GONZALEZ, JESUS
2735 SW 21st Tcr
Miami, FL 33145
XXX-XX-5317
EXEMPT   1   Miami-Dade County
ELECTRICAL WORKER / Electrician - Wireman / Type: Building

| | 7/16/23 | 7/17/23 | 7/18/23 | 7/19/23 | 7/20/23 | 7/21/23 | 7/22/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | 50.52 | | |
| S | | 10.00 | 10.00 | 10.00 | 10.00 | | | 40.00 | | | 2,020.80 |
| O | | | | | | | | | 0.00 | 2,020.80 | |
| D | | | | | | | | | 0.00 | | |

| Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|
| 190.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 344.59 | 2561 |
| Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,676.21 |

All or Part of Fringes Paid to Employee:
Date of Hire: 11/7/2014  1  NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay : NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 7/24/23 |

### MELO, NOEL

MELO, NOEL   Foreman
16229 NW 84th Ave
Miami Lakes, FL 33016
XXX-XX-3544
EXEMPT   1   Miami-Dade County
ELECTRICAL WORKER / Foreman (On any job where 3-9 electricians are employed) / Type: Building

| | 7/16/23 | 7/17/23 | 7/18/23 | 7/19/23 | 7/20/23 | 7/21/23 | 7/22/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | 54.97 | | |
| S | | 5.00 | 5.00 | 5.00 | 5.00 | | | 20.00 | | | 1,200.00 |
| O | | | | | | | | | 0.00 | 1,099.40 | |
| D | | | | | | | | | 0.00 | | |

| Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|
| 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2564 |
| Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |

All or Part of Fringes Paid to Employee:
Date of Hire: 1/1/1999  12  NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|
| 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 7/24/23 |

| TOTAL STANDARD HOURS : | 100.00 | TOTAL 1.5 OT HOURS: | 0.00 | TOTAL 2.0 OT HOURS: | 0.00 | GRAND TOTAL HOURS: | 100.00 |
|---|---|---|---|---|---|---|---|

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Statement of Compliance**

*Date* **Wednesday, August 9, 2023**

**I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.**

**(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 7/16/2023 and ending on 7/22/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:**

**All comments are in the notes on the submitted Certified Payroll Report.**

**(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.**

**(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.**

**(4)That:**

**(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS**

**[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in section 4(c) below.**

**(b) WHERE FRINGE BENEFITS ARE PAID IN CASH**

**[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.**

**(c) EXCEPTIONS:**

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
| | |

REMARKS:

NAME: *__Noel Melo__*
TITLE: *__President__*


*__Electronic Signature Code: 412034-7/22/2023-0-133360638135437040__*

**THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.**

**Project Name:**  412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
|---|---|---|---|

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034



August 09, 2023
Page 1 of 3

## WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR :STATEWIDE ELECTRICAL SERVICES, INC. Prime Prime | CONTRACTOR'S LICENSE No. B2G20098369 SPECIALTY LICENSE No. FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018 PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME : Miami-Dade County / 412034 / 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |
|---|---|---|---|
| PAYROLL No. 87 | FOR WEEK ENDING: 07/29/2023 SUBMITTED ON: August 09, 2023 | MOTOR CARRIER PERMIT No. | UNION N/A | SELF-INSURED CERTIFICATE No. WORKERS' COMP. POLICY : | | WAGE DECISION: Resposible Wages - Building |

### GONZALEZ, ESNOL

| NAME, ADDRESS, SSN, DRIVER'S LICENSE, ETHNICITY, GENDER | | WORK CLASSIFICATION, LOCATION AND TYPE | | HOURS WORKED EACH DAY | | | | | | | | TOTAL HOURS | BASE HOURLY RATE | GROSS AMOUNT EARNED | | DEDUCTION . CONTRIBUTION AND PAYMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

GONZALEZ, ESNOL
7080 SW 23rd St Apt 216
Miami, FL 33155
XXX-XX-7585
EXEMPT 0
ELECTRICAL WORKER / Electrician - Wireman / Type: Building
Miami-Dade County

| | 7/23/23 | 7/24/23 | 7/25/23 | 7/26/23 | 7/27/23 | 7/28/23 | 7/29/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | 50.52 | | | 221.00 | 93.96 | 21.98 | 0.00 | 0.00 | 0.00 | 0.00 | 336.94 | 2568 |
| S | | 10.00 | 10.00 | 10.00 | | | | 30.00 | | | 1,515.60 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| O | | | | | | | | | 0.00 | 1,515.60 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,178.66 |

All or Part of Fringes Paid to Employee:
Date of Hire: 9/14/2015  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|
| 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 7/31/23 |

### GONZALEZ, JESUS

GONZALEZ, JESUS
2735 SW 21st Tcr
Miami, FL 33145
XXX-XX-5317
EXEMPT 1
ELECTRICAL WORKER / Electrician - Wireman / Type: Building
Miami-Dade County

| | 7/23/23 | 7/24/23 | 7/25/23 | 7/26/23 | 7/27/23 | 7/28/23 | 7/29/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | 50.52 | | | 129.00 | 93.96 | 21.97 | 0.00 | 0.00 | 0.00 | 0.00 | 244.93 | 2569 |
| S | | 10.00 | 10.00 | 10.00 | | | | 30.00 | | | 1,515.60 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| O | | | | | | | | | 0.00 | 1,515.60 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,270.67 |

All or Part of Fringes Paid to Employee:
Date of Hire: 11/7/2014  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay : NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|
| 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 7/31/23 |

### MELO, NOEL

MELO, NOEL                    Foreman
16229 NW 84th Ave
Miami Lakes, FL 33016
XXX-XX-3544
EXEMPT 1
ELECTRICAL WORKER / Foreman (On any job where 3-9 electricians are employed) / Type: Building
Miami-Dade County

| | 7/23/23 | 7/24/23 | 7/25/23 | 7/26/23 | 7/27/23 | 7/28/23 | 7/29/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | 54.97 | | | 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2571 |
| S | | 5.00 | 5.00 | 5.00 | 5.00 | | | 20.00 | | | 1,200.00 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| O | | | | | | | | | 0.00 | 1,099.40 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |

All or Part of Fringes Paid to Employee:
Date of Hire: 1/1/1999  12 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|
| 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 7/31/23 |

| TOTAL STANDARD HOURS : | 80.00 | TOTAL 1.5 OT HOURS: | 0.00 | TOTAL 2.0 OT HOURS: | 0.00 | GRAND TOTAL HOURS: | 80.00 |
|---|---|---|---|---|---|---|---|

Page 1 of 3

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Statement of Compliance**

*Date* **Wednesday, August 9, 2023**

I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.

(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 7/23/2023 and ending on 7/29/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

All comments are in the notes on the submitted Certified Payroll Report.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4)That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit
of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

NAME: *Noel Melo*
TITLE: *President*


*Electronic Signature Code: 412034-7/29/2023-0-133360638920982575*

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
|---|---|---|---|

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

August 09, 2023
Page 1 of 3



## WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR :STATEWIDE ELECTRICAL SERVICES, INC.<br>Prime<br><br>Prime | CONTRACTOR'S LICENSE No. B2G20098369<br>SPECIALTY LICENSE No.<br>FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018<br>PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME :<br>Miami-Dade County / 412034 / 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |
|---|---|---|---|
| PAYROLL No. 88 | FOR WEEK ENDING: 08/05/2023<br>SUBMITTED ON: August 09, 2023 | MOTOR CARRIER PERMIT No. / UNION N/A / SELF-INSURED CERTIFICATE No. WORKERS' COMP. POLICY : | WAGE DECISION: Responsible Wages - Building |

| NAME, ADDRESS, SSN, DRIVER'S LICENSE, ETHNICITY, GENDER | | WORK CLASSIFICATION, LOCATION AND TYPE | | HOURS WORKED EACH DAY | | | | | | | | TOTAL HOURS | BASE HOURLY RATE | GROSS AMOUNT EARNED | | DEDUCTION . CONTRIBUTION AND PAYMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### GONZALEZ, ESNOL

7080 SW 23rd St Apt 216
Miami, FL 33155
XXX-XX-7585
EXEMPT
0  Miami-Dade County

ELECTRICAL WORKER / Electrician - Wireman / Type: Building

| | 7/30/23 | 7/31/23 | 8/1/23 | 8/2/23 | 8/3/23 | 8/4/23 | 8/5/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | 50.52 | | 2,020.80 | 334.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 488.59 | 2575 |
| S | | 10.00 | 10.00 | 10.00 | 10.00 | | | 40.00 | | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| O | | | | | | | | | 0.00 | 2,020.80 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,532.21 |

All or Part of Fringes Paid to Employee:
Date of Hire: 9/14/2015  1 NO

Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | | 8/7/23 |

### GONZALEZ, JESUS

2735 SW 21st Tcr
Miami, FL 33145
XXX-XX-5317
EXEMPT
1  Miami-Dade County

ELECTRICAL WORKER / Electrician - Wireman / Type: Building

| | 7/30/23 | 7/31/23 | 8/1/23 | 8/2/23 | 8/3/23 | 8/4/23 | 8/5/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | 50.52 | | 2,020.80 | 190.00 | 125.29 | 29.31 | 0.00 | 0.00 | 0.00 | 0.00 | 344.60 | 2576 |
| S | | 10.00 | 10.00 | 10.00 | 10.00 | | | 40.00 | | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| O | | | | | | | | | 0.00 | 2,020.80 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,676.20 |

All or Part of Fringes Paid to Employee:
Date of Hire: 11/7/2014  1 NO

Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay : NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | | 8/7/23 |

### MELO, NOEL            Foreman

16229 NW 84th Ave
Miami Lakes, FL 33016
XXX-XX-3544
EXEMPT
1  Miami-Dade County

ELECTRICAL WORKER / Foreman (On any job where 3-9 electricians are employed) / Type: Building

| | 7/30/23 | 7/31/23 | 8/1/23 | 8/2/23 | 8/3/23 | 8/4/23 | 8/5/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | 54.97 | | 1,200.00 | 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2578 |
| S | | 5.00 | 5.00 | 5.00 | 5.00 | | | 20.00 | | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| O | | | | | | | | | 0.00 | 1,099.40 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |

All or Part of Fringes Paid to Employee:
Date of Hire: 1/1/1999  12 NO

Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | | 8/7/23 |

| TOTAL STANDARD HOURS : | 100.00 | TOTAL 1.5 OT HOURS: | 0.00 | TOTAL 2.0 OT HOURS: | 0.00 | GRAND TOTAL HOURS: | 100.00 |
|---|---|---|---|---|---|---|---|

Page 1 of 3

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

### Statement of Compliance

*Date* **Wednesday, August 9, 2023**

I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.

(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 7/30/2023 and ending on 8/5/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

All comments are in the notes on the submitted Certified Payroll Report.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4)That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit
 of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

NAME: *Noel Melo*
TITLE: *President*


*Electronic Signature Code: 412034-8/5/2023-0-133360639731741825*

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.

**Project Name:**  412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
|---|---|---|---|

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

September 11, 2023
Page 1 of 3



## WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR :STATEWIDE ELECTRICAL SERVICES, INC.<br>Prime<br><br>Prime | CONTRACTOR'S LICENSE No. B2G20098369<br>SPECIALTY LICENSE No.<br>FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018<br>PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME :<br>Miami-Dade County / 412034 / 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |
|---|---|---|---|
| PAYROLL No. 89 | FOR WEEK ENDING: 08/12/2023<br>SUBMITTED ON: September 11, 2023 | MOTOR CARRIER PERMIT No. | UNION N/A | SELF-INSURED CERTIFICATE No.<br>WORKERS' COMP. POLICY : | WAGE DECISION: Responsible Wages - Building |

| NAME, ADDRESS, SSN, DRIVER'S LICENSE, ETHNICITY, GENDER | | WORK CLASSIFICATION, LOCATION AND TYPE | | HOURS WORKED EACH DAY | | | | | | | TOTAL HOURS | BASE HOURLY RATE | GROSS AMOUNT EARNED | | DEDUCTION . CONTRIBUTION AND PAYMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### GONZALEZ, ESNOL

| | | | | 8/6/23 | 8/7/23 | 8/8/23 | 8/9/23 | 8/10/23 | 8/11/23 | 8/12/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7080 SW 23rd St Apt 216<br>Miami, FL 33155<br>XXX-XX-7585 | EXEMPT | ELECTRICAL WORKER / Electrician - Wireman / Type: Building | | S | M | T | W | TH | F | S | | | | 2,020.80 | 334.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 488.59 | 2582 |
| | | | S | | 10.00 | 10.00 | 10.00 | 10.00 | | | 40.00 | 50.52 | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| | 0 | Miami-Dade County | O | | | | | | | | | 0.00 | 2,020.80 | | | | | | | | | |
| | | | D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,532.21 |

| All or Part of Fringes Paid to Employee: | Vacation, Holiday and Dues in Gross Pay: NO | Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | | Voluntary Pension | Voluntary Medical | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date of Hire: 9/14/2015  1 NO | Voluntary Contributions in Gross Pay: NO | 40.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | | | | 8/14/23 |

### GONZALEZ, JESUS

| | | | | 8/6/23 | 8/7/23 | 8/8/23 | 8/9/23 | 8/10/23 | 8/11/23 | 8/12/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2735 SW 21st Ter<br>Miami, FL 33145<br>XXX-XX-5317 | EXEMPT | ELECTRICAL WORKER / Electrician - Wireman / Type: Building | | S | M | T | W | TH | F | S | | | | 2,020.80 | 190.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 344.59 | 2583 |
| | | | S | | 10.00 | 10.00 | 10.00 | 10.00 | | | 40.00 | 50.52 | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| | 1 | Miami-Dade County | O | | | | | | | | | 0.00 | 2,020.80 | | | | | | | | | |
| | | | D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,676.21 |

| All or Part of Fringes Paid to Employee: | Vacation, Holiday and Dues in Gross Pay: NO | Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | | Voluntary Pension | Voluntary Medical | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date of Hire: 11/7/2014  1 NO | Voluntary Contributions in Gross Pay : NO | 40.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | | | | 8/14/23 |

### MELO, NOEL    Foreman

| | | | | 8/6/23 | 8/7/23 | 8/8/23 | 8/9/23 | 8/10/23 | 8/11/23 | 8/12/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16229 NW 84th Ave<br>Miami Lakes, FL 33016<br>XXX-XX-3544 | EXEMPT | ELECTRICAL WORKER / Foreman (On any job where 3-9 electricians are employed) / Type: Building | | S | M | T | W | TH | F | S | | | | 1,200.00 | 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2585 |
| | | | S | | 5.00 | 5.00 | 5.00 | 5.00 | | | 20.00 | 54.97 | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| | 1 | Miami-Dade County | O | | | | | | | | | 0.00 | 1,099.40 | | | | | | | | | |
| | | | D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |

| All or Part of Fringes Paid to Employee: | Vacation, Holiday and Dues in Gross Pay: NO | Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | | Voluntary Pension | Voluntary Medical | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date of Hire: 1/1/1999  12 NO | Voluntary Contributions in Gross Pay: NO | 20.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | | | | 8/14/23 |

| TOTAL STANDARD HOURS : | 100.00 | TOTAL 1.5 OT HOURS: | 0.00 | TOTAL 2.0 OT HOURS: | 0.00 | GRAND TOTAL HOURS: | 100.00 |
|---|---|---|---|---|---|---|---|

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

## Statement of Compliance

*Date* **Monday, September 11, 2023**

I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.

(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 8/6/2023 and ending on 8/12/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

All comments are in the notes on the submitted Certified Payroll Report.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4)That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit
 of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

NAME: *__Noel Melo__*
TITLE: *__President__*


*__Electronic Signature Code: 412034-8/12/2023-0-133389375027554239__*

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
|---|---|---|---|

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

September 11, 2023
Page 1 of 3



## WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR :STATEWIDE ELECTRICAL SERVICES, INC.
Prime

Prime | CONTRACTOR'S LICENSE No. B2G20098369
SPECIALTY LICENSE No.
FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018
PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME :
Miami-Dade County / 412034 / 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |
|---|---|---|---|
| PAYROLL No. 90 | FOR WEEK ENDING: 08/19/2023
SUBMITTED ON: September 11, 2023 | MOTOR CARRIER PERMIT No. | UNION N/A | SELF-INSURED CERTIFICATE No.
WORKERS' COMP. POLICY : | | WAGE DECISION: Responsible Wages - Building |

| NAME, ADDRESS, SSN, DRIVER'S LICENSE, ETHNICITY, GENDER | | WORK CLASSIFICATION, LOCATION AND TYPE | | HOURS WORKED EACH DAY | | | | | | | TOTAL HOURS | BASE HOURLY RATE | GROSS AMOUNT EARNED | | DEDUCTION . CONTRIBUTION AND PAYMENTS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### GONZALEZ, ESNOL

7080 SW 23rd St Apt 216
Miami, FL 33155
XXX-XX-7585
0   Miami-Dade County

EXEMPT — ELECTRICAL WORKER / Electrician - Wireman / Type: Building

| | 8/13/23 | 8/14/23 | 8/15/23 | 8/16/23 | 8/17/23 | 8/18/23 | 8/19/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | | | | | | | | | | | | |
| S | | 10.00 | 10.00 | 10.00 | 10.00 | | | 40.00 | 50.52 | | 2,020.80 | 334.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 488.59 | 2590 |
| O | | | | | | | | | 0.00 | 2,020.80 | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,532.21 |

All or Part of Fringes Paid to Employee:
Date of Hire: 9/14/2015  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | | Voluntary Pension | Voluntary Medical | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | | | | 8/21/23 |

### GONZALEZ, JESUS

2735 SW 21st Tcr
Miami, FL 33145
XXX-XX-5317
1   Miami-Dade County

EXEMPT — ELECTRICAL WORKER / Electrician - Wireman / Type: Building

| | 8/13/23 | 8/14/23 | 8/15/23 | 8/16/23 | 8/17/23 | 8/18/23 | 8/19/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | | | | | | | | | | | | |
| S | | 10.00 | 10.00 | 10.00 | 10.00 | | | 40.00 | 50.52 | | 2,020.80 | 190.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 344.59 | 2591 |
| O | | | | | | | | | 0.00 | 2,020.80 | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,676.21 |

All or Part of Fringes Paid to Employee:
Date of Hire: 11/7/2014  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay : NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | | Voluntary Pension | Voluntary Medical | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | | | | 8/21/23 |

### MELO, NOEL    Foreman

16229 NW 84th Ave
Miami Lakes, FL 33016
XXX-XX-3544
1   Miami-Dade County

EXEMPT — ELECTRICAL WORKER / Foreman (On any job where 3-9 electricians are employed) / Type: Building

| | 8/13/23 | 8/14/23 | 8/15/23 | 8/16/23 | 8/17/23 | 8/18/23 | 8/19/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | | | | | | | | | | | | |
| S | | 5.00 | 5.00 | 5.00 | 5.00 | | | 20.00 | 54.97 | | 1,200.00 | 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2593 |
| O | | | | | | | | | 0.00 | 1,099.40 | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |

All or Part of Fringes Paid to Employee:
Date of Hire: 1/1/1999  12 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | | Voluntary Pension | Voluntary Medical | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 20.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | | | | 8/21/23 |

| TOTAL STANDARD HOURS : | 100.00 | TOTAL 1.5 OT HOURS: | 0.00 | TOTAL 2.0 OT HOURS: | 0.00 | GRAND TOTAL HOURS: | 100.00 |
|---|---|---|---|---|---|---|---|

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Statement of Compliance**

*Date* **Monday, September 11, 2023**

I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.

(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 8/13/2023 and ending on 8/19/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

All comments are in the notes on the submitted Certified Payroll Report.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4)That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit
 of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

NAME:  *__Noel Melo__*
TITLE:  *__President__*


*__Electronic Signature Code: 412034-8/19/2023-0-133389376003776327__*

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
|---|---|---|---|

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

September 11, 2023
Page 1 of 4



## WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR :STATEWIDE ELECTRICAL SERVICES, INC.<br>Prime<br><br>Prime | CONTRACTOR'S LICENSE No. B2G20098369<br>SPECIALTY LICENSE No.<br>FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018<br>PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME :<br>Miami-Dade County / 412034 / 412034 - TRACTION POWER<br>SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |
|---|---|---|---|

| PAYROLL No. 91 | FOR WEEK ENDING: 08/26/2023<br>SUBMITTED ON: September 11, 2023 | MOTOR CARRIER PERMIT No. | UNION<br>N/A | SELF-INSURED CERTIFICATE No.<br>WORKERS' COMP. POLICY : | WAGE DECISION: Resposible Wages - Building |
|---|---|---|---|---|---|

| NAME, ADDRESS, SSN, DRIVER'S LICENSE, ETHNICITY, GENDER | | WORK CLASSIFICATION, LOCATION AND TYPE | | HOURS WORKED EACH DAY | | | | | | | TOTAL HOURS | BASE HOURLY RATE | GROSS AMOUNT EARNED | | DEDUCTION . CONTRIBUTION AND PAYMENTS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**GONZALEZ, ESNOL**

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GONZALEZ, ESNOL<br>7080 SW 23rd St Apt 216<br>Miami, FL 33155<br>XXX-XX-7585 | EXEMPT<br>0 | ELECTRICAL WORKER /<br>Electrician - Wireman / Type:<br>Building<br><br>Miami-Dade County | | 8/20/23 | 8/21/23 | 8/22/23 | 8/23/23 | 8/24/23 | 8/25/23 | 8/26/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
| | | | | S | M | T | W | TH | F | S | | 50.52 | | 2,020.80 | 334.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 488.59 | 2598 |
| | | | S | | 10.00 | 10.00 | 10.00 | 10.00 | | | 40.00 | | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| | | | O | | | | | | | | | 0.00 | 2,020.80 | | | | | | | | | | |
| | | | D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,532.21 |

All or Part of Fringes Paid to Employee:
Date of Hire: 9/14/2015  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | 8/28/23 |

**GONZALEZ, JESUS**

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GONZALEZ, JESUS<br>2735 SW 21st Tcr<br>Miami, FL 33145<br>XXX-XX-5317 | EXEMPT<br>1 | ELECTRICAL WORKER /<br>Electrician - Wireman / Type:<br>Building<br><br>Miami-Dade County | | 8/20/23 | 8/21/23 | 8/22/23 | 8/23/23 | 8/24/23 | 8/25/23 | 8/26/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
| | | | | S | M | T | W | TH | F | S | | 50.52 | | 2,020.80 | 190.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 344.59 | 2599 |
| | | | S | | 10.00 | 10.00 | 10.00 | 10.00 | | | 40.00 | | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| | | | O | | | | | | | | | 0.00 | 2,020.80 | | | | | | | | | | |
| | | | D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,676.21 |

All or Part of Fringes Paid to Employee:
Date of Hire: 11/7/2014  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay : NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | 8/28/23 |

**MELO, NOEL**   Foreman

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MELO, NOEL<br>16229 NW 84th Ave<br>Miami Lakes, FL 33016<br>XXX-XX-3544 | EXEMPT<br>1 | ELECTRICAL WORKER /<br>Foreman (On any job where 3-9 electricians are employed) / Type:<br>Building<br><br>Miami-Dade County | | 8/20/23 | 8/21/23 | 8/22/23 | 8/23/23 | 8/24/23 | 8/25/23 | 8/26/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
| | | | | S | M | T | W | TH | F | S | | 54.97 | | 1,200.00 | 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2602 |
| | | | S | | 5.00 | 5.00 | 5.00 | 5.00 | | | 20.00 | | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| | | | O | | | | | | | | | 0.00 | 1,099.40 | | | | | | | | | | |
| | | | D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |

All or Part of Fringes Paid to Employee:
Date of Hire: 1/1/1999  12 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay : NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|
| 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | 8/28/23 |

Page 1 of 4

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE

**Project Code / Contract # / FIN:** 412034

| | | | 8/20/23 | 8/21/23 | 8/22/23 | 8/23/23 | 8/24/23 | 8/25/23 | 8/26/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VAILLANT, ANGEL<br>275 NE 55th Ter<br>Miami, FL 33137<br>XXX-XX-7850 | EXEMPT | ELECTRICAL WORKER / Electrician - Wireman / Type: Building | | S | M | T | W | TH | F | S | | | | | 199.00 | 87.70 | 20.51 | 0.00 | 0.00 | 0.00 | 0.00 | 307.21 | 2595 |
| | | | S | | 7.00 | 7.00 | 7.00 | 7.00 | | | 28.00 | 50.52 | | 1,414.56 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| | 0 | Miami-Dade County | O | | | | | | | | | 0.00 | 1,414.56 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | D | | | | | | | | | 0.00 | | | | | | | | | | | 1,107.35 |

| All or Part of Fringes Paid to Employee: | | Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date of Hire: 7/8/2012 12 NO | Vacation, Holiday and Dues in Gross Pay: NO<br>Voluntary Contributions in Gross Pay: NO | 28.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | | 8/28/23 |

| TOTAL STANDARD HOURS : | 128.00 | TOTAL 1.5 OT HOURS: | 0.00 | TOTAL 2.0 OT HOURS: | 0.00 | GRAND TOTAL HOURS: | 128.00 |
|---|---|---|---|---|---|---|---|

Page 2 of 4

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Statement of Compliance**

*Date* **Monday, September 11, 2023**

I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.

(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 8/20/2023 and ending on 8/26/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

All comments are in the notes on the submitted Certified Payroll Report.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4)That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit
 of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

NAME:  *__Noel Melo__*
TITLE:  *__President__*


*__Electronic Signature Code: 412034-8/26/2023-0-133389376853781882__*

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.

**Project Name:**  412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
|---|---|---|---|

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

September 11, 2023
Page 1 of 3



## WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR :STATEWIDE ELECTRICAL SERVICES, INC. Prime Prime | CONTRACTOR'S LICENSE No. B2G20098369 SPECIALTY LICENSE No. FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018 PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME : Miami-Dade County / 412034 / 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |
|---|---|---|---|
| PAYROLL No. 92 | FOR WEEK ENDING: 09/02/2023 SUBMITTED ON: September 11, 2023 | MOTOR CARRIER PERMIT No.   UNION N/A   SELF-INSURED CERTIFICATE No. WORKERS' COMP. POLICY : | WAGE DECISION: Responsible Wages - Building |

### GONZALEZ, ESNOL

7080 SW 23rd St Apt 216
Miami, FL 33155
XXX-XX-7585

Work Classification: ELECTRICAL WORKER / Electrician - Wireman / Type: Building
Miami-Dade County
EXEMPT  0

Date of Hire: 9/14/2015  1 NO

| | S | M | T | W | TH | F | S | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8/27/23 | 8/28/23 | 8/29/23 | 8/30/23 | 8/31/23 | 9/1/23 | 9/2/23 | | | | |
| S | | | 8.00 | | | | | 8.00 | 50.52 | | 404.16 |
| O | | | | | | | | | 0.00 | 404.16 | |
| D | | | | | | | | | 0.00 | | |

| Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|
| 32.00 | 25.06 | 5.87 | 0.00 | 0.00 | 0.00 | 0.00 | 62.93 | 2604 |
| Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 341.23 |

All or Part of Fringes Paid to Employee:
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|
| 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 9/5/23 |

### GONZALEZ, JESUS

2735 SW 21st Ter
Miami, FL 33145
XXX-XX-5317

Work Classification: ELECTRICAL WORKER / Electrician - Wireman / Type: Building
Miami-Dade County
EXEMPT  1

Date of Hire: 11/7/2014  1 NO

| | S | M | T | W | TH | F | S | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8/27/23 | 8/28/23 | 8/29/23 | 8/30/23 | 8/31/23 | 9/1/23 | 9/2/23 | | | | |
| S | | | 8.00 | | | | | 8.00 | 50.52 | | 404.16 |
| O | | | | | | | | | 0.00 | 404.16 | |
| D | | | | | | | | | 0.00 | | |

| Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|
| 4.00 | 25.06 | 5.86 | 0.00 | 0.00 | 0.00 | 0.00 | 34.92 | 2605 |
| Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 369.24 |

All or Part of Fringes Paid to Employee:
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay : NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|
| 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 9/5/23 |

### MELO, NOEL    Foreman

16229 NW 84th Ave
Miami Lakes, FL 33016
XXX-XX-3544

Work Classification: ELECTRICAL WORKER / Foreman (On any job where 3-9 electricians are employed) / Type: Building
Miami-Dade County
EXEMPT  1

Date of Hire: 1/1/1999  12 NO

| | S | M | T | W | TH | F | S | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8/27/23 | 8/28/23 | 8/29/23 | 8/30/23 | 8/31/23 | 9/1/23 | 9/2/23 | | | | |
| S | | 5.00 | 5.00 | 8.00 | | | | 18.00 | 54.97 | | 1,200.00 |
| O | | | | | | | | | 0.00 | 989.46 | |
| D | | | | | | | | | 0.00 | | |

| Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|
| 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2607 |
| Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |

All or Part of Fringes Paid to Employee:
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Voluntary Pension | Voluntary Medical | | | | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|
| 18.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 9/5/23 |

| TOTAL STANDARD HOURS : | 34.00 | TOTAL 1.5 OT HOURS: | 0.00 | TOTAL 2.0 OT HOURS: | 0.00 | GRAND TOTAL HOURS: | 34.00 |
|---|---|---|---|---|---|---|---|

Page 1 of 3

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Statement of Compliance**

*Date* **Monday, September 11, 2023**

I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.

(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 8/27/2023 and ending on 9/2/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

All comments are in the notes on the submitted Certified Payroll Report.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4)That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit
 of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

NAME: *Noel Melo*
TITLE: *President*


*Electronic Signature Code: 412034-9/2/2023-0-133389377767360734*

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.

**Project Name:**  412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
|---|---|---|---|

Project Name:  412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
Project Code / Contract # / FIN: 412034

October 10, 2023
Page 1 of 4



## WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR :STATEWIDE ELECTRICAL SERVICES, INC.<br>Prime<br><br>Prime | CONTRACTOR'S LICENSE No. B2G20098369<br>SPECIALTY LICENSE No.<br>FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018<br>PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME :<br>Miami-Dade County / 412034 / 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |
|---|---|---|---|
| PAYROLL No. 93 | FOR WEEK ENDING: 09/09/2023<br>SUBMITTED ON: October 10, 2023 | MOTOR CARRIER PERMIT No. | UNION<br>N/A | SELF-INSURED CERTIFICATE No.<br>WORKERS' COMP. POLICY : | WAGE DECISION: Respousible Wages - Building |

**GONZALEZ, ESNOL**
7080 SW 23rd St Apt 216
Miami, FL 33155
XXX-XX-7585
EXEMPT  0  Miami-Dade County  WD: 2023 Building

Work Classification: ELECTRICAL WORKER / Electrician - Wireman / Type: Building

| | 9/3/23 | 9/4/23 | 9/5/23 | 9/6/23 | 9/7/23 | 9/8/23 | 9/9/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | 50.52 | | 2,020.80 | 334.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 488.59 | 2613 |
| S | | | 10.00 | 10.00 | 10.00 | 10.00 | | 40.00 | | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | Total Fringes Paid to 3rd | Net Paid Week |
| O | | | | | | | | | 0.00 | 2,020.80 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,532.21 |

All or Part of Fringes Paid to Employee:
Date of Hire: 9/14/2015  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Total Base Rate + Fringes | Voluntary Pension | Voluntary Medical | H & W Rate | Pension Rate | Vac Hol Rate | Training Rate | All Other Rate | Total Fringe Rate to 3rd | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 50.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9/11/23 |

**GONZALEZ, JESUS**
2735 SW 21st Tcr
Miami, FL 33145
XXX-XX-5317
EXEMPT  1  Miami-Dade County  WD: 2023 Building

Work Classification: ELECTRICAL WORKER / Electrician - Wireman / Type: Building

| | 9/3/23 | 9/4/23 | 9/5/23 | 9/6/23 | 9/7/23 | 9/8/23 | 9/9/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | 50.52 | | 2,020.80 | 190.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 344.59 | 2614 |
| S | | | 10.00 | 10.00 | 10.00 | 10.00 | | 40.00 | | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | Total Fringes Paid to 3rd | Net Paid Week |
| O | | | | | | | | | 0.00 | 2,020.80 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,676.21 |

All or Part of Fringes Paid to Employee:
Date of Hire: 11/7/2014  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay : NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Total Base Rate + Fringes | Voluntary Pension | Voluntary Medical | H & W Rate | Pension Rate | Vac Hol Rate | Training Rate | All Other Rate | Total Fringe Rate to 3rd | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 50.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9/11/23 |

**MELO, NOEL**  Foreman
16229 NW 84th Ave
Miami Lakes, FL 33016
XXX-XX-3544
EXEMPT  1  Miami-Dade County  WD: 2023 Building

Work Classification: ELECTRICAL WORKER / Foreman (On any job where 3-9 electricians are employed) / Type: Building

| | 9/3/23 | 9/4/23 | 9/5/23 | 9/6/23 | 9/7/23 | 9/8/23 | 9/9/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | 54.97 | | 1,200.00 | 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2617 |
| S | | | 5.00 | 5.00 | 5.00 | 5.00 | | 20.00 | | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | Total Fringes Paid to 3rd | Net Paid Week |
| O | | | | | | | | | 0.00 | 1,099.40 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |

All or Part of Fringes Paid to Employee:
Date of Hire: 1/1/1999  12 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Total Base Rate + Fringes | Voluntary Pension | Voluntary Medical | H & W Rate | Pension Rate | Vac Hol Rate | Training Rate | All Other Rate | Total Fringe Rate to 3rd | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20.00 | 0.00 | 0.00 | 54.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9/11/23 |

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

| VAILLANT, ANGEL<br>275 NE 55th Ter<br>Miami, FL 33137<br>XXX-XX-7850 | EXEMPT | ELECTRICAL WORKER /<br>Electrician - Wireman / Type:<br>Building | | 9/3/23 | 9/4/23 | 9/5/23 | 9/6/23 | 9/7/23 | 9/8/23 | 9/9/23 | TOTAL<br>HOURS<br>THIS<br>PROJECT | BASE<br>HOURLY<br>RATE<br>OF PAY | THIS<br>PROJECT | ALL<br>PROJECTS | Federal Tax | Social<br>Security | Medicare | State Tax | Local Taxes<br>/ SDI | Other | Savings | Total<br>Deduction | Check<br>No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | S | M | T | W | TH | F | S | | 50.52 | | | 110.00 | 62.65 | 14.65 | 0.00 | 0.00 | 0.00 | 0.00 | 187.30 | 2610 |
| | | | S | | | 5.00 | 5.00 | 5.00 | 5.00 | | 20.00 | | | 1,010.40 | Vac/Dues | Trav.<br>Subs. | Health<br>& Welfare | Pension | Vacation<br>Holiday | Training | All Other | Total Fringes<br>Paid to 3rd | Net Paid<br>Week |
| | | | O | | | | | | | | | | 0.00 | 1,010.40 | | | | | | | | | | |
| | 0 | Miami-Dade County<br>WD: 2023 Building | D | | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 823.10 |
| All or Part of Fringes Paid to Employee: | | | | | | | | | | | Total Hours<br>All Projects | Rate in Lieu<br>of Fringes: | Total in Lieu<br>of Fringes | Total Base<br>Rate + Fringes | Voluntary<br>Pension | Voluntary<br>Medical | H & W<br>Rate | Pension<br>Rate | Vac Hol<br>Rate | Training<br>Rate | All Other<br>Rate | Total Fringe<br>Rate to 3rd | Payroll<br>Payment Date |
| Date of Hire: 7/8/2012  12 NO | | Vacation, Holiday and Dues in Gross Pay: NO<br>Voluntary Contributions in Gross Pay: NO | | | | | | | | | 20.00 | 0.00 | 0.00 | 50.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9/11/23 |

| TOTAL STANDARD HOURS : | 120.00 | TOTAL 1.5 OT HOURS: | 0.00 | TOTAL 2.0 OT HOURS: | 0.00 | GRAND TOTAL HOURS: | 120.00 |
|---|---|---|---|---|---|---|---|

Page 2 of 4

**Statement of Compliance**

*Date* **Tuesday, October 10, 2023**

**I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.**
**(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 9/3/2023 and ending on 9/9/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:**
**All comments are in the notes on the submitted Certified Payroll Report.**
**(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.**
**(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.**
**(4)That:**
**(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS**
**[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit**
**of such employees, except as noted in section 4(c) below.**
**(b) WHERE FRINGE BENEFITS ARE PAID IN CASH**
**[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.**

**(c) EXCEPTIONS:**

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

NAME: *__Noel Melo__*
TITLE: *__President__*

*__Electronic Signature Code: 412034-9/9/2023-0-133414425712541305__*

**THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.**

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
|---|---|---|---|

Project Name:  412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE

Project Code / Contract # / FIN: 412034

October 10, 2023
Page 1 of 4



## WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR :STATEWIDE ELECTRICAL SERVICES, INC.<br>Prime<br><br>Prime | CONTRACTOR'S LICENSE No. B2G20098369<br>SPECIALTY LICENSE No.<br>FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018<br>PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME :<br>Miami-Dade County / 412034 / 412034 - TRACTION POWER<br>SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |

| PAYROLL No. 94 | FOR WEEK ENDING: 09/16/2023<br>SUBMITTED ON: October 10, 2023 | MOTOR CARRIER PERMIT No. | UNION<br>N/A | SELF-INSURED CERTIFICATE No.<br>WORKERS' COMP. POLICY : | WAGE DECISION: Respousible Wages - Building |

### GONZALEZ, ESNOL

| NAME, ADDRESS, SSN, DRIVER'S LICENSE, ETHNICITY, GENDER | | WORK CLASSIFICATION, LOCATION AND TYPE | | HOURS WORKED EACH DAY | | | | | | | | TOTAL HOURS | BASE HOURLY RATE | GROSS AMOUNT EARNED | | DEDUCTION . CONTRIBUTION AND PAYMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GONZALEZ, ESNOL<br><br>7080 SW 23rd St Apt 216<br>Miami, FL 33155<br>XXX-XX-7585 | EXEMPT | ELECTRICAL WORKER /<br>Electrician - Wireman / Type:<br>Building | | 9/10/23 | 9/11/23 | 9/12/23 | 9/13/23 | 9/14/23 | 9/15/23 | 9/16/23 | | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
| | | | | S | M | T | W | TH | F | S | | | 50.52 | | 2,020.80 | 334.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 488.59 | 2622 |
| | | | S | | 10.00 | 10.00 | 10.00 | 10.00 | | | 40.00 | | | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | Total Fringes Paid to 3rd | Net Paid Week |
| | 0 | Miami-Dade County | O | | | | | | | | | | 0.00 | 2,020.80 | | | | | | | | | | |
| | | WD: 2023 Building | D | | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,532.21 |
| All or Part of Fringes Paid to Employee:<br>Date of Hire: 9/14/2015  1 NO | | Vacation, Holiday and Dues in Gross Pay:  NO<br>Voluntary Contributions in Gross Pay:  NO | | | | | | | | | | Total Hours All Projects<br>40.00 | Rate in Lieu of Fringes:<br>0.00 | Total in Lieu of Fringes<br>0.00 | Total Base Rate + Fringes<br>50.52 | Voluntary Pension<br>0.00 | Voluntary Medical<br>0.00 | H & W Rate<br>0.00 | Pension Rate<br>0.00 | Vac Hol Rate<br>0.00 | Training Rate<br>0.00 | All Other Rate<br>0.00 | Total Fringe Rate to 3rd<br>0.00 | Payroll Payment Date<br>9/18/23 |

### GONZALEZ, JESUS

| GONZALEZ, JESUS<br><br>2735 SW 21st Tcr<br>Miami, FL 33145<br>XXX-XX-5317 | EXEMPT | ELECTRICAL WORKER /<br>Electrician - Wireman / Type:<br>Building | | 9/10/23 | 9/11/23 | 9/12/23 | 9/13/23 | 9/14/23 | 9/15/23 | 9/16/23 | | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | S | M | T | W | TH | F | S | | | 50.52 | | 2,020.80 | 190.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 344.59 | 2623 |
| | | | S | | 10.00 | 10.00 | 10.00 | 10.00 | | | 40.00 | | | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | Total Fringes Paid to 3rd | Net Paid Week |
| | 1 | Miami-Dade County | O | | | | | | | | | | 0.00 | 2,020.80 | | | | | | | | | | |
| | | WD: 2023 Building | D | | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,676.21 |
| All or Part of Fringes Paid to Employee:<br>Date of Hire: 11/7/2014  1 NO | | Vacation, Holiday and Dues in Gross Pay:  NO<br>Voluntary Contributions in Gross Pay :  NO | | | | | | | | | | Total Hours All Projects<br>40.00 | Rate in Lieu of Fringes:<br>0.00 | Total in Lieu of Fringes<br>0.00 | Total Base Rate + Fringes<br>50.52 | Voluntary Pension<br>0.00 | Voluntary Medical<br>0.00 | H & W Rate<br>0.00 | Pension Rate<br>0.00 | Vac Hol Rate<br>0.00 | Training Rate<br>0.00 | All Other Rate<br>0.00 | Total Fringe Rate to 3rd<br>0.00 | Payroll Payment Date<br>9/18/23 |

### MELO, NOEL

| MELO, NOEL                    Foreman<br><br>16229 NW 84th Ave<br>Miami Lakes, FL 33016<br>XXX-XX-3544 | EXEMPT | ELECTRICAL WORKER /<br>Foreman (On any job where 3-0<br>electricians are employed) / Type:<br>Building | | 9/10/23 | 9/11/23 | 9/12/23 | 9/13/23 | 9/14/23 | 9/15/23 | 9/16/23 | | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | S | M | T | W | TH | F | S | | | 54.97 | | 1,200.00 | 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2625 |
| | | | S | | 5.00 | 5.00 | 5.00 | 5.00 | | | 20.00 | | | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | Total Fringes Paid to 3rd | Net Paid Week |
| | 1 | Miami-Dade County | O | | | | | | | | | | 0.00 | 1,099.40 | | | | | | | | | | |
| | | WD: 2023 Building | D | | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |
| All or Part of Fringes Paid to Employee:<br>Date of Hire: 1/1/1999  12 NO | | Vacation, Holiday and Dues in Gross Pay:  NO<br>Voluntary Contributions in Gross Pay:  NO | | | | | | | | | | Total Hours All Projects<br>20.00 | Rate in Lieu of Fringes:<br>0.00 | Total in Lieu of Fringes<br>0.00 | Total Base Rate + Fringes<br>54.97 | Voluntary Pension<br>0.00 | Voluntary Medical<br>0.00 | H & W Rate<br>0.00 | Pension Rate<br>0.00 | Vac Hol Rate<br>0.00 | Training Rate<br>0.00 | All Other Rate<br>0.00 | Total Fringe Rate to 3rd<br>0.00 | Payroll Payment Date<br>9/18/23 |

Page 1 of 4

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

| VAILLANT, ANGEL 275 NE 55th Ter Miami, FL 33137  XXX-XX-7850 | EXEMPT 0 | ELECTRICAL WORKER / Electrician - Wireman / Type: Building  Miami-Dade County WD: 2023 Building | | 9/10/23 S | 9/11/23 M | 9/12/23 T | 9/13/23 W | 9/14/23 TH | 9/15/23 F | 9/16/23 S | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 44.00 | 31.32 | 7.32 | 0.00 | 0.00 | 0.00 | 0.00 | 82.64 | 2619 |
| | | | S | | | 5.00 | | 5.00 | | | 10.00 | 50.52 | | 505.20 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | Total Fringes Paid to 3rd | Net Paid Week |
| | | | O | | | | | | | | | 0.00 | 505.20 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 422.56 |
| | | | D | | | | | | | | | 0.00 | | | | | | | | | | | |

| All or Part of Fringes Paid to Employee:  Date of Hire: 7/8/2012  12 NO | Vacation, Holiday and Dues in Gross Pay: NO Voluntary Contributions in Gross Pay: NO | Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Total Base Rate + Fringes | Voluntary Pension | Voluntary Medical | H & W Rate | Pension Rate | Vac Hol Rate | Training Rate | All Other Rate | Total Fringe Rate to 3rd | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 10.00 | 0.00 | 0.00 | 50.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9/18/23 |

| TOTAL STANDARD HOURS : | 110.00 | TOTAL 1.5 OT HOURS: | 0.00 | TOTAL 2.0 OT HOURS: | 0.00 | GRAND TOTAL HOURS: | 110.00 |
|---|---|---|---|---|---|---|---|

Page 2 of 4

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Statement of Compliance**

*Date* **Tuesday, October 10, 2023**

I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.

(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 9/10/2023 and ending on 9/16/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

All comments are in the notes on the submitted Certified Payroll Report.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4)That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit
 of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

NAME:  *Noel Melo*
TITLE:  *President*

*Electronic Signature Code: 412034-9/16/2023-0-133414426753155747*

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
|---|---|---|---|

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE

**Project Code / Contract # / FIN:** 412034

October 10, 2023
Page 1 of 4



## WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR :STATEWIDE ELECTRICAL SERVICES, INC. Prime  Prime | CONTRACTOR'S LICENSE No. B2G20098369  SPECIALTY LICENSE No.  FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018  PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME :  Miami-Dade County / 412034 / 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |
|---|---|---|---|
| PAYROLL No. 95 | FOR WEEK ENDING: 09/23/2023  SUBMITTED ON: October 10, 2023 | MOTOR CARRIER PERMIT No. | UNION N/A | SELF-INSURED CERTIFICATE No.  WORKERS' COMP. POLICY : | WAGE DECISION: Responsible Wages - Building |

| NAME, ADDRESS, SSN, DRIVER'S LICENSE, ETHNICITY, GENDER | | WORK CLASSIFICATION, LOCATION AND TYPE | | HOURS WORKED EACH DAY | | | | | | | | TOTAL HOURS | BASE HOURLY RATE | GROSS AMOUNT EARNED | | DEDUCTION . CONTRIBUTION AND PAYMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### GONZALEZ, ESNOL

7080 SW 23rd St Apt 216
Miami, FL 33155
XXX-XX-7585
EXEMPT
0 Miami-Dade County
WD: 2023 Building

ELECTRICAL WORKER / Electrician - Wireman / Type: Building

| | 9/17/23 | 9/18/23 | 9/19/23 | 9/20/23 | 9/21/23 | 9/22/23 | 9/23/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | 50.52 | | 1,717.68 | 265.00 | 106.50 | 24.90 | 0.00 | 0.00 | 0.00 | 0.00 | 396.40 | 2630 |
| S | | 10.00 | 4.00 | 10.00 | 10.00 | | | 34.00 | | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | Total Fringes Paid to 3rd | Net Paid Week |
| O | | | | | | | | | 0.00 | 1,717.68 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,321.28 |

All or Part of Fringes Paid to Employee:
Date of Hire: 9/14/2015  1 NO

Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Total Base Rate + Fringes | Voluntary Pension | Voluntary Medical | H & W Rate | Pension Rate | Vac Hol Rate | Training Rate | All Other Rate | Total Fringe Rate to 3rd | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34.00 | 0.00 | 0.00 | 50.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9/25/23 |

### GONZALEZ, JESUS

2735 SW 21st Tcr
Miami, FL 33145
XXX-XX-5317
EXEMPT
1 Miami-Dade County
WD: 2023 Building

ELECTRICAL WORKER / Electrician - Wireman / Type: Building

| | 9/17/23 | 9/18/23 | 9/19/23 | 9/20/23 | 9/21/23 | 9/22/23 | 9/23/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | 50.52 | | 2,020.80 | 190.00 | 125.29 | 29.31 | 0.00 | 0.00 | 0.00 | 0.00 | 344.60 | 2631 |
| S | | 10.00 | 2.00 | 10.00 | 10.00 | 8.00 | | 40.00 | | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | Total Fringes Paid to 3rd | Net Paid Week |
| O | | | | | | | | | 0.00 | 2,020.80 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,676.20 |

All or Part of Fringes Paid to Employee:
Date of Hire: 11/7/2014  1 NO

Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Total Base Rate + Fringes | Voluntary Pension | Voluntary Medical | H & W Rate | Pension Rate | Vac Hol Rate | Training Rate | All Other Rate | Total Fringe Rate to 3rd | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 50.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9/25/23 |

### MELO, NOEL    Foreman

16229 NW 84th Ave
Miami Lakes, FL 33016
XXX-XX-3544
EXEMPT
1 Miami-Dade County
WD: 2023 Building

ELECTRICAL WORKER / Foreman (On any job where 3-9 electricians are employed) / Type: Building

| | 9/17/23 | 9/18/23 | 9/19/23 | 9/20/23 | 9/21/23 | 9/22/23 | 9/23/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | 54.97 | | 1,200.00 | 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2633 |
| S | | 5.00 | 1.00 | 5.00 | 5.00 | 4.00 | | 20.00 | | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | Total Fringes Paid to 3rd | Net Paid Week |
| O | | | | | | | | | 0.00 | 1,099.40 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |

All or Part of Fringes Paid to Employee:
Date of Hire: 1/1/1999  12 NO

Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Total Base Rate + Fringes | Voluntary Pension | Voluntary Medical | H & W Rate | Pension Rate | Vac Hol Rate | Training Rate | All Other Rate | Total Fringe Rate to 3rd | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20.00 | 0.00 | 0.00 | 54.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9/25/23 |

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

| | | | | 9/17/23 | 9/18/23 | 9/19/23 | 9/20/23 | 9/21/23 | 9/22/23 | 9/23/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VAILLANT, ANGEL 275 NE 55th Ter Miami, FL 33137 XXX-XX-7850 | EXEMPT | | ELECTRICAL WORKER / Electrician - Wireman / Type: Building | | S | M | T | W | TH | F | S | | | | | | | | | | | | |
| | | | | | 5.00 | | 5.00 | 5.00 | 5.00 | | 20.00 | 50.52 | | 1,010.40 | 110.00 | 62.65 | 14.66 | 0.00 | 0.00 | 0.00 | 0.00 | 187.31 | 2627 |
| | | | | S | | | | | | | | | 0.00 | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | Total Fringes Paid to 3rd | Net Paid Week |
| | | 0 | Miami-Dade County WD: 2023 Building | O | | | | | | | | | | 1,010.40 | | | | | | | | | | |
| | | | | D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 823.09 |
| All or Part of Fringes Paid to Employee: Date of Hire: 7/8/2012  12 NO | | | Vacation, Holiday and Dues in Gross Pay: NO Voluntary Contributions in Gross Pay: NO | | | | | | | | | Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Total Base Rate + Fringes | Voluntary Pension | Voluntary Medical | H & W Rate | Pension Rate | Vac Hol Rate | Training Rate | All Other Rate | Total Fringe Rate to 3rd | Payroll Payment Date |
| | | | | | | | | | | | | 20.00 | 0.00 | 0.00 | 50.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 9/25/23 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TOTAL STANDARD HOURS :** | 114.00 | **TOTAL 1.5 OT HOURS:** | 0.00 | **TOTAL 2.0 OT HOURS:** | 0.00 | **GRAND TOTAL HOURS:** | 114.00 |

Page 2 of 4

**Project Name:**  412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Statement of Compliance**

*Date* **Tuesday, October 10, 2023**

I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.

(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 9/17/2023 and ending on 9/23/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

All comments are in the notes on the submitted Certified Payroll Report.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4)That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit
 of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

NAME: *__Noel Melo__*
TITLE: *__President__*


*__Electronic Signature Code: 412034-9/23/2023-0-133414427478636105__*

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
|---|---|---|---|

Project Name: 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
Project Code / Contract # / FIN: 412034

October 10, 2023
Page 1 of 4



## WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR :STATEWIDE ELECTRICAL SERVICES, INC. Prime Prime | CONTRACTOR'S LICENSE No. B2G20098369 SPECIALTY LICENSE No. FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018 PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME : Miami-Dade County / 412034 / 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |
|---|---|---|---|
| PAYROLL No. 96 | FOR WEEK ENDING: 09/30/2023 SUBMITTED ON: October 10, 2023 | MOTOR CARRIER PERMIT No. | UNION N/A | SELF-INSURED CERTIFICATE No. WORKERS' COMP. POLICY : | WAGE DECISION: Responsible Wages - Building |

| NAME, ADDRESS, SSN, DRIVER'S LICENSE, ETHNICITY, GENDER | | WORK CLASSIFICATION, LOCATION AND TYPE | | HOURS WORKED EACH DAY | | | | | | | TOTAL HOURS | BASE HOURLY RATE | GROSS AMOUNT EARNED | | DEDUCTION . CONTRIBUTION AND PAYMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**GONZALEZ, ESNOL**
7080 SW 23rd St Apt 216
Miami, FL 33155
XXX-XX-7585
0  Miami-Dade County
WD: 2023 Building
ELECTRICAL WORKER / Electrician - Wireman / Type: Building
EXEMPT

| | 9/24/23 | 9/25/23 | 9/26/23 | 9/27/23 | 9/28/23 | 9/29/23 | 9/30/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | | | | 334.00 | 125.24 | 29.29 | 0.00 | 0.00 | 0.00 | 0.00 | 488.53 | 2646 |
| S | | 10.00 | 10.00 | | 10.00 | 9.50 | | 39.50 | 50.52 | | 2,020.00 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | Total Fringes Paid to 3rd | Net Paid Week |
| O | | | | | | | | | 0.00 | 1,995.54 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,531.47 |

All or Part of Fringes Paid to Employee:
Date of Hire: 9/14/2015  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Total Base Rate + Fringes | Voluntary Pension | Voluntary Medical | H & W Rate | Pension Rate | Vac Hol Rate | Training Rate | All Other Rate | Total Fringe Rate to 3rd | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 39.50 | 0.00 | 0.00 | 50.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10/2/23 |

**GONZALEZ, JESUS**
2735 SW 21st Ter
Miami, FL 33145
XXX-XX-5317
1  Miami-Dade County
WD: 2023 Building
ELECTRICAL WORKER / Electrician - Wireman / Type: Building
EXEMPT

| | 9/24/23 | 9/25/23 | 9/26/23 | 9/27/23 | 9/28/23 | 9/29/23 | 9/30/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | | | | 190.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 344.59 | 2647 |
| S | | 10.00 | 10.00 | | 10.00 | 10.00 | | 40.00 | 50.52 | | 2,020.80 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | Total Fringes Paid to 3rd | Net Paid Week |
| O | | | | | | | | | 0.00 | 2,020.80 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,676.21 |

All or Part of Fringes Paid to Employee:
Date of Hire: 11/7/2014  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Total Base Rate + Fringes | Voluntary Pension | Voluntary Medical | H & W Rate | Pension Rate | Vac Hol Rate | Training Rate | All Other Rate | Total Fringe Rate to 3rd | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 50.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10/2/23 |

**MELO, NOEL** — Foreman
16229 NW 84th Ave
Miami Lakes, FL 33016
XXX-XX-3544
1  Miami-Dade County
WD: 2023 Building
ELECTRICAL WORKER / Foreman (On any job where 3-9 electricians are employed) / Type: Building
EXEMPT

| | 9/24/23 | 9/25/23 | 9/26/23 | 9/27/23 | 9/28/23 | 9/29/23 | 9/30/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | | | | 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2649 |
| S | | 5.00 | 5.00 | | 5.00 | 5.00 | | 20.00 | 54.97 | | 1,200.00 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | Total Fringes Paid to 3rd | Net Paid Week |
| O | | | | | | | | | 0.00 | 1,099.40 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |

All or Part of Fringes Paid to Employee:
Date of Hire: 1/1/1999  12 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Total Base Rate + Fringes | Voluntary Pension | Voluntary Medical | H & W Rate | Pension Rate | Vac Hol Rate | Training Rate | All Other Rate | Total Fringe Rate to 3rd | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20.00 | 0.00 | 0.00 | 54.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10/2/23 |

Page 1 of 4

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

| VAILLANT, ANGEL<br>275 NE 55th Ter<br>Miami, FL 33137<br>XXX-XX-7850 | EXEMPT | ELECTRICAL WORKER /<br>Electrician - Wireman / Type:<br>Building | | 9/24/23 | 9/25/23 | 9/26/23 | 9/27/23 | 9/28/23 | 9/29/23 | 9/30/23 | TOTAL<br>HOURS<br>THIS<br>PROJECT | BASE<br>HOURLY<br>RATE<br>OF PAY | THIS<br>PROJECT | ALL<br>PROJECTS | Federal Tax | Social<br>Security | Medicare | State Tax | Local Taxes<br>/ SDI | Other | Savings | Total<br>Deduction | Check<br>No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | S | M | T | W | TH | F | S | | 50.52 | | | 110.00 | 62.64 | 14.65 | 0.00 | 0.00 | 0.00 | 0.00 | 187.29 | 2643 |
| | | | S | | 5.00 | 5.00 | | 5.00 | 5.00 | | 20.00 | | | 1,010.40 | Vac/Dues | Trav.<br>Subs. | Health<br>& Welfare | Pension | Vacation<br>Holiday | Training | All Other | Total Fringes<br>Paid to 3rd | Net Paid<br>Week |
| | 0 | Miami-Dade County | O | | | | | | | | | | 0.00 | 1,010.40 | | | | | | | | | | |
| | | WD: 2023 Building | D | | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 823.11 |

| All or Part of Fringes Paid to Employee: | | | | Total Hours<br>All Projects | Rate in Lieu<br>of Fringes: | Total in Lieu<br>of Fringes | Total Base<br>Rate + Fringes | Voluntary<br>Pension | Voluntary<br>Medical | H & W<br>Rate | Pension<br>Rate | Vac Hol<br>Rate | Training<br>Rate | All Other<br>Rate | Total Fringe<br>Rate to 3rd | Payroll<br>Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date of Hire: 7/8/2012  12 NO | Vacation, Holiday and Dues in Gross Pay: NO<br>Voluntary Contributions in Gross Pay: NO | | | 20.00 | 0.00 | 0.00 | 50.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10/2/23 |

| TOTAL STANDARD HOURS : | 119.50 | TOTAL 1.5 OT HOURS: | 0.00 | TOTAL 2.0 OT HOURS: | 0.00 | GRAND TOTAL HOURS: | 119.50 |
|---|---|---|---|---|---|---|---|

Project Name:  412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
Project Code / Contract # / FIN: 412034

**Statement of Compliance**

*Date* **Tuesday, October 10, 2023**

I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.

(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 9/24/2023 and ending on 9/30/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

All comments are in the notes on the submitted Certified Payroll Report.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4)That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit
 of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

NAME:  *Noel Melo*
TITLE:  *President*


*Electronic Signature Code: 412034-9/30/2023-0-133414428913071179*

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
| --- | --- | --- | --- |

Project Name: 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
Project Code / Contract # / FIN: 412034

November 08, 2023
Page 1 of 4



## WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR :STATEWIDE ELECTRICAL SERVICES, INC.<br>Prime<br><br>Prime | CONTRACTOR'S LICENSE No. B2G20098369<br>SPECIALTY LICENSE No.<br>FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018<br>PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME :<br>Miami-Dade County / 412034 / 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |
|---|---|---|---|
| PAYROLL No. 97 | FOR WEEK ENDING: 10/07/2023<br>SUBMITTED ON: November 08, 2023 | MOTOR CARRIER PERMIT No.   UNION N/A   SELF-INSURED CERTIFICATE No.<br>WORKERS' COMP. POLICY : | WAGE DECISION: Respousible Wages - Building |

GONZALEZ, ESNOL
7080 SW 23rd St Apt 216
Miami, FL 33155
XXX-XX-7585
EXEMPT
ELECTRICAL WORKER / Electrician - Wireman / Type: Building
Miami-Dade County
WD: 2023 Building

| | S | M | T | W | TH | F | S | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 10/1/23 | 10/2/23 | 10/3/23 | 10/4/23 | 10/5/23 | 10/6/23 | 10/7/23 | | | | 334.00 | 125.29 | 29.31 | 0.00 | 0.00 | 0.00 | 0.00 | 488.60 | 2654 |
| S | | 10.00 | 10.00 | | 10.00 | 10.00 | | 40.00 | 50.52 | | 2,020.80 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | Total Fringes Paid to 3rd | Net Paid Week |
| O | | | | | | | | | 0.00 | 2,020.80 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,532.20 |
| D | | | | | | | | | 0.00 | | | | | | | | | | | |

All or Part of Fringes Paid to Employee:
Date of Hire: 9/14/2015  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Total Base Rate + Fringes | Voluntary Pension | Voluntary Medical | H & W Rate | Pension Rate | Vac Hol Rate | Training Rate | All Other Rate | Total Fringe Rate to 3rd | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 50.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10/9/23 |

GONZALEZ, JESUS
2735 SW 21st Tcr
Miami, FL 33145
XXX-XX-5317
EXEMPT
ELECTRICAL WORKER / Electrician - Wireman / Type: Building
Miami-Dade County
WD: 2023 Building

| | S | M | T | W | TH | F | S | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 10/1/23 | 10/2/23 | 10/3/23 | 10/4/23 | 10/5/23 | 10/6/23 | 10/7/23 | | | | 190.00 | 125.29 | 29.30 | 0.00 | 0.00 | 0.00 | 0.00 | 344.59 | 2655 |
| S | | 10.00 | 10.00 | | 10.00 | 10.00 | | 40.00 | 50.52 | | 2,020.80 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | Total Fringes Paid to 3rd | Net Paid Week |
| O | | | | | | | | | 0.00 | 2,020.80 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,676.21 |
| D | | | | | | | | | 0.00 | | | | | | | | | | | |

All or Part of Fringes Paid to Employee:
Date of Hire: 11/7/2014  1 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay : NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Total Base Rate + Fringes | Voluntary Pension | Voluntary Medical | H & W Rate | Pension Rate | Vac Hol Rate | Training Rate | All Other Rate | Total Fringe Rate to 3rd | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40.00 | 0.00 | 0.00 | 50.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10/9/23 |

MELO, NOEL                  Foreman
16229 NW 84th Ave
Miami Lakes, FL 33016
XXX-XX-3544
EXEMPT
ELECTRICAL WORKER / Foreman (On any job where 3-9 electricians are employed) / Type: Building
Miami-Dade County
WD: 2023 Building

| | S | M | T | W | TH | F | S | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 10/1/23 | 10/2/23 | 10/3/23 | 10/4/23 | 10/5/23 | 10/6/23 | 10/7/23 | | | | 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2657 |
| S | | 5.00 | 5.00 | | 5.00 | 5.00 | | 20.00 | 54.97 | | 1,200.00 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | Total Fringes Paid to 3rd | Net Paid Week |
| O | | | | | | | | | 0.00 | 1,099.40 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |
| D | | | | | | | | | 0.00 | | | | | | | | | | | |

All or Part of Fringes Paid to Employee:
Date of Hire: 1/1/1999  12 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Total Base Rate + Fringes | Voluntary Pension | Voluntary Medical | H & W Rate | Pension Rate | Vac Hol Rate | Training Rate | All Other Rate | Total Fringe Rate to 3rd | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20.00 | 0.00 | 0.00 | 54.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10/9/23 |

Page 1 of 4

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE

**Project Code / Contract # / FIN:** 412034

| | | | | 10/1/23 | 10/2/23 | 10/3/23 | 10/4/23 | 10/5/23 | 10/6/23 | 10/7/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VAILLANT, ANGEL 275 NE 55th Ter Miami, FL 33137 XXX-XX-7850 | EXEMPT | | ELECTRICAL WORKER / Electrician - Wireman / Type: Building | | S | M | T | W | TH | F | S | | 50.52 | | | 110.00 | 62.65 | 14.65 | 0.00 | 0.00 | 0.00 | 0.00 | 187.30 | 2651 |
| | | | | S | | 5.00 | 5.00 | | 5.00 | 5.00 | | 20.00 | | | | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | Total Fringes Paid to 3rd | Net Paid Week |
| | | 0 | Miami-Dade County | O | | | | | | | | | 0.00 | | 1,010.40 | | | | | | | | | |
| | | | WD: 2023 Building | D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 823.10 |

| All or Part of Fringes Paid to Employee: | | Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Total Base Rate + Fringes | Voluntary Pension | Voluntary Medical | H & W Rate | Pension Rate | Vac Hol Rate | Training Rate | All Other Rate | Total Fringe Rate to 3rd | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date of Hire: 7/8/2012  12 NO | Vacation, Holiday and Dues in Gross Pay:  NO Voluntary Contributions in Gross Pay :  NO | 20.00 | 0.00 | 0.00 | 50.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10/9/23 |

| TOTAL STANDARD HOURS : | 120.00 | TOTAL 1.5 OT HOURS: | 0.00 | TOTAL 2.0 OT HOURS: | 0.00 | GRAND TOTAL HOURS: | 120.00 |
|---|---|---|---|---|---|---|---|

Page 2 of 4

Project Name:  412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
Project Code / Contract # / FIN: 412034

## Statement of Compliance

*Date* **Wednesday, November 8, 2023**

I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.

(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 10/1/2023 and ending on 10/7/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

All comments are in the notes on the submitted Certified Payroll Report.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4)That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit
 of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

NAME:  *Noel Melo*
TITLE:  *President*


*Electronic Signature Code: 412034-10/7/2023-0-133439260093866884*

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
|---|---|---|---|

Project Name:  412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
Project Code / Contract # / FIN: 412034

November 08, 2023
Page 1 of 4



# WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR :STATEWIDE ELECTRICAL SERVICES, INC. Prime Prime | CONTRACTOR'S LICENSE No. B2G20098369 SPECIALTY LICENSE No. FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018 PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME : Miami-Dade County / 412034 / 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |
|---|---|---|---|
| PAYROLL No. 98 | FOR WEEK ENDING: 10/14/2023 SUBMITTED ON: November 08, 2023 | MOTOR CARRIER PERMIT No. | UNION N/A | SELF-INSURED CERTIFICATE No. WORKERS' COMP. POLICY : | WAGE DECISION: Respousible Wages - Building |

### GONZALEZ, ESNOL
7080 SW 23rd St Apt 216
Miami, FL 33155
XXX-XX-7585
0   Miami-Dade County
WD: 2023 Building

ELECTRICAL WORKER / Electrician - Wireman / Type: Building — EXEMPT

| | 10/8/23 | 10/9/23 | 10/10/23 | 10/11/23 | 10/12/23 | 10/13/23 | 10/14/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | | | | 132.00 | 68.90 | 16.11 | 0.00 | 0.00 | 0.00 | 0.00 | 217.01 | 2662 |
| S | | 10.00 | | 4.00 | 8.00 | | | 22.00 | 50.52 | | 1,111.44 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | Total Fringes Paid to 3rd | Net Paid Week |
| O | | | | | | | | | 0.00 | 1,111.44 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 894.43 |

All or Part of Fringes Paid to Employee:
Date of Hire: 9/14/2015  1 NO
Vacation, Holiday and Dues in Gross Pay:  NO
Voluntary Contributions in Gross Pay:  NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Total Base Rate + Fringes | Voluntary Pension | Voluntary Medical | H & W Rate | Pension Rate | Vac Hol Rate | Training Rate | All Other Rate | Total Fringe Rate to 3rd | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22.00 | 0.00 | 0.00 | 50.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10/16/23 |

### GONZALEZ, JESUS
2735 SW 21st Ter
Miami, FL 33145
XXX-XX-5317
1   Miami-Dade County
WD: 2023 Building

ELECTRICAL WORKER / Electrician - Wireman / Type: Building — EXEMPT

| | 10/8/23 | 10/9/23 | 10/10/23 | 10/11/23 | 10/12/23 | 10/13/23 | 10/14/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | | | | 81.00 | 68.91 | 16.12 | 0.00 | 0.00 | 0.00 | 0.00 | 166.03 | 2663 |
| S | | 10.00 | | 4.00 | 8.00 | | | 22.00 | 50.52 | | 1,111.44 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | Total Fringes Paid to 3rd | Net Paid Week |
| O | | | | | | | | | 0.00 | 1,111.44 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 945.41 |

All or Part of Fringes Paid to Employee:
Date of Hire: 11/7/2014  1 NO
Vacation, Holiday and Dues in Gross Pay:  NO
Voluntary Contributions in Gross Pay :  NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Total Base Rate + Fringes | Voluntary Pension | Voluntary Medical | H & W Rate | Pension Rate | Vac Hol Rate | Training Rate | All Other Rate | Total Fringe Rate to 3rd | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22.00 | 0.00 | 0.00 | 50.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10/16/23 |

### MELO, NOEL                    Foreman
16229 NW 84th Ave
Miami Lakes, FL 33016
XXX-XX-3544
1   Miami-Dade County
WD: 2023 Building

ELECTRICAL WORKER / Foreman (On any job where 3-9 electricians are employed) / Type: Building — EXEMPT

| | 10/8/23 | 10/9/23 | 10/10/23 | 10/11/23 | 10/12/23 | 10/13/23 | 10/14/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | | | | 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2665 |
| S | | 8.00 | | 4.00 | 8.00 | | | 20.00 | 54.97 | | 1,200.00 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | Total Fringes Paid to 3rd | Net Paid Week |
| O | | | | | | | | | 0.00 | 1,099.40 | | | | | | | | | | |
| D | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.20 |

All or Part of Fringes Paid to Employee:
Date of Hire: 1/1/1999  12 NO
Vacation, Holiday and Dues in Gross Pay:  NO
Voluntary Contributions in Gross Pay:  NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Total Base Rate + Fringes | Voluntary Pension | Voluntary Medical | H & W Rate | Pension Rate | Vac Hol Rate | Training Rate | All Other Rate | Total Fringe Rate to 3rd | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20.00 | 0.00 | 0.00 | 54.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10/16/23 |

Page 1 of 4

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE

**Project Code / Contract # / FIN:** 412034

| VAILLANT, ANGEL 275 NE 55th Ter Miami, FL 33137 XXX-XX-7850 | | EXEMPT | ELECTRICAL WORKER / Electrician - Wireman / Type: Building | | 10/8/23 | 10/9/23 | 10/10/23 | 10/11/23 | 10/12/23 | 10/13/23 | 10/14/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | S | M | T | W | TH | F | S | | | | | 69.00 | 43.85 | 10.25 | 0.00 | 0.00 | 0.00 | 0.00 | 123.10 | 2659 |
| | | | | S | | 5.00 | | 4.00 | 5.00 | | | | 14.00 | 50.52 | | 707.28 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | Total Fringes Paid to 3rd | Net Paid Week |
| | | | | O | | | | | | | | | | 0.00 | 707.28 | | | | | | | | | | |
| | | 0 | Miami-Dade County WD: 2023 Building | D | | | | | | | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 584.18 |
| Date of Hire: 7/8/2012  12 NO | All or Part of Fringes Paid to Employee: Vacation, Holiday and Dues in Gross Pay:  NO Voluntary Contributions in Gross Pay :  NO | | | | | | | | | | | | Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Total Base Rate + Fringes | Voluntary Pension | Voluntary Medical | H & W Rate | Pension Rate | Vac Hol Rate | Training Rate | All Other Rate | Total Fringe Rate to 3rd | Payroll Payment Date |
| | | | | | | | | | | | | | 14.00 | 0.00 | 0.00 | 50.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10/16/23 |

| TOTAL STANDARD HOURS : | 78.00 | TOTAL 1.5 OT HOURS: | 0.00 | TOTAL 2.0 OT HOURS: | 0.00 | GRAND TOTAL HOURS: | 78.00 |
|---|---|---|---|---|---|---|---|

**Project Name:**  412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Statement of Compliance**

*Date* **Wednesday, November 8, 2023**

I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.

(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 10/8/2023 and ending on 10/14/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

All comments are in the notes on the submitted Certified Payroll Report.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4)That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

NAME:  *__Noel Melo__*
TITLE:  *__President__*


*__Electronic Signature Code: 412034-10/14/2023-0-133439261172676058__*

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
|---|---|---|---|

11/08/2023

Page 1 of 1

## Certified Payroll Report for Non Performing Week

**For week ending on: October 21, 2023**
**Payroll Number: 99**

*Date* **11/8/2023  12:00:00AM**

### Project:

412034 - 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE

### Contractor:

B2G20098369 - STATEWIDE ELECTRICAL SERVICES, INC.          PRIME
NOEL MELO
3055926965
12905 W Okeechobe RdBay #4
Hialeah Gardens, FL 33018

**CERTIFICATION FOR NON PERFORMING WEEK**

I, Noel Melo, President do hereby state:
(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 10/15/2023 and ending on 10/21/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. 167; 3145), and described below:
All comments are in the notes on the submitted Certified Payroll Report.
(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.
(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.
 (4)That:
(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS
**X** - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll,
;payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit
of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH
**X** - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an
amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits
as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:
Any exceptions to the above are reported in the certified payroll in the notes section for the specific individual.

REMARKS:

NAME: *Noel Melo*
TITLE: *President*
 *Electronic Signature Code: 412034-10/21/2023-0-133439263020966167*

**THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.**

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE

**Project Code / Contract # / FIN:** 412034

November 08, 2023
Page 1 of 3



# WEEKLY CERTIFIED PAYROLL REPORTING FORM

| NAME OF CONTRACTOR : STATEWIDE ELECTRICAL SERVICES, INC.<br>Prime<br><br>Prime | CONTRACTOR'S LICENSE No. B2G20098369<br>SPECIALTY LICENSE No.<br>FEDERAL TAX ID#: 650888796 | ADDRESS : 12905 W Okeechobe Rd Bay #4, Hialeah Gardens, FL 33018<br>PHONE: 3055926965 | PROJECT LOCATION/ CODE / NAME :<br>Miami-Dade County / 412034 / 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE |
|---|---|---|---|
| PAYROLL No. 100 | FOR WEEK ENDING: 10/28/2023<br>SUBMITTED ON: November 08, 2023 | MOTOR CARRIER PERMIT No.  UNION N/A  SELF-INSURED CERTIFICATE No.<br>WORKERS' COMP. POLICY : | WAGE DECISION: Responsible Wages - Building |

## MELO, NOEL — Foreman

16229 NW 84th Ave
Miami Lakes, FL 33016
XXX-XX-3544

EXEMPT 1

Work Classification: ELECTRICAL WORKER / Foreman (On any job where 3-0 electricians are employed) / Type: Building
Miami-Dade County
WD: 2023 Building

| | 10/22/23 | 10/23/23 | 10/24/23 | 10/25/23 | 10/26/23 | 10/27/23 | 10/28/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | 54.97 | | | 101.00 | 74.40 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 192.80 | 2676 |
| S | | | 8.00 | 6.00 | 6.00 | | | 20.00 | | | 1,200.00 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | Total Fringes Paid to 3rd | Net Paid Week |
| O | | | | | | | | | 0.00 | 1,099.40 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| D | | | | | | | | | 0.00 | | | | | | | | | | 1,007.20 |

All or Part of Fringes Paid to Employee:
Date of Hire: 1/1/1999  12 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Total Base Rate + Fringes | Voluntary Pension | Voluntary Medical | H & W Rate | Pension Rate | Vac Hol Rate | Training Rate | All Other Rate | Total Fringe Rate to 3rd | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20.00 | 0.00 | 0.00 | 54.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10/30/23 |

## VAILLANT, ANGEL

275 NE 55th Ter
Miami, FL 33137
XXX-XX-7850

EXEMPT 0

Work Classification: ELECTRICAL WORKER / Electrician - Wireman / Type: Building
Miami-Dade County
WD: 2023 Building

| | 10/22/23 | 10/23/23 | 10/24/23 | 10/25/23 | 10/26/23 | 10/27/23 | 10/28/23 | TOTAL HOURS THIS PROJECT | BASE HOURLY RATE OF PAY | THIS PROJECT | ALL PROJECTS | Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | TH | F | S | | 50.52 | | | 69.00 | 43.85 | 10.26 | 0.00 | 0.00 | 0.00 | 0.00 | 123.11 | 2672 |
| S | | | 6.00 | 4.00 | 4.00 | | | 14.00 | | | 707.28 | Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | Total Fringes Paid to 3rd | Net Paid Week |
| O | | | | | | | | | 0.00 | 707.28 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| D | | | | | | | | | 0.00 | | | | | | | | | | 584.17 |

All or Part of Fringes Paid to Employee:
Date of Hire: 7/8/2012  12 NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

| Total Hours All Projects | Rate in Lieu of Fringes: | Total in Lieu of Fringes | Total Base Rate + Fringes | Voluntary Pension | Voluntary Medical | H & W Rate | Pension Rate | Vac Hol Rate | Training Rate | All Other Rate | Total Fringe Rate to 3rd | Payroll Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14.00 | 0.00 | 0.00 | 50.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10/30/23 |

| TOTAL STANDARD HOURS : | 34.00 | TOTAL 1.5 OT HOURS: | 0.00 | TOTAL 2.0 OT HOURS: | 0.00 | GRAND TOTAL HOURS: | 34.00 |
|---|---|---|---|---|---|---|---|

Page 1 of 3

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Statement of Compliance**

*Date* **Wednesday, November 8, 2023**

I, Noel Melo, President; Pursuant to the Residents First Training and Employment Program, Section 2-11.17 of the Miami-Dade County Code and Implementing Order 3-61, if said contract is subject to this requirement, the undersigned verifies that every employee reported on its payroll has completed the OSHA 10 Hour or OSHA 30 Hour Safety Training Course prior to working on the project.

(1) That I pay or supervise the payment of the persons employed by STATEWIDE ELECTRICAL SERVICES, INC. on the 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE; that during the payroll period commencing on 10/22/2023 and ending on 10/28/2023 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said STATEWIDE ELECTRICAL SERVICES, INC. from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

All comments are in the notes on the submitted Certified Payroll Report.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4)That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS OR PROGRAMS

[ ] - in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit
 of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

[X] - Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS:

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

NAME: *Noel Melo*
TITLE: *President*


*Electronic Signature Code: 412034-10/28/2023-0-133439263739399328*

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 3729 OF TITLE 31 OF THE UNITED STATES CODE.

**Project Name:** 412034 - TRACTION POWER SWITCHGEAR REPLACEMENT PROJECT PHASE III UPDATE
**Project Code / Contract # / FIN:** 412034

**Other Deductions Notes**

| Employee Name | Craft | Classification | Other Deduction Notes |
| --- | --- | --- | --- |