Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22530-BECERRA/TORRES

JESUS E. GONZALEZ HERNANDEZ,

Plaintiff,

vs.

STATEWIDE ELECTRICAL
SERVICES, INC. AND NOEL MELO,

Defendant.

VIDEOTAPED DEPOSITION OF PAOLA ELIZABETH USUGA

TAKEN ON BEHALF OF THE PLAINTIFF

FEBRUARY 10TH, 2026
10:18 A.M. TO 12:45 P.M.

ALL PARTIES APPEARED REMOTELY
PURSUANT TO
FLORIDA SUPREME COURT ORDER AOSC20-23

REPORTED BY:
JOHANY ALEXIS ACEBAL, CER
CERTIFIED COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Exhibit G

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

Page 2

APPEARANCES OF COUNSEL

ON BEHALF OF THE PLAINTIFF:

KATELYN SCHICKMAN, ESQUIRE
FAIRLAW FIRM
135 SAN LORENZO AVENUE SUITE 770
CORAL GABLES, FLORIDA 33146
305-230-4884
KATIE@FAIRLAWATTORNEY.COM
(REMOTELY VIA ZOOM)

ON BEHALF OF THE DEFENDANT:

STEPHEN VERBIT, ESQUIRE
STEPHEN R. VERBIT, P.A.
6741 ORANGE DRIVE
DAVIE, FLORIDA 33314
954-536-9428
SVERBIT@VERBITLAWFL.COM
(REMOTELY VIA ZOOM)

Page 4

INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| PLAINTIFF'S | | |
| EXHIBIT 1 | CALENDAR MAY 2023 AND JULY 2023 | 45 |
| EXHIBIT 2 | PAYCHECKS FOR JESUS AND ESNOL | 61 |
| EXHIBIT 3 | PAYROLL RECORD | 76 |
| EXHIBIT 4 | AUDIO RECORDING | 93 |

Page 3

INDEX OF EXAMINATION

WITNESS:  PAOLA ELIZABETH USUGA
                                          PAGE
DIRECT EXAMINATION
    BY KATELYN SCHICKMAN, ESQUIRE          6

Page 5

DEPOSITION OF PAOLA ELIZABETH USUGA
        FEBRUARY 10, 2026
Thereupon:
    PAOLA ELIZABETH USUGA,
    was called as a witness, and after having
been first duly sworn, testified as follows:
    THE COURT REPORTER:  Today's date is February
10th, 2026.  The time is approximately 10:18 A.M.
We are here for the deposition of Paola Usuga.
The case is Jesus E. Gonzalez Hernandez vs.
    Statewide Electrical Services Inc. and Noel
Melo with the Case Number
1:25-CV-22530-Becerra/Torres.
    The Court Reporter is Johany Acebal with
Universal Court Reporting.
    Will counsel please introduce themselves for
the record.
    MS. SCHICKMAN:  My name is Katie Schickman.
    I'm here on behalf of the Plaintiffs, Jesus
Gonzalez and Esnol Cantero.
    MR. VERBIT:  Hi.  Stephen Verbit.  I represent
the Defendants in this case Statewide Electrical
Services, Inc. and Noel Melo, and also I represent
the Witness, Paola Usuga in this matter.
    THE COURT REPORTER:  Thank you.  You may


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

Page 6

proceed.

DIRECT EXAMINATION

BY MS. SCHICKMAN:

Q. Hi, Paola. Can you state your name one more time for the record, please?

A. Yes, Paola Usuga.

Q. Okay. Have you ever been known by any other names?

A. I have a last a middle name, Elizabeth, sometimes Paola Elizabeth Usuga.

Q. Okay. Before we get started, I just want to go over some quick rules because the Court Reporter is typing everything that's going on today, I ask that you refrain from using nonverbal communication.

So, stick to like yes, no, or just sentences rather than head nodding or shaking your head.

A. Okay.

Q. The second thing is because he's typing it, if we can just one at a time, so when I ask, let me finish and then when you respond, I'll also let you finish so that he can get a clear record of the conversation that we're having today.

A. Okay.

Q. As far as taking breaks, this isn't an endurance test, so if you ever need a break, if you ever

Page 7

want to take a second, just let us know and we can go ahead and take a break.

The only thing that I ask is that we don't take a break in the middle of a question once pending on the record. So, we wait till the question is answered and then we can take a break.

A. Okay.

Q. Okay. I want to get started by asking if you have any conditions that would affect your memory today.

A. No, not that I know of.

Q. And do you take any medication that would affect your memory today?

A. No.

Q. Okay. Do you understand that the oath you just took would be the same oath that you would take in front of a judge and a jury?

A. Yes.

Q. Okay. And do you understand that false testimony during a deposition can subject you to penalties for perjury?

A. Yes.

Q. And did you know that the maximum penalty for perjury under federal law is imprisonment for up to five years and a fine of up to $250,000?

A. Yes.

Page 8

Q. Ms. Usuga, have you ever had your deposition taken before?

A. No.

Q. No? Okay. And did you prepare in any way for today's deposition?

A. I spoke with the lawyer.

Q. Okay. And without going into any details of what you spoke about with your attorney, did you guys review any documents before today's deposition?

A. Documents, no. We just spoke over the phone.

Q. Ms. Usuga, what's your date of birth?

A. 07/02/86.

Q. And then can I get your address please?

A. Yes, it is 2851 Northwest 172nd Terrace, Miami Gardens, Florida 33056.

Q. And do you live with anyone there?

A. Yes.

Q. Who do you live with?

A. My household, my two kids and two dogs.

Q. And before you were living there, where were you living?

A. In another place.

Q. Okay. And did you live with someone else in that place?

A. Yes, with my mom.

Page 9

Q. With your mom. And it was just your mom?

A. My sister.

Q. Okay. So, you lived with your mom and your sister. Okay. Can I get your phone number?

A. Yes, it is (305) 720-1856.

Q. And Paola, where were you born?

A. Colombia.

Q. Colombia. When did you come to the United States?

A. Long time ago, around 1999.

Q. Okay. And when you came to the US, did you go to Florida, like is that where--

A. Yes.

Q. Okay. What is your highest level of education?

A. I went to college.

Q. Okay. Did you finish college?

A. I have. I graduated and I got my associates in arts.

Q. Okay. And do you have any certifications or licenses?

A. I am a public notary.

Q. Okay. Have you ever done any trainings related to scheduling, payroll, or anything of that sort?



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

Page 10

A. I did a training at ADP and it was back in 2004.

Q. Okay.

A. But it was just one day for ADP and that's it.

Q. Okay. Do you remember what they went over?

A. I don't remember. I know that I had to have the certificate at home and it was back in 2004 because that year I was — I graduated from high school, so I remember that.

Q. Okay. And Ms. Usuga, do you have any criminal record?

A. No.

Q. Okay. And then what's your social security number?

MR. VERBIT: I'm going to object. She could provide off the record, she could give the last four.

MS. SCHICKMAN: Okay. I'm fine with that. Court Reporter, can we go off the record, please?

(Thereupon, a short discussion was held off record.)

(Deposition resumed.)

THE COURT REPORTER: The time is approximately 10:25 A.M. We are back on the record.

BY MS. SCHICKMAN:

Page 11

Q. Ms. Usuga, where are you currently employed?

A. Statewide Electrical Services.

Q. And when did you start working there?

A. September 2012.

Q. Where did you work before you worked at Statewide?

A. I was working with my ex-boyfriend.

Q. Okay. And would you mind telling me what you were doing?

A. Moving company.

Q. Okay.

A. Going through different states.

Q. Okay. And at Statewide, what position do you currently hold?

A. Secretary.

Q. Okay. And have you ever held any other positions?

A. Project manager.

Q. Okay. And during which period did you hold which position? Like, at what point were you a secretary, at what point were you a project manager?

A. I started as a secretary.

Q. Okay.

A. And I always have been a secretary, but just

Page 12

when we started phase three he told me that I was going to be the project manager.

Q. And what was phase three?

A. The project.

Q. The Metro Rail project?

A. Yes.

Q. Okay. Was it — which station?

A. It is a project consisting of —

Q. Okay.

A. — various stations, not just one.

Q. Okay. So, you were a project manager from the beginning of the end to the Metro Rail project?

A. Not from the beginning.

Q. When did you start?

A. Around after the first station.

Q. Okay. But you don't remember when that was?

A. It was after February, more or less.

Q. Okay.

A. That I can recall.

Q. And for the record, what year? February, what year?

A. 2023.

Q. Okay. And can you tell me what your responsibilities are as a secretary?

A. Yes. Well, I have to be in the office —

Page 13

Q. Okay.

A. — and check the e-mails, make sure everything that is garbage or scam goes to the trash.

And make sure the important ones I call Mr. Melo and let him know about those so he can send an answer.

I have to be taking the phones and answering calls. I also have to order items, purchase food, picking up materials, depending on the date. It depends.

Q. Okay. And who assigned those responsibilities to you?

A. Mr. Melo.

Q. And who did you report to?

A. Mr. Melo.

Q. Did you ever report to anyone else?

A. Sometimes if his wife was here I have to talk to her and sometimes she will give me instructions, but mostly Mr. Melo.

Q. Okay. And can you give me your responsibilities as project manager?

A. Okay. So, I have to go to the site everyday. I was in charge of all the materials. I need to know what they needed. I needed to be in the weekly meetings.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

Page 14

I had to be in charge of the communication between the several participants. And I have to be responsible of the timing to do the testings.

Q. Okay. And when you were in the position of project manager, who did you report to?

A. Mr. Melo.

Q. Was he the only one you reported to?

A. Yes.

Q. Okay. And you mentioned in your responsibilities that there were weekly meetings that you were in charge of. Who were these weekly meetings with?

A. With Miami-Dade Transit representatives.

Q. Okay. Now, I want to talk about your work day. We're going to do it in two parts.

So, first, I want you to tell me what your work day, when you're in the position of a secretary looks like.

A. Okay.

Q. So, what was your day-to-day when you were a secretary?

A. What date?

Q. Does any of them – did you have a regular schedule, did you come in at a set time, did you – what responsibilities did you have to do everyday?

Page 15

A. I work from 08:00 to 04:30.

Q. Okay.

A. When I come to the office, this is my seat, I come here and I check the e-mails. And I check- all the e-mails and then I put the ones in the garbage.

I would respond, I put the ones that – sometimes they send e-mails and they are good ones and they go to spam. So, I need to make sure which one is what.

Q. Okay.

A. Then I make a – I – the fridge is over there so I have to make sure there's water, juice, everything is cold.

I also have to call Mr. Melo if it is around 09:00, 09:30 and he's not in the office, I need to call him to make sure he's awake and he's coming to the office so he can review the e-mails. And let's say it is Monday, then we have more e-mails from Friday afternoon, Saturday and Sunday.

Q. Okay. And when you were working as the project manager, what did a regular day look like for you?

A. I have to come to the office –

Q. Okay.

A. – and to pick up all my things, my folder and

Page 16

I was – I had to meet here first with Mr. Melo because sometimes I needed materials and –

Q. Okay.

A. – he's the one who knows what materials to give me. So, those materials I was going to deliver it to the stations and also if I need to print out something or because I don't have a printer in the – in the car.

So, if I needed something from here, this was my first stop, then the stations.

Q. And what time would you go to the office?

A. Usually at 08:00.

Q. Okay. And around, more or less, what time would you go to the station?

A. Around 09:30, 10:00. It depends because sometimes the traffic. And there were several stations, so it depends on the traffic and what I needed.

If I needed to go to any other supplier to get the items and then go to the stations. But I needed to go everyday to a station.

Q. Okay. So, you went to the stations every single day?

A. Yes.

Q. And from what time to what time more or less were you in the station?

Page 17

A. Sometimes one hour, sometimes more. It depends because I got there, deliver the materials or deliver whatever they needed at the time, water, ice, coke, everything they needed for the day and I have to go to Publix to get food because I always like to have food on the place just because we have the employees, but we also have the escort that Miami-Dade representative who opened the station. And sometimes we have visitors like the project managers or the engineers.

So, I always had plenty of food or drinks. I – we even have a coffee machine, so to do Cu – prepare the Cuban coffee and I learned to do the Cuban coffee there because of – all the people drinking Cuban coffee.

Q. Okay. And then when you would leave the station where would you go?

A. To the office or if I needed to pick up something on the way to the office I was multitasking, so it depends.

Q. Okay. Would you ever go home right after going to the station?

A. That I remember, no.

Q. Okay.

A. No. No, because I usually, I have to come



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

Page 18

back to the office to transfer the calls back to Mr. Melo.

Q. Okay. Now, as either a project manager or a secretary in either capacity, did you have the authority to hire employees?

A. No.

Q. What about firing employees?

A. No.

Q. Did you get to set pay rates?

A. No.

Q. What about assigning work? Did you assign work to people?

A. I don't, but let's say Mr. Melo told me he needs to do this and this and this, make sure he does that or make sure he brings that, I needed to follow Mr. Melo's instructions.

Q. So, you would get the instructions from Mr. Melo and then relay them to whoever they were for?

A. Yes.

Q. Okay. But you wouldn't come up with the instructions?

A. No, because I have no electrical background and I don't know anything about electrical stuff.

Q. Okay. Did you ever supervise employees?

A. Yes.

Page 19

Q. Which employees?

A. Jesus and Esnol.

Q. Okay. And just for the record, when we say Jesus we're talking about Jesus Gonzalez and Esnol as Esnol Cantero?

A. Yes.

Q. I'll also be referring to them as Jesus and Esnol.

Okay. And were those the only two employees that you supervised?

A. No. For that project just them, but also Angel.

Q. And what's Angel's last name, if you know it?

A. Vaillant.

Q. Okay. And then who was Angel?

A. He was another employee.

Q. Okay. And what did he do?

A. Different stuff. Whatever Mr. Melo needs to have done in the warehouse, picking up materials, doing the heavy lifting.

Let's say we need something from the warehouse, he was the person in charge of getting it and put it in the van. And then when I get to the station Jesus and Esnol will help me put it out of the van.

Q. Okay. When were you supervising Angel?

Page 20

A. It depends because –

Q. Okay.

A. – he didn't work everyday. He was like uncle when he needed to have someone available or someone to give him a hand he will call Angel.

Q. Okay. And do you know more or less the timeframe that Angel worked for Statewide?

A. The thing is that he comes and goes as needed. He's not an employee that we can rely on everyday. It's –

Q. Okay.

A. – something as Mr. Melo needs him and he calls him and says, "Angel, I need you." And that's when he comes, is not a regular employee.

Q. And I know you told me that he was working, like very much in the warehouse doing the heavy lifting and stuff. Did he ever perform any type of electrical work?

A. No, with that timeframe.

Q. Okay.

A. But when he was a regular employee he was a helper that I know of as a helper, but –

Q. Okay.

A. – at that time I was only in the office. I wasn't out in the field.

Page 21

Q. Okay. And when you say that because you said that he didn't perform work during that time, are you referring to the Metro Rail stations?

A. As an – no, electrical work.

Q. He didn't – yeah. Sorry, he didn't perform electrical work during that time?

A. Yeah.

Q. Okay. But he was still working at Statewide during that time?

A. More or less as needed to do –

Q. Okay.

A. – warehouse work.

Q. Now, Ms. Usuga, did you have the authority to make schedules?

A. When you said if I have the what?

Q. The authority. Like, are you able to –

A. Authority?

Q. Um-hum.

A. No, because that authority was with Miami-Dade Transit. We needed an escort. We needed to request an escort to open the station.

So, even if I ask they were the only ones able to say yes you can work these days and we will provide the escort from this time to this time and then we can arrange everything and arrange the times, but it wasn't



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

Page 22

just our decision.

Q. Okay. And who – do you know who would reach out to the escort?

A. Yes.

Q. Okay. Who was it?

A. Sometimes Jesus.

Q. Okay.

A. And also I will speak with Leo or Dalton.

Q. Okay. So, either you or Jesus were the ones reaching out to the escort?

A. Yes, to request the escorts.

Q. Now, when you were requesting the escorts, like was there a time that you were told to request them or would it just be depending on their availability the schedules could change?

A. It depends.

Q. Okay.

A. Because for sure, for sure we know that holidays we couldn't work.

Q. Okay.

A. So, in advance, we should have the knowledge that if a holiday was coming we couldn't work.

Q. Okay.

A. So, we needed to plan ahead and make sure we don't work on those days. If they have any issues, they

Page 23

will let us know, but usually they were very nice and always helpful.

Q. But what if it wasn't a holiday? So, let's say it was just a regular work day, would either you or Jesus got to a, kind of, ask for them to be there at a certain time or would they tell you what time they could be there?

A. We will ask.

Q. Okay.

A. We will call them usually verbally. I have good communication with both managers.

I don't have any of the escorts phone numbers, but the ones who provide the escorts or assigns or the escorts are the project managers.

Q. Do you know if Jesus would contact the project managers or the escorts directly?

A. Yes.

Q. Which ones. The project managers or the escorts?

A. The project manager, one of the project –

Q. Okay.

A. – managers and the escorts he had the phone numbers.

Q. Okay. So, was there a set schedule or did you guys make your schedule depending on what time you were

Page 24

available and the escorts were available?

A. More or less, but it was – let's say, in he – during the first week we know that he started working at X time, working ten hours because –

Q. When you – sorry, when you say he who are you talking about?

A. Jesus.

Q. Okay. Thank you.

A. So, our weekly hours was already, like set. We – they had to work 40 hours a week.

Q. Okay.

A. So, let's say they have everything they need. They have the equipment, they have the materials they have the paint, everything, they couldn't work the 40 hours.

There was no issue with that time. Then the – for the next week, we will know well we if you have everything that we need, you can continue doing your work.

Q. Okay. So, I don't know if I'm understanding this correctly. If I'm not, please explain it to me.

So, they had like 40 hours to work for the week, but the times that they would work those 40 hours would differ, like they could work different out different times, different days as long as they were

Page 25

working 40 or it was a set timeframe that they had to work everyday?

A. They have from Monday through Friday.

Q. Okay. From Monday through Friday?

A. Work 40 hours.

Q. Did it matter when they worked 40 hours?

A. As for Jesus, he wanted to work ten hours per day.

Q. Uh-huh.

A. So, I said, that's fine I don't care if it is Monday, Tuesday, Thursday, Friday, but Monday through Friday because we can't work on Saturdays and Sundays.

Q. Okay. The county – was that the county instructions?

A. Yes. And I also off those days, so.

Q. Okay.

A. I have family, so. From Monday to Friday.

Let's say something happened on Monday, you couldn't work, then you have Monday, Tuesday, Friday. Monday –

Q. Okay.

A. – Tuesday, Wednesday, Thursday to complete it or you have the rest of the week to complete it. Let me –

Q. Okay.



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

Page 26

A. Let me let me turn off the –

Q. No worries.

A. I'm back. Okay. So, but as for Mr. Melo they got 40 hours to work between Monday and Friday.

Jesus requested to work ten hours everyday, so he only had to be there four days a week. So, that's what we continue doing.

Q. Okay. And then you had mentioned, like if they couldn't make it on a Monday, then he would work on a Friday and said – did they have to ask anyone for this?

A. If – let's say they couldn't work on Monday, then you have the other four days to complete –

Q. Complete the 40.

A. – 40 hours. yes.

Q. Okay. And did they have to ask anyone for permission to switch the days or they were just able to do so as long as they were working?

A. We needed to know so we can pass the information to the project manager so they can schedule the escorts accordingly.

Q. Okay.

A. There is something we need to have communication with the project manager because if that is scheduled to be at the station, let's say, Monday,

Page 27

and we don't go there, we're losing the time and paying that escort for nothing. So –

Q. Okay.

A. – we need to let them know anything about changing their schedule, changing the times, everything to them so they don't have to pay the escort for doing nothing.

Q. Are project manager your you're referring to Dalton and –

A. Leo.

Q. – Leo? Okay. And so, who would Jesus and/or Esnol tell if they wanted to or needed to change a day?

A. To Leo.

Q. They would tell Leo?

A. Sometimes they will call the escort.

Q. Is that something that they would have to tell you or they were able to just coordinate with that county?

A. He was able to coordinate and he will let me know.

Q. Okay. Now, as far as your authority with Statewide goes, did you have the authority to approve payroll?

A. No.

Q. What about the authority to recommend

Page 28

discipline or termination? And the things that you told me you didn't have –

THE COURT REPORTER: I didn't get her answer.

BY MS. SCHICKMAN:

Q. Did you have the authority to recommend discipline or termination?

A. No.

Q. Okay. And for those things you told me you didn't have authority to do such as hire, fire, set pay rates, approve payroll and recommend discipline or termination, who had the authority to do that?

A. Mr. Melo.

Q. Was he the only one with that authority?

A. Yes.

Q. Sorry about that. My keyboard stopped working. Okay. Now, I want to go into scheduling a little bit.

Who was responsible for making the schedules at Statewide?

A. Well, that was a little bit of – it's – we have to install some equipment.

Q. You have what, I'm so sorry?

A. We have to install some equipment.

Q. Okay.

A. So, we have to remove existing all equipment,

Page 29

paint. Paint the floor, several coats, then install the new equipment, then do a testing.

But in order to do that, we needed the equipment, we needed the paint, and it is not a paint that we get from Home Depot.

Q. Okay.

A. It is a paint that comes out of a state. It is equipment that comes from out of – from Prague.

So, they need to go to the port. The port needs to release them.

Big equipment, heavy equipment, and sometimes we rely on other peoples in order to do our schedule.

Q. Okay.

A. During the first station we received three equipments, the three – for the first three stations.

So, we have the equipment, but we needed the paint and we needed other materials that are mixed with the paint to do – to make sure the floor is able to handle the electrical thing from the equipment.

Something electrical, but it needs to be like that. So –

Q. Okay.

A. – we may do the scheduling depending on what we have so we can work with that.

Q. So, the schedules, it's possible that they



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

Page 30

would change from day-to-day?

A. Maybe, but usually when I started at the second station, we already have the equipment. We already have the paint is that when they were running out of anything, Jesus had to tell me, bring me this, I need that or I think I would need more paint and they couldn't have the paint -- I couldn't buy a big batch or container of paint without knowing how many do we need.

Q. Okay.

A. And I was getting the information from Jesus and then I have to tell Mr. Melo we need this, this, and this approve to purchase the items because we sometimes need to get purchase orders.

Q. Okay.

A. So, it is not something that is quick and I like to work in advance to make sure everything is ready and we don't lose time and also because we need to have testing after everything is completed, we need to have testing and we need to have, like a schedule on our heads.

Well, if they work 40 hours this week and they complete test, then they can do the several -- the other step from the next week, and more or less continue all that weeks until they complete the station and is ready for testing.

Page 31

Q. Okay. So, the -- as far as like making schedules, what -- the answer you just gave me, it was referring to the Metro Rail project?

A. Yes.

Q. Okay. So, let's go either before or after the Metro Rail project, who was normally responsible for making the schedules?

A. Mr. Melo.

Q. Mr. Melo. And does he share those with you?

A. No.

Q. Okay. So, how do you know what hours to work?

A. Because I have always. I have to be always here in the office between 08:00 to 04:30. So, my schedule -- I know my schedule from the beginning 08:00 to 04:30. But I --

Q. Okay.

A. -- don't know other people.

Q. Yeah. And when he told you your schedule, when you started working there, how did he tell it to you? Like how did you learn your schedule?

A. On the first day.

Q. On the first day?

A. They needed an assistant, a secretary in the office from 08:00 to 4:30, that if I was able to do that and I said, "Yes, that's fine."

Page 32

Q. Okay. Did you ever get any written, like notice of your hours or he just told you that day and you knew it from then?

A. Verbally. Everything was verbally.

Q. Okay. And as far as the schedules for the other employees, do you know if Mr. Melo also made those two?

A. He manages everything in the company. He's the owner. He's the one who makes the schedules. He is the one who takes the final decision.

Everything is -- and needs to be approved by him or is sorted by him.

Q. Okay.

A. We are employees. He's the man.

Q. Of course. And then -- so, do you know how he would tell them their schedules?

A. Well, I don't know what -- let me tell you something.

Q. Okay.

A. When I started working here I met him after around two months because he was always in the job sites --

Q. Okay.

A. -- and we only have phone conversations.

He's the type of person that he doesn't send

Page 33

someone else to do the job or goes to vacationing and leave everything behind.

No, he works at the job stations. He's there and he does everything.

Q. Okay. And does that include, like the Metro Rail project he was also working on that?

A. He was. He did the first station.

Q. Okay. Now, I know you didn't have the authority to make the schedule, but were you involved in either, like preparing, like physical copies or distributing them, or calling someone to tell them, "Hey, this is your schedule?" Did any of that fall under your responsibility?

A. I was able to have, like my phone, my calendar and I say -- and I check -- well, this week we can work this, this and this date and if we do that and we accomplish that, then we can move to the other station, let's say, in two weeks because we need one week for testing.

And I always have my phone with me so I can rely on the calendar and the calculator just in case. And -- but everything was from there and it was easy. It's something easy. 40 hours, 40 hours, 40 hours.

Q. Okay. And so, did you ever call them and tell them, like hey -- or call anyone in the company be like



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

Page 34

"Hey, you're supposed to be working from this time to this time today?" Or did you send them a message saying, "Hey, this is your schedule?"

Like, that's more I'm asking, not so much about moving along the stations, but did you ever communicate anyone's day-to-day schedule with them?

A. Verbally, yes.

Q. Verbally.

A. Well, when I – let's say with a project manager and they told me the escort can be there seven I will call Jesus and I will call Esnol, I will let them know, "Please be there at 07:00, we have an escort."

Or after two weeks, because sometimes we have to wait the testing and after the testing to move to another station I will call them, "Hey, guys, at 07:00, let's say Monday or Tuesday."

Q. Okay. And then where did you call – sorry. I know that they were going to work together and stuff. Would you call one of them, would you call both of them?

A. I don't – that statement I don't know if they were –

Q. Okay.

A. – going to work together. I don't know.

Q. Okay. So, we can strike that.

Page 35

A. There were two cars, our van that is – Jesus was driving the van, company van and Esnol's car. So, I don't know about if they were in the same vehicle.

Q. Okay. So, we can strike the fact that they were from the same vehicle. And then so, did you call one of them or both them?

After you spoke to the project manager, like would you call Jesus or would you call him and Esnol?

A. Yes. Or sometimes I call just Jesus and tell him to contact Esnol, father and son, (Indiscernible) and they were the only two employees.

So, just – or if he – if Jesus didn't answer, then I call Esnol and let him know, "Tell your dad that tomorrow, or next week the date it was, it is at 07:00."

Q. Okay. And then I am going to ask about it. What were the two different cars that you would see at the job sites?

A. Their company – we have company vans.

Q. Okay.

A. Jesus had one, but Esnol didn't, he's not had his personal car.

Q. Okay. And when you would go to the job site, you would see two cars, you said?

A. Yes.

Page 36

Q. Okay. Do you remember what the second car was?

A. As small SUV.

Q. Okay. Okay. As far as the time keeping practices, do you know who was – and I want to talk about before the Metro Rail stations and after we'll get to the stations in a second.

So, before and after, do you know who was responsible for tracking the time that employees worked on a certain day?

A. Mr. Melo.

Q. Mr. Melo. And do you know how he tracked those hours?

A. He write it down.

Q. And do you know who's hours was responsible for tracking?

A. For the employees hours.

Q. Which employees?

A. The employees he had to pay during that week.

Q. Okay. So, would it change?

A. Yes, because if that week wasn't a testing week, then we have Esnol and Jesus.

Q. Okay.

A. If that week he had call Angel, then he had to add Angel.

Page 37

Q. Okay.

A. For sure, for sure it was me because I'm always here, but other people he needed to add the time for them.

Q. And I know you said he wrote it down. Have you ever seen the paper that he wrote it down on?

A. Yes.

Q. Okay. And do you know if that paper has all the employees listed or just some of the employees listed?

A. No, every employee has their own sheet.

Q. Do you know if Jesus had his own sheet?

A. Yes.

Q. And do you know if Esnol had a different sheet?

A. Yes.

Q. Okay. And now, before the Metro Rail project, do you know how Jesus and Esnol were reporting their hours?

A. Directly to Mr. Melo.

Q. Directly to Mr. – do you know how? It's okay if you don't.

A. I don't know.

Q. And then during the Metro Rail project, do you know how they were reporting their hours?



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

Page 38

A. To me.

Q. How would they report it to you?

A. Let's say when we scheduled the escort, when I spoke to the project manager, then I will call them when I go to – in the morning to the station, I make sure okay.

So, we are here from 07:00 to what – to 05:30.

Okay, that's fine. So, this week will be Monday, Tuesday, Thursday. The days and then ten hours.

Q. Sorry, I don't know if I understood wrong, but you said you'd call them. Would you call – who were you calling?

A. After I contacted the project manager, I will –

Q. Okay.

A. – call them. Jesus and Esnol or just Jesus or Esnol, but I'll let them know at what time they needed to be at the station.

If I don't call them or they – it's a middle of the week or something I will go everyday and they will let me know verbally, well, from 07:00 to 05:30.

Q. Okay. So, you would talk to Jesus and Esnol on the phone everyday?

A. Yes, and I will go – I was going to the station everyday. I was – sometimes several times a

Page 39

day in the morning and in the afternoon. It was my second home.

Q. Okay. And when you would – when you would call Jesus and Esnol, would it be from your personal cell phone or from the office phone?

A. No, from my personal phone.

Q. Okay.

A. Very few times from the office because I was always driving on the way there, from Publix, from Walgreens.

If they needed something from Walgreens, dish soap. The thing is that I like to buy from near the stations.

Q. Okay.

A. It's good to have a Walgreens or CVS, so I will go there to buy water, coke, what they – ice for the coolers.

So, I will always call Jesus or Esnol, or if they need something in particular I will go to the nearest hardware place and clothing and send picture, is this what you need is – and, "Yes, it is."

Okay. I will purchase it and go back to the station.

Q. Okay. And if – after talking to them, you said that you would ask them what time or tell them what

Page 40

time to get there. Would you write down those times anywhere?

A. No, it was simple.

Q. Okay.

A. Usually from 07:00 to 05:30.

Q. Did it ever change from 07:00 to 05:30?

A. Yes, we have sometimes entering later time because of the transportation of the equipment, it was going to be later.

Or if we had paint and we couldn't be at the site because of the paint is – was wet, something, it depends. It depends –

Q. Okay.

A. – on the situation.

Q. And how – well, do you know how Jesus and Esnol were made aware if the time was going to change?

A. Because he will let me know.

Q. They would let you know?

A. Yes.

Q. Okay. And when you say he, you're talking about Jesus?

A. Can you repeat that again?

Q. When you say he, that he would let you know, you're talking about Jesus?

A. Yeah, Jesus.

Page 41

Q. So, they were making their schedules and then?

A. Let me know, because if he knew that he couldn't go to the station because the paint was wet, he was going to let me know.

I'm going to enter late at 09:00 or 10:00 and I already spoke either with Leo or with the escort about it and said okay, so I don't have to go that early in the morning. I can wait few hours to go over there.

Q. Okay. And then were there ever days that they didn't report their hours to you?

A. No, everyday they did report it. And it was something casual. They knew they scheduled. They knew what they are doing.

They knew and they requested to work ten hours.

So, it was something easy and something that you cannot forget that easy.

Q. Okay. And do you know if anyone was there with them, like the entire time that they were working or if the shifts would change?

A. They always need to have an escort. So, let's say they have an escort in the morning, then that escort leaves, another needs to be at the location at the station.

Q. Okay.

A. I mean, while the other leaves.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

Page 42

Q. Okay. Were these the same escorts that were opening and closing the stations for them?

A. Yes, there are several escorts and they have their schedules. They have the keys.

They are the ones who can open the station, close the station, and we cannot be inside that station without one of them.

Q. Okay. And then were you ever at the stations when Jesus and Esnol got there?

A. Can you rephrase that?

Q. Yeah. Were you ever at the station when they arrived to work?

Like, when they showed up to work in the morning, were you ever there at that hour?

A. No, no, no.

Q. Were you ever there when they left work?

A. Sometimes. But few times, very few times. Very few times.

Q. And while you were at the stations, what did you do at the Metro Rail stations? What were your responsibilities?

A. Delivery materials, making sure they have water, ice.

Q. Okay.

A. Coke, Sprite, I was purchasing the lunches.

Page 43

So, let's say they wanted to eat Pollo Tropical, I will go to Pollo Tropical, Publix, Chick-fil-A and also for the escort because we like to provide food or pastries or anything that related, and coffee too.

Q. Okay.

A. And I had to buy the little cups of the coffee. What else? And I was there just in case they needed something because they needed to stay there. I was the one going back and forth, back and forth and bringing everything.

Q. Did you ever oversee their work in any way?

Were you ever telling them what work they had to do or what task they had to do?

A. No, because they know – they knew more than me. So, if he said green and this is completed, okay, you say so. I just call Mr. Melo, "He completed the job. He is –

Q. Okay.

A. – done." But I was there just as a helping hand so that you don't have to go out and find things and buy material. I wasn't one providing everything to them.

Q. And then were there ever days that they were at the station that you couldn't make it to the station

Page 44

for whatever reason?

A. Well, no, because I always was there. I even went to the testing when they were not supposed to be there –

Q. Okay.

A. – the time of the testing. But I was on the testing. So, I was every – every time that someone was working there –

Q. You were there.

A. – I was there.

Q. Okay. And you didn't have any vacations planned during this time or any sick or you didn't get sick or anything?

A. No, no.

Q. Okay. If it's okay with you guys, I think that we should take a 15 minute break. Yeah?

A. Yes, that's fine.

(Thereupon, a short discussion was held off record.)

(Deposition resumed.)

THE COURT REPORTER: The time is approximately 11:26 A.M. We are back on the record.

BY MS. SCHICKMAN:

Q. Okay. Ms. Usuga, I want to start by asking you, were Statewide employees always paid on time?

Page 45

A. Yes.

Q. Okay. And how are they paid?

A. Check.

Q. Okay. Was there an occasion that employees were ever paid late?

A. I don't recall.

Q. Okay. Okay. I want to go ahead and open up what's Plaintiff's Exhibit 1. Give me just one second. Okay. Can you see the screen?

(Thereupon, Plaintiff's Exhibit 1 was entered into the record.)

A. Yes.

BY MS. SCHICKMAN:

Q. Okay. Ms. Usuga, do you recognize this?

A. Yes, it's a calendar.

Q. Okay. And where do you recognize it from?

A. It's my handwriting.

Q. Okay. Where did you keep this calendar?

A. Usually in the car.

Q. Okay. Did you ever take it into the office?

A. Yes.

Q. So, would you have this calendar with you, like was this your regular calendar?

Would it just be for office work? How was this calendar used for you?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

Page 46

A. This calendar was to show or to have the timing, the scheduling, what stations, as you can see in the calendar.

Q. Okay. And I want to start by going through May 1st through 5th. That first week. Can you tell me what SCL means?

A. Santa Clara.

Q. Okay. And that's referring to the Metro Rail station?

A. Yes.

Q. Okay. And then the numbers under the SCO, what do those mean?

A. Ten hours, six hours four hours.

Q. Okay. And what hours was that? Like, what was that referencing to?

A. The hours that they had to work on those days.

Q. Okay. And when you say they, who are you talking about?

A. Jesus and Esnol.

Q. Okay. And then over here it says fourth week equals 20 hours. What does that mean?

A. If you add 10 + 6 + 4, that give you 20 hours.

Q. Okay. So, it would be the amount that they worked that week?

A. Yes. But I don't know – you have this right?

Page 47

But let's say I completed the first week because in order to have this ten, six, and four, it has to be passed. So, in order to have this – the last two weeks.

So, let's say I have this calendar by the 22nd, I already fill out that in Santa Clara they worked ten, six, and four hours. They have pending 20 hours. From the 40 hours they have pending 20 hours.

Q. Okay. But when you say the – so, the – I'm sorry, I got a little confused in that. Are you saying that it was written after like they performed or before in advance?

A. The calendar.

Q. The calendar. Sorry, yeah.

A. But in order for me to put the hours, like the six and four and ten, ten, and ten as you can see in in the last two rows is because they already worked those hours.

Q. So, you wrote the hours on the calendar after they had already worked there?

A. Yes.

Q. Okay. And then can you explain the pending 20 to me? I know you touched on it, but I got a little confused. I'm sorry.

A. Don't worry. I know it is confusing. They

Page 48

have to work 40 hours.

So, if they already have 20, they have pending 20 hours. 40 less 20. 20.

Q. And did that mean that they still had to work those 20 hours that week?

A. For that station, they had 20 hours pending, so they needed to work another week, 20 hours in that station.

Q. Okay. So, the pending would mean like – I know probably not in this one, because they're scratched out, so my guess is that that meant there was no work on the stations.

But let's say that there was, would that mean that those pending 20 hours would be for the next week?

A. No. The thing is the following. They had 160 hours. Per station, so 40 hours one week, 40 hours another one, 40 hours the third one, 40 hours the fourth one.

At the end of the fourth week they needed to have the station completed 100%. So, I have to do the test in the following week or the next week.

Q. Okay.

A. But they have 160 hours. So, here in this the first week they work Monday, Tuesday, and Wednesday, a total of 20 hours on that station, Santa Clara.

Page 49

Q. Okay.

A. So, there was 20 hours of work that they needed to perform.

Q. Yeah, I understand that. So, my question becomes when were they were expected to perform the other 20 hours of work?

A. When they got the parts to complete that station.

Q. Okay. So, you didn't necessarily know when they had to do it?

A. No, because we had an issue in that station.

Q. Can you tell me a little bit about the issue that you guys had in the station?

A. The cables were not long enough to be connected, so we need an extra equipment, a plate. It –

Q. Okay.

A. – is called a plate. So, the plate needs to be installed in order to put the two cables together.

So, that's why they were missing 20 hours because they couldn't complete their job 100%. They completed –

Q. (Indiscernible).

A. Yeah, they completed on the one side, but the back side, the cables didn't align and they couldn't put



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

Page 50

it to – put them together.

So, that part was missing and those 20 hours was to perform the work.

Q. Okay. Do you –

A. And that's why it says pending 20 hours.

Q. Okay. Do you know when they completed that work?

A. They completed that that during the testing week. Testing week for Gap Type 2 (phonetic).

Q. Okay. Do you remember when that was?

A. I don't remember the dates. I don't recall the dates, but they completed that work on the testing week because we needed to continue the job.

We needed to continue everything and we received the plates, I provide them with the plates and they work the testing week of Gap Type 2.

Q. Okay. So, I want to go ahead –

A. And they were not supposed to work during the testing week, because during the testing week it was testing with engineers and because of this issue –

Q. They had to –

A. – pending 20 hours, they were doing the testing week.

Q. And do you know if they got paid just 20 hours for this period and then just 20 hours for that period?

Page 51

Do you know how it was?

A. If they work. Let's say if they work ten hours, the other day five hours or ten hours, if they work every time that they went to the site, they got paid. We needed to pay them because they were there. And –

Q. Okay.

A. And for that time they worked at Santa Clara, put in the plates. And I don't remember if they went to another station, but they work. And for every hour that they work, they got paid.

Q. But do you know if they were paid in the same paycheck for the 20 hours that they worked on the 20 hours that were pending or do you know or were they separate?

A. When we made the checks, we made the checks from Monday and the cut off for is Saturday. So, the week ending is always Saturday. So, if they work from Monday to Friday, we will take the total amount of hours work on that week and we'll pay them.

If they work, let's say, Monday in Santa Clara, Tuesday, Santa Clara and Wednesday Gap Type 2, Thursday Gap Type 2, they work a total of 40 hours. No matter where the station is they worked.

Q. Okay.

Page 52

A. And –

Q. So, they were working different stations at the same time?

A. After the issue, yes, because –

Q. Okay.

A. – they were going back to Santa Clara to put the plates, connect the cables and then that station was going to be online.

Q. Okay. So, what you're saying that since they worked 20 hours that week, they would have gotten paid for the 20 hours that week and when they worked the pending hours, they would have gotten paid for the 20 pending hours at a later date?

A. I don't understand your question.

Q. That when they worked the Monday, May 1st through 5th, they got paid for the 20 hours they worked and then they would have gotten paid for the pending hours, the week of testing that they worked them or were they paid the 40 and then they had to work 20 hours?

A. Listen, we have to pay wherever they worked. If they didn't work, I couldn't pay them. So –

Q. That's what I'm asking. So, was it paid at a later date? The other 20 hours?

A. When they worked the 20 hours.

Q. So, for this one it would be the testing week

Page 53

that they received that check for the rest of the $20

A. Because they worked – because they worked on those days.

Q. Okay.

A. Because you need to make sure you have this clear. They have – for example, you work 40 hours, but you don't work two days.

Q. Okay.

A. If you have ten, ten, ten, and ten, 40 hours you don't go two days, you only have work 20 hours.

Q. Yeah.

A. Do you expect to get 40 hours if you don't work 40 hours?

Q. No, but that's why I asked because I wasn't quite clear on. Yeah.

A. It's the same thing here.

Q. Okay.

A. It was –

Q. So, you would have – it would have been paid – so, the pending doesn't mean that they got paid. It just means that they had to complete the work at that station.

A. Yes, but they have pending 20 hours in that station. And they completed the 20 hours after receiving the plate.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

Page 54

So, those 20 hours from that station got paid when they worked on that station and then when they moved to another station, then that amount got paid.

Q. For the other station.

A. Yes.

Q. Okay.

A. Because we needed to separate the hours because they like to separate the hours. He – Jesus made sure it was 160 hours.

Q. How did Jesus make sure that it was 160 hours?

A. Because he was always reminding me, "Make sure my duties are for 160 hours, 160 hours."

Q. And then when he would remind you of this, how would he remind you?

Like, would he call you, would he text you, would he go–

A. Verbally, and the site. That's why this calendar. So, he – sometimes people listen, but looking, counting, showing.

Q. So, you would keep this calendar to help track the amount of hours that they were working at the station?

A. Sometimes, sometimes.

Q. I kind of want to go through these because I don't really want to assume what it means, I want to ask

Page 55

you.

So, for the week of the 22nd through the 26th, can you explain what is – what is GT2 referring to?

A. Yes, Gap Type 2.

Q. Okay. And then the numbers under GT2?

A. Ten hours, ten hours, ten hours, ten hours.

Q. Okay. And would – who worked those ten hours?

A. That's why I told you. I don't know if this have already happened. That I am filling out everything, or if it was that they already completed Santa Clara and I was putting – you know, if you work ten and ten and ten and ten, you will have 40 hours this week.

The second week is a holiday as I told you. Then ten hours, this is pending and Gap Type 2, Gap Type 2, the hours.

Q. Okay. So –

A. Like – what is the name? Like, trying to foresee what will be the schedule.

Q. Okay. So, that –

A. It's something that you write down now may change in the next week or the next hour, but at least so they can know what is going on and how their hours are putted on that station.

Page 56

Q. Super fair. So, some of these weeks may be after they work and some of them may be like an estimate of what they will work?

A. Yes.

Q. Okay. And then you can say it for the record if you're unclear.

If you don't remember, just like you did before, whether it's an estimate or a first thing, that's okay.

A. I can for sure I can tell you this the Tuesday and Wednesday the only way to know they work only six hours is because they did work six hour and they only work four hours.

And it is because of the issue that they couldn't complete that station.

Q. Okay. And then let's go to the last week. Does GT2 also mean Gap Type 2 here?

A. Correct.

Q. And then the numbers would be the hours worked or potentially worked?

A. Potentially.

Q. Okay. And then can you explain to me the second week equals 32 hours equals pending eight hours?

A. Yes. Second week means that we are starting in that station. So, the first week for that station

Page 57

was from the 22nd to the 26th.

Q. Okay.

A. Four hours. Okay. Second week will be a holiday on Monday, so it didn't work or they couldn't work on that day because it was a holiday. So, if we count that Tuesday ten, I don't know why they didn't work on Wednesday. So, I don't recall why, but it is off.

So, maybe something happened that day or they have they have painted. I don't know. I don't recall why it is off, but it is off here. So, the next day will be ten. And if they work 12 hours on the last day, they will have 32. And from that week they will need eight hours.

Q. Okay. So, that week, am I correct in saying that, they would have been paid for 32 hour?

A. Yes, if it is like that. If it is not an estimate and this is for sure for sure for sure, then they will have paid – work and paid 32 hours.

Q. Okay. Understood. And then I want to scroll to July 2023. For the most part, this kind of just kind of states the weeks.

And then we go to the testing/no work and check for the pending hours, 20 hours plus eight hours.

A. You see here what I told you before.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

Page 58

Q. Can you explain it to me?

A. Yes, that they didn't have to work during the testing, but they needed to because of the issue in Santa Clara.

When we received the plates, it was for this time, so they worked this time, they completed the time in Santa Clara 20 hours or more because sometimes it was more and they completed the timing that side too.

Q. Okay. So, even though it said no work, they would be working this week?

A. Yes, the thing here is testing no work because they were not supposed to be working. Testing – during the testing, they don't have anything to do there. It's just the engineers.

Q. Okay.

A. Just engineers.

Q. Were the engineers Statewide employees or were the engineers county employees?

A. No, the engineers are people that work for the manufacturer and come to the site to make sure it is running and back online.

So, everything is running as it should be, so they send engineers, they send other people to connect final things that they only know how to do that, so that week is for them.

Page 59

Q. Okay. And they don't work for Statewide?

A. They don't work for Statewide and the project managers are also during this time because they need to do some testing with other places to make sure everything is connected and receiving communication back and forth.

Q. Okay. So –

A. So, that's why testing no work and check for the pending hours. So, check, make sure you check for the pending hours, 20 hours from Santa Clara, SCL and eight hours from GT2, Gap Type 2.

Q. So, for this week they would have – if we're going by what this does here, they would have been paid for 28 hours that week?

A. But again, if they work more, let's say they do anything else or it took more time to do what they needed to do at the station. The time that they work was going to be paid.

Q. Okay. and do you know if they had other things like other assignments going on during this time or it was just to finish the stations?

A. What I know is that he told me that it was a lot of work to do the – to install the plates.

Q. Who told you that?

A. Jesus and Esnol.

Page 60

Q. Okay. Okay. I'm going to go ahead and stop sharing my screen really quick. Now, while we were talking about the calendar, we just talked about how some of those, like checks needed to follow up.

One of the checks the times that they were working needed to follow up because there were still pending hours left to work at the stations.

A. No exactly because they were not working those 20 hours. They haven't worked those 20 hours.

They worked – they had 20 hours pending from that station.

They didn't work those 20 hours. They needed to make up those 20 hours because they didn't work for those.

Q. Yeah, that's why I said that some of them require follow up, not that they had worked them, just that they required – like you had wrote it pending, because they required a follow up.

So, I do want to go through some of the documents showing how Jesus and Esnol were already paid. Give me one second to let me share my screen and then I want to ask you if you recognize them. Okay?

A. Okay.

Q. So, Plaintiff's Exhibit 2 is going to be check – paychecks for Jesus and Esnol that have their

Page 61

signatures on them. Ms. Usuga, do you recognize these?

(Thereupon, Plaintiff's Exhibit 2 was entered into the record.)

A. I recognize the check. I recognized Mr. Melo's signature.

I recognized Mr. Jesus' signature, but I am not completely sure if that check is blank after net pay or it was erased, the information that I write down when I gave them the checks because usually I put – can you show me other ones because I usually –

BY MS. SCHICKMAN:

Q. Yeah. We're going to go through it now. I think I was –

A. Okay, okay, okay.

Q. – just about to ask about it.

A. Okay.

Q. Like this one, right?

A. Let's say – yeah. Let's say 24, 23, you see.

Q. Okay. So, this handwriting on the bottom, is it yours?

A. Yes, yes.

Q. Okay. And why do – that was my next question.

Why do some of the checks have the handwritten breakdown and then others don't?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

Page 62

A. I don't know either because I usually put this. And you know why? Because I am an employee.

And I was the one supervising that they work this hours.

And I don't want any mistake or any confusion that I'm giving more hours or taking hours. So, he had here with my hand written the dates and hours he worked that it was 40 hours.

Q. Okay. And then you just told me that you were supervising their hours. Can you just go through that a little bit how you were supervising and making sure?

A. Because I was giving the time to Mr. Melo to provide this check. So, it was like my responsibility to give the proper information that they are giving me to Mr. Melo. And –

Q. Okay.

A. And this is the reflection of the – of that information.

Q. Okay. And how did you get the times that you gave Mr. Melo?

A. Verbally. verbally from Mr. Jesus and Esnol.

Q. And when you say everybody, was that a phone call, was that in person?

A. In person or phone call, it depends.

Q. Okay. So, they – there both times that they

Page 63

told you in person and times –

A. Yes.

Q. And did you ask them for it or did they just tell it to you?

A. Either way, because usually I was going to the stations and I was, as you – as you can see the calendar, that he provided you, we have an estimated of time that we will work and that is what I had also with me.

Q. So, you would verify the times with what you had on the calendar?

A. I am talking about the dates. Let's say –

Q. Okay.

A. – Tuesday, Wednesday, Thursday, Friday. If they were ten hours from 07:00 to 05:30, then those are ten hours are there, but in the space you can see it's not a big space.

So, I put it just ten hours, ten hour, ten hour, like I put in the calendar, but we're paying accordingly and as per they verbally information.

Q. And then I know you just said that you used the calendar to verify just the dates. How did you verify the hours that they actually worked?

A. Verbally.

Q. Was there anyone there to see them work the

Page 64

entire shift?

A. Escorts.

Q. Okay. And did you ever ask the escorts for their hours?

A. No, because they are not responsible for their hours. Escorts work for Miami-Dade County.

Q. Okay. So, am I correct in saying that the verification of the hours worked was simply by Jesus and Esnol letting you know?

A. Yes. And I believe what he – what they told me is they told me they were there at 07:00, I believe at 07:00. If they left at 05:30, I believe they left at 05:30.

Why they want to say anything beyond that or a false statement or false information, I don't – I was believing what they were telling me.

Q. And then after they tell you what did you do with the information?

A. I kept them. If it is 07:00 to 05:30, I knew it was ten hours. So, they work ten hours on Tuesday or they work ten hours on Friday or ten hours whatever day they work. So, I just made my math with my fingers and I said, well, ten, ten, ten, ten, we have the 40 hours.

Q. And then who would you give that information to?

Page 65

A. To Mr. Melo.

Q. Okay. How would you give it to him?

A. Verbally.

Q. Okay. And then when you say you kept the information, did you mean that you wrote notes somewhere or?

A. My head. It's just two people with the same hours because it was always the same. So –

Q. So, Jesus and Esnol always worked the same hours?

A. Yes.

Q. Okay. So, going back to these checks that I have up on the screen, the breakdown of the hours when we talk about this corner right here, where did you get this information from?

Like, where did you put it from when you were writing it down in that moment?

A. It's easy because if you go through the pay period the pay period will tell you that it starts Sunday through Friday. And if they work Tuesday, Wednesday, Thursday, Friday, ten hours from 10:00 to 05:30 or to whatever time they were that week that made up the ten hours, then it was easy to count 10 + 10 + 10 + 10, 40 hours.

Q. You weren't getting this information from



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

Page 66

anything written down, you just knew it?

A. Of course, because I go to the site, I get the information. It's only two people, so it's – I don't see like ah and also because I had an Excel report.

My Excel report had the date, description on – what else? That if they were – if there was any testing. And also, like another column for Jesus and Esnol and the total hours.

Q. Okay. But on that report, did it have the times that they worked from or was it just the total hours worked?

A. Just the total hours just to have in mind if I have the 160 hours because my goal is to have all the stations in 160 hours.

So, my goal is to count ten, ten, ten, 40. Okay. We have the first week with 40, then the second week another 40, and the third week 40.

Q. Okay.

A. And so on.

Q. And then do you know whose signature is this one?

A. Esnol or Jesus either.

Q. Okay. And then this one will be whose?

A. Mr. Melo's.

Q. Okay. So, I want to talk about the bottom

Page 67

one, the one that either belongs to Jesus or Esnol. I believe this one is Jesus because the check is made out to him, but when did he sign this? When did he sign his checks?

A. I really don't know because if it is – the background is like a counter, it wasn't in the station. We don't have this background in the station.

Q. This is just a – this is just a picture of the check.

A. Yes.

Q. I'm more asking, did they sign the checks in front of you?

A. Not all the time.

Q. Okay.

A. That's the thing that when they send me these type of pictures, they can sign the check wherever they want and send me the picture. I don't see who signs it, I just received the picture and saved it and that's it. But –

Q. Okay.

A. But if I have the picture – if I take the picture on the site that's not the background.

Q. Okay. So, why were they required to sign the checks?

A. Because Mr. Melo require.

Page 68

Q. Do you know what would happen if they didn't sign the checks?

A. Nothing. Sometimes they didn't sign it or sometimes if they sign it, never send me the picture and nothing happened.

Q. Okay.

A. But it was something to have it on file just in case.

Q. Okay. And when you – you had told me earlier that you were in charge of giving them the paychecks. Did they get those from you at the office?

A. Can you repeat that again, because I couldn't get the first –

Q. Sorry about that. You had told me earlier that you were the one in charge of distributing that giving out the paychecks. Would they get them from you at the office?

A. Not exactly. I haven't talked about the checks distributing. I – but also did that.

Q. Okay.

A. I get the checks and I deliver it to the site, deliver the checks to the site and to each of them.

Q. So, you would actually take – you would take the check from the office and take it to Jesus and Esnol?

Page 69

A. Yes.

Q. Okay. And would you do this with all the Statewide employees working that week or just with them?

A. With them, because they were at the job site.

Q. Okay. Okay. So, is this one also your handwriting?

A. Yes, it is.

Q. Okay. I want to – I'm going to scroll through them really quick. If you see one that's not your handwriting, can you please let me know?

A. Okay.

Q. Okay. Were those all in your handwriting?

A. Yes.

Q. Okay. And then as far as the signature, were they required to send you or did you ask them to send you the picture of them signing the check?

A. I asked them to sign their check and to provide them with a picture either at the job site or if they didn't sign in front of me and they sign it another place, they will send me the text message and you can see the background.

Q. And what would you do once you receive the picture of it or on the days that you were able to take the picture that you took the picture?

A. I just leave it in my phone and then once I



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

Page 70

get to the office, when I remember that I have a bunch to send because it has to be sent to a e-mail and then to the e-mail to save it on the file. So, I waited for some few, so I had everything just like a big group of pictures.

Q. Okay. And is this the procedure for all Statewide employees? Does everybody have to sign their checks?

A. Yes.

Q. Do you have to sign your checks?

A. No, mine's, no.

Q. Okay. So, can you – do you know the names of the employees who did have to sign their checks?

A. Jesus, Esnol. I don't recall if Angel and that's it.

Q. Okay. So, it wasn't at all Statewide employees, it was Jesus and Esnol?

A. I think so.

Q. And possibly Angel, I know you said you didn't recall.

A. Yeah.

Q. Okay. I'm going to go ahead and remove our Exhibit 2 from the screen. Okay.

And then I just want to go into your background, Ms. Usuga, with Jesus a little bit. Who is

Page 71

Jesus Gonzalez to you?

A. Another employee or he was another employee here.

Q. And how long have you known him?

A. From the very beginning.

Q. Okay. He was already working there when you began working there?

A. No, I was.

Q. Okay. You started working there first. Were you involved in his hiring process, like did you get to interview with him or meet with him before he was hired?

A. No.

Q. Do you know how long you've worked with him? Like, how many years – how many years it was?

A. He started working here in 2014.

Q. Okay.

A. I don't know the exact date, but it was in 2014.

Q. And do you know when he stopped working there?

A. 2024. January, February, March. Between March and April.

Q. Okay.

A. I don't recall the exact month, but I know until 2024.

Q. No worries. And do you know when he stopped

Page 72

working there, whether he was fired or he quit?

A. That I don't know, because that's the thing. If we have work – if we have projects we can work as long as we complete the work, but when we don't have anything to do, we don't have anything to – any project on hand, there is no work.

Q. Okay. And is that a regular event at Statewide that if there's no project that the employees just don't work?

A. Yes.

Q. Okay. Does it apply to you?

A. No. Because I am secretary. When he wants me to be a project manager, like for example, in this project I was project manager, then it was back to my normal daily activities.

Q. Okay. And Ms. Usuga, what's your understanding of what a project manager is?

A. Well, my understanding of a project manager is the one responsible that the project gets completed 100% in the time they allowed us to do it and complete the project, get paid, and that's it.

Q. Okay. And going back to Jesus, what was his role the Metro Rail project?

A. He was doing installation.

Q. Installation. And how often did you interact

Page 73

with him?

A. Everyday. Everyday that he worked. Let's put it that way. Everyday that he worked.

Q. And what were the forms in which you interacted with him?

Like, what are the different ways that you interacted with Jesus?

A. Regular, you know. He's an employee, I am an employee too. Regular.

Q. Let me rephrase because I don't think you understand it, more, but like by phone, by text messages, in person? Yeah.

A. By phone, in person. During that project I was responsible. So, I wanted to make sure I did a good job and if they need something that may stop the work it was on me.

So, I was supposed to be in charge of getting everything they need, so they have work continuously and they always had contacted me by phone or if I was there to let me know what they need.

Q. Okay. And did you ever talk to them via text message?

A. Yes, we have some text messages.

Q. What about e-mail?

A. No, no, no.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

Page 74

Q. Okay. Now, I want to go into Esnol. So, who is Esnol Cantero to you?

A. Another employee or ex – he was an employee here for –

Q. Okay. And then do you know the time that you worked with Esnol?

A. It was after his dad – what I know, what I remember is that he came to work Statewide because of his dad.

Q. Okay. But you don't remember when that was?

A. It was after. I don't know if it was – I don't recall if it was 2015 or 2016, but it was after his dad.

Q. Okay. And how long have you known him, like did you know him from before he started working there?

A. No.

Q. Okay. And what was his role in the Metro Rail projects?

A. Doing installation along with his father.

Q. And how often did you interact with Esnol?

A. Everyday. They were always at the station.

Q. Okay. And did you interact with Esnol in person through phone, through text messages?

A. Yes.

Q. So, all of those, in person, phone, and text?

Page 75

A. Yes, because we have communication, we have personal communication when I went to the sites, we have phone calls, we have text messages, everything referring to work because that's our encounter work. After work, nothing but.

Q. Okay.

A. Work related, yes.

Q. And then did Esnol ever use e-mail to communicate with you or?

A. No e-mail.

Q. Okay. And then you had named another employee earlier, Angel. How long has – was Angel working at Statewide?

A. Well, he was in and out, in and out as needed.

Q. Okay. And did he perform work at the Metro Rail stations?

A. At the station, no. For materials for the station, yes.

Q. Was he working regularly during the time that Statewide was working on the Metro Rail stations?

A. I don't recall, but I know he was at the warehouse even if we don't – even if we are not in the station because he was preparing the warehouse to receive materials or to find out if we have the materials we need so we don't have to buy them and

Page 76

organizing everything in the warehouse.

Q. Okay. And how long have you known Angel?

A. A lot of years.

Q. Okay. Can you give me an estimate?

A. Around 22 years.

Q. Okay. So, that's before he started working at Statewide?

A. And even before I started working at Statewide.

Q. Okay. What's your relationship to Angel?

A. He was my step-dad.

Q. Okay. Now, I want to pull up on plaintiff's Exhibit 3. It's going to be the copy of the Miami-Dade County certified payroll records.

Give me one second so I can go ahead and share my screen with you.

(Thereupon, Plaintiff's Exhibit 3 was entered into the record.)

BY MS. SCHICKMAN:

Q. Okay. Can you guys see the payroll records up on the screen?

A. I see it has Miami-Dade County and I have seen this paperwork.

Q. Okay. You have seen it?

A. Yes.

Page 77

Q. Okay. Ms. Usuga, do you know what a certified payroll is?

A. This is something Mr. Melo has to do.

Q. And do you know that these documents are made under penalty of perjury?

A. Yes.

Q. Okay. And then do you know that they're submitted to the county and the employees are paid by the county?

A. They are not paid by the county.

Q. Okay. Who are they paid by?

A. By Mr. Melo.

Q. Okay. And – but they're paid at a rate that the county sets. Am I correct in saying that?

A. They are paid accordingly to the project wages.

Q. Okay. Well, these project wages from the county. Do you know that they come from federal taxpayers dollars?

A. No, I don't know because –

Q. That's okay.

A. – I – this is –

MR. VERBIT: Don't guess.

A. – not part of my duties.

MR. VERBIT: Don't guess.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

Page 78

BY MS. SCHICKMAN:

Q. Yeah, you don't have to guess. I was – it was just a question. You're okay to say no or you don't recall. That's fine.

Okay. So – but you do know that these were made under penalty of perjury?

A. Yes.

Q. Okay. And do you understand that perjury has the consequences that we spoke about earlier? It's a federal crime to perjure yourself?

A. Yes.

Q. Okay. So, going through these records, I don't expect you – you've already told me that you weren't the one who made them.

But we did talk about how you were responsible for the hours worked on the project for the Metro Rail stations. So, I just want to go through a few of these with you. We can start with Esnol at the beginning.

This is for it says it is the week of April 9th through the 15th.

To the best of your recollection, are these hours accurate?

A. I don't know if the dates are correct, but in the total it says 40 hours.

Q. Okay.

Page 79

A. And my goal is that they work 40 hours, 160 hours per station. So, if it is 40 hours then it is correct.

Q. Okay. Okay. And then same question for Jesus, does this look like something that would be accurate to the best of your recollection?

A. It's very hard to tell you if it is or if it's not because I didn't do this paper, but if they have the same dates 11, 12, 13, 14, the same hours, a total of 40 hours, it is true because they work together same dates, same time, so I think they look good.

Q. Okay. And then, for. Mr. Melo, do you know how his hours were responsible for being tracked?

A. No, because I wasn't tracking him. I wasn't asking him his hours.

Q. Okay. That's fine.

A. But that's – I guess that's the amount of time that he dedicated to the project.

Q. Okay. And then for – so, if I am understanding correctly, they would report their hours to you and you would just – you were the middle person between Jesus and Esnol and Mr. Melo?

A. Yes.

Q. Okay. And were Jesus and Esnol the only two people that you tracked hours for or was it everyone

Page 80

working on the project?

A. No, just Jesus and Esnol.

Q. Okay. Now, I want to talk about this one. The certified payroll records that say Angel Vaillant.

Do you know if his hours were accurate for this week working on the Metro Rail stations?

A. I don't know either because Mr. Melo was the one who asked him to come or to leave.

Mr. Melo was the one who decided how many hours does he work or I don't have information. I was only responsible for the hours at the station.

Q. But these are the hours that were reported for the station.

A. No, at the station is Jesus and Esnol. Jesus and Esnol were the only ones in the station. I am responsible for –

Q. Okay.

A. – only them, Jesus and Esnol. If Angel was here in the warehouse, if Angel was picking up materials, I don't know.

Q. You don't know?

A. It's Mr. Melo's – it's like Mr. Melo's hours. If he –

Q. Okay.

A. – wants to come here at 06:00, it's his

Page 81

decision. He's the owner. He wants to leave early.

He doesn't want to come it's his decision. I just have to make sure the hours were Jesus and Esnol and that's what I did.

Q. Okay. And then when you say ensure, what do you mean? Like, that you have to ensure their hours just –

A. Yeah, because I had to report the hours to Mr. Melo. If I gave the wrong hours –

Q. Okay. And do you know if Mr. Melo used the hours that you reported to make this document?

A. Yes, that's why I wrote down on the check to confirm he's paying 40 hours and why he's paying 40 hours because you worked this, this, this, and this date.

Q. But before the checks were issued, am I correct in saying that it wasn't written down?

A. No. They were written down after the check was printed out because I don't do the checks.

Q. Okay. If we scroll to – there's a lot of these because I know that Statewide was working on that project for a really long time.

Okay. I'm going to go to – I just went to a random page on the document. As far as Esnol, on this page, to the best of your recollection, does it look



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

Page 82

like it is accurate?

A. I can't say if it is or if it's not because I don't have my cell report with me.

Q. Okay.

A. My report is good, but not that far, so I cannot tell you it is, what I had in my report because I am not sure 100% sure, but he got paid 40 hours. So –

Q. Okay. Okay. Is your answer the same in regards to Jesus?

A. Yes, because I don't know by memory all the information.

Q. No worries. I understand. And then for Angel Vaillant, at this point were you tracking his hours or you still – you never tracked his hours?

A. Never tracked his hours.

Q. Okay.

A. Remember, I was going to a job station, to the job site. I was there for a long time picking up materials, going to buy food, buying ice, water. I was always almost over there. My second home was the station.

Q. The station.

A. So, I couldn't be tracking here and there. I multitask, but from one point. I cannot be here and there at the same time. So –

Page 83

Q. So, it was –

A. – I just –

Q. It was only the individuals at the station who you were –

A. Correct, yes.

Q. And Angel and Noel were not at the station?

A. No.

Q. Okay. I'm going to go ahead and remove Plaintiff's Exhibit 3.

Okay. So, I know that we've spoken about you having to go to the Metro Rail stations and I know that you gave me an approximate time, but would the time that you went to the stations change depending on whatever else you had going on?

A. Yes.

Q. Okay. And how did you – did you communicate with anyone the times that you would be going to the station?

A. It depends because if let's say, I have to go to the station to deliver checks, for example –

Q. Okay.

A. – I have to wait for the checks to be ready, so I just do one trip. The checks to the office Mr. Melo signed the check.

Then I go to the job site, deliver the checks,

Page 84

and if they need something else, I get it by that address or by that location. I go to a Publix in that location or to get food in that location.

And sometimes if they don't want food from there and I have to go to a far place then I have to accommodate accordingly.

Q. Okay. And then did you track the time that you were at the Metro Rail stations?

A. No.

Q. Okay. Since you were the one managing the project at that point, would anyone go to you with questions about their schedule?

A. Yes.

Q. Okay. And who would go to you with questions about your schedule?

A. Jesus and Esnol.

Q. What types of questions would they ask you in regards to?

A. If they were going to work next week and what days or when will be the testing week, so they plan ahead to do their things.

And I will say, "We have not confirmed yet, but we are estimating to have testing week for this week because it was the week off."

So, they're always asking me when will be the

Page 85

testing week. And will provide the answer that I have.

Well, we have ready this and this and the other people may come On this date and now we can more or less confirm that the – it's not tentative, now it's confirm. It depends when they asked me if it was already confirmed or is tentative.

Q. Okay. And that information, how did you get it?

A. Well, that's why our scheduling was very important. If we have four weeks, 40 hours a week to complete the station, then I may or I tentatively assume that next week after they finish the testing will be performed, but I needed to speak with three different companies, so they send a representative to Miami to come and do each one their work.

Q. Okay. And can you tell me who these representatives were?

A. Yes, one from B&C Transit, one for Mass Electric and one for – it was from Mass Electric, but another division, but I contacted the guy directly.

His name is Carlos. And he had to come to do the testing.

So, it's not only me or Miami-Dade County. Now we have to do this, commissioning to do the final testing we needed other people to confirm their



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

Page 86

attendance and then proceed.

Q. And then if there was an alteration in the schedule, who would find out about it first?

A. They will contact me.

Q. Okay. And were you responsible for relaying that information to Jesus and Esnol?

A. First of all to the owner, Miami-Dade Transit –

Q. So– (Indiscernible). Okay.

A. – to the project manager because they are allocating different escorts because during the testing they need to have several escorts.

So, they are allocating a lot of personnel that may they may not need. So, my first point is contact the project managers, advise what is going on and if we can do something else or what we can do. So, then now that we have – let's say we had everything ready and someone called, "I won't be there on Tuesday."

So, my part – my part of the work is not going to be completed for the testing. Then we need to do something or the equipment –

Q. Okay.

A. – that I need was in loss. I need to ask the project manager what he wants to do, how he wants to proceed, and then talk to Jesus, talk to Mr. Melo, talk

Page 87

Statewide and explain, "Well, this happened."

This is what I get from Miami-Dade County and this is our steps or this is our – what is the name? We may take these decisions.

Q. Okay. And when you're referring to the project managers, who are you talking about?

A. Leo or Dalton?

Q. Okay. Thank you. And then would anyone from Statewide go to you if they had questions about the hours?

A. Like what questions?

Q. Like, if – like what hours they were going to be working or if the hours reported were different.

Like, were you the point of contact for those questions?

A. If they needed to know about the hours they will ask me, but they already knew that a week it was 40 hours.

So, if they're going to be late, no, they never went late. So, I don't understand the question.

Q. No worries. When you say that they – it needed to be 40 hours, what would happen if an employee of Statewide worked over 40 hours?

A. That's a point. That's why from the beginning Mr. Melo did the first station. When he did the first

Page 88

station, he calculated that the station, all the stations is a copy and paste.

The only one that is small is Gap Type 2. And he said, "I think after my first station it will take 160 hours." So, he spoke with Jesus and Esnol and told them, "You will be responsible to do the installation. You have 160 hours. Are you okay with that?" "Yes."

"Okay. So you have 160 hours, 40 hours one week and four weeks like that. 160 hours, no more." If you work less and if you need – and if you need to work more, you need to let us know in advance because we cannot work more than 40 hours.

So, the work you need to do or is still pending you need to put it to the other week. You need to come another week and do the work the next week. No more than 40 hours.

Q. Was there ever an instance where they let you know that they did work more than 40 hours, that something happened that they needed to stay a day?

A. No, but they insinuating with the problem in Santa Clara that it was too hard, the issue with the place, it was too hard and even 20 hours were not enough to complete that station.

Q. Okay. So, how did you respond to them when they came to you with that?

Page 89

A. And I said, "Well, if you work – the day that you work, the hours that you work, they will be paid."

Q. Okay. So, as far as pay, did any employees from Statewide go to you with questions about their paychecks or what they were paid?

A. No.

Q. Okay. And then did any Statewide employees ever work outside the scheduled hours you were aware of?

A. That I can recall, no.

Q. Okay. Do you know what the policy was if an individual did work more than 40 hours, what they were – how would they go about that?

A. I don't know because it hasn't happened to me once or I don't know if Mr. Melo has to do something or say something, I don't know.

Q. Okay.

A. So, I don't know.

Q. Do you know if there's a policy in place for working more than 40 hours a week?

A. No, I don't know.

Q. Okay. Who was responsible for processing the payroll for Statewide employees?

A. When you say processing, making the check?

Q. Yes, yes, yes, yes.

A. The accountant.



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

Page 90

Q. Okay. And what was the accountant's name?

A. Hayman Martinez (phonetic).

Q. Is she an employee of Statewide or is she from outside?

A. Outside.

Q. Okay. And what role, if any, did you play in the payroll?

A. Picking up the checks, bringing it to the office or wherever Mr. Melo wants. He signs the checks, I put it inside the envelope and deliver to Jesus and Esnol.

Q. Okay. Did you deliver to other employees besides Jesus and Esnol?

A. No.

Q. Okay. Where would the other employees? Do you know where they would pick up their checks?

A. At the office.

Q. Okay. Now, did employees ever come to you with questions or complain about the hours that they worked?

A. No.

Q. Was there a procedure for employees to ask questions or complain about the hours that they worked, they were going to work?

A. When you said they were going to work.

Page 91

Q. Like if they had a complain about either the hours that they worked or their scheduling, was there a process on how to handle those?

A. The only issue that I have is the from Santa Clara.

As you can see in the calendars they worked 20 hours, they had pending 20 hours and they wanted me to pay those 20 hours even though they didn't work.

Q. Okay. And then were there ever complaints made to you about missing or reduced hours paid out to them?

A. No.

Q. Okay. And you said that you would deliver the checks, would you deliver the checks at the same time every week?

A. It depends at what time I was there, at what time I have them signed. Remember that it has to be signed by Mr. Melo. He was the one – only one who can sign the checks.

So, after picking the checks from the accountant I had to find out where it was, Mr. Melo, so he can sign them, and then deliver to the station.

Q. Okay. It's 12:30. If it's okay with you guys, can we take five?

MR. VERBIT: Okay. Yeah.

Page 92

(Thereupon, a short discussion was held off record.)

(Deposition resumed.)

THE COURT REPORTER: The time is approximately 12:36 P.M. We are back on the record.

BY MS. SCHICKMAN:

Q. Okay. Paola, have you ever been asked by any Statewide employees about correcting or adjusting or changing the employee hours?

A. The first word, can you repeat that?

Q. Yeah. Have you been asked about any Statewide employees – have you ever been asked by any Statewide employees about correcting, adjusting, or changing the employee hours?

A. Can you rephrase the question because I don't understand the first word.

Q. About correcting or like – okay. We can take out correcting. So, have you ever been asked about –

A. Correct. I understand correcting, but the other the other word before, can you start the question again, please?

Q. Yeah. Yeah. Have any Statewide employees ever asked you about corrections or changes or adjustments to their hours made?

A. No, no.

Page 93

MS. SCHICKMAN: Okay. So, I want to introduce and I believe it's Exhibit Number 4. Court Reporter, can you confirm?

THE COURT REPORTER: Yes, it is.

MS. SCHICKMAN: Okay. Thank you. So, I want to introduce Exhibit Number 4. Give me one second. Sorry, I'm having trouble with it. Okay. Were you guys able to hear that?

(Thereupon, Plaintiff's Exhibit 4 was entered into the record.)

MR. VERBIT: There's something.

MS. SCHICKMAN: Okay. Give me a second. Let me share my screen see if it will. There's not – it's just an audio recording. There's no video or anything to accompany it.

MR. VERBIT: What audio recording of who on what date?

MS. SCHICKMAN: It's the audio – it's the – I don't remember the day off of my head. It's the one that was between Ms. Usuga, Mr. Gonzalez, and Mr. Cantero. It was sent, I believe in our Rule 26 over to you.

MR. VERBIT: Okay. So, if it's – if that's the recording that we're talking about the one that was produced in discovery in this case –



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

Page 94

MS. SCHICKMAN: Yes.

MR. VERBIT: – I'm going to interpose an objection on behalf of Statewide and Melo and Ms. Usuga based on the fact that this recording was made illegally in violation of Florida Law and Federal Law.

It's – the recording was made in violation of Section 934.03, Florida statutes and 934.06 Florida statutes says that no part of the contents of such communication, and no evidence derived there from may be received in evidence in any proceeding entered before any court.

So, I am – and also 18 USC Section 2515 prohibits the use of evidence of intercepted wire and oral communications. And based on the fact that – based on their position that this recording was obtained illegally, I'm going to instruct Ms. Usuga not to answer any questions about it pending the court's ruling on it.

MS. SCHICKMAN: Understood. Just for the record, it is the Plaintiff's position that there was no expectation of privacy when this video was recorded.

There was more than one person in the room, the door was open, and therefore there was no

Page 95

expectation of privacy and it is Plaintiff's position that this is not obtained illegally. I understand your instruction.

I am still going to pay a small portion of it for the record.

MR. VERBIT: Okay.

MS. SCHICKMAN: Okay. So, I'm going to go to 6:58 a bit – little bit before.

(Thereupon, an audio phone conversation was played into the record.)

UNKNOWN SPEAKER: (Speaks in Spanish).

(Audio recording ended.)

BY MS. SCHICKMAN:

Q. And I know that Mr. Verbit, who is representing you here, has instructed you not to answer any questions of – about what comes out of this recording, but can you confirm for me who the voice is on the recording are?

MR. VERBIT: No, objection. Same objections.

I reiterate the same objections I just made a few minutes ago and I instruct the Witness not to answer that question.

MS. SCHICKMAN: Understood.

MS. SCHICKMAN:

Q. Now, Ms. Usuga, moving on. Have you ever had

Page 96

any discussions with an Attorney or the Department of Labor in regards to the correct way to keep time?

A. No.

Q. And have you ever attended any trainings that would show you how to maintain proper time records?

A. No.

Q. Do you know if anyone has attended trainings on behalf of Statewide for time records?

A. I don't recall.

Q. Okay. And have you had any discussions with the Department of Labor in regards to how to maintain proper time records?

MR. VERBIT: Objection, asked and answered just two minutes ago. You can answer again, Paola.

A. No.

BY MS. SCHICKMAN:

Q. Okay. Did you ever receive any instruction or training from Mr. Melo as to how to maintain time records?

A. No.

Q. So, Paola, how did you know how to keep the time records? Who taught you how to keep time records?

A. It's something that is there, it's s something that is easy if you start your work at X time and you finish at Y time, it's just to calculate from what time

Page 97

to what time do you work in that city. There is no engineering work to do that or electrical work to do that or I don't understand.

Q. That's okay. But did you ever have official training from any source?

MR. VERBIT: Objection, asked and answered. You can answer again one more time.

A. No.

BY MS. SCHICKMAN:

Q. Now, Ms. Usuga, for the Metro Rail projects, you were acting as the project manager and those – did Mr. Melo ever train you on your duties as project managers?

A. No.

Q. Did you receive project manager training from anywhere or anybody?

A. No.

Q. And have you ever acted as a project manager in any other capacity?

A. No.

MS. SCHICKMAN: Okay. That concludes my questions for today. Mr. Verbit, are you going to ask her some questions?

MR. VERBIT: No, I have no questions.

MS. SCHICKMAN: Okay. So, Court Reporter,



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

## Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
## Usuga, Paola on 02/10/2026

Page 98

that is it.

MR. VERBIT:  We'll read.

THE COURT REPORTER:  Okay.  All right.  Let's go off the record.

(Deposition concluded at 12:45 P.M.)

(Reading and signing of the deposition by the witness has been reserved.)

Page 99

CERTIFICATE OF REPORTER

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

I, JOHANY ALEXIS ACEBAL, Court Reporter and Notary Public for the State of Florida, do hereby certify that I was authorized to and did digitally report and transcribe the foregoing proceedings, and that the transcript is a true and complete record of my notes.

I further certify that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

Witness my hand this 24th day of February, 2026.



JOHANY ALEXIS ACEBAL, CER, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA

Page 100

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

I, JOHANY ALEXIS ACEBAL, the undersigned authority, certify that PAOLA ELIZABETH USUGA, appeared before me remotely pursuant to Florida Supreme Court Order AOSC20-23 and was duly sworn on the 10th day of February, 2026.

Witness my hand this 24th day of February, 2026.

JOHANY ALEXIS ACEBAL, CER, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA
Commission No.:  HH 610904
Commission Exp:  11/07/28

Page 101

DATE:     FEBRUARY 24, 2026
TO:      PAOLA ELIZABETH USUGA
C/O:     STEPHEN VERBIT, ESQUIRE
          STEPHEN R. VERBIT, P.A.
          6741 ORANGE DRIVE
          DAVIE, FLORIDA 33314

IN RE:   JESUS E. GONZALEZ HERNANDEZ vs. STATEWIDE ELECTRICAL SERVICES, INC. AND NOEL MELO
CASE NO:  1:25-CV-22530-BECERRA/TORRES
Dear MS. USUGA,
Please take notice that on the 10th day of February, 2026, you gave your deposition in the above-referenced matter. At that time, you did not waive signature. It is now necessary that you sign your deposition.  You may do so by contacting your own attorney or the attorney who took your deposition and make an appointment to do so at their office.  You may also contact our office at the below number, Monday - Friday, 9:00 AM - 5:00 PM, for further information and assistance.

If you do not read and sign your deposition within thirty (30) days, the original, which has already been forwarded to the ordering attorney, may be filed with the Clerk of the Court.

If you wish to waive your signature, sign your name in the blank at the bottom of this letter and promptly return it to us.

Very truly yours,

JOHANY ALEXIS ACEBAL, CER, Court Reporter
Universal Court Reporting
(954)712-2600
I do hereby waive my signature.

PAOLA ELIZABETH USUGA
CC: VIA TRANSCRIPT:
KATELYN SCHICKMAN, ESQUIRE

**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

Page 102

Errata Sheet

NAME OF CASE: Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.

DATE OF DEPOSITION: 02/10/2026

NAME OF WITNESS: Paola Usuga

Reason Codes:

   1. To clarify the record.

   2. To conform to the facts.

   3. To correct transcription errors.

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

                _____



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

**Errata Sheet**

**Page 1**

NAME OF CASE: Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.

DATE OF DEPOSITION: 02/10/2026

NAME OF WITNESS: Paola Usuga

Reason Codes:

1. To clarify the record.

2. To conform to the facts.

3. To correct transcription errors.

Page __20___ Line ___3___ Reason __1 2 3____

From ___uncle_____ to _____on call_____

Page __26___ Line ___3___ Reason __1 2 3____

From _____for_____ to _____per_____

Page __50___ Line __16____ Reason __1 2 3____

From ___Type_____ to ____Tie_____

Page __55___ Lines _4 and 16_____ Reason __1 2 3____

From _____Type_____ to _____Tie_____

Page __56___ Line ___17___ Reason _1 2 3_____

From _____Type_____ to ___Tie_____

Page __59___ Line ___11___ Reason _1 2 3_____

From _____Type_____ to ___Tie_____

Page _88____ Line ___3___ Reason ___1 2 3___

From _____ Type _____ to ___ Tie _____

_____
Paola Usuga

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

**$**

**$20**
53:1

**$250,000**
7:24

**0**

**04:30**
15:1 31:13,15

**05:30**
38:7,21 40:5,6
63:15 64:12,13,19
65:22

**06:00**
80:25

**07/02/86**
8:12

**07:00**
34:12,15 35:15
38:7,21 40:5,6
63:15 64:11,12,19

**08:00**
15:1 16:12 31:13,
14,24

**09:00**
15:15 41:5

**09:30**
15:15 16:15

**1**

**1**
45:8,10

**10**
5:2 46:22 65:23,24

**100%**
48:20 49:21 72:19

82:7

**10:00**
16:15 41:5 65:21

**10:18**
5:8

**10:25**
10:24

**10th**
5:8

**11**
79:9

**11:26**
44:22

**12**
57:12 79:9

**12:30**
91:23

**12:36**
92:5

**12:45**
98:5

**13**
79:9

**14**
79:9

**15**
44:16

**15th**
78:20

**160**
48:15,23 54:9,10,
12 66:13,14 79:1
88:5,7,8,9

**172nd**
8:14

**18**
94:13

**1999**
9:10

**1:25-cv-22530-
becerra/torres**
5:13

**1st**
46:5 52:15

**2**

**2**
50:9,16 51:22,23
55:4,16,17 56:17
59:11 60:24 61:2
70:23 88:3

**20**
46:21,22 47:7,8,22
48:2,3,5,6,7,14,25
49:2,6,20 50:2,5,
22,24,25 51:13
52:10,11,12,16,19,
23,24 53:10,23,24
54:1 57:24 58:7
59:10 60:9,10,12,
13 88:22 91:6,7,8

**2004**
10:2,7

**2012**
11:4

**2014**
71:15,18

**2015**
74:12

**2016**
74:12

**2023**
12:22 57:21

**2024**
71:20,24

**2026**

5:2,8

**22**
76:5

**22nd**
47:6 55:2 57:1

**23**
61:18

**24**
61:18

**2515**
94:13

**26**
93:21

**26th**
55:2 57:1

**28**
59:14

**2851**
8:14

**3**

**3**
76:13,17 83:9

**305 720-1856**
9:5

**32**
56:23 57:13,16,19

**33056**
8:15

**4**

**4**
46:22 93:2,6,9

**40**
24:10,15,22,23
25:1,5,6 26:4,14,
15 30:21 33:23



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

47:8 48:1,3,16,17
51:23 52:19 53:6,
9,12,13 55:13 62:8
64:23 65:24 66:15,
16,17 78:24 79:1,
2,9 81:13 82:7
85:10 87:17,22,23
88:8,12,16,18
89:11,19

**4:30**
31:24

---

**5**

**5th**
46:5 52:16

---

**6**

**6**
46:22

**6:58**
95:8

---

**9**

**934.03**
94:8

**934.06**
94:8

**9th**
78:20

---

**A**

**A.M.**
5:8 10:24 44:22

**able**
21:16,22 26:17
27:17,19 29:18
31:24 33:14 69:23

93:8

**about**
8:8 13:5 14:14
18:7,11,23 19:4
24:6 27:4,25 28:15
34:5 35:3,16 36:6
40:21,24 41:6
46:18 49:12 60:3
61:15 63:12 65:14
66:25 68:14,18
73:24 78:9,15 80:3
83:10 84:12,15
86:3 87:6,9,16
89:4,12 90:19,23
91:1,10 92:8,11,
13,17,18,23 93:24
94:18 95:16

**accommodate**
84:6

**accompany**
93:15

**accomplish**
33:17

**accordingly**
26:21 63:20 77:15
84:6

**accountant**
89:25 91:21

**accountant's**
90:1

**accurate**
78:22 79:6 80:5
82:1

**Acebal**
5:14

**acted**
97:18

**acting**
97:11

**activities**

72:15

**actually**
63:23 68:23

**add**
36:25 37:3 46:22

**address**
8:13 84:2

**adjusting**
92:8,13

**adjustments**
92:24

**ADP**
10:1,4

**advance**
22:21 30:16 47:12
88:11

**advise**
86:15

**affect**
7:9,12

**after**
5:5 12:15,17 17:21
30:18 31:5 32:20
34:13,14 35:7
36:6,8 38:13 39:24
47:11,19 52:4
53:24 56:2 61:7
64:17 74:7,11,12
75:5 81:18 85:12
88:4 91:20

**afternoon**
15:19 39:1

**again**
40:22 59:15 68:12
92:21 96:14 97:7

**ago**
9:10 95:21 96:14

**ah**
66:4

**ahead**
7:2 22:24 45:7
50:17 60:1 70:22
76:15 83:8 84:21

**align**
49:25

**all**
13:23 15:4,25
17:14 28:25 30:23
37:8 66:13 67:13
69:2,12 70:6,16
74:25 82:10 86:7
88:1 98:3

**allocating**
86:11,13

**allowed**
72:20

**almost**
82:20

**along**
34:5 74:19

**already**
24:9 30:3,4 41:6
47:6,17,20 48:2
55:10,11 60:20
71:6 78:13 85:6
87:17

**also**
5:23 6:20 13:8
15:14 16:6 17:7
19:7,11 22:8 25:15
30:17 32:6 33:6
43:3 56:17 59:3
63:8 66:4,7 68:19
69:5 94:13

**alteration**
86:2

**always**
11:25 17:5,11 23:2
31:12 32:21 33:20
37:3 39:9,18 41:20



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

44:2,25 51:18
54:11 65:8,9 73:19
74:21 82:20 84:25

**am**
9:22 35:16 55:10
57:15 61:6 62:2
63:12 64:7 72:12
73:8 77:14 79:19
80:15 81:16 82:7
94:13 95:4

**amount**
46:23 51:19 54:3,
21 79:17

**and/or**
27:11

**Angel**
19:12,15,25 20:5,
7,13 36:24,25
70:14,19 75:12
76:2,10 80:4,18,19
82:12 83:6

**Angel's**
19:13

**another**
8:22 19:16 34:15
41:22 48:7,17
51:10 54:3 66:7,17
69:19 71:2 74:3
75:11 85:20 88:15

**answer**
13:6 28:3 31:2
35:13 82:8 85:1
94:18 95:15,22
96:14 97:7

**answered**
7:5 96:13 97:6

**answering**
13:7

**any**
6:7 7:9,11 8:4,7,9
9:20,23 10:10

11:16 14:23 16:18
20:17 22:25 23:12
32:1 33:12 43:12
44:11,12 62:5 66:6
72:5 89:3,7 90:6
92:7,11,12,22
94:11,12,18 95:16
96:1,4,10,17 97:5,
19

**anybody**
97:16

**anyone**
8:16 13:16 26:10,
16 33:25 41:17
63:25 83:17 84:11
87:8 96:7

**anyone's**
34:6

**anything**
9:24 18:23 27:4
30:5 43:4 44:13
58:13 59:16 64:14
66:1 72:5 93:15

**anywhere**
40:2 97:16

**apply**
72:11

**approve**
27:22 28:10 30:12

**approved**
32:11

**approximate**
83:12

**approximately**
5:8 10:23 44:21
92:4

**April**
71:21 78:19

**around**
9:10 12:15 15:14

16:13,15 32:21
76:5

**arrange**
21:25

**arrived**
42:12

**arts**
9:19

**ask**
6:13,19 7:3 21:22
23:5,8 26:10,16
35:16 39:25 54:25
60:22 61:15 63:3
64:3 69:15 84:17
86:23 87:17 90:22
97:23

**asked**
53:14 69:17 80:8
85:5 92:7,11,12,
18,23 96:13 97:6

**asking**
7:8 34:4 44:24
52:22 67:11 79:15
84:25

**assign**
18:11

**assigned**
13:11

**assigning**
18:11

**assignments**
59:20

**assigns**
23:13

**assistant**
31:23

**associates**
9:18

**assume**

54:25 85:11

**attendance**
86:1

**attended**
96:4,7

**attorney**
8:8 96:1

**audio**
93:14,16,18 95:9,
12

**authority**
18:4 21:13,16,17,
19 27:21,22,25
28:5,9,11,13 33:9

**availability**
22:14

**available**
20:4 24:1

**awake**
15:16

**aware**
40:16 89:8

---

**B**

---

**B&c**
85:18

**back**
10:1,7,24 18:1
26:3 39:22 43:10
44:22 49:25 52:6
58:21 59:5 65:12
72:14,22 92:5

**background**
18:22 67:6,7,22
69:21 70:25

**based**
94:4,15,16

**batch**



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

30:7

**because**
6:12,18 10:7 16:1,
7,15 17:2,5,6,14,
25 18:22 20:1
21:1,19 22:18 24:4
25:12 26:24 30:12,
17 31:12 32:21
33:18 34:13 36:21
37:2 39:8 40:8,11,
17 41:2,3 43:3,9,
15 44:2 47:1,17
48:10 49:11,21
50:13,19,20 51:5
52:4 53:2,5,14
54:7,8,11,24
56:12,14 57:5
58:3,7,11 59:3
60:6,8,13,18 61:9,
10 62:1,2,12 63:5
64:5 65:8,18 66:2,
4,13 67:2,5,25
68:12 69:4 70:2
72:2,12 73:10 74:8
75:1,4,23 77:20
79:8,10,14 80:7
81:8,14,19,21
82:2,6,10 83:19
84:24 86:10,11
88:11 89:13 92:15

**becomes**
49:5

**before**
6:11 8:2,9,20 11:5
31:5 36:6,8 37:17
47:11 56:8 57:25
71:11 74:15 76:6,8
81:16 92:20 94:12
95:8

**began**
71:7

**beginning**
12:12,13 31:14

71:5 78:18 87:24

**behalf**
5:19 94:3 96:8

**behind**
33:2

**believe**
64:10,11,12 67:2
93:2,21

**believing**
64:16

**belongs**
67:1

**besides**
90:13

**best**
78:21 79:6 81:25

**between**
14:2 26:4 31:13
71:20 79:22 93:20

**beyond**
64:14

**big**
29:11 30:7 63:17
70:4

**birth**
8:11

**bit**
28:17,20 49:12
62:11 70:25 95:8

**blank**
61:7

**born**
9:6

**both**
23:11 34:20 35:6
62:25

**bottom**
61:19 66:25

**break**
6:25 7:2,4,6 44:16

**breakdown**
61:25 65:13

**breaks**
6:24

**bring**
30:5

**bringing**
43:11 90:8

**brings**
18:15

**bunch**
70:1

**buy**
30:7 39:12,16
43:7,22 75:25
82:19

**buying**
82:19

---

**C**

---

**cables**
49:14,19,25 52:7

**calculate**
96:25

**calculated**
88:1

**calculator**
33:21

**calendar**
33:14,21 45:15,18,
22,23,25 46:1,3
47:5,13,14,19
54:18,20 60:3
63:7,11,19,22

**calendars**
91:6

**call**
13:4 15:14,15 20:5
23:10 27:15 33:24,
25 34:11,15,17,19
35:5,8,9,13 36:24
38:4,11,16,19
39:4,18 43:17
54:15 62:23,24

**called**
5:5 49:18 86:18

**calling**
33:11 38:12

**calls**
13:8 18:1 20:13
75:3

**came**
9:11 74:8 88:25

**can**
6:4,19,21 7:1,6,19
8:13 9:4 10:19
12:19,23 13:5,20
15:17 20:9 21:23,
24 24:18 26:19,20
29:24 30:22 33:15,
17,20 34:10,25
35:4 40:22 41:8
42:5,10 45:9 46:2,
5 47:16,22 49:12
55:3,24 56:5,10,22
58:1 61:9 62:10
63:6,16 67:16
68:12 69:10,20
70:12 72:3 76:4,
15,20 78:18 85:3,
16 86:16 89:9
91:6,18,22,24
92:10,15,17,20
93:3 95:17 96:14
97:7

**can't**
25:12 82:2

**cannot**
41:16 42:6 82:6,24


**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

88:12

**Cantero**
5:20 19:5 74:2
93:21

**capacity**
18:4 97:19

**car**
16:8 35:2,22 36:1
45:19

**care**
25:10

**Carlos**
85:21

**cars**
35:1,17,24

**case**
5:10,12,22 33:21
43:8 68:8 93:25

**casual**
41:12

**cell**
39:5 82:3

**certain**
23:6 36:10

**certificate**
10:7

**certifications**
9:20

**certified**
76:14 77:1 80:4

**change**
22:15 27:12 30:1
36:20 40:6,16
41:19 55:23 83:13

**changes**
92:23

**changing**
27:5 92:9,13

**charge**
13:23 14:1,11
19:22 68:10,15
73:17

**check**
13:2 15:4 33:15
45:3 53:1 57:24
59:8,9 60:24 61:4,
7 62:13 67:2,9,16
68:24 69:16,17
81:12,18 83:24
89:23

**check-**
15:4

**checks**
51:16 60:4,5 61:9,
24 65:12 67:4,11,
24 68:2,19,21,22
70:8,10,13 81:16,
19 83:20,22,23,25
90:8,9,16 91:14,
19,20

**Chick-fil-a**
43:3

**city**
97:1

**Clara**
46:7 47:6 48:25
51:8,22 52:6 55:12
58:4,7 59:10 88:21
91:5

**clear**
6:21 53:6,15

**close**
42:6

**closing**
42:2

**clothing**
39:20

**coats**
29:1

**coffee**
17:12,13,15 43:5,8

**coke**
17:4 39:16 42:25

**cold**
15:13

**college**
9:16,17

**Colombia**
9:7,8

**column**
66:7

**come**
9:8 14:24 15:3,4,
23 17:25 18:20
58:20 77:18 80:8,
25 81:2 85:3,15,21
88:15 90:18

**comes**
20:8,14 29:7,8
95:16

**coming**
15:16 22:22

**commissioning**
85:24

**communicate**
34:6 75:9 83:16

**communication**
6:14 14:1 23:11
26:24 59:5 75:1,2
94:10

**communications**
94:15

**companies**
85:14

**company**
11:10 32:8 33:25
35:2,19

**complain**
90:19,23 91:1

**complaints**
91:9

**complete**
25:22,23 26:13,14
30:22,24 49:7,21
53:21 56:15 72:4,
20 85:11 88:23

**completed**
30:18 43:16,17
47:1 48:20 49:22,
24 50:6,8,12 53:24
55:11 58:6,8 72:19
86:20

**completely**
61:7

**concluded**
98:5

**concludes**
97:21

**conditions**
7:9

**confirm**
81:13 85:4,5,25
93:3 95:17

**confirmed**
84:22 85:6

**confused**
47:10,24

**confusing**
47:25

**confusion**
62:5

**connect**
52:7 58:23

**connected**
49:15 59:5


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

consequences
78:9

consisting
12:8

contact
23:15 35:10 86:4,
15 87:14

contacted
38:13 73:19 85:20

container
30:8

contents
94:9

continue
24:18 26:7 30:23
50:13,14

continuously
73:18

conversation
6:21 95:9

conversations
32:24

coolers
39:17

coordinate
27:17,19

copies
33:10

copy
76:13 88:2

corner
65:14

correct
56:18 57:15 64:7
77:14 78:23 79:3
81:17 83:5 92:19
96:2

correcting
92:8,13,17,18,19

corrections
92:23

correctly
24:21 79:20

could
10:15,16 22:15
23:6 24:24

couldn't
22:19,22 24:14
25:19 26:9,12 30:7
40:10 41:3 43:25
49:21,25 52:21
56:15 57:4 68:12
82:23

counsel
5:16

count
57:6 65:23 66:15

counter
67:6

counting
54:19

county
25:13 27:18 58:18
64:6 76:14,22
77:8,9,10,14,18
85:23 87:2

course
32:15 66:2

court
5:7,14,15,25 6:12
10:19,23 28:3
44:21 92:4 93:3,4
94:12 97:25 98:3

court's
94:19

crime
78:10

criminal
10:10

Cu
17:12

Cuban
17:13,14

cups
43:7

currently
11:1,14

cut
51:17

CVS
39:15

_____

D

dad
35:14 74:7,9,13

Dade
21:20

daily
72:15

Dalton
22:8 27:9 87:7

date
5:7 8:11 13:9
14:22 33:16 35:14
52:13,23 66:5
71:17 81:15 85:3
93:17

dates
50:11,12 62:7
63:12,22 78:23
79:9,10

day
10:4 14:15,17
15:21 16:22 17:4
23:4 25:8 27:12
31:21,22 32:2
36:10 39:1 51:3
57:5,9,11,12 64:21

88:19 89:1 93:19

day-to-day
14:20 30:1 34:6

days
21:23 22:25 24:25
25:15 26:6,13,17
38:9 41:9 43:24
46:16 53:3,7,10
69:23 84:20

decided
80:9

decision
22:1 32:10 81:1,2

decisions
87:4

dedicated
79:18

Defendants
5:22

deliver
16:5 17:2,3 68:21,
22 83:20,25 90:10,
12 91:13,14,22

Delivery
42:22

Department
96:1,11

depending
13:9 22:14 23:25
29:23 83:13

depends
13:10 16:15,17
17:2,20 20:1 22:16
40:12 62:24 83:19
85:5 91:16

deposition
5:1,9 7:19 8:1,5,9
10:22 44:20 92:3
98:5,6



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

**Depot**
29:5

**derived**
94:10

**description**
66:5

**details**
8:7

**didn't**
20:3 21:2,5 28:2,3,
9 33:8 35:12,21
41:10 44:11,12
49:9,25 52:21
57:4,6 58:2 60:12,
13 68:1,3 69:19
70:19 79:8 91:8

**differ**
24:24

**different**
11:12 19:18 24:24,
25 35:17 37:14
52:2 73:6 85:13
86:11 87:13

**DIRECT**
6:2

**directly**
23:16 37:20,21
85:20

**discipline**
28:1,6,10

**discovery**
93:25

**discussion**
10:20 44:18 92:1

**discussions**
96:1,10

**dish**
39:11

**distributing**

33:11 68:15,19

**division**
85:20

**document**
81:11,24

**documents**
8:9,10 60:20 77:4

**doesn't**
32:25 53:20 81:2

**dogs**
8:19

**dollars**
77:19

**don't**
7:3 10:6 12:16
16:7 18:13,23
22:25 23:12 24:20
25:10 27:1,6 30:17
31:17 32:17 34:21,
24 35:3 37:22,23
38:10,19 41:7
43:21 45:6 46:25
47:25 50:11 51:9
52:14 53:7,10,12
54:25 55:9 56:7
57:6,7,10 58:13
59:1,2 61:25 62:1,
5 64:15 66:3 67:5,
7,17 70:14 71:17,
23 72:2,4,5,9
73:10 74:10,11,12
75:21,22,25 77:20,
23,25 78:2,3,13,23
80:7,10,20,21
81:19 82:3,10 84:4
87:20 89:13,14,15,
17,20 92:15 93:19
96:9 97:3

**done**
9:23 19:19 43:20

**door**
94:25

**down**
36:14 37:5,6 40:1
55:22 61:8 65:17
66:1 81:12,17,18

**drinking**
17:14

**drinks**
17:11

**driving**
35:2 39:9

**duly**
5:6

**during**
7:19 11:19 21:2,6,
9 24:3 29:14 36:19
37:24 44:12 50:8,
18,19 58:2,12
59:3,20 73:13
75:19 86:11

**duties**
54:12 77:24 97:12

---

**E**

---

**e-mail**
70:2,3 73:24 75:8,
10

**e-mails**
13:2 15:4,5,7,17,
18

**each**
68:22 85:15

**earlier**
68:9,14 75:12 78:9

**early**
41:7 81:1

**easy**
33:22,23 41:15,16
65:18,23 96:24

**eat**
43:1

**education**
9:15

**eight**
56:23 57:14,24
59:11

**either**
18:3,4 22:9 23:4
31:5 33:10 41:6
62:1 63:5 66:22
67:1 69:18 80:7
91:1

**Electric**
85:19

**electrical**
5:11,22 11:2
18:22,23 20:17
21:4,6 29:19,20
97:2

**Elizabeth**
5:1,4 6:9,10

**else**
8:23 13:16 33:1
43:8 59:16 66:6
83:14 84:1 86:16

**employed**
11:1

**employee**
19:16 20:9,14,21
37:11 62:2 71:2
73:8,9 74:3 75:11
87:22 90:3 92:9,14

**employees**
17:6 18:5,7,24
19:1,9 32:6,14
35:11 36:9,17,18,
19 37:9 44:25 45:4
58:17,18 69:3
70:7,13,17 72:8
77:8 89:3,7,22



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

90:12,15,18,22 92:8,12,13,22

**encounter**
75:4

**end**
12:12 48:19

**ended**
95:12

**ending**
51:18

**endurance**
6:25

**engineering**
97:2

**engineers**
17:10 50:20 58:14, 16,17,18,19,23

**enough**
49:14 88:22

**ensure**
81:5,6

**enter**
41:5

**entered**
45:10 61:2 76:17 93:9 94:12

**entering**
40:7

**entire**
41:18 64:1

**envelope**
90:10

**equals**
46:21 56:23

**equipment**
24:13 28:21,23,25 29:2,4,8,11,16,19 30:3 40:8 49:15 86:21

**equipments**
29:15

**erased**
61:8

**escort**
17:7 21:20,21,24 22:3,10 27:2,6,15 34:10,12 38:3 41:6,20,21 43:3

**escorts**
22:11,12 23:12,13, 14,16,19,22 24:1 26:21 42:1,3 64:2, 3,6 86:11,12

**Esnol**
5:20 19:2,4,5,8,24 27:12 34:11 35:8, 10,13,21 36:22 37:14,18 38:16,17, 22 39:4,18 40:16 42:9 46:19 59:25 60:20,25 62:21 64:9 65:9 66:8,22 67:1 68:25 70:14, 17 74:1,2,6,20,22 75:8 78:18 79:22, 24 80:2,14,15,18 81:3,24 84:16 86:6 88:5 90:11,13

**Esnol's**
35:2

**estimate**
56:2,8 57:18 76:4

**estimated**
63:7

**estimating**
84:23

**event**
72:7

**every**
16:21 37:11 44:7

51:4,10 91:15

**everybody**
62:22 70:7

**everyday**
13:22 14:25 16:20 20:3,9 25:2 26:5 38:20,23,25 41:11 73:2,3 74:21

**everyone**
79:25

**everything**
6:13 13:2 15:12 17:4 21:25 24:12, 14,18 27:5 30:16, 18 32:4,8,11 33:2, 4,22 43:11,22 50:14 55:11 58:22 59:5 70:4 73:18 75:3 76:1 86:17

**evidence**
94:10,11,14

**ex**
74:3

**ex-boyfriend**
11:7

**exact**
71:17,23

**exactly**
60:8 68:18

**EXAMINATION**
6:2

**example**
53:6 72:13 83:20

**Excel**
66:4,5

**Exhibit**
45:8,10 60:24 61:2 70:23 76:13,17 83:9 93:2,6,9

**existing**
28:25

**expect**
53:12 78:13

**expectation**
94:22 95:1

**expected**
49:5

**explain**
24:21 47:22 55:3 56:22 58:1 87:1

**extra**
49:15

---

### F

**fact**
35:4 94:4,15

**fair**
56:1

**fall**
33:12

**false**
7:18 64:15

**family**
25:17

**far**
6:24 27:21 31:1 32:5 36:4 69:14 81:24 82:5 84:5 89:3

**father**
35:10 74:19

**February**
5:2,7 12:17,20 71:20

**federal**
7:23 77:18 78:10 94:6



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

**few**
39:8 41:8 42:17,18 70:4 78:17 95:21

**field**
20:25

**file**
68:7 70:3

**fill**
47:6

**filling**
55:10

**final**
32:10 58:24 85:24

**find**
43:21 75:24 86:3 91:21

**fine**
7:24 10:18 25:10 31:25 38:8 44:17 78:4 79:16

**fingers**
64:22

**finish**
6:19,20 9:17 59:21 85:12 96:25

**fire**
28:9

**fired**
72:1

**firing**
18:7

**first**
5:6 12:15 14:16 16:1,10 24:3 29:14,15 31:21,22 33:7 46:5 47:1 48:24 56:8,25 66:16 68:13 71:9 86:3,7,14 87:25 88:4 92:10,16

**five**
7:23 51:3 91:24

**floor**
29:1,18

**Florida**
8:15 9:12 94:5,8

**folder**
15:25

**follow**
18:15 60:4,6,16,18

**following**
48:15,21

**follows**
5:6

**food**
13:8 17:5,6,11 43:4 82:19 84:3,4

**foresee**
55:20

**forget**
41:16

**forms**
73:4

**forth**
43:10 59:6

**four**
10:17 26:6,13 46:13 47:2,7,16 56:13 57:3 85:10 88:9

**fourth**
46:20 48:17,19

**Friday**
15:18 25:3,4,11, 12,17,19 26:4,10 51:19 63:14 64:21 65:20,21

**fridge**
15:11

**from**
6:14 10:8 12:11,13 15:1,18 16:9,24 18:17 19:21 21:24 25:3,4,17 29:5,8, 19 30:1,10,23 31:14,24 32:3 33:22 34:1 35:5 38:7,21 39:4,5,6,8, 9,11,12 40:5,6 45:16 47:8 51:17, 18 54:1 57:1,13 59:10,11 60:10 62:21 63:15 65:15, 16,21,25 66:10 68:11,16,24 70:23 71:5 74:15 77:17, 18 82:24 84:4 85:18,19 87:2,8,24 89:4 90:3 91:4,20 94:10 96:18,25 97:5,15

**front**
7:16 67:12 69:19

---

### G

**Gap**
50:9,16 51:22,23 55:4,16 56:17 59:11 88:3

**garbage**
13:3 15:5

**Gardens**
8:15

**gave**
31:2 61:9 62:20 81:9 83:12

**get**
6:11,21 7:8 8:13 9:4 16:18 17:5 18:9,17 19:23 28:3 29:5 30:13 32:1

36:6 40:1 44:12 53:12 62:19 65:14 66:2 68:11,13,16, 21 70:1 71:10 72:21 84:1,3 85:7 87:2

**gets**
72:19

**getting**
19:22 30:10 65:25 73:17

**give**
10:16 13:18,20 16:5 20:5 45:8 46:22 60:21 62:14 64:24 65:2 76:4,15 93:6,12

**giving**
62:6,12,14 68:10, 16

**go**
6:12 7:1 9:11 10:19 13:22 15:8 16:11,14,18,19,20 17:5,17,21 27:1 28:16 29:9 31:5 35:23 38:5,20,24 39:16,19,22 41:3, 7,8 43:2,21 45:7 50:17 53:10 54:24 56:16 57:23 60:1, 19 61:12 62:10 65:18 66:2 70:22, 24 74:1 76:15 78:17 81:23 83:8, 11,19,25 84:2,5, 11,14 87:9 89:4,12 95:7 98:4

**go--**
54:16

**goal**
66:13,15 79:1



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

**goes**
13:3 20:8 27:22 33:1

**going**
6:13 8:7 10:15 11:12 12:1 14:15 16:5 17:22 34:18, 24 35:16 38:24 40:9,16 41:4,5 43:10 46:4 52:6,8 55:24 59:13,18,20 60:1,24 61:12 63:5 65:12 69:8 70:22 72:22 76:13 78:12 81:23 82:17,19 83:8,14,17 84:19 86:15,20 87:12,19 90:24,25 94:2,17 95:4,7 97:22

**Gonzalez**
5:10,20 19:4 71:1 93:20

**good**
15:7 23:11 39:15 73:14 79:11 82:5

**gotten**
52:10,12,17

**graduated**
9:18 10:8

**green**
43:16

**group**
70:4

**GT2**
55:3,5 56:17 59:11

**guess**
48:11 77:23,25 78:2 79:17

**guy**
85:20

**guys**
8:8 23:25 34:15 44:15 49:13 76:20 91:24 93:8

---

**H**

**had**
8:1 10:6 14:1 16:1 17:11 23:22 24:10, 22 25:1 26:6,8 28:11 30:5 35:21 36:19,24 37:12,14 40:10 43:7,13,14 46:16 47:20 48:4, 6,15 49:10,11,13 50:21 52:19 53:21 59:19 60:10,16,17 62:6 63:8,11 66:4, 5 68:9,14 70:4 73:19 75:11 81:8 82:6 83:14 85:21 86:17 87:9 91:1,7, 21 95:25 96:10

**hand**
20:5 43:21 62:7 72:6

**handle**
29:19 91:3

**handwriting**
45:17 61:19 69:6, 10,12

**handwritten**
61:24

**happen**
68:1 87:22

**happened**
25:18 55:10 57:9 68:5 87:1 88:19 89:13

**hard**
79:7 88:21,22

**hardware**
39:20

**has**
37:8,11 47:2 70:2 75:12 76:22 77:3 78:8 89:14 91:17 95:15 96:7 98:7

**hasn't**
89:13

**have**
6:7,9 7:9 8:1 9:18, 20,23 10:6,10 11:16,25 12:25 13:7,8,17,22 14:2, 23,25 15:12,14,18, 23 16:7 17:4,5,6,7, 9,12,25 18:4,22 19:19 20:4 21:13, 15 22:21,25 23:10, 12 24:12,13,14,17 25:3,17,19,23 26:10,13,16,23 27:6,16,22 28:2,5, 9,21,22,23,25 29:16,24 30:3,4,7, 11,17,18,19 31:12 32:24 33:8,14,20 34:12,13 35:19 36:22 37:5 39:15 40:7 41:7,20,21 42:3,4,22 43:21 44:11 45:22 46:1, 25 47:2,3,5,7,8 48:1,2,20,23 52:10,12,17,20 53:5,6,9,10,19,23 55:10,13 57:10,13, 16,19 58:2,13 59:12,13 60:25 61:24 63:7 64:23 65:13 66:9,12,13, 16 67:7,21 68:7 70:1,7,10,13 71:4 72:3,5 73:18,23

74:14 75:1,2,3,24, 25 76:2,22,24 78:2 79:8 80:10 81:3,6 82:3 83:19,22 84:5,22,23 85:1,2, 10,24 86:12,17 88:7,8 91:4,17 92:7,11,12,18,22 95:25 96:4,10 97:4,18,24

**haven't**
60:9 68:18

**having**
5:5 6:22 83:11 93:7

**Hayman**
90:2

**he**
6:21 12:1 13:5 14:7 15:17 18:13, 14,15 19:16,17,22 20:3,4,5,8,12,14, 15,17,21 21:2,5,8 23:22 24:2,3,5 25:7 26:6,9 27:19 28:13 31:9,18,19 32:2,8,10,15,21,25 33:3,4,6,7 35:12 36:12,14,19,24 37:3,5,6 40:17,20, 23 41:2,3 43:16, 17,18 54:8,11,13, 14,15,16,18 59:22 62:6,7 63:7 64:10 67:3 71:2,6,11,15, 19,25 72:1,12,24 73:2,3 74:3,8,15 75:14,15,19,21,23 76:6,11 79:18 80:10,23 81:1,2 82:7 85:21 86:24 87:25 88:1,4,5 90:9 91:18,22


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

**he's**
6:18 15:15,16 16:4
20:9 32:8,9,14,25
33:3 35:21 73:8
81:1,13

**head**
6:16 65:7 93:19

**heads**
30:20

**hear**
93:8

**heavy**
19:20 20:16 29:11

**held**
10:20 11:16 44:18
92:1

**help**
19:24 54:20

**helper**
20:22

**helpful**
23:2

**helping**
43:20

**her**
13:18 28:3 97:23

**here**
5:9,19 13:17 15:4
16:1,9 31:13 32:20
37:3 38:7 46:20
48:23 53:16 56:17
57:11,25 58:11
59:13 62:7 65:14
71:3,15 74:4
80:19,25 82:23,24
95:15

**Hernandez**
5:10

**hey**
33:12,25 34:1,3,15

**Hi**
5:21 6:4

**high**
10:8

**highest**
9:14

**him**
13:5 15:16 20:5,
12,13 32:12,20
35:8,10,13 65:2
67:3 71:4,11,13
73:1,5 74:14,15
79:14,15 80:8

**hire**
18:5 28:9

**hired**
71:11

**hiring**
71:10

**his**
13:17 35:22 37:12
67:3 71:10 72:22
74:7,9,13,17,19
79:13,15 80:5,25
81:2 82:13,14,15
85:21

**hold**
11:14,19

**holiday**
22:22 23:3 55:15
57:4,5

**holidays**
22:19

**home**
10:7 17:21 29:5
39:2 82:20

**hour**
17:1 42:14 51:10
55:23 56:12 57:16
63:18,19

**hours**
24:4,9,10,15,22,23
25:5,6,7 26:4,5,15
30:21 31:11 32:2
33:23 36:13,15,17
37:19,25 38:9
41:8,10,14 46:13,
14,16,21,22 47:7,
8,15,18,19 48:1,3,
5,6,7,14,16,17,23
25 49:2,6,20 50:2,
5,22,24,25 51:3,
13,14,19,23 52:10,
11,12,13,16,18,19,
23,24 53:6,9,10,
12,13,23,24 54:1,
7,8,9,10,12,21
55:6,8,13,16,17,24
56:12,13,19,23
57:3,12,14,19,24
58:7 59:9,10,11,14
60:7,9,10,12,13
62:4,6,7,8,10
63:15,16,18,23
64:4,6,8,20,21,23
65:8,10,13,21,23,
24 66:8,11,12,13,
14 78:16,22,24
79:1,2,9,10,13,15,
20,25 80:5,10,11,
12,22 81:3,6,8,9,
11,13,14 82:7,13,
14,15 85:10 87:10,
12,13,16,18,22,23
88:5,7,8,9,12,16,
18,22 89:2,8,11,19
90:19,23 91:2,7,8,
10 92:9,14,24

**household**
8:19

---

**I**

---

**I'LL**
6:20 19:7 38:17

**I'M**
5:19 10:15,18
24:20,21 26:3
28:22 34:4 37:2
41:5 47:9,24 52:22
60:1 62:6 67:11
69:8 70:22 81:23
83:8 93:7 94:2,17
95:7

**ice**
17:3 39:16 42:23
82:19

**illegally**
94:5,17 95:2

**important**
13:4 85:10

**imprisonment**
7:23

**in**
5:22,24 7:4,15 8:4,
22,23 9:19 10:1,7
12:25 13:23,24
14:1,4,9,11,15,17,
24 15:5,15 16:7,25
18:4 19:19,22,23
20:16,24,25 22:21
24:2 29:3,12 30:16
31:13,23 32:8,21
33:9,18,21,25 35:3
36:7 38:5 39:1,19
41:7,21 42:13
43:8,12 45:19 46:2
47:1,3,6,10,12,15,
16 48:7,10,21,23
49:11,13,19 51:9,
12,21 53:23 55:23
56:25 57:15 58:3,7
62:23,24 63:1,16,
19 64:7 65:17
66:12,14 67:6,7,11
68:8,10,15 69:12,
19,25 71:10,15,17
72:13,20 73:4,12,


UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

13,17 74:17,22,25
75:14,22 76:1
77:14 78:23 80:15,
19 81:17 82:6,8
84:2,3,17 86:2,23
88:11,20 89:18
90:6 91:6 93:21,25
94:5,7,11,24 95:11
96:2,11 97:1,19

**Inc**
5:11,23

**include**
33:5

**Indiscernible**
35:10 49:23 86:9

**individual**
89:11

**individuals**
83:3

**information**
26:20 30:10 61:8
62:14,18 63:20
64:15,18,24 65:5,
15,25 66:3 80:10
82:11 85:7 86:6

**inside**
42:6 90:10

**insinuating**
88:20

**install**
28:21,23 29:1
59:23

**installation**
72:24,25 74:19
88:6

**installed**
49:19

**instance**
88:17

**instruct**
94:17 95:21

**instructed**
95:15

**instruction**
95:3 96:17

**instructions**
13:18 18:16,17,21
25:14

**interact**
72:25 74:20,22

**interacted**
73:5,7

**intercepted**
94:14

**interpose**
94:2

**interview**
71:11

**into**
8:7 28:16 45:11,20
61:3 70:24 74:1
76:18 93:10 95:10

**introduce**
5:16 93:1,6

**involved**
33:9 71:10

**isn't**
6:24

**issue**
24:16 49:11,12
50:20 52:4 56:14
58:3 88:21 91:4

**issued**
81:16

**issues**
22:25

**it's**
20:9 28:20 29:25

33:23 37:21 38:19
39:15 44:15 45:15,
17 53:16 55:22
56:8 58:13 63:16
65:7,18 66:3 76:13
78:9 79:7 80:22,25
81:2 82:2 85:4,23
91:23 93:2,14,18,
19,23 94:7 96:23,
25

**items**
13:8 16:19 30:12

---

**J**

**January**
71:20

**Jesus**
5:10,19 19:2,4,7,
24 22:6,9 23:5,15
24:7 25:7 26:5
27:11 30:5,10
34:11 35:1,8,9,12,
21 36:22 37:12,18
38:16,22 39:4,18
40:15,21,24,25
42:9 46:19 54:8,10
59:25 60:20,25
62:21 64:8 65:9
66:7,22 67:1,2
68:24 70:14,17,25
71:1 72:22 73:7
79:5,22,24 80:2,
14,18 81:3 82:9
84:16 86:6,25 88:5
90:10,13

**Jesus'**
61:6

**job**
32:21 33:1,3
35:18,23 43:18
49:21 50:13 69:4,
18 73:15 82:17,18

83:25

**Johany**
5:14

**judge**
7:16

**juice**
15:12

**July**
57:21

**jury**
7:16

**just**
6:11,15,19 7:1,15
8:10 9:1 10:4
11:25 12:10 17:6
19:3,11 22:1,14
23:4 26:17 27:17
31:2 32:2 33:21
35:9,12 37:9 38:16
43:8,17,20 45:8,24
50:24,25 53:21
56:7 57:21 58:14,
16 59:21 60:3,16
61:15 62:9,10
63:3,18,21,22
64:22 65:7 66:1,
10,12 67:8,18 68:7
69:3,25 70:4,24
72:9 78:3,17 79:21
80:2 81:3,7,23
83:2,23 93:14
94:20 95:20 96:14,
25

---

**K**

**Katie**
5:18

**keep**
45:18 54:20 96:2,
21,22


UNIVERSAL COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

**keeping**
36:4

**kept**
64:19 65:4

**keyboard**
28:15

**keys**
42:4

**kids**
8:19

**kind**
23:5 54:24 57:21

**knew**
32:3 41:2,12,14
43:15 64:19 66:1
87:17

**know**
7:1,10,22 10:6
13:5,24 18:23
19:13 20:6,15,22
22:2,18 23:1,15
24:3,17,20 26:19
27:4,20 31:11,14,
17 32:6,15,17 33:8
34:12,18,21,24
35:3,13 36:5,8,12,
15 37:5,8,12,14,
18,21,23,25 38:10,
17,21 40:15,17,18,
23 41:2,4,17 43:15
46:25 47:23,25
48:10 49:9 50:6,24
51:1,12,14 55:9,
12,24 56:11 57:6,
10 58:24 59:19,22
62:1,2 63:21 64:9
66:20 67:5 68:1
69:10 70:12,19
71:13,17,19,23,25
72:2 73:8,20 74:5,
7,11,15 75:21
77:1,4,7,18,20
78:5,23 79:12

80:5,7,20,21
81:10,21 82:10
83:10,11 87:16
88:11,18 89:10,13,
14,15,17,18,20
90:16 95:14 96:7,
21

**knowing**
30:8

**knowledge**
22:21

**known**
6:7 71:4 74:14
76:2

**knows**
16:4

---

**L**

---

**Labor**
96:2,11

**last**
6:9 10:16 19:13
47:3,17 56:16
57:12

**late**
41:5 45:5 87:19,20

**later**
40:7,9 52:13,23

**law**
7:23 94:5,6

**lawyer**
8:6

**learn**
31:20

**learned**
17:13

**least**
55:23

**leave**
17:16 33:2 69:25
80:8 81:1

**leaves**
41:22,25

**left**
42:16 60:7 64:12

**Leo**
22:8 27:10,11,13,
14 41:6 87:7

**less**
12:17 16:13,24
20:6 21:10 24:2
30:23 48:3 85:4
88:10

**let's**
15:17 18:13 19:21
23:3 24:2,12 25:18
26:12,25 31:5
33:18 34:9,16 38:3
41:20 43:1 47:1,5
48:13 51:2,21
56:16 59:15 61:18
63:12 73:2 83:19
86:17 98:3

**letting**
64:9

**level**
9:14

**licenses**
9:21

**lifting**
19:20 20:16

**listed**
37:9,10

**listen**
52:20 54:18

**little**
28:17,20 43:7
47:10,23 49:12

62:11 70:25 95:8

**live**
8:16,18,23

**lived**
9:3

**living**
8:20,21

**location**
41:22 84:2,3

**long**
9:10 24:25 26:18
49:14 71:4,13 72:4
74:14 75:12 76:2
81:22 82:18

**look**
15:21 79:5,11
81:25

**looking**
54:19

**looks**
14:18

**lose**
30:17

**losing**
27:1

**loss**
86:23

**lot**
59:23 76:3 81:20
86:13

**lunches**
42:25

---

**M**

---

**machine**
17:12

**made**
32:6 40:16 51:16


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

54:9 64:22 65:22 67:2 77:4 78:6,14 91:10 92:24 94:5,7 95:20

**maintain**
96:5,11,18

**make**
13:2,4 15:8,11,12, 16 18:14,15 21:14 22:24 23:25 26:9 29:18 30:16 33:9 38:5 43:25 53:5 54:10,11 58:20 59:4,9 60:13 73:14 81:3,11

**makes**
32:9

**making**
28:18 31:1,7 41:1 42:22 62:11 89:23

**man**
32:14

**manager**
11:18,22 12:2,11 13:21 14:5 15:21 18:3 23:20 26:20, 24 27:8 34:10 35:7 38:4,13 72:13,14, 17,18 86:10,24 97:11,15,18

**managers**
17:9 23:11,14,16, 18,22 59:3 86:15 87:6 97:13

**manages**
32:8

**managing**
84:10

**manufacturer**
58:20

**many**
30:8 71:14 80:9

**March**
71:20,21

**Martinez**
90:2

**Mass**
85:18,19

**material**
43:22

**materials**
13:9,23 16:2,4,5 17:2 19:19 24:14 29:17 42:22 75:17, 24,25 80:20 82:19

**math**
64:22

**matter**
5:24 25:6 51:24

**maximum**
7:22

**may**
5:25 29:23 46:5 52:15 55:22 56:1,2 73:15 85:3,11 86:14 87:4 94:11

**maybe**
30:2 57:9

**me**
6:19 11:8 12:1,23 13:18,20 14:16 16:5 18:13 19:24 20:15 24:21 25:24 26:1 27:19 28:2,8 30:5 31:2 32:17 33:20 34:10 37:2 38:1,21 40:17 41:2,4 43:16 45:8 46:5 47:15,23 49:12 54:11 56:22 58:1 59:22 60:21

61:10 62:9,14 63:9 64:11,16 67:15,17 68:4,9,14 69:10, 19,20 72:12 73:10, 16,19,20 76:4,15 78:13 82:3 83:12 84:25 85:5,16,23 86:4 87:17 89:13 91:7 93:6,12,13 95:17

**mean**
41:25 46:12,21 48:4,9,13 53:20 56:17 65:5 81:6

**means**
46:6 53:21 54:25 56:24

**meant**
48:11

**medication**
7:11

**meet**
16:1 71:11

**meetings**
13:25 14:10,11

**Melo**
5:12,23 13:5,13, 15,19 14:6 15:14 16:1 18:2,13,18 19:18 20:12 26:3 28:12 30:11 31:8,9 32:6 36:11,12 37:20 43:17 62:12, 15,20 65:1 67:25 77:3,12 79:12,22 80:7,9 81:9,10 83:24 86:25 87:25 89:14 90:9 91:18, 21 94:3 96:18 97:12

**Melo's**
18:16 61:5 66:24

80:22

**memory**
7:9,12 82:10

**mentioned**
14:9 26:8

**message**
34:2 69:20 73:22

**messages**
73:12,23 74:23 75:3

**met**
32:20

**Metro**
12:5,12 21:3 31:3, 6 33:5 36:6 37:17, 24 42:20 46:8 72:23 74:17 75:15, 20 78:16 80:6 83:11 84:8 97:10

**Miami**
8:14 85:14

**Miami-**
21:19

**Miami-dade**
14:13 17:7 64:6 76:13,22 85:23 86:7 87:2

**middle**
6:9 7:4 38:19 79:21

**mind**
11:8 66:12

**mine's**
70:11

**minute**
44:16

**minutes**
95:21 96:14



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

**missing**
49:20 50:2 91:10

**mistake**
62:5

**mixed**
29:17

**mom**
8:25 9:1,3

**moment**
65:17

**Monday**
15:18 25:3,4,11,
17,18,19,20 26:4,
9,12,25 34:16 38:9
48:24 51:17,19,21
52:15 57:4

**month**
71:23

**months**
32:21

**more**
6:4 12:17 15:18
16:13,24 17:1 20:6
21:10 24:2 30:6,23
34:4 43:15 58:7,8
59:15,16 62:6
67:11 73:11 85:3
88:9,11,12,16,18
89:11,19 94:24
97:7

**morning**
38:5 39:1 41:8,21
42:14

**most**
57:21

**mostly**
13:19

**move**
33:17 34:14

**moved**
54:3

**moving**
11:10 34:5 95:25

**much**
20:16 34:4

**multitask**
82:24

**multitasking**
17:19

**my**
5:18 8:19,25 9:2,
18 11:7 15:3,25
16:10 28:15 31:13,
14 33:14,20 39:1,6
45:17 48:11 49:4
54:12 60:2,21
61:22 62:7,13
64:22 65:7 66:5,
13,15 69:25 72:14,
18 76:11,16 77:24
79:1 82:3,5,6,20
86:14,19 88:4
93:13,19 97:21

---

## N

**name**
5:18 6:4,9 19:13
55:19 85:21 87:3
90:1

**named**
75:11

**names**
6:8 70:12

**near**
39:12

**nearest**
39:20

**necessarily**
49:9

**need**
6:25 13:23 15:8,15
16:6 19:21 20:13
24:12,18 26:23
27:4 29:9 30:6,8,
11,13,17,18,19
33:18 39:19,21
41:20 49:15 53:5
57:13 59:3 73:15,
18,20 75:25 84:1
86:12,14,20,23
88:10,11,13,14

**needed**
13:24 16:2,9,17,
18,19 17:3,4,18
18:15 20:4,8
21:10,20 22:24
26:19 27:12 29:3,
4,16,17 31:23 37:3
38:18 39:11 43:9
48:7,19 49:3
50:13,14 51:5 54:7
58:3 59:17 60:4,6,
12 75:14 85:13,25
87:16,22 88:19

**needs**
18:14 19:18 20:12
29:10,20 32:11
41:22 49:18

**net**
61:7

**never**
68:4 82:14,15
87:20

**new**
29:2

**next**
24:17 30:23 35:14
48:14,21 55:23
57:11 61:22 84:19
85:12 88:15

**nice**
23:1

**no**
6:15 7:10,13 8:3,4,
10 10:12 17:23,25
18:6,8,10,22 19:11
20:19 21:4,19
24:16 26:2 27:24
28:7 31:10 33:3
37:11 39:6 40:3
41:11 42:15 43:15
44:2,14 48:11,15
49:11 51:23 53:14
58:9,11,19 59:8
60:8 64:5 70:11
71:8,12,25 72:6,8,
12 73:25 74:16
75:10,17 77:20
78:3 79:14 80:2,14
81:18 82:12 83:7
84:9 87:19,21
88:9,15,20 89:6,9,
20 90:14,21 91:12
92:25 93:14 94:9,
10,22,25 95:19
96:3,6,15,20 97:1,
8,14,17,20,24

**nodding**
6:16

**Noel**
5:11,23 83:6

**nonverbal**
6:14

**normal**
72:15

**normally**
31:6

**Northwest**
8:14

**not**
7:10 12:10,13
15:15 20:9,14
24:21 29:4 30:15
34:4 35:21 44:3
48:10 49:14 50:18



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

57:17 58:12 60:8,
16 61:7 63:17 64:5
67:13,22 68:18
69:9 75:22 77:10,
24 79:8 82:2,5,7
83:6 84:22 85:4,23
86:14,19 88:22
93:13 94:18 95:2,
15,21

**notary**
9:22

**notes**
65:5

**nothing**
27:2,7 68:3,5 75:5

**notice**
32:2

**now**
14:14 18:3 21:13
22:12 27:21 28:16
33:8 37:17 55:22
60:2 61:12 74:1
76:12 80:3 85:3,4,
24 86:17 90:18
95:25 97:10

**number**
5:12 9:4 10:14
93:2,6

**numbers**
23:12,23 46:11
55:5 56:19

---

**O**

---

**oath**
7:14,15

**object**
10:15

**objection**
94:3 95:19 96:13
97:6

**objections**
95:19,20

**obtained**
94:17 95:2

**occasion**
45:4

**off**
10:16,19,20 25:15
26:1 44:18 51:17
57:8,11 84:24 92:1
93:19 98:4

**office**
12:25 15:3,15,17,
23 16:11 17:18,19
18:1 20:24 31:13,
24 39:5,8 45:20,24
68:11,17,24 70:1
83:23 90:9,17

**official**
97:4

**often**
72:25 74:20

**okay**
6:7,11,17,23 7:7,8,
14,18 8:4,7,23 9:3,
4,11,14,17,20,23
10:3,5,10,13,18
11:8,11,13,16,19,
24 12:7,9,11,16,
18,23 13:1,11,20,
22 14:4,9,14,19
15:2,10,20,24
16:3,13,21 17:16,
21,24 18:3,20,24
19:3,9,15,17,25
20:2,6,11,20,23
21:1,8,11 22:2,5,7,
9,17,20,23 23:9,
21,24 24:8,11,20
25:4,13,16,21,25
26:3,8,16,22 27:3,
11,21 28:8,16,24
29:6,13,22 30:9,14

31:1,5,11,16 32:1,
5,13,19,23 33:5,8,
24 34:17,23,25
35:4,16,20,23
36:1,4,20,23 37:1,
8,17,21 38:6,8,15,
22 39:3,7,14,22,24
40:4,13,20 41:7,9,
17,24 42:1,8,24
43:6,16,19 44:5,
11,15,24 45:2,4,7,
9,14,16,18,20
46:4,8,11,14,17,
20,23 47:9,22
48:9,22 49:1,9,17
50:4,6,10,17 51:7,
25 52:5,9 53:4,8,
17 54:6 55:5,7,18,
21 56:5,9,16,22
57:2,3,15,20 58:9,
15 59:1,7,19 60:1,
22,23 61:14,16,19,
22 62:9,16,19,25
63:13 64:3,7 65:2,
4,12 66:9,15,18,
23,25 67:14,20,23
68:6,9,20 69:2,5,8,
11,12,14 70:6,12,
16,22,23 71:6,9,
16,22 72:7,11,16,
22 73:21 74:1,5,
10,14,17,22 75:6,
11,15 76:2,4,6,10,
12,20,24 77:1,7,
11,13,17,21 78:3,
5,8,12,25 79:4,12,
16,19,24 80:3,17,
24 81:5,10,20,23
82:4,8,16 83:8,10,
16,21 84:7,10,14
85:7,16 86:5,9,22
87:5,8 88:7,8,24
89:3,7,10,16,21
90:1,6,12,15,18
91:9,13,23,25
92:7,17 93:1,5,7,

12,23 95:6,7
96:10,17 97:4,21,
25 98:3

**on**
5:19 6:13 7:4
10:24 13:9 16:17
17:6,19 20:9
22:14,25 23:25
25:12,18 26:9,12
29:12,23 30:19
31:21,22 33:6,21
36:10 37:6 38:23
39:9 40:14 44:6,
22,25 46:16 47:19,
23 48:11,25 49:24
50:12 51:13,20
53:2,15 54:2
55:24,25 57:4,5,7,
12 59:20 61:1,19
63:11 64:20,21
65:13 66:5,9,19
67:22 68:7 69:23
70:3 72:6 73:16
75:20 76:12,21
78:16 80:1,6
81:12,21,24 83:13,
14 85:3 86:15,18
91:3 92:5 93:16
94:3,4,15,16,19
95:18,25 96:8
97:12

**once**
7:4 69:22,25 89:14

**one**
6:4,19 10:4 12:10
14:7 15:8 16:4
17:1 23:20 28:13
32:9,10 33:18
34:19 35:6,21 42:7
43:10,22 45:8
48:10,16,17,18
49:24 52:25 60:5,
21 61:17 62:3
66:21,23 67:1,2

 **UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

68:15 69:5,9 72:19 76:15 78:14 80:3, 8,9 82:24 83:23 84:10 85:15,18,19 88:3,8 91:18 93:6, 20,24 94:24 97:7

**ones**
13:4 15:5,6,7 21:22 22:9 23:13, 18 42:5 61:10 80:15

**online**
52:8 58:21

**only**
7:3 14:7 19:9 20:24 21:22 26:6 28:13 32:24 35:11 53:10 56:11,12 58:24 66:3 79:24 80:11,15,18 83:3 85:23 88:3 91:4,18

**open**
21:21 42:5 45:7 94:25

**opened**
17:8

**opening**
42:2

**oral**
94:15

**order**
13:8 29:3,12 47:2, 3,15 49:19

**orders**
30:13

**organizing**
76:1

**other**
6:7 11:16 16:18 26:13 29:12,17 30:22 31:17 32:6

33:17 37:3 41:25 49:6 51:3 52:23 54:4 58:23 59:4, 19,20 61:10 85:3, 25 88:14 90:12,15 92:20 97:19

**others**
61:25

**our**
22:1 24:9 29:12 30:19 35:1 70:22 75:4 85:9 87:3 93:21

**out**
16:6 19:24 20:25 22:3,10 24:24 29:7,8 30:5 43:21 47:6 48:11 55:10 67:2 68:16 75:14, 24 81:19 86:3 91:10,21 92:18 95:16

**outside**
89:8 90:4,5

**over**
6:12 8:10 10:5 15:11 41:8 46:20 82:20 87:23 93:22

**oversee**
43:12

**own**
37:11,12

**owner**
32:9 81:1 86:7

---

**P**

---

**P.M.**
92:5 98:5

**page**
81:24,25

**paid**
44:25 45:2,5 50:24 51:5,11,12 52:10, 12,16,17,19,22 53:19,20 54:1,3 57:16,19 59:13,18 60:20 72:21 77:8, 10,11,13,15 82:7 89:2,5 91:10

**paint**
24:14 29:1,4,7,17, 18 30:4,6,7,8 40:10,11 41:3

**painted**
57:10

**Paola**
5:1,4,9,24 6:4,6,10 9:6 92:7 96:14,21

**paper**
37:6,8 79:8

**paperwork**
76:23

**part**
50:2 57:21 77:24 86:19 94:9

**participants**
14:2

**particular**
39:19

**parts**
14:15 49:7

**pass**
26:19

**passed**
47:3

**paste**
88:2

**pastries**
43:4

**pay**
18:9 27:6 28:9 36:19 51:5,20 52:20,21 61:7 65:18,19 89:3 91:8 95:4

**paycheck**
51:13

**paychecks**
60:25 68:10,16 89:5

**paying**
27:1 63:19 81:13

**payroll**
9:24 27:23 28:10 76:14,20 77:2 80:4 89:22 90:7

**penalties**
7:20

**penalty**
7:22 77:5 78:6

**pending**
7:4 47:7,8,22 48:2, 6,9,14 50:5,22 51:14 52:12,13,17 53:20,23 55:16 56:23 57:24 59:9, 10 60:7,10,17 88:14 91:7 94:19

**people**
17:14 18:12 31:17 37:3 54:18 58:19, 23 65:7 66:3 79:25 85:3,25

**peoples**
29:12

**per**
25:7 48:16 63:20 79:2

**perform**
20:17 21:2,5 49:3,

 **UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

5 50:3 75:15

**performed**
47:11 85:13

**period**
11:19 50:25 65:19

**perjure**
78:10

**perjury**
7:20,23 77:5 78:6, 8

**permission**
26:17

**person**
19:22 32:25 62:23, 24 63:1 73:12,13 74:23,25 79:21 94:24

**personal**
35:22 39:4,6 75:2

**personnel**
86:13

**phase**
12:1,3

**phone**
8:10 9:4 23:12,22 32:24 33:14,20 38:23 39:5,6 62:22,24 69:25 73:11,13,19 74:23, 25 75:3 95:9

**phones**
13:7

**phonetic**
50:9 90:2

**physical**
33:10

**pick**
15:25 17:18 90:16

**picking**
13:9 19:19 80:19 82:18 90:8 91:20

**picture**
39:20 67:8,17,18, 21,22 68:4 69:16, 18,23,24

**pictures**
67:16 70:5

**place**
8:22,24 17:6 39:20 69:20 84:5 88:22 89:18

**places**
59:4

**plaintiff's**
45:8,10 60:24 61:2 76:12,17 83:9 93:9 94:21 95:1

**Plaintiffs**
5:19

**plan**
22:24 84:20

**planned**
44:12

**plate**
49:15,18 53:25

**plates**
50:15 51:9 52:7 58:5 59:23

**play**
90:6

**played**
95:10

**please**
5:16 6:5 8:13 10:19 24:21 34:12 69:10 92:21

**plenty**

17:11

**plus**
57:24

**point**
11:21,22 82:13,24 84:11 86:14 87:14, 24

**policy**
89:10,18

**Pollo**
43:1,2

**port**
29:9

**portion**
95:4

**position**
11:13,20 14:4,17 94:16,21 95:2

**positions**
11:17

**possible**
29:25

**possibly**
70:19

**potentially**
56:20,21

**practices**
36:5

**Prague**
29:8

**prepare**
8:4 17:12

**preparing**
33:10 75:23

**print**
16:6

**printed**
81:19

**printer**
16:7

**privacy**
94:22 95:1

**probably**
48:10

**problem**
88:20

**procedure**
70:6 90:22

**proceed**
6:1 86:1,25

**proceeding**
94:11

**process**
71:10 91:3

**processing**
89:21,23

**produced**
93:25

**prohibits**
94:14

**project**
11:18,22 12:2,4,5, 8,11,12 13:21 14:5 15:21 17:9 18:3 19:11 23:14,15,18, 20 26:20,24 27:8 31:3,6 33:6 34:9 35:7 37:17,24 38:4,13 59:2 72:6, 8,13,14,17,18,19, 21,23 73:13 77:15, 17 78:16 79:18 80:1 81:22 84:11 86:10,15,24 87:6 97:11,12,15,18

**projects**
72:3 74:18 97:10



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

**proper**
62:14 96:5,12

**provide**
10:16 21:23 23:13
43:4 50:15 62:13
69:18 85:1

**provided**
63:7

**providing**
43:22

**public**
9:22

**Publix**
17:5 39:9 43:2
84:2

**pull**
76:12

**purchase**
13:8 30:12,13
39:22

**purchasing**
42:25

**put**
15:5,6 19:23,24
47:15 49:19,25
50:1 51:9 52:6
61:9 62:1 63:18,19
65:16 73:2 88:14
90:10

**putted**
55:25

**putting**
55:12

---

**Q**

**question**
7:4,5 49:4 52:14
61:23 78:3 79:4
87:20 92:15,20

95:22

**questions**
84:12,14,17 87:9,
11,15 89:4 90:19,
23 94:18 95:16
97:22,23,24

**quick**
6:12 30:15 60:2
69:9

**quit**
72:1

**quite**
53:15

---

**R**

**Rail**
12:5,12 21:3 31:3,
6 33:6 36:6 37:17,
24 42:20 46:8
72:23 74:17 75:16,
20 78:16 80:6
83:11 84:8 97:10

**random**
81:24

**rate**
77:13

**rates**
18:9 28:10

**rather**
6:16

**reach**
22:2

**reaching**
22:10

**read**
98:2

**reading**
98:6

**ready**
30:16,24 83:22
85:2 86:18

**really**
54:25 60:2 67:5
69:9 81:22

**reason**
44:1

**recall**
12:19 45:6 50:11
57:7,10 70:14,20
71:23 74:12 75:21
78:4 89:9 96:9

**receive**
69:22 75:24 96:17
97:15

**received**
29:14 50:15 53:1
58:5 67:18 94:11

**receiving**
53:25 59:5

**recognize**
45:14,16 60:22
61:1,4

**recognized**
61:4,6

**recollection**
78:21 79:6 81:25

**recommend**
27:25 28:5,10

**record**
5:17 6:5,21 7:5
10:11,16,19,21,24
12:20 19:3 44:19,
22 45:11 56:5 61:3
76:18 92:2,5 93:10
94:21 95:5,10 98:4

**recorded**
94:23

**recording**
93:14,16,24 94:4,
7,16 95:12,17,18

**records**
76:14,20 78:12
80:4 96:5,8,12,19,
22

**reduced**
91:10

**referencing**
46:15

**referring**
19:7 21:3 27:8
31:3 46:8 55:3
75:3 87:5

**reflection**
62:17

**refrain**
6:14

**regards**
82:9 84:18 96:2,11

**regular**
14:23 15:21 20:14,
21 23:4 45:23 72:7
73:8,9

**regularly**
75:19

**reiterate**
95:20

**related**
9:24 43:4 75:7

**relationship**
76:10

**relay**
18:18

**relaying**
86:5

**release**
29:10

 **UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

**rely**
20:9 29:12 33:21

**remember**
10:5,6,9 12:16
17:23 36:1 50:10,
11 51:9 56:7 70:1
74:8,10 82:17
91:17 93:19

**remind**
54:13,14

**reminding**
54:11

**remove**
28:25 70:22 83:8

**repeat**
40:22 68:12 92:10

**rephrase**
42:10 73:10 92:15

**report**
13:14,16 14:5 38:2
41:10,11 66:4,5,9
79:20 81:8 82:3,5,
6

**reported**
14:7 80:12 81:11
87:13

**Reporter**
5:7,14,25 6:12
10:19,23 28:3
44:21 92:4 93:3,4
97:25 98:3

**reporting**
5:15 37:18,25

**represent**
5:21,23

**representative**
17:8 85:14

**representatives**
14:13 85:17

**representing**
95:15

**request**
21:21 22:11,13

**requested**
26:5 41:14

**requesting**
22:12

**require**
60:16 67:25

**required**
60:17,18 67:23
69:15

**reserved**
98:7

**respond**
6:20 15:6 88:24

**responsibilities**
12:24 13:11,21
14:10,25 42:21

**responsibility**
33:13 62:13

**responsible**
14:3 28:18 31:6
36:9,15 64:5 72:19
73:14 78:15 79:13
80:11,16 86:5 88:6
89:21

**rest**
25:23 53:1

**resumed**
10:22 44:20 92:3

**review**
8:9 15:17

**right**
17:21 46:25 61:17
65:14 98:3

**role**
72:23 74:17 90:6

**room**
94:24

**rows**
47:17

**Rule**
93:21

**rules**
6:12

**ruling**
94:19

**running**
30:4 58:21,22

---

**S**

---

**said**
21:1,15 25:10
26:10 31:25 35:24
37:5 38:11 39:25
41:7 43:16 58:9
60:15 63:21 64:23
70:19 88:4 89:1
90:25 91:13

**same**
7:15 35:3,5 42:1
51:12 52:3 53:16
65:7,8,9 79:4,9,10,
11 82:8,25 91:14
95:19,20

**Santa**
46:7 47:6 48:25
51:8,21,22 52:6
55:12 58:4,7 59:10
88:21 91:4

**Saturday**
15:19 51:17,18

**Saturdays**
25:12

**save**
70:3

**saved**
67:18

**say**
15:17 18:13 19:3,
21 21:1,23 23:4
24:2,5,12 25:18
26:12,25 33:15,18
34:9,16 38:3
40:20,23 41:21
43:1,17 46:17
47:1,5,9 48:13
51:2,21 56:5 59:15
61:18 62:22 63:12
64:14 65:4 78:3
80:4 81:5 82:2
83:19 84:22 86:17
87:21 89:15,23

**saying**
34:3 47:10 52:9
57:15 64:7 77:14
81:17

**says**
20:13 46:20 50:5
78:19,24 94:9

**scam**
13:3

**schedule**
14:24 23:24,25
26:20 27:5 29:12
30:19 31:14,18,20
33:9,12 34:3,6
55:20 84:12,15
86:3

**scheduled**
26:25 38:3 41:12
89:8

**schedules**
21:14 22:15 28:18
29:25 31:2,7 32:5,
9,16 41:1 42:4

**scheduling**
9:24 28:16 29:23



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

46:2 85:9 91:2

**Schickman**
5:18 6:3 10:18,25
28:4 44:23 45:13
61:11 76:19 78:1
92:6 93:1,5,12,18
94:1,20 95:7,13,
23,24 96:16 97:9,
21,25

**school**
10:8

**SCL**
46:6 59:10

**SCO**
46:11

**scratched**
48:10

**screen**
45:9 60:2,21 65:13
70:23 76:16,21
93:13

**scroll**
57:20 69:8 81:20

**seat**
15:3

**second**
6:18 7:1 30:3 36:1,
7 39:2 45:8 55:15
56:23,24 57:3
60:21 66:17 76:15
82:20 93:6,12

**secretary**
11:15,21,23,25
12:24 14:17,21
18:4 31:23 72:12

**Section**
94:8,13

**security**
10:13

**see**
35:18,24 45:9 46:2
47:16 57:25 61:18
63:6,16,25 66:4
67:17 69:9,21
76:20,22 91:6
93:13

**seen**
37:6 76:22,24

**send**
13:5 15:7 32:25
34:2 39:20 58:23
67:15,17 68:4
69:15,20 70:2
85:14

**sent**
70:2 93:21

**sentences**
6:15

**separate**
51:15 54:7,8

**September**
11:4

**Services**
5:11,23 11:2

**set**
14:24 18:9 23:24
24:9 25:1 28:9

**sets**
77:14

**seven**
34:10

**several**
14:2 16:16 29:1
30:22 38:25 42:3
86:12

**shaking**
6:16

**share**
31:9 60:21 76:15

93:13

**sharing**
60:2

**she**
10:15,16 13:18
90:3

**sheet**
37:11,12,15

**shift**
64:1

**shifts**
41:19

**short**
10:20 44:18 92:1

**should**
22:21 44:16 58:22

**show**
46:1 61:10 96:5

**showed**
42:13

**showing**
54:19 60:20

**sick**
44:12,13

**side**
49:24,25 58:8

**sign**
67:3,11,16,23
68:2,3,4 69:17,19
70:7,10,13 91:19,
22

**signature**
61:5,6 66:20 69:14

**signatures**
61:1

**signed**
83:24 91:17,18

**signing**

69:16 98:6

**signs**
67:17 90:9

**simple**
40:3

**simply**
64:8

**since**
52:9 84:10

**single**
16:22

**sister**
9:2,4

**site**
13:22 35:23 40:11
51:4 54:17 58:20
66:2 67:22 68:21,
22 69:4,18 82:18
83:25

**sites**
32:21 35:18 75:2

**situation**
40:14

**six**
46:13 47:2,7,16
56:11,12

**small**
36:3 88:3 95:4

**So--**
86:9

**soap**
39:12

**social**
10:13

**some**
6:12 28:21,23 37:9
56:1,2 59:4 60:4,
15,19 61:24 70:4
73:23 97:23



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

**someone**
8:23 20:4 33:1,11 44:7 86:18

**something**
16:7,9 17:19 19:21 20:12 25:18 26:23 27:16 29:20 30:15 32:18 33:23 38:20 39:11,19 40:11 41:12,15 43:9 55:22 57:9 68:7 73:15 77:3 79:5 84:1 86:16,21 88:19 89:14,15 93:11 96:23

**sometimes**
6:10 13:17,18 15:7 16:2,16 17:1,8 22:6 27:15 29:11 30:12 34:13 35:9 38:25 40:7 42:17 54:18,23 58:7 68:3,4 84:4

**somewhere**
65:5

**son**
35:10

**sorry**
21:5 24:5 28:15,22 34:17 38:10 47:10, 14,24 68:14 93:7

**sort**
9:25

**sorted**
32:12

**source**
97:5

**space**
63:16,17

**spam**
15:8

**Spanish**
95:11

**speak**
22:8 85:13

**SPEAKER**
95:11

**speaks**
95:11

**spoke**
8:6,8,10 35:7 38:4 41:6 78:9 88:5

**spoken**
83:10

**Sprite**
42:25

**start**
11:3 12:14 44:24 46:4 78:18 92:20 96:24

**started**
6:11 7:8 11:23 12:1 24:3 30:2 31:19 32:20 71:9, 15 74:15 76:6,8

**starting**
56:24

**starts**
65:19

**state**
6:4 29:7

**statement**
34:21 64:15

**states**
9:9 11:12 57:22

**Statewide**
5:11,22 11:2,6,13 20:7 21:8 27:22 28:19 44:25 58:17 59:1,2 69:3 70:7,

16 72:8 74:8 75:13,20 76:7,9 81:21 87:1,9,23 89:4,7,22 90:3 92:8,11,12,22 94:3 96:8

**station**
12:7,15 16:14,20, 25 17:8,17,22 19:23 21:21 26:25 29:14 30:3,24 33:7,17 34:15 38:5,18,25 39:23 41:3,23 42:5,6,11 43:25 46:9 48:6,8, 16,20,25 49:8,11, 13 51:10,24 52:7 53:22,24 54:1,2,3, 4,22 55:25 56:15, 25 59:17 60:11 67:6,7 74:21 75:17,18,23 79:2 80:11,13,14,15 82:17,21,22 83:3, 6,18,20 85:11 87:25 88:1,4,23 91:22

**stations**
12:10 16:6,10,16, 19,21 21:3 29:15 33:3 34:5 36:6,7 39:13 42:2,8,19,20 46:2 48:12 52:2 59:21 60:7 63:6 66:14 75:16,20 78:17 80:6 83:11, 13 84:8 88:2

**statutes**
94:8,9

**stay**
43:9 88:19

**step**
30:23

**step-dad**
76:11

**Stephen**
5:21

**steps**
87:3

**stick**
6:15

**still**
21:8 48:4 60:6 82:14 88:13 95:4

**stop**
16:10 60:1 73:15

**stopped**
28:15 71:19,25

**strike**
34:25 35:4

**stuff**
18:23 19:18 20:17 34:18

**subject**
7:19

**submitted**
77:8

**Sunday**
15:19 65:20

**Sundays**
25:12

**Super**
56:1

**supervise**
18:24

**supervised**
19:10

**supervising**
19:25 62:3,10,11

**supplier**
16:18



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

**supposed**
34:1 44:3 50:18
58:12 73:17

**sure**
13:2,4 15:8,12,16
18:14,15 22:18,24
29:18 30:16 37:2
38:5 42:22 53:5
54:9,10,11 56:10
57:18 58:20 59:4,9
61:7 62:11 73:14
81:3 82:7

**SUV**
36:3

**switch**
26:17

**sworn**
5:6

---

**T**

**take**
7:1,2,4,6,11,15
44:16 45:20 51:19
67:21 68:23,24
69:23 87:4 88:4
91:24 92:17

**taken**
8:2

**takes**
32:10

**taking**
6:24 13:7 62:6

**talk**
13:17 14:14 36:5
38:22 65:14 66:25
73:21 78:15 80:3
86:25

**talked**
60:3 68:18

**talking**
19:4 24:6 39:24
40:20,24 46:18
60:3 63:12 87:6
93:24

**task**
43:14

**taught**
96:22

**taxpayers**
77:19

**tell**
12:23 14:16 23:6
27:12,14,16 30:5,
11 31:19 32:16,17
33:11,24 35:9,13
39:25 46:5 49:12
56:10 63:4 64:17
65:19 79:7 82:6
85:16

**telling**
11:8 43:13 64:16

**ten**
24:4 25:7 26:5
38:9 41:14 46:13
47:2,7,16 51:2,3
53:9 55:6,7,13,16
57:6,12 63:15,16,
18 64:20,21,23
65:21,23 66:15

**tentative**
85:4,6

**tentatively**
85:11

**termination**
28:1,6,11

**Terrace**
8:14

**test**
6:25 30:22 48:21

**testified**
5:6

**testimony**
7:19

**testing**
29:2 30:18,19,25
33:19 34:14 36:21
44:3,6,7 50:8,9,12,
16,19,20,23 52:18,
25 58:3,11,12,13
59:4,8 66:7 84:20,
23 85:1,12,22,25
86:11,20

**testing/no**
57:23

**testings**
14:3

**text**
54:15 69:20 73:11,
21,23 74:23,25
75:3

**than**
6:16 43:15 88:12,
16,18 89:11,19
94:24

**Thank**
5:25 24:8 87:8
93:5

**that**
6:13,21 7:3,9,10,
11,14,15,18,22
8:24 9:12,24 10:6,
8,9,18 12:1,16,19
13:3 14:10 15:6
17:7,23 18:15
19:10,11 20:7,8,9,
15,19,22,24 21:1,
2,6,9,19 22:13,18,
22 24:3,16,18,23
25:1,13 26:24
27:2,16,17 28:1,
11,13,15,20 29:3,

5,7,8,17,20,24,25
30:4,6,15,24 31:24
32:2,25 33:5,6,12,
16,17 34:18,21,25
35:1,4,14,17 36:9,
19,21,24 37:6,8
39:12,25 40:22,23
41:2,7,9,15,16,18,
21 42:1,6,10,14
43:4,21,24,25
44:7,16 45:4 46:5,
14,15,16,21,22,23,
24 47:6,10,11
48:4,5,6,7,11,13,
14,25 49:2,4,7,11,
13 50:2,6,8,10,12,
25 51:4,8,10,13,
14,20 52:7,9,10,
11,15,18 53:1,20,
21,23 54:1,2,3,10,
21 55:10,11,21,22,
25 56:14,15,24,25
57:5,6,9,13,15,16,
17 58:2,8,19,24
59:14,17,22,24
60:5,11,15,16,17,
25 61:7,8,22 62:3,
6,8,9,10,14,17,19,
22,23,25 63:7,8,
21,23 64:7,14,24
65:5,12,17,19,22
66:6,9,10 67:1,15
68:10,12,14,15,19
69:3,23,24 70:1
72:2,7,8,19 73:2,3,
6,13,15 74:5,8,10
75:19 77:4,7,13,
14,18 78:5,8,9,13
79:1,5,18,25 80:4,
12 81:6,11,17,21
82:5 83:10,11,12,
17 84:1,2,3,7,11
85:1,4,7,12 86:6,
14,17,23 87:17,21
88:1,3,7,9,18,19,
21,23,25 89:1,2,9,

 UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

12 90:19,23 91:2,
4,13,17 92:10
93:8,20,24 94:4,9,
16,21 95:2,14,22
96:4,23,24 97:1,2,
3,21 98:1

**that's**
6:13 10:4 20:13
25:10 26:6 31:25
34:4 38:8 44:17
46:8 49:20 50:5
52:22 53:14 54:17
55:9 56:9 59:8
60:15 67:15,18,22
69:9 70:15 72:2,21
75:4 76:6 77:21
78:4 79:16,17
81:4,12 85:9 87:24
93:23 97:4

**their**
22:14 27:5 32:16
35:19 37:11,18,25
41:1,10 42:4 43:12
49:21 55:24 60:25
62:10 64:4,5 69:17
70:7,13 79:20 81:6
84:12,21 85:15,25
89:4 90:16 91:2
92:24 94:16

**them**
14:23 18:18 19:7,
11 22:13 23:5,10
27:4,6 29:10 32:16
33:11,24,25 34:2,
6,11,15,19,20 35:6
37:4 38:4,11,16,
17,19 39:24,25
41:18 42:2,7
43:13,23 50:1,15
51:5,20 52:18,21
56:2 58:25 60:15,
16,22 61:1,9 63:3,
25 64:19 68:10,16,
22 69:3,4,9,15,16,

17,18 73:21 75:25
78:14 80:18 88:6,
24 91:11,17,22

**themselves**
5:16

**then**
6:20 7:6 8:13
10:13 15:5,11,18
16:10,19 17:16
18:18 19:15,23
21:24 24:16 25:19
26:8,9,13 29:1,2
30:11,22 32:3,15
33:17 34:17 35:5,
13,16 36:22,24
37:24 38:4,9 41:1,
9,21 42:8 43:24
46:11,20 47:22
50:25 52:7,17,19
54:2,3,13 55:5,16
56:5,16,19,22
57:18,20,23 60:21
61:25 62:9 63:15,
21 64:17,24 65:4,
23 66:16,20,23
69:14,25 70:2,24
72:14 74:5 75:8,11
77:7 79:2,4,12,19
81:5 82:12 83:25
84:5,7 85:11 86:1,
2,17,20,25 87:8
89:7 91:9,22

**there**
8:16,20 11:3 14:10
15:11 16:16 17:2,
14 22:13 23:5,7,24
24:16 26:6,23 27:1
31:19 33:3,22
34:10,12 35:1
39:9,16 40:1 41:8,
9,17 42:3,9,14,16
43:8,9,20,24 44:2,
4,8,9,10 45:4
47:20 48:11,13

49:2 51:5 58:13
60:6 62:25 63:16,
25 64:11 66:6
71:6,7,9,19 72:1,6
73:19 74:15 82:18,
20,23,25 84:5
86:2,18 88:17
90:22 91:2,9,16
94:10,21,24,25
96:23 97:1

**there's**
15:12 72:8 81:20
89:18 93:11,13,14

**therefore**
94:25

**thereupon**
5:3 10:20 44:18
45:10 61:2 76:17
92:1 93:9 95:9

**these**
14:11 21:23 42:1
54:24 56:1 61:1
65:12 67:15 77:4,
17 78:5,12,17,21
80:12 81:21 85:16
87:4

**they**
10:5 13:24 15:7,8
17:3,4 18:18 21:22
22:25 23:1,6
24:10,12,13,14,22
23,24,25 25:1,3,6
26:3,9,10,12,16,
17,18,20 27:6,12,
14,15,16,17 29:9,
25 30:4,6,21,22,24
31:23 34:10,18,21
35:3,4,11 37:25
38:2,17,19,20
39:11,16,19 40:18
41:1,9,11,12,13,
14,18,20,21 42:3,
4,5,11,13,16,22

43:1,8,9,13,14,15,
24 44:3 45:2
46:16,17,23 47:6,
7,8,11,17,20,25
48:2,4,6,7,15,19,
23,24 49:2,5,7,10,
20,21,24,25 50:6,
8,12,16,18,21,22,
24 51:2,3,4,5,8,9,
10,11,12,13,14,18,
21,23,24 52:2,6,9,
10,11,12,15,16,17,
18,19,20,21,24
53:1,2,6,20,21,23,
24 54:2,8,21
55:11,24 56:2,3,
11,12,14 57:4,6,9,
10,12,13,16,19
58:2,3,6,8,9,12,13,
23,24 59:1,2,3,12,
13,15,16,17,19
60:5,8,9,10,12,13,
16,17,18 62:3,14,
25 63:3,15,20,23
64:5,10,11,12,14,
16,17,20,21,22
65:20,22 66:6,10
67:11,15,16,23
68:1,3,4,11,16
69:4,15,19,20
72:20 73:15,18,19,
20 74:21 77:10,11,
15,18 79:1,8,10,
11,20 81:18 84:1,
4,17,19,20 85:5,
12,14 86:4,10,12,
13,14 87:9,12,16,
17,19,21 88:17,18,
19,20,25 89:2,5,
11,12 90:16,19,23,
24,25 91:1,2,6,7,8

**they're**
48:10 77:7,13
84:25 87:19

 **UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

**thing**
6:18 7:3 20:8
29:19 39:12 48:15
53:16 56:8 58:11
67:15 72:2

**things**
15:25 28:1,8 43:21
58:24 59:20 84:21

**think**
30:6 44:15 61:13
70:18 73:10 79:11
88:4

**third**
48:17 66:17

**this**
5:22,24 6:24 15:3
16:9 18:14 21:24
24:21 26:11 30:5,
11,12,21 33:12,15,
16 34:1,2,3 38:8
39:21 43:16 44:12
45:14,18,22,23,25
46:1,25 47:2,3,5
48:10,23 50:20,25
52:25 53:5 54:13,
17,20 55:9,13,16
56:10 57:18,21
58:5,6,10 59:3,12,
13,20 61:17,19
62:2,4,13,17
65:14,15,25 66:20,
23 67:2,3,7,8 69:2,
5 70:6 72:13 76:23
77:3,22 78:19
79:5,8 80:3,6
81:11,14,24 82:13
84:23 85:2,3,24
87:1,2,3 93:25
94:4,16,22 95:2,16

**those**
13:5,11 16:5 19:9
22:25 24:23 25:15
28:8 31:9 32:6

36:13 40:1 46:12,
16 47:17 48:5,14
50:2 53:3 54:1
55:7 60:4,8,9,12,
13,14 63:15 68:11
69:12 74:25 87:14
91:3,8 97:11

**though**
58:9 91:8

**three**
12:1,3 29:14,15
85:13

**through**
11:12 25:3,4,11
46:4,5 52:16 54:24
55:2 60:19 61:12
62:10 65:18,20
69:9 74:23 78:12,
17,20

**Thursday**
25:11,22 38:9
51:23 63:14 65:21

**till**
7:5

**time**
5:8 6:5,19 9:10
10:23 14:24 16:11,
13,24 17:3 20:24
21:2,6,9,24 22:13
23:6,25 24:4,16
27:1 30:17 34:1,2
36:4,9 37:3 38:17
39:25 40:1,7,16
41:18 44:6,7,12,
21,25 51:4,8 52:3
58:6 59:3,16,17,20
62:12 63:8 65:22
67:13 72:20 74:5
75:19 79:11,18
81:22 82:18,25
83:12 84:7 91:14,
16,17 92:4 96:2,5,
8,12,18,22,24,25

97:1,7

**timeframe**
20:7,19 25:1

**times**
21:25 24:23,25
27:5 38:25 39:8
40:1 42:17,18 60:5
62:19,25 63:1,10
66:10 83:17

**timing**
14:3 46:2 58:8

**today**
6:13,22 7:9,12
34:2 97:22

**today's**
5:7 8:5,9

**together**
34:18,24 49:19
50:1 79:10

**told**
12:1 18:13 20:15
22:13 28:1,8 31:18
32:2 34:10 55:9,15
57:25 59:22,24
62:9 63:1 64:10,11
68:9,14 78:13 88:5

**tomorrow**
35:14

**took**
7:15 59:16 69:24

**total**
48:25 51:19,23
66:8,10,12 78:24
79:9

**touched**
47:23

**track**
54:20 84:7

**tracked**
36:12 79:13,25

82:14,15

**tracking**
36:9,16 79:14
82:13,23

**traffic**
16:16,17

**train**
97:12

**training**
10:1 96:18 97:5,15

**trainings**
9:23 96:4,7

**transfer**
18:1

**Transit**
14:13 21:20 85:18
86:7

**transportation**
40:8

**trash**
13:3

**trip**
83:23

**Tropical**
43:2

**trouble**
93:7

**true**
79:10

**trying**
55:19

**Tuesday**
25:11,19,22 34:16
38:9 48:24 51:22
56:10 57:6 63:14
64:20 65:20 86:18

**turn**
26:1



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

**two**
8:19 14:15 19:9
32:7,21 33:18
34:13 35:1,11,17,
24 47:3,17 49:19
53:7,10 65:7 66:3
79:24 96:14

**type**
20:17 32:25 50:9,
16 51:22,23 55:4,
16 56:17 59:11
67:16 88:3

**types**
84:17

**typing**
6:13,18

---

**U**

**Uh-huh**
25:9

**Um-hum**
21:18

**uncle**
20:3

**unclear**
56:6

**under**
7:23 33:13 46:11
55:5 77:5 78:6

**understand**
7:14,18 49:4 52:14
73:11 78:8 82:12
87:20 92:16,19
95:3 97:3

**understanding**
24:20 72:17,18
79:20

**understood**
38:10 57:20 94:20
95:23

**United**
9:8

**Universal**
5:15

**UNKNOWN**
95:11

**until**
30:24 71:24

**up**
7:23,24 13:9 15:25
17:18 18:20 19:19
42:13 45:7 60:4,6,
13,16,18 65:13,23
76:12,20 80:19
82:18 90:8,16

**us**
7:1 9:11 23:1
72:20 88:11

**USC**
94:13

**use**
75:8 94:14

**used**
45:25 63:21 81:10

**using**
6:14

**usually**
16:12 17:25 23:1,
10 30:2 40:5 45:19
61:9,10 62:1 63:5

**Usuga**
5:1,4,9,24 6:6,10
8:1,11 10:10 11:1
21:13 44:24 45:14
61:1 70:25 72:16
77:1 93:20 94:4,18
95:25 97:10

---

**V**

**vacationing**
33:1

**vacations**
44:11

**Vaillant**
19:14 80:4 82:13

**van**
19:23,24 35:1,2

**vans**
35:19

**various**
12:10

**vehicle**
35:3,5

**verbally**
23:10 32:4 34:7,8
38:21 54:17 62:21
63:20,24 65:3

**Verbit**
5:21 10:15 77:23,
25 91:25 93:11,16,
23 94:2 95:6,14,19
96:13 97:6,22,24
98:2

**verification**
64:8

**verify**
63:10,22,23

**via**
73:21

**video**
93:14 94:22

**violation**
94:5,7

**visitors**
17:9

**voice**
95:17

**vs**
5:10

---

**W**

**wages**
77:16,17

**wait**
7:5 34:14 41:8
83:22

**waited**
70:3

**Walgreens**
39:10,11,15

**want**
6:11 7:1,8 14:14,
16 28:16 36:5
44:24 45:7 46:4
50:17 54:24,25
57:20 60:19,22
62:5 64:14 66:25
67:17 69:8 70:24
74:1 76:12 78:17
80:3 81:2 84:4
93:1,5

**wanted**
25:7 27:12 43:1
73:14 91:7

**wants**
72:12 80:25 81:1
86:24 90:9

**warehouse**
19:19,22 20:16
21:12 75:22,23
76:1 80:19

**wasn't**
20:25 21:25 23:3
36:21 43:22 53:14
67:6 70:16 79:14



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

81:17

**water**
15:12 17:3 39:16
42:23 82:19

**way**
8:4 17:19 39:9
43:12 56:11 63:5
73:3 96:2

**ways**
73:6

**we**
5:9 6:11,19 7:1,3,
5,6 8:10 10:19,24
12:1 15:18 17:6,7,
8,12 19:3,21 20:9
21:20,23,24 22:18,
19,21,22,24 23:8,
10 24:3,10,17,18
25:12 26:7,19,23
27:1,4 28:20,23,25
29:3,4,5,12,14,16,
17,23,24 30:3,8,
11,12,17,18,19
32:14,24 33:15,16,
17,18 34:12,13,25
35:4,19 36:22
38:3,7 40:7,10
42:6 43:3 44:16,22
49:11,15 50:13,14
51:5,16,19 52:20
54:7 56:24 57:5,23
58:5 60:2,3 63:7,8
64:23 65:14 66:16
67:7 72:3,4,5
73:23 75:1,2,3,22,
24,25 78:9,15,18
81:20 84:22,23
85:2,3,10,24,25
86:16,17,20 87:4
88:11 91:24 92:5,
17

**we'll**
36:6 51:20 98:2

**we're**
6:22 14:15 19:4
27:1 59:12 61:12
63:19 93:24

**we've**
83:10

**Wednesday**
25:22 48:24 51:22
56:11 57:7 63:14
65:21

**week**
24:3,10,17,23
25:23 26:6 30:21,
23 33:15,18 35:14
36:19,21,22,24
38:8,20 46:5,20,24
47:1 48:5,7,14,16,
19,21,24 50:9,13,
16,19,23 51:18,20
52:10,11,18,25
55:2,14,15,23
56:16,23,24,25
57:3,13,15 58:10,
25 59:12,14 65:22
66:16,17 69:3
78:19 80:6 84:19,
20,23,24 85:1,10,
12 87:17 88:9,14,
15 89:19 91:15

**weekly**
13:24 14:10,11
24:9

**weeks**
30:24 33:18 34:13
47:4 56:1 57:22
85:10 88:9

**went**
9:16 10:5 16:21
44:3 51:4,9 75:2
81:23 83:13 87:20

**were**
8:20 9:6 11:9,21,
22 12:11 14:4,10,

11,20 15:20 16:16,
25 18:18 19:9,25
21:22 22:9,12,13
23:1,25 24:1,25
26:17,18 27:17
30:4 33:9 34:18,22
35:1,3,5,11,17
37:18,25 38:11
40:16 41:1,9,18
42:1,8,11,14,16,
19,20 43:13,24
44:3,9,25 45:5
49:5,14,20 50:18,
22 51:5,12,14
52:2,6,18 54:21
58:12,17 60:2,5,6,
8,20 62:9,11 63:15
64:11,16 65:16,22
66:6 67:23 68:10,
15 69:4,12,14,23
71:9 73:4 74:21
78:5,15 79:13,21,
24 80:5,12,15
81:3,16,18 82:13
83:4,6 84:8,10,19
85:17 86:5 87:12,
13,14 88:22 89:5,
8,11 90:24,25 91:9
93:8 97:11

**weren't**
65:25 78:14

**wet**
40:11 41:3

**what**
8:8 9:14 10:5 11:8,
13,21,22 12:3,20,
23 13:24 14:16,20,
22,24 15:9,21
16:4,11,13,17,24
18:7,11 19:17
21:15 23:3,6,25
26:7 27:25 28:22
29:23 31:2,11
32:17 35:17 36:1

38:7,17 39:16,21,
25 41:13 42:19,20
43:8,13,14 46:2,6,
12,14,21 52:9,22
54:25 55:3,19,20,
24 56:3 57:25
59:13,16,22 63:8,
10 64:10,16,17
66:6 68:1 69:22
72:17,22 73:4,6,
20,24 74:7,17 77:1
81:4,5 82:6 84:17,
19 86:15,16,24
87:2,3,11,12,22
89:5,10,11 90:1,6
91:16 93:16,17
95:16 96:25 97:1

**what's**
8:11 10:13 19:13
45:8 72:16 76:10

**whatever**
17:3 19:18 44:1
64:21 65:22 83:13

**when**
6:19,20 9:8,11
11:3 12:1,14,16
14:4,17,20 15:3,20
17:16 19:3,23,25
20:4,14,21 21:1,15
22:12 24:5 25:6
30:2,4 31:18,19
32:20 34:9 35:23
38:3,4 39:3 40:20,
23 42:9,11,13,16
44:3 46:17 47:9
49:5,7,9 50:6,10
51:16 52:11,15,24
54:2,13 58:5 61:8
62:22 65:4,13,16
67:3,15 68:9 70:1
71:6,19,25 72:4,12
74:10 75:2 81:5
84:20,25 85:5
87:5,21,25 88:24



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

89:23 90:25 94:22

**where**
8:20 9:6 11:1,5
17:17 34:17 45:16,
18 51:24 65:14,16
88:17 90:15,16
91:21

**where--**
9:12

**wherever**
52:20 67:16 90:9

**whether**
56:8 72:1

**which**
11:19,20 12:7 15:8
19:1 23:18 36:18
73:4

**while**
41:25 42:19 60:2

**who**
8:18 13:11,14
14:5,11 16:4 17:8
19:15 22:2,5 23:13
24:5 27:11 28:11,
18 31:6 32:9,10
36:5,8 38:11 42:5
46:17 55:7 59:24
64:24 67:17 70:13,
25 74:1 77:11
78:14 80:8,9 83:3
84:14 85:16 86:3
87:6 89:21 91:18
93:16 95:14,17
96:22

**who's**
36:15

**whoever**
18:18

**whose**
66:20,23

**why**
49:20 50:5 53:14
54:17 55:9 57:6,7,
11 59:8 60:15
61:22,24 62:2
64:14 67:23 81:12,
13 85:9 87:24

**wife**
13:17

**will**
5:16 13:18 19:24
20:5 21:23 22:8
23:1,8,10 24:17
27:15,19 34:11,15
38:4,8,13,20,21,24
39:16,18,19,22
40:17 43:2 51:19
55:13,20 56:3
57:3,12,13,19 63:8
65:19 66:23 69:20
84:20,22,25 85:1,
12 86:4 87:17
88:4,6 89:2 93:13

**wire**
94:14

**with**
5:12,14 8:6,8,16,
18,23,25 9:1,3
10:18 11:7 14:12,
13 16:1 18:20
20:19 21:19 22:8
23:11 24:16 26:24
27:17,21 28:13
29:17,24 31:9
33:20 34:6,9 41:6,
18 44:15 45:22
50:15,20 59:4 62:7
63:8,10 64:18,22
65:7 66:16 69:2,3,
4,18 70:25 71:11,
13 73:1,5,7 74:6,
19,20,22 75:9
76:16 78:18 82:3
83:17 84:11,14

85:13 88:5,7,20,
21,25 89:4 90:19
91:23 93:7 96:1,10

**without**
8:7 30:8 42:7

**witness**
5:5,24 95:21 98:7

**won't**
86:18

**word**
92:10,16,20

**work**
11:5 14:14,17 15:1
18:11,12 20:3,18
21:2,4,6,12,23
22:19,22,25 23:4
24:10,15,19,22,23,
24 25:2,5,7,12,19
26:4,5,9,12 29:24
30:16,21 31:11
33:15 34:18,24
41:14 42:12,13,16
43:12,13 45:24
46:16 48:1,4,7,11,
24 49:2,6 50:3,7,
12,16,18 51:2,4,
10,11,18,20,21,23
52:19,21 53:6,7,
10,13,21 55:12
56:2,3,11,12,13
57:4,5,7,12,19,23
58:2,9,11,19 59:1,
2,8,15,17,23 60:7,
12,13 62:3 63:8,25
64:6,20,21,22
65:20 72:3,4,6,9
73:15,18 74:8
75:4,5,7,15 79:1,
10 80:10 84:19
85:15 86:19 88:10,
12,13,15,18 89:1,
2,8,11 90:24,25
91:8 96:24 97:1,2

**worked**
11:5 20:7 25:6
36:9 46:24 47:6,
17,20 51:8,13,24
52:10,11,15,16,18,
20,24 53:2 54:2
55:7 56:19,20 58:6
60:9,10,16 62:7
63:23 64:8 65:9
66:10,11 71:13
73:2,3 74:6 78:16
81:14 87:23 90:20,
23 91:2,6

**working**
11:3,7 15:20 20:15
21:8 24:3,4 25:1
26:18 28:16 31:19
32:20 33:6 34:1
41:18 44:8 52:2
54:21 58:10,12
60:6,8 69:3 71:6,7,
9,15,19 72:1 74:15
75:12,19,20 76:6,8
80:1,6 81:21 87:13
89:19

**works**
33:3

**worries**
26:2 71:25 82:12
87:21

**worry**
47:25

**would**
7:9,11,15 11:8
15:6 16:11,14
17:16,17,21 18:17
22:2,14 23:4,6,15
24:23,24 26:9
27:11,14,16 30:1,6
32:16 34:19 35:8,
18,23,24 36:20
38:2,11,22 39:3,4,
25 40:1,18,23

 **UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

41:19 45:22,24
46:23 48:9,13,14
52:10,12,17,25
53:19 54:13,14,15,
16,20 55:7 56:19
57:16 58:10 59:12,
13 63:10 64:24
65:2 68:1,16,23
69:2,22 79:5,20,21
83:12,17 84:11,14,
17 86:3 87:8,22
89:12 90:15,16
91:13,14 96:5

**wouldn't**
18:20

**write**
36:14 40:1 55:22
61:8

**writing**
65:17

**written**
32:1 47:11 62:7
66:1 81:17,18

**wrong**
38:10 81:9

**wrote**
37:5,6 47:19 60:17
65:5 81:12

---

**Y**

---

**yeah**
21:5,7 31:18 40:25
42:11 44:16 47:14
49:4,24 53:11,15
60:15 61:12,18
70:21 73:12 78:2
81:8 91:25 92:11,
22

**year**
10:8 12:20,21

**years**
7:24 71:14 76:3,5

**yes**
6:6,15 7:17,21,25
8:14,17,25 9:5,13
12:6,25 14:8 16:23
18:19,25 19:6
21:23 22:4,11
23:17 25:15 26:15
28:14 31:4,25 34:7
35:9,25 36:21
37:7,13,16 38:24
39:21 40:7,19 42:3
44:17 45:1,12,15,
21 46:10,25 47:21
52:4 53:23 54:5
55:4 56:4,24 57:17
58:2,11 61:21 63:2
64:10 65:11 67:10
69:1,7,13 70:9
72:10 73:23 74:24
75:1,7,18 76:25
77:6 78:7,11 79:23
81:12 82:10 83:5,
15 84:13 85:18
88:7 89:24 93:4
94:1

**yet**
84:22

**you**
5:25 6:4,7,13,20,
25 7:8,11,14,15,
18,19,22 8:1,4,8,
16,18,20,21,23
9:3,6,8,11,17,20,
23 10:5,10 11:1,3,
5,8,13,16,19,21,22
12:11,14,16,23
13:12,14,16,20
14:4,5,7,9,11,16,
20,23,24,25 15:20,
22 16:11,14,21,25
17:16,17,21 18:4,
9,11,17,20,24

19:10,13,25 20:6,
13,15 21:1,2,13,
15,16,23 22:2,9,
12,13 23:4,6,15,
24,25 24:5,8,17,18
25:18,19,23 26:8,
13 27:17,22 28:1,
2,5,8,22 31:2,9,11,
18,19,20 32:1,2,3,
6,15,17 33:8,9,24
34:2,5,17,19 35:5,
7,8,17,23,24 36:1,
5,8,12,15 37:5,6,8,
12,14,18,21,22,24
38:2,11,12,22
39:3,21,24,25
40:1,15,18,20,22,
23 41:10,16,17
42:8,10,11,14,16,
19,20 43:12,13,17,
21,25 44:9,11,12,
15,25 45:9,14,16,
18,20,22,25 46:2,
5,17,22,25 47:9,
10,16,19,22,23
49:9,12,13 50:4,6,
10,24 51:1,12,14
53:5,6,7,9,10,12,
19 54:13,14,15,20
55:1,3,9,12,13,15,
22 56:5,7,10,22
57:25 58:1 59:9,
19,24 60:17,22
61:1,9,18 62:2,9,
10,11,19,22 63:1,
3,4,6,7,10,16,21,
22 64:3,9,17,24
65:2,4,5,14,16,18,
19,25 66:1,20
67:12 68:1,9,10,
11,12,14,15,16,23
69:2,9,10,15,16,
20,22,23,24 70:10,
12,19 71:1,4,6,9,
10,13,19,25 72:11,
25 73:4,6,8,10,21

74:2,5,10,14,15,
20,22 75:9,11
76:2,4,16,20,24
77:1,4,7,18 78:2,3,
5,8,13,15,18 79:7,
12,21,25 80:5,21
81:5,6,10,11,14
82:6,13,14 83:4,
10,12,13,14,16,17
84:7,8,10,11,14,17
85:7,16 86:5 87:6,
8,9,14,21 88:6,7,8,
10,11,13,14,17,24,
25 89:1,2,4,8,10,
18,23 90:6,12,16,
18,25 91:6,10,13,
14,23 92:7,10,11,
12,15,18,20,23
93:3,5,8,22 95:15,
17,25 96:4,5,7,10,
14,17,21,22,24
97:1,4,7,11,12,15,
18,22

**you'd**
38:11

**you're**
14:17 27:8 34:1
40:20,24 52:9 56:6
78:3 87:5

**you've**
71:13 78:13

**your**
6:4,16 7:9,12 8:1,
8,11,13 9:1,3,4,14
10:13 12:23 13:20
14:9,14,16,20
23:25 24:18 27:8,
21 31:18,20 32:2
33:12,13 34:3
35:13 39:4 42:20
45:23 52:14 69:5,
10,12 70:10,24
72:16 76:10 78:21
79:6 81:25 82:8



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Jesus E. Gonzalez Hernandez vs Statewide Electrical Services, Inc.
Usuga, Paola on 02/10/2026

84:15 95:3 96:24
97:12

**yours**
 61:20

**yourself**
 78:10


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com