1° Junio 2022 — 1° Junio 2025
(3 yrs)

6 estaciones
de Abril – Sep/2023.

1°    Allapattah — 16h
(1era estación)

2°    Santa Clara — 20h (calendar)

3°    CULMER    — 24h

4°    GAP TIE 2 — 8h (Calendar)

5°    Overtown — 8h

6°    Brickell    — 8h
        ─────
        84h

Bajando los equipos en cada
estación siempre trabajábamos
más de los 10h establecidas.

Exhibit H