

*Account #276439*                    **TRANSACTION VIEW**                    *Generated  3/19/2025 9:38*

| POSTED DATE | TRANSACTION DATE | TRANSACTION TIME | TRANSACTION NUMBER | TOLL TAG # / PLATE # | AGENCY NAME | LANE | AXLE | DESCRIPTION / PLAZA NAME | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 08/31/2023 | 08/29/2023 | 04:44:46 PM | 39022608396 | 028166331010 | Florida Turnpike Enterprise | 50S | 2 | I-95 NW 54 ST EXLN NB MP 5 | ($0.50) |
| 08/29/2023 | 08/29/2023 | 08:54:28 AM | 39010189690 | 028166331010 | Miami-Dade Expressway Authority | 25S | 2 | SR836 EAST (17TH AVE MAINLINE) | ($0.66) |
| 08/29/2023 | 08/29/2023 | 08:40:34 AM | 39010181639 | 028166331010 | Miami-Dade Expressway Authority | 34S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 08/29/2023 | 08/29/2023 | 08:29:50 AM | 39010132020 | 028166331010 | Miami-Dade Expressway Authority | 43S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 08/29/2023 | 08/29/2023 | 08:15:49 AM | 39010120933 | 028166331010 | Miami-Dade Expressway Authority | 23S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 08/23/2023 | 08/23/2023 | 06:13:18 AM | 38964801892 | 028166331010 | Miami-Dade Expressway Authority | 9S | 2 | SR836 EAST (27TH AVE RAMP) | ($0.28) |
| 08/23/2023 | 08/23/2023 | 06:09:19 AM | 38964807947 | 028166331010 | Miami-Dade Expressway Authority | 34S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 08/23/2023 | 08/23/2023 | 06:05:36 AM | 38964804966 | 028166331010 | Miami-Dade Expressway Authority | 42S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 08/23/2023 | 08/23/2023 | 06:02:14 AM | 38964792187 | 028166331010 | Miami-Dade Expressway Authority | 23S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 08/23/2023 | 08/22/2023 | 05:01:57 PM | 38961279275 | 028166331010 | Miami-Dade Expressway Authority | 83S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |
| 08/23/2023 | 08/22/2023 | 04:58:28 PM | 38961278097 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 08/23/2023 | 08/22/2023 | 04:45:42 PM | 38961265733 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |
| 08/23/2023 | 08/22/2023 | 04:34:09 PM | 38961249266 | 028166331010 | Miami-Dade Expressway Authority | 63S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 08/22/2023 | 08/22/2023 | 06:09:33 AM | 38957126619 | 028166331010 | Miami-Dade Expressway Authority | 9S | 2 | SR836 EAST (27TH AVE RAMP) | ($0.28) |
| 08/22/2023 | 08/22/2023 | 06:06:07 AM | 38957125251 | 028166331010 | Miami-Dade Expressway Authority | 33S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 08/22/2023 | 08/22/2023 | 06:02:22 AM | 38957103916 | 028166331010 | Miami-Dade Expressway Authority | 43S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |

*Vector eCustomer*

Exhibit M
*1 of 14*



*Account #276439*

# TRANSACTION VIEW

*Generated  3/19/2025 9:38*

| POSTED DATE | TRANSACTION DATE | TRANSACTION TIME | TRANSACTION NUMBER | TOLL TAG # / PLATE # | AGENCY NAME | LANE | AXLE | DESCRIPTION / PLAZA NAME | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 08/22/2023 | 08/22/2023 | 05:59:12 AM | 38957114944 | 028166331010 | Miami-Dade Expressway Authority | 23S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 08/22/2023 | 08/21/2023 | 03:28:27 PM | 38953954171 | 028166331010 | Miami-Dade Expressway Authority | 82S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |
| 08/22/2023 | 08/21/2023 | 03:25:10 PM | 38953942649 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 08/22/2023 | 08/21/2023 | 03:19:42 PM | 38953939296 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |
| 08/22/2023 | 08/21/2023 | 03:10:35 PM | 38953915368 | 028166331010 | Miami-Dade Expressway Authority | 63S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 08/21/2023 | 08/21/2023 | 06:15:19 AM | 38949039146 | 028166331010 | Miami-Dade Expressway Authority | 25S | 2 | SR836 EAST (17TH AVE MAINLINE) | ($0.66) |
| 08/21/2023 | 08/21/2023 | 06:10:19 AM | 38949056159 | 028166331010 | Miami-Dade Expressway Authority | 34S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 08/21/2023 | 08/21/2023 | 06:06:31 AM | 38949052405 | 028166331010 | Miami-Dade Expressway Authority | 43S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 08/21/2023 | 08/21/2023 | 06:03:05 AM | 38949049452 | 028166331010 | Miami-Dade Expressway Authority | 24S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 08/18/2023 | 08/17/2023 | 05:09:51 PM | 38924370894 | 028166331010 | Miami-Dade Expressway Authority | 82S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |
| 08/18/2023 | 08/17/2023 | 05:06:28 PM | 38924369595 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 08/18/2023 | 08/17/2023 | 04:55:36 PM | 38924359117 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |
| 08/18/2023 | 08/17/2023 | 04:44:36 PM | 38924343109 | 028166331010 | Miami-Dade Expressway Authority | 63S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 08/17/2023 | 08/17/2023 | 06:11:30 AM | 38919913011 | 028166331010 | Miami-Dade Expressway Authority | 24S | 2 | SR836 EAST (17TH AVE MAINLINE) | ($0.66) |
| 08/17/2023 | 08/17/2023 | 06:06:49 AM | 38919911242 | 028166331010 | Miami-Dade Expressway Authority | 33S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 08/17/2023 | 08/17/2023 | 06:03:11 AM | 38919915778 | 028166331010 | Miami-Dade Expressway Authority | 42S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 08/17/2023 | 08/17/2023 | 05:59:51 AM | 38919908510 | 028166331010 | Miami-Dade Expressway Authority | 23S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 08/17/2023 | 08/16/2023 | 04:37:19 PM | 38916381699 | 028166331010 | Miami-Dade Expressway Authority | 83S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |

*Vector eCustomer*



*Account #276439* **TRANSACTION VIEW** *Generated  3/19/2025 9:38*

| POSTED DATE | TRANSACTION DATE | TRANSACTION TIME | TRANSACTION NUMBER | TOLL TAG # / PLATE # | AGENCY NAME | LANE | AXLE | DESCRIPTION / PLAZA NAME | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 08/17/2023 | 08/16/2023 | 04:33:54 PM | 38916378269 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 08/17/2023 | 08/16/2023 | 04:21:23 PM | 38916353905 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |
| 08/17/2023 | 08/16/2023 | 04:11:51 PM | 38916326295 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 08/16/2023 | 08/16/2023 | 06:09:41 AM | 38911828082 | 028166331010 | Miami-Dade Expressway Authority | 9S | 2 | SR836 EAST (27TH AVE RAMP) | ($0.28) |
| 08/16/2023 | 08/16/2023 | 06:05:57 AM | 38911825224 | 028166331010 | Miami-Dade Expressway Authority | 34S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 08/16/2023 | 08/16/2023 | 06:02:21 AM | 38911824159 | 028166331010 | Miami-Dade Expressway Authority | 42S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 08/16/2023 | 08/16/2023 | 05:59:00 AM | 38911817717 | 028166331010 | Miami-Dade Expressway Authority | 23S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 08/16/2023 | 08/15/2023 | 04:50:24 PM | 38908027191 | 028166331010 | Miami-Dade Expressway Authority | 82S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |
| 08/16/2023 | 08/15/2023 | 04:46:37 PM | 38908015246 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 08/16/2023 | 08/15/2023 | 04:34:36 PM | 38907996454 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |
| 08/16/2023 | 08/15/2023 | 04:22:11 PM | 38907974687 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 08/15/2023 | 08/15/2023 | 06:10:33 AM | 38903806003 | 028166331010 | Miami-Dade Expressway Authority | 25S | 2 | SR836 EAST (17TH AVE MAINLINE) | ($0.66) |
| 08/15/2023 | 08/15/2023 | 06:06:22 AM | 38903803097 | 028166331010 | Miami-Dade Expressway Authority | 32S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 08/15/2023 | 08/15/2023 | 06:02:31 AM | 38903791141 | 028166331010 | Miami-Dade Expressway Authority | 42S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 08/15/2023 | 08/15/2023 | 05:59:06 AM | 38903789917 | 028166331010 | Miami-Dade Expressway Authority | 23S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 08/15/2023 | 08/14/2023 | 04:33:11 PM | 38901008661 | 028166331010 | Miami-Dade Expressway Authority | 83S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |
| 08/15/2023 | 08/14/2023 | 04:29:58 PM | 38900990743 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 08/15/2023 | 08/14/2023 | 04:19:35 PM | 38900999327 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |



*Account #276439*                                    **TRANSACTION VIEW**                                    *Generated  3/19/2025 9:38*

| POSTED DATE | TRANSACTION DATE | TRANSACTION TIME | TRANSACTION NUMBER | TOLL TAG # / PLATE # | AGENCY NAME | LANE | AXLE | DESCRIPTION / PLAZA NAME | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 08/15/2023 | 08/14/2023 | 04:10:04 PM | 38900983014 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 08/14/2023 | 08/14/2023 | 06:09:23 AM | 38895985942 | 028166331010 | Miami-Dade Expressway Authority | 9S | 2 | SR836 EAST (27TH AVE RAMP) | ($0.28) |
| 08/14/2023 | 08/14/2023 | 06:05:51 AM | 38895973291 | 028166331010 | Miami-Dade Expressway Authority | 34S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 08/14/2023 | 08/14/2023 | 06:02:17 AM | 38895972387 | 028166331010 | Miami-Dade Expressway Authority | 42S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 08/14/2023 | 08/14/2023 | 05:59:03 AM | 38895971589 | 028166331010 | Miami-Dade Expressway Authority | 23S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 08/11/2023 | 08/10/2023 | 03:51:11 PM | 38872055435 | 028166331010 | Miami-Dade Expressway Authority | 83S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |
| 08/11/2023 | 08/10/2023 | 03:47:56 PM | 38872045134 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 08/11/2023 | 08/10/2023 | 03:35:41 PM | 38872033588 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |
| 08/11/2023 | 08/10/2023 | 03:26:22 PM | 38872028142 | 028166331010 | Miami-Dade Expressway Authority | 64S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 08/10/2023 | 08/10/2023 | 06:09:07 AM | 38867675027 | 028166331010 | Miami-Dade Expressway Authority | 9S | 2 | SR836 EAST (27TH AVE RAMP) | ($0.28) |
| 08/10/2023 | 08/10/2023 | 06:05:41 AM | 38867664395 | 028166331010 | Miami-Dade Expressway Authority | 34S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 08/10/2023 | 08/10/2023 | 06:02:08 AM | 38867653228 | 028166331010 | Miami-Dade Expressway Authority | 43S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 08/10/2023 | 08/10/2023 | 05:59:00 AM | 38867650794 | 028166331010 | Miami-Dade Expressway Authority | 23S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 08/10/2023 | 08/09/2023 | 05:38:33 PM | 38864222629 | 028166331010 | Miami-Dade Expressway Authority | 82S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |
| 08/10/2023 | 08/09/2023 | 05:35:07 PM | 38864214448 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 08/10/2023 | 08/09/2023 | 05:23:00 PM | 38864204368 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |
| 08/10/2023 | 08/09/2023 | 05:12:21 PM | 38864188283 | 028166331010 | Miami-Dade Expressway Authority | 64S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 08/09/2023 | 08/09/2023 | 06:10:22 AM | 38859515025 | 028166331010 | Miami-Dade Expressway Authority | 25S | 2 | SR836 EAST (17TH AVE MAINLINE) | ($0.66) |

*Vector eCustomer*



*Account #276439*                    **TRANSACTION VIEW**                    *Generated  3/19/2025 9:38*

| POSTED DATE | TRANSACTION DATE | TRANSACTION TIME | TRANSACTION NUMBER | TOLL TAG # / PLATE # | AGENCY NAME | LANE | AXLE | DESCRIPTION / PLAZA NAME | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 08/09/2023 | 08/09/2023 | 06:06:00 AM | 38859501359 | 028166331010 | Miami-Dade Expressway Authority | 32S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 08/09/2023 | 08/09/2023 | 05:59:10 AM | 38859488154 | 028166331010 | Miami-Dade Expressway Authority | 23S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 08/09/2023 | 08/08/2023 | 04:51:55 PM | 38856355749 | 028166331010 | Miami-Dade Expressway Authority | 83S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |
| 08/09/2023 | 08/08/2023 | 04:48:34 PM | 38856354411 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 08/09/2023 | 08/08/2023 | 04:39:09 PM | 38856320532 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |
| 08/09/2023 | 08/08/2023 | 04:24:32 PM | 38856316028 | 028166331010 | Miami-Dade Expressway Authority | 64S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 08/08/2023 | 08/08/2023 | 06:09:24 AM | 38850837503 | 028166331010 | Miami-Dade Expressway Authority | 25S | 2 | SR836 EAST (17TH AVE MAINLINE) | ($0.66) |
| 08/08/2023 | 08/08/2023 | 06:05:24 AM | 38850835552 | 028166331010 | Miami-Dade Expressway Authority | 34S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 08/08/2023 | 08/08/2023 | 05:58:45 AM | 38850821182 | 028166331010 | Miami-Dade Expressway Authority | 23S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 08/08/2023 | 08/07/2023 | 04:25:32 PM | 38847259780 | 028166331010 | Miami-Dade Expressway Authority | 82S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |
| 08/08/2023 | 08/07/2023 | 04:22:16 PM | 38847247401 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 08/08/2023 | 08/07/2023 | 04:08:41 PM | 38847205066 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |
| 08/08/2023 | 08/07/2023 | 04:00:07 PM | 38847176607 | 028166331010 | Miami-Dade Expressway Authority | 63S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 08/07/2023 | 08/07/2023 | 06:09:17 AM | 38842731855 | 028166331010 | Miami-Dade Expressway Authority | 25S | 2 | SR836 EAST (17TH AVE MAINLINE) | ($0.66) |
| 08/07/2023 | 08/07/2023 | 06:05:13 AM | 38842752241 | 028166331010 | Miami-Dade Expressway Authority | 33S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 08/07/2023 | 08/07/2023 | 06:01:48 AM | 38842750710 | 028166331010 | Miami-Dade Expressway Authority | 43S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 08/07/2023 | 08/07/2023 | 05:58:42 AM | 38842749266 | 028166331010 | Miami-Dade Expressway Authority | 23S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 08/04/2023 | 08/03/2023 | 04:37:34 PM | 38818031100 | 028166331010 | Miami-Dade Expressway Authority | 83S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |

*Vector eCustomer*



*Account #276439*

# TRANSACTION VIEW

*Generated  3/19/2025 9:38*

| POSTED DATE | TRANSACTION DATE | TRANSACTION TIME | TRANSACTION NUMBER | TOLL TAG # / PLATE # | AGENCY NAME | LANE | AXLE | DESCRIPTION / PLAZA NAME | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | 08/03/2023 | 04:34:13 PM | 38818028356 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 08/04/2023 | 08/03/2023 | 04:22:46 PM | 38818018906 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |
| 08/04/2023 | 08/03/2023 | 04:10:43 PM | 38817970840 | 028166331010 | Miami-Dade Expressway Authority | 63S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 08/03/2023 | 08/03/2023 | 06:09:29 AM | 38813483851 | 028166331010 | Miami-Dade Expressway Authority | 33S | 2 | SR836 EAST (17TH AVE RAMP) | ($0.66) |
| 08/03/2023 | 08/03/2023 | 06:05:13 AM | 38813489262 | 028166331010 | Miami-Dade Expressway Authority | 34S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 08/03/2023 | 08/03/2023 | 06:01:38 AM | 38813484308 | 028166331010 | Miami-Dade Expressway Authority | 42S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 08/03/2023 | 08/03/2023 | 05:58:37 AM | 38813470613 | 028166331010 | Miami-Dade Expressway Authority | 24S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 08/03/2023 | 08/02/2023 | 06:04:43 PM | 38810086394 | 028166331010 | Miami-Dade Expressway Authority | 83S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |
| 08/03/2023 | 08/02/2023 | 06:00:55 PM | 38810070211 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 08/03/2023 | 08/02/2023 | 05:46:19 PM | 38810063831 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |
| 08/03/2023 | 08/02/2023 | 05:31:49 PM | 38810054514 | 028166331010 | Miami-Dade Expressway Authority | 64S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 08/02/2023 | 08/02/2023 | 06:19:01 AM | 38805186768 | 028166331010 | Miami-Dade Expressway Authority | 9S | 2 | SR836 EAST (27TH AVE RAMP) | ($0.28) |
| 08/02/2023 | 08/02/2023 | 06:15:39 AM | 38805175860 | 028166331010 | Miami-Dade Expressway Authority | 34S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 08/02/2023 | 08/02/2023 | 06:11:52 AM | 38805171523 | 028166331010 | Miami-Dade Expressway Authority | 43S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 08/02/2023 | 08/02/2023 | 06:08:28 AM | 38805161814 | 028166331010 | Miami-Dade Expressway Authority | 23S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 08/02/2023 | 08/01/2023 | 04:18:28 PM | 38801672404 | 028166331010 | Miami-Dade Expressway Authority | 83S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |
| 08/02/2023 | 08/01/2023 | 04:14:58 PM | 38801670488 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 08/02/2023 | 08/01/2023 | 04:06:22 PM | 38801654920 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |

*Vector eCustomer*



*Account #276439*  **TRANSACTION VIEW**  *Generated  3/19/2025 9:38*

| POSTED DATE | TRANSACTION DATE | TRANSACTION TIME | TRANSACTION NUMBER | TOLL TAG # / PLATE # | AGENCY NAME | LANE | AXLE | DESCRIPTION / PLAZA NAME | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 08/02/2023 | 08/01/2023 | 03:57:41 PM | 38801642425 | 028166331010 | Miami-Dade Expressway Authority | 63S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 08/01/2023 | 08/01/2023 | 06:10:09 AM | 38796857787 | 028166331010 | Miami-Dade Expressway Authority | 25S | 2 | SR836 EAST (17TH AVE MAINLINE) | ($0.66) |
| 08/01/2023 | 08/01/2023 | 06:05:52 AM | 38796833340 | 028166331010 | Miami-Dade Expressway Authority | 33S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 08/01/2023 | 08/01/2023 | 06:02:13 AM | 38796831837 | 028166331010 | Miami-Dade Expressway Authority | 43S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 08/01/2023 | 08/01/2023 | 05:59:02 AM | 38796830363 | 028166331010 | Miami-Dade Expressway Authority | 24S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 08/01/2023 | 07/31/2023 | 04:39:20 PM | 38793322928 | 028166331010 | Miami-Dade Expressway Authority | 83S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |
| 08/01/2023 | 07/31/2023 | 04:36:08 PM | 38793320916 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 08/01/2023 | 07/31/2023 | 04:27:11 PM | 38793310719 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |
| 08/01/2023 | 07/31/2023 | 04:18:37 PM | 38793273889 | 028166331010 | Miami-Dade Expressway Authority | 65S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 07/31/2023 | 07/31/2023 | 06:10:13 AM | 38788487545 | 028166331010 | Miami-Dade Expressway Authority | 33S | 2 | SR836 EAST (17TH AVE RAMP) | ($0.66) |
| 07/31/2023 | 07/31/2023 | 06:05:48 AM | 38788486051 | 028166331010 | Miami-Dade Expressway Authority | 34S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 07/31/2023 | 07/31/2023 | 06:02:14 AM | 38788484917 | 028166331010 | Miami-Dade Expressway Authority | 43S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 07/31/2023 | 07/31/2023 | 05:59:11 AM | 38788484046 | 028166331010 | Miami-Dade Expressway Authority | 23S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 07/28/2023 | 07/27/2023 | 04:58:42 PM | 38763293981 | 028166331010 | Miami-Dade Expressway Authority | 84S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |
| 07/28/2023 | 07/27/2023 | 04:55:26 PM | 38763291545 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 07/28/2023 | 07/27/2023 | 04:44:25 PM | 38763272810 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |
| 07/28/2023 | 07/27/2023 | 04:35:15 PM | 38763265120 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 07/27/2023 | 07/27/2023 | 06:11:03 AM | 38759127492 | 028166331010 | Miami-Dade Expressway Authority | 25S | 2 | SR836 EAST (17TH AVE MAINLINE) | ($0.66) |

*Vector eCustomer*



*Account #276439*

## TRANSACTION VIEW

*Generated  3/19/2025 9:38*

| POSTED DATE | TRANSACTION DATE | TRANSACTION TIME | TRANSACTION NUMBER | TOLL TAG # / PLATE # | AGENCY NAME | LANE | AXLE | DESCRIPTION / PLAZA NAME | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 07/27/2023 | 07/27/2023 | 06:06:29 AM | 38759125682 | 028166331010 | Miami-Dade Expressway Authority | 33S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 07/27/2023 | 07/27/2023 | 06:02:49 AM | 38758947617 | 028166331010 | Miami-Dade Expressway Authority | 43S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 07/27/2023 | 07/27/2023 | 05:59:01 AM | 38758943916 | 028166331010 | Miami-Dade Expressway Authority | 24S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 07/27/2023 | 07/26/2023 | 03:02:39 PM | 38754261915 | 028166331010 | Miami-Dade Expressway Authority | 83S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |
| 07/27/2023 | 07/26/2023 | 02:59:22 PM | 38754265309 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 07/27/2023 | 07/26/2023 | 02:55:36 PM | 38754264336 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |
| 07/27/2023 | 07/26/2023 | 02:51:31 PM | 38754232654 | 028166331010 | Miami-Dade Expressway Authority | 64S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 07/26/2023 | 07/26/2023 | 06:10:32 AM | 38749808390 | 028166331010 | Miami-Dade Expressway Authority | 33S | 2 | SR836 EAST (17TH AVE RAMP) | ($0.66) |
| 07/26/2023 | 07/26/2023 | 06:06:19 AM | 38749800903 | 028166331010 | Miami-Dade Expressway Authority | 33S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 07/26/2023 | 07/26/2023 | 06:02:41 AM | 38749805656 | 028166331010 | Miami-Dade Expressway Authority | 44S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 07/26/2023 | 07/26/2023 | 05:59:25 AM | 38749795629 | 028166331010 | Miami-Dade Expressway Authority | 23S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 07/26/2023 | 07/25/2023 | 06:52:31 PM | 38747011164 | 028166331010 | Miami-Dade Expressway Authority | 82S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |
| 07/26/2023 | 07/25/2023 | 06:49:08 PM | 38747008102 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 07/26/2023 | 07/25/2023 | 06:39:20 PM | 38746999227 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |
| 07/26/2023 | 07/25/2023 | 06:31:55 PM | 38746984234 | 028166331010 | Miami-Dade Expressway Authority | 63S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 07/25/2023 | 07/25/2023 | 06:17:33 AM | 38741410909 | 028166331010 | Miami-Dade Expressway Authority | 33S | 2 | SR836 EAST (17TH AVE RAMP) | ($0.66) |
| 07/25/2023 | 07/25/2023 | 06:13:03 AM | 38741386227 | 028166331010 | Miami-Dade Expressway Authority | 34S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 07/25/2023 | 07/25/2023 | 06:09:13 AM | 38741378140 | 028166331010 | Miami-Dade Expressway Authority | 44S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |

*Vector eCustomer*



Account #276439 <span style="float:right">Generated  3/19/2025 9:38</span>

## TRANSACTION VIEW

| POSTED DATE | TRANSACTION DATE | TRANSACTION TIME | TRANSACTION NUMBER | TOLL TAG # / PLATE # | AGENCY NAME | LANE | AXLE | DESCRIPTION / PLAZA NAME | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 07/25/2023 | 07/25/2023 | 06:05:38 AM | 38741370831 | 028166331010 | Miami-Dade Expressway Authority | 24S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 07/21/2023 | 07/20/2023 | 02:19:32 PM | 38708743881 | 028166331010 | Miami-Dade Expressway Authority | 82S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |
| 07/21/2023 | 07/20/2023 | 02:16:25 PM | 38708741761 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 07/21/2023 | 07/20/2023 | 02:12:46 PM | 38708739153 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |
| 07/21/2023 | 07/20/2023 | 02:08:33 PM | 38708736759 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 07/20/2023 | 07/20/2023 | 06:13:21 AM | 38703638599 | 028166331010 | Miami-Dade Expressway Authority | 33S | 2 | SR836 EAST (17TH AVE RAMP) | ($0.66) |
| 07/20/2023 | 07/20/2023 | 06:08:44 AM | 38703635946 | 028166331010 | Miami-Dade Expressway Authority | 34S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 07/20/2023 | 07/20/2023 | 06:04:52 AM | 38703596532 | 028166331010 | Miami-Dade Expressway Authority | 43S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 07/20/2023 | 07/20/2023 | 06:01:45 AM | 38703588825 | 028166331010 | Miami-Dade Expressway Authority | 23S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 07/20/2023 | 07/19/2023 | 04:31:02 PM | 38700176301 | 028166331010 | Miami-Dade Expressway Authority | 82S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |
| 07/20/2023 | 07/19/2023 | 04:27:53 PM | 38700163930 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 07/20/2023 | 07/19/2023 | 04:15:59 PM | 38700155862 | 028166331010 | Miami-Dade Expressway Authority | 63S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |
| 07/20/2023 | 07/19/2023 | 04:05:23 PM | 38700147440 | 028166331010 | Miami-Dade Expressway Authority | 65S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 07/19/2023 | 07/19/2023 | 06:10:59 AM | 38694790184 | 028166331010 | Miami-Dade Expressway Authority | 33S | 2 | SR836 EAST (17TH AVE RAMP) | ($0.66) |
| 07/19/2023 | 07/19/2023 | 06:06:19 AM | 38694785978 | 028166331010 | Miami-Dade Expressway Authority | 33S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 07/19/2023 | 07/19/2023 | 06:02:25 AM | 38694772833 | 028166331010 | Miami-Dade Expressway Authority | 43S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 07/19/2023 | 07/19/2023 | 05:59:03 AM | 38694771707 | 028166331010 | Miami-Dade Expressway Authority | 23S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 07/19/2023 | 07/18/2023 | 05:11:56 PM | 38691855221 | 028166331010 | Miami-Dade Expressway Authority | 83S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |

*Vector eCustomer*



Account #276439                              **TRANSACTION VIEW**                              *Generated  3/19/2025 9:38*

| POSTED DATE | TRANSACTION DATE | TRANSACTION TIME | TRANSACTION NUMBER | TOLL TAG # / PLATE # | AGENCY NAME | LANE | AXLE | DESCRIPTION / PLAZA NAME | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 07/19/2023 | 07/18/2023 | 05:08:23 PM | 38691838248 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 07/19/2023 | 07/18/2023 | 04:55:42 PM | 38691834396 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |
| 07/19/2023 | 07/18/2023 | 04:45:06 PM | 38691817565 | 028166331010 | Miami-Dade Expressway Authority | 65S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 07/18/2023 | 07/18/2023 | 06:17:01 AM | 38686981723 | 028166331010 | Miami-Dade Expressway Authority | 33S | 2 | SR836 EAST (17TH AVE RAMP) | ($0.66) |
| 07/18/2023 | 07/18/2023 | 06:12:22 AM | 38686978509 | 028166331010 | Miami-Dade Expressway Authority | 33S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 07/18/2023 | 07/18/2023 | 06:08:31 AM | 38686975731 | 028166331010 | Miami-Dade Expressway Authority | 43S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 07/18/2023 | 07/18/2023 | 06:05:11 AM | 38686973734 | 028166331010 | Miami-Dade Expressway Authority | 23S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 07/18/2023 | 07/17/2023 | 04:41:57 PM | 38683562324 | 028166331010 | Miami-Dade Expressway Authority | 82S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |
| 07/18/2023 | 07/17/2023 | 04:38:28 PM | 38683553244 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 07/18/2023 | 07/17/2023 | 04:29:50 PM | 38683557466 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |
| 07/18/2023 | 07/17/2023 | 04:17:36 PM | 38683542264 | 028166331010 | Miami-Dade Expressway Authority | 63S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 07/17/2023 | 07/17/2023 | 06:22:16 AM | 38679285560 | 028166331010 | Miami-Dade Expressway Authority | 9S | 2 | SR836 EAST (27TH AVE RAMP) | ($0.28) |
| 07/17/2023 | 07/17/2023 | 06:18:16 AM | 38679272430 | 028166331010 | Miami-Dade Expressway Authority | 34S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 07/17/2023 | 07/17/2023 | 06:14:23 AM | 38679260547 | 028166331010 | Miami-Dade Expressway Authority | 43S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 07/17/2023 | 07/17/2023 | 06:11:09 AM | 38679237684 | 028166331010 | Miami-Dade Expressway Authority | 23S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 07/14/2023 | 07/13/2023 | 05:07:12 PM | 38654315732 | 028166331010 | Miami-Dade Expressway Authority | 82S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |
| 07/14/2023 | 07/13/2023 | 05:03:48 PM | 38654311255 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 07/14/2023 | 07/13/2023 | 04:51:34 PM | 38654291618 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |

*Vector eCustomer*



Account #276439                             **TRANSACTION VIEW**                    *Generated  3/19/2025 9:38*

| POSTED DATE | TRANSACTION DATE | TRANSACTION TIME | TRANSACTION NUMBER | TOLL TAG # / PLATE # | AGENCY NAME | LANE | AXLE | DESCRIPTION / PLAZA NAME | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 07/14/2023 | 07/13/2023 | 04:40:51 PM | 38654262570 | 028166331010 | Miami-Dade Expressway Authority | 65S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 07/13/2023 | 07/13/2023 | 06:10:16 AM | 38649315387 | 028166331010 | Miami-Dade Expressway Authority | 33S | 2 | SR836 EAST (17TH AVE RAMP) | ($0.66) |
| 07/13/2023 | 07/13/2023 | 06:05:54 AM | 38649310549 | 028166331010 | Miami-Dade Expressway Authority | 34S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 07/13/2023 | 07/13/2023 | 06:02:01 AM | 38649308727 | 028166331010 | Miami-Dade Expressway Authority | 42S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 07/13/2023 | 07/13/2023 | 05:58:43 AM | 38649306812 | 028166331010 | Miami-Dade Expressway Authority | 24S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 07/13/2023 | 07/12/2023 | 04:57:07 PM | 38646814177 | 028166331010 | Miami-Dade Expressway Authority | 82S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |
| 07/13/2023 | 07/12/2023 | 04:54:01 PM | 38646802685 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 07/13/2023 | 07/12/2023 | 04:39:54 PM | 38646786681 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |
| 07/13/2023 | 07/12/2023 | 04:30:24 PM | 38646780462 | 028166331010 | Miami-Dade Expressway Authority | 64S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 07/12/2023 | 07/12/2023 | 06:09:47 AM | 38641443174 | 028166331010 | Miami-Dade Expressway Authority | 33S | 2 | SR836 EAST (17TH AVE RAMP) | ($0.66) |
| 07/12/2023 | 07/12/2023 | 06:05:34 AM | 38641444810 | 028166331010 | Miami-Dade Expressway Authority | 33S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 07/12/2023 | 07/12/2023 | 06:02:05 AM | 38641423206 | 028166331010 | Miami-Dade Expressway Authority | 42S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 07/12/2023 | 07/12/2023 | 05:58:58 AM | 38641422146 | 028166331010 | Miami-Dade Expressway Authority | 23S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 07/12/2023 | 07/11/2023 | 05:05:00 PM | 38639113092 | 028166331010 | Miami-Dade Expressway Authority | 82S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |
| 07/12/2023 | 07/11/2023 | 05:01:50 PM | 38639110961 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 07/12/2023 | 07/11/2023 | 04:46:56 PM | 38639079970 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |
| 07/12/2023 | 07/11/2023 | 04:37:29 PM | 38639092277 | 028166331010 | Miami-Dade Expressway Authority | 65S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 07/11/2023 | 07/11/2023 | 06:13:35 AM | 38633774822 | 028166331010 | Miami-Dade Expressway Authority | 33S | 2 | SR836 EAST (17TH AVE RAMP) | ($0.66) |

*Vector eCustomer*



Account #276439            **TRANSACTION VIEW**            *Generated  3/19/2025 9:38*

| POSTED DATE | TRANSACTION DATE | TRANSACTION TIME | TRANSACTION NUMBER | TOLL TAG # / PLATE # | AGENCY NAME | LANE | AXLE | DESCRIPTION / PLAZA NAME | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 07/11/2023 | 07/11/2023 | 06:09:00 AM | 38633754315 | 028166331010 | Miami-Dade Expressway Authority | 33S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 07/11/2023 | 07/11/2023 | 06:05:26 AM | 38633740818 | 028166331010 | Miami-Dade Expressway Authority | 42S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 07/11/2023 | 07/11/2023 | 06:02:08 AM | 38633735239 | 028166331010 | Miami-Dade Expressway Authority | 24S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 07/11/2023 | 07/10/2023 | 04:50:01 PM | 38631188043 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 07/11/2023 | 07/10/2023 | 04:53:15 PM | 38631191132 | 028166331010 | Miami-Dade Expressway Authority | 82S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |
| 07/11/2023 | 07/10/2023 | 04:41:59 PM | 38631180438 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |
| 07/11/2023 | 07/10/2023 | 04:30:54 PM | 38631170214 | 028166331010 | Miami-Dade Expressway Authority | 65S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 07/10/2023 | 07/10/2023 | 06:13:13 AM | 38628951721 | 028166331010 | Miami-Dade Expressway Authority | 33S | 2 | SR836 EAST (17TH AVE RAMP) | ($0.66) |
| 07/10/2023 | 07/10/2023 | 06:08:44 AM | 38628945394 | 028166331010 | Miami-Dade Expressway Authority | 34S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 07/10/2023 | 07/10/2023 | 06:05:03 AM | 38628930791 | 028166331010 | Miami-Dade Expressway Authority | 43S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 07/10/2023 | 07/10/2023 | 06:01:50 AM | 38628936828 | 028166331010 | Miami-Dade Expressway Authority | 23S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 07/08/2023 | 07/07/2023 | 05:14:41 PM | 38607363611 | 028166331010 | Miami-Dade Expressway Authority | 84S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |
| 07/08/2023 | 07/07/2023 | 05:11:25 PM | 38607374676 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 07/08/2023 | 07/07/2023 | 05:02:00 PM | 38607358541 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |
| 07/08/2023 | 07/07/2023 | 04:57:59 PM | 38607351171 | 028166331010 | Miami-Dade Expressway Authority | 63S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 07/07/2023 | 07/07/2023 | 06:08:46 AM | 38600748037 | 028166331010 | Miami-Dade Expressway Authority | 33S | 2 | SR836 EAST (17TH AVE RAMP) | ($0.66) |
| 07/07/2023 | 07/07/2023 | 06:04:57 AM | 38600758265 | 028166331010 | Miami-Dade Expressway Authority | 33S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 07/07/2023 | 07/07/2023 | 05:58:43 AM | 38600755303 | 028166331010 | Miami-Dade Expressway Authority | 23S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |

*Vector eCustomer*



*Account #276439*        **TRANSACTION VIEW**        *Generated  3/19/2025 9:38*

| POSTED DATE | TRANSACTION DATE | TRANSACTION TIME | TRANSACTION NUMBER | TOLL TAG # / PLATE # | AGENCY NAME | LANE | AXLE | DESCRIPTION / PLAZA NAME | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 07/07/2023 | 07/07/2023 | 06:01:39 AM | 38600756772 | 028166331010 | Miami-Dade Expressway Authority | 42S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 07/07/2023 | 07/06/2023 | 05:27:05 PM | 38598261387 | 028166331010 | Miami-Dade Expressway Authority | 83S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |
| 07/07/2023 | 07/06/2023 | 05:23:42 PM | 38598274521 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 07/07/2023 | 07/06/2023 | 05:09:50 PM | 38598264468 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |
| 07/07/2023 | 07/06/2023 | 04:59:38 PM | 38598246255 | 028166331010 | Miami-Dade Expressway Authority | 63S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 07/06/2023 | 07/06/2023 | 06:15:45 AM | 38594795236 | 028166331010 | Miami-Dade Expressway Authority | 33S | 2 | SR836 EAST (17TH AVE RAMP) | ($0.66) |
| 07/06/2023 | 07/06/2023 | 06:10:16 AM | 38594778968 | 028166331010 | Miami-Dade Expressway Authority | 34S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 07/06/2023 | 07/06/2023 | 06:06:10 AM | 38594769379 | 028166331010 | Miami-Dade Expressway Authority | 42S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 07/06/2023 | 07/06/2023 | 05:59:04 AM | 38594747047 | 028166331010 | Miami-Dade Expressway Authority | 23S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 07/06/2023 | 07/05/2023 | 05:07:45 PM | 38587615937 | 028166331010 | Miami-Dade Expressway Authority | 82S | 2 | SR836 WEST (AT 137TH AVE) | ($0.28) |
| 07/06/2023 | 07/05/2023 | 05:04:32 PM | 38587612084 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR836 WEST (AT 97TH AVE) | ($0.66) |
| 07/06/2023 | 07/05/2023 | 04:54:50 PM | 38587599916 | 028166331010 | Miami-Dade Expressway Authority | 62S | 2 | SR 836 WEST (57TH AVE MAINLINE) | ($0.66) |
| 07/06/2023 | 07/05/2023 | 04:46:32 PM | 38587588553 | 028166331010 | Miami-Dade Expressway Authority | 64S | 2 | SR836 WEST (17TH AVE MAINLINE) | ($0.66) |
| 07/05/2023 | 07/05/2023 | 06:13:09 AM | 38583337875 | 028166331010 | Miami-Dade Expressway Authority | 9S | 2 | SR836 EAST (27TH AVE RAMP) | ($0.28) |
| 07/05/2023 | 07/05/2023 | 06:09:27 AM | 38583332227 | 028166331010 | Miami-Dade Expressway Authority | 34S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 07/05/2023 | 07/05/2023 | 06:05:28 AM | 38583329041 | 028166331010 | Miami-Dade Expressway Authority | 43S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 07/05/2023 | 07/05/2023 | 06:02:12 AM | 38583326573 | 028166331010 | Miami-Dade Expressway Authority | 23S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |
| 07/03/2023 | 07/03/2023 | 06:12:02 AM | 38570721077 | 028166331010 | Miami-Dade Expressway Authority | 9S | 2 | SR836 EAST (27TH AVE RAMP) | ($0.28) |

*Vector eCustomer*



*Account #276439*                                    **TRANSACTION VIEW**                                    *Generated  3/19/2025 9:38*

| POSTED DATE | TRANSACTION DATE | TRANSACTION TIME | TRANSACTION NUMBER | TOLL TAG # / PLATE # | AGENCY NAME | LANE | AXLE | DESCRIPTION / PLAZA NAME | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 07/03/2023 | 07/03/2023 | 06:05:01 AM | 38570712659 | 028166331010 | Miami-Dade Expressway Authority | 42S | 2 | SR836 EAST (AT 97TH AVE) | ($0.66) |
| 07/03/2023 | 07/03/2023 | 06:08:39 AM | 38570699409 | 028166331010 | Miami-Dade Expressway Authority | 34S | 2 | SR 836 EAST (57TH AVE) | ($0.66) |
| 07/03/2023 | 07/03/2023 | 06:01:58 AM | 38570709214 | 028166331010 | Miami-Dade Expressway Authority | 24S | 2 | SR836 EAST (AT 137TH AVE) | ($0.28) |

*Vector eCustomer*