**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**CASE NO. 1:25-cv-22530-JB/Torres**

JESUS E. GONZALEZ HERNANDEZ,
      Plaintiff,

v.

STATEWIDE ELECTRICAL SERVICES, INC.
and NOEL MELO,
      Defendants.

_____/

**DEFENDANTS' NOTICE OF FILING SUPPLEMENTAL DECLARATION OF NOEL MELO AND EXHIBIT N IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Statewide Electrical Services, Inc. and Noel Melo hereby give notice of filing the attached Supplemental Declaration of Noel Melo, together with Exhibit N (Handwritten Daily Time Sheets), in further support of Defendants' Motion for Summary Judgment [D.E. 34] and Defendants' Statement of Material Facts [D.E. 33] filed May 6, 2026.

Paragraph 5 of the Declaration of Noel Melo filed on May 6, 2026 [D.E. 33, Ex. I] references the handwritten daily time sheets that Mr. Melo personally maintained during the Metrorail Project. The substance of that paragraph was filed with the Court on May 6, 2026; only the underlying time-sheets  referenced therein were inadvertently omitted from the exhibits filed with the Declaration. Defendants file this Supplemental Declaration and Exhibit N to correct that inadvertent omission.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 7th day of May 2026, I served a true and correct copy of the foregoing by the ECF system and by email to the following: **Brian H. Pollock, Esq.,** *Counsel for Plaintiffs,* FAIRLAW Firm, 135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146, Email: brian@fairlawattorney.com.

/s/ Stephen R. Verbit

**Stephen R. Verbit, Esq.**
Florida Bar No. 710857
Stephen R. Verbit, P.A.
6741 Orange Drive
Davie, Florida 33314
Tel: (954) 965-8350
Email: sverbit@verbitlawfl.com
*Counsel for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-22530-JB/Torres

JESUS E. GONZALEZ HERNANDEZ,
 Plaintiff,
v.
STATEWIDE ELECTRICAL SERVICES, INC.
and NOEL MELO,
 Defendants.
_____/

## SUPPLEMENTAL DECLARATION OF NOEL MELO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Noel Melo, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct:

1. I am the sole owner and President of Defendant Statewide Electrical Services, Inc. ("Statewide"). I have personal knowledge of the facts stated in this Supplemental Declaration and am competent to testify to them. I make this Supplemental Declaration to supplement, and not to supersede, the Declaration of Noel Melo dated May 5, 2026, that was filed with the Court on May 6, 2026 as Exhibit I to Defendants' Statement of Material Facts [D.E. 33] (the "Original Declaration"). The terms used in this Supplemental Declaration that are defined in the Original Declaration have the same meaning as in the Original Declaration.

2. Paragraph 5 of the Original Declaration references the handwritten daily time sheets that I personally maintained for Statewide employees during the Metrorail Project in 2023, including for Plaintiff Jesus E. Gonzalez Hernandez ("JGH") and Opt-In Plaintiff Esnol

Alejandro Gonzalez Cantero ("Esnol"). Those handwritten daily time sheets were inadvertently omitted from the exhibits filed with the Original Declaration on May 6, 2026. I make this Supplemental Declaration to correct that inadvertent omission and to attach the handwritten daily time sheets as Exhibit N.

3. While JGH and Esnol were performing work on the Metrorail Project during 2023, I personally maintained handwritten daily time sheets recording the hours worked by each employee on each project task. I have maintained handwritten time records for all Statewide employees in this manner since Statewide's founding in 1999, including throughout the period that JGH and Esnol were employed by Statewide and throughout the Metrorail Project. It was and is the regular practice of Statewide's business to create and maintain such records.

4. Attached hereto as Exhibit N are true and correct copies of the handwritten daily time sheets for JGH and Esnol that I personally maintained during the Metrorail Project for the period during which JGH and Esnol performed work on that project. These time sheets were prepared by me, at or near the time of the events they record, based on information within my personal knowledge and information reported to me by Statewide's project manager Paola Usuga from the jobsites. It was and is the regular practice of Statewide's business to create and maintain such records.

5. I used the handwritten daily time sheets attached as Exhibit N as the underlying source for the weekly Certified Payroll Reports filed with Miami-Dade County through the LCP

Tracker system, true and correct copies of which are attached as Exhibit E to the Original

Declaration, and for the entries in the "412034 Hours" Microsoft Excel spreadsheet, a

true and correct copy of which is attached as Exhibit F to the Original Declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 7, 2026.

_____
NOEL MELO, individually, and as
President of Statewide Electrical Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of May 2026, I served a true and correct copy of the foregoing by the ECF system and by email to the following: **Brian H. Pollock, Esq.,** *Counsel for Plaintiffs,* FAIRLAW Firm, 135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146, Email: brian@fairlawattorney.com.

/s/ Stephen R. Verbit

_____
**Stephen R. Verbit, Esq.**
Florida Bar No. 710857
Stephen R. Verbit, P.A.
6741 Orange Drive
Davie, Florida 33314
Tel: (954) 965-8350
Email: sverbit@verbitlawfl.com
*Counsel for Defendants*

Statewide Electrical Svces.

Time sheet

Week ending 04/15/2023

Jesus Gonzalez

Monday 04/10/23 OFF

Tuesday 04/11/23          Santa Clara Station

10:00 AM      2:00 PM      2:30 PM      8:30 PM      10 Hours
Time in       Time out     Time in      time out     TOTAL

Wennesday 04/12/2023                    5:30 PM      10 Hours
7:00 AM       12:00 PM      12:30        time out     TOTAL
Time in       Time out      time on

Santa Clara Station

Thursday 04/13/2023 time in            time out
time in       time out     12:30 PM     5:30 PM      10 Hours
7:00 AM       12:10 PM                                TOTAL

Santa Clara Station

Friday 04/14/2023                      5:30 PM      10 Hours
7:00 AM       12:00 PM      12:30 PM     time out
time in       time out      time in

TOTAL 40 Hours

Exhibit N

Statewide Electrical Services

Time Sheet
week ending 04/22/2023                          Jesus
                                                Gonzalez

Monday                Santa Clara
04/17/2023              Station

7:00 AM       12:00 PM       12:30        5:00 PM        9.5
Time in       Time out       Time in      time out       Hours

Tuesday 04/18/2023                        5:30 PM       10 Hours
7:00 AM    12:00 PM       12:30 PM        Time Out
time in    time out       time in

Wednesday
04/19/2023
7:00 AM     12:00 PM       12:30 PM       5:30 PM      10 Hours
time in     time out       time in        time out

Thursday  04/20/2023
7:00 AM    12:00 PM       12:30 PM        5:30 PM      10
time in    time out       time in         time out     Hours

Friday 04/21/2023

8:00 AM       8:30 AM                                  0.5 Hours
time in       time out

                                          40 Hours

Statewide Electrical Services
Time sheet
Week Ending 04/29/2023                    Jesus Gonzalez

Monday 04/24/2023        SANTA CLARA STATION
7:00AM        12 PM        12:30 PM      5:30 PM      TOTAL
time in       time out     time in       time out     10 H

Tuesday → OFF.

Wednesday 04/26/2023
10:00 AM      2:00 PM      2:30 PM       8:30 PM      10 HOURS
time in       time out     time in       time out

Thursday 04/27/2023
7:00 AM       12:00 PM     12:30 PM      5:30 PM  10 HOURS
time in       time out     Time in       time out

Friday 04/28/2023
7:00 AM       12:00 PM     12:30 PM      5:30 PM  HOURS
time in       Time out     time in       time out

                                                40 HOURS

Statewide Electrical Services

Time Sheet.

Week Ending 05/06/2023

Jesus Gonzalez

Santa Clara Station

Monday 05/01/2023

Time in    Time out    Time in    Time out

7:00 AM    12:00 PM    12:30 PM    5:30 PM = 10 Hours

Tuesday 05/02/2023

7:00 AM    Time out    ——————    6 Hours
Time in    1:00 PM

Wednesday 05/03/2023

10:30 AM    2:30 PM    ——————→    4 Hours
Time in    Time out

Total
20 Hours

Statewide Electrical Services

Week Ending 05/27/2023

Time Sheet

Jesus
Gonzalez

GH Tie 2.

Tuesday 05/23/23

7:00 AM          12:00 PM        12:30 PM   5:30 PM   10
time in          time out        time in    time out.  Hours

Wednesday  05/24/2023

7:00AM          12:00 PM        12:30 PM   5:30 PM   10
time in          time out        time in    time out.  Hours

Thursday 05/25/23

7:00AM          12:00 PM        12:30 PM   5:30 PM   10
time in          time out        T. in      time out  Hours

Friday 05/26/23

7:00 Am         12:00PM         12:30 PM   5:30 PM   10
time in          time out        time in    time out.  Hours

40 hours

Statewide Electrical Services

Week ending 06/03/2023

GAP TIE 2                    Jesus
                            Gonzalez

Tuesday 05/30/23                              5:30        10 Hrs
7:00 time in   12:00 time out   12:30 time in  time out
AM             PM               PM

Thursday 06/01/2023                                          10
7:00 AM        12:00 PM        12:30 PM        5:30 PM      Hours
time in        time out        time in         time out

Friday 06/02/23
7:00 AM        12:00 PM  12:30 PM  7:30 PM          12
time in        time out  time in   time out         Hours

                                          32
                                          Hours

Statewide Electrical Services

Week Ending 06/10/2023.

Jesus Gonzalez.

Car Tie 2.

Monday 06/05/23

7:00 AM       12:00 PM       12:30 PM       5:30 PM   10 HOURS
time in       time out       time in        time out

Tuesday 06/06/23

9:00 AM       12:00 PM       12:30 PM       5:30 PM   HOURS
time in       time out       time in        time out.

Wednesday 06/07/2023

7:00 AM       12:00 PM       12:30 PM       5:30 PM   10
time in       time out       time in        time out.  HOURS

Thursday 06/08/23

7:00 AM       12:00 PM       12:30 PM       5:30 PM   10 HOURS
time in       time out       time in        time out

40 HOURS

Chatwood Electrical Svcs
Trim Sheet
Week Ending 06/17/23
Bud Gonzales

CAM TIE 2.

Monday
06/12/23
7:00AM        12:00PM        12:30PM        5:30PM        10
Time in       Time out       Time in        Time out      Hours

Tuesday  06/13/2023
7:00AM        12:00PM        12:30PM        5:30PM        10
Time in       Time out       Time in        Time out      Hours

Wednesday  06/14/23
7:00AM    12:00PM        12:30PM        5:30PM        10 Hours
Time in    Time out        Time in        Time out

THURSDAY.  06/15/23
7:00AM  12:00PM    12:30PM        5:30PM        10 Hours
Time in  Time out   Time in        Time out

40 Hours

Statement of Electrical Services

Third Street

Week Ending 06/24/2023

Jesus Gonzalez

Labor Tier 2

Monday 06/19/2023

7:00 AM      12:00 PM      12:30 PM      5:30 PM      10 Hours
Time in      Time out      Time in       Time out

Tuesday 06/20/23

7:00 AM      12:00 PM      12:30 PM      5:30 PM      10 Hours
Time in      Time out      Time in       Time out

Wednesday 06/21/2023      Collins Station

7:00 AM      12:00 PM      12:30 PM      5:30 PM      10 Hours
Time in      Time out      Time in       Time out

Thursday 06/22/23

7:00 AM      12:00 PM      12:30 PM      5:30 PM      10 Hours
Time in      Time out      Time in       T. out

40 Hours

Statewide Electrical Services

Week Ending 07/01/23

Jesus Gonzalez

Sulmer Flatton

Monday 06/26/23
7:00 AM          12:00 PM          12:30 PM          5:30 PM          10
Time in          Time Out          Time in          Time Out          Hours

Tuesday 06/27/23
7:00 AM          12:00 PM          12:30 PM          5:30 PM          10
Time in          Time Out          Time in          Time Out          Hours

Wednesday 06/28/23
7:00 AM          12:00 PM          12:30 PM          5:30 PM          10
Time in          Time Out          Time in          Time Out          Hours

Thursday 06/29/23
7:00 AM          12:00 PM          12:30 PM          5:30 PM          10 Hours
Time in          Time Out          Time in          Time Out

40 Hours

Statewide Electrical Services
Time Sheet

Week ending 07/08/23

Jesus Gonzalez
Culver Station

Monday 07/23/23

7:00 AM   12:00 PM      12:30 PM    5:30 PM    10 Hours
time in   time out      time in     time out

Tuesday ———→ OFF

Wednesday 07/05/2023
7:00 AM  12:00 PM    12:30 PM   5:30 PM    10 Hours
time in  time out    time in    time out

Thursday 07/06/23
7:00 AM    12:00 PM   12:30 PM   5:30 PM   10 Hours
time in    time out   time in    time out

Friday 07/07/23
7:00 AM  12:00 PM   12:30 PM   5:30 PM    10 Hours

                                           40 Hours

Statewide Electrical Services

Time Sheet

Week Ending 07/15/23

Jesus Gonzalez

Culmer Station

Monday 07/10/2023

7:00 AM        12:00 PM     12:30 PM       5:30 PM      10
time in        time out     time in        time out     Hours

Tuesday 07/11/23

7:00 AM        12:00 PM     12:30 PM       5:30 PM       10
time in        time out     time in        time out      Hours

Wednesday 07/12/2023

7:00 AM        12:00 PM     12:30 PM       5:30 PM       10
time in        time out     time in        time out      Hours

Thursday 07/13/23

7:00 AM        12:00 PM     12:30 PM       5:30 PM       10 Hours
time in        time out     time in        time out

                                                    40 Hours

Slaterwide Electrical Fixtures
Time Sheet
Week Ending 07/22/23
Jesus Gonzalez
Culmer Station

Monday 07/17/23
7:00 AM     12:00 PM     12:30 PM     5:30 PM     10 Hours
time in     time out      time in      time out

Tuesday 07/18/23
7:00 AM     12:00 PM     12:30 PM     5:30 PM          10 Hours
time in     time out      time in      time out

Wednesday 07/19/23
7:00 AM     12:00 PM     12:30 PM     5:30 PM     10 Hours
time in     time out      time in      time out

Thursday 07/20/23
7:00 AM     12:00 PM     12:30 PM     5:30 PM     10
time in     time out      time in      time out    Hours

40 Hours

Statewide Electrical Services

Time Sheet

Week Ending 07/29/23

Jesus Gonzalez

Culucev Afton

Tuesday 07/25/23

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10 Hours
Time in    Time out    Time in     Time out

Wednesday 07/26/23

7:00 AM    12:00 PM    12:30 PM    5:30 PM    Hours
Time in    Time out    Time in     Time out

Thursday 07/27/23

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10 Hours
Time in    Time out    Time in     Time out

30 Hours

Statewide Electrical Services

Time Sheet

Week Ending 08/05/23

Jesus Gonzalez

Overtown Station

Monday 07/31/23

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10 Hours
time in    time out     time in     time out

Tuesday 08/01/23

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10 Hours
time in    time out     time in     time out

Wednesday 08/02/23

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10 Hours
time in    time out     time in     time out

Thursday 08/03/23

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10 Hours
time in    time out     time in     time out

40 Hours

Statewide Electrical Services

Time Sheet

Week Ending 08/12/23

Jesus Gonzalez

Overtown Station

Monday 08/07/23

7:00 AM        12:00 PM        12:30 PM        5:30 PM            10
time in        time out        Time in         time out         HOURS

Tuesday 08/08/23

7:00 AM        12:00 PM        12:30 PM        5:30 PM            10
time in        time out        time in         time out         HOURS

Wednesday 08/09/23

7:00 AM        12:00 PM        12:30 PM        5:30 PM            10
time in        time out        time in         time out          Hour

Thursday 08/10/23

7:00 AM        12:00 PM        12:30 PM        5:30 PM            10
time in        time out        time in         time out         Hours

40 Hours

Statewide Electrical Services

Time Sheet.

Jesus Gonzalez

Week ending 08/19/2023

Overtown Station

Monday 08/14/23

7:00 AM   12:00 PM   12:30 PM   5:30 PM   10 Hours
Time in   Time out   Time in   Time out

Tuesday 08/15/23

7:00 AM   12:00 PM   12:30 PM   5:30 PM   10 Hours
Time in   Time out   Time in   Time out

Wednesday 08/16/23

7:00 AM   12:00 PM   12:30 PM   5:30 PM   10 Hours
Time in   Time out   Time in   Time out

Thursday 08/17/23

7:00 AM   12:00 PM   12:30 PM   5:30 PM   10 Hours

40 Hours

Plateau Electrical Service

Time Sheet

Week Ending 08/26/23

Jesus Gonzalez

Overtown Station

Monday — 08/21/23

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10 Hours
time in     time out     time in      time out

Tuesday 08/22/23

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10 Hours
time in     time out     time in      time out

Wednesday 08/23/23

7:00 AM    12:00 PM    12:30 PM    5:30 PM    Hours
time in     time out     time in      time out

Thursday 08/24/23

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10 Hours
time in     time out     time in      time out

40 Hours

Statewide Logistical Services

Time Sheet

Week Ending 09/02/23

Tomas Gonzalez

Unforseen Station

Tuesday 08/29/23

9:30 AM    1:00 PM    1:30PM    6:00PM    8
time in    time out    time in    time out    HOURS

8 Hours

Statewide Electrical Services

Time Sheet

Week Ending 09/09/23

Jesus Gonzalez

Brickel Station

Tuesday 09/05/23

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10 Hours
time in    time out     time in     time out

Wednesday 09/06/23

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10 Hours
time in    time out     time in     time out

Thursday 09/07/23

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10 Hours
time in    time out     time in     time out

Friday 09/08/23

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10 Hours
time in    time out     time in     time out

40 Hours

Statewide Electrical Hrvices

Time Sheet
Week Ending 09/16/23
Tesus Gonzalez
Brickell Station

## Monday 09/11/23

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10
time in    time out    time in    time out    Hours

## Tuesday 09/12/23

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10
time in    time out    time in    time out    Hours

## Wednesday 09/13/23

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10
time in    time out    time in    time out    Hours

## Thursday 09/14/23

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10
time in    time out    time in    time out    Hours

40 Hours

Statewide Electrical Journeymen

Time Sheet

Week Ending 09/23/23

Jesus Gonzalez

Brickell Station

Monday 09/18/2023

7:00 AM  12:00 PM  12:30 PM  5:30 PM  10 Hours
time in  time out  time in  time out

Tuesday 09/19/23  2 Hours

7:00 AM  9:00 AM
time in  time out

Wednesday 09/20/23

7:00 AM  12:00 PM  12:30 PM  5:30 PM  10 Hours
time in  time out  time in  time out

Thursday 09/21/23

7:00 AM  12:00 PM  12:30 PM  5:30 PM  10 Hours
time in  time out  time in  time out

Friday 09/22/23

7:00 AM  12:00 PM  12:30 PM  3:30 PM  8 Hours
time in  time out  time in  time out

40 Hours

Hofewick Electrical Services

Time sheet:

Week ending 09/30/23

Josue Gonzalez
Brickell Flatiron

Monday 09/25/23
7:00 AM    12:00 PM    12:30 PM    5:30 PM    10
time in    time out    time in    time out.    Hours

Tuesday 09/26/23
7:00 AM    12:00 PM    12:30 PM    5:30 PM    10
time in    time out    time in    time out    Hours

Wednesday — OFF

Thursday 09/28/23
7:00 AM    12:00 AM    12:30 PM    5:30 PM    10 Hours
time in    time out    time in    time out.

Friday 09/29/23
7:00 AM    12:00 PM    12:30 PM    5:30 PM    10
time in    time out    time in    time out.    Hours

40 Hours

Statewide Electrical Services

Time Sheet
Week ending 10/07/23
Jesus Gonzalez
Brickell Flatiron

Monday 10/02/2023
7:00 AM     12:00 PM     12:30 PM     5:30 PM     10 Hours
Time in      Time out      Time in       Time out

Tuesday 10/03/23
7:00 AM     12:00 PM     12:30 PM     5:30 PM     10 Hours
Time in      Time out      Time in       Time out

Wednesday — OFF.

Thursday — 10/05/23
7:00 AM     12:00 PM     12:30 PM     5:30 PM     10 Hours
Time in      Time out      Time in       Time out

Friday 10/06/23
7:00 AM     12:00 PM     12:30 PM     5:30 PM     10 Hours
Time in      Time out      Time in       Time out.

40 Hours

Statewide Electrical Service

Time Sheet

Week Ending 10/14/23

Jesus Gonzalez

Brickell Station

Monday 10/09/23                                                    10 Hour

7:00 AM   12:00 PM   12:30 PM   5:30 PM

Time In   Time Out   Time In   Time Out

Tuesday → OFF

Wednesday 10/11/23

7:00 AM      11:00 AM                                              4 Hours

Time In      Time Out

Thursday 10/12/23

7:00 AM   12:00 PM   12:30 PM   3:30 PM   8 Hour

Time In    Time Out   Time In   Time Out

22 HOURS

Statewide Electrical Services

Time Sheet

Week Ending 11/04/23

Tzur Gonzalez

**Monday 10/30/23 → OFF**

**Tuesday 10/31/23**

| 7:00 AM | 12:00 PM | 12:30 PM | 3:30 PM | 8 Hours |
|---------|----------|----------|---------|---------|
| time in | time out | time in | time out | |

**Wednesday 11/01/23**

| 8:00 PM | 12:00 AM | 12:30 AM | 4:30 AM | 8H |
|---------|----------|----------|---------|----|
| time in | time out | time in | time out | |

16 Hours.

Safeguards Electrical Services

Time Sheet.

Week ending 04/15/2023     Esnol Gonzalez

Santa Clara Station

Monday 04/10/23 OFF.

Tuesday 04/11/23     Santa Clara Station

10:00 AM        2:00 PM        2:30 PM        8:30 PM  10 H
Time in         time out       Time in        Time OUT

Wednesday 04/12/23 Santa Clara Station

7:00 AM     12:00 PM        12:30 PM        5.30 PM   10 H
Time in      time out         time in         time out

Thursday 04/13/23   Santa Clara Station

7:00 AM     12:00 PM        12:30 PM        5:30 PM   10 H.
time in      time out         time in         time out.

Friday   04/14/2023

7:00 AM     12:00 PM        12:30 PM        5:30 PM   10 H
time in      time out         time in         time out.

TOTAL  40 Hours

Statewide Electrical Services

Time Sheet

Week ending 04/22/2023          Esuol
                                Gonzalez

                    Santa Clara Station

**Monday**
04/17/2023
7:00. AM          12:00 PM        12:30 PM    5:00 PM
Time in          time out        time in     time out. 9.5
                                                        H.

**Tuesday**
04/18/2023
7:00 AM          12:00 PM        12:30 PM     5:30 PM    10 H
Time in          time out        time in      time out.

**Wednesday**
04/19/2023
7:00 AM          12:00 PM        12:30 PM     5:30 PM   10 H.
Time in          time out        time in      time out

**Thursday**
04/20/2023       12:00 PM        12:30 PM     5:30 PM    10 H.
7:00 AM          time out        time in      time out.
Time in

**Friday**
04/21/2023
8:00 AM          8:30                                    .5
Time in          time out.
                                            40 HOURS.

Statewide Electrical Service Inc.

Time Sheet.
Week Ending 04/29/2023

Esnol
Gonzalez

Monday 04/24/2023    Santa Clara Station

7:00 AM        12:00 PM      12:30 PM      5:30 PM      10 H
time in        time out       time in       time out

Tuesday 04/25/2023    OFF.

Wednesday 04/26/2023                                   10 H
10:00 AM       2:00 PM       2:30 PM       8:30 PM
time in        time out       time in       time out

Thursday 04/27/2023                                   10 H
7:00 AM        12:00 PM      12:30 PM      5:30 PM
time in        time out       time in       time out

Friday 04/28/2023                                     10 H
7:00 AM        12:00 PM      12:30 PM      5:31 PM
time in        time out       time in       time out

40 Hours

Statewide Electrical Services

week ending 05/06/2023

Time Sheet.

Santa Clara Station

Esnof Gonzalez

Monday 05/01/2023

7:00 AM      12:00 PM    12:30 PM    5:30 PM    10
Time in      Time out     Time in    Time out    H.

Tuesday 05/02/2023

7:00 AM      1 PM.                6 H.
Time in       Time out

Wednesday 05/03/2023

10:30 AM     2:30 PM             4 H
Time in      Time out.

20 Hours

Statewide Electrical Service

Week ending 05/27/2023

Time Sheet

GAP TIE 2

Esmol Gonzalez

Tuesday 05/23/2023.

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10
Time in    Time out    Time in    Time out    H.

Wednesday 05/24/2023

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10
Time in    Time out    Time in    Time out    H.

Thursday 05/25/2023

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10 H
Time in    Time out    Time in    Time out

Friday 05/26/2023

7:00 AM.    12:00 PM    12.30 PM    5:30 PM    10 H
Time in    Time out    Time in    Time out.

40 Hours

Statewide Electrical Service Inc

Week ending 06/03/2022

GAP TIE 2          Esnol Gaudder

Tuesday 05/30/23

7:00 AM 12:00 PM      12:30 PM    5:00 PM        10 H
time in  time out    time in    time out

Thursday 06/01/2023

7:00 AM       12:00 PM      12:30 PM    5:30 PM    10 H.
time in       time out      time in     time out

Friday 06/02/2023

7:00      12:00        12:30        5:30      12 H.
time in  time out     time in     time out

32 Hours

Statewide Electrical Services

Week Ending 06/10/2023

Esaul Gonzalez

GAP TIE 2

Monday 06/05/23
7:00AM 12:00PM 12:30PM 5:30 PM 10H
time in time out time in time out

Tuesday 06/06/23
7:00AM 12:00PM 12:30PM 5:30 PM 10H
time in time out time in time out

Wednesday 06/07/23
7:00AM 12:00 PM 12:30 PM 5:30 PM 10H
time in time out time in time out

Thursday 06/08/23
7:00AM 12:00 PM 12:30 PM 5:30PM 10H
time in time out time in time out

40 Hours

Statewide Electrical Services

Time Sheet

Week Ending : 06/17/2023

Esaol Gonzalez

Gap Fie 2

Monday 06/12/2023

7:00 AM    12:00 PM   12:30 PM    5:30 PM    10 H
Time in    Time out   Time in     Time out

Tuesday 06/13/2023

7:00 AM   12:00 PM    12:30 PM    5:30 PM    10 H
Time in   Time out    Time in     Time out

Wednesday 06/14/2023

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10 H
Time in    Time out.   Time in     Time out

Thursday 06/15/2023

7:00 AM    18:00 PM    12:30 PM    5:30 PM    10 H
Time in    Time out    Time in     Time out

Statewide Electrical Services

Time sheet.

Week Ending 06/24/2023

Esael Gonzalez

Cop tie 2

Monday 06/19/2023

7:00 AM   12:00 PM   12:30 PM   5:30 PM        10 H
Time in   Time out   Time in    Time out

Tuesday 06/20/2023

7:00 AM  12:00 PM   12:30 PM      5:30 PM    10 H
Time in   Time out   Time in       Time out

Wednesday 06/21/2023

7:00 AM    12:00 PM    12:30 PM    5:30 PM 10
Time in    Time out    Time in     Time out  H

Thursday 06/22/2023

7:00 AM    12:00 PM    12:30 PM    5:30 PM   10
Time in    Time out.   Time in     Time out   H

40 Hours

Statewide Electrical Services
Week Ending 07/01/2023
Esnol Gonzalez
Culmer Station

Monday 06/26/2023

7:00 AM     12:00 PM     12:30 PM     5:30 PM          10 H.
time in     time out      time in      time out

Tuesday 06/27/2023

7:00 AM     12:00 PM     12:30 PM     5:30 PM          10
time in     time out      time in      time out.        Hours

Wednesday 06/28/2023

7:00 AM     12:00 PM     12:30 PM     5:30 PM          10
time in     time Out      time in      time out         Hours

Thursday 06/29/2023

7:00 AM     12:00 PM     12:30 PM     5:30 PM     10
time in     time out      time in      time out.    Hours

                                          40 Hours

Statewide Electrical Service

Time Sheet

Week Ending 07/08/2023

Esnol Gonzalez

Culmer Station,

Monday 07/3/2023

7:00 AM     12:00 PM    12:30 PM    5:30 PM        10 Hours
Time in     Time out    Time in     Time out

Tuesday 07/4/2023 → OFF

Wednesday 07/05/2023

7:00 AM    12:00 PM    12:30 PM    5:30 PM       10 Hours
Time in    Time out    Time in     Time out

Thursday 07/06/2023
7:00 AM    12:00 PM    12:30 PM    5:20 PM      10 Hours
Time in    Time out    Time in     Time out

Friday 07/07/2023
7:00 AM     12:00 PM    12:30 PM     5:30 PM      10 H
Time in     Time out    Time in      Time out

40 Hours

Statewide Electrical Services

Time Sheet
Week Ending 07/15/2023
Esaol Gonzalez
Colmer Place

Monday 07/10/2023
7:00 AM    12:00 PM    12:30 PM    5:30 PM    10 H
time in    time out    time in    time out

Tuesday 07/11/23
7:00 AM    12:00 PM    12:30 PM    5:30 PM    10 H
time in    time out    time in    time out

Wednesday 07/12/23
7:00 AM    17:00 PM    12:30 PM    5:30 PM    10 H
time in    time out    time in    time out

Thursday 07/13/2023
7:00 AM    12:00 PM    12:30 PM    5:30 PM    10 H
time in    time out    time in    time out

40 Hours

Statewide Electrical Arrives

Time Sheet

Week Ending 07/22/23

Esaor Gonzalez

Culmer Station

Monday 07/17/2023

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10 H
time in    time out    time in    time out

Tuesday 07/18/2023

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10 H
time in    time out    time in    time out

Wednesday 07/19/2023

7:00 AM    12:00 PM    12:30 PM    5:20 PM    10 H
time in    time out    time in    time out

Thursday 07/20/2023

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10 H
time in    time out    time in    time out

40 Hours

Case 1:25-cv-22530-JB Document 35 Entered on FLSD Docket 05/07/2026 Page 45 of 56

Statewide Electrical Services

Time Sheet

Week ending 07/29/23

Esnel Gonzalez

Culmer Station

Tuesday 07/25/23

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10 H
time in     time out     time in      time out

Wednesday 07/26/2023

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10 H
time in     time out     time in      time out

Thursday 07/27/2023

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10 H
time in     time out     time in      time out

30 Hours

Statewide Electrical Services

time sheet

Week ending 08/05/23

Esnel Gonzalez

Over town Station

Monday 07/31/2023

7:00 AM        12:00 PM        12:30 PM        5:30 PM        10 H
time in        time out        time in        time out

Tuesday 08/01/23

7:00 AM        12:00 PM        12:30 PM        5:30 PM        10 H
time in        time out        time in        time out

Wednesday 08/02/23

7:00 AM        12:00 PM        12:30 PM        5:30 PM        10 Hours
time in        time out        time in        time out

Thursday 08/03/23

7:00 AM        12:00 PM        12:30 PM        5:30 PM        10 Hours
time in        time out        time in        time out

40 Hours

Statewide Electrical Services

Time Sheet-

Week ending 08/12/23

Esaol Gonzalez

Doertown Station

Monday 08/07/23

7:00 AM   12:00 PM   12:30 PM   5:30 PM   10 H
time in   time out   time in   time out

Tuesday 08/08/23

7:00 AM   12:00 PM   12:30 PM   5:30 PM   10H
time in   time out   time in   time out

Wednesday 08/09/23

7:00 AM   12:00 PM   12:30 PM   5:30 PM   10 H
time in   time out   time in   time out

Thursday 08/10/2023

7:00 AM   12:00 PM   12:30 PM   5:30 PM   10H
time in   time out   time in   time out

40 Hours

Statewide Electrical Service

Time sheet
Esael Gonzales
Week Ending 08/19/2023
Overtown Station

Monday 08/14/2023

7:00AM    12:00PM    12:30PM    5:30 PM    19 H
time in    time out    time in    time out

Tuesday 08/15/2023

7:00AM   12:00 PM   12:30PM    5:30PM    10 H
time in   time out   time in    time out

Wednesday 08/16/2023

7:00AM   12:00 PM    12:30 PM    5:30PM    10 H
time in   time out    time in    time out

Thursday 08/17/2023
7:00AM   12:00PM    12:30PM    5:30 PM    10 H

40 H

Statewide Electrical Services

time sheet

week ending 08/26/23

Esnol Gonzales

Overtown Station

Monday 08/21/2023

7:00 AM        12:00 PM        12:30 PM      5:30 PM    10
time in        time out        time out      time out   H

Tuesday 08/22/2023

7:00 AM    12:00 PM      12:30 PM      5:30 PM      10
time in    time out      time in       time out      H

Wednesday 08/23/23

7:00 AM  12:00 PM  12:30 PM    5:30 PM
time in   time out  time in     time out    10 H

Thursday 08/24/23

7:00 AM    12:00 PM   12:30 PM    5:30 PM      10 H
time in     time out   time in     time out

40 Hours

Statewide Electrical Closures

Time Sheet

Week ending 09/02/23

Esnol Gonzalez

Overtown Station

Tuesday 08/29/23

9:30 AM          1:00 PM         1:30 PM     6:00 PM

Time in          Time out        Time in     Time out        8H

8 H.

Statewide Electrical Service

Time sheet

Week ending 09/09/23.

Esnol Gonzalez

Brickell Station

Tuesday 09/05/23

7:00 AM    12:00PM  12:30PM  5:30PM          10 Hours
time in    time out  time in  time out

Wednesday 09/06/23

7:00 AM    12:00 PM  12:30 PM    5:30PM  10 Hours
time in    time out  time in     time out

Thursday 09/07/23

7:00 AM  12:00 PM   12:30PM  5:30PM
time in    time out    time in    time out 10 H

Friday 09/08/23

7:00 AM    12:00 PM  12:30PM   5:30 PM  10 Hours
time in    time out  time in   time out

40 Hours

Statewide Electrical Article

Time Sheet
Week Ending 09/16/23
Esnol Gonzalez
Brickell Station

Monday 09/11/23

7:00 AM   12:00 PM   12:30 PM   5:30 PM
time in   time out   time in   time out   10 Hours

Tuesday 09/12/23

7:00 AM  12:00 PM  12:30 PM   5:30 PM   10 Hours
time in  time out  time in   time out

Wednesday 09/13/2023

7:00 AM   12:00 PM  12:30 PM   5:30 PM   10 Hours
time in   time out  time in   time out

Thursday 09/14/2023

7:00 AM  12:00 PM   12:30 PM   5:30 PM   10 Hours
time in  time out  time in   time out

40 Hours

Statewide Electrical Services

Time Sheet

Week Ending 09/23/23

Esnol Gonzalez

Brickell Station

Monday 09/18/23

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10
time in    time out    time in    time out    Hours

Tuesday 09/19/23                              2 HOURS

7:00 AM    9:00 AM
time in    time out

Wednesday 09/20/2023

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10 H
time in    time out    time in    time out

Thursday 09/21/2023

7:00 AM    12:00 PM    12:30 PM    5:30 PM    10 H
time in    time out    time in    time out

32 HOURS

Statewide Electrical Services

Time Sheet

week ending 09/30/23

Esaof Gonzalez

Brickell Station

Monday 09/25/23

7:00 AM   12:00 PM   12:30 PM       5.30 PM      10 H.
time in   time out   time in        time out

Tuesday 09/26/23

7:00 AM   12:00 PM   12:30 PM   5:30 PM   10 Hours
time in   time out   time in    time out

Wednesday  ──→  OFF

Thursday  ──→  09/28/23

7:00 AM       12:00 PM      12:30 PM  5:30 PM
time in       time out      time in   time     10 H.
                                      out

Friday 09/29/23

7:00 AM   12:00 PM   12:30 PM   5:30 PM  10 H.
time in   time out   time in    time out

                                    40 H.

Statewide Electrical Services

Time Sheet

Week ending 10/07/23

Esaol Gonzales

Brickell Station

Monday 10/02/2023

7:00 AM  12:00 PM  12:30 PM      5:30 PM       10 H
time in  time out  time in       time out

Tuesday 10/03/2023

7:00 AM  12:00 PM   12:30 PM  5:30 PM    Hours
time in  time out   time in   time out

Wednesday  →  OFF

Thursday 10/05/23

7:00 AM    12:00 PM   12:30 PM  5:30 PM  10
time in    time out   time in   time out  Hours

Friday 10/06/23

7:00 AM    12:00 PM  12.30 PM    5:30 PM   10
time in    time out  time in     time out  Hours

40 Hours

Statewide Electrical Services

Time Sheet

Week Ending 10/14/23

Esnol Gonzalez

Brickell Station

Monday 10/09/23

| 7:00 AM | 12:00 PM | 12:30 PM | 5:30 PM | 10 Hours |
|---------|----------|----------|---------|----------|
| time in | time out | time in | time out | |

Tuesday OFF.

Wednesday 10/11/23

| 7:00 AM | 11:00 AM | 4 Hours |
|---------|----------|---------|
| time in | time out | |

Thursday 10/12/23

| 7:00 AM | 12:00 PM | 12:30 PM | 3:30 PM | 8 Hours |
|---------|----------|----------|---------|---------|
| time in | time out | time in | time out | |

22 HOURS