# MIAMI-DADE COUNTY, FLORIDA

# RESPONSIBLE WAGES AND BENEFITS
## SECTION 2-11.16 OF THE CODE OF MIAMI-DADE COUNTY

SUPPLEMENTAL GENERAL CONDITIONS

WAGES AND BENEFITS SCHEDULE

Construction Type: **BUILDING**

Building Construction generally is the construction of sheltered enclosures with walk-in access for the purpose of housing persons, machinery, equipment, or supplies. It includes all construction of such structures, the installation of utilities and the installation of equipment, both above and below grade.

Note: Where multiple construction is "incidental" in function, the construction is considered a part of the building project for wage determination purposes.

NOTICE TO EMPLOYEES

FAIR WAGE AFFIDAVIT

LCPTRACKER – CONTRACTOR QUICK START GUIDE

**2023**

**INDEX**
**RESPONSIBLE WAGES AND BENEFITS**
**CONSTRUCTION TYPE:  BUILDING**

## A.  SUPPLEMENTAL GENERAL CONDITIONS

MINIMUM WAGES AND POSTING OF INFORMATION ................................................1-3

LIABILITY FOR UNPAID WAGES; PENALTIES; WITHHOLDING ....................................3

PAYROLLS; BASIC RECORDS; REPORTING  .........................................................3-5

SUBCONTRACTS ...................................................................................................5

COMPLAINTS AND HEARINGS; CONTRACT TERMINATION AND DEBARMENT.............5-7

APPRENTICES AND TRAINEES ...........................................................................7-8

OTHER STATE AND FEDERAL WAGE LAWS……………………………………………..9

## B.  WAGES AND BENEFITS SCHEDULES

BRICKLAYERS ........................................................................................................1

CARPENTERS....................................................................................................2-4

DRYWALL FINISHERS  ..........................................................................................5

ELECTRICAL WORKERS ......................................................................................6-7

ELECTRICAL WORKERS (ELECTRIC SIGN) ................................................................8

ELEVATOR CONSTRUCTORS ..................................................................................9

INSULATORS & ASBESTOS WORKERS ..................................................................10

IRONWORKERS  ..................................................................................................11

LABORERS....................................................................................................12-13

MILLWRIGHTS, MACHINERY ERECTORS & DIVERS  ................................................14

OPERATING ENGINEERS ................................................................................15-16

PAINTERS/WALL COVERING INSTALLATIONS ....................................................17-18

PILEDRIVERS, BRIDGE CARPENTERS & DIVERS................................................19-21

PIPEFITTERS (AIR CONDITIONING, REFRIGERATION AND HEATING) ....................22-26

PLUMBERS ....................................................................................................27-28

**INDEX**
**RESPONSIBLE WAGES AND BENEFITS**
**CONSTRUCTION TYPE:  BUILDING**

ROOFERS .................................................................................................29-30

SHEET METAL WORKERS…………………………………………………31-32

SPRINKLER FITTERS .................................................................................33

WELDERS .................................................................................................34

**C. <u>NOTICE TO EMPLOYEES</u>**

**D. <u>FAIR WAGE AFFIDAVIT</u>**

**E. <u>LCPTRACKER - CONTRACTOR QUICK START GUIDE</u>**

# SUPPLEMENTAL GENERAL CONDITIONS TO BIDDERS

Bidders are advised that the provisions of § 2-11.16 *et seq.*, Code of Miami-Dade County (the "Code"), pertaining to Responsible Wages on County Construction Contracts, will apply to any contract awarded pursuant to this bid. By submitting a bid under these provisions, a bidder agrees to comply with these provisions of the Code and to acknowledge awareness of the penalties for non-compliance. A copy of the Code may be obtained from the department issuing the specifications for this bid or online at http://www.municode.com/resources/gateway.asp?pid=10620&sid=9.

This Supplemental General Conditions is organized with the following sections:

1.    Minimum Wages and Posting of Information
2.    Liability for Unpaid Wages, Liquidated Damages and Withholding
3.    Payrolls Records, Reporting and Inspection of Records
4.    Subcontracts
5.    Complaints, Hearings and Contracts Termination and Debarment
6.    Apprentices and Trainees
7.    Other State and Federal Wage Laws

## 1. MINIMUM WAGES AND POSTING OF INFORMATION

A.    Minimum Wages

All employees working on the project must be paid the combined dollar value (hourly rate and benefits) listed in the Wages and Benefits Schedule for work being performed. Payment to workers shall be made in the form of check, money order or direct deposit. Cash payments are not allowed. The rates paid shall be no less than those contained in the Wages and Benefits Schedule regardless of any contractual relationship that may exist between the contractor and the workers hired to perform under the contract. For any classification of workers, the hourly rate paid must equal the sum of the base rate and the fringe benefit rates listed for that classification in the Wages and Benefits Schedule. Paying below the base rate is not acceptable, even if the value of the fringe benefits exceeds the value of the required contribution. Paying the base wage rate or above and making payments to legitimate fringe benefits providers on behalf of workers is acceptable.

Wages and benefits listed in the Wages and Benefits Schedule will be reviewed and increased, if appropriate, once a year, on January 1st.  The rates for wages and benefits to be paid for work performed under this contract and during each subsequent calendar year will be the rate in effect on January 1st of the year in which the work is performed.

B.    Fringe Benefits

The contractor, or any subcontractor under the contractor, may pay the base rate to the employee plus pay contributions to employee benefit plans; or, pay the base rate plus the benefit rate in the Wages and Benefits Schedule in the form of check, money order or direct deposit, but not cash. If the value of the fringe benefits is less than the hourly amount required in the wage schedule the difference must be paid to the employee as an increase to their base pay.

Payments made to health insurance companies for hospitalization and medical costs, to dental insurance companies for dental costs, retirement plans, and life insurance companies for life insurance are fringe benefits.

Payments made irrevocably to a trustee or third party pursuant to a bona fide fringe benefit fund, plan or program for health, life, death, and dismemberment, dental, vision insurance and retirement/pension can be credited towards meeting the required wages. These payments must be made not less often than quarterly. Annual payments to a fringe benefit fund, plan or program will not be accepted.

C.    More than One Classification

Workers must be paid the appropriate base rate and fringe benefits on the Wages and Benefits Schedule for the classification of work actually being performed without regard to skill.  Workers performing work in more than one classification may be paid at the rate listed for each classification for the time they worked; however, the employer's payrolls must accurately show the time spent in each classification in which work is performed. This does not apply to workers performing tasks that are incidental to the trade they are working in, such as handling materials they will be installing or cleaning up the worksite after they complete their work.

D.    Classification Not Listed in the Wage Schedule

If you do not find a wage classification in the Wages and Benefits Schedule that describes the work actually being done, you must contact Small Business Development. Questions concerning the comparability of worker classifications or the applicability of Davis Bacon classifications will be determined by the County.

E.    Complaints by Workers

Any complaints of underpayment by the workers should be filed with:

**Internal Services Department**
**Small Business Development Division**
**111 NW 1ST Street, 19TH Floor Miami, FL 33128**
**Telephone: (305) 375-3111 FAX: (305) 375-3160**
**Email:  SBDMAIL@MIAMIDADE.GOV**

Neither the contractor nor any subcontractor on the project may terminate an employee

performing work on the contract because of such employee's filing a complaint regarding underpayment of required wage rates.

F.    Posting of Wages

The contractor and all subcontractors must permanently post the Wages and Benefits Schedule, together with a notice of the fines that may be assessed to the contractor or subcontractor, for failure to pay the required wage rates, at the site where the contract work is being performed in a prominent and accessible place where it can be easily seen by the workers. Failure to post the Wages and Benefits Schedule is a violation.

## 2.    LIABILITY FOR UNPAID WAGES; PENALTIES; WITHHOLDING

A.   Compliance by Bidders

In the event of underpayment of the required wage rates, the contractor shall be liable to the underpaid employee for such underpayment.  In addition, the contractor shall pay a penalty in accordance with the requirements of the Code and section 2B below. Contractors must pay all back wages and penalties on previous contracts before being awarded or participating on a new contract.

B.  Penalties

In addition to any under payment due to employees, contractors may be fined a penalty in an amount equal to twenty percent (20%) of the first underpayment; forty percent (40%) of the amount of the second underpayment; for the third and successive underpayments, a penalty in an amount equal to sixty percent (60%) of the underpayment. A fourth underpayment violation within a three (3) year period shall subject the contractor to debarment to be initiated by SBD in accordance with the debarment procedures of the County. A fourth underpayment violation shall also constitute a default of the subject contract and shall be cause for suspension or termination. If the required payments are not made within the specified period of time, the non-complying contractor and principal owners thereof shall be prohibited from bidding on or otherwise participating in County contracts for a period not to exceed three (3) years.

C.  Withholding Contractor Payments

The County may stop payment of monies to the contractor necessary to pay any wages that are required, and any penalties owed by the contractor or subcontractor. The withheld monies shall be given to the employee in accordance with the provisions of Section 5, "Complaints and Hearings; Contract Termination and Debarment".

## 3.    PAYROLL; BASIC RECORDS; REPORTING

A.  Payroll Records

The contractor and all subcontractors must keep accurate written records, signed under oath as true and correct, showing payment of the required wages. These records must include the name, social security number of each worker, his or her address, correct classification, per hour rates of wages paid (including rates of contributions or costs anticipated for legitimate fringe benefits), and daily and weekly number of hours worked on this project. Contractors employing apprentices or trainees under approved programs shall keep records of the registration or apprenticeship programs, the certification of trainee programs, the registration of the apprentices and trainees, and wage rates as required by the applicable programs, in accordance with the provisions of Section 6 "Apprentices and Trainees".

B.      LCPtracker

Each contractor and every low-tier subcontractor is required to submit all certified payrolls and labor compliance documentation electronically by the 10th of every month for the previous month using LCPtracker, a web-based Certified Payroll Management System (www.lcptracker.net).  The system is managed by Small Business Development ("SBD"), a division of the Internal Services Department. The use of the system is **mandatory**, pursuant to Miami-Dade County Ordinance No. 18-33.

Each contractor and subcontractor on applicable contracts will be provided a username and password to access LCPtracker system. Use of the system will involve data entry of weekly payroll information including: employee name, social security number, trade classification, total hours and fractions of hours for every type of trade classification work performed on the project, and wage and benefits paid. LCPtracker' s software can also interface with most payroll and accounting software programs that are capable of generating a CSV (comma delimited file).  If your program does not have this capability, LCPtracker may be able to build an interface to communicate with your accounting software.

Hands-on training sessions for the LCPtracker system is available. To RSVP, please visit https://mdcsbd.gob2g.com/events.asp and select the training session you would like to attend.

If you are not able to attend a training class in person, there are other free training options available for contractors:

**Option 1:  Web-Based Training Sessions**.  Online and live training sessions facilitated by members of LCPtracker' s Customer Support Team are offered several times per month. All you need to participate is a computer with internet access, an email address, and access to a phone.

- Go to the LCPtracker Website: www.lcptracker.net
- Enter your username/password
- Select "Watch Now" on the Projects tab and register for the Online training sessions

**Option 2: Computer-Based Training Courses**. Pre-recorded videos can be viewed at any time by logging into the LCPtracker website (www.lcptracker.net) and following these simple steps:

- Enter your username/password
- Select the "Training Materials" link located at the top of the page
- Select Contractor Training Videos

      C.  Inspection of Records

The contractor or subcontractor must make these records available for inspection and copying by an authorized representative of the County and shall allow such representatives to interview employees during working hours on the job.  If the contractor or subcontractor fails to submit the reports or make the records on which they are based available, the County may, after written notice to the contractor, cause the stoppage of payments.  Also, failure to submit the reports upon request or make the records available may be reason for debarment. The prime contractor is responsible for the submission of the information required and for the maintenance of records and provisions of access to same by all subcontractors.

## 4.    SUBCONTRACTS

The contractor must insert into any subcontracts the clauses set forth in paragraphs 1 through 6 of this Supplemental General Conditions and a clause reminding their subcontractors to include these paragraphs in any lower tier subcontract. The prime contractor will be responsible for compliance by all subcontractors and their lower tier subcontractors with the clauses set forth in paragraphs 1 through 6 of this Supplemental General Conditions. In the event of non-payment or underpayment of the required wages, the prime contractor shall be liable to the underpaid employees of the subcontractor for each underpayment.

## 5.    COMPLAINTS AND HEARINGS; CONTRACT TERMINATION AND DEBARMENT

    A.    Complaints

Upon receipt of a written complaint or identification of a violation pertaining to an employee wage underpayment of the required overall hourly rates, the County will investigate the complaint and notify the contractor or subcontractor employing said workers of the complaint/violation. The notice shall include a brief description of the said complaint/violation, the dollar amount that the contractor or subcontractor is liable for in back wages and fines, the required corrective action(s) to be taken and the due date for payment of back wages and fines or to request a compliance meeting. Failure to comply or request a compliance meeting within the due date specified shall constitute a waiver of the contractor's or subcontractor's right to a compliance meeting, and that such waiver shall constitute an admission of the complaint/violation.  The County may withhold from the contractor so much accrued payments as may be considered necessary by the Contracting Officer to pay employees of the contractor or subcontractor under

them for the performance of the contract work, the difference between the combined overall hourly wage rate and benefits required to be paid by the contractor/subcontractor to the employee on the work and the amounts received by such employee where violations have been found.

Any employee of a contractor or subcontractor who performed work on a contract subject to this section, may instead of adhering to the County administrative procedure, but not in addition to such procedure, bring an action by filing suit against the contractor or subcontractor in any court of competent jurisdiction to enforce these provisions and may be awarded back pay, benefits, attorney's fees, costs. The applicable statute of limitations of such a claim will be two (2) years as provided in Section 95.11(4)(c), Florida Statutes, in an action for payment of wages. The court may also impose sanctions on the employer, including those persons or entities aiding or abetting the employer, to include wage restitution to the affected employee and damages payable to the covered employee in the sum of up to five hundred dollars ($500.00) for each week each employer is found to have violated these provisions.

B.      Hearings

A contractor or subcontractor has the right to an administrative hearing to appeal a determination of non-compliance within (30) days of the notice. To request a hearing the contractor or subcontractor must file a written request along with a $250.00 non-refundable filing fee with the County Mayor or his or her designee. Upon timely receipt of a request for an administrative hearing request, the County Mayor shall appoint a hearing officer and fix a time for an administrative hearing thereon. A notice of hearing (together with a copy of SBD's determination of non-compliance) shall be served upon the contractor (or subcontractor). Upon completion of the hearing, the hearing officer shall submit proposed written findings and recommendations to the County Mayor within a reasonable time. The County Mayor or designee will review the findings and recommendations of the Hearing Officer and decide to accept or reject the recommendations of the Administrative Hearing Officer either with or without modifications.

C.      Penalties

If the County Mayor or designee determines that the contractor or subcontractor substantially or repeatedly failed to comply, the non-complying contractor or subcontractor and the principal owners thereof shall be prohibited from bidding or otherwise participating in County contracts for the construction, alteration and/or repair, including painting or decorating, of public buildings or public works for a period of three years. The County Mayor or designee may order the withheld amount equal to any underpayment remitted to the employee. In addition, the County Mayor or designee may order payment of a penalty to the County.  If the required payment is not made

within a reasonable period, the County Mayor or designee may order debarment as described above.

A breach of the clauses contained in this Supplemental General Conditions shall be deemed a breach of this contract and may be grounds for termination of the contract, and for debarment.

## 6.   APPRENTICES AND TRAINEES

### A.   Apprentices

Apprentices will be permitted to work at less than the rate listed in the Wages and Benefits Schedule for the work they perform when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau, or if a person is employed in his or her first 90 days probationary employment who is not individually registered in the program, but who has been certified by the Bureau of Apprenticeship and Training or a state apprenticeship agency (where appropriate) to be eligible for probationary employment as an apprentice. All apprentices participating on a project must approved in LCPtracker by SBD. LCPtracker will not allow a contractor to enter an apprentice on its certified payrolls until SBD has received and approved the Apprenticeship Certification, which is only valid for 90 days after issuance. To obtain SBD's approval, the Program Sponsor must submit the Apprenticeship Certification to:

**Internal Services Department**
**Small Business Development Division**
**111 NW 1ST Street, 19TH Floor Miami, FL 33128**
**Telephone: (305) 375-3111 FAX: (305) 375-3160**
**Email:  SBDMAIL@MIAMIDADE.GOV**

Any worker listed as an apprentice on a payroll at an apprentice wage rate, who is not registered or otherwise employed as stated above, must be paid not less than the wage on the Wages and Benefits Schedule for the classification of work actually performed.

### B.   Apprentice Ratio

The number of apprentices shall not be greater than the ratio listed in the Wages and Benefits Schedule. If the number of apprentices working on the project, is greater than the ratio permitted, the apprentices must be paid the wage rate on the Wages and Benefits Schedule for the work performed. Where a contractor is performing construction on a project in a locality other than that in which its program is registered, the ratios and wage rates (expressed in the percentages of the journeyman's hourly rate) specified in the contractor's or subcontractor's registered program shall be

observed. Every apprentice must be paid at least the rate specified in the registered program for the apprentice's level of progress, expressed as a percentage of the journeyman hourly rate specified in the applicable schedule.

### C.      Apprentice Fringe Benefits

Apprentices shall be paid fringe benefits in accordance with the provisions of the apprenticeship program.  If the apprenticeship program does not specify fringe benefits, apprentices must be paid the full amount of fringe benefits listed on the wage determination for the applicable apprentice classification; fringe benefits shall be paid in accordance with that determination. In the event the Bureau of Apprenticeship and Training, or a state apprenticeship agency recognized by the Bureau, withdraws approval of an apprenticeship program, the contractor will no longer be permitted to utilize apprentices at less than the applicable predetermined rate for the work performed until an acceptable program is provided.

### D.      Trainees

The rules for trainees are similar to those of apprentices. Except as provided in 29 C.F.R. § 5.16, trainees cannot work for less than the predetermined rate listed in the Wages and Benefits Schedule unless they are registered in a program certified by the U. S. Department of Labor, Employment and Training Administration.  The ratio of trainees to journeymen on the job site must not be greater than permitted under the plan approved by the Employment and Training Administration.

Every trainee must be paid at not less than the rate specified in the approved program for the trainee's level of progress, expressed as a percentage of the journeymen hourly rate specified in the applicable wage determination. Trainees must be paid fringe benefits in accordance with the Trainee Program. If the Trainee Program does not specify fringe benefits, trainees shall be paid the full amount of fringe benefits listed on the wage determination unless the administrator of the wage and hour division determines that the rate is an apprenticeship program associated with the corresponding journeyman wage rate on the wage determination, which provides for less than the full fringe benefits for apprentices.

### E.      Summary of Apprentices and Trainees

Any worker who is not registered in a training plan approved by the Employment and Training Administration must be paid not less than the wage rate on the Wages and Benefits Schedule for the work actually performed without regard to skill. In addition, if the number of apprentices and trainees are in excess of the ratio permitted under the registered program, then the wages that must be paid are those listed on the Wages and Benefits Schedule for the work actually performed by the apprentices or trainees. If the Employment and Training Administration cancels approval of an apprenticeship or training program, the contractor will no longer be permitted to pay the trainee or apprenticeship rate.

- 9 -

**7.      OTHER STATE AND FEDERAL WAGE LAWS**

All Miami-Dade County contracts require contractors to comply with all applicable state and federal wage laws including payment of overtime. To obtain information regarding these laws, please visit the U.S. Department of Labor Wage and Hours Division at www.dol.gov/whd.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|
| **BRICKLAYERS** | | | | |
| Bricklayer | $  26.30 | $      5.40 | $   3.15 | $         34.85 |

(1) Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

**NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau.  In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship.  Please see page 6 of the Supplemental General Conditions for more information.**

**Apprentices:**

| | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|
| 1st  6 month period | $   17.10 | $      5.40 | $   3.15 | $         25.65 |
| 2nd  6 month period | $   18.41 | $      5.40 | $   3.15 | $         26.96 |
| 3rd  6 month period | $   19.73 | $      5.40 | $   3.15 | $         28.28 |
| 4th  6 month period | $   21.04 | $      5.40 | $   3.15 | $         29.59 |
| 5th  6 month period | $   22.36 | $      5.40 | $   3.15 | $         30.91 |
| 6th  6 month period | $   23.67 | $      5.40 | $   3.15 | $         32.22 |

**Apprentice Ratio:  There shall be one (1) apprentice for every three (3) journeymen.**

Scope of work under this trade includes but is not limited to:  all forms of masonry construction, including all brick, stone, concrete block, marble, cement, plaster, mosaic, tile, terrazzo, terra cotta, glass block, refractory materials, and pointing-cleaning-caulking.  The complete installation of all forms of masonry panels including the on-site fabrication, all integral elements of masonry construction and all forms of substitute masonry materials or building systems thereto utilized.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

**CARPENTERS**

| | | | | |
|---|---|---|---|---|
| Carpenter | $ 25.65 | $ 5.50 | $ 6.65 | $ 37.80 |
| Foreman (5 or more workers one must be a Forman) | $ 27.78 | $ 5.50 | $ 6.65 | $ 39.93 |
| Foreman (12 or more workers) | $ 31.54 | $ 5.50 | $ 6.65 | $ 43.69 |
| General Foreman (2 or more foremen) | $ 33.84 | $ 5.50 | $ 6.65 | $ 45.99 |

**Apprentices:**

NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship. Please see page 6 of the Supplemental General Conditions for more information.

| | | | | |
|---|---|---|---|---|
| 1st  6 month period | $ 15.90 | $ 5.50 | $ 6.65 | $ 28.05 |
| 2nd  6 month period | $ 17.19 | $ 5.50 | $ 6.65 | $ 29.34 |
| 3rd  6 month period | $ 18.47 | $ 5.50 | $ 6.65 | $ 30.62 |
| 4th  6 month period | $ 19.75 | $ 5.50 | $ 6.65 | $ 31.90 |
| 5th  6 month period | $ 21.03 | $ 5.50 | $ 6.65 | $ 33.18 |
| 6th  6 month period | $ 22.32 | $ 5.50 | $ 6.65 | $ 34.47 |
| 7th  6 month period | $ 23.60 | $ 5.50 | $ 6.65 | $ 35.75 |
| 8th  6 month period | $ 24.88 | $ 5.50 | $ 6.65 | $ 37.03 |

(1)  Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

## Acoustic Ceilings

The unloading, distribution and installation of all materials and component parts of all types of acoustic ceilings and plenums, regardless of their material composition or method of manner of their installation, attachment or connection, including, but not limited to the following items: all hangers, carrying channels, cross furring, stiffeners, braces, all bars regardless of materials or methods of attachment, all integrated gypsum wall board ceiling heat panels, fill, all main tees, cross tees, splines, splays, wall and ceiling angles or moldings, all backing board and all finish ceiling materials regardless of method of installation excepting acoustic plaster.

## Doors

The unloading, distribution and installation of all prefinished wooden doors, hollow metal doors, overhead or mechanical doors, whether steel, aluminum or plastic and all supporting systems. Install all hollow metal jambs and hardware on doors whether they be interior or exterior.

## Floor Covering

Carpeting including all  measuring, lay-outs, remaking, cutting, fitting, sewing, binding, sizing, laying, stretching, repairing and installation, either by hand or power machine.  The installation of resilient flooring to include the laying of all cork, linoleum, asphalt, mastic, plastic, rubber tile, whether nailed or laid in with Lino paste, glue, mastic or substitute materials. All wood flooring, whether nailed or laid in mastic. All necessary preparatory work including the scraping, filling of holes, nailing, lay of paper or other underlayments.  The sanding or refinishing of all wood floors either by hand or power machine.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

### CARPENTERS, Continued

### Forms

The fabrication and re-fabrication of all forms and dismantling of forms when they are to be reused. This includes removable corrugated metal forming systems and all other patented forming systems.  When power rigging is used in the setting or dismantling of forms, and the necessary false work, all handling, rigging and signaling. The setting, leveling and aligning of all templates for anchor bolts for structural  members, machinery, and the placing, leveling, bracing, burning and welding for all bolts.  The installation of embedded materials where attached to forms and/or embedded materials for machinery.  Framing in connection with the setting of bulkhead; fabrication of screeds and stakes for floors and form for articles. The handling of lumber, fabricated forms and form hardware installed by carpenters.  The building and moving of all scaffolding for runways and staging. The cutting or framing of openings for piles, conduit, ducts, when they pass through floors, partitions or forms. All rigging, setting, aligning and hand signaling when setting up pre-cast units.

### Furniture

The loading, unloading, handling, dismantling, distribution, erection, stockpiling, refurbishing, and installation of all modular and systems office furniture and all components parts, new and refurbished.

### Lathing

The prefabricating, erecting, construction, furring, making and erecting of brackets, clips and hangers, wood, wire and metal lath to which plaster-type materials are applied; corner beads, arches erected for the purpose of holding plaster or cement.

The rigging, erecting, staying and fastening in any manner of all pre-cast aggregate panels of all types. All carrying bars, purlins and furring, regardless of size; light iron and metal furring of all descriptions for the receipt of metal lath, rock lath and all light iron when studs are to receive metal lath or rock lath for the application of plaster; and all other light iron furring erected to receive lath and plaster.   The nailing, typing and fastening of all wire and metallic lath such as wire cloth, wire mesh, expanded metal lath, hy rib and flat expanded metal lath and wire of all descriptions as well as the placing of all hangers to support suspended ceilings or any of the above types of light iron and metal furring which receive lath and plaster; the placing of all types of floor lath, such as hyrib lath, paperback steeltex floor lath, Penn metal rib, etc. The tying, nailing, clipping or fastening, mechanical or otherwise, of all types of lath regardless of size, such as wood lath, plasterboard, button board, flaxilinum board, bishopric, celetex, gypsum lath, foam and Styrofoam, rock lath or any and all other types of material erected to receive or hold plaster. The erection of all metal plastering accessories such as metal corner beads and other plastering accessories which are covered and/or serve as a ground of screed for plaster.

### Material Procedures

The unloading, handling and erection and power rigging in connection with laminated wood arches, trusses and decks.  All power rigging and signaling of Carpenters' materials.  The operation and maintenance of small air compressors generators, electric or gasoline power motors for the operation of woodworking machinery.  The unloading, handling and distribution of materials erected and installed. by carpenters. All prefabricated, manufactured and finished materials regardless of packing, shall be unloaded distributed and installed by the Carpenters.  This shall include, but not be limited to all forms, templates, bolt, cabinets and all materials normally installed by Carpenters.  Underpinning, lagging, bracing, propping and shoring, raising and moving of all building structures of parts thereof by the use of jack, power rigging or other methods shall be the work.  This includes the unloading and setting of modular units and all work related thereto.   The assembly and erection of pole and pre-engineered buildings.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|
| | | | | |

## CARPENTERS, Continued

### Railing
The installation of all construction of temporary guardrails, barricades and /or safety devices. The unloading, handling, distribution, installation and backing necessary for all aluminum, vinyl, plastic or wood handrails and guardrails.

### Scaffolding
The erection and dismantling of all scaffolding in excess of fourteen (14) feet.  The erection, dismantling, unloading, loading, and handling of all material and equipment for all specialty scaffolding.

### Sink Tops and Cabinets
The unloading, distribution and installation of all sink tops, cabinets, hoods base and wall units.

### Weather and Spray Protection
The fabrication, erection and removal of frames, enclosures of buildings or scaffoldings, the draping of tarps,  visqueen or similar coverings when secured by wire, nailing, bolting or clamps.  The handling and setting up of all temporary enclosures.

### Windows, Walls and Partitions
The installation, erection and/or application of all material component parts of wall and partitions regardless of all materials composition or method or manner of their installation, attachment of connection, including but not limited to the following items: All floor and ceiling runners, studs, stiffeners, cross bracings, Te-Blocking, resilient channels, furring channels, doors and windows including frames, casing, molding, base, accessory trim items, gypsum drywall materials, the making and installing of all backing for fixtures and welding of studs or other fasteners to receive materials being applied; laminated gypsum systems backing board, finish board, fireproofing of beams and columns, fireproofing of chase, sound and thermal installation materials, fixture attachments including all layout work, preparation of all openings for lighting, air vents or other purposes, all toilet partitions and insulated  translucent wall and ceiling systems, and all other necessary or related work.

The erection of exterior metal studs and the installation windows metal or wood and those attached to metal studs.

The installation of rockwool, cork, fiberglass, tectum, Styrofoam and other insulation material used form sound of weatherproofing, the renewal for caulking and replacing of staff bead, brick mould and all Oakum, caulking, substitutes and all other caulking in connection there with, and the installation of chalkboards, cork and tack boards.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|
| **DRYWALL FINISHERS** | | | | |
| Drywall Finisher - Hand Tools | $ 21.54 | $ 6.72 | $ 5.83 | $ 34.09 |
| Drywall Finisher - Bazooka Box | $ 22.54 | $ 6.72 | $ 5.83 | $ 35.09 |

**$1.00** Charge person working up to 5 employees
**$1.50** Charge person working 6 or more employees
**$1.00** General Foreman above highest paid Charge person

**Apprentices:**
NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship. Please see pages 7-8 of the Supplemental General Conditions for more information.

| | | | | |
|---|---|---|---|---|
| 1st   6 months | $ 14.00 | $ 6.72 | $ 1.67 | $ 22.39 |
| 2nd  6 months | $ 15.08 | $ 6.72 | $ 1.67 | $ 23.47 |
| 3rd   6 months | $ 16.16 | $ 6.72 | $ 1.67 | $ 24.55 |
| 4th   6 months | $ 17.23 | $ 6.72 | $ 1.67 | $ 25.62 |
| 5th   6 months | $ 18.31 | $ 6.72 | $ 1.67 | $ 26.70 |
| 6th   6 months | $ 19.39 | $ 6.72 | $ 1.67 | $ 27.78 |
| 7th and 8th 6 months | $ 20.46 | $ 6.72 | $ 1.67 | $ 28.85 |

**APPRENTICE RATIO: One (1) Apprentice to every one (1) Drywall Finisher**

(1)  Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|
| **ELECTRICAL WORKERS** | | | | |
| Electrician - Wiremen | $ 38.71 | $ 6.00 | $ 5.81 | $ 50.52 |
| Electrician - Cable Splicer | $ 39.21 | $ 6.00 | $ 5.88 | $ 51.09 |
| Welder | $ 39.21 | $ 6.00 | $ 5.88 | $ 51.09 |
| Foremen - Required on any job where 3-9 electricians are employed, one shall be designated foreman. One (1) additional electrician shall be designated foreman if there are 10-14 electricians, and one (1) additional for 15-21 electricians. | $ 42.58 | $ 6.00 | $ 6.39 | $ 54.97 |
| General Foremen (22 or more Electricians) | $ 46.45 | $ 6.00 | $ 6.97 | $ 59.42 |

**Per Hour Premiums:**

**$1.00** per hour to the per hour wage rate for electricians working in hazardous locations, above or below ground in high places such as silos, hangers, beacon lights, or other similar structures where a free fall of 30 feet or more is possible.

**Apprentices:**

**NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship. Please see pages 7-8 of the Supplemental General Conditions for more information.**

| | | | | |
|---|---|---|---|---|
| 1st  Year | $ 19.26 | $ 4.57 | $ 0.58 | $ 24.41 |
| 2nd Year | $ 20.36 | $ 4.57 | $ 3.05 | $ 27.98 |
| 3rd Year | $ 22.54 | $ 4.57 | $ 3.38 | $ 30.49 |
| 4th Year | $ 24.72 | $ 4.57 | $ 3.71 | $ 33.00 |
| 5th Year | $ 29.03 | $ 4.57 | $ 4.35 | $ 37.95 |

**APPRENTICE RATIO: Two (2) Apprentices to (1-3) Wiremen, four (4) Apprentices to (4 to 6) Wiremen, six (6) Apprentices to (7 to 9) Wiremen**

(1) Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

Scope of work under this trade includes but is not be limited to: installation, inspection, operation, maintenance, service, repair, testing or retrofit of all energized and de-energized electrical power and communications conductors, electrical materials, electrical devices and electrical power distribution equipment, or a part of there which generates, transmits, transforms or utilize electrical energy in any form AC or DC voltages for heat, light or power used in the construction, alteration, temporary power, maintenance, service and repair of public and private premises including building, floating buildings, structures, bridges, street, highway and tunnel work including all signaling, shafts, dams or levees, river and harbor work, airports, mobile homes, recreational vehicles, yards, lots, parking lots, carnivals, tradeshows, events and industrial substations,  The installations of electrical conductors and electrical distribution equipment that connect to the supply of electricity, installations used by an electric utility that are not an integral part of a generating plant, substation or control center and all electrical raceways of whatever form for electrical and communications conductors and fiber optics.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

## ELECTRICAL WORKERS, Continued

As related to an electrical system in its entirety, the chasing, channeling, opening and closing of places above and below ground, placement, installation or temporary installation, erection, inspection, operation, welding, maintenance, service, repair, testing or connection of any electrical conductors, electrical lighting fixtures, appliances, instrumentation apparatus, raceway systems, conduit systems , pipe systems, underground systems, cable tray systems, grounding, bonding systems, lightening protection systems, power-generating green technology systems or other systems of renewable energy including but not limited to photovoltaic, solar, wind turbine, hydro-generation, geothermal or tidal systems, electric vehicle technology, electrical power conductors and communications conductors for energy management systems, electrical power conductors and communications conductors for building automation systems, railroad, signalman, maintainer and railroad communication, nuclear, or the erection, alteration, repair, modification, splicing, termination of electric transmission lines on private property, structured cabling systems for transmission of voice, data, video, notification, warning systems, smoke and fire alarm systems, other life safe safety and security systems and appurtenances.

The installation of electrical lighting, heating and power equipment, fiber optics, and the installation and connecting of all electronic equipment, including computing machines and devices, monitoring of radiation hazards where such monitoring work is not preempted or performed by an electrical utility, the installation of all temporary power and light wiring, high-voltage cable splicing and terminations, breaker testing and the commission and decommission of electrical control systems. Clean, service, repair, replace, operate and adjust high and low voltage switchgear; transformers, conductors, connectors, breakers, fuses and buses. Operations, maintenance and repair of high voltage electrical power connections, circuit protection devices and associated switchgear. Pre-fabricated parts and materials shall be unloaded, distributed and installed by employees covered under this trade and working for the electrical contractor. There are no restrictions on an employers utilization of pre-fabricated or pre-assembled parts, fixtures or other materials when obtained from a third party supplier, except as set forth above.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|
| **ELECTRICAL WORKERS (ELECTRIC SIGN)** | | | | |
| Electrician - Wireman | $ 38.71 | $ 6.00 | $ 5.81 | $ 50.52 |
| Foreman - Required on any job where ten (10) Electricians are employed, one shall be designated foreman. | $ 42.58 | $ 6.00 | $ 6.39 | $ 54.97 |

## Per Hour Premiums:

**$2.00** per hour to the per hour wage rate for Electrician working in high places, seventy-five feet (75') above the ground floor except safety-guarded swing stage, walkways, or 2 man remote baskets.

## Apprentices:

**NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship. Please see pages 7-8 of the Supplemental General Conditions for more information.**

| | | | | |
|---|---|---|---|---|
| 1st year | $ 19.26 | $ 4.57 | $ 0.58 | $ 24.41 |
| 2nd year | $ 20.36 | $ 4.57 | $ 3.05 | $ 27.98 |
| 3rd year | $ 22.54 | $ 4.57 | $ 3.38 | $ 30.49 |
| 4th year | $ 24.72 | $ 4.57 | $ 3.71 | $ 33.00 |
| 5th year | $ 29.03 | $ 4.57 | $ 4.35 | $ 37.95 |

**APPRENTICE RATIO: Two (2) Apprentices to (1-3) Wiremen, four (4) Apprentices to (4 to 6) Wiremen, six (6) Apprentices to (7 to 9) Wiremen**

(1)  Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

Scope of work under this trade includes but is not be limited to: the installation, alteration, dismantling or removing of all illuminated signs, non illuminated signs or displays, whether luminous tube, light emitting diodes, receptacle, plastic, reflector type, plaques and panels.  The installation of all interior neo tubing and light emitting diodes for lighting or decorating all secondary conduit work, flashers, timers or other auxiliary equipment, also the steel structures for the support of signs or displays.  In the event of billboards or displays not served from an existing building or group of buildings and which in itself is an individual entity, having its own service and meter, all such service conduit meter and secondary conduit. Also covered is the service, maintenance and patrolling of all electrical equipment on signs, displays, and tube lighting after they have been erected and in operation.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|
| **ELEVATOR CONSTRUCTORS** | | | | |
| Mechanics | $ 51.26 | $ 16.08 | $ 20.56 | $ 87.90 |
| Mechanic In Charge | $ 57.67 | $ 16.08 | $ 20.56 | $ 94.31 |

**Apprentices:**

**NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship. Please see page 6 of the Supplemental General Conditions for more information.**

| | | | | |
|---|---|---|---|---|
| Probationary Apprentice/Helper (0 - 6 mo.) | $ 25.63 | $ - | $ - | $ 25.63 |
| Probationary Apprentice/Helper (7 mo. - 1 yr.) | $ 28.19 | $ 16.08 | $ 20.56 | $ 64.83 |
| 1st year | $ 28.19 | $ 16.08 | $ 20.56 | $ 64.83 |
| 2nd year | $ 33.32 | $ 16.08 | $ 20.56 | $ 69.96 |
| 3rd year & Helpers | $ 35.88 | $ 16.08 | $ 20.56 | $ 72.52 |
| 4th year & Asst. Mechanics | $ 41.01 | $ 16.08 | $ 20.56 | $ 77.65 |

**APPRENTICE RATIO: One (1) Apprentice to one (1) Mechanic**

(1) Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

(2) Probationary Apprentice/Helper receive health and pension after 1st 6 months.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|
| **INSULATORS & ASBESTOS WORKERS *** | | | | |
| Insulators or Asbestos Workers | $ 24.05 | $ 8.82 | $ 7.15 | $ 40.02 |
| Foreman (1 to 4 workers) | $ 24.55 | $ 8.82 | $ 7.15 | $ 40.52 |
| Foreman (5 or more workers) | $ 24.80 | $ 8.82 | $ 7.15 | $ 40.77 |
| General Foreman (15 or more workers) | $ 25.55 | $ 8.82 | $ 7.15 | $ 41.52 |

**\* These rates were updated pursuant to Section 2-11.16 of the County Code to reflect the rates in local area non-discriminatory negotiated contracts between organizations which represent employees and contractors effective January 1, 2023.**

**Per Hour Premiums:**
**$0.25** for time spent in or on a boatswain chair or swinging scaffold, suspended by cable or ropes.

Employees required on industrial work, to work on a boatswain chair or swinging scaffold suspended by cable or ropes will be paid 5% above the Insulator or Asbestos workers wage rate.

On light Industrial work, a Foreman is required for eight (8) workers at a rate of 10% over the Insulators /Asbestos Workers rate. General Foreman will be required when there are one (1) Foreman or more at 15% over the Insulators/Asbestos Workers rate.

**Apprentices:**

**NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship. Please see pages 7-8 of the Supplemental General Conditions for more information.**

| | | | | |
|---|---|---|---|---|
| 1st year | $ 15.15 | $ 8.82 | $ 7.15 | $ 31.12 |
| 2nd year | $ 16.84 | $ 8.82 | $ 7.15 | $ 32.81 |
| 3rd year | $ 19.24 | $ 8.82 | $ 7.15 | $ 35.21 |
| 4th year | $ 21.65 | $ 8.82 | $ 7.15 | $ 37.62 |

**APPRENTICE RATIO: One (1) Apprentice to two (2) Insulators or Asbestos Workers. A one (1) to one (1) ratio is permitted on overtime hours on job sites requiring the work of only two (2) men. For duct work jobs three (3) Apprentices to (1) Insulator or Asbestos Worker**

(1) Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

Scope of work under this trade includes but is not be limited to: the preparation, fabrication, application, alteration, erection, assembling molding, spraying, pouring, mixing, hanging, adjusting, repairing, dismantling, reconditioning, maintenance, finishing and/or weatherproofing of cold or hot thermal, insulation with such materials as may be specified when these materials are to be installed for thermal, fireproofing and acoustical purposes in voids, or to create voids, or on either piping, fittings, valves, boilers, ducts, flues, tanks, vats equipment, or on any cold or hot surfaces for the purpose of thermal control. Exclude is the manufacture or pipe covering and/or fittings in one piece halves or the facing of flexible blanket duct insulation.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|
| | | | | |

### INSULATORS & ASBESTOS WORKERS, Continued

Preparation and application of all exterior material, excluding factory applied for the purpose of weatherproofing or protection, etc.  This is also to include all labor connected with the handling and distribution of thermal insulation materials on the job premises and all other such work for the purpose of thermal control.  All exterior material, excluding factory applied for the purpose of weatherproofing or protection, etc., shall be prepared and applied by the Asbestos Workers. This is also to include all labor connected with the handling and distribution of thermal insulation materials on the job premises.

It shall also includes firestopping or fireproofing technicians, & apprentices engaged in the manufacture, fabrication, assembling, molding, handling, erection, spraying, pouring, mixing, hanging, preparation, application, adjusting, alteration, repairing, dismantling, reconditioning, testing, and maintenance of the following, when applied by machine or other application methods of all firestopping materials including, but not limited to: intumescent firestop sealant, intumescent firestop blocks, elastomeric firestop sealant, self-leveling firestop sealant, trowel able firestop compound, firestop collars, composite sheets, putty pads, fire containment pillows, wrap strips, putty sticks, firestop mortar, firestop mastic, refractory ceramic fiber blanket for kitchen exhaust and fire rated duct systems, or other materials used in connection with labor, and to include other fire protection materials such as boots and cable coatings which are connected with the handling or distribution of the above insulating materials, or the repair and maintenance of all equipment, on job premises.

The types of work shall include but not be limited to: top of wall, curtain wall, fire rated wall penetrations, grease ducts, stairwell pressurization systems, beam, column, and deck fireproofing, application of materials or devices within or around penetrations and openings in all rated wall or floor assemblies in order to prevent the passage of fire, smoke, or other gases.  The application include all components involved in creating the rated barrier at perimeter slab edges and cavities, the head of gypsum board or concrete walls, joints between rated wall or floor components, and sealing of penetrating items and blank openings.

The unloading and distribution on the job site of all insulation material and related material and equipment, the assembling, dismantling of scaffolding and clean up when necessary.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|
| **IRONWORKERS** | | | | |
| Ironworkers | $ 27.00 | $ 6.00 | $ 6.07 | $ 39.07 |
| Foreman * | $ 29.70 | $ 6.00 | $ 6.07 | $ 41.77 |
| General Foreman * | $ 32.40 | $ 6.00 | $ 6.07 | $ 44.47 |

\* A foreman is required when two (2) or more Ironworkers are employed by one employer, one shall be a foreman. When the crew exceeds 12 or more, another foreman is required.  A general foreman is required if three (3) or more Ironworker Foremen are employed on a job.

**Per Hour Premiums:**
Diving Pay add $40.00 rental plus $5.00 to the Ironworker's wage rate.

**Apprentices:**

**NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau.  In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship.  Please see pages 7-8 of the Supplemental General Conditions for more information.**

| | | | | |
|---|---|---|---|---|
| 1st 6 months -  800 Hours | $ 16.20 | $ 6.00 | $ - | $ 22.20 |
| 2nd 6 months - 800 Hours | $ 17.55 | $ 6.00 | $ - | $ 23.55 |
| 3rd 6 months - 800 Hours | $ 18.90 | $ 6.00 | $ - | $ 24.90 |
| 4th 6 months - 800 Hours | $ 20.25 | $ 6.00 | $ - | $ 26.25 |
| 5th 6 months - 800 Hours | $ 21.60 | $ 6.00 | $ - | $ 27.60 |
| 6th 6 months - 800 Hours | $ 22.95 | $ 6.00 | $ - | $ 28.95 |
| 7th 6 months - 800 Hours | $ 24.30 | $ 6.00 | $ - | $ 30.30 |

**APPRENTICE RATIO: One (1) Apprentice to four (4) Ironworkers. Ornamental work one (1) Apprentice to two (2)**

(1)  Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

Scope of work under this trade includes but is not be limited to: erection and installation of all bridges, structural, ornamental, reinforcing, and reinforcing ironwork; which includes but is not limited to the following: reinforcing steel (rebar), post tensioning (cables), structural steel and iron, miscellaneous steel and iron, stairs – joist – decking, curtains and window walls, storefronts – windows, metal doors (manual and electric), glass doors (manual and electric), glass slider doors, screens – fences, tilt walls – precast – stone, space frames – skylights, pre-engineered metal buildings, cladding covers (all types),column covers (all types), towers – cranes – hoists, standing seam metal roofs, handrails – rails (all types), rigging – welding, conveyors – erectors and maintenance, glazing – caulking – sealants and louvers -fixed.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

**This classification cannot be used for unskilled employees performing work in other trades OR for employees in other trades that handle their own materials and/or must clean up after their work is performed.  Employees must be paid in accordance with the type of work being performed without regard to skill.**

### LABORERS

| | | | | |
|---|---|---|---|---|
| Laborer | $  19.00 | $  4.25 | $  3.41 | $  26.66 |

**Per Hour Premiums:**
Laborer Foreman (For every 4 laborers)  -  **$2.00** per hour on top of the highest paid laborers
General Foreman (16 or more laborers) - **$3.00** per hour on top of the highest paid laborers

**$2.00** - Mason and Plaster Tenders, Concrete Placement Patch Men, and Finisher Tenders, Scaffold Builders, Strippers and Wreckers (Demolition), Electric and Air-Hammers, Concrete Grinders, Saws, Coring Machines, Nozzle and Hopper & Mixers, Cutting Torch, Hydro-Blasting (Pressure Washing), Chain Saw.

**$3.50 -** Sidewalks and Curb and Gutter Form Builders and Setters, Plaster and Concrete Finish and Repair, Loader, Lulls, Forklifts, Bobcats, Water Sewer and Storm Drain Pipe Layers, Asbestos Removal, Hazardous Waste, and Lead Removal, Remediation and Handling.

*Contracts for the inspection of sewer lines for leakage and damage through the use of Closed Circuit T.V. inspections and the simultaneous sealing of leaks or other damage in the lines as the machine inspects the sewer line is covered under the Responsible Wages and Benefits.  Contracts for inspection only are not covered.  Workers performing on a Closed Circuit T.V. crew should be classified and paid as laborer.  The CCTV Operator should receive the $3.00 per hour supplement for Water Sewer & Storm Drain Pipe layers.  The rate for the Vactor Trucks Operator is listed under the Operating Engineers*

### Apprentices:
**NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau.  In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship.  Please see pages 7-8 of the Supplemental General Conditions for more information.**

| | | | | |
|---|---|---|---|---|
| 1st  6 month period | $  15.20 | $  4.25 | $  3.41 | $  22.86 |
| 2nd  6 month period | $  16.15 | $  4.25 | $  3.41 | $  23.81 |
| 3rd  6 month period | $  17.10 | $  4.25 | $  3.41 | $  24.76 |
| 4th  6 month period | $  18.05 | $  4.25 | $  3.41 | $  25.71 |

**APPRENTICE RATIO:  After employing one (1) Laborer, the next laborer employed may be an apprentice, after employing four (4) Laborers, an apprentice shall be employed as the next laborer employed. After the first apprentice is employed, the ratio of Apprentices to Laborers shall not exceed one (1) Apprentice for three (3) Laborers**

(1)  Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

Scope of work under this trade includes tending masons, plasterers, carpenters and other building and construction crafts.  Tending shall consist of preparation of materials and the handling and conveying of materials.  Unloading, handling and distributing of all materials, fixtures, furnishings and appliances from point of delivery to point of installation.  Cleaning and clearing of all debris. Ageing and curing of concrete, mortar and other materials.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|
| | | | | |

### LABORERS, Continued

**Scaffolds:** The erection, planking and removal of all scaffolds for lathers, plasterers, bricklayers and other construction trades. Building planking or installation and removal of all staging, swing and hanging scaffolds, including maintenance thereof up to a height of three (3) bucks.

**Excavations and Foundations, Site Preparation and Clearance, Transportation and Transmissions Lines:** Excavation for building and all other construction, digging of trenches, piers, foundations and holes, digging, lagging, sheeting, cribbing, bracing and propping of foundations, holes, caissons, cofferdams, dams, dikes, and irrigation trenches, canals and all handling filling and placing of sand bags connected therewith. All drilling, blasting and scaling on the site or along the right of way, as well as all access roads, reservoirs, including areas adjacent or pertinent to the construction site, installation of temporary lines. Preparation and compacting of roadbeds for highway construction and the preparation of trenches, footings, etc. for cross country transmission or underground lines or cables. On site preparation and right-of-way clearance, for construction of any structures or the installation of traffic and transportation facilities such as highways, pipelines, electrical transmission lines, dam sites and reservoir areas, access roads, etc. Erection, dismantling and/pre-installation of all fences.

**Concrete, Bituminous Concrete and Aggregates:** Mixing, handling, conveying, pouring, vibrating, gunniting and otherwise placing concrete or aggregates, whether done by hand or other process. Wrecking, stripping, dismantling and handling concrete forms and falsework. Placing of concrete or aggregates whether poured, pumped, gunnited, or placed by any other process. All vibrating, grinding, spreading, flowing, puddling, leveling and strike off of concrete aggregates by floating rodding or screeding, by hand or mechanical means prior to finishing. The filling and patching of voids, crevices etc. to correct defects in concrete.

Underpinning, Lagging, Bracing, Propping and Shoring; Drilling and Blasting; Signal Men; General Excavation and Grading and Landscaping of all sites for all purposes; and Wrecking.

Construction Cleaners, Janitors, Fire Watchers, Hole Watchers, Material Handlers, Escorts and Equipment Monitors, Decontamination Workers, Flaggers and Landscapers, Mowers, Guardrail and Fencer Erectors, Rod Carriers, and Pressure Washing

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

### MILLWRIGHTS, MACHINERY ERECTORS & DIVERS

| | | | | |
|---|---|---|---|---|
| Millwrights, Machinery Erectors | $ 32.75 | $ 5.50 | $ 12.58 | $ 50.83 |
| Foreman - (2 to 10 Millwrights) | $ 35.04 | $ 5.50 | $ 12.58 | $ 53.12 |
| General Foreman - (2 or more Foremen and can serve as a Crew Foreman) | $ 36.03 | $ 5.50 | $ 12.58 | $ 54.11 |
| Diver - wet dry days (2) | $ 38.79 | $ 5.50 | $ 12.58 | $ 56.87 |

### Per Hour Premiums:

On wet days, a Diver shall be paid the Diver rate and penetration pay of **$2.00** per foot per day in excess of twenty (20) feet after entering an enclosed structure that has no direct path to the surface.

### Apprentices:

**NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship. Please see pages 7-8 of the Supplemental General Conditions for more information.**

| | | | | |
|---|---|---|---|---|
| 1st Year | $ 21.29 | $ 5.50 | $ 12.58 | $ 39.37 |
| 2nd Year | $ 24.56 | $ 5.50 | $ 12.58 | $ 42.64 |
| 3rd Year | $ 27.84 | $ 5.50 | $ 12.58 | $ 45.92 |
| 4th Year | $ 31.11 | $ 5.50 | $ 12.58 | $ 49.19 |

(1)  Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

(2) Diver classification applies to any Millwright that performs work beneath the water surface.

Scope of work under this trade includes but is not be limited to: installation, assembly, and, when necessary, dismantling machinery in factories, power plants, and construction sites.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|
| **OPERATING ENGINEERS** | | | | |
| A-Frame Truck | $ 25.00 | $ 7.55 | $ 5.00 | $ 37.55 |
| Air Compressor | $ 25.00 | $ 7.55 | $ 5.00 | $ 37.55 |
| Compressor, Above 250 CFM | $ 26.29 | $ 7.05 | $ 4.50 | $ 37.84 |
| Backhoe-Loader Combination | $ 28.93 | $ 7.05 | $ 4.50 | $ 40.48 |
| Batching Plant | $ 25.00 | $ 7.55 | $ 5.00 | $ 37.55 |
| Bobcat/Skid Steer | $ 22.50 | $ 4.25 | $ 3.41 | $ 30.16 |
| Boom Hauling Truck | $ 25.00 | $ 7.55 | $ 5.00 | $ 37.55 |
| Boom Truck | $ 28.93 | $ 7.05 | $ 4.50 | $ 40.48 |
| Boring Machine | $ 25.00 | $ 7.55 | $ 5.00 | $ 37.55 |
| Bulldozer | $ 28.75 | $ 7.55 | $ 5.00 | $ 41.30 |
| Concrete Mixer | $ 30.47 | $ 7.55 | $ 5.00 | $ 43.02 |
| Concrete Placing Booms | $ 30.33 | $ 7.05 | $ 4.50 | $ 41.88 |
| Concrete Pump, Trailer Mounted | $ 25.00 | $ 7.55 | $ 5.00 | $ 37.55 |
| Concrete Pump, Truck Mounted | $ 30.33 | $ 7.05 | $ 4.50 | $ 41.88 |
| Crane 100 Ton - 199, Medium Top Drive Drill Rig.  All Friction Cranes performing duty cycle work (clam shelling pile driving, drag line work. | $ 36.50 | $ 7.55 | $ 5.00 | $ 49.05 |
| Crane 200 Ton+, Large Top Drive Drill Rigs | $ 37.50 | $ 7.55 | $ 5.00 | $ 50.05 |
| Crane 99 Ton and Below | $ 28.75 | $ 7.55 | $ 5.00 | $ 41.30 |
| Drill Rig | $ 28.75 | $ 7.55 | $ 5.00 | $ 41.30 |
| Directional Boring and Drilling Machine | $ 30.47 | $ 7.55 | $ 5.00 | $ 43.02 |
| Distributor | $ 25.00 | $ 7.55 | $ 5.00 | $ 37.55 |
| Dozer | $ 28.93 | $ 7.05 | $ 4.50 | $ 40.48 |
| Drill Rig, Truck Mounted, Large | $ 32.34 | $ 7.05 | $ 4.50 | $ 43.89 |
| Drill Rig, Truck Mounted, Small | $ 28.93 | $ 7.05 | $ 4.50 | $ 40.48 |
| Driver, Miscellaneous Trucks | $ 26.29 | $ 7.05 | $ 4.50 | $ 37.84 |
| Excavator | $ 28.93 | $ 7.05 | $ 4.50 | $ 40.48 |
| Finish Machine - Paving | $ 25.00 | $ 7.55 | $ 4.50 | $ 37.05 |
| Forklift/Lull | $ 22.50 | $ 4.25 | $ 3.41 | $ 30.16 |
| Front-End Loader | $ 22.50 | $ 4.25 | $ 3.41 | $ 30.16 |
| Fuel Truck | $ 25.00 | $ 7.55 | $ 4.50 | $ 37.05 |
| Gradall | $ 28.93 | $ 7.05 | $ 4.50 | $ 40.48 |
| Grader | $ 30.33 | $ 7.05 | $ 4.50 | $ 41.88 |
| Grader, Finisher | $ 32.34 | $ 7.05 | $ 4.50 | $ 43.89 |
| Grease Truck | $ 25.00 | $ 7.55 | $ 5.00 | $ 37.55 |
| Hoist (Electric, Hydraulic, Air) Personnel, Material, Tugger | $ 27.35 | $ 7.05 | $ 4.50 | $ 38.90 |
| Hoists, 2 & 3 Drum Only | $ 34.29 | $ 7.05 | $ 4.50 | $ 45.84 |
| Hydraulic Backhoe | $ 28.75 | $ 7.55 | $ 5.00 | $ 41.30 |
| Inside Elevators, Temporary Only | $ 25.00 | $ 7.55 | $ 5.00 | $ 37.55 |
| Locomotive Operator | $ 25.00 | $ 7.55 | $ 5.00 | $ 37.55 |
| Lowboy Truck | $ 25.00 | $ 7.55 | $ 4.50 | $ 37.05 |

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|
| **OPERATING ENGINEERS, Continued** | | | | |
| Mechanic I | $ 28.93 | $ 7.05 | $ 4.50 | $ 40.48 |
| Mechanic II | $ 28.75 | $ 7.55 | $ 5.00 | $ 41.30 |
| Mechanic's Helper | $ 24.06 | $ 7.05 | $ 4.50 | $ 35.61 |
| Milling Machine | $ 15.00 | $ - | $ - | $ 15.00 |
| Motor Grader | $ 30.47 | $ 7.55 | $ 5.00 | $ 43.02 |
| Motor Mixing Pump (All types) | $ 25.00 | $ 7.55 | $ 5.00 | $ 37.55 |
| Off-Road Trucks | $ 26.29 | $ 7.05 | $ 4.50 | $ 37.84 |
| Oiler, Driver Oiler, Crawler Crane | $ 24.06 | $ 7.05 | $ 4.50 | $ 35.61 |
| Oiler/Driver/Flagman | $ 25.76 | $ 7.05 | $ 4.50 | $ 37.31 |
| Pan | $ 25.00 | $ 7.55 | $ 5.00 | $ 37.55 |
| Pavement Breaker | $ 25.00 | $ 7.55 | $ 5.00 | $ 37.55 |
| Pumps/ Dewatering Systems 4 in. and over | $ 26.29 | $ 7.05 | $ 4.50 | $ 37.84 |
| Roller | $ 25.00 | $ 7.55 | $ 5.00 | $ 37.55 |
| Scraper | $ 26.29 | $ 7.05 | $ 4.50 | $ 37.84 |
| Spreading/Finishing Machine | $ 25.00 | $ 7.55 | $ 5.00 | $ 37.55 |
| Straddle Buggy/Travel Lift | $ 28.93 | $ 7.05 | $ 4.50 | $ 40.48 |
| Tack Truck | $ 25.00 | $ 7.55 | $ 5.00 | $ 37.55 |
| Trackhoe | $ 28.93 | $ 7.05 | $ 4.50 | $ 40.48 |
| Tractors | $ 25.00 | $ 7.55 | $ 5.00 | $ 37.55 |
| Trenching and Ditching Machine | $ 25.00 | $ 7.55 | $ 5.00 | $ 37.55 |
| Utility Operator, Less than 6 Pieces of Miscellaneous Equipment | $ 26.29 | $ 7.05 | $ 4.50 | $ 37.84 |
| Vactor Truck | $ 23.87 | $ - | $ - | $ 23.87 |
| Vacuum Pump | $ 25.00 | $ 7.55 | $ 5.00 | $ 37.55 |
| Water Truck Driver | $ 25.00 | $ 7.55 | $ 5.00 | $ 37.55 |
| Welder | $ 28.93 | $ 7.05 | $ 4.50 | $ 40.48 |
| Welding Machines, three (3) or more | $ 26.29 | $ 7.05 | $ 4.50 | $ 37.84 |
| Winch Truck | $ 25.00 | $ 7.55 | $ 5.00 | $ 37.55 |
| Yard Crane | $ 28.75 | $ 7.55 | $ 5.00 | $ 41.30 |

**Apprentices:**

**NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship. Please see pages 7-8 of the Supplemental General Conditions for more information.**

| | | | | |
|---|---|---|---|---|
| 1st  6 months | $ 20.51 | $ 7.55 | $ 5.00 | $ 33.06 |
| 2nd 6 months | $ 21.06 | $ 7.55 | $ 5.00 | $ 33.61 |
| 3rd  6 months | $ 21.61 | $ 7.55 | $ 5.00 | $ 34.16 |
| 4th  6 months | $ 22.15 | $ 7.55 | $ 5.00 | $ 34.70 |
| 5th  6 months | $ 22.70 | $ 7.55 | $ 5.00 | $ 35.25 |
| 6th  6 months | $ 23.25 | $ 7.55 | $ 5.00 | $ 35.80 |
| 7th  6 months | $ 23.79 | $ 7.55 | $ 5.00 | $ 36.34 |
| 8th  6 months | $ 24.34 | $ 7.55 | $ 5.00 | $ 36.89 |

(1)  Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

**APPRENTICE RATIO: Three (3) Apprentices to one (1) Operator.  Apprentices must be under the supervision of an Operator**

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|
| | | | | |

### PAINTERS/WALL COVERING INSTALLATIONS

| | | | | |
|---|---|---|---|---|
| Painter - Commercial | $ 17.53 | $ 6.72 | $ 5.83 | $ 30.08 |
| Painter - Industrial | $ 21.76 | $ 6.72 | $ 5.83 | $ 34.31 |
| Painter (Highway/Parking Lot Striper) | $ 15.00 | $ - | $ - | $ 15.00 |
| Operator (Spray Nozzleman) | $ 15.00 | $ - | $ - | $ 15.00 |
| Operator (Striping Machine) | $ 15.07 | $ - | $ - | $ 15.07 |

### Per Hour Premiums:

**$1.00** Charge person working up to 5 employees

**$1.50** Charge person working 6 or more employees

**$1.00** General Foreman above highest paid charge person

**$1.00** Swing-Stage

**$2.00** Thermal-Spay/Metalizing

**$ .50** Apprentices - steel, swing/stage, tanks, lead/asbestos abatement, power facilities, catalyzed epoxies, urethanes, HIPAC coatings

Industrial Rates are used on Water Treatment Plants, Pump Stations, Elevated / Ground Storage Tanks and Communication Towers.

### Apprentices:

**NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship. Please see pages 7-8 of the Supplemental General Conditions for more information.**

| | | | | |
|---|---|---|---|---|
| 1st  6 months | $ 11.39 | $ 6.72 | $ 1.67 | $ 19.78 |
| 2nd 6 months | $ 12.27 | $ 6.72 | $ 1.67 | $ 20.66 |
| 3rd  6 months | $ 13.15 | $ 6.72 | $ 1.67 | $ 21.54 |
| 4th  6 months | $ 14.02 | $ 6.72 | $ 1.67 | $ 22.41 |
| 5th  6 months | $ 14.90 | $ 6.72 | $ 1.67 | $ 23.29 |
| 6th  6 months | $ 15.78 | $ 6.72 | $ 1.67 | $ 24.17 |
| 7th and 8th 6 months | $ 16.65 | $ 6.72 | $ 1.67 | $ 25.04 |

### APPRENTICE RATIO: One (1) Apprentice to every one (1) Painter/Wall Covering Installer

(1)  Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

Scope of work under this trade includes but is not limited to:  preparation, application and removal of all types of coatings and coating systems in relation to all painting, decorating, protective coatings, coating and staining of concrete floors and toppings, waterproofing, masonry restoration, fireproofing, fire retarding, metal polishing, refinishing, sealing, lining, fiber glassing, E-Glass fiberglass, carbon fiber, encapsulating, insulating, metalizing, flame spray, the application of Exterior Insulating Finishing Systems;

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|
| | | | | |

### PAINTERS/WALL COVERING INSTALLATIONS, Continued

Each and all such applications, and similar or substitute applications, on all surfaces, interior and exterior, to include, but not to be limited to: residences; buildings; structures; industrial, power, chemical and manufacturing plants; bridges; tanks; vats; pipes; stacks; light and high tension poles; parking, traffic and air strip lines; trucks; automobile and railroad cars; ships; aircraft; and all machinery and equipment;

Any and all material used in preparation, application or removal of any paint, coatings or applications, including, but not limited to: the handling and use of thinners, dryers, sealers, binders, pigments, primers, extenders, air and vapor barriers, emulsions, waxes, stains, mastics, plastics, enamels, acrylics, epoxies, epoxy injection and T-Lock welding, alkalis, sheet rubber, foams, seamless and tile-like coatings, etc.;

All preparation for and removal of any and all materials for finishes, such as deep cleaning, patching, all levels of finishing, taping/finishing skim coating, pointing, caulking, high pressure water, chemical and abrasive blasting, environmental  blasting, wet/dry vacuum work, chemical stripping, scraping, air tooling, bleaching, steam cleaning, asbestos and lead abatement/removal; mold remediation and vapor barrier systems;

The inspection of all coatings and/or coating systems during their applications.

### WALL COVERING INSTALLATIONS

All material applied to walls or ceilings with adhesive, staples, tacks, by stretching or adhered by any other method, including all papers, vinyl, flexible woods, fabrics, borders, metals upholstered wall systems, the fabric covered panels made of plastic/wood or pre-finished products of micro fiberglass, etc., acrovin and various plastic wall coverings such as wainscot, caps, corner moldings and accessories;

Any and all preparation of walls and ceilings such as scraping or any methodology for removal of existing materials, including patching, leveling, skim coating and priming.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

### PILEDRIVERS, BRIDGE CARPENTERS & DIVERS

| | | | | |
|---|---|---|---|---|
| Piledrivers and Bridge Carpenters | $ 25.45 | $ 4.60 | $ 7.05 | $ 37.10 |
| Foreman | $ 28.95 | $ 4.60 | $ 7.05 | $ 40.60 |

(All piledriving crews shall consist of at least one paid foreman)

| | | | | |
|---|---|---|---|---|
| Divers  (Wet days up to 59' or Dry days) | $ 29.90 | $ 4.60 | $ 7.05 | $ 41.55 |
| Diver Tenders | $ 29.90 | $ 4.60 | $ 7.05 | $ 41.55 |
| Diver Foreman | $ 33.40 | $ 4.60 | $ 7.05 | $ 45.05 |

Diver Wet Days -  The diver and tender must receive the diver rate with a premium pay of $1.00 per hour/ per foot per day for (60'-100'). Over 100' will be negotiated between the diver and the employer.

Foreman Wet Days - The foreman must receive the foremen rate with a premium pay of $2.00 per hour/ per foot per day for (50'-100').  Over 100' will be negotiated between the diver and the employer.

For Effluent Diving (working in hazardous waters such as waste water treatment plant/tanks, sewer pipes or storm water out fall pipes) the diver and tender must receive 1.5 times the diver and tender base rate and on wet days the diver and tender must also receive a premium pay of $1.00 per foot per day for (60' - 100') and over 100' will be negotiated between the diver and the employer.

Penetration: $1.00 per foot per day in excess of 20' after entering an enclosed structure that has no direct path to the surface.

### Per Hour Premiums:
$0.50 Certified Welders

### Apprentices:
**NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau.  In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship.  Please see page 6 of the Supplemental General Conditions for more information.**

| | | | | |
|---|---|---|---|---|
| 1st  year | $ 17.05 | $ 4.60 | $ 7.05 | $ 28.70 |
| 2nd year | $ 19.09 | $ 4.60 | $ 7.05 | $ 30.74 |
| 3rd year | $ 20.87 | $ 4.60 | $ 7.05 | $ 32.52 |
| 4th year | $ 22.91 | $ 4.60 | $ 7.05 | $ 34.56 |

### APPRENTICE RATIO: Two (2) Apprentices to three (3) Piledrivers/Bridge Carpenter

(1)  Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

Scope of work under this trade includes but is not be limited to: all work historically related to piledrivers, welders, drillers, burners, riggers, divers, bridge, deck and wharf builders, signaling, and highway construction.  Such work includes, but is not limited to, the following kinds, classes, or descriptions of work:  fabricating, erecting, dismantling, loading, unloading, moving,  spotting, and handling of all piledriving equipment on the jobsite;

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|
| | | | | |

### PILEDRIVERS, BRIDGE CARPENTERS & DIVERS, Continued

Jobsite moving and spotting of barges used in connection with piledriving work; anchoring, bolting, boom-tending, bracing, building, burning, capping, caulking, cutting, chipping of all types of piles, dismantling, drilling, erecting, fabricating, fitting, handling, lagging, loading, moving, plumbing, rafting, securing, signaling, spotting, welding, wrapping, and tying back, unloading and removing, all materials of any kind, make, shape or composition, whether prestressed or post stressed concrete, pipe, corrugated shell where power rigging is used, sand piles, sheet piles, auger cast type piling, wood, plastic, fiberglass, steel or any metal or synthetic which is used or installed in, or for, the building, construction, alteration, maintenance, or repair of wharfs, bridges, docks, piers, bulkheads, trestles, offshore drilling platforms of oil, gas, or any other purpose, coal docks, cofferdams, tunnels, seawalls, seawall caps, boardwalks, deck, and temporary flotation devices;

Pilings used in retaining walls, reservoirs, ditches, canals, spillways, cuts, or in any place where retaining walls are used, made of any kind of material, whether temporary or permanent; weights for piers, caissons, and test piles; Test piles and other test materials, including the securing of such materials except for independent testing equipment done by an independent testing laboratory;

Foundation work, including all piling, whether cast-in-place, poured-in-place, driven, jetted, augured, pre-augured or placed, and all caisson, drilled shaft and vibro-flotation foundations;

The splicing, heading, placing of stringers for frame work, fabrication and placing of wailing, spring and fender lines of any material described above;

The driving, vibrating, jetting, sinking, or screwing of all materials described above, whether by steam, pneumatic, hydraulic, electric, diesel, gravity, or vibratory hammer power; All other work in connection with drilling of any holes, shafts or caissons, for foundation work, spotting, aligning, monitoring, plumbing, and leveling of all drilling equipment whether the drilling is vertical, diagonal, on land or water, and is performed by equipment mounted on trucks, cranes, platforms or barges, or any other kind of mounted or self-contained water or land unit; and the handling, loading, unloading, changing, setting up, repairing, welding, or maintenance of the drilling equipment on the job site.

The fabrication and placing of all decking and guards on all docks, wharfs, and piers on the jobsite. All labor (except the work of the Operating Engineers and Oilers) employed in the actual operation of Piledriving equipment used from whatever purpose, including the operation of deck winches. The operation of vibratory hammer controls, hammer throttle values and panels not permanently fixed to a crane within reach of the Operator work.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

**PILEDRIVERS, BRIDGE CARPENTERS & DIVERS, Continued**

Diving: shall be defined as any work performed beneath the water surface, which require individual external life support systems for safe and efficient performance. All underwater construction and reconstruction and the salvage of, and removing of, underwater structures; underwater inspection and repair of hulls, docks, bridges and dams, underwater pipelines, sewages and water systems, underwater suction and discharge lines such as those used at chemical plants, pull mills, and desalinization plants; inspecting, surveying , removing, rescuing, and recovering of all objects below water surfaces; all underwater work necessary on offshore oil platforms permanent or temporary, including all offshore floating drill rights and offshore jack up platforms; all underwater work on pipelines and hookups including oil, gas, water sewage systems; the laying of under water power and telephone cables; offshore marine mining and dredging operations using divers in any phase of tier work; all petroleum, fisheries, oceanographic, research and experimental work, nuclear reactors where the use of divers is necessary; all underwater demolition and blasting work requiring divers.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

### PIPEFITTERS, AIR CONDITIONING & REFRIGERATION

**R-1 ALL PIPING NOT FOR AIR CONDITIONING WORK; AND, COMMERCIAL UNLIMITED, ALL PIPING SYSTEMS OVER 100**

| | | | | |
|---|---|---|---|---|
| Pipefitter, Air Conditioning & Refrigeration | $ 40.78 | $ 7.85 | $ 6.30 | $ 54.93 |

**R-2 COMMERCIAL LIMITED, PIPING LIMITED, ALL AC SYSTEMS REFRIGERATION, PIPING UP TO 100 TONS**

| | | | | |
|---|---|---|---|---|
| Pipefitter, Air Conditioning & Refrigeration | $ 32.62 | $ 7.85 | $ 5.95 | $ 46.42 |

**R-3 COMMERCIAL AC, REFRIGERATION, ICE MACHINES, SELF CONTAINED AND SPLIT SYSTEMS UP TO 50 TONS**

| | | | | |
|---|---|---|---|---|
| Pipefitter, Air Conditioning & Refrigeration | $ 26.51 | $ 7.60 | $ 5.35 | $ 39.46 |

**R-4 UNLIMITED RESIDENTIAL AND LIGHT COMMERCIAL UP TO 10 TONS**

| | | | | |
|---|---|---|---|---|
| Pipefitter, Air Conditioning & Refrigeration | $ 22.43 | $ 7.60 | $ 1.00 | $ 31.03 |

| | | | | |
|---|---|---|---|---|
| **Foreman -** Required for four (4) or more workers; also required on all jobs 150 tons or over. A foreman may supervise up to nine (9) Pipefitter, Air Conditioning & Refrigeration Workers. | $ 46.90 | $ 7.85 | $ 6.30 | $ 61.05 |
| **General Foreman -** Required when three (3) foremen are required. A general foreman may supervise up to five (5) foreman. | $ 50.98 | $ 7.85 | $ 6.30 | $ 65.13 |

### Apprentices:

**NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship. Please see pages 7-8 of the Supplemental General Conditions for more information.**

| | | | | |
|---|---|---|---|---|
| 1st year | $ 18.35 | $ - | $ 0.35 | $ 18.70 |
| 2nd year | $ 20.39 | $ 6.15 | $ 0.35 | $ 26.89 |
| 3rd year | $ 24.47 | $ 6.15 | $ 0.35 | $ 30.97 |
| 4th year | $ 26.51 | $ 6.15 | $ 3.74 | $ 36.40 |
| 5th year | $ 28.55 | $ 6.15 | $ 3.90 | $ 38.60 |

### APPRENTICE RATIO: One (1) Apprentice to one (1) Pipefitter, Air Conditioning & Refrigeration Worker

(1) Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|
| | | | | |

### PIPEFITTERS, AIR CONDITIONING & REFRIGERATION, Continued

Scope of work under this trade includes but is not be limited to:  All piping, setting and hanging of all units and fixtures for air conditioning, cooling, heating, roof cooling, refrigeration, ice making, humidifying, dehumidifying, dehydrating, by any method, and the charging and testing, servicing of all work after completion.

The installation and service of all circulating water lines when used for the distribution of heat and heat transfer equipment on ornamental pools, commercial and residential pools and spas, display fountains and aquariums.

All piping, handling and setting of equipment in connection with central distributing filtration treatment stations, boosting stations, water treatment, waste and sewage disposal plants, central chlorination and chemical treatment work and all underground supply lines to cooling wells, suction basins, filter basins, settling tanks, aeration basins or tanks and lift stations.  (This applies to public work when installed or serviced and would apply to private work after its completion and or under pubic operation.)

The handling, assembling and erecting of all economizers, super heaters, regardless of mode or method of making joints, hangers and erection of same, when used in connection with the pipefitting industry.

All internal and external piping on boilers, heaters, tanks and evaporators, water legs, water backs and water grates, boiler compound equipment, etc., when in connection with the pipefitting industry.

The setting and erecting of all boiler feeders, water heaters, filters, water softeners, purifiers, condensate equipment, pumps, condensers, coolers and all piping for same when used in connection with the pipefitting industry.

The setting and erecting of all underfeed stokers, fuel burners and piping, including gas, oil, power fuel, hot and cold air piping and all accessories and parts of burners and stokers, etc., when used in connection with the pipefitting industry.

Make-up water supply from main to equipment installed by Pipefitters.

All meters for measuring a volume of any substance, when used in connection with the pipefitting industry.

The setting and hanging of all units or fixtures for ice making when unit must be assembled before operation. (Shipping bolts, grids and other parts are to be removed or put in place.)

All solar systems, piping and collectors of every description when used in connection with the pipefitting industry.

The installation and service of hydraulic or pneumatic door openers when in connection with industrial, manufacturing and commercial applications. Airports included.

All gas piping from the main to the meter. All distribution lines.

The assembling, erecting, handling and setting of tanks used in connection with the pipefitting industry.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

### PIPEFITTERS, AIR CONDITIONING & REFRIGERATION, Continued

The setting, erecting and piping for all smoke consuming and smoke washing and regulating devises, when used in connection with the pipefitting industry.

The setting, erecting and piping of instruments, measuring devices, thermostatic controls, gauge boards and other controls used in connection with power, heating, refrigeration, air conditioning, manufacturing, mining and industrial work.

The setting and erection of all oil heaters, oil coolers, storage and distribution tanks, transfer pumps and mixing devices and piping thereto, when used in connection with the pipefitting industry.

Installations of drain lines from equipment installed by pipefitters where drain lines drop to a safe waste, floor drain, roof, or any open fixture and where drain lines are not directly connected to a sanitary system.

Recovery condensate systems in their entirety.

The setting, erecting and piping of all cooling units, pumps, reclaiming systems and appurtenances in connection with transformer and piping to switches of every description.

The installation and service of vacuum cleaning equipment and piping when used in connection with manufacturing plants, maintenance facilities, airport terminals, post offices, etc.

The installation and service of vacuum systems when used in connection with manufacturing plants, maintenance facilities, airport terminals, post offices, etc.

The installation and service of oxygen systems when used in connection with manufacturing, commercial & industrial application.

All sheet lead lining for tanks or vats for all purpose, when in the category of industrial work.

All piping for railing work and racks of every description, whether screwed or welded when assigned by the Contractor.

All power plant piping of every description, as it applies to the pipefitting industry.

The unloading, handling and setting of all sterilizers, laundry and cleaning equipment will be done by composite crew. Steam and oil lines will be done by this trade classification.

Laying out, cutting, bending and fabricating of all pipe work of every description by whatever mode or method, when used in connection with the pipefitting industry.

All acetylene and arc welding, brazing, lead burning, soldered and wiped joints, caulked joints, expanded joints, rolled joints or any other mode or method of making joints used in connection with the pipefitting industry including pipe fusing.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

### PIPEFITTERS, AIR CONDITIONING & REFRIGERATION, Continued

The laying out and cutting of all holes, chases and channels, the setting and erection of bolts, inserts, stands, brackets, supports, sleeves, thimbles, hangers, conduit and boxes, used in connection with the pipefitting industry. Hangers, supports, brackets requiring off site fabrication may be purchased from miscellaneous metal or structural steel fabricators.

The handling and using of all tools and equipment that may be necessary for the erection and installation of all work and materials used in connection with the pipefitting industry.

The operation, maintenance, repairing, servicing, test and balance, and dismantling of all work installed by this trade classification.

All soot blowers and soot collecting piping systems, when used in, connection with the pipefitting industry.

All piping for artificial gases, natural gases, holders and equipment for same, chemicals, minerals and by products and refining of same, when used in connection with the pipefitting industry.

All ash collecting and conveyor piping systems, including all air washing and dust collecting piping and equipment, accessories and appurtenances and regulating devices, etc., when used in connection with the pipefitting industry.

All pneumatic transit tube work and all piping for carrying systems by vacuum.

All process piping and equipment for refining, manufacturing, and industrial purposes.

The installation and service of all piping systems and equipment with grease pressure lubricating and hydraulic lifts in connection with industrial manufacturing, commercial and maintenance facilities applications (excluding schools). Service station installations optional pertaining to grease pressure and hydraulic lift installations until assigned.

The installation of all related piping, fuel storage tanks and exhaust piping for emergency generators, manufacturing plants, airports, post offices and industrial applications.

The installation and service of all air piping and related equipment in connection with manufacturing plants, industrial, airports, post offices, etc.

The installation and service of all fuel oil, gasoline and cleaning solvent piping and related equipment in connection with manufacturing plants, industrial, airports, post offices. Maintenance facilities and service stations optional until assigned.

The installation and service of all oxygen and acetylene piping systems and related equipment in connection with manufacturing plants or remote distribution systems and industrial applications. Maintenance facilities and service stations optional until assigned.

The setting, erecting and piping of all cooling towers and evaporative condensers.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

## PIPEFITTERS, AIR CONDITIONING & REFRIGERATION, Continued

All work related to the removal and replacement of CFC Refrigerants as mandated by the federal, state and local laws.

All work done in the pipefitter industry to comply with any environmental rules or regulations as set forth by federal, state, or local governments.

Equipment used on building and construction work in conjunction with the work of the trade, as a time and labor saving device, shall be operated by qualified Employees under this trade classification.

The operation of pumps, air compressors and welding machines when used in conjunction with work covered by the pipefitters, shall be done by this trade classification.

The testing and balancing of all piping systems or component parts thereof and solar systems, shall be done by this trade classification.

Temporary mechanical equipment and air conditioning systems shall be installed and serviced by this trade classification.

The unloading and handling from curbstone delivery, all equipment (including cooling towers) materials, the erection, installation of all tubing and piping, the setting and hanging of all units and fixtures which are included and necessary to make and complete an air conditioning, refrigeration, heating, piping installation, and solar installation, including the charging, testing, air and water balancing, servicing and maintenance of same and warranty of same.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|
| **PLUMBERS** | | | | |
| Plumbers | $ 30.78 | $ 6.90 | $ 5.34 | $ 43.02 |
| Foremen (10 or more employees) | $ 35.42 | $ 6.90 | $ 5.34 | $ 47.66 |
| General Foremen (16 or more employees) | $ 40.05 | $ 6.90 | $ 5.34 | $ 52.29 |

**Apprentices:**

NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship. Please see pages 7-8 of the Supplemental General Conditions for more information.

| | | | | |
|---|---|---|---|---|
| 1st year | $ 16.62 | $ 3.44 | $ 0.40 | $ 20.46 |
| 2nd year | $ 17.54 | $ 4.99 | $ 1.85 | $ 24.38 |
| 3rd year | $ 18.78 | $ 5.09 | $ 2.03 | $ 25.90 |
| 4th year | $ 20.01 | $ 5.15 | $ 2.03 | $ 27.19 |
| 5th year | $ 23.09 | $ 5.06 | $ 2.03 | $ 30.18 |

(1) Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

Scope of work under this trade includes but is not be limited to: the installation of appliances, piping and plumbing fixtures to be done by plumber and plumbers apprentices. All job site unloading from tailgate and after, all of the handling and rigging of materials, fixtures, appliances having waste, water or gas connections, tools and equipment, for use in the work covered shall be done by plumbers and plumber apprentices. Also included, where required, cement under tubs and all cementing of pipe supports and columns for piping systems. All filling and testing fixtures and pipes as required, including the layout and hook-up of water hoses for tests. Additionally where required: covering of fixtures for protection, grouting of all fixtures and cementing of all plumbing pipe chases and sleeves.

Plumber shall mean any person employed by a firm or corporation lawfully licensed to contract for and install work covered by the Plumbing Code of Miami-Dade County. The scope of work shall be, but not limited to as follows: All piping, setting and hanging of all units and fixtures for plumbing systems, water, waste, floor drains, drain gates, supply, leader, soil pipe, grease traps, sewage and vent lines. All cold, hot and circulating water lines, piping for house pumps, cellar drains, ejectors, house tanks, pressure tanks, swimming pools, ornamental pools, display fountains, drinking fountains, aquariums, plumbing fixtures and appliances, and the handling and setting of the above mentioned equipment. All piping in connection with central distributing filtration treatment stations, boosting stations, water and sewage disposal plants, central chlorination and chemical treatment work, and all underground supply lines to cooling wells, suction basin, filter basins, settling basins, and aeration basins or tanks and lift stations on private property.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

**PLUMBERS, Continued**

All potable water mains for whatever source, including branches and fire hydrants, etc. All potable water services from mains to buildings, including water meters and water meter foundations. All piping for potable water filters, water softeners, water meters and the setting of the same. All meters for measuring a volume of any substance, when used in connection with the plumbing industry. The laying out and cutting of holes, chases and channels, the setting and erection of bolts, inserts, stands, brackets, supports and boxes used in connection with the plumbing industry. The handling and using of all tools and equipment that may be necessary for the erection and installation of all work and material used in connection with plumbing.  Laying out, cutting, bending and fabricating of all pipe work of every description, by whatever mode or method, when used in connection with the plumbing industry.

Prepare and grade trenches either manually or with machines in connection with the plumbing.  The setting and hanging of all units or fixtures for ice making when units are complete and ready for operation.  All Solar systems, piping and collectors of every description when used. All gas piping on the building side of meter, all piping of air systems including the assembling, erecting, handling and setting of all equipment used in the systems. The assembling, erecting, handling and setting of tanks, piping of instruments, measuring devices, thermostatic controls, gauges boards and other controls, oil heaters, oil coolers, storage and distribution tanks, transfer pumps and mixing devices and piping thereto. Installation of drain lines from equipment installed by pipefitters where directly connected to a sanitary system and condensate drain as part of system.

Down spouts and drainage area soil pipes, catch basins, manholes, drains, gravel basins, storm water sewers, septic tanks, cesspools, water storage tanks, air conditioning and heating drain directly connected to storm drains and condensation systems. The installation and service of vacuum cleaning equipment and piping, vacuum systems and the installation and service of oxygen systems. All acetylene and arc welding, brazing, lead burning, soldering and wiped joints, caulked, expanded and rolled joints, or any other mode or method of making joints in connection with the plumbing industry.

Inspections of sewer lines for leak and damages through the use of video camera inspections and the repairing of any leaks or replacing pipes.

Smoke testing on sanitary piping systems and the repairing of damaged pipes; domestic water piping, reclaim water and irrigation water distribution; water pipe locating and leak detection and repairs of all water services, water distribution, irrigation and reclaim water piping.

All reclaim water systems and water harvesting systems installed and maintained by the plumbers including underground tank, above ground tanks, pumps and filters and filtering systems.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|
| **ROOFERS** | | | | |
| Roofers | $ 25.59 | $ 6.47 | $ 2.50 | $ 34.56 |
| Foreman | $ 27.59 | $ 6.47 | $ 2.50 | $ 36.56 |
| Helper 1st year | $ 12.80 | $ 6.47 | $ 2.50 | $ 21.77 |
| Helper 2nd year | $ 15.35 | $ 6.47 | $ 2.50 | $ 24.32 |
| Helper 3rd year | $ 17.91 | $ 6.47 | $ 2.50 | $ 26.88 |

(1)  Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

The application and installation of the following types of work:  All forms of elastomeric, elasto-plastic and thermo-plastic roofing systems, both sheet and liquid applied, whether single-ply or multi-ply.  These shall include but not be limited to Polyvinyl chloride systems (PVC), Butyl Rubber, ethylene propylene diene monomer (EDPM), Polyisobutylene (PIB), Chlorinated polyethylene (CPE), Chlorosulfonated polyethylene (CSPE), Neoprene, Nitrile Alloy (NBP), Ethylene Interpolymers (EIP), Thermoplastic Polyolefins (TPO), Ethylene Tetra Fluoro Ethylene (ETFE).

All base flashings, curb flashings and counter flashings of elastomeric, elasto-plastic or thermos-plastic composition as outlined in (1) used to roof or waterproof intersections of horizontal surfaces.

All components of elastomeric, elasto-plastic and thermos-plastic roofing systems used to seal the roof, including but not limited to nailers, blocking, ballast of all types of walkways, reinforcements, preformed panels, protection boards, plaza pavers, expansion joints, pitch pans, scupper flashing, drain flashings, compression seal, termination bars, caulking, and sealants.

All insulations applied with the above systems, whether laid dry, mechanically fastened or attached with adhesives.

All forms of composite insulations having nailable surfaces or any other means of attachments (e.g. plywood, pressboard, chipboard, drywall, or other laminates) bonded to the insulation wherever such composite insulations are used as an integral thermal insulating component of the roofing system.

All types of aggregates, blocks, bricks, stones, pavers, soils, overburdens, vegetation or units of photovoltaic cell construction used to ballast or protect these elastomeric, elasto-plastic and thermo-plastic systems.

All solar or photovoltaic cell-type integrated roof membranes used to transform solar energy to electrical energy.

All types of aggregates, blocks, bricks, stones, pavers, soils, overburdens, vegetation or units of photovoltaic cell construction used to ballast or protect inverted roof membrane assembly (IRMA) roofs or roofs of similar construction where the insulation is laid over the roof membrane.

All sealing and caulking of seams and joints on these elastomeric, elasto-plastic and thermos-plastic systems to ensure that these systems are watertight.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

### ROOFERS, Continued

All cleaning, preparing, priming and sealing of surfaces to be roofed, whether done by roller, mop, swab three-knot brush, squeegees, spray systems or any other means of application.

All handling, hoisting, lifting and storing of all roofing materials.

All tear off and/or removal of any type of roofing including ballast and all overburdens, all spading, sweeping, vacuuming and/or cleanup of any and all areas of any type where an elastomeric, elasto-plastic or thermos-plastic or similar product as listed above to be re-laid or any cleanup of any materials on any construction site and operation of equipment that are used these roofing systems under the roofing trade.

All components of water recapturing systems that is an integral part of these types of roofing systems that protect against water and moisture mitigation or intrusion.

All components of rooftop and sub-surface water recapture or rainwater harvest systems that are an integral part of these type roof systems where the primary purpose is to control and manage water run-off.

All water and flood testing of all roofing systems.

All substitutions, improvements, changes, modifications and/or alternatives to roofer jurisdiction or materials listed above.

All other materials, equipment and/or applications necessary or appropriate to complete, perform or apply the processes and/or materials under this trade.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

**SHEET METAL WORKERS**

**Commercial**

| | | | | |
|---|---|---|---|---|
| Sheet Metal Workers | $ 27.90 | $ 8.11 | $ 5.77 | $ 41.78 |
| Foreman  (4 - 10 workers) | $ 30.69 | $ 8.11 | $ 5.77 | $ 44.57 |
| General Foreman (2 or more Foreman) | $ 32.09 | $ 8.11 | $ 5.77 | $ 45.97 |

**Industrial**

| | | | | |
|---|---|---|---|---|
| Sheet Metal Workers | $ 37.09 | $ 8.11 | $ 6.06 | $ 51.26 |
| Foremen (4 -10 workers) | $ 42.65 | $ 8.11 | $ 6.06 | $ 56.82 |
| General Foremen (2 or more Foremen) | $ 44.51 | $ 8.11 | $ 6.06 | $ 58.68 |

Industrial Rate are used for Garbage Disposal Plants and Water & Sewer Treatment Plants.

**Apprentices:**

NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau.  In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship.  Please see pages 7-8 of the Supplemental General Conditions for more information.

**Commercial Apprentice**

| | | | | |
|---|---|---|---|---|
| 1st  6 months | $ 15.35 | $ 8.11 | $ 3.18 | $ 26.64 |
| 2nd  6 months | $ 15.35 | $ 8.11 | $ 3.18 | $ 26.64 |
| 3rd  6 months | $ 16.74 | $ 8.11 | $ 3.46 | $ 28.31 |
| 4th  6 months | $ 18.14 | $ 8.11 | $ 3.76 | $ 30.01 |
| 5th  6 months | $ 19.53 | $ 8.11 | $ 4.04 | $ 31.68 |
| 6th  6 months | $ 20.93 | $ 8.11 | $ 4.33 | $ 33.37 |
| 7th  6 months | $ 22.32 | $ 8.11 | $ 4.62 | $ 35.05 |
| 8th  6 months | $ 23.72 | $ 8.11 | $ 4.91 | $ 36.74 |

**Industrial Apprentice**

| | | | | |
|---|---|---|---|---|
| 1st  6 months | $ 20.40 | $ 8.11 | $ 3.34 | $ 31.85 |
| 2nd  6 months | $ 20.40 | $ 8.11 | $ 3.34 | $ 31.85 |
| 3rd  6 months | $ 22.25 | $ 8.11 | $ 3.64 | $ 34.00 |
| 4th  6 months | $ 24.11 | $ 8.11 | $ 3.94 | $ 36.16 |
| 5th  6 months | $ 25.96 | $ 8.11 | $ 4.24 | $ 38.31 |
| 6th  6 months | $ 27.82 | $ 8.11 | $ 4.55 | $ 40.48 |
| 7th  6 months | $ 29.67 | $ 8.11 | $ 4.85 | $ 42.63 |
| 8th  6 months | $ 31.53 | $ 8.11 | $ 5.16 | $ 44.80 |

**APPRENTICE RATIO:  Three (3) Apprentices to three (3) Sheet metal Workers**

(1) Per hour health benefit includes hospitalization, medical, life vision and dental insurance.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

**SHEET METAL WORKERS, continued**

Scope of work under this trade includes but is not be limited to:  (a) manufacture, fabrication, assembling, handling, erection, installations, dismantling, conditioning, adjustment, alteration, repairing and serving of all ferrous or nonferrous metal work and all other materials used in lieu thereof and of all HVAC systems, air veyor systems, exhaust systems and air-handling systems regardless of materials used including the setting of all equipment and all reinforcements in connection therewith; (b) all lagging over insulation and all duct lining; (c) testing and balancing of all air-handling equipment and duct work; (d) the preparation of all shop and field sketches whether manually drawn or computer assisted used in fabrication and erection, including those taken from original architectural and engineering drawings or sketches; and, (e) installation of proprietary and non proprietary metal roofing.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

### SPRINKLER FITTERS

Low Commercial: Construction up to 12 stories and all warehouses up to 800,000 square feet.

| | | | | |
|---|---|---|---|---|
| Sprinkler Fitters | $ 30.03 | $ 11.10 | $ 10.20 | $ 51.33 |
| Foreman (4 or less workers) | $ 31.78 | $ 11.10 | $ 10.20 | $ 53.08 |
| Foreman (5 or more workers) | $ 32.28 | $ 11.10 | $ 10.20 | $ 53.58 |
| General Foreman (15 or more workers) | $ 34.28 | $ 11.10 | $ 10.20 | $ 55.58 |

Commercial: Construction 13 stories or more.

| | | | | |
|---|---|---|---|---|
| Sprinkler Fitters | $ 31.28 | $ 11.10 | $ 10.20 | $ 52.58 |
| Foreman (4 or less workers) | $ 33.03 | $ 11.10 | $ 10.20 | $ 54.33 |
| Foreman (5 or more workers) | $ 33.53 | $ 11.10 | $ 10.20 | $ 54.83 |
| General Foreman (15 or more workers) | $ 35.53 | $ 11.10 | $ 10.20 | $ 56.83 |

### Apprentices:

**NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship. Please see pages 7-8 of the Supplemental General Conditions for more information.**

**For Apprentices indentured after June 30, 2011 but prior to July 1, 2017**

| | | | | |
|---|---|---|---|---|
| 1st year | $ 15.64 | $ 10.20 | $ 1.50 | $ 27.34 |
| 2nd year | $ 16.85 | $ 10.20 | $ 1.65 | $ 28.70 |
| 3rd year | $ 18.77 | $ 10.20 | $ 1.95 | $ 30.92 |
| 4th year | $ 22.52 | $ 10.20 | $ 9.45 | $ 42.17 |
| 5th year | $ 25.53 | $ 10.20 | $ 9.75 | $ 45.48 |

**For Apprentices indentured after June 30, 2017**

| | | | | |
|---|---|---|---|---|
| 1st year | $ 15.64 | $ 10.20 | $ 1.50 | $ 27.34 |
| 2nd year | $ 17.20 | $ 10.20 | $ 1.50 | $ 28.90 |
| 3rd year | $ 18.77 | $ 10.20 | $ 1.50 | $ 30.47 |
| 4th year | $ 22.52 | $ 10.20 | $ 8.70 | $ 41.42 |
| 5th year | $ 25.53 | $ 10.20 | $ 8.70 | $ 44.43 |

**APPRENTICE RATIO: One (1) Apprentice for every two (2) Sprinkler Fitters**

(1)  Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

Scope of work under this trade includes but is not be limited to: the installation of all fire protection and fire control systems including the unloading, handling by hand, power equipment and installation of all piping and tubing appurtenances and equipment pertaining thereto, including both overhead and underground water mains, fire hydrants and hydrant mains, hose and hose connections with sprinkler and alarm systems, also all tanks and pumps connected thereto, but excluding steam fire protection systems.  Also, included shall be detection systems, mulsifyre, fog and fog foam, also dry chemical systems.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2023**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

**WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.**

For any class of laborers or mechanics which is not listed in the wage determination
and which is to be employed under the contract, please contact Small Business Development
for a wage determination.

Questions concerning the comparability of worker classifications or the applicability
of Davis-Bacon classification shall be determined by the County.

**Please Contact:**

**Internal Services Department**
**Small Business Development Division**
**The Stephen P. Clark Center**
**111 N.W. 1st Street - 19th Floor**
**Miami, Florida 33128-1906**
**Phone Number: (305) 375-3111**
**Fax Number:  (305) 375-3160**

# NOTICE
## County Code §2-11.16



## NOTICE TO ALL EMPLOYEES WORKING ON COUNTY CONSTRUCTION PROJECTS

### RESPONSIBLE WAGES AND BENEFITS

### MINIMUM WAGE
You must be paid <u>not less than</u> the required base hourly rate and benefits listed in the Wages and Benefits Schedule for every hour worked. You may not be paid below the base rate even if the value of the fringe benefits provided to you exceeds the value of the health and pension required in the schedule.  Additionally, you must be paid not less than the combined dollar value (Base Rate + Health + Pension Benefit) listed in the wage and benefits schedule posted with this notice for the type of work you are performing if benefits are not provided.

### OVERTIME
You must be paid time and one-half of your rate of pay for all hours worked in excess of 40 hours in a week.

### APPRENTICES  & TRAINEES
Apprentices/trainees rates apply only to apprentices and trainees properly registered under an approved Federal or State apprenticeship or training program.

### SANCTIONS
Sanctions for a first-time offender are 20% of the amount of underpayment payable to the County. The sanctions increase to 40% for the second underpayment and 60% for the third underpayment. Contractors found to have underpaid a fourth time may be subject to suspension or termination in accordance with the contract terms and debarment in accordance with the debarment procedures of the County.

### COMPLAINTS   Written complaints of underpayment should be filed with:

Internal Services Department
Small Business Development Division
111 NW 1ST Street, 19TH Floor Miami, FL 33128
Telephone: (305) 375-3111 FAX: (305) 375-3160
Email:  SBDMAIL@MIAMIDADE.GOV

**MIAMI-DADE COUNTY**
miamidade.gov

**Internal Services Department**
**Small Business Development**
111 NW 1 Street, 19th Floor
Miami, Florida 33128
T 305-375-3111  F 305-375-3160

# FAIR WAGE AFFIDAVIT

Before me, the undersigned authority appeared _____ the
**(PRINT NAME)**

_____ of _____,
**(PRINT TITLE)**        **(PRINT NAME OF BIDDER OR PROPOSER)**

who attests that _____shall pay workers on
**(PRINT NAME OF BIDDER OR PROPOSER)**

the project minimum wage rates in accordance with Responsible Wages and Benefits, Section 2-

11.16 of the Code of Miami-Dade County and the Labor Provisions of the contract documents.

**State of FLORIDA**
**County of Miami-Dade**

Sworn to (or affirmed) and subscribed before me this _____day of _____, 20_____.

_____Personally, known or_____ produced identification.

_____        _____
**(Signature of Notary Public - State of Florida)**        **(Print, Type, or Stamp Commissioned Name of Notary Public)**

Type of identification produced:_____



# Contractor Quick Start Guide

**Version: 2**
**Date: 8/3/2022**



117 E. Chapman Ave. Orange, CA 92866



# Table of Contents

Contractor Quick Start Guide ..................................................................................3

   Contacting LCPtracker Support .............................................................................3

   LCPtracker Training Options ..................................................................................4

   Add/Edit Employee.................................................................................................4

      Add/Edit Employee Information.............................................................................4

      Default Hourly Paid Fringes (As paid to Fund on behalf of employee)................5

      Default Other Deductions Notes............................................................................5

1. Payroll Records Tab............................................................................................5

   1. Copy Payroll ......................................................................................................5

   2. Upload from a Payroll System Export File .........................................................6

   3. Upload from the Excel Spreadsheet ..................................................................7

   4. Direct Payroll Subscription/Interface (DPI)........................................................8

   5. Manual Entry .....................................................................................................8

      Amounts Paid (top section of the Payroll Record Entry Form)............................8

      Classifications.......................................................................................................9

      Hours Worked Each Day for This Project Only.....................................................9

      Fringes/Contributions Paid to Other (Not Employee) for This Project Only........10

      Paycheck – Deductions, Payments, and Notes................................................11

      Saving the Payroll Record..................................................................................12

2. Notices Tab.......................................................................................................13

3. Certification Tab.................................................................................................13

   Certification Wizard - Step 1 of 2 .........................................................................14

   Certification Wizard - Step 2 of 2 .........................................................................14

State Specific Uploads ...........................................................................................15

   California DIR XML Upload....................................................................................15

   Washington L&I XML Upload.................................................................................15

   Illinois DOL Export Upload....................................................................................16

**Phone:** 714-669-0052 x 4 **Email:** support@lcptracker.com **Web:** lcptracker.com | © LCPtracker, Inc. – Confidential.
Do not release or distribute in any way without express written consent of LCPtracker, Inc.



# Contractor Quick Start Guide

At LCPtracker (Labor Compliance Program Tracker), we are aware that using a Prevailing Wage Software may be a new undertaking for many Contractors. We have designed this guide to explain what LCPtracker is used for and how to start using the software.

The LCPtracker service is a paperless, online system of entering Certified Payroll Reports (CPRs). Payroll data may be entered directly into the system or uploaded from major construction accounting systems or payroll programs. This service eliminates the need for Contractors to submit paper documents and forms while providing an online database that stores all CPRs.

All contract-specific wage rates, fringe rates and worker crafts/classifications are online within the system, and Contractors may then select craft/classifications from a drop-down menu. Potential errors in wage rates or work classification entries can be flagged to Contractors preemptively, allowing them to submit data with corrections implemented. (This is contingent on how the Administrator set up their Project validations). Once you have submitted your CPR, an electronic version will be available, and you will have access to all Contractor reports within LCPtracker.

**It is important to understand that the LCPtracker validation rules operate to assist you in your compliance process only insofar as the correct classifications are chosen by the user, and the correct data is entered by the user.**

# Contacting LCPtracker Support

There is no cost to Contractors for this service or for online training. We have a dedicated Support staff available Monday through Friday from 5:00am until 5:30pm PST.

Contractors may access the various options for training after receiving a User ID and password, which will be sent by a "no reply" email address from LCPtracker (i.e., NOREPLY@LCPtracker.com). This email, with login instructions, will be sent to Contractors once they're assigned to an account in LCPtracker by your Agency or Prime Contractor. Every Contractor account is created by the Agency or their Prime Contractor. Complete and full support is offered directly to Contractors by LCPtracker for any technical questions on the use of the software.

Contact LCPtracker Support:



- 714-669-0052 option 4; or
- Support@LCPtracker.com; or
- Live Chat

**Phone:** 714-669-0052 x 4 **Email:** support@lcptracker.com **Web:** lcptracker.com  | © LCPtracker, Inc. – Confidential.
Do not release or distribute in any way without express written consent of LCPtracker, Inc.



If you send the Support Team an email or prefer to leave a voice message, LCPtracker asks that you include the information listed below (because of the high number of users stored within LCPtracker, we cannot look up your account with only your company name or project you are working on).

- Your Company Name
- Your User ID
- Your Name and Phone Number
- What the Issue is – please be a specific as possible so we can re-create the issue

## LCPtracker Training Options

Contractors can access the various options for training after receiving a User ID and password. An email with login instructions will be sent to Contractors once they are assigned to an account in LCPtracker. Every Contractor account is created by the Agency or their Prime Contractor.



## Add/Edit Employee

This section is used to enter Contractor employee's personal information.

To add an employee into system or edit someone already in system, click 'Set Up' and then 'Add/Edit Employee'.



### Add/Edit Employee Information

Enter the appropriate employee information in the data fields. Tab key or mouse click to move between fields. Any **RED** asterisk field(*) is required by the Agency, and the system will not save unless the information is entered in the required fields.

Page **4** of 1**8**



## Default Hourly Paid Fringes (As paid to Fund on behalf of employee)

This section is known as a 'time saver'. It is optional to fill in the hourly fringe rates in this section. This will allow for ease of use when entering payroll records manually, as you will be able to click the 'Calculate Fringes' button on the Payroll Entry screen, and the system will perform the mathematical calculation of the hourly fringes multiplied by the hours worked.

*If there are any predetermined increases, or your Union updates once a year, you will need to come back to this section and update your fringes accordingly.

**If you have multiple projects with different fringe rates, built in increases, or everyone has the same fringes and you only want to enter those dollar values once, skip this section and use the 'Fringe Benefit Maintenance' table to enter your hourly fringe rates into system.

Note: Any fringe amount entered in this section will supersede the fringe amount entered in that time saver section of the employee setup.



## Default Other Deductions Notes

Any deduction that is permissible according to the USDOL or your Agency (such as IRS garnishments, child support, a company loan, etc.) would fall under the 'other' deduction section. Any amount listed in 'other' will then dictate that 'other deduction notes' are required.

# 1. Payroll Records Tab

There are five methods of payroll entry available to all Contractors:

1. Copy Payroll feature in LCPtracker
2. Upload from a payroll system export file
3. Upload from the Excel spreadsheet
4. Direct Payroll Subscription / Interface (DPI)
5. Manual entry

## 1. Copy Payroll

This option is only available if a week of payroll has been previously completed. In the Payroll Records tab, click the 'Copy Previous Payroll' button, select the project, then select the CPR to be copied.

Phone: 714-669-0052 x 4 **Email:** support@lcptracker.com **Web:** lcptracker.com | © LCPtracker, Inc. – Confidential.
Do not release or distribute in any way without express written consent of LCPtracker, Inc.





# 2. Upload from a Payroll System Export File

In the Payroll Records tab, click the 'Upload Records' button, then click the 'Accounting Systems' button, you will see a partial list of the payroll companies that we have partnered with to create a payroll interface, or export file.

To see a complete list of payroll interfaces available, please visit www.lcptracker.com, and click the 'Resources' tab, then select 'Partners'. If you do not find your payroll company and would like to see if there is an opportunity to partner, please fill out the informational form listed under the "Upload Records" section and someone from LCPtracker will contact you.



Click on the name of your payroll company, and a list of directions on how to obtain your export file will be available, or you will see a request that you contact your payroll company directly for instructions on how to obtain that export file.

Page **6** of **18**

**Phone:** 714-669-0052 x 4 **Email:** support@lcptracker.com **Web:** lcptracker.com  | © LCPtracker, Inc. – Confidential.
Do not release or distribute in any way without express written consent of LCPtracker, Inc.



Once you have the export file, you can use it to upload your CPR using the "Upload Records" button.

# 3. Upload from the Excel Spreadsheet

There is an Excel spreadsheet template available for you to download in the same 'Upload Records' section mentioned above. There is a legend as well as instructions available on the Excel template.

Information can be manually entered into this Excel spreadsheet, or you can confer with your IT department to see if they can utilize this spreadsheet to create a report out of your existing payroll system.



Page **7** of **18**

# Entering Fringe Benefits on LCPTracker



Wages Paid in Lieu of Fringes (Total cash fringes) = hourly rate of fringe x hours worked on county job

This is an hourly rate of funds paid instead of Fringes Benefits. Funds paid directly to the employee and not paid into an approved plan.

**Paid into approved Plan.**
➢Health Insurance
➢Dental Insurance
➢Vision Insurance
➢Life Insurance
➢Accident Death & Dismemberment

**Paid into approved Plan**
➢ Pension Plan
➢ 401K

Page **8** of **18**



**Gross Employee Pay This Project** – The amount of basic wages paid for this project only. This is typically the hourly rate of pay multiplied by the hours worked (it could be more complex with overtime figured in).

**Wages Paid-in-Lieu of Fringes** – The amount paid to the employee instead of fringe benefits paid to a plan, fund or program. This amount is sometimes included in the Gross Employee Pay this Project depending on the accounting system and the agency reporting requirements. (Whether you are a Union Shop or Open Shop typically determines whether you pay these required fringes to an approved plan, fund or program, or pay them directly to the employee in cash.) This amount would be the rate-in-lieu of Fringes multiplied by the number of hours worked.

Lump Sum Payments

**Rate-in-lieu of fringes** – The hourly rate paid-in-lieu of fringes. If you pay your employees directly for the required fringe benefit instead of paying into an approved plan, fund or program, please list the hourly rate paid here.

**Base Hourly** – The hourly rate of pay not including fringes. Some accounting systems include taxable fringes and fringes paid-in-lieu in this amount, do not include those in this field.

**Overtime Hourly** – The hourly rate of pay multiplied by a factor of 1.5. Do not include fringe benefits in this equation, unless specifically called for by your Awarding Body.

**Doubletime Hourly** – The hourly rate of pay multiplied by a factor of 2. Do not include fringe benefits in this equation, unless specifically called for by your Awarding Body.



Rates

Page **9** of **18**



## 4. Direct Payroll Subscription/Interface (DPI)

This option allows you to choose to have LCPtracker map your existing payroll so that you may use it (as a PDF or .CSV file) as an upload file. Once you have it, you can use it to upload your CPR from that 'Upload Records' button.



## 5. Manual Entry

For Manual Entry, in the 'Enter Records' tab, you will enter a record each week for every employee that performs work covered by prevailing wages on their project.



If your employee works in more than one classification (i.e., they've worked 20 hours as a Carpenter and 20 hours as a Power Equipment Operator) enter two separate pay records to show that they are being paid according to the work performed.

### Amounts Paid (top section of the Payroll Record Entry Form)

Enter the appropriate amounts in the appropriate sections. Keep in mind this is just a transfer of historical data from your already existing payroll records.

1. Gross Employee Pay This Project – The amount of basic wages paid for this project only. This is typically the hourly rate of pay multiplied by the hours worked (it could be more complex with overtime figured in).

2. Wages Paid-in-Lieu of Fringes – The amount paid to the employee instead of fringe benefits paid to a plan, fund or program. This amount is sometimes included in the Gross Employee Pay this Project depending on the accounting system and the agency reporting requirements. (Whether you are a Union Shop or Open Shop typically

Page **10** of **18**

determines whether you pay these required fringes to an approved plan, fund or program, or pay them directly to the employee in cash.) This amount would be the rate-in-lieu of Fringes multiplied by the number of hours worked.

3.  Rate-in-lieu of fringes – The hourly rate paid-in-lieu of fringes. If you pay your employees directly for the required fringe benefit instead of paying into an approved plan, fund, or program, please list the hourly rate paid here.

4.  Base Hourly – The hourly rate of pay not including fringes. Some accounting systems include taxable fringes and fringes paid-in-lieu in this amount, do not include those in this field.

5.  Overtime Hourly – The hourly rate of pay multiplied by a factor of 1.5. Do not include fringe benefits in this equation, unless specifically called for by your Agency.

6.  Doubletime Hourly – The hourly rate of pay multiplied by a factor of 2. Do not include fringe benefits in this equation, unless specifically called for by your Agency.



## Classifications

This section lists the craft and classification that your employee worked on your project and will be paid for. If you mistakenly choose the wrong classification on the original entry page, you may change it here by clicking on the Edit button. (Remember that if your employee worked in more than one classification within this work week, you would need to enter a separate payroll record for that classification).



## Hours Worked Each Day for This Project Only

Enter the hours worked each day.

**Phone:** 714-669-0052 x 4 **Email:** support@lcptracker.com **Web:** lcptracker.com  | © LCPtracker, Inc. – Confidential.
Do not release or distribute in any way without express written consent of LCPtracker, Inc.

The first row is for regular time worked(1), the second row is for overtime worked(2) and the third row for is for double time worked(3).

ONLY enter hours worked on this prevailing wage job for this week. The system will total each type of hours worked, the days worked and the week under the totals hours column(4).



**Note:** If turned on by the Administrator, you may see an additional field 'Total Hours All Projects Worked' listed in the hours section.  If so, this field will require a manual entry for your employee's full hours worked that week.



## Fringes/Contributions Paid to Other (Not Employee) for This Project Only

You may utilize this section in two different ways:

1.  Auto calculate
2.  Manual entry



* DO  NOT USE - Not allowed by Responsible Wages & Benefits   ** Use to enter vision, dental, life, and Accidental Death & Dismemberment insurance Only

*Auto Calculate*: The first is by simply clicking the 'Calculate Fringes' button so that the system automatically calculates the fringe benefit rates paid.

*Manual Entry*: This only works if you filled out the hourly fringe benefit rates in the Add/Edit Employee screen (or the Fringe Benefit Maintenance section, also available in the Set Up tab). This function multiplies the hours worked times the fringe benefit rate to get the values.

The second way is to manually enter the total amounts paid per section (Vac/Hol/Dues, Health & Welfare, Pension, etc.) from your payroll register or paystubs. Mark the appropriate check boxes as required. If they are checked in the Add/Edit Employee setup, then that value carries over.

### Paycheck – Deductions, Payments, and Notes

Values entered in this section apply to all hours worked on all projects during the week.



1. <u>Deductions</u> - the 'Total Deductions' box will add as you enter values in the taxes, other deductions, Vac/Dues and Savings fields.

2. <u>Other Deduction</u> - this field is for permissible deductions that do not fall into the other available fields. If you put an amount in the 'Other' deductions field, an 'Other Deduction Note' will become required.

3. <u>Trav/Subs</u> - this field is for travel or subsistence paid to your employee. This amount does figure into the mathematical calculation that the system to ensure that Gross and Net pays are correct.

4. <u>Gross Pay All Projects</u> – the gross amount on the paycheck for the week including all projects worked.

5. <u>Paycheck Amount</u> – this is also referred to as Net pay. This is the actual amount of pay the employee received.

6. <u>Check Number</u> – you have the option of putting different information in this field. If you hand out actual checks to your employees, please enter the check number in this field. If

Page **13** of **18**

you utilize direct deposit and no check numbers exists, enter 'DD'.

7. <u>Payment Date</u> – this is the actual date of the paycheck. Not all Agencies require this field.

8. <u>Notes</u> – this is a section that allows you to communicate anything out of the ordinary that you would like your Agency to know.

9. <u>Other Deduction Notes</u> – if you entered a permissible deduction in the above-mentioned field, then you will be required to leave a note describing that deduction. Please remember to be transparent in your notes entered. We recommend that you list what the actual deduction is, and not write "other deduction" or "N/A".

## Saving the Payroll Record

When you have completed all the above-mentioned fields, Click Save.

### SAVE WITH NO NOTICES

With a successful save you will get this message:



### SAVE WITH NOTICES

If you do not get this message, look for the **RED** message on the screen. You may have to scroll through the payroll record to see what you have missed that may be a required field.



Page **14** of **18**



# 2. Notices Tab

Once you have entered all payroll records for the week, go to the '2. Notices' tab to check and see if you have any payroll Notices.

After your records have been saved: there could be issues ranging from forgetting to add an employee ID or phone number to forgetting to enter the Gross Employee Pay This Project field at the top of the Payroll Record Entry screen, this will display in the Notices tab.

If an employee is displayed on the notices screen (see below), the notice will need to be cleared.



To clear the notice, click on the Edit button to the right of the employee's name. This will take you back into the Payroll Record Entry screen. Scroll down the bottom and you will see detailed notes on exactly what your notice is.

If you do not understand the notice, there are options on how to get help. You can click on the Video Assistance 'Play Now' button and you will see a video that explains what the notice is and how to address it, or you can contact our Support department and they will assist you.

All Notices must be cleared to certify the payroll.

# 3. Certification Tab

It's time to certify your payroll! You will do this for each week beginning when you first start work on your project until the last week on the project.

There are three options available to you when you certify your payroll:
1. Certify a payroll for a week during which work was performed
2. Certify a payroll for a week during which no work was performed (non-work week payroll)
3. Certify a payroll for multiple consecutive weeks during which no work was performed

**Phone:** 714-669-0052 x 4 **Email:** support@lcptracker.com **Web:** lcptracker.com | © LCPtracker, Inc. – Confidential.
Do not release or distribute in any way without express written consent of LCPtracker, Inc.



## Certification Wizard - Step 1 of 2



To certify your payroll:
- Choose your project
- Choose the type of payroll you are certifying
- Choose your week ending date (if you choose multiple consecutive weeks, you will enter the start date and the last date)
- Enter your name as the person certifying your payroll
- Enter your title
- Click next

## Certification Wizard - Step 2 of 2

The Statement of Compliance (SOC) portion of your certified payroll report will display.

You now need to denote how you pay your fringe benefits (if you do both, you may choose both):

- 4a – paid into an approved plan, fund, or program
- 4b – paid in cash to the employee
- 4c – section to note any exceptions you might have, per craft/classification.

If you have any final remarks that you'd like to leave for your Agency, there is a section available to you to do so. Note: this field is mandatory is you are *recertifying* a CPR.

You may also click on a checkbox to note if your CPR is a final.

Enter your eSignature and click Save. This completes your CPR, and it will pop up in another window so long as you have your pop-up blocker turned off. (If you forget your e- Signature, go back to the Set Up tab, edit your eSignature, and then go back to the Certification Tab and follow the above procedures again.)



You have now completed certifying your payroll.

Your CPRs are electronically sent to your Administrator, and unless otherwise specified, there is no need to send or print out a hardcopy unless you would like to do so for your own records.

Remember that your CPR's will always be stored in your account to access at any time, so you may decide not to print out hardcopies.

Phone: 714-669-0052 x 4 Email: support@lcptracker.com Web: lcptracker.com  | © LCPtracker, Inc. – Confidential.
Do not release or distribute in any way without express written consent of LCPtracker, Inc.



# State Specific Uploads

## California DIR XML Upload

If you perform work on a California Public Works project, you also need to upload your payroll to the Department of Industrial Relations (DIR) eCPR system. Once you've certified your payroll, you can download the DIR XML file to upload.

Instructions to find and upload this file:
- Click on the Projects tab
- Click on the Certified Payrolls tab
- Locate the week ending payroll file you need
- Click on the DIR XML button (make sure your pop-up blockers are off)
- Save this file to your desktop
- Upload into the DIR eCPR system



## Washington L&I XML Upload

Beginning in January 2020, weekly certified payroll reports are required to be filed online with Washington State Department of Labor and Industries, or WA L&I, at least once a month for all public works projects.  Once you've certified your payroll, you can download the WA L&I XML file to upload.

Instructions to find and upload this file:
- Click on the Projects tab
- Click on the Certified Payrolls tab
- Locate the week ending payroll file you need
- Click on the WA L&I XML button (make sure your pop-up blockers are off)
- Save this file to your desktop

**Phone:** 714-669-0052 x 4 **Email:** support@lcptracker.com **Web:** lcptracker.com  | © LCPtracker, Inc. – Confidential.
Do not release or distribute in any way without express written consent of LCPtracker, Inc.



- Upload into the WA State PWIA portal



# Illinois DOL Export Upload

Beginning in September 2020, weekly certified payroll reports are required to be filed online with the Illinois Department of Labor, or IDOL, by the 15th of each month for all state-funded public works projects.  Once you've certified your payroll, you can download the IL DOL XML file to upload.

Instructions to find and upload this file:
- Click on the Projects tab
- Click on the Certified Payrolls tab
- Locate the week ending payroll file you need
- Click on the IL DOL Export button (make sure your pop-up blockers are off)
- Save this file to your desktop
- Make any manual additions/adjustments to the CSV file
- Upload into the IDOL portal



Should you find that you have any further questions, please consult either the Contractor User Manual or call our Support department.

**Phone:** 714-669-0052 x 4 **Email:** support@lcptracker.com **Web:** lcptracker.com  | © LCPtracker, Inc. – Confidential.
Do not release or distribute in any way without express written consent of LCPtracker, Inc.