UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22530-BECERRA/TORRES

JESUS E. GONZALEZ HERNANDEZ,

Plaintiffs,

vs.

STATEWIDE ELECTRICAL SERVICES, INC. AND
NOEL MELO,

Defendants.

_____/

PLAINTIFFS' UNOPPOSED MOTION
TO BE EXCUSED FROM THE FIRST WEEK OF TRIAL

Plaintiffs, Jesus E. Gonzalez Hernandez and Esnol Alejandro Gonzalez Cantero, through

their undersigned counsel, request that the Court excuse them from the first week of the trial period

based upon the lack of opposition and the following good cause:

1.      Plaintiffs filed a Complaint on June 3, 2025, against the Defendants, Statewide

Electrical Services, Inc., and Noel Melo, alleging that the Defendants violated the requirement to

pay the overtime wages required by the Fair Labor Standards Act ("FLSA"). [ECF No. 1].

2.      The Court entered its Trial Order on August 14, 2025, and scheduled the trial of

this cause during the two-week trial period commencing on September 8, 2026. [ECF No. 18].

3.      Plaintiffs request that the Court excuse them from the first week of the trial docket

(September 8- 11, 2026), due to their lead counsel's planned absence from the jurisdiction (during

the days leading up to the first week of trial, where he will be watching his daughter play in several college volleyball matches in Annapolis, Maryland).

4.      Plaintiffs anticipate that the trial of this case will last 3-4 days, as it is likely to involve testimony from the two Plaintiffs (each of whom will testify through a translator), the Defendant, Noel Melo, and Defendants' employee, Paola Usaga, and possibly Leo Interian (who are expected to testify in English).

5.      The undersigned has conferred with Defendants' counsel, who has no objection to the relief being sought in this motion, and has agreed to the same.

6.      Moreover, no party would be prejudiced by the relief sought herein, as the brief extension of time would still allow this matter to be tried during the current trial setting.

7.      Accordingly, Plaintiffs respectfully request the Court to excuse them from the first week of trial beginning on September 8, 2026, due to the good cause shown above.

8.      A proposed Order is being submitted simultaneously herewith.

WHEREFORE Plaintiffs, Jesus E. Gonzalez Hernandez and Esnol Alejandro Gonzalez Cantero, respectfully request the Court to excuse the parties from attending the first week of trial (the week beginning on September 8, 2026), due to the agreement of the parties and the good cause shown above.

Respectfully submitted this 22nd day of June 2026,

Katelyn Schickman, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM

135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
Counsel for Plaintiffs