UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22530-BECERRA/TORRES

JESUS E. GONZALEZ HERNANDEZ,

    Plaintiff,

vs.

STATEWIDE ELECTRICAL SERVICES, INC. AND
NOEL MELO,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
## TO BE EXCUSED FROM THE FIRST WEEK OF TRIAL

THIS CAUSE, having come before the Court on Plaintiff's Unopposed Motion for Enlargement of Time To Be Excused From The First Week of Trial, and the Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED:

DONE AND ORDERED in Chambers on this _____ day of _____ 20__.

                         _____
                         JACQUELINE BECERRA
                         UNITED STATES DISTRICT JUDGE

Copies to:
Designated U.S. Magistrate Judge
Counsel of record by CM/ECF