UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22530-BECERRA/TORRES

JESUS E. GONZALEZ HERNANDEZ,

Plaintiff,

vs.

STATEWIDE ELECTRICAL SERVICES,
INC. and NOEL MELO

Defendants.
_______________________________________/

**ORDER GRANTING PLAINTIFF'S OMNIBUS MOTION IN LIMINE**

THIS CAUSE came before the Court on Plaintiffs Jesus E. Gonzalez Hernandez and Esnol Alejandro Gonzalez Cantero's Omnibus Motion in Limine [ECF No. 51] (the "Motion"). The Court has reviewed the Motion, the record, the parties' conferral representations, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiffs' Motion is **GRANTED** as follows:

1. The parties' agreements identified in Section III of the Motion are approved and shall govern the presentation of evidence, argument, witness examination, and references before the jury. No party, counsel, or witness shall reference, offer evidence of, or argue the following matters, except as expressly permitted below:
    a. attorneys' fees;
    b. liquidated damages;
    c. superseded pleadings;
    d. Rule 11, sanctions, or bad-faith filing;

e. any contention that Plaintiffs acted improperly or violated the law by not contacting the U.S. Department of Labor, contacting an attorney, or making written complaints during employment;

f. hours worked or pay received outside the April 2023 through September 2023 period;

g. any contention that Plaintiffs' acceptance or signing of paychecks waived rights under the FLSA or established consent to the pay or hours represented;

h. Plaintiffs' immigration, citizenship, residency status, work authorization, Social Security number, alien-registration number, Form I-9 documents, or related immigration or identity matters;

i. family-law matters, paternity, child support, or domestic issues involving Plaintiffs; and

j. any argument or evidence that Statewide Electrical Services, Inc. is unable to satisfy a judgment, or any invocation of Statewide's size or "small business" status as a basis for sympathy or hardship.

2. Any materials or documents not timely disclosed or produced during discovery in accordance with Federal Rule of Civil Procedure 26(a) or (e) are excluded from use at trial unless the offering party first obtains leave of Court and establishes that the failure was substantially justified or harmless.

3. Defendants, their counsel, and their witnesses are precluded from referencing, offering evidence of, or arguing any lawsuit filed by or against Plaintiffs other than this action. This ruling does not preclude Plaintiffs from offering otherwise admissible evidence or argument concerning the prior FLSA overtime lawsuit against Statewide and/or Melo identified in the Motion.

4. Defendants' spreadsheet identified as "412034 Hours" is excluded as substantive evidence of the hours Plaintiffs worked, the locations where Plaintiffs worked, or the absence of overtime. Defendants shall not characterize the spreadsheet as an independent, objective, or verified timekeeping record.
5. Defendants' handwritten time records are excluded as substantive evidence that Plaintiffs worked no overtime. Defendants shall not characterize those handwritten records as independently verified, objective, or employee-approved timekeeping records.
6. Defendants' SunPass toll records are excluded unless Defendants first establish, outside the presence of the jury, a proper foundation for authentication and admissibility under the Federal Rules of Evidence. Defendants shall not reference, display, publish, or argue from the SunPass records before the jury unless and until the Court permits such use.
7. Counsel shall instruct all witnesses consistent with this Order before testimony. No party shall attempt to elicit testimony, make argument, or otherwise place excluded matters before the jury, directly or indirectly, without first obtaining leave of Court outside the presence of the jury.

DONE AND ORDERED in Chambers on this _____ day of September 2026.

________________________________
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*