UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22530-BECERRA/TORRES

JESUS E. GONZALEZ HERNANDEZ, AND
ESNOL A. GONZALEZ CANTERO

Plaintiffs,

vs.

STATEWIDE ELECTRICAL SERVICES, INC. AND
NOEL MELO,

Defendants.
_________________________________/

**DECLARATION OF ESNOL A. GONZALEZ CANTERO**

I, Esnol A. Gonzalez Cantero, make the following declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. My name is Esnol A. Gonzalez Cantero. I am over the age of 18 and competent to testify to the matters in this Declaration, which are based on my personal knowledge. I am one of the Plaintiffs in this case, and I make this Declaration in support of Plaintiffs' Response in Opposition to Defendants' Motion for Spoliation Sanctions [ECF No. 48].

2. This Declaration was translated into Spanish for me before I signed it, and I understand its contents.

3. Jesus E. Gonzalez Hernandez ("JGH") is my father. From April through September 2023, JGH and I worked together as electricians for Statewide Electrical Services, Inc. ("Statewide") on the Miami-Dade Metrorail project. We worked at the same six stations and the

same hours. For most of the project, JGH picked me up in the morning and dropped me off at the end of the day, and we were together the entire workday.

4. I did not keep my own separate calendar, planner, notebook, or diary of my hours.

5. During the project, I saw JGH write down on sheets of paper the days and hours that we worked.

6. During the project, Noel Melo told us at a station that there was only one month to work on each station and that there was no money to pay for extra hours.

7. After we finished the project, JGH, my stepmother Maritza Alfonso Bonachea, and I were together when Maritza wrote the document produced in this case as Bates Gonzalez 000856. JGH and I gave her the information, and she wrote it down. Maritza did not decide the hours herself.

8. The overtime hours written on Bates Gonzalez 000856 for each station are consistent with my own memory of the overtime I worked at each station. Because JGH and I worked the same hours, the same overtime applies to both of us.

9. When Bates Gonzalez 000856 was written, neither JGH nor I had spoken with an attorney about our overtime or filed any complaint with any government agency, and no one from Statewide, Miami-Dade County, or anywhere else had asked us to keep any notes or papers about our hours.

10. I do not know what happened to JGH's sheets of paper after Bates Gonzalez 000856 was written. I did not destroy or discard them. I have never seen or heard anything suggesting that JGH's sheets of paper showed hours different from those written on Bates Gonzalez 000856.

## DECLARATION

By my signature below, I execute this declaration in Miami-Dade County, Florida, and declare under penalty of perjury that the foregoing is true and correct.

Dated: 25/09/2026

Esnol gonzalez (Sep 25, 2026 16:10:11 EDT)
ESNOL A. GONZALEZ CANTERO

## CERTIFICATE OF TRANSLATION

I, Katelyn Schickman, Esq., certify that I am fluent in English and Spanish and competent to translate between them. On September 25, 2026, I translated the foregoing Declaration of Esnol A. Gonzalez Cantero from English into Spanish and [read it aloud to him in Spanish in its entirety / provided him with a written Spanish translation]. Jesus E. Gonzalez Hernandez stated that he understood the Declaration and that its contents are true and correct before signing it in my presence.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/25/26

KATELYN SCHICKMAN, ESQ.