UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22530-BECERRA/TORRES

JESUS E. GONZALEZ HERNANDEZ, AND
ESNOL A. GONZALEZ CANTERO

Plaintiffs,

vs.

STATEWIDE ELECTRICAL SERVICES, INC. AND
NOEL MELO,

Defendants.
_______________________________/

**DECLARATION OF MARITZA ALFONSO BONACHEA**

I, Maritza Alfonso Bonachea, make the following declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. My name is Maritza Alfonso Bonachea. I am over the age of 18 and competent to testify to the matters in this Declaration, which are based on my personal knowledge.

2. I am the wife of Plaintiff Jesus E. Gonzalez Hernandez ("JGH"). My primary language is Spanish. This Declaration was translated into Spanish for me before I signed it, and I understand its contents.

3. I am not a party to this lawsuit, and I have never worked for Statewide Electrical Services, Inc.

4. In or around September 2023, after JGH and his son, Esnol A. Gonzalez Cantero ("Esnol"), finished working on the Metrorail project, JGH asked me to write down their overtime

hours neatly on one page. He asked me to do this because his handwriting is very poor and difficult to read, and because he has difficulty spelling.

5. JGH gave me the sheets of paper on which he had written the days and hours that he and Esnol worked. JGH and Esnol were with me and told me what to write.

6. I wrote the document produced in this case as Bates Gonzalez 000856 in my own handwriting. I wrote the names of the six Metrorail stations, the overtime hours for each station, the word "calendar" next to the Santa Clara and Gap Tie 2 entries, and the note at the bottom about unloading equipment.

7. I wrote down the information exactly as JGH and Esnol gave it to me and as it appeared on JGH's sheets of paper. I did not add, remove, or change any hours, and I did not decide the number of hours myself.

8. When I wrote Bates Gonzalez 000856, I was not aware of any lawsuit or any plan to file one, and no one had said anything to me about keeping JGH's papers.

9. After I finished writing Bates Gonzalez 000856, I gave JGH's sheets of paper back to him. I did not destroy or discard those papers myself, and I do not know what happened to them afterward.

**DECLARATION**

By my signature below, I execute this declaration in Miami-Dade County, Florida, and declare under penalty of perjury that the foregoing is true and correct.

Dated: 25/09/2026

Maritza Alfonso (Sep 25, 2026 16:18:05 EDT)

MARITZA ALFONSO BONACHEA

**CERTIFICATE OF TRANSLATION**

I, Katelyn Schickman, Esq., certify that I am fluent in English and Spanish and competent to translate between them. On September 25, 2026, I translated the foregoing Declaration of Maritza Alfonso Bonachea from English into Spanish and [read it aloud to him in Spanish in its entirety / provided him with a written Spanish translation]. Jesus E. Gonzalez Hernandez stated that he understood the Declaration and that its contents are true and correct before signing it in my presence.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/25/26

KATELYN SCHICKMAN, ESQ.

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884 FAX 305.230.4844
*www.fairlawattorney.com*