# Case Information

**Local Case Number:**
2013-021365-FC-04

**State Case Number:**
132013DR021365A00104

**Case Style:**
Cantero Garcia, Maria D vs Gonzalez Hernadnez, Jesus E

**Filing Date:**
08/15/2013

**Judicial Section:**
FC46 - State Attorney's Office - Judge Judge, Senior

**Case Status:**
CLOSED

**Case Type:**
Paternity

**Consolidated Case No.:**

# Related Cases

No data available

# Hearing Details

**Hearing Date:**
11/12/2013

**Hearing Time:**
7:45AM

**Hearing Code:**
SAO

**Description:**
Child Support Enforcement Hearing

**Hearing Location:**

# Parties

| Party Description | Party Name | Attorney Information | Other Attorney(s) |
|---|---|---|---|
| Petitioner | Cantero Garcia, Maria D | | |
| Respondent | Gonzalez Hernadnez, Jesus E | | |
| Minor Child | Gonzalez Cantero, Esnol A | | |

# Dockets

| DIN | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| | 02/02/2015 | | Letter of Correspondence | Event | Termination of Child Support Services |
| | 01/13/2014 | | Child Support History Worksheet | Event | |
| | 01/10/2014 | | Financial Affidavit | Event | |
| | 01/10/2014 | | Financial Affidavit | Event | |
| | 01/10/2014 | | Warning to Inform Change Address | Event | |
| | 01/10/2014 | | Warning to Inform Change Address | Event | |
| | 12/12/2013 | 28950/2791 | Final Order | Judgment | order on report of general magistrate date 11142013 |
| | 12/12/2013 | | Report of General Magistrate | Event | petition to determine paternity & award child support etc |
| | 12/12/2013 | | Notice of Social Security Number | Event | |
| | 11/12/2013 | | Child Support Enforcement Hearing | Hearing | |

| DIN | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| | 11/04/2013 | | Notice of Hearing Before GM for Respondant | Event | on Nov 12, 2013 @ 7:45 a.m. |
| | 11/04/2013 | | Notice of Hearing Before GM for Petition | Event | on Nov 12, 2013 @ 7:45 a.m. |
| | 11/04/2013 | | Notice of Production | Event | |
| | 10/22/2013 | | Motion for Compulsory Physical Exam | Event | |
| | 10/22/2013 | | Order of Referral to General Magistrate | Event | on Petition to Determine Paternity ... |
| | 10/09/2013 | | Answer | Event | (paternity issue) |
| | 09/05/2013 | | Non-Custodial Parents Physical Description Information Sheet | Event | |
| | 09/03/2013 | | Service Returned | Event | |
| | 08/15/2013 | | Paternity Declaration | Event | |
| | 08/15/2013 | | Certificate of Compliance | Event | |
| | 08/15/2013 | | Financial Affidavit | Event | |
| | 08/15/2013 | | Notice of Production | Event | |
| | 08/15/2013 | | Petition: | Event | |
| | 08/15/2013 | | Civil Cover | Event | |
| | 08/15/2013 | | Notice of Social Security Number | Event | |