**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-22530-JB/Torres**

JESUS E. GONZALEZ HERNANDEZ and ESNOL A. GONZALEZ CANTERO,

Plaintiffs,

v.

STATEWIDE ELECTRICAL SERVICES, INC. and NOEL MELO,

Defendants.
_________________________________________/

**DEFENDANTS' NOTICE OF INTENT TO OFFER CERTIFIED RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(4)**

Defendants, Statewide Electrical Services, Inc. and Noel Melo, pursuant to Federal Rules of Evidence 803(6), 803(8), 902(4), and 902(11), give notice of their intent to offer the following certified records at trial:

**1. The Certified Records.** The toll transaction history for SunPass Account No. 276439, Transponder No. 028166331010, for the period April 3, 2023 through August 29, 2023, produced by the Florida Department of Transportation, Florida's Turnpike Enterprise, on October 9, 2026 in response to Defendants' subpoena dated October 7, 2026.

**2. The Certification.** The Certification of Custodian of Records executed October 8, 2026 under 28 U.S.C. § 1746 by Tashaun Newman-Michel, Account Research Manager, Florida's Turnpike Enterprise.

The Certification states that the records were made at or near the time of the transactions by electronic toll collection equipment that records each transaction automatically, that they were

kept in the course of a regularly conducted activity of Florida's Turnpike Enterprise, and that making them was a regular practice of that activity.

The Certified Records are self-authenticating under Rule 902(11) as certified domestic records of a regularly conducted activity. In the alternative, they are self-authenticating under Rule 902(4)(A) as copies of an official record of the Florida Department of Transportation certified as correct by the Account Research Manager of Florida's Turnpike Enterprise, who identifies her position and certifies that the copies are true and correct. *See United States v. Stone*, 604 F.2d 922, 925 (5th Cir. 1979). The Certified Records are admissible under Rules 803(6) and 803(8)(A)(i) and, as data recorded automatically by electronic toll collection equipment, are not hearsay. *See United States v. Lamons*, 532 F.3d 1251 (11th Cir. 2008).

The Certified Records reflect the same toll transactions shown in the SunPass account statements Defendants produced in discovery, which Defendants also intend to offer at trial.

Copies of the Certified Records, in the native format in which the Department produced them, and of the Certification have been served on Plaintiffs' counsel by electronic mail and are available for inspection at the office of undersigned counsel upon request.

Dated: October 12, 2026.

Respectfully submitted,

**STEPHEN R. VERBIT, P.A.**
6741 Orange Drive
Davie, Florida 33314
Telephone: (954) 536-9428
sverbit@verbitlawfl.com
Counsel for Defendants

By: /s/ Stephen R. Verbit
Stephen R. Verbit, Esq.
Florida Bar No. 710857

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 12, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all counsel of record, including Katelyn Schickman, Esq. (katie@fairlawattorney.com) and Brian H. Pollock, Esq. (brian@fairlawattorney.com), FairLaw Firm, counsel for Plaintiffs, and that on the same date the records and certification described above were served on Plaintiffs' counsel by electronic mail at those addresses.

/s/ Stephen R. Verbit
Stephen R. Verbit, Esq.