**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-22530-JB/Torres**

JESUS E. GONZALEZ HERNANDEZ and ESNOL A. GONZALEZ CANTERO,

Plaintiffs,

v.

STATEWIDE ELECTRICAL SERVICES, INC. and NOEL MELO,

Defendants.
_______________________________________/

**DEFENDANTS' THIRD SUPPLEMENTAL DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(e)**

Defendants, Statewide Electrical Services, Inc. and Noel Melo, pursuant to Federal Rule of Civil Procedure 26(e)(1)(A) and Local Rule 26.1(i), supplement their Initial Disclosures served on August 8, 2025, and their Responses to Plaintiff's First Request for Production served on September 10, 2025, as follows:

## I. BASIS FOR SUPPLEMENTATION

On October 7, 2026, after notice to Plaintiffs under Federal Rule of Civil Procedure 45(a)(4), Defendants served a subpoena on the Florida Department of Transportation, Florida's Turnpike Enterprise, for certified copies of the SunPass toll transaction records for Account No. 276439 and a custodian certification. On October 9, 2026, Defendants received the Department's response. Defendants give notice of that receipt and produce the materials received.

## II. SUPPLEMENTAL DOCUMENTS

1. **Transaction history.** A Microsoft Excel spreadsheet entitled "TT 028166331010 Transaction History," containing 554 toll transactions for SunPass Account No. 276439,

Transponder No. 028166331010, dated April 4, 2023 through August 29, 2023. Produced in native format (.xlsx) as received from the Department, consistent with the parties' ESI agreement in the Joint Scheduling Report (D.E. 16).

2. **Certification.** The Certification of Custodian of Records executed October 8, 2026 by Tashaun Newman-Michel, Account Research Manager, Florida's Turnpike Enterprise, pursuant to Federal Rule of Evidence 902(11) and 28 U.S.C. § 1746.

3. **Transmittal.** The electronic mail message dated October 9, 2026 from Stephanie M. Hall, Senior Paralegal Specialist, Office of the General Counsel, Florida's Turnpike Enterprise, transmitting the foregoing.

Defendants may use these documents to support their defenses.

## III. RESERVATION OF RIGHTS

Defendants reserve the right to further supplement their disclosures and discovery responses as contemplated by Rule 26(e).

Dated: October 12, 2026.

Respectfully submitted,

**STEPHEN R. VERBIT, P.A.**
6741 Orange Drive
Davie, Florida 33314
Telephone: (954) 536-9428
sverbit@verbitlawfl.com
Counsel for Defendants

By: /s/ Stephen R. Verbit
Stephen R. Verbit, Esq.
Florida Bar No. 710857

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 12, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all counsel of record, including Katelyn Schickman, Esq. (katie@fairlawattorney.com) and Brian H. Pollock, Esq. (brian@fairlawattorney.com), FairLaw Firm, counsel for Plaintiffs, and that on the same date the records and certification described above were served on Plaintiffs' counsel by electronic mail at those addresses.

/s/ Stephen R. Verbit
Stephen R. Verbit, Esq.