**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

JESUS E. GONZALEZ HERNANDEZ and
ESNOL ALEJANDRO GONZALEZ CANTERO,

Plaintiffs,

v.

STATEWIDE ELECTRICAL SERVICES, INC.
and NOEL MELO,

Defendants.

CASE NO. 1:25-cv-22530-JB/Torres

**DEFENDANTS' NOTICE OF UNAVAILABILITY OF COUNSEL**

Stephen R. Verbit, Esq., counsel for Defendants, Statewide Electrical Services, Inc. and Noel Melo, gives notice that he will be unavailable from Thursday, January 7, 2027, through Tuesday, January 12, 2027, inclusive, due to a prescheduled out-of-town commitment. During this period, counsel will not be available for hearings, depositions, conferences, trial, or other proceedings, and will not be able to meet any deadline that falls within these dates.

Counsel respectfully requests that no hearing, deposition, or other proceeding be set during this period without first conferring with undersigned counsel, and that any deadline falling within this period be extended accordingly. Counsel will be available beginning Wednesday, January 13, 2027.

Dated: October 13, 2026.

Respectfully submitted,

STEPHEN R. VERBIT, P.A.
6741 Orange Drive
Davie, Florida 33314
Telephone: (954) 536-9428
Email: sverbit@verbitlawfl.com
Counsel for Defendants

By: /s/ Stephen R. Verbit
Stephen R. Verbit, Esq.
Florida Bar No. 710857

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 13, 2026, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record, including Katelyn Schickman, Esq. and Brian H. Pollock, Esq., FairLaw Firm.

/s/ Stephen R. Verbit
Stephen R. Verbit, Esq.