**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 25-cv-22530-JB/Torres**

JESUS E. GONZALEZ HERNANDEZ,
*et al.*

Plaintiffs,

v.

STATEWIDE ELECTRICAL SERVICES,
INC., *et al.*

Defendants.

_________________________________/

**ORDER STRIKING NOTICE OF UNAVAILABILITY**

**THIS CAUSE** came before the Court upon the Defendants' Notice of Unavailability of Counsel (the "Notice"). ECF No. [62]. In the Notice, counsel for Defendants gives notice of various periods of time during which they will be unavailable and requests that no hearings, depositions, discovery hearings, or trials be set during the same. *Id.*

This type of filing is not authorized by the Federal Rules of Civil Procedure or this District's Local Rules, and the Court is unwilling to undertake the responsibility of keeping track of the whereabouts of parties or their counsel in every case before it. If a party wishes to move a hearing, trial, or other deadline set by the Court, an appropriate motion must be filed. Accordingly, the Notice is hereby **STRICKEN** from the Court docket as ineffective and unauthorized by the Federal Rules of Civil Procedure and this District's Local Rules.

**DONE AND ORDERED** in Miami, Florida, this 14th day of October, 2026.

_________________________________

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**