UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22530-BECERRA/TORRES

JESUS E. GONZALEZ HERNANDEZ and
ESNOL ALEJANDRO GONZALEZ CANTERO,

Plaintiffs,

vs.

STATEWIDE ELECTRICAL SERVICES, INC.
and NOEL MELO,

Defendants.
_____________________________________________/

**DEFENDANTS' NOTICE OF FILING DEPOSITION TRANSCRIPTS AND DESIGNATIONS FOR USE AT TRIAL**

Defendants, Statewide Electrical Services, Inc. and Noel Melo, under the Court's Amended Order Setting Trial [ECF No. 42], file the transcripts of the depositions that may be used at trial, with Defendants' designations marked, and state:

1. ECF No. 42 requires the parties to jointly file, no later than seven days before Calendar Call, one transcript for each deposition to be used at trial. Each transcript must be edited to remove irrelevant pages, with the designated testimony bracketed. ECF No. 42 also requires a notice of filing that sets out each party's designations by page and line and all objections.

2. On September 29, 2026, Defendants timely served their Affirmative Deposition Designations on Plaintiffs' counsel by email.

3. Under ECF No. 42 and Fed. R. Civ. P. 6(a)(1)(C), counter-designations and objections were due no later than Monday, October 5, 2026. Plaintiffs served no counter-designations and no objections to Defendants' designations. Plaintiffs also served no affirmative deposition designations of their own.

4. Because Plaintiffs served no designations, counter-designations, or objections, Defendants file the transcripts on their own to comply with ECF No. 42.

5. Defendants file the following condensed transcripts. Each has been edited to remove pages containing no designated testimony:

**Exhibit A:** Deposition of Plaintiff Jesus E. Gonzalez Hernandez, taken February 20, 2026.

**Exhibit B:** Deposition of Opt-In Plaintiff Esnol A. Gonzalez Cantero, taken February 24, 2026.

**Exhibit C:** Deposition of Defendant Noel Melo, individually and as Rule 30(b)(6) designee, taken February 2, 2026, with the deponent's signed errata sheet. Offered only upon a showing of unavailability under Fed. R. Civ. P. 32(a)(4).

**Exhibit D:** Deposition of Paola Elizabeth Usuga, taken February 10, 2026, with the deponent's signed errata sheet. Offered only upon a showing of unavailability under Fed. R. Civ. P. 32(a)(4).

6. Key to Exhibits. Defendants' designations are bracketed in red, marked "D," and highlighted in yellow. Plaintiffs served no designations, counter-designations, or objections.

7. Defendants' Designations. Defendants designate the following testimony by page and line:

## I. Deposition of Plaintiff Jesus E. Gonzalez Hernandez (February 20, 2026) (Exhibit A)

*Designated under Fed. R. Civ. P. 32(a)(3) and Fed. R. Evid. 801(d)(2)(A):*

13:4-15; 14:6-16:1; 18:13-19:14; 20:11-18; 21:15-17; 23:20-24:18; 36:3-37:13; 38:3-40:25; 41:1-24; 42:5-12; 42:23-43:24; 43:25-47:21; 49:6-54:4; 54:5-54:25; 55:14-56:11; 56:18-24; 58:12-59:25; 62:1-64:22; 65:13-17; 66:4-19; 67:1-14; 67:24-68:12; 71:10-73:10; 73:20-23; 76:11-19; 78:6-15; 79:23-80:21; 81:16-84:13; 88:5-8.

## II. Deposition of Opt-In Plaintiff Esnol A. Gonzalez Cantero (February 24, 2026) (Exhibit B)

*Designated under Fed. R. Civ. P. 32(a)(3) and Fed. R. Evid. 801(d)(2)(A):*

11:13-12:6; 12:8-13:13; 14:11-21; 20:9-23:10; 23:11-24:6; 24:20-25:4; 27:3-28:7; 29:6-31:5; 31:10-23; 33:13-23; 37:19-38:2; 38:3-42:20; 42:21-43:17; 43:18-44:6; 44:15-45:13; 45:15-46:20; 46:21-49:4; 49:16-50:1; 50:2-51:8; 51:9-25; 53:6-54:9; 54:23-55:21; 56:9-25.

**III. Deposition of Defendant Noel Melo, Individually and as Rule 30(b)(6) Designee (February 2, 2026) (Exhibit C)**

*Designated conditionally, only if the witness is unavailable under Fed. R. Civ. P. 32(a)(4):*
17:15-18; 26:5-21; 28:7-29:25; 40:25-41:15; 50:12-21; 63:1-66:3; 68:3-69:5; 76:17-77:2; 83:17-20; 85:15-86:22; 140:4-18.

**IV. Deposition of Paola Elizabeth Usuga (February 10, 2026) (Exhibit D)**

*Designated conditionally, only if the witness is unavailable under Fed. R. Civ. P. 32(a)(4):*
11:1-12:22; 13:20-14:3; 16:21-23; 19:7-22:11; 23:24-26:7; 37:24-39:2; 41:9-16; 44:24-45:3; 45:14-46:19; 47:9-48:8; 49:4-50:16; 61:19-62:21; 64:7-16; 87:21-88:16; 88:17-89:9; 90:18-91:12; 92:7-25.

8. Objections. No party served objections to any designation. Accordingly, no objections appear in this notice or in the margins of the transcripts.

9. Waiver. Plaintiffs served no counter-designations or objections within the time set by ECF No. 42. Defendants therefore respectfully submit that Plaintiffs have waived any objection to Defendants' designations and any designation of additional testimony from these or any other depositions.

10. Reservation. The designated testimony of Defendant Melo and of Ms. Usuga incorporates the corrections on each deponent's signed errata sheet, which is attached to Exhibits C and D. This filing does not limit Defendants' right to use any deposition to contradict or impeach a witness under Fed. R. Civ. P. 32(a)(2) and Fed. R. Evid. 613 and 801(d)(1), and Defendants preserve every reservation stated in their September 29, 2026 designations. That includes the designation of the full Gonzalez Hernandez and Gonzalez Cantero transcripts for impeachment, should the Court read ECF No. 42 to require it. Designation of testimony that refers to the audio recording does not waive Defendants' pending Motion in Limine to Exclude Audio Recording [ECF No. 50].

11. As ECF No. 42 requires, a courtesy copy of this notice and the transcripts, with Defendants' designations marked in color, is being delivered to chambers at the time of filing.

Dated: October 20, 2026

Respectfully submitted,

STEPHEN R. VERBIT, P.A.
6741 Orange Drive
Davie, Florida 33314
Telephone: (954) 536-9428
sverbit@verbitlawfl.com

By: /s/ Stephen R. Verbit
STEPHEN R. VERBIT
Florida Bar No. 710857
Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will serve a copy on all counsel of record, including Brian H. Pollock, Esquire, brian@fairlawattorney.com, and Katelyn Schickman, Esquire, katie@fairlawattorney.com, FairLaw Firm, 135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146.

By: /s/ Stephen R. Verbit
STEPHEN R. VERBIT
Florida Bar No. 710857