UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22530-BECERRA/TORRES

JESUS E. GONZALEZ HERNANDEZ and
ESNOL ALEJANDRO GONZALEZ CANTERO,

Plaintiffs,

vs.

STATEWIDE ELECTRICAL SERVICES, INC.
and NOEL MELO,

Defendants.
_______________________________________/

**PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS**

Plaintiffs, Jesus E. Gonzalez Hernandez and Esnol Alejandro Gonzalez Cantero, propose that the Court have the venire answer the following:

1. Do you have any formal legal training or work in the legal field? If so, explain:

2. Do you, your spouse/partner, or close family member have their own business now or at any time in the past?

3. Have you, your spouse/partner, or close family members ever been involved as a Plaintiff or Defendant in a case alleging the failure to pay wages? If so, who was involved, and what was their involvement?

4. Have you worked in a job where you were paid time-and-a-half overtime wages when you worked more than 40 hours in a workweek?

5. Have you ever worked a job where you thought you should have been paid overtime wages but weren't?

6. Have you ever asked an employer about getting paid overtime? What was their response?

7. Can you follow the law, even if you don't agree with it?

8. Has anyone ever heard of the Fair Labor Standards Act or the FLSA?

Respectfully submitted this 20th day of October 2026,

s/ Katelyn Schickman, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou (1039018)
brooks@fairlawattorney.com
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiffs*