UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22530-BECERRA/TORRES

JESUS E. GONZALEZ HERNANDEZ and
ESNOL ALEJANDRO GONZALEZ CANTERO,

Plaintiffs,

vs.

STATEWIDE ELECTRICAL SERVICES, INC.
and NOEL MELO,

Defendants.
_______________________________________/

**NOTICE OF FILING AGREED TRIAL EXHIBIT LIST**

Plaintiffs, Jesus E. Gonzalez Hernandez and Esnol A. Gonzalez Cantero, through undersigned counsel and after having met and conferred with Defendants' counsel, give notice of filing the attached Agreed Trial Exhibit List, and state as follows:

1. At the Calendar Call held on October 27, 2026 [ECF No. 70], the Court permitted the Parties to submit an agreed trial exhibit list to assist with the entry of exhibits at trial.

2. The attached Agreed Trial Exhibit List identifies the exhibits that appear on both Plaintiffs' Trial Exhibit List and Defendants' Trial Exhibit List, attached as Schedules A and B to the Parties' Joint Pretrial Stipulation [ECF No. 66], and the exhibits to which no Party objected. Each entry identifies the corresponding Plaintiffs' and Defendants' exhibit numbers.

3. The Parties do not object to the admission of the exhibits on the Agreed Trial Exhibit List. All other exhibits, and the Parties' objections to them, remain as stated in Schedules A and B to the Joint Pretrial Stipulation [ECF No. 66].

Respectfully submitted this 9th day of November 2026,

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou (1039018)
brooks@fairlawattorney.com
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiffs*