AO 187 (Rev. 7/87) Exhibit and List

# United States District Court

SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION

JESUS E. GONZALEZ HERNANDEZ, AND ESNOL ALEJANDRO GONZALEZ CANTERO,

Plaintiffs,

vs.

STATEWIDE ELECTRICAL SERVICES, INC. AND NOEL MELO,

Defendants.

**AGREED TRIAL EXHIBIT LIST**

**CASE NO.: 1:25-CV-22530-BECERRA/TORRES**

| PRESIDING JUDGE | PLAINTIFFS' ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|
| HONORABLE JACQUELINE BECERRA | FAIRLAW FIRM<br>BRIAN H. POLLOCK, ESQ.<br>135 SAN LORENZO AVENUE<br>SUITE 770<br>CORAL GABLES, FL 33146<br>PH: (305) 230-4884<br>brian@fairlawattorney.com | STEPHEN R. VERBIT, P.A.<br>STEPHEN R. VERBIT, ESQ.<br>6741 ORANGE DRIVE<br>DAVIE, FLORIDA 33314<br>PH: (954) 536-9428<br>sverbit@verbitlawfl.com |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| JT. NO | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | Exhibit |
|---|---|---|---|---|---|
| 1 | | | None | | Handwritten station-by-station overtime summary (Gonzalez 000856) *[Pl. Ex. 1; Def. Ex. 9]* |
| 2 | | | None | | Plaintiff Jesus Gonzalez Hernandez's Answers to Interrogatories *[Pl. Ex. 2; Def. Ex. 10]* |
| 3 | | | None | | Plaintiff Esnol Gonzalez Cantero's Answers to Interrogatories *[Pl. Ex. 3; Def. Ex. 11]* |
| 4 | | | None | | Answers to Interrogatories By Statewide Electrical Svc. *[Pl. Ex. 6]* |
| 5 | | | None | | Answers to Interrogatories By Noel Melo *[Pl. Ex. 7]* |
| 6 | | | None | | Weekly Certified Payroll Reports (LCP Nos. 71-100) *[Pl. Ex. 4; Def. Ex. 3]* |
| 7 | | | None | | Payroll checks and pay stubs issued to Jesus, April through September 2023 *[Pl. Ex. 5; Def. Ex. 7]* |
| 8 | | | None | | Payroll checks and pay stubs issued to Esnol, April through September 2023 *[Pl. Ex. 5; Def. Ex. 8]* |
| 9 | | | None | | May 2023 and July 2023 desk calendars (Gonzalez 000940-941) *[Pl. Ex. 8; Def. Ex. 24]* |
| 10 | | | None | | Declaration of Esnol A. Gonzalez Cantero and Notice of Consent to Join (D.E. 19-1) *[Def. Ex. 12]* |

.

Dated: November 9, 2026.

Respectfully submitted,

FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiffs*

By: /s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com

STEPHEN R. VERBIT, P.A.
6741 Orange Drive
Davie, Florida 33314
Telephone: (954) 536-9428
*Counsel for Defendants*

By: /s/ Stephen R. Verbit
Stephen R. Verbit, Esq.
Florida Bar No. 710857
sverbit@verbitlawfl.com